IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| IN RE: EMPLOYMENT DISCRIMINATION LITIGATION AGAINST THE STATE OF ALABAMA, et al | ) ) ) ) |
| EUGENE CRUM, JR., et al<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF ALABAMA, et al<br><br>Defendants. | ) ) ) ) ) ) CIVIL ACTION NO. ) CV-94-T-356-N ) ) ) |
| AUDREY D. FINCH, and the class she seeks to represent,<br><br>Plaintiff-Intervenor,<br><br>v.<br><br>STATE OF ALABAMA, STATE OF ALABAMA PERSONNEL BOARD AND DEPARTMENT, DEPARTMENT OF MENTAL HEALTH, DR. ELLEN GILLESPIE, in her official capacity, GOVERNOR FOB JAMES, in his official capacity,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

FILED
JUL 13 1995

RECEIVED
JUL 13 1995
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

2:07-CV-24-MHT

## MOTION TO INTERVENE

**COMES NOW** the applicant Audrey D. Finch, pursuant to Rule 24(b) of the Federal Rules of Civil Procedure, and applies to this Court for permission to intervene as party plaintiff in the above-entitled cause. As grounds for this Motion, applicant would show unto the Court as follows:

1. This Motion is timely based upon the following factors:

(a) <u>Length of Time Applicant Has Known Of Her Interest</u>. The applicant has been waiting for the issuance of her right-to-sue letter from the EEOC and Justice Department before seeking intervention into this case. Based on this fact, it should be held that there has been no undue delay on the part of the applicant in seeking intervention into this lawsuit.

(b) <u>Prejudice to Party from Failure to Move Sooner</u>. The parties will not be unduly prejudiced by the intervention sought herein in that the defendants are already party defendants in the existing case.

(c) <u>Prejudice to Applicant if Intervention Denied</u>. Applicant will be unduly prejudiced by the necessity of maintaining an individual, separate lawsuit involving complex issues and costly experts.

(d) <u>Unusual Circumstances</u>. The circumstances of the case militate in favor of intervention as it will prevent duplicative and expensive discovery and the retrial of identical issues.

2. A copy of this Motion is being served upon all parties through their respective counsel.

3. The applicant's claims and the claims of the named plaintiffs, plaintiff-intervenors and plaintiff class in the case at bar involve common questions of law and fact, including specific violations of the Order entered by this Court in the case <u>United States v. Frazier</u>, Civil Action Number: T-2709 [which was later named <u>U.S. v. Ballard</u>].

4. This Motion is accompanied by applicant's complaint-in-intervention, which is attached hereto.

5. Intervention will not unduly delay or prejudice the adjudication of the rights of the original parties.

**WHEREFORE**, Premises Considered, applicant respectfully moves this Court to permit her intervention into the instant legal action as party plaintiff.

Respectfully submitted,

Robert F. Childs, Jr., 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
Rocco Calamusa, Jr., 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
Counsel for the Plaintiff-Intervenor
and Plaintiff Class

OF COUNSEL:

GORDON, SILBERMAN, WIGGINS & CHILDS, P.C.
1400 SouthTrust Tower
Birmingham, AL 35203
(205) 328-0640

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served by placing the same in the United States Mail, first class postage prepaid and properly addressed, on this the 17th day of July, 1995 on the following counsel of record:

Richard H. Walston, Esquire
Honorable Beverly P. Baker
Haskell, Slaughter, Young
 & Johnston
1200 AmSouth/Harbert Plaza
1901 6th Avenue North
Birmingham, AL 35203

and

Thomas T. Gallion III, Esquire
Counsel for the Plaintiffs
Haskell, Slaughter, Young,
 Johnston & Gallion
305 South Lawrence
P.O. Box 4660
Montgomery, AL 36103

Phillip C. Davis, Esquire
Counsel, Bureau of Travel & Tourism
Office of the Attorney General
11 South Union Street
Montgomery, AL 36130

R. Frank Ussery, Esquire
General Counsel, Alabama State
 Personnel Department
327-A Folsom Administrative Building
64 North Union Street
Montgomery, AL 36130

Honorable Mary E. Pilcher
Webb & Eley, P.C.
166 Commerce Street, Suite 300
P. O. Box 238
Montgomery, AL 36101

Kenneth A. Watson, Esquire
Counsel, Alabama State Docks
Reams, Phillips, Brooks
P. O. Box 8158
Mobile, AL 36608

Honorable Gwendolyn B. Garner
John J. Breckenridge, Jr., Esquire
Counsel, Alabama Department of Revenue
50 North Ripley Street, Room 4116
Montgomery, AL 36130

William T. Stephens, Esquire
General Counsel, Retirement Systems
 of Alabama
135 South Union Street
Montgomery, AL 36130-4104

John R. Wible, Esquire
General Counsel, Alabama Department
 of Public Health
434 Monroe Street
Montgomery, AL 36130

George E. Jones III, Esquire
Counsel, Alabama Emergency Management Agency
Office of the Attorney General
11 South Union Street
Montgomery, AL 36130

Honorable Mary E. Culberson
Counsel, Board of Public Accountancy
Office of the Attorney General
11 South Union Street
Montgomery, AL 36130

Eddie Leitman, Esquire
Honorable S. Lynne O'Neal
Counsel, Alabama Department
 of Agriculture
Leitman, Siegal, Payne & Campbell, P.C.
400 The Land Title Building
600 North 20th Street
Birmingham, AL 35203

Milton J. Westry, Esquire
Counsel, Alabama Department of
 Mental Health and Mental Retardation
Office of the Attorney General
P. O. Box 3710
Montgomery, AL 36109

William A. Shashy, Esquire
Counsel, Office of the Governor
Alabama State Capitol, Room NB-05
600 Dexter Avenue
Montgomery, AL 36130

Andrew W. Redd, Esquire
General Counsel, Alabama Department
 of Corrections
3rd Floor, S. Gordon Persons Building
50 North Ripley Street
Montgomery, AL 36130

Honorable S. Frances Heidt
David W. Long, Esquire
Counsel, Alabama Alcohol Beverage
 Control Board
Sirote & Permutt, P.C.
2222 Arlington Avenue
Birmingham, AL 35255

R. Marcus Givhan, Esquire
Counsel, Alabama Commission
 on Physical Fitness
Office of the Attorney General
5720 Carmichael Road
Montgomery, AL 36117

William F. Gardner, Esquire
R. Taylor Abbot, Jr., Esquire
Counsel, Alabama State Personnel Board
Cabaniss, Johnston, Gardner,
 Dumas & O'Neal
700 Park Place Tower
Birmingham, AL  35203

John Wesley Romine, Jr., Esquire
Roger S. Morrow, Esquire
Counsel, Alabama Department
 of Industrial Relations
Morrow, Romine & Pearson
P.O. Box 4804
Montgomery, AL  36103

Honorable Mary Beth Martin
U.S. Department of Justice
Civil Rights Division
Employment Litigation
P.O. Box 65968
Washington, DC  20035

Honorable Sharon E. Ficquette
Honorable Margaret L. Fleming
Counsel, Alabama Department
 of Human Resources
Office of the Attorney General
S. Gordon Persons Building, Room 2122
50 Ripley Street
Montgomery, AL  36130

Jim R. Ippilito, Jr., Esquire
Associate Counsel, Alabama Department
 of Education
S. Gordon Persons Building, Room 5103
50 North Ripley Street
Montgomery, AL  36130

David J. Dean, Esquire
General Counsel, Alabama Department
 of Conservation
64 North Union Street, Room 751
Montgomery AL  36130

Honorable Gilda B. Williams
Counsel, Commission on Aging
Office of the Attorney General
11 South Union Street
Montgomery, AL 36130

Kenneth L. Thomas, Esquire
Honorable Anita L. Kelly
Counsel, Alabama Development Office
 & Defendants' Liaison Counsel
Thomas, Means & Gillis
3121 Zelda Court
P.O. Box 5058
Montgomery, AL 36103

Edward E. Davis, Esquire
General Counsel, Alabama Department
 of Economics & Community Affairs
401 Adams Avenue
P.O. Box 5690
Montgomery, AL 36103

Honorable Renee D. Culverhouse
Counsel, Alabama Industrial Development
 Training Agency
401 Adams Avenue, Suite 710
Montgomery, AL 36104

Honorable Angela C. Turner
Counsel, Alabama Department of Labor
Office of the Attorney General
Alabama State House
11 South Union Street
Montgomery, AL 36130

Gary R. Trawick, Esquire
General Counsel, Alabama Department
 of Mental Health
P.O. Box 3710
Montgomery, AL 36109

Patrick H. Sims, Esquire
Counsel, Alabama State Personnel Board
Cabaniss, Johnston, Gardner,
  Dumas & O'Neal
700 AmSouth Center
P.O. Box 2906
Mobile, AL 36652

William O. Butler III, Esquire
General Counsel, Alabama Medicaid Agency
501 Dexter Avenue
P.O. Box 5624
Montgomery, AL 36103-5624

Frank D. Marsh, Esquire
General Counsel, Alabama Department
  of Industrial Relations
649 Monroe Street, Room 211
Montgomery, AL 36130

Donald V. Watkins, Esquire
Counsel, State of Alabama
1205 19th Street
Birmingham, AL 35234

Jefferson B. Sessions III, Esquire
Dennis M. Wright, Esquire
Counsel, State of Alabama
Office of the Attorney General
11 South Union Street
Montgomery, AL 36130

Honorable Brenda Smith
Assistant Attorney General
11 South Union Street
Montgomery, AL 36130

William H. Pryor, Jr., Esquire
Office of Attorney General
11 South Union Street
Montgomery, AL 36130

Walter S. Turner, Esquire
Chief Assistant Attorney General
11 South Union Street
Montgomery, AL 36130

Henry C. Barnett, Jr.
Christopher W. Weller
Capell, Howard, Knabe & Cobbs, P.A.
57 Adams Avenue
P.O. Box 2069
Montgomery, AL 36102-2069

Roger L. Bates, Esquire
Tinlge, Murvin
900 Park Place
2001 Park Place Tower
Birmingham, AL 35203

Willie J. Huntley, Jr.
Huntley & Associates, P.C.
P.O. Box 370
Mobile, AL 36601

Edward S. Allen
T. Dwight Sloan
John J. Coleman, III
Balch & Bingham
P.O. Box 306
Birmingham, AL 35201

Robin G. Laurie
Balch & Bingham
P.O. Box 78
Montgomery, AL 36101

William A. Shashy
Sasser & Littleton
Colonial Financial Center
1 Commerce Street
Suite 700
Montgomery, AL 36104

                                              Of Counsel

F:\LIT\TOLBERT\MISC\ATTY2.ADD