IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| IN RE: EMPLOYMENT DISCRIMINATION LITIGATION AGAINST THE STATE OF ALABAMA, et al., ) ) ) ) | 2:07-cv-24-MHT |
| EUGENE CRUM, JR., et al., ) | |
| Plaintiffs, ) | |
| v. ) | CIVIL ACTION NO. 2:94cv356-MHT |
| STATE OF ALABAMA, et al., ) | |
| Defendants. ) | |

ORDER

It is ORDERED as follows:

(1) The motion to intervene (doc. no. 231) is granted.

(2) The complaint-in-intervention is converted to a separate lawsuit.

(3) The clerk of the court is to set up a separate lawsuit and file for the complaint-in-

intervention.  Counsel for the intervenor and the defendants are to let the clerk of the court know forthwith what filings she needs to include in this separate lawsuit.

The court believes that the complaint-in-intervention should proceed as a separate lawsuit.  To the extent that discovery and other matters between the two lawsuits overlap, the parties should coordinate their efforts.

DONE, this the 5th day of January, 2007.

                                        __/s/ Myron H. Thompson__
                                        UNITED STATES DISTRICT JUDGE