IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| IN RE: EMPLOYMENT ) | |
| DISCRIMINATION LITIGATION ) | 2:07cv24 |
| AGAINST THE STATE OF ) | |
| ALABAMA, et al., ) | |
| ) | |
| EUGENE CRUM, JR., et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | 2:94cv356-MHT |
| STATE OF ALABAMA, et al., ) | |
| ) | |
| Defendants. ) | |

AMENDED ORDER

It is ORDERED as follows:

(1) The motions to intervene (doc. nos. 231 & 281) are granted.

(2) Any related complaints-in-intervention are converted to a separate lawsuit.

(3) The clerk of the court is to set up a separate lawsuit and file for the complaint-in-

intervention. Counsel for the intervenors and the defendants are to let the clerk of the court know forthwith what filings she needs to include in this separate lawsuit.

The court believes that any related complaints-in-intervention should proceed as a separate lawsuit.

DONE, this the 12th day of January, 2007.

                             /s/ Myron H. Thompson
                          UNITED STATES DISTRICT JUDGE