**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| IN RE:  EMPLOYMENT, ) | |
| DISCRIMINATION LITIGATION ) | |
| AGAINST THE STATE OF ) | |
| ALABAMA, et al., ) | |
| ) | |
| EUGENE  CRUM, JR., et al., ) | |
| ) | |
| ) | |
| Plaintiffs, ) | CIVIL ACTION NO. |
| ) | 2:07-CV-00024-MHT-CSC |
| v. ) | |
| ) | |
| STATE OF ALABAMA, et al., ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF APPEARANCE**

Comes now Courtney W. Tarver and Tamara R. Pharrams, appearing as additional counsel for Defendants Alabama Department of Mental Health and Mental Retardation and Dr. Ellen Gillespie, in her Official Capacity in the above styled case, and files this notice of appearance as co-counsel of record.

Respectfully submitted,

TROY KING (KIN047)
ATTORNEY GENERAL

/s/ Courtney W. Tarver
COURTNEY W. TARVER (TAR009)
DEPUTY ATTORNEY GENERAL AND
GENERAL COUNSEL

/s/ Tamara R. Pharrams
TAMARA R. PHARRAMS (PHA002)
ASSISTANT ATTORNEY GENERAL

- 2 -

OF COUNSEL:
Alabama Department of Mental Health
And Mental Retardation
P.O. Box 301410
Montgomery, AL  36130-1410
Telephone: (334) 242-3038
Fax: (334) 242-0924

- 3 -

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 16, 2007 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to the following:

Robert F. Childs
Richard Ebbinghouse
Gordon, Silberman, Wiggins & Childs
1400 SouthTrust Tower
Birmingham, AL. 35203

Roger Morrow
Wesley Romine
Morrow, Romine & Pearson, P.C
P.O. Box 4804
Montgomery, AL. 36103-4804

Thomas T. Gallion
P. O. Box 4660
Montgomery, AL. 36103

William F. Gardner
R. Taylor Abbot, Jr.
Cabaniss, Johnston, Garnder
Dumas & O'Neal
700 Park Place Tower
Birmingham, AL. 35203

John J. Breckenridge
Gwendolyn Garner
Gordon Persons Bldg
50 South Ripley Street
Montgomery, AL. 36130

Andrew Redd
Department of Corrections
11 South Union Street
Montgomery, Alabama 36130

Patrick H. Sims
Cabaniss, Johnston, Gardner
Dumas & O'Neal
Post Office Box 2906
Mobile, AL. 36552-2906

- 3 -

- 4 -

Eddie Davis
Alabama Department of Economics
and Community Affairs
Legal Section
P.O. Box 5690
Montgomery, AL. 36103-5690

Ashley Hamlett
John Wible
Alabama Department of
Public Health
434 Monroe Street
Montgomery, AL. 36130-3710

Ken Wallis
Office of the Governor
Alabama State Capitol
600 Dexter Avenue
Montgomery, Alabama 36130

Brenda Smith
Assistant Attorney General
11 South Union Street
Montgomery, AL. 36130

William Butler
Alabama Medicaid Agency
Legal Office
501 Dexter Avenue
Montgomery, AL. 36103-5624

Mary Beth Martin
United States Department
of Justice/Civil Rights Division
Employment Litigation Section
Post Office Box 65968
Washington, D.C. 20035-5968

Jim Goodwyn
David Dean
Assistant Attorneys General
Department of Conservation
Legal Division
Room 751
Folsom Administrative Building
64 North Union Street
Montgomery, AL. 36130

- 5 -

Robbie Hyde
Webb & Eley, P.C.
P.O. Box 238
Montgomery, AL. 36101-0238

Eddie Leitman
Leitman, Siegal & Payne, P.C.
 Suite 400
600 20th Street North
Birmingham, AL.  35203

Frank D. Marsh
Department of Industrial Relations
Industrial Relations Bldg.
649 Monroe Street
Montgomery, AL.  36131

Dennis M. Wright
Attorney General's Office
11 South Union Street
Montgomery, AL.  36130

Warren B. Lightfoot, Jr.
Maynard, Cooper & Gayle, P.C.
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, AL.  35203

John J. Park
Office of the Attorney General
11 South Union Street
Montgomery, AL.  36130-2105

Andrew P. Campbell
Cinda York
Campbell, Waller & Poer, LLC
2100A South Bridge Parkway
Suite 450
Birmingham, AL.  35209

William J. Huntley, Jr.
The Huntley Law Firm
P.O. Box 370
Mobile, AL.  36601

T. Dwight Sloan, III
Balch & Bingham
P.O. Box 306
Birmingham, AL.  35201

- 6 -

Joseph H. Calvin, III
Gordon, Silberman, Wiggins & Childs
1400 SouthTrust Tower
20th Street North
Birmingham, AL.  36203

Susan B. Anderson
770 Washington Avenue
Suite 570
Montgomery, AL.  36130

Christopher W. Weller
Henry C. Barnett, Jr.
Capell & Howard, P.C.
P.O. Box 2069
Montgomery, AL.  36102-2069

Reginald L. Sorrels
Larry Craven
Department of Education
P.O. Box 302101
Montgomery, AL.  36130

Lisa W. Borden
Berkowitz, Leftkovits, Isom & Kushner
1600 SouthTrust Tower
Birmingham, AL.  35203-5202


/s/ Courtney W. Tarver


/s/ Tamara R. Pharrams