IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **ANDREY D. FINCH** | ) | |
| | ) | |
|     **Plaintiff,** | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 2:07CV24-MHT |
| **THE STATE OF ALABAMA, et al.,** | ) | |
| | ) | |
|     **Defendants.** | ) | |

## MOTION TO WITHDRAW AS COUNSEL

COME NOW the undersigned and moves to withdraw as counsel for Defendants in this case. As grounds therefore, the undersigned states that, with the conversion of Plaintiff's claims to an individual case, Defendants are represented by other counsel who have already appeared in the case.

Respectfully submitted this 22nd day of March, 2007.

                          Respectfully submitted,

                          **TROY KING (KIN047)**
                          **ATTORNEY GENERAL**
                          **BY:**

                          **s/ John J. Park, Jr.**
                          John J. Park, Jr. Bar Number:  (PAR041)
                          Special Deputy Attorney General
                          Office of the Attorney General
                          11 S. Union Street
                          Montgomery, AL  36130-0152
                          Telephone:  (334) 242-7300
                          Fax:  (334) 353-8440
                          E-mail:  jpark@ago.state.al.us

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on the 22nd day of March, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following (or by U.S. Mail to the non CM/ECF participants):

Robert F. Childs, Jr.
Rocco Calamusa, Jr.
WIGGINS CHILDS QUINN
 & PANTANZIS, PC
301 19th Street North
Birmingham, AL 35203-3204

Andrew P. Campbell
David M. Loper
Wendy T. Tunstill
CAMPBELL WALLER &
POER LLC
2100-A SouthBridge Parkway
Suite 450
Birmingham, AL 35209-1303

Andrew Weldon Redd
Alabama Department of
Transportation
Legal Bureau
1409 Coliseum Boulevard
Montgomery, AL 36110

Christopher W. Weller
Mai Lan Fogal Isler
CAPELL HOWARD PC
P. O. Box 2069
Montgomery, AL 36102-2069

Cinda R. York
REGIONS BANK
1900 Fifth Avenue North
16th Floor
Birmingham, AL 35203

Frank Decalve Marsh
Assistant General Counsel
Department of Industrial
Relations
649 Monroe Street, Room 211
Montgomery, AL 36131

Henry Lewis Gillis
THOMAS MEANS GILLIS
 & SEAY PC
P. O. Drawer 5058
Montgomery, AL 36103-5058

Alice Ann Bryne
State Personnel Department
64 North Union Street
Folsom Administrative Building
Suite 316
Montgomery, AL 36130

William F. Gardner
William Kenneth Thomas
CABANISS JOHNSTON
 GARDNER DUMAS O'NEAL
P. O. Box 830612
Birmingham, AL 35283-0612

Courtney Wayne Tarver
Tamara Royal Pharrams
Department of Mental Health
 & Mental Retardation
Bureau of Legal Services
P. O. Box 301410
Montgomery, AL 36130-1410

Gary R. Trawick
SLATEN & O'CONNER, PC
105 Tallapoosa Street, Suite 101
Montgomery, AL 36104

        **s/ John J. Park, Jr.**
John J. Park, Jr. Bar Number:  (PAR041)
Assistant Attorney General
Office of the Attorney General
11 S. Union Street
Montgomery, AL  36130-0152
Telephone:  (334) 242-7300
Fax:  (334) 353-8440
E-mail:  jpark@ago.state.al.us