IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANDREY D. FINCH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: |
| | ) 2:07cv24-MHT |
| STATE OF ALABAMA, et al., | ) |
| | ) |
| Defendants. | ) |

## MOTION TO WITHDRAW

COME NOW the undersigned, Christopher W. Weller and Mai Lan Fogal Isler, and files this motion to withdraw as two of the attorneys of record on behalf of Defendant Alabama State Personnel Department. As grounds therefore, the undersigned state that, with the conversion of Plaintiff's claims to an individual case, Defendants are represented by other counsel who have already appeared in the case.

Respectfully submitted,

s/Christopher W. Weller
CHRISTOPHER W. WELLER (WEL020)

s/Mai Lan Fogal Isler
MAI LAN FOGAL ISLER (*Pro Hac Vice*)

OF COUNSEL:
Capell & Howard, P.C.
P.O. Box 2069
Montgomery, Alabama 36102-2069
(334) 241-8000

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of March, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Robert F. Childs, Jr.
Rocco Calamusa, Jr.
WIGGINS CHILDS QUINN
 & PANTANZIS, P.C.
301 19th Street North
Birmingham, AL 35203-3204

Andrew P. Campbell
David M. Loper
Wendy T. Tunstill
CAMPBELL WALLER &
 POER, LLC
2100-A SouthBridge Parkway
Suite 450
Birmingham, AL  35209-1303

Andrew Weldon Redd
Alabama Dept. of Transportation
Legal Bureau
1409 Coliseum Blvd
Montgomery, AL  36110

Cinda R. York
REGIONS BANK
1900 Fifth Avenue North
16th Floor
Birmingham, AL 35203

Frank Decalve Marsh
Assistant General Counsel
Department of Industrial Relations
649 Monroe Street, Rm 211
Montgomery, AL 36131

Henry Lewis Gillis
THOMAS MEANS GILLIS
 & SEAY PC
PO Drawer 5058
Montgomery, AL 36103-5058

Alice Ann Byrne
State Personnel Department
64 N. Union Street, Ste. 316
Folsom Administrative Building
Montgomery, AL 36130

William F. Gardner
William Kenneth Thomas
CABANISS JOHNSTON
 GARDNER DUMAS O'NEAL
PO BOX 830612
Birmingham, AL 35283-0612

Courtney Wayne Tarver
Tamara Royal Pharrams
Dept Mental Health &
 Mental Retardation
Legal Bureau
PO Box 301410
Montgomery, AL 36130-1410

Gary R. Trawick
SLATEN & O'CONNER, PC
105 Tallapoosa Street, Ste 101
Montgomery, AL 36104


s/Christopher W. Weller
Of Counsel