**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                                              TELEPHONE (334) 954-3600

March 23, 2007

# NOTICE OF CORRECTION

From:   Clerk's Office

Case Style:   Finch v. State of Alabama et al

Case Number:   2:07cv00024-MHT

**This Notice of Correction was filed in the referenced case this date to correct the PDF document previously attached.**

**The correct PDF document is attached to this notice for your review.   Reference is made to document # 8   filed on   March 22, 2007.**

**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| IN RE: EMPLOYMENT DISCRIMINATION LITIGATION AGAINST THE STATE OF ALABAMA, et al. ) ) ) ) | |
| EUGENE CRUM, JR., et al. ) ) | |
|    Plaintiffs, ) ) | |
| v. ) ) | Civil Action No.: 2:94cv356-MHT |
| STATE OF ALABAMA, et al. ) ) | |
|    Defendants ) | |
| _____ | |
| AUDREY FINCH, ) ) | |
|    Plaintiff, ) ) | |
| v. ) ) | Civil Action No.: 2:07cv24 |
| STATE OF ALABAMA, et al., ) ) | |
|    Defendants ) | |

**NOTICE OF APPEARANCE**

     COMES NOW, Brandy Murphy Lee of the law firm of Campbell, Waller & Poer, LLC, Suite 450, 2100-A SouthBridge Parkway, Birmingham, Alabama 35209, and enters her appearance as additional counsel of record for the Defendants.

     RESPECTFULLY SUBMITTED, this the   22nd   day of   March  , 2007

                                             /s/ Brandy Murphy Lee
                                             BRANDY MURPHY LEE

OF COUNSEL:
CAMPBELL, WALLER & POER, LLC
Suite 450, 2100-A SouthBridge Pkwy.
Birmingham, AL 35209
(205) 803-0051

## CERTIFICATE OF SERVICE

      I hereby certify that I have on March 23, 2007 electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following (or by U.S. Mail as indicated below):

Robert Childs, Jr.
Gordon, Silberman, Wiggins & Childs
The Kress Building
301 19th Street North
Birmingham, AL 35203

David R. Boyd
Balch & Bingham
P.O. Box 78
Montgomery, AL  36101-0078

William J. Huntley, Jr.
Huntley & Associates, P.C.
P.O. Box 370
Mobile, Alabama 36601

William F. Gardner
Cabaniss,  Johnston, Gardner,
  Dumas & O'Neal
700 Park Place Tower
Birmingham, Alabama 35203

John J. Park
Margaret Fleming
Office of the Attorney General
11 S. Union Street
Montgomery, Alabama 36130

Henry C. Barnett
Christopher W. Weller
Capell & Howard
P.O. Box 2069
Montgomery, Alabama 36102-2069

Warren B. Lightfoot, Jr.
Maynard, Cooper & Gale, P.C.
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, Alabama 35203

William F. Kelley, Esq.
Alabama Retirement Systems
135 South Union Street
Montgomery, Alabama 36130

Alice Ann Byrne
State Personnel Department
Third Floor, Suite 316
Folson Administration Building
64 North Union Street
Montgomery, Alabama 36130

    \s\ Brandy Murphy Lee
    OF COUNSEL