IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
ANDREY D. FINCH,              )
                              )
    Plaintiff,                )
                              )     CIVIL ACTION NO.
    v.                        )       2:07cv24-MHT
                              )
STATE OF ALABAMA, et al.,     )
                              )
    Defendants.               )
```

## ORDER

It is ORDERED that the motions to withdraw (Doc. Nos. 6 & 7) are granted.

DONE, this the 23rd day of March, 2007.

                                              /s/ Myron H. Thompson
                                     UNITED STATES DISTRICT JUDGE