**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **AUDREY D. FINCH,** | ) |
| | ) |
| *Plaintiff*, | ) |
| | ) **CIVIL ACTION** |
| v. | ) **NO:07-CV24-MHT** |
| | ) |
| **STATE OF ALABAMA, et al.,** | )**REPORT OF PARTIES' PLANNING** |
| | ) **MEETING** |
| *Defendants*. | ) |
| | ) |

___

1. Pursuant to Fed.R.Civ.P 26(f), a meeting was held on March 29, 2007 and March 30, 2007, by telephone and was attended by:

   A.  Appearing on behalf of Plaintiff:

   Russell W. Adams
   Wiggins, Childs, Quinn & Pantazis, LLC
   The Kress Building
   301 – 19th Street North
   Birmingham, Alabama 35203
   (205) 314-0548

   B.  Appearing on behalf of Defendants:

   Alice Ann Byrne
   State Personnel Department
   64 North Union Street
   Montgomery, Alabama  36104
   (334) 242-3450

   Brandy Murphy Lee
   Campbell, Waller & Poer, LLC
   Suite 450, 2100-A SouthBridge Pkwy.
   Birmingham, Alabama  35209
   (205) 803-0051

2. **Pre-Discovery Disclosure.** The parties will exchange by May 6, 2007, the information required by Fed.R.Civ.P. 26(a)(1).

3. **Discovery Plan.** The parties jointly propose to the Court the following discovery plan:

Discovery will be needed on the following subjects: The Plaintiff's allegations and the Defendant's defenses.

All discovery shall be commenced in time to be completed by **February 30, 2008.**

**Interrogatories:** Maximum of 25 Interrogatories by each party, including sub-parts, with responses due with 30 days after service.

**Requests for Production:** Maximum of 50 Requests for Production by each party, including sub-parts, with responses due within 30 days after service.

**Requests for Admissions:** Maximum of 15 Requests for Admission by each party to any other party, with responses due 30 days after service.

**Depositions:** Maximum of ten depositions by the Plaintiff and ten by the Defendant. Each deposition limited to a maximum of seven hours unless extended by agreement of parties.

**Expert Witnesses:** The parties shall comply with the following deadlines in regard to experts under Rule 26(a)(2):

> Plaintiff's experts will be disclosed by **July 1, 2007.**
> Plaintiff's experts' reports will be due by **August 2, 2007.**
> Defendant's experts will be disclosed by **August 2, 2007.**
> Defendant's experts' reports will be due by **September 1, 2007.**

**Supplementations:** Supplementations under Rule 26(e) due within 30 days of learning of the need to supplement, but, in no event, less than 30 days before the close of discovery.

4. **Other Items.**

A. The Plaintiff shall have until **June 1, 2007** to join any additional parties and to amend the pleadings.

B. The Defendant shall have until **June 30, 2007**, to join any additional parties and to amend the pleadings.

C. The parties do not request a conference with the Court before entry of the Scheduling Order.

D. The parties request a pretrial conference 30 days after a ruling on dispositive motions or 30 days after the deadline for filing dispositive motions, whichever is later.

E. All potentially dispositive motions must be filed by **December 21, 2007.**

F. Settlement cannot be evaluated before the completion of discovery.

G. Final lists of trial witnesses and exhibits under Rule 26(a)(3) should be due from the Plaintiff 30 days prior to trial and from the Defendant by 30 days prior to trial.

H. Parties should have ten days after service of final lists of witnesses and exhibits to list objections under Rule(a)(3).

I. The case should be ready for trial by April 2008. Trial is expected to last two days.

Respectfully submitted this 30th day of March, 2007.

       /s/ Alice Ann Byrne
      ALICE ANN BYRNE (BYR 015)
      Attorney for Defendants

ADDRESS OF COUNSEL:

3

64 North Union Street
316 Folsom Administrative Bldg.
Montgomery, Alabama 36130
(334) 242-3450

         ___/s/ Brandy Murphy Lee_____
         BRANDY MURPHY LEE (MUR039)
         Attorney for Defendants

ADDRESS OF COUNSEL:
CAMPBELL, WALLER & POER, LLC
Suite 450, 2100-A SouthBridge Pkwy.
Birmingham, AL 35209
(205) 803-0051

         __/s/ Russell W. Adams_____
         RUSSELL W. ADAMS (3760-A62R)
         Attorney for Plaintiff

ADDRESS OF COUNSEL:
WIGGINS, CHILDS, QUINN & PANTAZIS, LLC
The Kress Building
301 – 19th Street North
Birmingham, Alabama 35203
(205) 314-0548