IN THE UNTIED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| AUDREY D. FINCH, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CASE NO.: CV-07-24-MHT |
| STATE OF ALABAMA, et al. | ) ) ) |
| Defendants. | ) |

## MOTION TO WITHDRAW

**COMES NOW**, G. R. "Rick" Trawick, and files this Motion to Withdraw, and states unto the Court as follows:

1. G. R. "Rick" Trawick is no longer employed with the Department of Mental Health and Mental Retardation.

2. The Defendants formerly represented by G.R. "Rick" Trawick are currently represented by other counsel.

Respectfully submitted this the 30 day of March, 2007.

/s/ G.R. Trawick
G. R. "Rick" TRAWICK (TRA007)
Attorney for Defendants
105 Tallapoosa Street, Suite 10
Montgomery, Alabama 36104
Telephone: (334) 396-8882

## CERTIFICATE OF SERVICE

      I, G. R. "Rick" Trawick, hereby certify that a true and correct copy of the foregoing has been served by the United States mail, postage prepaid and properly addressed to the following on this the 30th day of March, 2007.

Russell W. Adams, Esquire
**Wiggins, Childs, Quinn**
**& Pantazis, LLC**
The Kress Building
301 - 19th Street North
Birmingham, AL 35203

Alice Ann Byrne, Esquire
64 North Union Street
316 Folsom Administrative Bldg.
Montgomery, AL 36130

Brandy Murphy Lee, Esquire
**Campbell, Waller & Poer, LLC**
Suite 450, 2100-A Southbridge Pkwy.
Birmingham, AL 35209

/s/ G. R. Trawick
OF COUNSEL

F:\GRT\Finch Motion to Withdraw.wpd