IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| AUDREY FINCH, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )    Civil Action No.: 2:07cv24 |
| | ) |
| STATE OF ALABAMA, et al., | ) |
| | ) |
|     Defendants | ) |

**DEFENDANTS' RULE 26 INITIAL DISCLOSURES**

COMES NOW the Defendants and in compliance with the Report of Parties Planning Meeting (Doc. No. 11) hereby make the following initial disclosures:

1. The following individuals are disclosed pursuant to Rule 26(a)(1)(A):

    Plaintiff, Audrey Finch

    Defendant

    Defendants' employees

2. The following documents and things are disclosed pursuant to Rule 26(a)(1)(B):

    The database of information previously produced in the *Crum* case.

    The personnel files of the Plaintiff, Audrey Finch.

    The deposition of Audrey Finch in the *Crum* case, with exhibits

DATED:    May 7, 2007

    /s/ Brandy Murphy Lee
Brandy Murphy Lee (ASB-8735-E67B)
Attorney for Defendants

**OF COUNSEL:**

CAMBPELL, WALLER & POER, L.L.C.
2100-A SouthBridge Parkway, Suite 450
Birmingham, Alabama 35209
(205) 803-0051 - telephone
(205) 803-0053 – facsimile

      /s/ Alice Ann Byrne
Alice Ann Byrne
Attorney for Defendants

**OF COUNSEL:**

State Personnel Department
Third Floor, Suite 316
Folson Administration Building
64 North Union Street
Montgomery, Alabama 36130

## **CERTIFICATE OF SERVICE**

       I hereby certify that I have on May 7, 2007, electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following (or by U.S. Mail as indicated below):

Robert Childs, Jr.
Gordon, Silberman, Wiggins & Childs
The Kress Building
301 19th Street North
Birmingham, AL 35203

David R. Boyd
Balch & Bingham
P.O. Box 78
Montgomery, AL  36101-0078

William J. Huntley, Jr.
Huntley & Associates, P.C.
P.O. Box 370
Mobile, Alabama 36601

William F. Gardner
Cabaniss,  Johnston, Gardner,
  Dumas & O'Neal
700 Park Place Tower
Birmingham, Alabama 35203

John J. Park
Margaret Fleming
Office of the Attorney General
11 S. Union Street
Montgomery, Alabama 36130

Henry C. Barnett
Christopher W. Weller
Capell & Howard
P.O. Box 2069
Montgomery, Alabama 36102-2069

Warren B. Lightfoot, Jr.
Maynard, Cooper & Gale, P.C.
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, Alabama 35203

William F. Kelley, Esq.
Alabama Retirement Systems
135 South Union Street
Montgomery, Alabama 36130

Ricky Grider (via U.S. Mail)
1514 Decatur Avenue
Birmingham, AL 35218

\s\ Brandy Murphy Lee
OF COUNSEL