IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **AUDREY D. FINCH,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **CIVIL ACTION NO.:** |
| **v.** ) | |
| ) | **2:07-cv-24-MHT** |
| **STATE OF ALABAMA, et al.** ) | |
| ) | |
| **Defendant.** ) | |

**CONSENT MOTION FOR EXTENSION OF DEADLINES FOR MOTION FOR CLASS CERTIFICATION AND TO AMEND PLEADINGS AND ADD PARTIES**

COMES NOW the plaintiff, Audrey D. Finch, and moves this Honorable Court to extend the deadline to file a motion for class certification and the deadlines to amend pleadings and add parties. In support of this motion, the parties state as follows:

1. The Court's Uniform Scheduling Order dated April 3, 2007, set the deadline to file any motion for class certification for June 1, 2007 and the deadline to amend pleadings and add parties for June 1, 2007.

2. This cause was originally filed as a complaint in intervention in *Crum v. State of Alabama,* CV 94-T-356 in 1995 and contained class allegations. A motion for class certification is pending in that lawsuit.

3. The Court recently converted the complaint in intervention into a separate lawsuit.

4. Counsel for plaintiffs is currently reviewing the case to determine the status of prior filings in the original *Crum* proceeding and the need, if any, for the filing of an additional or supplemental motion for class certification and whether any amendments to the pleadings are necessary.

     5.     Counsel for the defendants do not oppose this motion.

Wherefore, premises considered, plaintiff respectfully requests that the above deadlines be extended by ninety (90) days, up to and including August 29, 2007.

                         Respectfully submitted,

                         s/ Russell W. Adams
                         Robert F. Childs
                         Rocco Calamusa, Jr.
                         Russell W. Adams
                         Attorneys for the Plaintiff

OF COUNSEL:

WIGGINS, CHILDS, QUINN & PANTAZIS, L.L.C.
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
(205) 314-0500

## CERTIFICATE OF SERVICE

     I hereby certify that on this the 31st day of May, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

     Alice Ann Byrne
     State Personnel Department
     64 North Union Street
     Montgomery, AL 36104

     Brandy Murphy Lee
     Campbell, Waller & Poer, LLC
     Suite 450, 2100-A SouthBridge Parkway
     Birmingham, AL 35209

                         s/ Russell W. Adams
                         OF COUNSEL