IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
ANDREY D. FINCH,              )
                              )
    Plaintiff,                )
                              )
                              )    CIVIL ACTION NO.
    v.                        )      2:07cv24-MHT
                              )
STATE OF ALABAMA, et al.,     )
                              )
    Defendants.               )
```

### ORDER

It is ORDERED that the motion for extension of deadlines (Doc. No. 17) is granted.

DONE, this the 4th day of June, 2007.

          /s/ Myron H. Thompson
      UNITED STATES DISTRICT JUDGE