**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **AUDREY FINCH,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| **v.** | )   Civil Action No.: 2:07cv24 |
| | ) |
| **STATE OF ALABAMA, et al.,** | ) |
| | ) |
|     **Defendants** | ) |

## NOTICE OF APPEARANCE

COMES NOW Charles W. Reed and Jenifer Champ Wallis of the law firm Campbell, Waller & Poer, LLC, and enters their appearances as additional counsels of record for Defendants in the above-styled cause.

                          Respectfully Submitted,

                          /s/   Charles W. Reed, Jr.
                        Charles W. Reed, Jr. (ASB-4383-D51C)
                        One of the Attorneys for Defendants
                        CAMPBELL, WALLER & POER, L.L.C.
                        2100A SouthBridge Parkway
                        Suite 450
                        Birmingham, AL 35209
                        205- 803-0051 - telephone
                        205-803-0053 – facsimile
                        creed@cwp-law.com - email

                          /s/   Jenifer Champ Wallis
                        Jennifer Champ Wallis (ASB-1993-R73W)
                        One of the Attorneys for Defendants
                        CAMPBELL, WALLER & POER, L.L.C.
                        2100A SouthBridge Parkway
                        Suite 450
                        Birmingham, AL 35209
                        205- 803-0051 - telephone
                        205-803-0053 – facsimile
                        jwallis@cwp-law.com – email

## CERTIFICATE OF SERVICE

I hereby certify that I have on June 5, 2007 electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following (or by U.S. Mail as indicated below):

Robert Childs, Jr.
Gordon, Silberman, Wiggins & Childs
The Kress Building
301 19th Street North
Birmingham, AL 35203

David R. Boyd
Balch & Bingham
P.O. Box 78
Montgomery, AL  36101-0078

William J. Huntley, Jr.
Huntley & Associates, P.C.
P.O. Box 370
Mobile, Alabama 36601

William F. Gardner
Cabaniss, Johnston, Gardner,
   Dumas & O'Neal
700 Park Place Tower
Birmingham, Alabama 35203
John J. Park
Margaret Fleming
Office of the Attorney General
11 S. Union Street
Montgomery, Alabama 36130

Henry C. Barnett
Christopher W. Weller
Capell & Howard
P.O. Box 2069
Montgomery, Alabama 36102-2069
Warren B. Lightfoot, Jr.
Maynard, Cooper & Gale, P.C.
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, Alabama 35203

William F. Kelley, Esq.
Alabama Retirement Systems
135 South Union Street
Montgomery, Alabama 36130

Alice Ann Byrne
State Personnel Department
Third Floor, Suite 316
Folson Administration Building
64 North Union Street
Montgomery, Alabama 36130


\s\ Charles W. Reed, Jr.
OF COUNSEL