IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| AUDREY D. FINCH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:07cv24-MHT |
| ) | |
| STATE OF ALABAMA, et al., ) | |
| ) | |
| Defendants. ) | |

ORDER

By agreement of counsel for the parties in this case and based on the representations made on the record at the status conference held June 21, 2007, in <u>Moore v. State of Alabama</u> and <u>Warren v. State of Alabama</u>, Civil Action Nos. 07cv448-MHT & 07cv449-MHT, it is ORDERED as follows:

(1) By July 30, 2007, the parties are to file a joint statement identifying (a) the defendants that will remain a party to this case, (b) the plaintiff's and defendants' attorneys that will remain attorneys of record in this case, and (c) which party, or parties, each remaining attorney represents.

(2) The purpose of the joint statement is to purge the record of parties and attorneys that the parties <u>agree</u> need not remain in the case.  If there is disagreement, such party or attorney should, for now, remain.  The statement shall not constitute consent or waiver regarding the legal merits of who should be dismissed or excluded.

(3) After the joint statement is filed, the court will enter an order directing the clerk of the court to terminate all parties and attorneys <u>not</u> identified as remaining in this case.  Should any new attorney appear in the statement who is not already on the docket as an attorney of record, that attorney should separately file a notice of appearance.

DONE, this the 21st day of June, 2007.

     /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE