IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
AUDREY D. FINCH,              )
                              )
    Plaintiff,                )
                              )     CIVIL ACTION NO.
    v.                        )        2:07cv24-MHT
                              )
STATE OF ALABAMA, et al.,     )
                              )
    Defendants.               )
```

## ORDER

It is ORDERED that the motion to withdraw (Doc. No 21) is granted.

DONE, this the 22nd day of June, 2007.

　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE