IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| AUDREY D. FINCH, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | CIVIL ACTION NO.: |
| v. ) | 07 cv 024-MHT |
| ) | |
| STATE OF ALABAMA, et al., ) | |
| ) | |
| *Defendants*. ) | |

_____

## AMENDED
## CONFLICT DISCLOSURE STATEMENT

Defendants State Personnel Department, State Personnel Board, and Jackie Graham, in her official capacity as Director of State Personnel Department, in the above-captioned matter, and in accordance with the Order of this Court, make the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members, and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047, as follows:

1. Defendant State Personnel Department is a governmental entity;

2. Defendant State Personnel Board as a governmental entity; and

3. Defendant Jackie Graham is an individual.

Respectfully submitted, this 8th day of August, 2007.

     /s/ Alice Ann Byrne
ALICE ANN BYRNE, ESQ. (BYR 015)
Attorney for Defendants
State Personnel Department,
State Personnel Board, and
Jackie Graham, Director of State
Personnel Department

STATE PERSONNEL DEPARTMENT
LEGAL DIVISION
Folsom Administrative Building
64 North Union Street ~ Suite 316
Montgomery, AL  36130
(334) 242-3451
(334) 353-4481 fax

**CERTIFICATE OF SERVICE**

I hereby certify that on the 8th day of August, 2007, the foregoing document was filed electronically with the Clerk of the Court via the CM/ECF system which will send notice of electronic filing to the following:

For the Plaintiff:
    Russell W. Adams, Esq.
    Rocco Calamusa, Jr., Esq.
    WIGGINS CHILDS QUINN & PANTAZIS, P.C.
    The Kress Building
    301 19th Street North
    Birmingham, AL  35203-3204

For Defendant Department of Mental Health and
Mental Retardation and John Houston, Commissioner:
    Warren B. Lightfoot, Jr., Esq.
    John B. Holmes, III, Esq.
    Abigail H. Avery, Esq.
    MAYNARD COOPER & GALE, PC
    1901 Sixth Avenue North
    2400 AmSouth/Harbert Plaza
    Birmingham, AL  35203-2618

    Courtney W. Tarver, Esq.
    Tamara R. Pharrams, Esq.
    DEPARTMENT OF MENTAL HEALTH AND
    MENTAL RETARDATION
    P. O. Box 301410
    Montgomery, AL  36130-1410

     /s/  Alice Ann Byrne
     Of Counsel