IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **AUDREY D. FINCH,** | * |
| | * |
|    Plaintiff, | * |
| | * |
| v. | *   Civil Action No.: 2:07-CV-24-MHT |
| | * |
| **DEPARTMENT OF MENTAL HEALTH** | * |
| **AND RETARDATION, et al.** | * |
| | * |
|    Defendant. | * |

## CONSENT MOTION FOR EXTENSION OF DEADLINE TO AMEND PLEADINGS AND ADD PARTIES

COMES NOW the plaintiff, Audrey Finch, and moves this Honorable Court to extend the deadline to file a motion to amend pleadings and add parties. In support of this motion, the parties state as follows:

1. The Court's Uniform Scheduling Order (doc. no. 27), set the deadline to file any motion to amend pleadings and add parties for September 17, 2007.

2. This cause was originally filed as a complaint in intervention in *Crum v. State of Alabama,* CV 94-T-356 in 1995 and contained class allegations. A motion for class certification is pending in that lawsuit.

3. The Court recently converted the complaint in intervention into a separate lawsuit.

4. Counsel for the partes have reached an agreement as to this and the other "spin-off" cases which they believe will provide for a more orderly process and potentially avoid unnecessary pleadings. The parties have agreed that the motion to amend pleadings deadline, if any, and the motion for class certification motions, if any, should be made concurrent with the deadline to file plaintiffs' expert report. In the instant case, plaintiffs' report is due on October 1, 2007 and the

discovery cut-off is February 8, 2008.

5. Counsel for the defendants do not oppose and support this motion.

Wherefore, premises considered, plaintiff respectfully requests that the above deadlines in this case be moved to October 1, 2007.

                                            Respectfully submitted,

                                            s/ Russell W. Adams
                                            Joe Calvin
                                            Rocco Calamusa, Jr.
                                            Russell W. Adams
                                            Attorneys for the Plaintiff

OF COUNSEL:

WIGGINS, CHILDS, QUINN & PANTAZIS, L.L.C.
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
(205) 314-0500

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing pleading on counsel via first class U.S. mail, properly addressed, to the following:

    Alice Ann Byrne
    State Personnel Department
    64 North Union Street
    316 Folsom Administrative Bldg.
    Montgomery, AL 36130
    AliceAnn.Byrne@personnel.alabama.gov

    Warren B. Lightfoot, Jr.
    John B. Holmes, III
    Abigail H. Avery
    Maynard, Cooper & Gayle, P.C.
    1901 Sixth Avenue North
    2400 AmSouth Harbert Plaza
    Birmingham, AL 35203-2618

wlightfoot@maynardcooper.com
jholmes@maynardcooper.com
aavery@maynardcooper.com

Courtney W. Tarver
Tamara R. Pharrams
Department of Mental Health and Retardation
P.O. Box 301410
Montgomery, AL 36130-1410
courtney.tarver@mh.alabama.gov
tamara.pharrams@mh.alabama.gov

This 18th day of September, 2007.

                                                          /s/ Russell W. Adams
                                                        OF COUNSEL