**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

September 19, 2007

# NOTICE OF CORRECTION

**From:   Clerk's Office**

**Case Style:   Finch v. Alabama Department of Mental Health and Mental Retardation et al**

**Case Number:   2:07cv00024-MHT**

**This Notice of Correction was filed in the referenced case this date to attach the correct PDF document previously attached.**

**The correct PDF document is attached to this notice for your review.   Reference is made to document # 37   filed on   September 18, 2007.**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| AUDREY D. FINCH, | * | |
| | * | |
|    Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No.: 2:07-CV-24-MHT |
| | * | |
| DEPARTMENT OF MENTAL HEALTH | * | |
| AND RETARDATION, et al. | * | |
| | * | |
|    Defendant. | * | |

**CONSENT MOTION FOR EXTENSION OF DEADLINE TO AMEND PLEADINGS
AND ADD PARTIES**

COMES NOW the plaintiff, Audrey Finch, and moves this Honorable Court to extend the deadline to file a motion to amend pleadings and add parties. In support of this motion, the parties state as follows:

1.  The Court's Uniform Scheduling Order (doc. no. 27), set the deadline to file any motion to amend pleadings and add parties for September 17, 2007.

2.  This cause was originally filed as a complaint in intervention in *Crum v. State of Alabama,* CV 94-T-356 in 1995 and contained class allegations. A motion for class certification is pending in that lawsuit.

3.  The Court recently converted the complaint in intervention into a separate lawsuit.

4.  Counsel for the partes have reached an agreement as to this and the other "spin-off" cases which they believe will provide for a more orderly process and potentially avoid unnecessary pleadings. The parties have agreed that the motion to amend pleadings deadline, if any, and the motion for class certification motions, if any, should be made concurrent with the deadline to file plaintiffs' expert report. In the instant case, plaintiffs' report is due on October 1, 2007 and the

discovery cut-off is February 8, 2008.

5.   Counsel for the defendants do not oppose and support this motion.

Wherefore, premises considered, plaintiff respectfully requests that the above deadlines in this case be moved to October 1, 2007.

>Respectfully submitted,
>
>s/ Russell W. Adams
>Joe Calvin
>Rocco Calamusa, Jr.
>Russell W. Adams
>Attorneys for the Plaintiff

OF COUNSEL:

WIGGINS, CHILDS, QUINN & PANTAZIS, L.L.C.
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
(205) 314-0500

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing pleading on counsel via first class U.S. mail, properly addressed, to the following:

>Alice Ann Byrne
>State Personnel Department
>64 North Union Street
>316 Folsom Administrative Bldg.
>Montgomery, AL 36130
>AliceAnn.Byrne@personnel.alabama.gov
>
>Warren B. Lightfoot, Jr.
>John B. Holmes, III
>Abigail H. Avery
>Maynard, Cooper & Gayle, P.C.
>1901 Sixth Avenue North
>2400 AmSouth Harbert Plaza
>Birmingham, AL 35203-2618

     wlightfoot@maynardcooper.com
     jholmes@maynardcooper.com
     aavery@maynardcooper.com

     Courtney W. Tarver
     Tamara R. Pharrams
     Department of Mental Health and Retardation
     P.O. Box 301410
     Montgomery, AL 36130-1410
     courtney.tarver@mh.alabama.gov
     tamara.pharrams@mh.alabama.gov

This 18th day of September, 2007.

                                              /s/ Russell W. Adams
                                              OF COUNSEL