IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
AUDREY D. FINCH,                )
                                )
    Plaintiff,                  )
                                )     CIVIL ACTION NO.
    v.                          )       2:07cv24-MHT
                                )
ALABAMA DEPARTMENT OF           )
MENTAL HEALTH AND MENTAL        )
RETARDATION, et al.,            )
                                )
    Defendants.                 )
```

ORDER

It is ORDERED that the motion for extension of deadline (Doc. No. 37) is granted.

DONE, this the 19th day of September, 2007.

　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE