IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| AUDREY D. FINCH,           ) | |
|                           ) | |
|    Plaintiff,     ) | |
|                           ) | CIVIL ACTION NO. |
|    v.              ) | 2:07cv24-MHT |
|                           ) | |
| ALABAMA DEPARTMENT OF      ) | |
| MENTAL HEALTH AND MENTAL   ) | |
| RETARDATION, et al.,       ) | |
|                           ) | |
|    Defendants.    ) | |

ORDER

It is ORDERED that the defendants are allowed until October 5, 2007, to respond to the amended complaint in this case.

DONE, this the 26th day of September, 2007.

                                          /s/ Myron H. Thompson
                                   UNITED STATES DISTRICT JUDGE