IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **AUDREY D. FINCH,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **CIVIL ACTION No:2:07cv24-MHT** |
| ) | |
| **STATE OF ALABAMA PERSONNEL** ) | |
| **DEPARTMENT and its Director,** ) | |
| **Jackie Graham; STATE OF ALABAMA** ) | |
| **DEPARTMENT OF MENTAL HEALTH** ) | |
| **and MENTAL RETARDATION and its** ) | |
| **Commissioner, JOHN HOUSTON,** ) | |
| ) | |
| **Defendants.** ) | |

## NOTICE OF APPEARANCE

COMES NOW Joseph H. Calvin III of the law firm of Wiggins, Childs, Quinn & Pantazis, LLC, and enters his appearance as additional counsel of record for the Plaintiff in the above-styled case.

Respectfully submitted,

/s/ Joseph H. Calvin III
_____
Joseph H. Calvin III
**Attorney for the Plaintiff**

43624.wpd

**OF COUNSEL**
Wiggins, Childs, Quinn & Pantazis, LLC
The Kress Building
301 19th Street North
Birmingham, AL 35203
(205) 314-0563  direct dial
(205) 314-0763  direct fax
jcalvin@wcqp.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties, and I hereby certify that, to the best of my knowledge and belief, there are no non-CM/ECF participants to whom the foregoing is due to be mailed by way of the United States Postal Service.

/s/ Joseph H. Calvin III
_____
Of Counsel