**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **AUDREY D. FINCH,** | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | **CIVIL ACTION NO.:** |
| **v.** | ) | **07 CV 24-MHT** |
| | ) | |
| **ALABAMA DEPARTMENT OF** | ) | |
| **MENTAL HEALTH AND** | ) | |
| **MENTAL RETARDATION,** *et al.*, | ) | |
| | ) | |
| *Defendants*. | ) | |

---

## DEFENDANTS' DESIGNATION OF EXPERT WITNESSES

Pursuant to the Amended Uniform Scheduling Order [Doc. No. 27] entered in this case and FRCP 26(2)(A), defendants State Personnel Board, State Personnel Department, and Jackie Graham, in her official capacity as Director of State Personnel Department, and the Department of Mental Health and Mental Retardation, and John Houston, its Commissioner, submit the following list of expert witnesses. The ERS Group and Applied Psychological Techniques, Inc. have been retained by the defendants to provide expert testimony in this case. A written report has been prepared by the following experts in accordance with FRCP 26(2)(B), which includes their curriculum vitae, and which are attached as Exhibits 1 and 2, respectively:

1. ERS Group
   a. Janet R. Thorton, Ph.D.
   b. J. Michael DuMond, Ph.D.

2. Applied Psychological Techniques, Inc.
   a. Dr. Kathleen K. Lundquist
   b. Dr. Toni S. Locklear
   c. Dr. Mark J. Schmit

3. Maury Buster, Ph.D.

Employed by the State Personnel Department
64 North Union Street, Suite 300
Montgomery, Al. 36130

Dr. Buster is an employee of the State Personnel Department and may provide expert opinions and reports in response to material or deposition testimony submitted by Plaintiffs. Dr. Buster's curriculum vitae is attached as Exhibit 3.

Respectfully submitted this the 1st day of November, 2007.

For Defendants State Personnel Board,
State Personnel Department, and
Jackie Graham, Director of State
Personnel Department

  /s/ Alice Ann Byrne
ALICE ANN BYRNE (BYR 015)

STATE PERSONNEL DEPARTMENT
LEGAL DIVISION
Folsom Administrative Bldg.
64 North Union Street ~ Suite 316
Montgomery, Alabama 36130
(334) 242-3450
 (334) 353-4418 (fax)
aliceann.byrne@personnel.alabama.gov

For Defendants Mental Health and Mental
Retardation and John Houston,
Commissioner

  /s/   Warren B. Lightfoot, Jr.
WARREN B. LIGHTFOOT, JR., ESQ.
JOHN B. HOLMES, III, ESQ.
ABIGAIL H. AVERY, ESQ.

MAYNARD COOPER & GALE, PC
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, AL  3503-2618
(205) 254-1000
(205) 254-1999  (fax)
wlightfoot@maynardcooper.com
jholmes@maynardcooper.com
aavery@,maynardcooper.com

  /s/  Courtney W. Tarver
COURTNEY W. TARVER, ESQ.
TAMARA R. PHARRAMS, ESQ.

DEPARTMENT OF MENTAL HEALTH AND
MENTAL RETARDATION
P. O. Box 301410
Montgomery, AL  36130-1410
(334) 242-3038
(334) 242-0924  (fax)
courtney.tarver@mh.alabama.gov
tamara.pharrams@mh.alabama.gov

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of November, 2007, the foregoing document with exhibits was electronically provided to the following:

For the Plaintiff:
      Russell W. Adams, Esq.               radams@wcqp.com
      Rocco Calamusa, Jr., Esq.           rcalamusa@wcqp.com
      WIGGINS CHILDS QUINN & PANTAZIS, P.C.
      The Kress Building
      301 19th Street North
      Birmingham, AL  35203-3204

  /s/  Alice Ann Byrne
Of Counsel

# Exhibit 1

# REPORT IN THE MATTER OF

## AUDREY D. FINCH
## V.
## STATE OF ALABAMA PERSONNEL DEPARTMENT

Civil Action Number 2:07cv24-MHT

BY

**Janet R. Thornton, Ph.D.**
**J. Michael DuMond, Ph.D.**

**November 1, 2007**



**Report in the Matter of Audrey D. Finch v. State of Alabama Personnel Department**

## I.  INTRODUCTION

Counsel for Defendant in the matter of <u>Audrey D. Finch v. State of Alabama Personnel Department</u> asked the staff of ERS Group[1] to examine the issues raised in the First Amended Complaint filed by Plaintiff's counsel on September 17, 2007. This report reviews the claims made by Ms. Finch and provides a comparison of her employment qualifications to those listed in the job announcements.

Specifically, Ms. Finch claims that she did not obtain the positions of Senior Service Social Worker, Rehabilitation Specialist I, and Rehabilitation Specialist II.[2] These positions are part of the appointment data maintained by the State of Alabama Personnel Department (hereafter "SPD") and, therefore, are examined in this report. Ms. Finch also claims that she did not obtain the positions of HTS (Cottage Supervisor), HTL (Unit Leader), and Administrator II, all of which are specific to the Department of Mental Health and Mental Retardation.[3] These positions are not part of the appointment data maintained by SPD and, therefore, are not examined in this report. We also briefly examine the other positions to which Ms. Finch applied through the merit staffing process.

The remainder of this report is organized as follows: Section II contains a summary of the information considered in preparation of this report. Section III provides a brief review of Ms. Finch's employment history with the State of Alabama. Section IV

---

[1] ERS Group (ERS) is a part of Sourcecorp, Inc. and provides quantitative analysis of economic decisions to a variety of clients, including individuals, corporations, universities and government agencies. ERS also assists firms in developing Affirmative Action Programs and offers seminars in the use of statistics in economic analysis in litigation. ERS staff has worked for plaintiffs, defendants, and courts in discrimination litigation. The resumes of the principals performing this research, Dr. Janet R. Thornton and Dr. J. Michael DuMond, are attached to this report in Appendix A.

[2] First Amended Complaint, pages 7-8.

[3] First Amended Complaint, pages 4-7. Ms. Finch did ultimately obtain the Cottage Supervisor position in 1991.

contrasts Ms. Finch's educational and experience qualifications with the class codes for

which she claims her applications were rejected for reasons due to race. Lastly, Section

V sets forth our background and qualifications.


## II.    INFORMATION RELIED UPON FOR THIS REPORT

We relied upon the following information that we received for this matter. [4]

- First Amended Complaint, dated September 17, 2007
- Excerpts from the deposition of Audrey D. Finch, dated October 9, 2001
- Job Applications for Audrey D. Finch
- Rehabilitation Specialist (50344) Qualifying Information
- Job announcements for:
    o  Senior Service Social Worker – 50221, announcement dated July 24, 1996
    o  Rehabilitation Specialist I – 50344, announcement dated December 6, 1995
    o  Rehabilitation Specialist II – 50345, announcement dated December 6, 1995
    o  Social Worker I— 50201, announcement dated September 6, 1978
    o  Social Worker I— 50201, announcement dated November 18, 1987
    o  Mental Health Worker I – 40131, announcement dated July 16, 1986
    o  Mental Health Worker I – 40131, announcement dated April 6, 1988

In addition to this information, we relied upon the application history file and the

certified out history file,[5] which are data previously provided from the Alabama State

Personnel Department.


## III.    EMPLOYMENT HISTORY OF MS. FINCH

According to her complaint, Ms. Finch began her employment at the State of

Alabama in the Department of Mental Health and Mental Retardation in January 1986.

She was hired into the position of Mental Health Worker I (class code 40131) and

worked in that capacity until January 1991, when she was promoted to the HTS (Cottage

---

[4] If additional information is obtained that is relevant to this report, it may need to be modified or supplemented.
[5] These files were previously provided in connection with the matter of *Eugene Crum Jr., et al. v. State of Alabama, et al., Case No. CV-94-T-356-N.*

Supervisor) position. Ms. Finch was laid-off in March 1996 when the Glenn Ireland facility closed.[6] Between March 1996 and October 1996, Ms. Finch applied to the merit staffing positions for which she asserts claims. Prior to March 1996, Ms. Finch also applied to other positions as identified by the SPD data. From 1983 until March 1996, the electronic application files indicate that she submitted 27 applications to 15 different class codes. As Table 1 shows, Ms. Finch met the minimum qualifications for 23 of the 27 applications, did not submit the required qualifying documentation on another, and failed to meet the experience requirements for the other three applications. While Ms. Finch did not meet the minimum qualifications for the Senior Service Social Worker position (class code 50221) for which she asserts claims, she did meet the minimum qualifications for Social Worker I (class code 50201), to which she applied on several occasions. The Social Worker I position is an entry level social worker position.[7]

**Table 1—Applications of Ms. Finch Prior to March 1996**

| Class Code–Title | Option Code | Application Date | Result |
|---|---|---|---|
| 10801-Equal Employment Officer | 0 | 8/25/1997 | 05—Did not meet MQs (Experience) |
| 10911-Store Clerk I | 0 | 5/7/1984 | 05—Did not meet MQs (Experience) |
| 11704-ABC Store Cashier I | 0 | 5/30/1985 | 30—Met MQs, placed on register |
| 11914-State Professional Trainee | 300 | 8/26/1987 | 30—Met MQs, placed on register |
| 11914-State Professional Trainee | 306 | 8/26/1987 | 00—Met MQs, placed on register |
| 11914-State Professional Trainee | 312 | 8/26/1987 | 00—Met MQs, placed on register |
| 11914-State Professional Trainee | 316 | 8/26/1987 | 00—Met MQs, placed on register |
| 11914-State Professional Trainee | 318 | 8/26/1987 | 00—Met MQs, placed on register |
| 11914-State Professional Trainee | 334 | 8/26/1987 | 00—Met MQs, placed on register |
| 40100-Health Services Aide I | 0 | 10/18/1983 | 30—Met MQs, placed on register |
| 40100-Health Services Aide I | 0 | 5/30/1985 | 30—Met MQs, placed on register |
| 40131-Mental Health Worker I | 0 | 10/18/1983 | 10—Met MQs, failed to appear for exam |
| 40131-Mental Health Worker I | 0 | 6/19/1984 | 30—Met MQs, placed on register |
| 40501-Activity Program Aide I | 0 | 10/18/1983 | 10—Met MQs, failed to appear for exam |
| 40501-Activity Program Aide I | 0 | 3/23/1984 | 30—Met MQs, placed on register |

---

[6] First Amended Complaint, page 3.
[7] Social Worker I Job Announcements, dated September 6, 1978 and November 18, 1987.

**Table 1—Applications of Ms. Finch Prior to March 1996**

| Class Code–Title | Option Code | Application Date | Result |
|---|---|---|---|
| 50112-Economic Assistant Spec (T) | 0 | 8/26/1987 | 30—Met MQs, placed on register |
| 50201-Social Worker I (T) | 0 | 9/29/1983 | 30—Met MQs, placed on register |
| 50201-Social Worker I (T) | 0 | 5/30/1985 | 30—Met MQs, placed on register |
| 50201-Social Worker I (T) | 0 | 1/25/1988 | 30—Met MQs, placed on register |
| 50351-Rehab Counselor I | 0 | 8/26/1987 | 05—Did not meet MQs (Experience) |
| 50401-Disability Specialist | 0 | 2/27/1996 | 02—Failure to Submit Qualifying Certificate or Documents |
| 60701-Correctional Off Trne (T) | 0 | 8/26/1987 | 10—Met MQs, failed to appear for exam |
| 60801-Youth Services Aide | 0 | 8/26/1987 | 00—Met MQs, placed on register |
| 60805-Youth Serv Child Care Wkr | 0 | 9/29/1983 | 30—Met MQs, placed on register |
| 60805-Youth Serv Child Care Wkr | 0 | 8/26/1987 | 30—Met MQs, placed on register |
| 60901-Probation & Parole Off | 0 | 5/29/1985 | 00—Met MQs, placed on register |
| 60901-Probation & Parole Off | 0 | 1/27/1988 | 30—Met MQs, placed on register |

Since March 1996, Ms. Finch submitted 14 applications, including ten in October 1996. These applications include those identified in her complaint as being rejected due to her race, the specific outcomes of which are shown in Table 2, as well as applications to other positions. For two of these class codes for which there are claims, Ms. Finch applied twice, resulting in the same determination by the personnel department. However, Ms. Finch met the minimum qualifications for several of the positions to which she applied beginning in March 1996 as shown in the table below.

**Table 2—Applications of Ms. Finch from March 1996 to December 2006**

| Class Code–Title | Option Code | Application Date | Result |
|---|---|---|---|
| *Positions With Claims Identified* | | | |
| 50344-Rehabilitation Spec I | 241 | 3/7/1996 | 05—Did not meet MQs (Experience) |
| 50345-Rehabilitation Spec II | 241 | 3/7/1996 | 05—Did not meet MQs (Experience) |
| 50344-Rehabilitation Spec I | 241 | 10/18/1996 | 05—Did not meet MQs (Experience) |
| 50345-Rehabilitation Spec II | 241 | 10/18/1996 | 05—Did not meet MQs (Experience) |
| 50221-Senior Service Social Worker | 0 | 10/30/1996 | 04—Did not meet MQs (Education) |
| *Positions Without Claims Identified* | | | |
| 60901-Probation & Parole Off | 0 | 7/12/1996 | 11—Met MQs, failed written exam |
| 50218-Service Social Worker I | 0 | 10/11/1996 | 29—Continuous Register - Applicant Failed to Qualify |
| 50401-Disability Specialist | 0 | 10/11/1996 | 30—Met MQs, placed on register |
| 50352-Rehab Counselor | 3 | 10/18/1996 | 30—Met MQs, placed on register |
| 50367-District Service Coord | 0 | 10/21/1996 | 30—Met MQs, placed on register |
| 50520-Human Serv Prog Coord | 226 | 10/21/1996 | 05—Did not meet MQs (Experience) |
| 40641-Disease Intervention Spec | 0 | 10/31/1996 | 30—Met MQs, placed on register |
| 50520-Human Serv Prog Coord | 225 | 2/13/1998 | 05—Did not meet MQs (Experience) |
| 50403-Senior Disability Spec | 0 | 7/10/2003 | 30—Met MQs, placed on register |

Ms. Finch's application to Senior Service Social Worker was rejected due to a failure to meet the educational requirements for the position, while her applications to Rehabilitation Specialist I and II were rejected for failing to meet the experience requirements.[8]  Ms. Finch met the minimum requirements for nine of the positions without claims identified and was placed on the register for five of the nine.  Of the remaining four, she met the minimum requirements for class code 60901 (Probation and Parole Officer) but subsequently failed the written exam; she did not meet the minimum qualifications for the remaining three class codes.

The electronic data also show that Ms. Finch appeared on and was selected from lists of certified eligible candidates (i.e., COE lists).  For example, while Table 1 shows

---

[8] Ms. Finch's Complaint incorrectly states that her applications to the Rehabilitation Specialist I and II positions were rejected due to insufficient education (page 8).

that Ms. Finch's application for Disability Specialist (50401) was initially rejected, she later submitted a different application for this class code which met the minimum qualifications. Ms. Finch was placed on the register, and subsequently appeared on a list of certified eligible candidates. Her exam score placed her in the top band of this particular COE list, along with six other African-American and 13 Caucasian candidates, and she was selected for this position. In September 2003, Ms. Finch was also selected for the position of Senior Disability Specialist (class code 50403). The data also indicate that Ms. Finch appeared on 16 other lists of certified eligible candidates. On three of those lists, Ms. Finch was considered but did not receive the appointment. For the other 13 COE lists, Ms. Finch removed herself from the selection process by either declining the position or failing to reply to the certification notice. The following table summarizes the certified eligible lists that included Ms. Finch.

**Table 3—Lists of Certified Eligible Candidates that Included Ms. Finch**

| Class Code–Title | Option Code | Register Date | Certified Out Date | Result |
|---|---|---|---|---|
| 11704-ABC Store Cashier I | 0 | 1984-02 | 6/19/1990 | L—Applicant Declined - Availability, Position, Department, Location, Etc. |
| 11704-ABC Store Cashier I | 0 | 1984-02 | 6/19/1990 | L—Applicant Declined - Availability, Position, Department, Location, Etc. |
| 11704-ABC Store Cashier I | 0 | 1984-02 | 7/13/1990 | F—Applicant Failed to Reply |
| 11704-ABC Store Cashier I | 0 | 1984-02 | 7/19/1990 | F—Applicant Failed to Reply |
| 11704-ABC Store Cashier I | 0 | 1984-02 | 7/24/1990 | F—Applicant Failed to Reply |
| 11704-ABC Store Cashier I | 0 | 1984-02 | 8/6/1990 | F—Applicant Failed to Reply |
| 11704-ABC Store Cashier I | 0 | 1984-02 | 8/6/1990 | F—Applicant Failed to Reply |
| 11704-ABC Store Cashier I | 0 | 1984-02 | 8/6/1990 | F—Applicant Failed to Reply |
| 11704-ABC Store Cashier I | 0 | 1984-02 | 8/8/1990 | F—Applicant Failed to Reply |
| 11704-ABC Store Cashier I | 0 | 1984-02 | 8/8/1990 | F—Applicant Failed to Reply |
| 50352-Rehab Counselor | 3 | 1996-04 | 1/15/1997 | C—Applicant Considered |
| 50401-Disability Specialist | 0 | 1996-05 | 4/17/1997 | A—Applicant Appointed |
| 50352-Rehab Counselor | 3 | 1996-04 | 7/16/1997 | B—Applicant Declined - Availability Date Changed |
| 50352-Rehab Counselor | 3 | 1996-04 | 7/16/1997 | B—Applicant Declined - Availability Date Changed |
| 50352-Rehab Counselor | 3 | 1996-04 | 10/27/1997 | C—Applicant Considered |

**Table 3—Lists of Certified Eligible Candidates that Included Ms. Finch**

| Class Code–Title | Option Code | Register Date | Certified Out Date | Result |
|---|---|---|---|---|
| 50352-Rehab Counselor | 3 | 1996-04 | 5/7/1998 | F—Applicant Failed to Reply |
| 50403-Senior Disability Spec | 0 | 1996-06 | 8/26/2003 | C—Applicant Considered |
| 50403-Senior Disability Spec | 0 | 1996-06 | 9/16/2003 | A—Applicant Appointed |

In summary, Ms. Finch has utilized the State Personnel Department's application process since at least 1983, submitting 41 applications.[9] For the majority (71%) of her applications, she met the minimum qualifications for the position and was placed on the relevant employment register in 25 instances. Moreover, Ms. Finch appeared on nearly 20 COE lists, removed herself from further consideration from 13 of those lists, and was selected for employment on two occasions.

## IV.    EVALUATION OF MS. FINCH'S APPLICATIONS

The minimum requirements for each class code opening can be found on the job announcements for each position at the time that they are advertised.[10] The relevant experience or educational requirements for the three positions for which Ms. Finch has claims are shown in Table 4.

---

[9] The electronic application data begins in 1983. It is possible that Ms. Finch applied to positions prior to 1983, but we do not have an electronic record of those applications.
[10] It is our understanding that Applied Psychological Techniques, Inc. is reviewing the minimum qualifications for each of these positions.

**Table 4—Experience and Educational Requirements for Selected Class Codes**

| Class Code | Relevant Requirement(s) |
|---|---|
| 50221-Senior Service Social Worker | Masters Degree in Social Work from a school of social work accredited by the Council on Social Work Education.[11] |
| 50344-Rehabilitation Spec I | Master's degree in rehabilitation, psychology, counseling, human development, social work, nursing, or allied health occupations.  Three years of professional level experience providing independent living skills, special education, vocational rehabilitation, or medical rehabilitation services to individuals with disabilities is also required.  Three years of experience in one of the specialty areas below may substitute for the required rehabilitation experience. … This classification also requires knowledge in one or more of the following specialty areas:  [v]ocational rehabilitation, independent living, early intervention, nursing, social work, occupational therapy, audiology, nutrition, physical therapy, speech pathology, blindness/visual impairment, deafness/hard of hearing, traumatic brain injury, and learning disabilities.[12] |
| 50345-Rehabilitation Spec II | Master's degree in rehabilitation, psychology, counseling, human development, social work, nursing, or allied health occupations.  Four years of professional level experience providing independent living skills, special education, vocational rehabilitation, or medical rehabilitation services to individuals with disabilities is also required.  One year of this experience must have included responsibility for either planning and conducting organizational training programs, planning and conducting research, or assisting in the development of organizational programs in the specialty area.  Four years of experience in one of the specialty areas below may substitute for the required rehabilitation experience. … This classification also requires knowledge in one or more of the following specialty areas:  [v]ocational rehabilitation, independent living, early intervention, nursing, social work, occupational therapy, audiology, nutrition, physical therapy, speech pathology, blindness/visual impairment, deafness/hard of hearing, traumatic brain injury, and learning disabilities.[13] |

Note:  The minimum qualifications pertinent to Ms. Finch's failure to meet the minimum qualifications are provided in this table.  For example, the educational requirement is listed for the Senior Service Social Worker position.

---

[11] Senior Service Social Worker Job Announcement, dated July 24, 1996.
[12] Rehabilitation Specialist I Job Announcement, dated December 6, 1995.
[13] Rehabilitation Specialist II Job Announcement, dated December 6, 1995.

Ms. Finch's application and deposition testimony both indicate that she did *not* possess the required degree for the Senior Service Social Worker position.[14]  She testified that she believed her master's degree in Counseling would be a satisfactory alternative for the Social Work degree,[15] but the job announcement does *not* indicate that any other field of study could be used as a substitute.  Ms. Finch also testified that she was qualified for the position because she was a licensed social worker.[16]  However, a social worker license is an occupational license, and the job announcement does not indicate that the license can substitute for the educational requirement.[17]

Ms. Finch's applications to the Rehabilitation Specialist positions were judged by SPD to be insufficient with respect to the experience requirements.  Ms. Finch's four applications were all submitted for a specific option code, 241-Vocational Rehabilitation and, therefore, Ms. Finch's experience requirements need to be evaluated with respect to this specialty.  As Table 4 indicates, these positions required at least three years of professional level experience providing independent living skills, special education, vocational rehabilitation or medical rehabilitation services.  When specifically asked whether she had experience in *vocational rehabilitation*, Ms. Finch responded:

> I have a general knowledge of vocational rehabilitation.  ...
> And that was one of the things that we taught the residents
> at Glenn Ireland on how to become independent.[18]

In addition, she testified that her prior experience as a Mental Health Worker was sufficient to meet these requirements:

---

[14] Deposition of Audrey D. Finch, October 9, 2001, page 160, lines 7-9.
[15] Deposition of Audrey D. Finch, October 9, 2001, page 160, lines 15-20.
[16] Deposition of Audrey D. Finch, October 9, 2001, page 159, lines 18-23.
[17] As previously noted, Ms. Finch did meet the minimum qualifications for the entry level Social Worker job (class code 50201) as shown in Table 1, but failed based on her education to meet the qualifications for the Senior Service Social Worker job.
[18] Deposition of Audrey D. Finch, October 9, 2001, page 172, lines 17-22.

> I have the knowledge of rehabilitation process (sic), I worked with mentally retarded people. We taught them independent living. I am a licensed social worker.[19]

It appears from Ms. Finch's response that she considered these two different specialties within rehabilitation services (vocational rehabilitation and independent living) to be the same. However, her description of providing independent living skills at the Glenn Ireland Mental Health facility[20] is not only different from the job duties related to vocational rehabilitation,[21] but also from the scope of the independent living specialty within rehabilitation services.[22] Lastly, a review of Ms. Finch's applications does not indicate experience in vocational rehabilitation.[23]

## V.    BACKGROUND AND QUALIFICATIONS

Dr. Thornton is a labor economist with a Ph.D. in Economics (1992) from Florida State University. Her fields of special interest include labor economics, computer analysis of large databases, and applied econometric and statistical analysis. Since 1986 she has worked as an economist at ERS Group, a SourceCorp company, where she is currently a Director. Dr. Thornton's billing rate is $350 an hour.

---

[19] Deposition of Audrey D. Finch, October 9, 2001, page 172, lines 10-14.

[20] Ms. Finch described those duties as teaching the mentally disabled "to be independent so that they can go from the facility into an independent living setting." Deposition of Audrey D. Finch, October 9, 2001, page 171, lines 6-14. Further, a review of the Mental Health Worker I job announcements do not include "independent living" among the "kind of work" performed.

[21] The focus of the Vocational Rehabilitation Service (VRS) division with the Alabama Department of Rehabilitation Services, is to assist Alabamians with disabilities achieve independence through employment. See: http://www.rehab.state.al.us/Home/default.aspx?url=/Home/Services/VRS/Main.

[22] According to the qualifying information for Rehabilitation Specialist I, "work experience with individuals with disabilities is limited to individuals with *physical disabilities*." (emphasis in original) Ms. Finch's experience as a Mental Health Worker was limited to patients with mental disabilities.

[23] The specific applications for the Rehabilitation Specialist class codes shown in Table 2 were not available. However, we did review the applications from Ms. Finch for 50221-Senior Service Social Worker and 50401-Disability Specialist. Both of these applications were submitted at approximately the same time (September 1996) as the Rehabilitation Specialist applications and each of them detail her job experience as a Mental Health Worker at the Glenn Ireland facility.

J. Michael DuMond is a labor economist with a Ph.D. in Economics (1997) from Florida State University. His fields of special interest include employee compensation and labor economics, the analysis of large databases, and the unique labor markets of professional and collegiate athletics. Dr. DuMond's billing rate is $225 an hour. The curricula vitae and list of publications of Dr. Thornton and Dr. DuMond are contained in Appendix A.

Date: November 1, 2007

_____
Janet R. Thornton, Ph.D.

_____
J. Michael DuMond, Ph.D.

Appendix A



**Tallahassee, FL**
4901 Tower Court
Tallahassee, FL 32303

(850) 562-1211
(850) 562-3838 FAX

www.ersgroup.com

## Janet R. Thornton, Ph.D.
4901 Tower Court • Tallahassee, FL  32303 • (850) 562-1211, xtn. 142
jthornton@ersgroup.com

## PROFESSIONAL EXPERIENCE:

**ERS GROUP**

Director, ERS Group, April 2004 to present.

Dr. Thornton specializes in the use of data analysis and statistical techniques to analyze credit decisions and to determine how employment practices relate to gender, race, ethnicity, and age.  She has testified as an expert witness in both credit and employment cases.  Dr. Thornton has also designed software to monitor lending practices and has prepared salary, termination, and hiring audits for employers.   In conducting these analyses, Dr. Thornton performs project manager duties including the supervision of economists and team members.

Vice President and Senior Research Economist, ERS Group, 1998-2004.
Senior Research Economist, Economic Research Services, Inc., 1997-1998.
Research Economist, Economic Research Services, Inc., 1986-1997.

**Florida State University**
Instructor of Quantitative Methods and Statistics, 2000-2001.

**Georgia Southwestern College**
Part-time Instructor, 1985-1986

**Economic Research Services, Inc.**
Research Assistant, Tallahassee, Florida, Summer 1985

**Florida State University**
Instructor, Economics, 1984-1985

**Economic Research Services, Inc.**
Research Assistant, Tallahassee, Florida, Summer 1984

**Florida State University**
Instructor and Teaching Assistant, Economics, 1982-1984

**University of Central Florida**
Research Assistant, 1981

Revised March 21, 2007

## EDUCATION:

Ph.D., Florida State University, Economics, 1992

M.S., Florida State University, Economics, 1985

B.A., University of Central Florida, Economics and Political Science, 1981

### HONORS AND AWARDS:

Omicron Delta Epsilon (Economics)
Omicron Delta Kappa (National Leadership)
Pi Sigma Alpha (Political Science)
Phi Kappa Phi Honor Society
Scholarship to attend Conference on Public Choice, Center for Public Choice, Blacksburg, Virginia, 1983

## SPECIALIZATION:

Labor and Natural Resource Economics

## PUBLICATIONS AND RESEARCH PAPERS:

"Recent Developments in the Analysis of Employment Practices," (with Joan Haworth and Paul White), Development in Litigation Economics, Vol. 87.  Eds. Patrick Gaughan and Robert Thornton, Contemporary Studies in Economic and Financial Analysis.  Amsterdam: Elsevier, 2005.

"Minority and Female Owned Business Opportunity in Atlanta," (with Joan G. Haworth), Prepared for the City of Atlanta, October 2000.

"Cohort Analysis and the Determination of Economic Damages Resulting from Employment Discrimination," (with Michael J. Piette).  Journal of Forensic Economics, Vol. VIII, No. 1, Winter 1995.

"Using New Labor Force Participation Rates When Computing Economic Damage and Loss: A Methodological Note," (with Michael J. Piette).  Journal of Legal Economics, Vol. 4, No. 2, Summer 1994.

"A Human Capital Approach to School Retention," Ph.D. Dissertation, Department of Economics, Florida State University, April 1992.

## PRESENTATIONS/PROFESSIONAL MEETINGS:

Presented "Compensation Tune-Up for 2007: Tools for Analyzing and Monitoring Compensation," a Web Seminar, 2007.

Presented at ERS Group's "Analyzing and Monitoring Compensation in Today's Regulatory Environment" Seminar, Washington, D.C. and San Francisco, CA, 2005.

Presented "Commonly Used Statistical Techniques" and/or "Advanced Statistical Techniques: Compensation Analysis" at ERS Group's "Employment Discrimination:  Economic and Statistical

Evidence" Seminar, Washington, D.D., 2006; Washington, D.C. and New York, 2004; Washington, D.C. and New York, 2003; Chicago and New York, 2002; Dallas, 2001; New York and Los Angeles, 2000; Atlanta, Chicago, and San Francisco, 1999.

Presented "Exposure and Liability – Calculating Damages" at ERS Group's "Employment Discrimination:  Economic and Statistical Evidence" Seminar, Los Angeles, 1998.
"The Use of Cohort Analysis in the Litigation Context," (with Michael J. Piette), paper presented at the American Economic Association Meeting, New Orleans, January 1992.

"Changes in Labor Force Participation Rates Over Time:  Some New Evidence From Census Data," (with Michael J. Piette), paper presented at the Southern Economic Association Meeting, Washington D.C., November 1992.

## PROFESSIONAL ASSOCIATIONS AND MEMBERSHIPS:

American Economic Association

National Association of Forensic Economics

## COMPUTER LANGUAGES AND STATISTICAL PACKAGES:

Extensive use and knowledge of FORTRAN, SAS, and SPSS on mainframe and personal computers.  Knowledge and use of FOCUS, BMDP, COBOL, and Pascal.
Use of Atlas Pro Software to construct thematic maps

## COMPUTER SYSTEMS:

IBM RS6000 Model 58H, operating in an IBM UNIX environment

IBM 3090-400 VM-CMS environment at the University of Florida, Gainesville, Florida

Concurrent Corporation/Perkin-Elmer at Economic Research Services, Inc., Tallahassee, Florida

Control Data Cyber 850 at the Florida State University, Tallahassee, Florida



**Tallahassee, FL**
4901 Tower Court
Tallahassee, FL 32303

(850) 562-1211
(850) 562-3838 FAX

www.ersgroup.com

# J. MICHAEL DUMOND

4901 Tower Court • Tallahassee, FL 32303 • (850) 562-1211
mdumond@ersgroup.com

## PROFESSIONAL EXPERIENCE:

**ERS GROUP**
- Research Economist (2001 - present)

Perform economic and statistical analysis of employment issues relating to gender, race, ethnicity, and age. Construct and analyze databases. Prepare and assist in the preparation of written reports.

**FLORIDA STATE UNIVERSITY**
- Adjunct Professor (2002-Present):

Courses taught include Labor Economics, SAS Programming, and MS Project.

**BLOCKBUSTER, INC.**
- Director of Franchise Finance (1999-2001)

Responsible for all budgeting, forecasting and financial analysis of the 800+ store franchise division. Designed and implemented projects to improve profitability of both franchisees and franchisor, such as optimal labor allocation methods and alternative methods of acquiring rental product.

- Manager/Director of Modeling and Research (1997-1999)

Developed and supervised the implementation of predictive models for use by the real-estate, product and special format divisions. Oversaw the worldwide rollout of site-selection modeling applications and assisted in the valuation and pricing of company stores for sale to franchise units. Expanded the scope of the department by introducing econometric models into business segments that had not previously relied on statistical tools.

- Senior Demographic Research Analyst (1996-1997)

Introduced statistical modeling for the purposes of site-selection in the real estate department. Initial responsibilities focused on the development of revenue forecasting and cannibalization models for potential new stores. Subsequently, took on the additional responsibility of designing a product allocation system that simultaneously determines the optimal aggregate purchase amount for the entire company.

## EDUCATION:

Ph.D., Florida State University, Economics, 1997
M.S., Florida State University, Economics, 1994
B.S., Florida State University, Economics, 1991 (Summa Cum Laude)

## SPECIALIZATION:
Labor Economics and Economic Demography.

Revised August 15, 2007

## PUBLICATIONS AND RESEARCH PAPERS:

"An Examination of NBA MVP Voting Behavior:  Does Race Matter?," (with Jay B. Coleman and Allen K. Lynch), Under Review.

"An Economic Model of the College Football Recruiting Process," (with Allen K. Lynch and Jennifer Platania), Journal of Sports Economics, Forthcoming, February 2008.

"Estimating Wage Differentials: When Does Cost-of-Living Matter?" (with Barry Hirsch and David Macpherson), Economic Inquiry, Vol. 37, No. 4, October 1999.

"Two Essays on Wage Differentials," Ph.D. Dissertation, Department of Economics, Florida State University, April 1997.

"Workers Compensation Recipiency in Union and Nonunion Workplaces," (with Barry Hirsch and David Macpherson), Industrial and Labor Relations Review, Vol. 50, No. 2, January 1997.

## PRESENTATIONS / PROFESSIONAL MEETINGS:

"Prob(it)ing the NCAA:  Three Empirical Models on Collegiate Athletics," (with Allen K. Lynch and Jay B. Coleman), 2005, presented at the SAS M2005 Data Mining Conference.  Invited Presentation, Mid-day Keynote Address.

"An Economic Model of the College Football Recruiting Process," paper presented at the Eastern Economic Association meetings, 2005.

"Customer Discrimination in Major League Baseball," (with Allen K. Lynch) paper presented at the Southern Economic Association meetings, 1999.

"Workers' Compensation Recipiency in Union and Nonunion Workplaces," paper presented at the Southern Economic Association meetings, 1995.

"Estimating Wage Differentials:  When Does Cost-of-Living Matter?" paper presented at the Southern Economic Association meetings, 1994.

## PROFESSIONAL ASSOCIATIONS AND MEMBERSHIPS:

American Economic Association

## COMPUTER LANGUAGES AND STATISTICAL PACKAGES:

Extensive use and knowledge of SAS (mainframe and PC) and SPSS.  Highly advanced user of Microsoft Excel, Word, and PowerPoint.



# Exhibit 2



**EXPERT REPORT**

*Audrey D. Finch.*
*v.*
*State of Alabama Personnel Department, et al.*

United States District Court

Middle District of Alabama, Northern Division

Civil Action No. 2:07cv27-MHT

October 31, 2007

Prepared By:
Dr. Kathleen K. Lundquist
Dr. Toni S. Locklear
Dr. Mark J. Schmit
Applied Psychological Techniques, Inc.
1 Thorndal Circle, 2nd Floor
Darien, CT  06820

# TABLE OF CONTENTS

**Narrative Report**

Introduction…………………………………………………………………...…………3

Scope of Work………………………………………………………………...………. 7

Preface…...................................................................................................................... 9

Executive Summary……………………………………………………………….... 10

Opinions

       Opinion 1…..................................................................................... 12

       Opinion 2………………………………………………………...…… 15

       Opinion 3………………………………………………………...…… 19

       Opinion 4……………………………………………………….... 26

Conclusion…………………………………………………………………..…35

Rate of Compensation………………………………………………………36

Signature Page……………………………………………………………... 37

**Exhibits**

Exhibit 1. Dr. Lundquist's Curriculum Vita……………………………………… 38
Exhibit 2. Dr. Locklear's Curriculum Vita……………………………………… 53
Exhibit 3. Dr. Schmit's Curriculum Vita……………………………...………… 57
Exhibit 4.  Chronology and Content of SPD Staff Training and Development……………69
Exhibit 5.  IPMAAC Professional Development Examples……………………...…… 71
Exhibit 6.  Documents Reviewed…………………………………….……………… 72
Exhibit 7.  References…………………………………………………………… 74

**Appendices**

**Appendix A.**  Job Analysis and Validation Summaries…………………………………77

**INTRODUCTION**

We were engaged by the attorneys representing the State of Alabama Personnel Department to provide expert analyses and opinions in the case of *Audrey D. Finch., v. State of Alabama Personnel Department, et al. (Finch).* Drs. Toni S. Locklear and Mark J. Schmit (see curriculum vita for Drs. Lundquist, Locklear, and Schmit in Exhibits 1, 2, and 3) worked with me, Dr. Kathleen K. Lundquist, in the preparation of this report. Our report offers opinions regarding the validity of selection devices used by the State of Alabama Personnel Department (SPD) to screen Audrey Finch for several promotional positions in 1996. An overview of the credentials held by each of us follows.

**Dr. Lundquist:** I am currently employed as President of Applied Psychological Techniques, Inc. (APT), in Darien, Connecticut. I am a Phi Beta Kappa graduate of Fordham University, where I earned a Ph.D. degree in Psychology with a specialization in Psychometrics in 1979. I have been a Fellow with the Psychological Corporation, a Summer Research Fellow with the Educational Testing Service (ETS), and a Research Associate with the National Academy of Sciences' Committee on Ability Testing. My work experience over the past 20 years has been in the areas of Psychometrics and Industrial Psychology, focusing on the development, analysis, and validation of employee selection procedures.

Throughout my professional career, I have extensively researched, designed, and conducted statistical analyses, and provided consultation in the areas of job analysis, test validation, performance appraisal, employment testing, and research design. I have performed consulting work in these areas for major corporations in the banking, financial services, food service, electronics, aerospace, pharmaceutical, telecommunications, and electric utility industries, as well as for federal, state, and local agencies, and not-for-profit organizations.

I am licensed as a Psychologist in the State of Connecticut. My qualifications previously described are set forth in more detail in my curriculum vita, which is attached to this report as Exhibit 1.

I have consulted with both plaintiffs' and defendants' counsel in employment discrimination cases, and have previously testified as an expert witness in numerous such cases. I have served as an expert on testing and validation for both the U. S. Department of Labor and the U. S. Justice Department. I have served as a member of the expert panel on assessment for the U. S. Department of Labor's National Skill Standards Board, and chaired its Endorsement Review Panel.

On more than one occasion, I have been retained by opposing counsel to serve as an expert in a subsequent case. I have also been selected and have served as an expert approved by both defendants' and plaintiffs' counsel to help carry out the provisions of consent decrees in employment discrimination class actions. I am currently serving as a court-appointed expert in the Coca-Cola class action employment discrimination settlement, assisting the external Task Force to review the Company's Human Resources practices, including the areas of staffing and selection. A current list of cases in which I have testified at trial or in deposition in the last four years is appended to my curriculum vita in Exhibit 1.

**Dr. Locklear**: I am currently employed as the Western Regional Director for Applied Psychological Techniques, Inc. (APT), with an office in Kirkland, Washington. I am a graduate of Auburn University where I earned a Ph.D. in Industrial and Organizational Psychology. I have 20 years of professional work experience in the field of I/O Psychology that has included experience in most aspects of the application of Psychology to work settings. I have worked both as an internal and external Consultant to organizations. In these roles I have developed,

validated and implemented job analysis processes, employee selection procedures, basic skills assessment, performance management systems, executive assessment centers' processes and procedures, and organizational survey systems for both private and public sector organizations. In addition, I have conducted research in support of employment discrimination litigation, serving as an expert witness and Consultant from the field of Industrial and Organizational Psychology. As part of the Consultant role, I have worked with several organizations in a proactive capacity to help them avoid litigation, conducting HR audits to help these organizations identify gaps between their current practice and industry best practice.

I also have an academic background, having previously taught at Auburn University. My record of publications and presentations includes over a dozen works, primarily in the areas of job analysis and selection system development and validation. I am currently an active member of the American Psychological Association, Society for Industrial and Organizational Psychology, and Puget Sound Association of Industrial and Organizational Psychologists.

My qualifications can be found in my curriculum vita in Exhibit 2.

**Dr. Schmit**: I am currently employed as a Managing Director with Applied Psychological Techniques, Inc. (APT), in Erie, Colorado. I am a graduate of Bowling Green State University, where I earned a Ph.D. in Industrial and Organizational Psychology with a minor in Quantitative Methods. My work experience over the past 20 years has included internal Human Resource roles, academic writing and teaching, and external consulting positions. I have worked in various roles and firms leading the development of HR interventions/systems and applying them within organizations. I have developed recruitment, selection, promotion, performance management, and organizational effectiveness/development tools and systems for numerous organizations. A large portion of my time has been spent specifically working on

employee selection and testing projects that have included job analysis and test validation efforts. In this capacity, I have worked with dozens of public, private, and government organizations and have been responsible for many job analyses, test development efforts, and validation studies.

I have taught at Bowling Green State University, Department of Psychology, and the University of Florida, Warrington College of Business. I am currently an affiliate faculty member of the Department of Psychology at Colorado State University. I have published more than 20 professional journal articles and book chapters, and delivered more than 40 presentations at professional meetings on HR and Industrial/Organizational Psychology topics focusing primarily on employee selection and testing issues. I am an active member of the American Psychological Association, Society for Industrial and Organizational Psychology, and Society for Human Resource Management.

Most recently, I have been conducting research as part of employment discrimination litigation, serving as an expert witness and consultant from the field of Industrial and Organizational Psychology. My qualifications can be found in my curriculum vita in Exhibit 3.

**SCOPE OF WORK**

We were retained by the State of Alabama to assist in the litigation process for the individual claims severed from the *Eugene Crum, Jr., et al. v. State of Alabama, et al.* case. This report represents our opinions regarding selection devices relevant to the *Finch* case; specifically devices used for the following classifications and registers:

- 50221 Senior Social Worker (Register Date: 10/96);

- 50344 Rehabilitation Specialist I (Register Date: 02/96); and

- 50345 Rehabilitation Specialist II (Register Date: 02/96).

We relied heavily on both the legal standards (*Uniform Guidelines on Employee Selection Procedures* ("EEOC Uniform Guidelines;" EEOC *et al.*, 1978)), professional standards (*i.e.,* the *Standards for Educational and Psychological Tests* (1999, 1985, 1974) published by the American Psychological Association *et al.* ("APA Standards") and the *Principles for the Validation and Use of Employee Selection Procedures* (2003, 1987, 1980, 1975) authored by the Society for Industrial and Organizational Psychology ("SIOP Principles")), and professional literature in forming our opinions.

During the years that we have been assisting the State of Alabama, we have engaged in various activities at the request of the state. We have been retained to assist in the litigation process for several cases, including *Reynolds et al. v. Alabama Department of Transportation, et al. (Reynolds)* and *Eugene Crum, Jr., et al. v. State of Alabama, et al. (Crum)*. We have gathered and analyzed data related to the State of Alabama and Alabama Department of Transportation (ALDOT) selection and promotion processes, as well as advised representatives of the State of Alabama, including outside counsel, with respect to arguments raised by plaintiffs, their counsel, and their expert(s). When requested by the State of Alabama, we have interacted with other

7

experts and their staff retained by the State of Alabama to brief them on our activities and to be briefed on the activities of these other experts. These interactions were intended to help experts avoid duplication of efforts, as well as to ensure that all allegations and arguments of the plaintiffs and plaintiffs' counsel and experts received consideration. In particular, we have interacted with defendant's statistical experts in this case, Drs. Joan Haworth and Janet Thornton of Economic Research Services (ERS), and Dr. Frank Landy of SHL USA, Inc. (now with Landy Litigation Services Group), who is the lead expert for the defendants in the *Crum* case. In our report, we make explicit the interactions and products of these interactions used to form our opinions in this case.

Dr. Schmit has worked with APT and the State of Alabama in multiple ways. Dr. Schmit's circumstances in support of this case are unique, as Dr. Schmit has worked for both Dr. Landy of SHL, assisting him on litigation support for the *Crum* case (July, 2003 – October, 2005) and Dr. Lundquist of APT, assisting her and Dr. Locklear on litigation support for the *Reynolds et al. v. Alabama Department of Transportation, et al. (Reynolds)* case (October, 2005 – present). Prior to his leaving SHL on October 28, 2005, we worked with Dr. Schmit during his tenure at SHL to maintain the consistency of the approaches and methods used by both SHL and APT across the two overlapping cases. Dr. Schmit has continued to play the roles of integrator of information and maintainer of consistency across case support activities of the two cases since joining APT on October 31, 2005. In addition, he has worked with Drs. Lundquist and Locklear in forming opinions for this, the *Finch*, case.

**PREFACE**

For purposes of establishing the content validity of the challenged selection/promotion procedures, the relevant case materials included the State Personnel Department (SPD) Exam History Files, which contained exam announcements, contemporaneous memos, validation and job analysis reports and other related documents. Although the Exam History Files contained the core of the necessary validity information, ancillary documents existed that further illuminated a particular Exam History File, such as the SPD Manuals. A list of the materials we reviewed appears in Exhibit 6.

A substantial body of professional and scientific literature exists on topics relevant to the current litigation. These topics include job analysis methodologies, validity models, and the development and scoring of MQs and other assessment techniques used for selecting and promoting employees. This literature has grown and changed over the past three decades. The practices of the State of Alabama, carried out by the SPD, have also evolved over those years. Similarly, the professional and scientific standards have changed over time in response to the accumulating scientific knowledge base. In the formation of our opinions contained in this report, we carefully considered the "state-of-the-profession" during the relevant timeframe when evaluating the job analysis, test development, and other related topics concerning a particular classification and register. Furthermore, we agreed it was inappropriate to apply standards or guidelines established at a later point in time to practices implemented well before a particular standard was established. The professional and scientific literature consulted in developing this report and Appendix A are listed in Exhibit 7.

**EXECUTIVE SUMMARY**

Our review and analyses in this case were used to render several opinions regarding the degree to which the job analysis and validation practices and procedures used by the State of Alabama conformed to both professional standards and legal guidelines. The following opinions are included in our report along with detailed explanations for how and why we render these opinions.

Opinion 1: The process used by the State of Alabama to develop, validate, and administer employee selection systems is consistent with both legal and professional standards.

Opinion 2: The SPD staff, who perform job analyses, test development and related professional activities, were well trained and provided with professional resources to carry out these tasks effectively.

Opinion 3: Job analysis is the foundation for developing job-related selection practices. The job analysis approaches used by the State for the target classifications and registers were consistent with professional standards that existed at the time these approaches were implemented.

Opinion 4: The State of Alabama used multiple forms of examinations and MQs in the selection systems designed for its agencies. The selection devices and validation methods used by the State of Alabama for the target classifications and registers in this case were consistent with the professional standards that were in place at the time of development and validation.

In general, it is our professional opinion that the practices and procedures used by the State of Alabama in job analyses, validation, and system implementation for the target

classifications and registers were consistent with professional standards and legal guidelines. Accordingly, we believe that there was sufficient existing job analysis and validation evidence in the State of Alabama Exam History files, to render an opinion that the classifications and registers included in this case were content valid.

**OPINIONS**

**Opinion 1.  The process used by the State of Alabama to develop, validate, and administer employee selection systems is consistent with both legal and professional standards.**

In general, the process by which employee selection systems were, and continue to be, initiated, developed, validated, and administered by the SPD is presented in Figure A.  From this figure, it can be seen that the agency with a vacancy initiates the process by submitting a request for an examination to be administered.  This request results in the assembling of job analysis information by the SPD, the development of an exam plan and one or multiple assessment devices (*e.g.,* minimum qualifications, multiple-choice job knowledge exam, training and experience exam), the administration of that exam or exams, the establishment of a register based on the results of that exam or exams, and finally, the issuance of a Certificate of Eligibles (COE) from that register.  Personnel Analysts were assigned by the SPD to develop and administer exams based on their knowledge and experience with specific classifications.  This process applies to the case where a new test is developed to create a register.  Agencies can also request a COE from an existing register.  This process used by the SPD for developing employee selection systems was consistently followed during the timeframe relevant in this case.

As part of our review of the process used by the State of Alabama to develop, validate, and administer employee selection systems (as depicted in Figure A), we compared this process to that of other state governments (Hays & Sosa, 2005; Seldon, Ingraham, & Jacobson, 2001), and noted best practices in the selection of public workers (Lavigna & Hays, 2004) and the selection of employees in general (Guion, 1998).  The multiple step process shown in Figure A is consistent with professional standards in general (Guion, 1998, pp 6-7), and more specifically, is consistent with professional standards of state government organizations (Guion, 1998, pp. 9-10;

12

Hays & Sosa, 2005; Selden, Ingraham, & Jacobson, 2001). It is our opinion that the State of Alabama used a systematic process to ensure the job-relatedness of selection systems it used for specific classifications and administered this system in a consistent manner across the years involved in this case.

We will provide more specific opinions regarding individual elements of this system in the following sections. We will also provide opinions regarding the specific classifications and registers to which this system was applied.

**Figure A.  Typical SPD Selection System Development Process**



**Opinion 2. The SPD staff, who perform job analyses, test development and related professional activities, were well trained and provided with professional resources to carry out these tasks effectively.**

Reliance on a group of trained test development professionals, such as those in the SPD, is a practice that is highly consistent with professional standards.

> "All persons within the organizations who have responsibilities related to the use of employment tests and related predictors should be qualified through appropriate training to carry out their responsibilities. The person in charge of a selection program should understand the principles of measurement, the limitations on the interpretations of test scores and other aspects of the literature relevant to the use of selection procedures and employment problems. Persons in the organization who have responsibilities related to the selection program should have the training necessary to carry out those responsibilities competently" (*SIOP Principles*, 1987, p.133).

> "Standard 11.3 - Responsibility for test use should be assumed by or delegated only to those individuals who have the training, professional credentials, and experience necessary to handle this responsibility. Any special qualifications for test administration or interpretation specified in the test manual should be met" (*APA Standards*, 1999, p.114).

> "Standard 12.1 - Those who use psychological tests should confine their testing and related assessment activities to their areas of competence, as demonstrated through education, supervised training, experience, and appropriate credentialing" (*APA Standards*, 1999, p.131).

The State of Alabama has invested substantial resources in both internal and external professional development for the SPD staff dating back to the 1970s. This investment was demonstrated by frequent contracts with external consultants considered to be leaders in the profession for both specific consultation about procedures for and the presentation of general training and development workshops. The commitment was

further affirmed by the hiring of internal I/O Psychologists, who mentored and supervised the work of the SPD personnel working on job analysis, exam development, exam validation, and related tasks.

The chronology and elements of the continuing process of professional, scientific, and legal updating, training, and development of the SPD personnel appear in Exhibits 4 & 5.[1]  As can be seen from these depictions of events, many training and development interventions and consultations were undertaken during the timeframe of this case that were specific to job analysis, exam development, and validation practices.   The professionals who engaged in these activities included I-O Psychologists who were influential in setting professional standards in their field of expertise.   These initiatives demonstrate that the State of Alabama continually updated their key personnel on job analysis, assessment, and validation practices, and was committed to the integration of recent developments into the procedures, tools, and systems associated with these practices.

The SPD incumbents also were provided substantial external training opportunities. For example, employees' were provided resources to attend the annual conference of the International Personnel Management Association Assessment Council (IPMAAC), the primary scientific and professional association for governmental HR theory and practice. Another development opportunity provided by the SPD was to send I/O Psychologists to the annual conference of the Society of Industrial and Organizational Psychology (SIOP). Many of the SPD staff regularly attended IPMAAC and/or SIOP conferences,

---

[1] These exhibits were developed by the SHL Litigation Support Group under the direction of Drs. Frank Landy and Mark Schmit as part of their expert work on the *Crum* case.

16

demonstrating a commitment of the SPD to provide professional development opportunities to its staff.

Using centralized, trained personnel, such as those in the SPD, to develop selection or promotion systems increases efficiency and controls costs. In organizations that do not have a group continuously trained on specialized skills, there is less ability to update and tailor selection procedures across time. For example, it is clear both from the wide variety of assessment devices used by the State of Alabama and its agencies, as well as the internal and external professional updating efforts, that the SPD was informed about the current state of the profession regarding less adverse alternative selection procedures when they proposed the use of particular assessment devices or procedures for a particular classification and register. The SPD developed sections of practice manuals on this topic and kept records of communications they had with other states on the topic over the years. This centralized repository of knowledge and practice served state agencies well, as the SPD worked with them to design selection exams and procedures with the maximum validity and minimum adverse impact.

It is our opinion that the SPD made substantial efforts to continually train and develop staff over the period of time involved in this case. In addition, our review of the job analysis and validation documents related to both the *Reynolds* and *Crum* cases found that changes in practice within the SPD over time coincided with changes in professional practices, which we believe was a direct result of the employees' training and development.

17

The *Rules of the State Personnel Board* and other supporting SPD manuals and documents set the parameters for the approaches used by the SPD. Among the objectives of these documents is to provide guidance on how best to run a fair, effective, and efficient employee selection system that provides benefits to all constituencies, while meeting the business necessities of the State of Alabama. The SPD has used both internal and external resources, as shown in Exhibit 5, to develop these rules, manuals, and other support documents to ensure these objectives are met. Our review of these materials found that the State of Alabama has made significant efforts and substantial resource investments to ensure that current professional practice is documented in a timely manner consistent with the evolution of professional standards. These documents and materials provided the SPD management the tools to effectively, efficiently, and fairly implement practices consistent with professional practice.

Accordingly, it is our opinion that the State of Alabama systematically trained, developed, and managed its SPD personnel in accordance with evolving professional standards and legal guidelines.

**Opinion 3.    Job analysis is the foundation for developing job-related selection practices.  The job analysis approaches used by the State for the target classifications and registers were consistent with professional standards that existed at the time these approaches were implemented.**

Job analysis is a systematic process of studying a job and identifying key information on the important work-related aspects of a job.  As such, job analysis is the foundation for most HR practices, including employee selection systems.  Legal and professional standards, guidelines, and principles (*i.e., APA Standards*, 1999; *EEOC Uniform Guidelines*, 1978; *SIOP Principles*, 2003) require job analysis in the development of legally defensible, fair, and effective selection systems.  The role of job analysis is to identify important work behaviors and/or tasks that define a particular job.  Job analysis is also used for identifying the requirements for personnel performing the work behaviors and/or task, such as the knowledge, skills, or abilities (KSAs) or other personal characteristics, needed for successful performance.  This information then allows the test developer to construct a test that has obvious and direct links both to the work behaviors and/or tasks and to the underlying KSAs.  These linkages determine the job relatedness of a test.

The State of Alabama has consistently recognized that job analysis is the foundation for the development of personnel selection and promotion systems.  Evidence of this obligation to conduct job analyses is found at the beginning of various documents produced by the SPD over the years.  Table 1 illustrates some of the statements the SPD has made regarding the importance of job analysis.

**Table 1.  Job Analysis Specifications as Documented in SPD Manuals**

| SPD Source | Quote |
|---|---|
| Manual of Operating Procedures, Exam Division, SPD, Revised: Sept. 1987 | "Before an announcement is prepared, the class specification, Examination History File, and other pertinent information will be reviewed and a job analysis conducted" (p. 2).<br><br>"The job analysis will be conducted to determine and record in the prescribed format the principle tasks and duties of the class. This analysis should also reveal those KSAs necessary to perform the tasks and duties…" (p. 3).<br><br>"This [job analysis] information will be used as the basis for the examination announcement and the identification and development of applicant appraisal procedures" (p. 3).<br><br>"The purpose of the Job Analysis Worksheet is to document a job study conducted to determine what is to be done on a job, the conditions under which the work is performed, its relationship to other jobs, the knowledge, skills, and abilities necessary to carry out these tasks, and the personal capabilities required for satisfactory performance" ( Attachment D, p. 1). |
| Procedures Manual, Exam Division, SPD, Revised: April 1993 | "The responsible analyst will contact the department's director(s) or personnel manager(s) as appropriate to determine whom they should contact to initiate the job study and to make arrangements to conduct the type of job analysis the specific situation warrants" (p. 6).<br><br>"A job analysis will then be conducted to determine and record in the prescribed format a comprehensive listing of tasks performed by that class.  This analysis should also reveal those KSAs necessary to perform the tasks, relative importance of the KSAs to the job, extent necessary to possess KSAs before entering job, and extent KSAs distinguish between adequate and superior job performance" (p. 7).<br><br>"Once task and KSA statements are finalized, Subject Matter Expert Job Analysis Questionnaires should be sent to job incumbents, supervisors, and other participants in the study" (p. 7). |

| SPD Source | Quote |
|---|---|
| | "Job analysis is a systematic process of examining and analyzing the important work behaviors performed on the job and the knowledge, skills, and abilities required to perform these work behaviors" (Attachment F, p. 1). |
| Developing Job-Related Selection Procedures, Vol. I, Alabama Job Analysis Method, Training Manual, August 17, 1993 | "Job analysis is an involved process which includes collecting, analyzing and interpreting job-related information needed for organizational administration and human resource management activities" (p. 1).<br><br>"For both legal and practical purposes, any selection or promotion procedures, job classification or pay plan systems, performance appraisal systems, or training programs must be based on a sound analysis of the job" (p. 83).<br><br>"To conform with legislation involving equal employment opportunity, any decision affecting applicant or employee rights must be job related, and what is considered "job related" is defined by job analysis (p. 83).<br><br>"The method used and the nature of the information to be obtained are generally dictated by the purpose for which the information is to be used" (p. 5).<br><br>"The job analysis method presented in this guide is designed to conform with the federal *Uniform Guidelines on Employee Selection Procedures* (Equal Employment Opportunity Commission, Civil Service Commission, Department of Labor, & Department of Justice, 1978) and professional standards for the development of employment tests as contained in the *Standards for Educational and Psychological Testing* (American Education Research Association, American Psychological Association & National Council on Measurement in Education, 1985) and *The Principles for the Validation and Use of Personnel Selection Procedures* (Society for Industrial and Organizational Psychology, 1987)" (p. 5). |

| SPD Source | Quote |
|---|---|
| Personnel Procedures Manual, 1st Revision, March 1999 and 4th Revision, February 2002. | "An examination analyst from the State Personnel Department will contact the agency to conduct a Job Analysis. The Job Analysis will determine the knowledges, skills, and abilities needed to perform the job's essential and non-essential functions as well as the minimum qualifications needed for the job. To collect other relevant information needed to design the selection device, the examination analyst may request on-site job observation; meetings with a departmental personnel manager, supervisors, and/or job incumbent (Section II, p. 1).<br><br>"Job analysis is required to legally prove the validity of a selection device (*i.e.,* that the test measures the job). Job analysis must be performed according to established professional criteria before a test can be developed and an Examination Announcement published" (Section II, p. 1). |
| Personnel Procedures Manual, State of Alabama Personnel Department, Nov. 1998 Edition, 4th Revision, February 2002. | "Job analysis is required to legally prove the validity of a selection device (*i.e.,* that the test measures the job). Job analysis must be performed according to established professional criteria before a test can be developed and an Examination Announcement published" (Section II, p. 1). |

This summary of SPD documents demonstrates that job analysis has been, and remains, the initial, necessary step in the development of selection and promotion systems at the State of Alabama.   This practice is consistent with professional and legal standards.

For the classifications and registers relevant to the *Finch* case, the State of Alabama used a variety of job analysis methods, consistently using multiple approaches for the same job. These methods included:

1. Review of previous job related information (*e.g.,* previous exam announcements, job analysis, and classification studies)

2. Job observations by a Personnel Analyst and/or external consultant

3. SME interviews/discussions lead by Personnel Analysts and/or external consultants
   - Interviews
   - SME group meetings

4. Job Analysis Questionnaires (JAQs) administered to a sample of incumbents and/or supervisors in a paper survey format
   - Task and KSA ratings
   - Task to KSA linkages

All of these methods are consistent with professional standards. As noted by the *SIOP Principles* (2003):

> "There is no single approach that is the preferred method for the analysis of work. The analyses used in a specific study of work are a function of the nature of the work, current information about the work, the organizational setting, the workers themselves, and the purpose of the study. Understanding the organization's requirements or objectives is important when selecting an appropriate method for conducting the analysis of work. The choice of method and the identification of information to be gathered by the method should include the relevant literature" (p. 11).

The job analysis methods used by the State varied as a function of the current information available about the job, the number of incumbents in the job, and the context of the work (*e.g.,* static versus dynamic). There is clear evidence in the professional literature on job analysis that methods and practices have changed widely as research and litigation accumulated over the past 30 years. The use of relatively large and representative (*e.g.,* sex race, tenure, geography) samples of SMES in job analysis procedures was emphasized between, approximately, 1985 to 1995 (Harvey, 1991; Landy & Vasey, 1991). In addition, multiple methods of collecting job information became widely accepted to increase the amount and quality (*i.e.,* reliability, validity, and accuracy) of information gathered (*e.g.,* Goldstein, Zedeck, & Schneider, 1993; Veres, Lahey, &

23

Buckly, 1987).  Between, approximately, the years 1995 to 2005, research suggested a

middle ground of sorts.  Relatively small, knowledgeable committees of SMEs can be just

as reliable and accurate in providing job information as are large samples of SMEs (*e.g.,*

Maurer & Tross, 2000; Tannenbaum & Wesley, 1993).  Experts on the topic sum up the

research in this area in this way:

> Given these findings, we generally recommend that large, representative
> samples of informants be used to make ratings of tasks.  However, should
> circumstances require, technical panels of carefully selected job experts with
> broad experience in the job under study can provide ratings very similar to
> large samples of incumbents …" (Brannick & Levine, 2002, pp. 57-58).

These examples demonstrate some of the big picture changes that occurred in roughly the

last 20 years of job analysis research. The State of Alabama job analysis procedures

closely followed the evolution of the professional standards.

Since 1995, virtually all of the State's job analyses have been comprehensive in

nature.   These more comprehensive job analyses included reviews of background

information, group discussion meetings with incumbents/supervisors, and completion of

JAQs by a sample of incumbents/supervisors.  In addition, the number of SMEs used and

the representative nature of the SME samples increased.  More emphasis was placed on:

(a) greater representation of multiple agencies that used the same classifications,

(b) the use of more methods of analysis in a single study (*e.g.,* background

information, observation, interviews, discussions, JAQs),

(c) the inclusion of supervisors and higher-level incumbents in a promotional line,

and

(d) the development of more specific work behaviors/task and KSAs (a move from "molar" to "molecular": Veres, Lahey, & Buckly, 1987, pp. 155-156), which also led to greater numbers of these job and person elements being considered in test development.

Again, all of these changes are consistent with the research and changes in practice in the profession.

In summary, it is our professional opinion that the approaches used by the State of Alabama to analyze the target classifications and registers, including the detailed aspects of these approaches, were consistent with professional standards and legal guidelines that existed in the mid 1990s. And, as noted in our previous opinion, the SPD Analysts and other professional staff were well trained through a continual, evolving process consistent with the professional practices of the time period (cf. Sims & Veres, 1985).

**Opinion 4.  The State of Alabama used multiple forms of examinations and MQs in the selection systems designed for its agencies.  The selection devices and validation methods used at the State of Alabama for the target classifications and registers in this case were consistent with the professional standards that were in place at the time of their development and validation.**

There are three models of validation commonly used to demonstrate the job relatedness (or validity) of an assessment device.  The models have been referred to as criterion-related, content, and construct validity designs (Guion, 1998).  Each of these three designs has been deemed adequate for establishing job relatedness, with no one method showing superiority (Guion, 1991, 1998; Landy, 1986; *SIOP Principles*, 2003; *Uniform Guidelines*, 1978).  The design chosen by the SPD to ensure the job relatedness of its assessment procedures for the target classifications was the content validity design.

The important thing to keep in mind is all forms of validity share a common goal – to permit the inference that people who do better in the assessment procedures will perform better on the job in question (Guion, 1991, 1998; Landy, 1986, 1989).  The evaluation of the content validity of a selection procedure has been addressed by both the federal *Uniform Guidelines on Employee Selection Procedures* (EEOC *et al.*, 1978) and by professional standards (*i.e., APA Standards*, 1999, 1985, 1974; *SIOP Principles*, 2003, 1987, 1980, 1975).  In addition, a body of professional literature has addressed the issue of what is required to demonstrate a selection procedure's validity (see Gatewood & Feild, 2001).

Determining the content validity of an examination rests on whether the test is asking appropriate questions that are relevant to the job (*i.e.,* to what extent the knowledge, skills, and abilities (KSAs) measured by the test are required for successful job performance).

> The closer the content and the context of the selection procedure are to work samples or work behaviors, the stronger is the basis for showing content validity. (*Uniform Guidelines*, 1978, Section 1607.14(C)4)

Carefully developed testing procedures, which measure KSAs critical to the job, are more likely to identify which examinees will be able to successfully perform the job; hence these procedures are more likely to demonstrate validity. As explained in the *APA Standards*,

> Validity is the most important consideration in test evaluation. The concept refers to the appropriateness, meaningfulness and usefulness of the specific inferences from test scores. Test validation is the process of accumulating evidence to support such inferences....Although evidence may be accumulated in many ways, validity always refers to the degree to which that evidence supports the inferences that are made from the scores. (*APA Standards*, 1985, p. 9).

In this case, the interpretation made about the meaning of the test scores was that candidates who scored higher on the selection process for a certain classification would be better performers on the job. Thus, if the evidence showed that the test measured critical aspects of the job performance domain, inferences about job performance based on the test would be justified (Binning & Barrett, 1989; Guion, 1991, 1998; Schmitt & Landy, 1993; *SIOP Principles*, 2003).

Evidence of content validity involves the examination of a series of links:

1. The link between the critical tasks performed on the job and the requisite skills or abilities needed to perform the job;

2. The match between the requisite skills and abilities needed to perform the job and the test questions, and

3. The connection between the content of test questions and critical tasks performed on the job (Goldstein, Zedeck & Schneider, 1993).

Specifically, there is evidence for content validity when the required skills being assessed relate to the important tasks of the job, the required KSAs are assessed by the test items, and the important job tasks relate to the test items. These linkages seek to demonstrate the close link between test content and job content.

The SPD was aware of the requirements for content validation. Excerpts from the SPD technical manuals document this understanding. These excerpts appear as Table 2.

**Table 2. Content Validation Specifications as Documented in SPD Manuals**

| SPD Source | Quote |
|---|---|
| Developing Job-Related Selection Procedures, Vol. I, Alabama Job Analysis Method, Training Manual, August 17, 1993 | "A selection system is said to be content valid when the knowledge, skills, and abilities (KSAs) measured by the system match the content of the job. You must know exactly what the job entails before you can be confident that a selection system measures a representative sample of job requirements. Information specific enough to make the inference that the selection system matches the content of the job can only be generated through a thorough job analysis" (p. 5).<br><br>"Once a thorough job analysis has been conducted, selection systems can be developed based on this information. Selection systems based on, and developed to match, the results of job analysis are content valid" (p. 5). |

| SPD Source | Quote |
|---|---|
| Developing Job-Related Selection Procedures, Vol. II, Selection Procedure Plan, Training Manual, August 17, 1993 | "In general terms, when you validate a selection procedure you demonstrate that there is a relationship between performance on the procedure and performance on a job" (p. 2).<br><br>"Depending on the applicant pool in comparison to the number of positions you intend to fill, different selection procedures may be more efficient for your purposes. If there is a large applicant pool in comparison to a small applicant pool, you would have different considerations with respect to the development and administration of selection procedures" (p. 15).<br><br>    "1) Identify qualifying KSAs,<br>    2) Choose KSAs to measure in your selection procedure,<br>    3) Choose specific methods for measuring the KSAs,<br>    4) Determine what proportion of KSAs the overall selection procedure tests,<br>    5) Determine the proportion of an individual selection procedure that tests any given KSAs, and<br>    6) Decide how the scores will be used for selection.<br><br>A selection procedure resulting from these steps will closely match the content domain of the job and result in valuable selection information" (p. 20). |
| Developing Job-Related Selection Procedures, Vol. III, Selection Procedure Construction, Training Manual, August 17, 1993 | "The principles presented throughout this volume are parallel to professional and governmental standards relating to test development (*The Uniform Guidelines on Employee Selection*, 1978; *Principles for the Validation and Use of Personnel Selection Procedures*, 1987; and *Standards for Educational and Psychological Testing*, 1986)" (p. 1).<br><br>"Content validation is a process that results in a selection procedure that matches the content of the job in question. This type of procedure involves identifying the knowledges, skills, and abilities that are required for the job. Usually this is done through expert judgment. When the experts (*e.g.,* job incumbents) judge that the important knowledges, skills, and abilities are tapped by the procedure, and that each of the knowledges, skills, and abilities tapped in the procedure are represented in comparison with the job, the procedure then may be considered valid" (p. 4). |

| SPD Source | Quote |
|---|---|
|  | "Selection procedure development should have two primary goals: increasing utility and reducing adverse impact. First the procedure must be one that is useful for selecting the best candidates for the position in question. If the test lacks validity in selecting those individuals who are the most qualified for the job, then it is not considered a useful procedure. Next, the procedure must meet the standards set forth in Title VII. The procedure must be constructed in such a way to further ensure that the selection procedure is fair to all candidates" (p. 82). |

Additionally, two exhibits referenced earlier (*i.e.,* Exhibits 4 and 5) document the ongoing efforts of the SPD to remain current on accepted practice in test validation.

### Review of Job Analysis and Validation Evidence

Each of the Exam History Files that included information about target classifications and registers listed was reviewed by us for compliance with professional standards and legal guidelines (*APA Standards,* 1999, *EEOC Uniform Guidelines,* 1978; *SIOP Principles,* 2003). Appendix A to this report contains narrative summaries of the job analysis and exam validation evidence found in our reviews of the Exam History Files maintained by the State of Alabama for the three classifications relevant to this case. The actual strategies used to document job relatedness for each classification and register we examined are described in these individual validity reports.

Our review found that sufficient evidence was present in the files to render an opinion about compliance with professional standards and legal guidelines for job analysis and validation. Moreover, our review indicates that the SPD used appropriate techniques to content validate exams used for the target classifications and registers in this case.

The content validation strategies outlined in Appendix A include a series of critical linkages that provide evidence of content validity. For each example, there were (a) linkages between important tasks and KSAs performed on the job, collected as part of the job analysis process, (b) linkages between requisite KSAs, and exam items or MQs, and (c) connections between exam items or MQs and important tasks performed on the job. The various linkage approaches used in validation met the professional standards for content validity delineated earlier in this report (a la Goldstein, Zedeck, & Schneider, 1993). It is our professional opinion that content validity was demonstrated for the MQs and exams covered by this litigation.

**Types of Exams**

The State of Alabama has relied on many different types of exams over the years. These exam types have ranged from a traditional paper and pencil, multiple-choice test to ratings of qualifications, training, and experience. Our review of the Exam History Files for the *Reynolds, Crum* and *Finch* cases found that the choice of the type of exam that was used was based on factors consistent with professional standards (*e.g.,* Guion, 1998) and the evolution of selection devices over time (*e.g.,* Hays & Sosa, 2005). The factors considered by the State of Alabama included the size of the pool of applicants, the number of anticipated openings, the findings from the literature about the efficacy of certain test strategies across those years, the differential potential for adverse impact among possible tests, and the types of KSAs or other characteristics that needed to be measured. The various methods that were used by the SPD for the target classifications and registers in

this case are described below, together with the applicable professional research on these methods.

**Minimum Qualifications.** MQs are assessed by examining an application form for evidence of necessary prerequisite education, training, and/or experiences for minimally acceptable performance on the job. They are typically reviewed as a first step in the selection process prior to the administration of other exams. All applicants who hold the MQs are moved on in the selection process to participate in further assessments. Conversely, applicants who do not possess the MQs do not continue in the selection process. An inference is made that individuals who do not possess the necessary MQs are less likely to achieve a level of minimally-acceptable performance, regardless of the other KSAs they may have and may or may not have demonstrated in past work or educational environments.

MQs are frequently used as an initial screen in a selection or promotion process because they provide a fast, effective, and job-relevant method for assessing large numbers of applicants. MQs are used nearly universally in federal, state, and local government selection systems and have been found to be valid, job-related measures (Buster, Roth, & Bobko, 2005; Levine, Maye, Ulm, & Gordon, 1997). In the private sector, MQ assessments tend to be less formal in their application, but they are used by almost every recruiter and hiring manager as a method to develop "short-lists" of applicants or "short-stacks" of resumes (Buster et al., 2005). MQs were used in all of the selection processes for the classifications considered in this case.

**Accomplishment Record (Experience Record Questionnaire/Supplemental Questionnaire).** Training and experience can also be evaluated through the use of accomplishment records. This form of assessment requires the candidate to identify specific examples of past accomplishments that demonstrate his or her experience in performing essential tasks and duties of the position (Hough, 1984; Hough, Keyes, & Dunnette, 1983). Documentation of where the accomplishments were achieved is also frequently an element of this assessment. The accomplishments listed by the applicant are scored as the result of an evaluation by trained raters using pre-set criteria with assigned numerical scores based on the degree of relevance of the accomplishment to required KSAs and/or tasks or work behaviors.

Accomplishment records have been found to be both reliable and job related (Hough et al, 1983; Hough, 1984; Sackett, Schmitt, Ellingson, & Kabin, 2001). In addition, the research on accomplishment records has reported less adverse impact against minority applicants than more traditional assessment methods (Hough et al, 1983). In the State of Alabama, the accomplishment record is typically known as an Experience Record Questionnaire (ERQ), or alternatively as a Supplemental Questionnaire (which is a variation of the ERQ). These state specific methods usually are task- and/or KSA-based questionnaires that require the applicant to list both associated training/job experience accomplishments and where these training/job experiences were accomplished.

In summary, the types of exams used by the State of Alabama in this case were consistent with those used in professional practice. Further, these types of measures have been demonstrated to be reliable methods and have been validated frequently with similar

types of jobs to those within state agencies (for reviews, see Gatewood & Feild, 2001 and Salgado, Viswesvaran, & Ones, 2001). It is our opinion that the State of Alabama made appropriate decisions in selecting the type of exam to use for each classification and register. These decisions were consistent with professional standards. In addition, it is our opinion that the State of Alabama exams closely resembled the types of exams defined, researched, and reported in the professional literature.

In conclusion, it is our professional opinion that content validity was demonstrated for the exams used by the State of Alabama in this litigation. The methods used to establish this job-relatedness were consistent with professional, scientific, and legal guidelines current at the time the assessment devices were developed, validated, and administered.

**CONCLUSION**

The results of our reviews led us to conclude there was sufficient job analysis and validation evidence for the target classifications in this case. Specifically, content validity was demonstrated for the selection devices used for the following classifications and registers:

- 50221 Senior Social Worker (Register Date: 10/96);

- 50344 Rehabilitation Specialist I (Register Date: 02/96); and

- 50345 Rehabilitation Specialist II (Register Date: 02/96).

**RATE OF COMPENSATION**

APT is being compensated for the studies involved in forming our opinions.  Dr. Lundquist's work is billed at the rate of $400 per hour for all expert work in this case, while Drs. Locklear and Schmit are billed at a rate of $300 per hour.  APT is being compensated for the time of additional members of the staff at negotiated hourly billing rates, ranging from $50 to $250 per hour.  Out of pocket expenses incurred in connection with APT's assistance in this case are also being reimbursed.

I declare under penalty of perjury under the laws of the United States of America and the State of Alabama that the foregoing is true and correct to the best of my knowledge and belief. Executed this 31st day of October, 2007, in Darien, Connecticut.


Kathleen K. Lundquist, Ph.D.


Toni S. Locklear, Ph.D.


Mark J. Schmit, Ph.D.

## Exhibit 1.  Dr. Lundquist's Curriculum Vita

### KATHLEEN KAPPY LUNDQUIST

Applied Psychological Techniques
One Thorndal Circle
Darien, CT  06820
Business:  (203) 655-7779

### EDUCATION

| | | | |
|---|---|---|---|
| Ph.D. | Psychometrics | Fordham University | 1979 |
| M.A. | Psychometrics | Fordham University | 1976 |
| B.A. summa cum laude | Psychology | College of Mt. St. Vincent | 1974 |

### PROFESSIONAL EXPERIENCE

**1995 to Present**   *APPLIED PSYCHOLOGICAL TECHNIQUES*

*President.*  Founded and manages the firm, which provides consulting services in the design and validation of employee selection procedures, performance management, downsizing and executive assessment for Fortune 100 clients in the aerospace, banking, pharmaceutical, telecommunications, consulting and utility industries.  Project experience also includes a variety of public sector employers.  Conducts litigation support activities, including serving as an expert witness for both plaintiffs and defendants.

Dr. Lundquist currently serves as a court-appointed Joint Expert in the Coca-Cola Discrimination Task Force.

**1990 to 1995**   *HRStrategies*

**1991 to 1995**   *Vice President.*  Responsible for managing the New York Regional Office of HRStrategies, providing consulting services in skills assessment, survey design, test development, and validation projects for clients primarily in Fortune 100 companies.

**1990 to 1991**   *Managing Principal.*  Opened the New York Regional Office of HRStrategies.

38

1989 to 1990 **HEWITT ASSOCIATES**

*Consultant.* Provided assistance to clients in the design and implementation of performance management and other human resource programs. Special expertise in the areas of construction and validation of selection systems and management of large scale research projects.

1979 to 1990 **SOUTHERN CALIFORNIA EDISON**

1987 to 1989 *Manager, Human Resources Measurement and Development.* Responsible for managing, promoting, and administering research and development programs related to selection, training, and organizational development. Areas of responsibility included (1) internal management consulting, (2) development and validation of selection procedures, (3) design and administration of corporate training programs, and (4) employee development programs such as career counseling, performance management, and educational assistance. Directed a professional staff of forty and administered a budget of $3.5 million. Interfaced with all levels of management, legal counsel, and federal and state EEO compliance agencies.

*Special project assignment 1988.* Managed a corporate task force to implement a flexible benefits package; reported directly to the Corporate Treasurer.

As the chief *Industrial Psychologist* for the corporation, responsibilities also included (1) managing the behavioral reliability and psychological assessment programs, (2) testifying at grievances, arbitrations, and trials, and (3) serving in an oversight capacity for Employee Assistance Program and certification of mental health provider network.

1985 to 1986 *Manager, Human Resources Measurement.* Responsible for all selection procedure development, test validation, and administration of testing program for over 15,000 people annually. Directed a professional staff of seven psychologists and a total staff of 19.

1983 to 1985    *Project Administrator, Selection Task Force.*  Responsible for design and execution of company-wide studies to validate new selection procedures for major entry-level jobs. Completed criterion-related and content validation studies covering 92 percent of entry-level hiring activity.  Directed a staff of 12 and administered a budget of $400,000.

1979 to 1983    *Industrial Psychologist.*  Responsible for test development, validation, and internal consulting on personnel research issues.  Responsibilities included:

- Design and analysis of adverse impact studies on all aspects of personnel selection.

- Development and presentation of supervisory training programs in selection system development.

- Supervision of psychological screening program for nuclear power plant workers.

- Technical supervision of test administration and the application of testing policy.

- Development of research project studying the recruitment and retention of women in non-traditional jobs.

- Coordination of company participation in industry-wide test validation studies.

1978 to 1979    **EDUCATIONAL TESTING SERVICE**

*Senior Research Assistant.*  Conducted special research studies involving item analysis and IRT calibration of large scale test databases.  Developed instructional workshops on the use of item response theory.  Provided technical assistance to state and local education agencies on program evaluation.

1978            **NATIONAL ACADEMY OF SCIENCE**

                *Research Associate to the Committee on Ability Testing.*
                Provided staff assistance to the blue ribbon panel studying
                test bias. Wrote position papers in the area of employment
                testing. Represented the Committee at relevant meetings.


1974 to 1975    **HARCOURT BRACE JOVANOVICH**

                *Research Assistant.* Participated in the development of the
                Metropolitan Achievement Test, including item writing and
                statistical analyses.


## TEACHING

1986 to 1989    *California School for Professional Psychology.* Graduate
                faculty. Taught Personnel Assessment, Statistics, and
                Advanced Multivariate Methods for doctoral candidates in
                Organizational Psychology. Mentored Doctoral dissertation.

1980 to 1988    *University of San Francisco.* Graduate faculty. Taught
                Statistics and Advanced Research Design for Human
                Resources & Organizational Behavior major. Mentored
                Masters theses.

1977            *Long Island University.* Adjunct Faculty. Taught graduate
                courses in Statistics and Research Methodology.

1976 to 1978    *Mercy College.* Adjunct Faculty. Taught Introductory
                Psychology, Theories of Personality, Statistics and History of
                Psychology.


## SPECIAL INTEREST AREAS

Diversity Measurement, Skills Assessment, and Pay Equity.

## FELLOWSHIPS

1976 to 1977    *Fordham University.* Teaching Fellowship. Responsible for
                the development and evaluation of individualized, self-paced
                instruction in General Psychology, as well as courses in
                Statistics and Applied Psychology.

41

1976                *Educational Testing Service.*  Summer Research Fellowship.
                    Investigated gender and ethnic bias in testing methods.

1975 to 1976        *Fordham University.*  Graduate Research Assistant.  Assisted
                    Drs. Anne Anastasi and John Walsh in graduate courses on
                    Statistics and Computer Utilization.

1974 to 1976        *Harcourt Brace Jovanovich.*  Fellowship in Psychometrics.
                    Conducted a review of tests for gender bias in content.  Also
                    participated in test administration and validation of a general
                    intelligence test for minority group job applicants.

## PUBLICATIONS

Lundquist, K. K., Scott, J. C., & Curtis, J. R. (1995).  Selection techniques for a
    diverse workforce.  In American Bar Association (Eds.), *Equal Employment
    Opportunity Laws 30 Years Later*.  Washington, D.C.: American Bar
    Association.

Lundquist, K. K., & Jones, D. P. (1992).  Skill-Based Job Analysis.  *Technical &
    Skills Training*, February/March, 1992, 7-12.

Jones, D. P. & Lundquist, K. K. (1991).  *Construction and skilled trades selection
    system:  Job analysis report.*  Washington, D.C.:  Edison Electric Institute.

Jones, D. P. & Kappy, K. A., (1990*).  Construction and skilled trades selection
    system:  Final technical report*.  Washington, D.C.:  Edison Electric Institute.

Kappy, K. A., (1979).  Differential effects of decreased testing time on the verbal
    and quantitative aptitude scores of males and females.  Unpublished doctoral
    dissertation, Fordham University, May 1979.  (Mentor:  Dr. Anne Anastasi)

## PRESENTATIONS

2007            Lundquist, K. K.  The Power of Measurement: Evaluating your
                Diversity Success.  Presentation at the SHRM Workplace
                Diversity Conference, Philadelphia, PA, October 2007.

2007            Lundquist, K. K.  How to determine if your company's tests
                pass muster.  Presentation at the Workforce Opportunity
                Network sponsored by ORC, Dallas, TX, October 2007.

2007            Lundquist, K. K., Casellas, G. F., & Moan, J. P.  Toward
                Innovation: New Insights for the Multicultural Workplace.
                Presentation at the Southern Connecticut Society for Human
                Resource Management, September 2007.

2007            Lundquist, K.  K.  Innovative approaches to testing.
                Testimony at the U.S. Equal Employment Opportunity
                Commission meeting on employer testing and screening,
                Washington, D. C., May 16, 2007.

2007            Ashe, R. L., Jr., & Lundquist, K. K.  Building Legal
                Defensibility into your HR Processes.  Workshop presented
                the annual Society for Industrial and Organizational
                Psychology conference, New York, NY, April 2007.

2007            Lundquist, K. K. & Casellas, G. F.  Toward Innovation:
                Reflections on the Coca-Cola Experience.  Presentation at the
                Chief Diversity Officer Forum, Greensboro, NC, March 2007.

2006            Lundquist, K. K. & Casellas, G. F.  Human resource process
                audits: The whys, the hows and the wherefores.  E-seminar
                presented by Workforce Performance Solutions magazine,
                November 2006.

2006            Lundquist, K. K.  Latest issues in employment litigation.
                Presentation at the Middle Atlantic Personnel Assessment
                Council conference, Princeton, NJ, November 2006.

2006            Lundquist, K. K.  Latest issues in employment litigation.
                Presentation at the Metropolitan New York Association of
                Applied Psychology, New York, June 2006.

2006            Lundquist, K. K.  Current areas of challenge in HR practices:
                How to avoid costly class action settlements.  Presentation at

the Personnel Testing Council of Metropolitan Washington, Washington, D. C., June 2006.

2006       Casellas, G. F. & Lundquist, K. K.  Measuring progress in diversity: Practical and legal considerations for the journey. Presentation at the annual Diversity Conference of The Conference Board, New York, May 2006.

2006       Lundquist, K. K.  Making your case: Judicious tips for communicating with judges, juries and attorneys. Presentation at the Society for Industrial and Organizational Psychology conference, Dallas, April 2006.

2006       Lundquist, K. K.  Employee selection and testing: What you must know.  Presentation at the Pacific Employment Law Conference, Seattle, May 2006.

2006       Lundquist, K. K.  21st Century Employee Selection. Presentation at the American Bar Association, Section of Labor and Employment Law, Equal Employment Opportunity Committee, La Jolla, California, April 2006.

2005       Lundquist, K. K.  Testing: What's New and What's Scary or How to Avoid the Snake Oil Salespeople.  Presentation at the 24th Annual Davis, Wright, Tremaine Employment Law Seminar, Seattle, October 2005.

2005       Lundquist, K. K.  Diversity Measurement in Organizations: The changing challenge.  Presentation at the annual convention of the American Psychological Association, Washington, D. C., August 2005.

2005       Lundquist, K. K.  Recipe for Workplace Success:  Personality is the secret ingredient.  Presentation at the annual convention of the International Council on Hotel, Restaurant and Institutional Education, Las Vegas, July 2005.

2005       Testing: What's New and What's Scary or How to Avoid the Snake Oil Salespeople.  Presentation at the National Employment Law Council Conference, Chicago, April 2005.

2005       Lundquist, K. K., Curtis, J. C., & Snyder, D. W.  Blind Judgment: An attempt to reduce adverse impact in the interview.  Panel discussion at the Society for Industrial and Organizational Psychology conference, Los Angeles, April 2005.

2004       Put to the Test: The New Scrutiny of Employee Testing and

Selection Procedures.  Presentation at The American Employment Law Council, Twelfth Annual Conference, Palm Beach, Florida, October 2004.

2004        Lundquist, K. K. & Scott, J. C.  Legal considerations when auditing your performance management system.  Panel discussion at the Society for Industrial and Organizational Psychology conference, Chicago, April 2004.

2002        The Evolving Definition of Work.  Presentation to the Connecticut Quality Improvement Association, Wallingford, CT, October 2002.

2002        In the Line of Fire: From the HR Process Design Perspective.  Presentation to the Equal Employment Advisory Council's Training Program on Employment Discrimination Class Actions, Alexandria, Virginia, April 2002.

2002        What I/Os Need to Know About the Skill Standards Movement.  Panel discussion at the Society for Industrial and Organizational Psychology conference, Toronto, April 2002.

2001        The Litigation Landscape: How it Affects our Role as I/O Psychologists.  Presentation to the Society for Industrial and Organizational Psychology Doctoral Consortium, San Diego, California, April 2001.

2000        Pay Equity: The New Discrimination Frontier.  Workshop presented by Economic Research Services, Atlanta, Georgia, October 2000.

2000        Use and Abuse of Experts.  The American Employment Law Council, Eighth Annual Conference, Hot Springs, Virginia, October 2000.

1999        Compensation Disparities and Organizational Realities.  American Bar Association, Section of Labor and Employment Law, Equal Employment Opportunity Committee, Boca Raton, Florida, March 1999.

1997        Downsizing: Lessons from the Firing Line.  Georgia State University, Human Resources Round Table, Atlanta, Georgia, January 1997.

1997        Recent developments in employment litigation.  Workshop presented with R. Lawrence Ashe, Jr., Esq. at the Society for

45

Industrial and Organizational Psychology, St. Louis, Missouri, April, 1997.

1996            Success factors for I/O doctoral programs: Planning for the 21st century.  Panel discussion presented at the Society for Industrial and Organizational Psychology, San Diego, California, April 1996.

1995            Selection techniques for a diverse workforce.  Presented at the American Bar Association Section of Labor and Employment Law Anniversary Celebration, Washington, D.C., May 1995.

1994            Training to the top:  Workforce skills and global competitiveness.  Symposium presented at the Society for Industrial Organizational Psychology, Nashville, TN, April 1994.

1992            Attacking the skills gap:  A report from the firing line.  Symposium presented at the Society for Industrial and Organization Psychology, Montreal, Ontario, Canada, May 1992.

1991            Skill-based job analysis:  A strategy for closing the skills gap.  Paper presented with Michelle M. Crosby at the Society for Industrial and Organizational Psychology, St. Louis, MO, April 1991.

1990            The role of the analyst in the job analysis process.  Compiler or interpreter?  Paper presented at the annual conference of the International Personnel Management Association Assessment Council, San Diego, CA, June 1990.

1990            An overview of today's testing technology.  Paper presented at the Annual Labor and Employment Law Conference of Seyfarth, Shaw, Fairweather & Geraldson, Chicago, IL, June 1990.

1990            Recent developments in EEO.  Workshop presented with R. Lawrence Ashe, Jr. Esq., at the annual conference of the Society for Industrial and Organizational Psychology, Miami Beach, FL, April 1990.

1990            Technology, automation and their human resources implications.  Paper presented the Local Government Personnel Association, Washington, D.C., March 1990.

46

| | |
|---|---|
| 1989 | Employee selection systems:  Interviews, written and physical tests, experience checks, differential scoring, and formal validation studies after *Hopkins, Atonio and Watson*. Workshop presented at the National Employment Law Institute Conference on EEO in Federal, State, and Local Government, Washington, D.C., September 1989. |
| 1989 | Designing and conducting large-scale research projects. Workshop presented with David P. Jones at the annual conference of the Society for Industrial and Organizational Psychology, Boston, MA, April 1989. |
| 1988 | Considerations in setting cutoff scores:  Legal and professional standards.  Workshop presented with David P. Jones at the annual Edison Electric Institute Test Users Conference, Dearborn, MI, October 1988. |
| 1983 | Employment selection and testing:  A review of legal and practical considerations.  Paper presented at the California Employment Law Conference, San Francisco, CA, November 1983. |
| 1980 | Achievement level testing effects on Rasch item difficulty estimates.  Paper presented at the annual meeting of the American Educational Research Association, Boston, MA, April 1980. |
| 1979 | The impact of test speededness of Rasch item calibrations. Paper presented with A.S. Cohen at the annual meeting of the American Psychological Association, New York, NY, September 1979. |

## PROFESSIONAL AFFILIATIONS

Phi Beta Kappa
American Psychological Association
Society for Industrial and Organization Psychology
Chair, SIOP Doctoral Consortium 2005
National Association of Women Business Owners
National Association of Female Executives

## LICENSES

Licensed as a Psychologist in the State of Connecticut, No. 001967

## AWARDS

Finalist in the 2007 Ernst & Young Entrepreneur of the Year Award for
Metropolitan New York Region.

Connecticut Woman Business Owner of the Year, 2002.

## BOARD MEMBERSHIPS

Board Member and Chair of Development Committee, Maritime Aquarium, 2007.
Co-chair Red Apple Dinner, 2005 - present.

Board Member, Volunteer Center of Southwestern Fairfield County, 2003-
present.

President, Wade Foundation, 2001-present.

Member of the expert panel on assessment for the National Skills Standards
Board (NSSB) and chair of the Endorsement Review Panel for the NSSB, 1999-
2003.

**Addendum to Resume for**
**KATHLEEN KAPPY LUNDQUIST, Ph.D.**

Testimony as an expert in fair employment law litigation:

| | |
|---|---|
| 2006 – present | Simpson *et al.* v. New York State Department of Civil Service, *et al.* Cause No. 04-CV-1184 (N. D New York). |
| 2006 – present | United States of America v. City of Chesapeake, Virginia. Civil Action No. 2:06CV415 ( N.D. Virginia) |
| 2006 – present | Ebbert *et al.* v. Nassau County *et al.* Civil Action No. CV-05 5445 (FB)AKT) ( E. D. New York). |
| 2006 | Lauren Browning v. Southwest Research Institute, No. SA-05-CA-0245-FB, United States District Court, (Western District of Texas). |
| 2006 – present | Smith *et al.* v. United States Steel Corporation. Civil Action No. 2:05-CV-1359-VEH (N. D. Alabama). |
| 2006 | Chand *et al.* v. Target Corporation. Case No. BC 315688 (Superior Court of California, Los Angeles County). |
| 2005 – 2006 | Alphonse Perez *et al.* v. RadioShack Corporation. Case No. 02-CV-7884 (N. D. Illinois). |
| 2004 – 2006 | Dudley, *et al.* v. City of Macon, *et al.* Civil Action No. 76-190-MAC (M. D. Georgia). |
| 2004 – 2006 | Patricia Boord v. John Ashcroft. EEOC No. 100-A1-7101X (Agency No. F-98-5242). |
| 2004 – 2006 | Jenkins, *et al.* v. BellSouth Corporation. Civil Action No. 02-CO-1057-S (N. D. Alabama). |
| 2004 – present | Robert Wright, *et al.* v. Henry J. Stern, *et al.* Case No. 01 CV 4437 (S. D. New York). |
| 2004 – 2005 | OFCCP *v.* Wyeth Pharmaceuticals, Inc. (2003-OFC-00007). |
| 2002 – present | Janice Morgan *et al.* v. Family Dollar Stores, Inc. Civil Action No. CV-01-C-0303-W (N. D. Alabama). |

| 2002 – present | Johnny Reynolds, *et al.* v. Alabama Department of Transportation, *et al.*  Case No. CV 85 T 665 N (Middle District of Alabama). |
| --- | --- |
| 2001 – 2003 | Mary F. Singleton, *et al.* v. The Regents of the University of California, *et al.*  Case No. 807233-1, Superior Court of the State of California. |
| 2001 - present | Boston Police Superior Officers Federation, *et al.* v. Boston Police Department and HRD.  Commonwealth of Massachusetts, Civil Service Commission, Cases Nos. I-02-606, B-02-476 through B-02-488. |
| 2001 - present | United States of America v. Jefferson County, et al.  Civil Action Number 75-P-0666-S (N. D. Alabama). |
| 2001 – 2006 | Abdallah *et al.* v. The Coca-Cola Company  Case No. 1-98-CV-3679 (RWS) (N. D. Georgia).  Court appointed Joint Expert for Settlement Agreement. |
| 2001 - 2004 | Willie Morrow, et al., v. Jim Ingram, Commissioner of Public Safety of Mississippi, et al.  Civil Action Number 4716 (G) (S. D. Mississippi). |
| 2000 – 2005 | Arlene M. Stone v. First Union Corporation, et al.  Case Number 94-6932-CIV-GOLD (S. D. Florida). |
| 2000 – 2002 | Winifred N. Cotter *et al.*, v. City of Boston and Massachusetts Association of Minority Law Enforcement Officers, *et al.*  Civil Action No. 99-11101-WGY (D. of Massachusetts). |
| 1999 - 2000 | Roy C. Johnson, et al., v. City of Tulsa.  Civil Action Number 94-C-39-H (N. D. Oklahoma). |
| 1999 - 2004 | United States of America v. City of Garland, Texas.  Civil Action Number 3:98-CV0307-L (N. D. Texas). |
| 1999 - 2003 | Howard R. L. Cook, et al., v. James H. Billington.  Civil Action Number CA 82-0400 (D. Dist. Of Columbia). |
| 1999 - present | The NAACP; The New Jersey State Conference, NAACP; Eric O'Neal; Sean Carter; Antonio Melendez and Robert Guzeman, v. The State of New Jersey Department of Law and Public Safety, Division of State Police.  Civil Action No. L-002687-96 (Superior Court of New Jersey). |

| | |
|---|---|
| 1999 - 2000 | <u>Edward J. Simpkins v. Fannie Mae & Franklin D. Raines.</u> Civil Action Number 1:99CV00153 (PLF) (D. Dist. Of Columbia). |
| 1998 – 2004 | <u>Gonzales, *et al.* v. Galvin, *et al.*</u>. CA No. 96-4110 (N. D. Ohio). |
| 1998 - 1999 | <u>Dorothy A. Edwards *et al.* v. The City of Houston, Texas v. Houston Police Patrolmen's Union Houston Police Officers Association.</u> Civil Action No. H-92-2510 (So. D. Texas). |
| 1998 | <u>Deborah W. Tschirhart v. United Airlines, Dan Walsh, Steve Beatus and Glenis James</u> Civil Action No. ESX-L-2409-96 Superior Court of NJ Law Division: Essex County. |
| 1997 - present | <u>Ronald Kelly, *et al.* v. UHC Management Company, Inc., *et al.*</u>. Civil Action No. CV 96-B-1047-S (No. D. Ala). |
| 1997 | <u>Vicki Butler, *et al.* v. Home Depot, Inc.</u> C-94-4335-(SI) (No.D. Cal.); <u>Teresa Frank, *et al.* v. Home Depot, Inc.</u> C-95-2182 (SI) Consolidated. |
| 1997 | <u>Jacqueline A. Benton v. BellSouth Telecommunications, Inc.,</u> Civil Action No. 1-95-CV-2754-WBH (No. D. Ga.). |
| 1996 - 1997 | <u>Hyman, *et al.* v. First Union Corporation, *et al.*,</u> Civil No. 94-1043 (RCL) (D.D.C.). |
| 1996 - present | <u>Sharon A. Fasenmyer v. Altoona Area School District, *et al.*,</u> Civil Action No. 93-177J (W. D. Pa.). |
| 1995 | <u>Weiss v. Educational Testing Service, *et al.*,</u> No. L-02815-93 (Superior Court of New Jersey). |
| 1995 - 2002 | <u>Wright, *et al.* v. South Central Bell, *et al.*,</u> No. CV-93-C-1530-S (N. D. Ala). |
| 1994 - 1996 | <u>AMAE v. State of California, *et al.*,</u> No. 92-3874-WHO (N. D. Cal.). |
| 1994 - 1997 | <u>Maddow, *et al.* v. Procter & Gamble Co.,</u> No. 1:93-CV-2790-JTC (N .D. Ga). |

| 1993 - 1998 | <u>In Re:   PEPCO Employment Litigation</u>, No. 86-0603 (D. D.C.) (first retained by defendant and accepted by plaintiffs). |

| 1993 | <u>Gonzalez v. Southwestern Elec. Power Co.</u>, No. 2-93CV009 (E. D. Tex.). |

| 1992 | <u>International Brotherhood of Electrical Workers, Local 386 Southwestern Electric Power Company</u>, (No. 92-03684) (Arbitration). |

## Exhibit 2.  Dr. Locklear's Curriculum Vita

### TONI S. LOCKLEAR

Applied Psychological Techniques
10532 NE 68th St, Suite 202
Kirkland, WA 98033-5649
Phone: 425-803-6858

### EDUCATION

| | | | |
|---|---|---|---|
| Ph.D. | Industrial/Organizational Psychology | Auburn University | 1992 |
| M.S. | Industrial/Organizational Psychology | Auburn University | 1987 |
| B.S. | Psychology | Kennesaw State University | 1984 |

### PROFESSIONAL EXPERIENCE

2000 to Present    **APPLIED PSYCHOLOGICAL TECHNIQUES**

*Western Regional Director*.  Direct the Seattle office of APT which provides consulting services in job analysis, the design and validation of employee selection procedures, basic skills assessment, performance management, litigation support, executive assessment, and the design and administration of organizational surveys for Fortune 100 clients in the financial services, transportation, pharmaceutical, telecommunications, electronic and utility industries.

1992 to 2000    ***THE BOEING COMPANY***

1994 to 2000    *Manager, Assessment Services.* Assessment Services was a company-wide program responsible for the development, validation and implementation of pre-employment tests, the company's management Assessment Center, and other assessment tools. Principal activities included supervising employees and external consultants in job analysis, the development and validation of selection procedures such as written examinations, structured interviews, and video assessments; developing test administration and scoring procedures; and providing technical guidance to the company on job analysis, test development, employee selection, training needs assessment, and measurement issues. Also developed and implemented the company's 360-degree assessment

process.

1992 to 1993     *Assessment Specialist.* Conducted job analysis and developed and validated written examinations for entry-level manufacturing jobs.

1986 to 1991     **CENTER FOR BUSINESS AND ECONOMIC DEVELOPMENT, AUBURN UNIVERSITY AT MONTGOMERY**

1990 to 1991     *Project Manager.* The Center is a university HR consulting firm whose principal activities include private and public sector personnel administration, litigation support in EEO cases, organizational development, job analysis, and related research in industrial/organizational psychology and personnel management. Principal activities included project management; supervising and training professional support staff; developing selection procedures such as written examinations, structured interviews, and work sample exercises; conducting job analysis; developing hiring and transfer procedures; and developing training manuals.

1986 to 1989     *Research Associate.* Developed employee selection procedures, conducted job analysis, designed program evaluation studies, developed specifications for new job classifications, conducted training workshops, developed training manuals, and analyzed data.

## TEACHING

1984 to 1986     **AUBURN UNIVERSITY**

*Teaching Instructor.* Taught introductory psychology and statistics to undergraduates

## PUBLICATIONS AND PRESENTATIONS

Locklear, T. S., & Kamin, A. M. (2003), (Chairs). *Attorneys' Perspectives on the Role of Experts in Employment Litigation.* Symposium conducted at the 18th annual conference of the Society for Industrial and Organizational Psychology, Orlando.

Locklear, T. S., & Scott, J. C. (2002), (Chairs), *Linking 360-Degree Feedback to Measures of Individual and Organizational Behavior.* Symposium conducted at the 17th annual conference of the Society for Industrial and Organizational Psychology, Toronto.

Veres, J. G. III, Sims, R. R., Locklear, T. S., Jackson, K. A., & O'Leary, R. S. (2001). Job analysis: Yesterday, today, and tomorrow. In G. R. Ferris, M. R. Buckley & D. B. Fedor (Eds.), *Human Resource Management: Perspectives, Context, Functions and Outcomes* (4th Ed.). Englewood Cliffs, NJ: Prentice-Hall.

Lammlein, S. E., Schneider, R. J., Bosshardt, M. J., & Locklear, T. S. (2001). *Content Validation of an Equipment Driver Work Sample.* Paper presented at the 15th annual conference of the Society for Industrial and Organizational Psychology, San Diego.

Veres, J. G. III, Locklear, T. S., Sims, R. R., & Prewett, A. J. (1996). Job analysis in human resource management practice. In G. R. Ferris & M. R. Buckley (Eds.), *Human Resource Management: Perspectives, Context, Functions and Outcomes* (3rd Ed.) (pp. 122-154). Englewood Cliffs, NJ: Prentice-Hall.

Locklear, T. S. (1992). *The exploration and evaluation of an index to detect inaccurate respondents to structured job analysis questionnaires.* Unpublished doctoral dissertation, Auburn University, Alabama. (UMI No. 9225363)

Veres, J. G., Sims, R. R., & Locklear, T. S. (1991). Improving the reliability of Kolb's revised Learning Style Inventory. *Educational and Psychological Measurement, 51,* 143-150.

Veres, J. G. III, Locklear, T. S., & Sims, R. R. (1990). Job analysis in practice: A brief review of the role of job analysis in human resource management. In G. R. Ferris, K. M. Rowland & M. R. Buckley (Eds.), *Human Resource Management: Perspectives and Issues* (2nd Ed.) (pp. 79-103). Boston: Allyn and Bacon.

Locklear, T. S., Granger, B. B., & Veres, J. G. III. (1989). Evaluation of a behaviorally based appraisal system. *Journal of Managerial Issues, 1,* 66-75.

Sims, R. R., Sims, S. J., Veres, J. G., & Locklear, T. S. (1989). A view from my side: Managing AIDS in the workplace. *Training and Management Development Methods, 6,* 137-144.

Chaplin, W. F. & Locklear, T. S. (1988, August). Construct similarity and the convergence between self and other personality ratings. In K. Lanning (Chair), *New approaches to the study of personality.* Symposium conducted at the meeting of the American Psychological Association, Atlanta, GA.

Sadowski, C. J., Locklear, T. S., & Grah, C. R. (1988, August). *Structural properties of ability conceptualizations in age and sex stereotypes.* Paper presented at the meeting of the American Psychological Association, Atlanta, GA. (ERIC Reproduction Service No. ED 303 761).

Sims, R. R., Veres, J. G., Locklear, T. S., & Wells, R. B. (1987). Training for public managers: The Alabama certified public manager program. *Journal of European Industrial Training, 11(6),* 11-13.

## PROFESSIONAL AFFILIATIONS

American Psychological Association

APA Division 14:  Society for Industrial and Organizational Psychology, Inc.

Editorial Review Board, Journal of Managerial Issues

Puget Sound Association of Industrial and Organizational Psychologists

# Exhibit 3.  Dr. Schmit's Curriculum Vita

**MARK J. SCHMIT**

Applied Psychological Techniques
1200 W. South Boulder Road, Suite 203
Lafayette, CO  80026
Phone: 303-926-4482

## EDUCATION

| | | | |
|---|---|---|---|
| Ph.D. | Industrial/Organizational Psychology | Bowling Green State University | 1994 |
| M.A. | Industrial/Organizational Psychology | Bowling Green State University | 1991 |
| B.A. | Psychology | St. Norbert College | 1990 |

## PROFESSIONAL EXPERIENCE

2005 to Present            ***APPLIED PSYCHOLOGICAL TECHNIQUES***

*Managing Director.*  Direct the Denver office of APT which provides consulting services in the design and validation of employee selection procedures, basic skills assessment, performance management, litigation support and executive assessment for Fortune 100 clients in the financial services, transportation, pharmaceutical, telecommunications, electronic and utility industries. Serve as expert witness for employment discrimination cases. Write reports for the court describing employer practices as compared to legal guidelines, professional standards, and industry best practices.   Topic areas include personnel selection, promotion, training and development, performance management, compensation, organizational culture, and general management practices. Conduct psychometric and statistical analysis on tests (and other measurement tools) and data. Testify in depositions and court hearings providing opinions based on written reports.

2003 to 2005            ***SHL USA INC.***

*Senior Testifying Expert.* Served as expert witness for employment discrimination and workplace accident cases. Wrote reports for the court

57

describing employer practices as compared to legal guidelines, professional standards, and industry best practices. Topic areas include personnel selection, promotion, training and development, performance management, compensation, organizational culture, workplace safety, and general management practices. Conducted psychometric and statistical analysis on tests (and other measurement tools) and data.

2003 to 2006    **COLORADO STATE UNIVERSITY**

*Affiliate Faculty, Dept. of Psychology.* Provided research work and experiential opportunities for Industrial/Organizational Psychology graduate students. Provided and managed internships. Presented workshops and seminars on expert witness work.

2002 to 2003    **GANTZ WILEY RESEARCH**

*Executive Director Employee Surveys.* Managed 15 employees, including 5 psychologists; Responsible for $5 Million P&L. Managed all phases of operations, including teams of project consultants, project managers, data analysts, IT experts, production and shipping, sales and marketing. Developed custom and standard employee surveys as diagnostic tools for organizations. Conducted psychometric and statistical analyses on survey measures and related data. Presented results of surveys to senior management and worked with them to design organizational action plans and interventions to improve organizational effectiveness and employee satisfaction. Conducted organizational effectiveness consulting with Fortune 1000 companies. Trained internal HR staff of client organizations to be organizational effectiveness consultants.

1997 to 2002    **PERSONNEL DECISIONS INTERNATIONAL (PDI)**

2000 to 2002    *Vice President/General Manager- ePredix subsidiary of PDI.* Managed M&A search and implementation process for the roll-up of PDI Assessment Solutions (intellectual property provider) and ePredix (technology provider). Following merger of PDI Assessment Solutions and ePredix – Managed 75 employees including 10 psychologists. Responsible for $10 Million P&L. Increased sales by 25% over two years. Managed all phases of operations including teams of consultants, project managers, IT developers and analysts, call center representatives, test scorers, sales, and marketing. Conducted sales calls as technical expert with account managers. Conducted consulting with organizations on recruitment, selection, promotion, and retention systems.

1999 to 2000    *Vice President – Assessment Solutions – PDI.* Managed 35 employees

58

including 10 psychologists; Responsible for $8 Million P&L. Managed all phases of operations (excluding IT) including teams of consultants, project managers, call center representatives, test scorers, sales, and marketing. Two divisions reported to me- Product (Director- Selection Systems) and Custom Consulting (Director- Selection Consulting). Led the development of pre-employment and promotion tests and assessment centers for client organizations. Approximately 60% of these assessment tools were custom and 40% product or packaged services. Conducted psychometric and statistical analyses with measures and related data. Conducted sales calls as technical expert with account managers. Conducted consulting with organizations on recruitment, selection, promotion, and retention systems.

1999 to 2000

*Director – Selection Systems – PDI.* Managed 15 employees including 6 psychologists.  Responsible for $3.5 Million P&L. This management position was primarily focused on recruitment, selection, promotion, and retention products. This position was one of two directors reporting to the VP of Assessment Solutions. The other director was responsible for custom client offerings. Led the development of pre-employment and promotion tests (including job/industry-specific knowledge, skill, cognitive ability, situational judgment, leadership personality, general personality, and workplace safety tests, behavioral interviews, culture fit assessments, and assessment centers) for use as standard product offerings and as part of packaged services. Conducted psychometric and statistical analyses on assessment measures and related data. Conducted sales calls as technical expert with account managers. Conducted consulting with organizations on recruitment, selection, promotion, and retention systems.

1997 to 1998

*Consultant and Senior Consultant- PDI.* Conducted consulting with organizations on recruitment, selection, promotion, and retention systems. Developed and validated new systems where appropriate. Conducted training sessions with new system users in client organizations. Worked on new product development team creating selection tools and conducting validation research on them. Conducted psychometric and statistical analyses on assessment measures and related data.

1996 to 1997

### PAYLESS SHOE SOURCE

*Manager, HR Development.* Managed team of 5 employees, including 2 Master's level psychologists. Managed the training and development function for stores and corporate office. Developed store manager training modules.  Developed and delivered corporate manager development programs. Developed buyer/merchandising manager training with President of Payless, Dick Jolosky.

| 1994 to 1996 | **UNIVERSITY OF FLORIDA, WARRINGTON COLLEGE OF BUSINESS** |
|---|---|
| | *Assistant Professor of Management.* Taught human resources, organizational behavior, and various management courses. Served as undergraduate advisor. |
| 1994 to 1996 | **HUMAN RESOURCE RESEARCH CENTER, UNIVERSITY OF FLORIDA** |
| | *Research Director.* Provided HR consulting to national retailers who were members of the Center for Retailing. Developed and implemented selection, performance management, and training and development systems. |
| 1990 to 1994 | **INSTITUTE FOR PSYCHOLOGICAL RESEARCH AND APPLICATION, BOWLING GREEN STATE UNIVERSITY** |
| | *Associate Consultant.* Conducted HR and organizational effectiveness consulting under the supervision of my graduate advisor. Developed and implemented employee orientation programs, selection/promotion systems, employee surveys, performance management, and training and development systems. |
| 1984 to 1990 | **EMPLOYERS HEALTH INSURANCE** |
| 1985 to 1990 | *Human Resource Generalist* |
| 1984 to 1985 | *HR Assistant/Intern* |

## PUBLICATIONS

Schmit, M. J., & Hardy, R. R. (1991). Contingent incentives, education, and peer support: An ecobehavioral program to improve safety belt use among high school students. *Journal of Psychology and the Behavioral Sciences, 6*, 1-8.

Schmit, M. J., & Ryan, A. M. (1992). Test taking dispositions: A missing link? *Journal of Applied Psychology, 77*, 629-637.

Schmit, M. J., Amel, E. L., & Ryan, A. M. (1993). Self-reported assertive job seeking behaviors of minimally educated job hunters. *Personnel Psychology, 46*, 105-124.

Schmit, M. J., & Ryan, A. M. (1993). The Big Five in personnel selection: Factor comparisons of applicant and non-applicant populations. *Journal of Applied Psychology, 78*, 966-974.

Schmit, M. J., Ryan, A. M., Stierwalt, S. L., & Powell, A. B. (1995). Frame-of-reference effects on personality scale scores and criterion-related validity. *Journal of Applied Psychology, 80*, 607-620.

Schmit, M. J., & Allscheid, S. P. (1995). Employee attitudes and customer satisfaction: Making theoretical and empirical connections. *Personnel Psychology, 48*, 521-536.

Ryan, A. M., & Schmit, M. J. (1996). Calculating EEO statistics in the temporary help industry. *Personnel Psychology, 49*, 167-180.

Schmit, M. J., & Stanard, S. J. (1996). The utility of personality inventories in the employee assistance process: A study of problem police officers. *Employee Assistance Quarterly, 11*, 21-42.

Ryan, A. M., Schmit, M. J., & Johnson, R. H. (1996). Attitudes and effectiveness: Examining relations at an organizational level. *Personnel Psychology, 49*, 853-882.

Ryan, A. M., & Schmit, M. J. (1996). An assessment of organizational climate and P-E fit: A tool for organizational change. *International Journal of Organizational Analysis, 4*, 75-95.

Motowidlo, S. J., Borman, W. C., & Schmit, M. J. (1997). A theory of individual differences in task and contextual performance. *Human Performance, 10*, 71-83.

Ryan, A. M., Schmit, M. J., Daum, D. L., Brutus, S., McCormick, S. A., & Brodke, M. H. (1997). Workplace integrity: Differences in perceptions of behaviors and situational factors. *Journal of Business and Psychology, 12*, 67-83.

Raymark, P. H., Schmit, M. J., & Guion, R. M. (1997). Development of an instrument to identify personality-related position requirements. *Personnel Psychology, 50*, 723-736.

Schmit, M. J., & Ryan, A. M. (1997). Applicant withdrawal: The role of test-taking attitudes and racial differences. *Personnel Psychology, 50*, 855-876.

Ryan, A. M., Ployhart, R. E., Greguras, G. J., & Schmit, M. J. (1998). Test preparation programs in selection contexts: Self-selection and program effectiveness. *Personnel Psychology, 51*, 599-621.

Schmit, M. J., Kihm, J. A., & Robie, C., (2000). The development of a global measure of personality. *Personnel Psychology, 53*, 153-193.

Robie, C., Schmit, M. J., Ryan, A. M., & Zickar, M. J. (2000). Effects of item context specificity on the measurement equivalence of a personality inventory. *Organizational Research Methods, 3*, 348-365.

Robie, C., Zickar, M. J., & Schmit, M. J. (2001). Measurement equivalence between applicant and incumbent groups: An IRT analysis of personality scales. *Human Performance, 14*, 187-207.

Robie, C., Born, M. P., & Schmit, M. J. (2001). Personal and situational determinants of personality responses: A partial reanalysis and reinterpretation of the Schmit et al. (1995) data. *Journal of Business and Psychology, 16,* 101-117.

Naglieri, J. A., Drasgow, F., Schmit, M. J., Handler, L., Prifitera, A., Margolis, A., Velasquez, R. (2004). Psychological testing on the internet: New problems, old issues. *American Psychologist, 59,* 150-162.

Roth, P. L., Van Iddekinge, C. H., Huffcutt, A. I., Eidson, Jr., C. E., & Schmit, M. J. (2005). Personality saturation in structured interviews. *International Journal of Selection and Assessment, 13,* 261-273.

***Book Chapters:***

Motowidlo, S. J., & Schmit, M. J. (1999). Performance assessment in unique jobs. In D. R. Ilgen & E. D. Pulakos (Eds.) *The changing nature of work performance: Implications for staffing, personnel actions, and development.* San Francisco, CA: Jossey-Bass.

Schmit, M. J., Kihm, J. A., & Robie, C. (2002). The Global Personality Inventory. In B. De Raad & M. Perugini (Eds.), *Big Five Assessment.* Göttingen, Germany: Hogrefe & Huber.

Schmit, M. J. (2006). Emotional intelligence in the business world. In K. R. Murphy (Ed.), *A critique of Emotional Intelligence: What are the problems and how can they be fixed?* Mahwah, NJ: Lawrence Erlbaum Associates.

Schmit, M. J. (in press). Managing your consulting career. In J. W. Hedge & W. C. Borman (Eds.), *The I/O consultant's primer.* Washington DC: American Psychological Association Books.

***Papers Under Development/Review:***

Goldman, B., Slaughter, J., Schmit, M. J., Wiley, J. W., & Brooks, S. M. Perceptions of Discrimination: A Multiple Needs Model Perspective. Under review: *Journal of Management*

McLellan, R. A., Amundson, M., Schmit, M. J., & Robie, C. Secret shopper ratings as an individual-level criterion for validation studies. *Personnel Psychology*

## PRESENTATIONS

Schmit, M. J., Amel, E. L., & Ryan, A. M. (1992, May). Low-skilled job hunters and assertive job-seeking behavior. Paper presented at the 7th Annual Conference of the Society of Industrial and Organizational Psychology, Montreal, Quebec.

Schmit, M. J., & Ryan, A. M. (1992, May). Test taking motivation: A moderator of criterion-related validity. Paper presented at the 7th Annual Conference of the Society of Industrial and Organizational Psychology, Montreal, Quebec.

Schmit, M. J., & Ryan, A. M., & Hazucha, J. F. (1992, May). Personality testing for personnel selection: An integrative theory and empirical evidence. In L. M. Hough (Chair), Incremental validity of personality over ability in predicting job performance. Symposium conducted at the 7th Annual Conference of the Society of Industrial and Organizational Psychology, Montreal, Quebec.

Ryan, A. M., & Schmit, M. J. (1992, July). Validation of an organizational fit instrument. Paper presented at XXV International Congress of Psychology, Brussels, Belgium.

Schmit, M. J., & Ryan, A. M. (1993, April). The big five factor structure in applicant and non-applicant populations. Paper presented at the 8th Annual Conference of the Society of Industrial and Organizational Psychology, San Francisco, CA.

Ryan, A. M., & Schmit, M. J. (1993, April). Assessing organizational fit in employee selection. Paper presented at the 8th Annual Conference of the Society of Industrial and Organizational Psychology, San Francisco, CA.

Hakel, M., Delaney, P., Grisez, M., Hahn, S., Kruger, T., Parker, T., Schmit, M., Volmer, S., & Woods, J. (1993, April). Beyond the classroom: Implementing a graduate student development center. Master tutorial presented at the 8th Annual Conference of the Society of Industrial and Organizational Psychology, San Francisco, CA.

Schmit, M. J., & Hammer, S. L. (1994, April). Personnel selection and the Big Five: Bandwidth and fidelity explorations. Paper presented at the 9th Annual Conference of the Society of Industrial and Organizational Psychology, Nashville, TN.

Johnson, R. H., Ryan, A. M., & Schmit, M. J. (1994, April). Employee attitudes and branch performance at Ford Motor Credit. In N. Rotchford (Chair), Linking Employee Survey Data to Organizational Outcome Measures. Practitioner Forum conducted at the 9th Annual Conference of the Society of Industrial and Organizational Psychology, Nashville, TN.

Ryan, A. M., Brutus, S. Daum, D. L., Schmit, M. J., & Larson, J. R. (1994, April). Effects of negative feedback source on motivation and perceived competence. Paper presented at the 9th Annual Conference of the Society of Industrial and Organizational Psychology, Nashville, TN.

Ryan, A. M., Brutus, S., Daum, D. L., Half-Brodke, M., Schmit, M. J., & Volmer, S. A., (1994, August). Workplace integrity: Differences in perceptions of behavioral and situational factors. Paper presented at the 102nd Annual Convention of the American Psychological Association, Los Angeles, CA.

Hammer, S. L., Schmit, M. J., Ryan, A. M., & Powell, A. B. (1994, August). Frame-of reference effects on personality scale scores and affective reactions. In R. Hogan (Chair), Personality assessment in personnel selection. Paper session conducted at the 102nd Annual Convention of the American Psychological Association, Los Angeles, CA.

63

Schmit, M. J., Stanard, S. J., & Robie, C. (1995, May). The utility of personality inventories in the employee assistance process. Paper presented at the 10th Annual Conference of the Society of Industrial and Organizational Psychology, Orlando, FL.

Schmit, M. J., & Allscheid, S. P. (1995, May). Employee attitudes and customer perceptions of product-service quality. Paper presented at the 10th Annual Conference of the Society of Industrial and Organizational Psychology, Orlando, FL.

Schmit, M. J., Ryan, A. M., & Powell, A. B. (1995, August). Personality item context effects on criterion-related validity. In L. G. Weiss (Chair), Specifying personality variables in employment contexts. Paper session conducted at the 103rd Annual Convention of the American Psychological Association, New York, NY.

Schmit, M. J., & Motowidlo, S. J. (1996, April). Situational-specificity of interviews and personality tests: Implications for criterion-related validities. In J. A. Collins (Chair), Personality predictors of job performance: Controversial issues. Symposium conducted at the 11th Annual Conference of the Society of Industrial and Organizational Psychology, San Diego, CA.

Ryan, A. M., Ployhart, R. E., Greguras, G. J., & Schmit, M. J., (1997, April). Predicting applicant withdrawal from applicant attitudes. Paper presented at the 12th Annual Conference of the Society of Industrial and Organizational Psychology, St. Louis, MO.

Schmit, M. J., & Ryan, A. M. (1997, April). Frame-of-reference effects in personality testing: An IRT analysis. In T. A. Judge (Chair), Personality: Measurement and conceptual issues and controversy surrounding predictive and constructive validity. Symposium conducted at the 12th Annual Conference of the Society of Industrial and Organizational Psychology, St. Louis, MO.

Schmit, M. J. (1998, April). The development of a global measure of personality. In A.M. Ryan (Chair), Global implication of selection practices: The influence of cultural context. Symposium conducted at the 13th Annual Conference of the Society for Industrial-Organizational Psychology, Dallas, Texas.

McLellan, R. A., Schmit, M. J., Hansen, T., & Olsen, H. E. (1998, April). Issues with personality tests used for personnel selection: Mean difference, adverse impact, and test fairness. In P. R. Sackett (Chair), Race and gender differences on personality measures used in selection. Symposium conducted at the 13th Annual Conference of the Society for Industrial-Organizational Psychology, Dallas, Texas.

McLellan, R. A., Amundson, M., Schmit, M. J., & Blake, R. (1998, April). Shopper ratings as an individual-level criterion for validation studies. In J. I. Sanchez (Chair), Customer service: predictors, criterion, and theory. Symposium conducted at the 13th Annual Conference of the Society for Industrial-Organizational Psychology, Dallas, Texas.

Motowidlo, S. J., Brownless, A. L., & Schmit, M. J. (1998, April). Relations between individual differences in personality, ability, and experience and knowledge, skill, and performance in servicing retail customers. In J. C. Hogan (Chair), Meaning and models of the personality-job

performance relation. Symposium conducted at the 13th Annual Conference of the Society for Industrial-Organizational Psychology, Dallas, Texas.

Robie, C., Born, M. Ph., & Schmit, M. J. (1998, July). Personal and situational determinants of personality responses: A partial reanalysis and reinterpretation of the Schmit et al. (1995) data. Paper presented at the 9th European Conference on Personality, Guildford, UK.

Schmit, M. J., Kihm, J. A., & Robie, C. (1999, April). Refining a personality test to be used in selection across several cultures. In W. C. Borman (Chair), Personality and performance: Boundary conditions for measurement and structural models. Symposium conducted at the 14th Annual Conference of the Society for Industrial-Organizational Psychology, Atlanta, GA.

Robie, C., Schmit, M. J., Ryan, A. M., & Zickar, M. (1999, April). Item response theory and frame of reference. In F. Drasgow (Chair), The modeling of personality data in I-O psychology. Symposium conducted at the 14th Annual Conference of the Society for Industrial-Organizational Psychology, Atlanta, GA.

Robie, C., Zickar, M. J., & Schmit, M. J. (1999, May). Measurement equivalence between applicant and incumbent groups on a work-oriented measure of personality. Paper presented at the conference of Applied Personality Psychology: The Intersection of Personality and I/O Psychology, Tulsa, OK.

Schmit, M. J. (2000, April). Personality testing innovations and development. In P. Roth (Chair), Ask the selection experts. Roundtable discussion conducted at the 15th Annual Conference of the Society for Industrial-Organizational Psychology, New Orleans, LA.

Schmit, M. J. (2000, April). Evaluating multi-rater data and value from a firm-level perspective. Symposium conducted at the 15th Annual Conference of the Society for Industrial-Organizational Psychology, New Orleans, LA.

Schmit, M. J. (2001, April). Assessments on the Internet. In M. Harris (Chair), The Internet and I-O Psychology: Applications and issues. Symposium conducted at the 16th Annual Conference of the Society for Industrial-Organizational Psychology, San Diego, CA.

Schmit, M. J. (2001, April). Conceptual challenges in cross-cultural testing. Developing and deploying global selection programs: Conceptual and practical challenges. Roundtable discussion conducted at the 16th Annual Conference of the Society for Industrial-Organizational Psychology, San Diego, CA.

Schmit, M. J. (2001, April). Personality testing for personnel selection. In P. Roth (Chair), Ask the selection experts. Roundtable discussion conducted at the 16th Annual Conference of the Society for Industrial-Organizational Psychology, San Diego, CA.

Schmit, M. J. (2001, September). Use of psychological measures for online recruitment and pre-employment selection. In L. Frumkin (Chair), Internet-based assessment: State of the art in

testing. Symposium conducted at the 109th Annual Conference of the American Psychological Association, San Francisco, CA.

Hazucha, J. F., Schmit, M. J., & Goff, M. (2002, April). Variations in personality across cultures. In D. Ones (Chair), Personality at work in a cross-cultural context. Symposium conducted at the 17th Annual Conference of the Society for Industrial-Organizational Psychology, Toronto, Ontario, Canada.

Schmit, M. J., Tenopyr, M. L., Barrett, G. V., Campbell, W. J., Arnold, D. W. (2002, April). Women as CEOs: Challenges of Crisis Management. Chair of panel discussion conducted at the 17th Annual Conference of the Society for Industrial-Organizational Psychology, Toronto, Ontario, Canada.

Sari, L. M., Rotolo, C. T., Baker, K. Q., Cohen, D. J., Schmit, M. J., Reynolds, D. H., Scott, J. C. (2003, April). SIOP Committees' Focus: Enhancing the visibility and Brand of I-O Psychology: Visibility and Professional Practice Committees. Roundtable conducted at the 18th Annual Conference of the Society for Industrial-Organizational Psychology, Orlando, FL.

Arad, S., Velez, P., Schmit, M. J, (2003, April). Country liaisons: Providing a conduit between US and International I-O Psychologists. Roundtable conducted at the 18th Annual Conference of the Society for Industrial-Organizational Psychology, Orlando, FL.

Maranto, D. B., Jeanneret, P. R., Kralj, M. M., Schmit, M. J., Scott, J. C. (2003, April). Psychologists consulting in organizations: Can I-O and clinical work together? Conversation Hour conducted at the 18th Annual Conference of the Society for Industrial-Organizational Psychology, Orlando, FL.

Schmit, M. J., Cascio, W. F., Lefkowitz, J. M., Landy, F. J., Sharf, J. C., Murphy, K. R., Seberhagen, L. W. (2004, April). Expert witness discussion hour. Panel discussion conducted at the 17th Annual Conference of the Society for Industrial-Organizational Psychology, Chicago, IL.

Schmit, M. J., Goldman, B., Slaughter, J., Wiley, J. W., & Brooks, S. M. (2005, April). Relationship of organizational fairness and intent to file discrimination charges. In L.A. Snyder (Chair), Predicting diversity-related outcomes: Examining the roles of justice. Symposium conducted at the 20th Annual Conference of the Society for Industrial and Organizational Psychology, Los Angeles, CA.

Schmit, M. J., Pulakos, E. D., Farr, J. L., Denning, D. L., Gutman, A., & Kirkpatrick, M. (2005, April). Retrospective research in complex organizations for legal defensibility. Panel discussion conducted at the 20th Annual Conference of the Society for Industrial and Organizational Psychology, Los Angeles, CA.

Reynolds, D. H., Beaty, J. C., Fallaw, S. S., Mondragon, N. G., Schmit, M. J., Sinar, E. F. (2005, April). You want me to do what? Internet age consulting challenges. Panel discussion conducted at the 20th Annual Conference of the Society for Industrial and Organizational Psychology, Los Angeles, CA.

Hemingway, M. A., Hudson, P., LoVerde, M., Olsen, H., & Schmit, M. J. (2006, May). Internal versus external consulting: Pros cons, and lessons learned. Panel discussion conducted at the 21st Annual Conference of the Society for Industrial and Organizational Psychology, Dallas, TX.

Schmit, M. J., & Potosky, D. (2006, May). Ask the selection experts: Internet testing. P. L. Roth, Chair. Roundtable session conducted at the 21st Annual Conference of the Society for Industrial and Organizational Psychology, Dallas, TX.

Roth, P. L., Barrett, G. V., Bobko, P., Cascio, W. F., Schemmer, F. M., & Schmit, M. J. (2006, May). Expert witness discussion hour. Roundtable session conducted at the 21st Annual Conference of the Society for Industrial and Organizational Psychology, Dallas, TX.

Goldman, B., Schmit, M. J., Slaughter, J., Wiley, J. W., & Brooks, S. M. (2006, August). Perceptions of a Litigious Climate: A Multiple Needs Model Perspective. In J. Greenberg (Chair), Organizational justice and public concern. Symposium conducted at the 2006 Annual Meeting of the Academy of Management, Atlanta, GA.

## SERVICE CONTRIBUTIONS

Society for Industrial and Organizational Psychology, Membership Committee, 1995-1996; Annual Conference Program Committee (Reviewer), 1994-2004; Core Program Committee, 1998 – 1999, Chair, Professional Practice Committee 2002-2004.

American Psychological Association, Special Advisory Committee to the Boards, Committee on Internet-based Testing, 2002-2004

University of Florida, Athletic Advisory Committee, 1995 – 1996; College of Business Administration, Minority Affairs Committee, 1995 - 1997; Teaching and Advising Awards Committee, 1996; Undergraduate Advisor, 1995-1997.

Society for Human Resource Management, Advisor for local student chapter, University of Florida, College of Business Administration, 1994-1996.

Minnesota Professionals in Psychology Applied to Work, Member of founding Steering Committee, 1998; Secretary, 1998.

Society of Industrial and Organizational Psychology, May, 1995, Orlando, FL. Conducted a practitioner pre-conference workshop at the SIOP Annual Conference with R. Guion, entitled "Selecting people with personality."

Society of Industrial and Organizational Psychology, April, 2000, San Diego, CA. Conducted a practitioner pre-conference workshop at the SIOP Annual Conference with A. M. Ryan, entitled "Beyond the validation study: Avoiding practical pitfalls when implementing a personnel selection system."

Department of Management & Organizations, University of Iowa, Advisor Council Member, 2001 - Present.

***Journal Reviewer/Editorial Boards:***

Personnel Psychology, Reviewer, 1992 – 2002; Editorial Board, 2002 - present.

International Journal of Selection and Assessment, Reviewer, 1999 – 2002.  Editorial Board, 2002 – present.

Journal of Applied Psychology, Reviewer, 1993 - present.

Human Performance, Reviewer, 2004 – present.

## PROFESSIONAL AFFILIATIONS

American Psychological Association (APA)

Society for Human Resource Management (SHRM)

Society for Industrial and Organizational Psychology (SIOP)

Colorado Human Resources Association (CHRA)

## Exhibit 4.  Chronology and Content of SPD Staff Training/Consulting



1975

**Internal or On-Staff Industrial/Organizational Psychologists**

**External Consultants**

**1976-1980** [a]
**Dr. Wiley Boyles**
• Consulted on job analysis methodology [a]

**Dr. John Veres & Auburn University at Montgomery** [n]
• **1980s** – Developed training manual on content-oriented selection procedures [c]
• **Early 1990s** – Rewrote job analysis & validation procedures [a]
• **8/17/1993** – Developing Job-Related Selection Procedures manuals (Vols. I, II & III) [f, g & b]
• **After 1987** – Content Validation of Written Examinations: A Procedural Manual [i]

1980

**Early to Mid 1990s**
**Dr. Ed Levine**
• Conducted MQ training [a]

**Early to Mid 1990s**
**Dr. Irv Goldstein & Dr. Ben Schneider**
• Conducted job analysis & test development training [a]

1985

**9/2/1992**
**Dr. James Outtz & Dr. Irv Goldstein**
• Trained SPD staff on minimizing adverse impact [a & b]

**1992**
**Dr. John Hicks** [a]

**8/26-27/1993**
**Dr. Bruce Davey**
• Presented workshop to SPD on Testing Alternatives [d]

**1993**
**Dr. Joyce Hogan**
• Provided training on use of personality tests in selection [a]

1990

**1994**
**Dr. Dennis Joiner**
• Developed management & supervisory assessment centers for medical specialty areas and conducted 3-day workshop on developing & administering assessment centers [a & c]

**1997**
**Dr. Bernie Nickels** [a]

**1997**
**Dr. Jone Papinchock** [a]

1995

**1996**
**Dr. Erich Prien**
• Developed system for constructing examinations for all professional, managerial, and administrative positions in the Department of Human Resources (HR) under the oversight of the Department of Justice: 50217, 50219, 50221, 50222, 50223, 50224, 50225, 50226, 50227, 50228, 50229, 50230, 50234, 50235, 50264, 50265.

**2000**
**Dr. Brian Bellenger** [a]

**2/28/00 to present**
**Dr. Maury Buster** [o]

**3/6/00 to 2/15/03 (full-time)**
**5/27/03 to present (part-time)**
**Dr. Julia Bertermann** [o]

2000

**2001: Dr. Phil Bobko, Dr. Phil Roth, & Dr. Jim Sharf**
**2003: Dr. Nancy Tippins & Dr. Mike McDaniel**
• Consultants on the Reynolds case, in addition to providing input on the development and maintenance of SPD practices [o]

**7/30/01 to 12/30/03**
**Karina Hui** [o]

**5/5/03 to present**
**Carolyn Lees-Hutton** [o]

**4/27/2001**
**Caliber Associates**
• Developed "Content Valid Selection Instruments for IT Operations Technician Job Class – 10421, Option 449 Personal Computer" [m]

**12/1999**
**Dr. Angie Rosenbaum**
• Developed validation study report for Medicaid Eligibility Specialist I (50433) & II (50434) [k & l]

**5/29/03 to present**
**Darryl Stark** [o]

2005

**Sources:**

[a] Mr. Paul Thomas, Manager of Recruitment and Exams; Mr. Doug Lunsford, Special Projects Manager; and Dr. Brian Bellenger, Industrial/Organizational Psychologist

[b] Minimizing adverse impact working notes from training program by Dr. Jim Outtz and Dr. Irv Goldstein, 9/2/1992

[c] The Practical Assessment Center Manual by Dr. Dennis Joiner, 1993 and a Practical Assessment Center workshop agenda

[d] Testing Alternatives Workshop Participant Workbook, Workshop presented to State of Alabama Personnel Department by Dr. Bruce Davey, 8/25-26/1993

[e] The Alabama State Personnel Department Content-Oriented Personnel Selection Procedures – A Training Manual by Elliott, Boyles, Hill, Palmer, Veres, and Thomas. The manual is the result of a project conducted for SPD by the Center for Government and Public Affairs of Auburn University at Montgomery (AUM) from 9/1977 to 11/1980

[f] Developing Job-Related Selection Procedures (Vol. I), Alabama Job Analysis Method Training Manual by the Center for Business and Economic Development at Auburn University at Montgomery by Locklear, Prewett, Champion, Livingston, and Veres, 8/17/1993

[g] Developing Job-Related Selection Procedures (Vol. II), Alabama Department of Public Safety Selection Procedure Plan Training Manual by the Center for Business and Economic Development at Auburn University at Montgomery, 8/17/1993

[h] Developing Job-Related Selection Procedures (Vol. III), Selection Procedure Construction by the Center for Business and Economic Development at Auburn University at Montgomery by Gray, Livingston, Igou, Jackson, Allentoff, Hogan, and Veres, 8/17/1993

[i] Content Validation of Written Examinations: A Procedural Manual by the Center for Business and Economic Development at Auburn University at Montgomery, written after 1987

[j] Alabama Department of Human Resources Promotional Examination Assessor Training Manual by Performance Management Associates, 2/1996

[k] Medicaid Eligibility Specialist I (50433) Validation Study Final Report prepared by The State of Alabama Personnel Department, 12/1999

[l] Medicaid Eligibility Specialist II (50434) Validation Study Final Report prepared by The State of Alabama Personnel Department, 12/1999

[m] Development of Content Valid Selection Instruments for IT Operations Technician Job Class – 10421, Option 449 Personal Computer prepared by Caliber Associates, 3/27/2001

[n] Transcript of Trial Testimony of Paul Thomas in Johnny Reynolds, et al. and Cecil Parker, et al. v. Alabama Highway Department et al. in the United States District Court for the Middle District of Alabama Northern Division, CA No. 85-T-665-N, dated 9/28/1992 and Transcript of Continued Trial Testimony of Paul Thomas in Johnny Reynolds, et al. and Cecil Parker, et al. v. Alabama Highway Department et al. in the United States District Court for the Middle District of Alabama Northern Division, CA No. 85-T-665-N, dated 9/29/1992

[o] Maury Buster, 2/24/05

# Exhibit 5.  IPMAAC Professional Development Examples

**Paul Thomas, Manager of Recruitment and Exams, Interviewed on 3/10/03 and 3/12/03**
- He attends IPMAAC more often than not – about 75% of the time.  He also attends pre-conference workshops.
- He tries to send as many Personnel Analysts as he can to IPMAAC and other conferences.  When the Personnel Analysts go to the conferences, they are required to write reports based on what they found/learned.  For example, if a Personnel Analyst attended a pre-conference workshop on MQs, the Personnel Analyst might need to present the findings to the rest of the staff.

**Doug Lunsford, Special Projects Manager, Interviewed on 3/10/03 and 3/13/03**
- He has attended IPMAAC and IPMA conferences.

**David McCarroll, Personnel Analyst II, Interviewed on 3/11/03**
- Since he has been with the SPD, he has attended four IPMAAC conferences.  Every year, SPD tries to send at least 20-25% of the Personnel Analysts to some type of non-departmental external training.  Some Personnel Analysts go to SIOP.  He attends IPMAAC because more state, government employees attend this conference; it is more hands-on, more applied than SIOP.

**Thomas Patterson, Personnel Analyst III, Interviewed on 4/11/03**
- He attended IPMAAC conferences.

**Bill Summerlin, Personnel Analyst III, Interviewed on 4/12/03**
- He had attended 7-8 IPMAAC conferences and recalled sessions in job analysis.

**Jennifer Thomasson, Personnel Analyst II, Interviewed on 4/10/03**
- With regard to training in EEO and HR issues, she attended several conferences per year (IPMAAC) where she also presented various topics related to personnel issues.

**Jill Hughes, Personnel Analyst II, Interviewed on 4/10/03**
- She attended the IPMAAC seminar for personnel managers in South Carolina.

**Rosemary Harmon, Personnel Analyst III, Interviewed on 4/11/03**
- She attended multiple IPMAAC conferences.

**Laury Baswell, Personnel Analyst II, Interviewed on 4/12/03**
- She attended several IPMAAC conferences.

**Tracy Piper, Personnel Analyst II, Interviewed on 3/11/03**
- She attended an IPMAAC conference a couple years ago.

# Exhibit 6.  Documents Reviewed

## A.  REPORTS AND RELATED DOCUMENTS

1. Prien, E. P. (1996). *Final Project Report: Design and Development of a System for Constructing Valid Selection and Promotion Examinations for Positions in the Alabama Department of Human Resources.* Memphis, TN:  Performance Management Associates.
2. Prien, E. P. (1996). *Report Appendices* Memphis, TN:  Performance Management Associates.
    i. Appendix A:  Workshop Materials. (1) Job Analysis and Job Skill Statements. Alabama Department of Human Resources (April 21, 1994). (b) Content-Oriented Test Construction. Alabama Department of Human Resources and State Personnel Department. (November 2, 1994).
    ii. Appendix B:  Subject Matter Expert Job Analysis Questionnaire.
    iii. Appendix C:   (a) DHR Job Titles, Job Codes and Number of SMEs. (b) Tables of Task and Skill Statement Mean Ratings by 20 DHR Classifications.
    iv. Appendix D:  (a) DHR Written Test Target Skills for 50219. (b) Service Social Worker II (50219) Test Specification Modules.
    v. Appendix E:  (a) DHR Written Test Target Skills for 50217. (b) Financial Support Service Worker II (502179) Test Specification Modules.
    vi. Appendix F:  Final Test Specifications – All DHR Classifications
    vii. Appendix G:  Assessment Center Materials:  Alabama Department of Human Resources Promotional Examination – Assessee Orientation Manual (February, 1996).

## B.  STATE PERSONNEL DEPARTMENT (SPD) DOCUMENTS

3. Job Analysis Guide, State of Alabama Department of Public Safety
4. Training and Experience Ratings Seminar
5. Understanding the Merit System, 1/90
6. Alabama State Personnel Department Content-Oriented Personnel Selection Procedures Training Manual; Elliott, Boyles, Hill, Palmer, Veres, & Thomas; Center for Government and Public Affairs, AUM, 11/80
7. Content Validation of Written Examinations:  Procedural Manual; Center for Business and Economic Development, AUM
8. Developing Job-Related Selection Procedures, Volume I Alabama Job Analysis Method Training Manual, 8/17/93, Center for Business and Economic Development, AUM
9. Developing Job-Related Selection Procedures, Volume III Selection Procedure Construction, Center for Business and Economic Development, AUM
10. Job Analysis and T&E Exam Construction
11. Job Analysis Questionnaire for Selection Device Content Validation

12. Manual of Operating Procedures, Examination Division, Alabama Personnel Department, revised 9/87
13. PADS Users Manual Section 3, 11/84
14. PADS User Codes, 11/82
15. PADS User Manual Exam Check List, revised 12/84
16. Personnel Procedures Manual, 1st Revision 3/99
17. Personnel Procedures Manual, 4th Revision 2/02
18. Procedures Manual Examination Division State of Alabama Personnel Department, Revised 2/92
19. Procedures Manual Examination Division State of Alabama Personnel Department, Revised 4/93
20. Training Course, Test Construction & Analysis, Part II

## C. EXAM HISTORY FILES REVIEWED

| Class Code | Class Code Description | Option Code(s) | Exam History File Date |
|---|---|---|---|
| 50221 | SENIOR SOCIAL WORKER | 0 | 7/15/1996 |
| 50221 | SENIOR SOCIAL WORKER | 0 | 11/12 /1996 |
| 50344 | REHABILITATION SPECIALIST I | 241 | 2/29/1996 |
| 50345 | REHABILITATION SPECIALIST II | 241 | 2/29/1996 |

# Exhibit 7.  References

American Educational Research Association, American Psychological Association, & National Council on Measurement in Education (1974). *Standards for educational and psychological testing.* Washington, DC: American Educational Research Association.

American Educational Research Association, American Psychological Association, & National Council on Measurement in Education (1985). *Standards for educational and psychological testing.* Washington, DC: American Educational Research Association.

American Educational Research Association, American Psychological Association, & National Council on Measurement in Education (1999). *Standards for educational and psychological testing.* Washington, DC: American Educational Research Association.

American Psychological Association, Division of Industrial-Organizational Psychology. (1975). *Principles for the validation and use of personnel selection procedures.* Dayton, OH: Author.

American Psychological Association, Division of Industrial-Organizational Psychology. (1980). *Principles for the validation and use of personnel selection procedures* (2nd ed.) Dayton, OH: Author.

Binning, J. F., & Barrett, G. V. (1989). Validity of personnel decisions: A conceptual analysis of the inferential bases. *Journal of Applied Psychology, 74,* 478-494.

Brannick, M. T., & Levine, E. L. (2002). *Job analysis methods, research, and applications for human resource management in the new millennium.* Thousand Oaks, CA: Sage Publications.

Buster, M. A., Roth, P. L., & Bobko, P. (2005). A process for content validation of education and experience-based minimum qualifications: An approach resulting in federal court approval. *Personnel Psychology, 58,* 771-799.

Equal Employment Opportunity Commission, Civil Service Commission, United States Department of Labor, & Department of Justice (1978). *Uniform guidelines on employee selection procedures.* Federal Register, 43(166), 38290-38315.

Gatewood, R. D., & Feild, H. S. (2001). Human resource selection (5th ed.). Mason, OH: South-Western.

Goldstein, I. L., Zedeck, S., & Schneider, B. (1993). An exploration of the job analysis-content validity process. In N. Schmitt & W. C. Borman (Eds.), *Personnel selection in organizations* (pp. 3-34). San Francisco, CA: Jossey-Bass.

Guion, R. M. (1998). *Assessment, measurement, and prediction for personnel decisions.* Mahwah, NJ: Lawrence Erlbaum.

Guion, R. M. (1991). Personnel assessment, selection, and placement. In M. D. Dunnette and L. M. Hough (Eds.), *Handbook of industrial and organizational psychology* (2nd ed., Vol. 2, pp. 327-397). Palo Alto, CA: Consulting Psychologists Press, Inc.

Harvey, R. J. (1991). Job analysis. In M. D. Dunnette and L. M. Hough (Eds.), *Handbook of industrial and organizational psychology* (2nd ed., Vol. 2, pp. 71-163). Palo Alto, CA: Consulting Psychologists Press, Inc.

Hays, S., & Sosa, J. (2005). Staffing the bureaucracy: Recruitment and selection in government. In S. Condrey (ed.), *Handbook of human resource management in government.* San Francisco: Jossey-Bass.

Hough, L. M. (1984). Development and evaluation of the 'accomplishment record' method of selecting and promoting professional. *Journal of Applied Psychology, 69,* 135-146.

Hough, L. M., Keyes, M. A., & Dunnette, M. D. (1983). An evaluation of three alternative selection procedures. *Personnel Psychology, 36,* 261-276.

Landy, F. J. (1986). Stamp collecting versus science: Validation as hypothesis testing. *American Psychologist, 41,* 1183-1192.

Landy, F. J. (1989). *The psychology of work behavior* (4th ed.). Pacific Grove, CA: Brooks-Cole.

Landy, F. J., & Vasey, J. (1991). Job analysis: The composition of SME samples. *Personnel Psychology, 44,* 27-50.

Lavigna, R. J., & Hays, S. W. (2004). Recruitment and selection of public workers: An international compendium of modern trends and practices. *Public Personnel Management, 33,* 237-253.

Levine, E. L., Maye, D. M., Ulm, R. A. & Gordon, T. R. (1997). A methodology for developing and validating minimum qualifications (MQs). *Personnel Psychology, 50,* 1009-1024.

Maurer, T. J., & Tross, S. A. (2000). SME committee vs. field job analysis ratings: Convergence, cautions, and a call. *Journal of Business & Psychology, 14,* 489-499.

Salgado, J. F., Viswesvaran, C., & Ones, D. S. (2001). Predictors used for personnel selection: An overview of constructs, methods, and techniques. In N. Anderson, D. S. Ones, H. K. Sinangil, & C. Viswesvaran (Eds.), *Handbook of industrial, work, and organizational psychology* (Vol. 1, pp. 165 – 199) London: SAGE Publications.

Sackett, P. R., Schmitt, N., Ellingson, J. E., & Kabin, M.B. (2001).  High stakes testing in employment, credentialing, and higher education: Prospects in a post-affirmative action world. *American Psychologist, 56,* 302-318.

Schmitt, N. & Landy, F. J. (1993).  The concept of validity. In N. Schmitt & W. C. Borman (Eds.), *Personnel selection in organizations* (pp. 275-309). San Francisco, CA: Jossey-Bass.

Seldon, S. C., Ingraham, P. W., & Jacobson, W. (2001). Human resource practices in state government: Findings from a national survey. *Public Administration Review, 61,* 598-607.

Sims, R. R., & Veres, J. G. (1985). A practical program for training job analysts. *Public Personnel Management, 14,* 131-137.

Society for Industrial and Organizational Psychology. (1987). *Principles for the validation and use of personnel selection procedures* (3rd ed.). College Park, MD: Author.

Society of Industrial and Organizational Psychology. (2003). *Principles for the validation and use of personnel selection procedures* (4th ed.). Bowling Green, OH: Author.

Tannenbaum, R. J., & Wesley, S. (1993). Agreement between committee-based and field-based job analysis: A study in the context of licensure testing. *Journal of Applied Psychology, 78,* 975-980.

Veres, J. G., Lahey, M. A., & Buckly, R. (1987). A practical rationale for using multi-method job analyses. *Public Personnel Management. 16,* 153-157.

# Appendix A

# Job Analysis and Validation Summaries

**Job Analysis and Validation Summary:**

**50221 Senior Social Worker**

**Register Date: 10/96**

I.     Description of Job Analysis Methodology

The job analysis supporting this register was conducted over a span of time from 1993 to 1994. An incumbent sample of 18 subject matter experts (SMEs) was involved in the study, which was conducted jointly by SPD and an outside consulting firm, Performance Management Associates. (50221 was 1 of 20 classifications studied in this large DHR job analysis project.). In addition to a review of past information, interviews and group meetings were conducted with incumbent SMEs to finalize the content for the job analysis questionnaire (JAQ). Finally, 18 incumbents and 284 other DHR SMEs completed the JAQ. This process operationally defined both the job elements (work behaviors and tasks) and the person characteristics (knowledges, skills, and abilities; KSAs) necessary for the job of Senior Social Worker.

II.    Job Analysis Outcomes

The initial phases of the job analysis process identified 382 tasks and 320 KSAs. These tasks and KSAs were included in the JAQ. Respondents to the JAQ were instructed to make several ratings. Tasks were rated on frequency and importance scales. KSAs were rated on an importance scale.

As a separate phase in the job analysis process, 10 DHR employees, with knowledge of social work across the DHR classifications, were asked to link general social work tasks to KSAs based on the importance of the KSA in completing the task. Another panel of 10 DHR management SMEs linked management tasks to the KSAs. Finally, tasks specific to only a limited number of DHR classifications were linked by the outside consulting team from

Performance Management Associates. This linkage process helped to operationally define the level at which a KSA was required by the job. The 382 x 320 cell linkage matrix was factor analyzed to identify clusters of KSAs. This resulted in a 12 factor solution representing the groupings of KSAs linked to job tasks for the social work aspects of the job. When management items were included, the factor structure resulted in 19 factors. This structure was further expanded to 45 competency dimensions following a within factor, factor analysis.

For the 50221 classification, 23 of the 45 competency dimensions were considered qualifying since skills included in those dimensions were rated as important and linked to important tasks. It was decided that a minimum qualification (MQ) exam would be used to cover the qualifying dimensions. The MQ data was to be gathered from candidates' application materials.

III.    Test Development

Development of the minimum qualification (MQ) exam followed a content validity methdodology. The State Personnel Department analyst and an outside consultant generated an initial list of MQs with input from SMEs during the job analysis group meetings. An MQ rating booklet was generated from this process and administered to supervisor SMEs. MQs were rated on both an education and experience scale used to identify the minimum qualification statement that appropriately defines the minimally competent Senior Social Worker. Results from this rating process, together with discussions with the senior supervisor SME, were used to select the final minimum qualifications.

**Job Analysis and Validation Summary:**

**50344 Rehabilitation Specialist I**

**Register Date: 02/96**

I.      Description of Job Analysis Methodology

The job analysis supporting this register was completed in 1995. A sample of 2 incumbent subject matter experts (SMEs) from a population of 4 incumbents was used in the study. There were also 2 supervisor SMEs, and 2 higher-level incumbents in the Rehabilitation Specialist promotional line, involved in the study. In addition to the use of existing job information and documentation, three approaches were used in collecting job relevant data. On-site observations and interviews were conducted with 2 supervisor SMEs to aid in developing initial lists of work behaviors, tasks and KSAs. A group meeting was conducted with the 2 higher-level SMEs to further develop and finalize the work behavior, task and KSA content for the job analysis questionnaire (JAQ). Following this development effort, 2 incumbent SMEs completed the JAQ. This process operationally defined both the job elements (work behaviors and tasks) and the person characteristics (knowledges, skills, and abilities; KSAs) necessary for the job of Rehabilitation Specialist I.

II.     Job Analysis Outcomes

The initial phases of the job analysis process identified 5 work behaviors and 75 tasks; also identified were 8 knowledges and 7 abilities. Respondents to the JAQ were instructed to make ratings on these work behaviors, tasks and KSAs. Work behaviors were rated on several scales including time spent, importance and extent needed at entry. Tasks were rated on several scales including importance, extent differentiates, and extent needed at entry. KSAs were also rated on several scales including whether they were needed at entry, extent differentiates, and

80

importance to the job. Screening criteria were set for work behaviors, tasks and KSAs to ensure that only important and needed-at-entry elements were identified and considered in the development of selection exams. Finally, as part of the JAQ, raters were also asked to link KSAs to work behaviors based on the importance of the KSA in completing the work behavior. A screening criterion was set for the linkage process. This linkage process helped to operationally define the level at which a KSA was required by the job. This total screening process resulted in the identification of 5 work behaviors, 51 tasks, 8 knowledges, and 7 abilities.

The surviving tasks and KSAs (those that were important and necessary at entry) were used to build an exam plan that was weighted based on importance ratings and task/work behavior to KSA linkages from the JAQ. Three types of assessment were chosen for coverage of the remaining KSAs. It was decided that KSAs would be measured in a minimum qualification exam (experience/education data drawn from application materials) and probationary period performance appraisal. A third measure chosen for use was a Task-Based Supplemental Questionnaire. This measure was designed to cover the tasks that survived the job analysis screening. Alternative exam procedures were investigated but rejected in favor of the initial decisions, as it was determined that no other procedures would have substantially the same or greater validity.

III.     Test Development

Test development of the Task-Based Supplemental Questionnaire exam followed a content validity methodology. Item content was based directly on task statements that survived the job analysis screening process. Each item asked an applicant if he/she had ever performed the task and where he/she had performed it. Items were reviewed by the analyst and SMEs to

81

ensure that they were both at a level of complexity congruent with job requirements and job-related. This process resulted in a 35-item exam.

Scoring of the Supplemental Questionnaire followed a weighted approach in which item weights corresponded to work behavior weights derived from the job analysis. The weighted scores were summed for a total score, which accounted for 100% of the candidates' total score. A banding approach was then used where bands were based on one standard deviation from the top score.

The minimum qualification (MQ) exam was developed as an initial screening device that served as an entry point to take the Supplemental Questionnaire exam, the next step in the hiring process. The MQ data was to be gathered from candidates' application materials.

The State Personnel Department analyst generated the initial list of MQs with input from SMEs. An MQ rating booklet was generated from this process and administered to 2 incumbent SMEs. Within the questionnaire, the appropriateness of the individual MQ statements was rated on a rating scale from "0 - Not at all useful" to "3 - This minimum qualification statement is more than should be expected from a barely acceptable applicant." A rating of "2" represented the MQ required by a barely acceptable applicant, thereby indicating the target rating for establishment of an MQ. SMEs also rated the linkage of the tentative MQs to the KSAs derived from the job analysis. These ratings provided evidence of the relationship between the content of the education and experience and the content of the job. Results from this rating process were used to select the final minimum qualifications. The final MQ ratings provide validation evidence for the 1996 register.

**Job Analysis and Validation Summary:**

**50345 Rehabilitation Specialist II**

**Register Date: 02/96**

I.      Description of Job Analysis Methodology

The job analysis supporting this register was completed in 1995. A group of 4 incumbent subject matter experts (SMEs) from a population of 4 incumbents was used in the study. There were also 2 supervisor SMEs involved in the study. In addition to the use of existing job information and documentation, three approaches were used in collecting job relevant data. On-site observations and interviews were conducted with 2 supervisor SMEs to aid in developing initial lists of work behaviors, tasks and KSAs. A group meeting was then conducted with 2 incumbent SMEs to further develop and finalize the work behavior, task and KSA content for the job analysis questionnaire (JAQ). Following this development effort, 4 incumbent SMEs completed the JAQ. This process operationally defined both the job elements (work behaviors and tasks) and the person characteristics (knowledges, skills, and abilities; KSAs) necessary for the job of Rehabilitation Specialist II.

II.     Job Analysis Outcomes

The initial phases of the job analysis process identified 5 work behaviors and 75 tasks; also identified were 8 knowledges and 7 abilities. Respondents to the JAQ were instructed to make ratings on these work behaviors, tasks and KSAs. Work behaviors were rated on several scales including time spent, importance and extent needed at entry. Tasks were rated on several scales including importance, extent differentiates, and extent needed at entry. KSAs were also rated on several scales including whether they were needed at entry, extent differentiates, and importance to the job. Screening criteria were set for work behaviors, tasks and KSAs to ensure

that only important and needed-at-entry elements were identified and considered in the development of selection exams. Finally, as part of the JAQ, raters were also asked to link KSAs to work behaviors based on the importance of the KSA in completing the work behavior. A screening criterion was set for the linkage process. This linkage process helped to operationally define the level at which a KSA was required by the job. This total screening process resulted in the identification of 3 work behaviors, 44 tasks, 3 knowledges, and 7 abilities.

The surviving tasks and KSAs (those that were important and necessary at entry) were used to build an exam plan that was weighted based on importance ratings and task/work behavior to KSA linkages from the JAQ. Three types of assessment were chosen for coverage of the remaining KSAs. It was decided that KSAs would be measured in a minimum qualification exam (experience/education data drawn from application materials) and probationary period performance appraisal. A third measure chosen for use was a Task-Based Supplemental Questionnaire. This measure was designed to cover the tasks that survived the job analysis screening. Alternative exam procedures were investigated but rejected in favor of the initial decisions, as it was determined that no other procedures would have substantially the same or greater validity.

III.    Test Development

Test development of the Task-Based Supplemental Questionnaire exam followed a content validity methodology. Item content was based directly on task statements that survived the job analysis screening process. Each item asked an applicant if he/she had ever performed the task and where he/she had performed it. Items were reviewed by the analyst and SMEs to ensure that they were both at a level of complexity congruent with job requirements and job-related. This process resulted in a 38-item exam.

Scoring of the Supplemental Questionnaire followed a weighted approach in which item weights corresponded to work behavior weights derived from the job analysis. The weighted scores were summed for a total score, which accounted for 100% of the candidates' total score. A banding approach was then used where bands were based on one standard deviation from the top score.

The minimum qualification (MQ) exam was developed as an initial screening device that served as an entry point to take the Supplemental Questionnaire exam, the next step in the hiring process. The MQ data was to be gathered from candidates' application materials.

The State Personnel Department analyst generated the initial list of MQs with input from SMEs. An MQ rating booklet was generated from this process and administered to 4 incumbent SMEs. Within the questionnaire, the appropriateness of the individual MQ statements was rated on a rating scale from "0 - Not at all useful" to "3 - This minimum qualification statement is more than should be expected from a barely acceptable applicant." A rating of "2" represented the MQ required by a barely acceptable applicant, thereby indicating the target rating for establishment of an MQ. SMEs also rated the linkage of the tentative MQs to the KSAs derived from the job analysis. These ratings provided evidence of the relationship between the content of the education and experience and the content of the job. Results from this rating process were used to select the final minimum qualifications. The final MQ ratings provide validation evidence for the 1996 register.

# Exhibit 3

# MAURY A. BUSTER, PH.D.

526 Ashton Oak Drive
Prattville, Alabama 36066
(334) 353-8579 - Work
(334) 361-4791 – Home
maury.buster@personnel.alabama.gov

## EDUCATION:

University of Oklahoma
Ph.D. Quantitative Methods (Psychology Department) - 1997

University of Tulsa
M.A. Industrial / Organizational Psychology – 1991

Southern Nazarene University
B.A. Psychology – 1988

## EXPERIENCE:

### STATE OF ALABAMA PERSONNEL DEPARTMENT
*February 2000 – Present*

#### *I/O Psychologist (Manager, Transportation Team)*
Manage the State of Alabama Personnel Department (SPD) Transportation Team in the implementation of the various components of a consent decree.[1] The Team consists of 10 professional and clerical staff working in various areas, including: examination development and validation, examination administration, litigation support, classification, and compensation. As well, the Team is responsible for reviewing and approving personnel related actions taken by the Transportation Department.

Review/analyze data and information such as content validity reports, supporting research, and exam development for job classes subject to the decree. Interact and negotiate with attorneys involved on all sides of the court order/consent decree regarding SPD administrative issues. Testify in support of examinations and other personnel related actions. Review and comment on Transportation Department Employee Development Program (training) plans and outlines. Review Transportation Department recruitment plans and activities.

Develop and manage team budget and, as well, multiple consultant budgets.

---

[1] Title VII case – *Reynolds v. State of Alabama* (85-CV-665T)

**USAA**
*July 1996 – February 2000*

***Customer Segment Manager*** *(July 1998 – February 2000)*
Consult with each of the company marketing and product development departments regarding segmentation analysis and product purchase propensities. Develop forecasts to determine customer base characteristics 1, 5, and 10 years into the future. Provide written reports to both the Board of Directors and Planning Committee members, and brief results to senior management.

***Corporate Research Consultant / Project Director*** *(July 1996 to July 1998)*
Coordinate staff and clients in the development, fielding, analysis, and presentation of market and human resources research, including both quantitative and qualitative studies. Results were typically briefed to senior management. Quantitative (paper and phone surveys) and qualitative (focus group) studies were completed for a broad range of topics, including human resources, banking, life insurance, investment products, and customer service.

Provide consultative support to staff in the Research Department on statistical and SAS topics.

**OKLAHOMA OFFICE OF PERSONNEL MANAGEMENT**
*May 1990 – July 1996*

***Personnel Psychologist / Personnel Analyst***
Supervise staff in the development and validation of personnel selection procedures, insuring compliance of the procedures with State and Federal laws and guidelines. Develop job analysis methodologies to define job tasks and related job knowledge, skills, and abilities. Serve on the Administrative Team providing input on agency initiatives and planning. Sit on the agency Job Content Review committee factoring (Hay methodology) pay grades for new and existing classifications.

Research and develop statewide and agency proposed performance evaluation systems and products. Perform quality control to review the efficacy of those systems. Write a year-end report to the Governor and legislative leadership regarding agency compliance with statutory performance appraisal requirements.

Evaluate and propose software and hardware for automation of selection systems.

**TROY UNIVERSITY MONTGOMERY** *(September 2002 - Present)*
**WAYLAND BAPTIST UNIVERSITY** *(November 1998 - February 2000)*
**SOUTHERN NAZARENE UNIVERSITY** *(September 1991 – July 1996)*
**MID-AMERICA BIBLE COLLEGE** *(August 1994 – May 1995)*

***Adjunct Professor***
Teach undergraduate courses in Statistics, Experimental Psychology, Research Design, Social Psychology, and General Psychology. Teach graduate courses in Research

Methods and Quantitative Methods (Psychology and Business Departments).  Serve on Masters thesis committees (S.N.U.).

**UNIVERSITY OF OKLAHOMA**
*August 1992 – December 1996*

***Research Assistant***
Perform statistical analysis and data management.  Assist in writing paper and poster presentations.  Present and publish research papers.

Teach a course in SAS Data Management and Analysis.

## PROFESSIONAL MEMBERSHIPS:

Academy of Management (AoM)

American Psychological Association (APA)

Society for Industrial and Organizational Psychology (SIOP)

International Public Management Association - HR (IPMA-HR)

International Public Management Association Assessment Council (IPMAAC)

## PUBLICATIONS:

Bobko, P., Roth, P.L., & Buster, M. (In Press). A systematic approach for assessing the currency ("up-to-dateness") of job analytic information. Public Personnel Management.

* Bobko, P., Roth, P.L., & Buster, M. (2007).  The usefulness of unit-weights in creating composite scores: A literature review, application to content validity, and meta-analysis. Organizational Research Methods, 10(4), 689-709.

Buster, M., Roth, P.L., & Bobko, P. (2005).  A process for content validation of minimum qualifications:  An approach resulting in a federal court approval.  Personnel Psychology, 58, 771-799.

Bobko, P., Roth, P.L., & Buster, M. (2005). Work sample selection tests and expected reduction in adverse impact:  A cautionary note. International Journal of Selection and Assessment, 13(1), 1-10.

Rodgers, J. L., Buster, M., & Rowe, D. C. (2001).  Genetic and environmental influences on delinquency: DF analysis of NLSY kinship data. Journal of Quantitative Criminology, 17, 145-168.

Buster, M. & Rodgers, J. L. (2000).  Genetic and environmental influences on alcohol use: DF analysis of NLSY kinship data. Journal of Biosocial Sciences, 32, 177-189.

Rodgers, J. L., Rowe, D. C., & Buster, M. (1999). Nature, nurture, and first sexual intercourse in the USA: Fitting behavioural genetic models to NLSY kinship data. Journal of Biosocial Sciences, 31.

Rodgers, J. L., Rowe, D. C., & Buster, M. (1998). Nonlinear dynamic modeling and social contagion: A reply to Stoolmiller's comments on EMOSA modeling. Developmental Psychology, 34, 1117-1118.

Rodgers, J. L., Rowe, D. C., & Buster, M. (1998). Social contagion, adolescent sexual behavior, and pregnancy: A nonlinear dynamic EMOSA model. Developmental Psychology, 34, 1096-1113.

Rodgers, J. L. & Buster, M. (1994). Seasonality of menarche among U.S. females: Correlates and linkages. In K. L. Campbell & J. W. Wood (Eds.) Human Reproductive Ecology. New York: New York Academy of Sciences.

*       All authors made equal contributions to this manuscript.

**PRESENTATIONS:**

Roth, P.L., Bobko, P., McFarland, L.M., & Buster, M.   Work sample test ethnic group differences in personnel selection: A meta-analysis.  Paper to be presented at the August, 2007 meetings of the Academy of Management in Philadelphia, PA.

Roth, P.L., Bobko, P., Buster, M., & Barnes-Farrell, J. Gender differences on work samples: Implications for social skills research and adverse impact.  Paper to be presented at the August, 2007 meetings of the Academy of Management in Philadelphia, PA.

Buster, M., Schmit, M., Guttman, A., & Rosenbaum, A.  Content validity and subject matter expert (SME) sources.  Paper presented at the June, 2007 meetings of the International Public Management Association Assessment Council in St. Louis, MO.

Buster, M., Roth, P.L., & Bobko, P. The case for unit-weights in content valid selection systems. Paper presented at the August, 2006 meetings of the Academy of Management in Atlanta, GA.

Buster, M, & Roth, P.  Adverse impact issues.  In P. Roth (Chair) Ask the selection experts. Roundtable discussion presented at the May, 2006 meetings of the Society for Industrial and Organizational Psychology in Dallas, TX.

Buster, M.  Applied issues in statistical banding.  Paper presented at the June, 2005 meetings of the International Public Management Association Assessment Council in Orlando, FL.

Bobko, P., Roth, P.L., & Buster, M.  A systematic approach for assessing the recency of job-analytic information.  Paper presented at the June, 2005 meetings of the International Public Management Association Assessment Council in Orlando, FL.

4

Roth, P.L., Bobko, P., & Buster, M. Work sample selection tests and adverse impact: A cautionary note. Paper presented at the August, 2004 meetings of the Academy of Management in New Orleans, LA.

Buster, M., Bobko, P., & Roth, P.L. Content valid MQs: A court approved approach. Paper presented at the June, 2004 meetings of the International Public Management Association Assessment Council in Seattle, WA.

Buster, M., Borden, L., & Byrne, A.A. Defending selection procedures in litigation. Symposium presented at the June, 2004 meetings of the International Public Management Association Assessment Council in Seattle, WA.

Buster, M., Bobko, P. & Roth, P.L. Content validity composites: The empirical elegance of unit weights. Paper presented at the June, 2003 meetings of the International Public Management Association Assessment Council in Baltimore, MD.

Buster, M., Borden, L. & Anderson, L. Selection and testing under a consent decree. Symposium presented at the June, 2003 meetings of the International Public Management Association Assessment Council in Baltimore, MD.

Roth, P.L., Bobko, P. & Buster, M. Work sample tests: Less helpful for diversity than we thought? Paper presented at the April, 2003 meetings of the Society for Industrial and Organizational Psychology in Orlando, FL.

Rodgers, J. L., Rowe, D. C. & Buster, M. Nature, nurture, and first intercourse: Fitting behavior genetic models to NLSY kinship data. Poster presented to the May, 1996 meetings of the Population Association of America in New Orleans, LA.

Rodgers, J. L. & Buster, M. Genetic and environmental influences on adolescent sexuality. Paper presented at the August, 1994 meetings of the American Psychological Association in Los Angeles, CA.

Buster, M. & Rodgers, J. L. Genetic and environmental influences on adolescent delinquency. Paper presented at the August, 1994 meetings of the American Psychological Association in Los Angeles, CA.

Rodgers, J. L. & Buster, M. Seasonality of menarche among U.S. females: Correlates and linkages. Poster presented at the May, 1993 meetings of the New York Academy of Sciences on Human Reproductive Ecology in Research Triangle Park, NC.

**PROFESSIONAL ACTIVITIES:**
Serve on the Publications Advisory Board for the International Public Management Association – HR.

Serve on the Membership Committee for the Society for Industrial and Organizational Psychology.

5

Serve on the Professional Practice Committee for the Society for Industrial and Organizational Psychology.

Currently serve as a reviewer for Personnel Psychology, reviewing articles submitted for the Scientist-Practitioner Forum.

Served as action editor for a manuscript in the Scientist-Practitioner Forum section of Personnel Psychology.

Served as a reviewer for the 2006 Society for Industrial and Organizational Psychology meetings in Dallas, TX.

Served as a reviewer for the 2005 International Public Management Association Assessment Council meetings in Orlando, FL.

Served as a reviewer for the 2005 Society for Industrial and Organizational Psychology meetings in Los Angeles, CA.

Served as a reviewer for the 2003 American Psychological Association meetings in Toronto, ON.

Served as a reviewer for the 2003 Society for Industrial and Organizational Psychology meetings in Orlando, FL.

**CONSULTING:**

Served as defendant's I/O Psychology expert in a Title VII / 14th Amendment discrimination suit (Judy C. Long v. State of Alabama, Department of Human Resources, CV-00-H-3090-S).