# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **AUDREY D. FINCH,** ) | |
| ) | |
|     **Plaintiff,** ) | |
| ) | **CIVIL ACTION NO.:** |
| v. ) | **2:07-CV-024-MHT** |
| ) | |
| **DEPARTMENT OF MENTAL** ) | |
| **HEALTH AND MENTAL** ) | |
| **RETARDATION, et al.,** ) | |
| ) | |
|     **Defendants.** ) | |

## DEFENDANTS' UNOPPOSED MOTION TO EXTEND
## THE DEADLINE FOR DISPOSITIVE MOTIONS

**COME NOW**, Defendants in the above styled action and respectfully move this Honorable Court for a 29 day extension from the current dispositive motion deadline. In support of this motion, Defendants state the following:

1. On January 5, 2007, this Court granted Plaintiff's motion to intervene in the *Crum et. al., v. State of Alabama,* CV94-T-356-N case and ordered that this spin-off case be converted to a separate lawsuit.

2. On April 3, 2007, the Court entered a Scheduling Order setting a pre-trial hearing for February 20, 2008, and making all potentially dispositive motions due no later than ninety (90) days prior to the pretrial hearing. Accordingly, dispositive motions are currently due on or before November 22, 2007.

3. On August 29, 2007, Defendants filed a Motion to Dismiss Plaintiff's Complaint, or in the Alternative a Motion for a More Definite Statement. On August 30, 2007, the Court entered an Order granting Plaintiff leave to amend her complaint. On September 17, 2007, Plaintiff filed her first Amended Complaint and on October 5, 2007, Defendants filed their Answer to the Amended Complaint.

4. Due to scheduling conflicts and the short frame between Defendants' Answer to the Amended Complaint and the recent filing of Plaintiff's first Amended Complaint, the first mutually agreeable date among the parties to depose the Plaintiff is November 20, 2007.[1] This date is only two days before the current dispositive motion deadline. As such, Defendants will have inadequate time to utilize Plaintiff's deposition or take any subsequent discovery if the November 22, 2007, deadline is not extended, which would greatly prejudice Defendants.

5. Plaintiff's counsel does not oppose this extension.

**WHEREFORE,** Defendants respectfully request the Court grant their motion for a 29 day extension, or until December 21, 2007.

---

[1] Defendants have noticed Plaintiff's deposition for this date.

Respectfully submitted,

*/s/ Abigail H. Avery*
Warren B. Lightfoot, Jr., Esq.
John B. Holmes, III, Esq.
Theodore P. Bell, Esq.
Abigail H. Avery, Esq.
Attorneys for the Defendants
Department of Mental Health
 and Mental Retardation, and
John Houston, Commissioner

OF COUNSEL:

MAYNARD, COOPER & GALE, P.C.
2400 Regions/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-4604
Telephone:  (205) 254-1000
Facsimile:  (205) 254-1999
Email:      wlightfoot@maynardcooper.com
            jholmes@maynardcooper.com
            aavery@maynardcooper.com

Courtney W. Tarver
Tamara R. Pharrams
DEPARTMENT OF MENTAL HEALTH
  AND MENTAL RETARDATION
P.O. Box 301410
Montgomery, Alabama 36130-1410
Telephone:  (334) 242-3038

*/s/ Alice Ann Byrne*
Alice Ann Byrne, Esq.
Attorney for the Defendants
State Personnel Department and
Jackie Graham, Director of State
Personnel Board

STATE PERSONNEL DEPARTMENT
Folsom Administrative Building
64 North Union Street ~ Suite 316
Montgomery, Alabama 36130
Telephone: (334) 242-3451
Facsimile: (334) 353-4481
Email: aliceann.byrne@personnel.alabama.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 2nd day of November, 2007, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

For the Plaintiff:

      Joseph H. Calvin, III., Esq.
      Russell W. Adams, Esq.
      Rocco Calamusa, Jr., Esq.
      WIGGINS CHILDS QUINN & PANTAZIS, P.C.
      The Kress Building
      301 19th Street North
      Birmingham, Alabama 35203-3204

                                              /s/ Abigail H. Avery
                                              Of Counsel