IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **AUDREY D. FINCH,** ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | **CIVIL ACTION** |
| v. ) | **NO:07cv24-MHT** |
| ) | |
| **DEPARTMENT OF MENTAL** ) | |
| **HEALTH AND MENTAL** ) | |
| **RETARDATION,** *et al.*, ) | |
| ) | |
| *Defendants*. ) | |

## MOTION FOR SUMMARY JUDGMENT

Defendants Alabama State Personnel Department and Jackie Graham, by and through undersigned counsel, hereby files this Motion for Summary Judgment stating as follows:

1. Initially, Defendants take issue with Plaintiff's belated claims for a jury trial, compensatory, and punitive damages. A claim for a jury trial and damages were waived by the Plaintiff and these claims are barred by judicial estoppel, waiver, and the doctrine of law of the case.

2. Plaintiff's Title VII claims against the Alabama State Personnel Department are barred because the State Personnel Department is not the Plaintiff's employer; no EEOC charge was ever filed alleging discrimination against the State Personnel Department, thus failing to exhaust remedies against the State Personnel Department; nothing in Plaintiff's EEOC complaint could

have placed the Defendants on notice as to the allegations contained in the complaint.

3. Plaintiff's 42 U.S.C. § 1981 claim merges into her § 1983 claim.

4. The State Personnel Department is entitled to absolute Eleventh Amendment immunity for damages and injunctive relief under 42 U.S.C. § 1981 and § 1983.

5. Defendant Jackie Graham is absolutely immune from damages in her official capacity under 42 U.S.C. § 1981 and § 1983.

6. Plaintiff failed to establish a prima facie case for discrimination in promotions under Title VII and 42 U.S.C. § 1983.

7. Defendants have legitimate, non-discriminatory reasons for rejecting Plaintiff's applications.

Defendants are filing contemporaneously with this Motion a brief in support thereof.

Respectfully submitted this 21st day of December, 2007.

    /s/ Alice Ann Byrne
ALICE ANN BYRNE (BYR 015)

Attorney for Defendants
State Personnel Department and
Jackie Graham, Director of State
Personnel Department

STATE PERSONNEL DEPARTMENT
LEGAL DIVISION
Folsom Administrative Bldg.
64 North Union Street ~ Suite 316
Montgomery, Alabama 36130
(334) 242-3450
 (334) 353-4418 (fax)

aliceann.byrne@personnel.alabama.gov

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of December, 2007, the foregoing document was filed electronically with the Clerk of the Court via the CM/ECF system which will send notice of electronic filing to the following:

For the Plaintiff:

| | |
|---|---|
| Russell W. Adams, Esq. | radams@wcqp.com |
| Rocco Calamusa, Jr., Esq. | rcalamusa@wcqp.com |

WIGGINS CHILDS QUINN & PANTAZIS, P.C.
The Kress Building
301 19th Street North
Birmingham, AL 35203-3204


For Defendants Department of Mental Health and
Mental Retardation and John Houston, Commissioner:

| | |
|---|---|
| Warren B. Lightfoot, Jr., Esq. | wlightfoot@maynardcooper.com |
| John B. Holmes, III, Esq. | jholmes@maynardcooper.com |
| Theodore Bell, Esq. | bellte@,maynardcooper.com |

MAYNARD COOPER & GALE, PC
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, AL 35203-2618

| | |
|---|---|
| Courtney W. Tarver, Esq. | courtney.tarver@mh.alabama.gov |
| Tamara R. Pharrams, Esq. | tamara.pharrams@mh.alabama.gov |

DEPARTMENT OF MENTAL HEALTH
AND MENTAL RETARDATION
P. O. Box 301410
Montgomery, AL 36130-1410


    /s/ Alice Ann Byrne
Of Counsel