IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **AUDREY D. FINCH,** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | **CIVIL ACTION** |
| **v.** | ) | **NO:07cv24-MHT** |
| | ) | |
| **DEPARTMENT OF MENTAL** | ) | |
| **HEALTH AND MENTAL** | ) | |
| **RETARDATION,** *et al.,* | ) | |
| | ) | |
| *Defendants.* | ) | |

## BRIEF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

Defendants, Alabama State Personnel Department and Jackie Graham, by and through undersigned counsel, hereby file this Brief in Support of their Motion for Summary Judgment as follows.

## SUMMARY OF PLAINTIFF'S CLAIMS AGAINST DEFENDANTS STATE PERSONNEL BOARD AND JACKIE GRAHAM

Plaintiff brings a Title VII claim against the Alabama State Personnel Department alleging that Plaintiff was denied promotions for which she was qualified in favor of lesser qualified white individuals. In addition, Plaintiff also alleges that the State Personnel Department and Jackie Graham, in her official capacity as the State Personnel Director, violated her 42 U.S.C. § 1981 and § 1983 rights by denying her promotions she was qualified for in favor of lesser qualified white individuals.

Specifically, Plaintiff claims that in 1996, applications merit system classification were rejected for which she claims she was qualified:  Senior Service Social Worker; Rehabilitation Specialist I; and Rehabilitation Specialist II.  These rejections form the basis of her claim against the State Personnel Department and Jackie Graham.

## UNDISPUTED FACTS

Plaintiff is currently employed by the State of Alabama Disability Determination Service. (Exhibit 2:  Plaintiff's Deposition, November 20, 2007, p. 8, l. 18-19).  Plaintiff started her career with the State of Alabama at the Glenn Ireland Facility with the Department of Mental Health in 1986 until the facility closed in 1996. (Exhibit 2:  Plaintiff's 2007 Deposition, p. 17, l. 12-20).

From 1983 until March of 1996, the Plaintiff submitted 27 applications for 15 merit system classifications.  The Plaintiff met the minimum qualifications for 23 of the 27 applications.  (Exhibit 8:  Expert Report of ERS Group, November 1, 2007, p. 3)  From March of 1996[1], through October of 1996, Plaintiff submitted 12 applications, including nine in October, 1996. (Exhibit 8:  ERS Expert Report, Table 2, p. 5).

Out of these applications, Plaintiff asserts race based discrimination claims for three merit system classifications for which she was rejected because

---

[1]  Plaintiff was laid off from the Glenn Ireland facility in March, 1996.

she did not meet the minimum qualifications: Senior Services Social Worker, Rehabilitation Specialist I and Rehabilitation Specialist II.

Plaintiff's application for Senior Services Social Worker was rejected based on a failure to meet the educational requirement. The educational Minimum Qualification (MQ) for this position was a Master's degree in Social Work from a school of social work accredited by the Council on Social Work Education. (Exhibit 3: Senior Services Social Worker Job Announcement, 1996). The MQ for this position was validated in accordance with the Uniform Guidelines. (Exhibit 4: Senior Services Social Worker Exam History File). *See also,* Exhibit 9: Expert Report of Applied Psychological Techniques, Inc. (APT), October 31, 2007, Appendix A, p. 78). While Plaintiff has a Bachelor's degree in Sociology and a Master's degree in Counseling, she does not possess the degree required for the job classification of Senior Services Social Worker:

> Q.    And do you in fact have a master's degree in social work from such a school [school of social work accredited by the council on Social Work Education]?
>
> A:    No.

(Exhibit 1: Plaintiff's Deposition, October 9, 2001, p. 160, l. 7-9).

Plaintiff's 1996 applications for Rehabilitation Specialist I and II were also rejected. Plaintiff met the education requirements, but lacked the necessary work experience. The Rehabilitation Specialist I position required three years of professional level experience providing independent living skills, special education, vocational rehabilitation, or medical rehabilitation services to

3

individuals with disabilities is also required.  Three years of experience in one of the specialty areas may substitute for the required rehabilitation experience....This classification also requires knowledge in one or more of the following specialty areas:  vocational rehabilitation, independent living, early intervention, nursing, social work, occupational therapy, audiology, nutrition, physical therapy, speech pathology, blindness/visual impairment, deafness/hard of hearing, traumatic brain injury, and learning disabilities.  (Exhibit 5: Rehabilitation Specialist I Job Announcement, 1995).   These MQs were validated in accordance with the Uniform Guidelines. (Exhibit 6:  Rehabilitation Specialist I Exam History File), (*See also*, Exhibit 9: APT Expert Report, Appendix A, p. 80).

The Rehabilitation Specialist II position had the same education and type of experience requirements, but required four years of experience rather than three years required of the Rehabilitation Specialist I.   (Exhibit 7: Rehabilitation Specialist II Job Announcement, 1995). The MQs for this position were validated in accordance with the Uniform Guidelines (Exhibit 10: Rehabilitation Specialist II Exam History File); *See also,* Exhibit 9:   APT Expert Report, Appendix A, p. 83).

The State Personnel Department determined that, based on the information submitted by the Plaintiff, that she did not have the years and type of experience necessary to qualify for these two positions.[2]

---

[2]   Plaintiff's complaint incorrectly states that she was rejected for these positions based on the education requirement. (Amended Complaint (*Finch* Doc. No. 35) at ¶ 51).

Based upon the rejection of her applications for these three classifications, Plaintiff brings her claim of racial discrimination against the State Personnel Department and Jackie Graham under Title VII and 42 U.S.C. § 1981 and § 1983.

## SUMMARY JUDGMENT STANDARD

Defendants bear the initial burden of demonstrating the basis for their motion for summary judgment, and identifying those portions of the pleadings, depositions, answers to interrogatories, and admissions that they believe show an absence of any genuine issue of material fact. *Hairston v. Gainesville Publishing Co.*, 9 F.3d 913 (11th Cir. 1993). In *Celotex Corp. v. Catrett*, 477 U.S. 317 (1986), the Court held that if a party opposing summary judgment "fails to make a showing sufficient to establish the existence of an element essential to their party's case, and on which their party will bear the burden of proof at trial," summary judgment is due to be granted.

> [W]here the nonmoving party will bear the burden of proof at trial on a dispositive issue . . . Rule 56(e) . . . requires the nonmoving party to go beyond the pleadings and by . . . affidavits, or by the "depositions, answers to interrogatories, and admissions on file," designate "specific facts showing that there is a genuine issue for trial. . . We do not mean that the nonmoving party must produce evidence in a form that would be admissible at trial in order to avoid summary judgment. . . Rule 56(e) permits a proper summary judgment motion to be opposed by any of the kinds of evidentiary materials listed in Rule 56 except the mere pleadings themselves....
>
> *Id.* at 324.

5

For summary judgment purposes, an issue of fact is "material" if it is a legal element of the claim, as identified by the substantive law governing the case, such that its presence or absence might affect the outcome of the suit. *Anderson v. Liberty Lobby, Inc.*, 477 U.S. 242, 248 (1986). An issue of fact is "genuine" if the record taken as a whole could lead a rational trier of fact to find for the nonmoving party. *Matsushita Electrical Industrial Company v. Zenith Radio Corp.*, 475 U.S. 574, 587 (1986). The court must review the evidence, and all factual inferences properly drawn from the evidence, in the light most favorable to the nonmoving party. *Welch v. Celotex Corp.*, 951 F.2d 1235, 1237 (11th Cir. 1992); *Rollins v. TechSouth, Inc.*, 833 F.2d 1525, 1528 (11th Cir. 1987). It is improper for the court to weigh conflicting evidence or make credibility determinations; instead, "the evidence of the non-movant is to be believed, and all justifiable inferences are to be drawn in its favor." *Anderson*, 477 U.S. at 255. Where a reasonable fact finder may "draw more than one inference from the facts, and that inference creates a genuine issue of material fact, then the court should refuse to grant summary judgment." *Barfield v. Brierton*, 883 F.2d 923, 933-34 (11th Cir. 1989) (citation omitted).

## <u>OUTLINE OF DEFENDANTS' ARGUMENT</u>

I.     Initially, Defendants take issue with Plaintiff's belated claims for a jury trial, compensatory, and punitive damages.  A claim for a jury trial and damages were waived by the Plaintiff and these claims are barred by judicial Estoppel, waiver, and the doctrine of law of the case.

II.    Plaintiff's Title VII claims against the Alabama State Personnel Department is barred because the State Personnel Department is not the Plaintiff's employer; no EEOC charge was ever filed alleging discrimination against the State Personnel Department, thus failing to exhaust remedies against the State Personnel Department; and nothing in Plaintiff's EEOC complaint could have placed the SPD on notice as to the allegations against them which are contained in the complaint.

III.    Plaintiff's 42 U.S.C. § 1981 claim merges into her § 1983 claim.

IV.    The State Personnel Department is entitled to absolute Eleventh Amendment immunity for damages and injunctive relief under 42 U.S.C. § 1981 and § 1983.

V.    Defendant Jackie Graham is absolutely immune from damages in her official capacity under 42 U.S.C. § 1981 and § 1983.

VI.    Promotion claims analysis under *McDonnel Douglas*.

VII.    As had legitimate Non-Discriminatory reasons for rejecting Plaintiff's applications.

Each of these claims and arguments are addressed separately below.

## ARGUMENT

### I.    Plaintiff's Claims For Damages And A Demand For A Jury Trial Are Due To Be Dismissed.

#### A.    The *Crum* Litigation.

This case arises out of and is related to the *Crum* litigation, *i.e., In re: Employment Discrimination Litigation Against the State of Alabama*, Civil

7

Action No. 94-T-356-N.   Therefore, it is critical to review the history of the jury demand and monetary damages issues in the five cases that eventually became the *Crum* litigation.  The *Crum* litigation arose out of the consolidation of five separate race-discrimination cases brought by African-American plaintiffs against the State of Alabama and several of its boards, departments and agencies.  The five cases included *Yvonne C. Jennings v. State of Alabama Department of Education, et. al.*, CA No. 93-T-647-N; *Robert L. Smith v. State of Alabama Personnel Dept., et al. ("Smith I")*, CA No. 91-T-1414-N; *Robert L. Smith v. Halycon Vance Ballard, et al. ("Smith II")*, CA No. 92-T-1609-N; *Ellen Tolbert, et al. v. State of Alabama, et al.*, CA No. 93-T-0287-N; and *Eugene Crum, Jr. v. Dr. Halycon Vance Ballard, et al.*, CA No. 93-T-423-N.  Some of the cases were putative class actions in which the plaintiffs sought relief on behalf of themselves and all other persons similarly situated who were or are employed, or who may be employed in the future by the Defendants.

In each of these cases, the named plaintiffs initially sought compensatory and/or punitive damages and demanded jury trials.  However, each plaintiff and/or the putative class representatives subsequently amended their respective complaints to limit their claims to equitable relief, and they formally moved to strike their initial jury demands.[3]  In fact, in the briefs submitted by the

---

[3]  *See Tolbert* Amended Complaints (*Tolbert* Doc. Nos. 3, 7); *Tolbert* Motion to Strike Jury Demand (*Tolbert* Doc. No. 30) (deleting request for compensatory and punitive damages); *Jennings* Motion to Strike Jury Demand and Brief (*Jennings*, Doc. Nos. 6, 10); *Jennings* Amendment to Complaint (*Jennings* Doc. No. 11) (deleting claims for compensatory and punitive damages and other legal relief); *Jennings* Brief in Support of Motion to Amend Complaint (*Jennings* Doc. No. 9); *Smith* Motion to Strike Jury Demand and Supporting Brief (*Smith* Doc. Nos. 40, 41); *Crum* Motion to Strike Jury Demand (*Crum* PC Doc. No. 12); Crum

8

plaintiffs in support of their respective motions to strike their jury claims and claims for compensatory and punitive damages, the plaintiffs specifically and unequivocally waived their right to trial by jury and to seek compensatory and punitive damages to further the interests of the putative classes and because they believed that equitable remedies under Title VII provided sufficient redress for wrongs allegedly committed by Defendants.   For example, in seeking to dismiss the compensatory and punitive damage claims in *Smith I and II*, Robert Smith represented to the Court as follows:

> Smith's central interest in this case is to achieve systemic remedy eliminating employment discrimination and the effects of that discrimination among Alabama agencies.  Smith feels that he can best represent a class of similarly situated individuals by pursuing equitable remedies to the exclusion of legal remedies.  Second, thought (sic) Smith certainly desires that he and the class he represents be made whole, it is not Smith's desire to raid the State Treasury.  After careful consideration, Smith has concluded that the equitable relief available under Title VII offers sufficient redress for wrongs visited upon him by Defendants.[4]

*Smith* Brief in Support of Motion to Amend Complaint, *et seq.* (*Smith* Doc. No. 41) at 1-2.  The named plaintiffs in *Crum* and *Jennings* filed similar briefs containing the same verbatim language.  *See Jennings* Brief in Support of

---

Motion to Amend Complaint  (*Crum* PC Doc. No. 13) (deleting requests for compensatory and punitive damages and other legal relief).

[4]   Notwithstanding the *Crum* Plaintiffs' alleged altruistic motives, it cannot be seriously disputed that the primary motive for the plaintiffs' abandonment of their jury demands and claims for compensatory and punitive damages was the desire to preserve a possible Rule 23(b)(2) class.

Motion to Amend Complaint, *et seq.* (*Jennings* Doc. No. 9) at 1-2[5]; *Crum* Brief in Support of Motion to Amend Complaint, *et seq.* (*Crum* PC Doc. No. 27) at 1-2; *see also Crum* Letter Brief ((*Crum* PC Doc. No. 28) stating that "Crum desires to amend his complaint and eliminate all legal, as opposed to equitable, claims").[6]

After extensive briefing in each case, this Court granted the respective plaintiffs' motions to strike their jury claims, and recognized that they specifically had limited their claims for relief to purely equitable remedies, *e.g.,* injunctive relief, back pay, etc. *See e.g.*, *Tolbert* Order, (*Tolbert* Doc. No. 44); *Crum* Order, (*Crum* PC Doc. No. 37); *Smith I & II* Order, (*Smith* II Doc. No. 52); *Jennings* Order (*Jennings* Doc. No. 10).

On March 24, 1994, the Court contemporaneously ordered the consolidation of all five cases into a single action styled *In re: Employment Discrimination Litigation Against the State of Alabama*, Civil Action No. 94-T-356-N. *See Crum* Consolidation Order (*Crum* PC Doc. No. 60). In the Consolidation Order, the Court specifically stated "that the pleadings and orders in the above-style case shall remain binding on the parties to the same extent that they were binding before the transfer." *Id*. Thus, at the time of the Consolidation Order, the Court's previous decisions striking the respective

---

[5]    In *Tolbert*, the Plaintiffs not only moved to strike their own jury claims, but also they moved to strike the State Defendants' jury demand. *See Tolbert* Doc. Nos. 30, 41, 42, 44.

[6]    All references to docket numbers for entries in the *Crum* litigation post-consolidation, *i.e.*, for Civil Action No. 94-T-356-N, are designated as "*Crum* Doc. No". Docket numbers for entries in *Crum* pre-dating consolidation are designated as "*Crum* PC Doc. No."

plaintiffs' jury demands and claims for compensatory and punitive damages (and any other claims for "legal" relief) were carried with the cases as consolidated and made binding upon the parties thereto.

On September 15, 1994, the *Crum* Plaintiffs moved for class certification pursuant to Rule 23(b)(2), Fed. R. Civ. P. (*Crum* Doc. Nos. 122, 124). At the time of the filing of their initial class certification motion, the *Crum* Plaintiffs asserted no claims for monetary damages and otherwise described the equitable remedies they sought as "structural modifications of the selection procedures administered by the Personnel Department and the various agencies and departments of the State utilizing such procedures, as well as structural modifications to the injunctive decrees already entered in United *States v. Ballard*." [7] *See* Motion for Certification of a Plaintiff Class (*Crum* Doc. No. 124) at ¶ 2.

## B.    Audrey Finch filed a Motion to Intervene in *Crum*.

While the first class certification motion was pending, the *Crum* Plaintiffs filed intervention motions on behalf of approximately 27 African-Americans, wherein they sought to intervene in the *Crum* litigation for the purpose of

---

[7] This Court has described the claims of the *Crum* Plaintiffs as follows:

> As a putative class, the *Crum* plaintiffs claim, in part, that they suffer discrimination in layoffs, recalls from layoffs, terminations, discipline, hiring, rehiring, evaluations, compensation, transfers, job-duty assignments, recruitment, screening, selection procedures, denial of promotion, demotions, rollbacks, sick leave, subjective decision-making practices, and other terms and conditions of employment that have allegedly resulted in disparate impact and treatment of the *Crum* plaintiffs and their putative class.

Order (*Crum* Doc. No. 610) at 4.

11

asserting claims against the existing *Crum* Defendants and/or against additional State agencies.   Those proposed intervenors included, among others, Plaintiff Audrey Finch.   In particular, Plaintiff Finch filed her first intervention motion on July 13, 1995 (*Crum* Doc. No. 231).   At the time she filed her intervention motion, the putative class representatives had already withdrawn their jury demand and all claims for compensatory and punitive damages.   This Court granted Finch's intervention motion on January 5, 2007, and converted her action into a separate lawsuit.   (*Crum* Doc. No. 773, *Finch* Doc. No. 2).

On June 21, 2001, the Court entered an order denying Plaintiffs' original September 15, 1994 class certification motion with leave to renew.   (*Crum* Doc. No. 445).   Following the denial of the *Crum* Plaintiffs' original class certification motion, the parties continued to engage in class discovery, including deposing Plaintiff Audrey Finch as one of several intervenors in the putative class.

On March 17, 2003, the *Crum* Plaintiffs renewed their class certification motion.[8]   (*Crum* Doc. No. 606).   The putative Plaintiff class was defined as "all African-Americans who applied for employment opportunities with the State of Alabama, or would have applied for such opportunities in the absence of the racial discrimination challenged in Defendants' selection procedure."   Motion for Certification of Plaintiffs' Class (*Crum* Doc. No. 606) at 1.

---

[8]   In their second class certification motion, the *Crum* Plaintiffs again described the remedies sought as injunctive and equitable relief and, in particular, "structural modifications" to the selection procedures used by the State.   (*Crum* Doc. No. 606).

**C.    As An Intervenor, Plaintiff Finch Affirmatively And Unequivocally Waived Her Right To A Jury Trial And Any Claim For Compensatory Or Punitive Damages In *Crum*.**

As noted above, during the course of class discovery, the *Crum* Plaintiffs proffered Plaintiff Finch as an additional party of the putative class. Defendants deposed Finch on October 9, 2001. During her deposition, Plaintiff Finch unequivocally testified that she knowingly waived her right to seek damages:

<u>**Finch Deposition (Exhibit 1) at Pages 255-56**</u>

Q.    Are you aware that you have waived the right to damages on their behalf – on your own behalf. Are you aware that you waived your right to compensatory damages?

A.    Yes.

Q.    Are you aware that you have waived the rights of other potential class members for the same sorts of damages?

A.    In consulting with my attorney, we went over them.

Q.    And you decided that it was a good idea to do so?

A.    Yes.

Q.    And what did you base your decision on?

      [brief discussion instructing witness not to relate any part of any conversation with an attorney]

Q.    Other than anything that your attorneys said to you, do you have any independent reasoning or basis for that waiver?

A.    No.

13

In sum, Plaintiff Finch, acting individually and as an intervenor of the putative class, knowingly and unequivocally waived her right and the right of the putative class members to trial by jury as well as any right to seek damages.

D.    The *Crum* Spin-Off Cases.

In early 2007, the *Crum* Court began creating the "*Crum* Spin-Off" cases by granting numerous intervention motions that had been pending in the *Crum* litigation for many years.  Although intervention was granted to approximately 27 named parties, the Court instructed the Clerk of the Court to designate each complaint-in-intervention as a separate lawsuit.  With respect to Plaintiff Finch, the Court granted her intervention motion on January 5, 2007, and established the instant lawsuit as a separate action.  (*Finch* Doc. No. 1).  On August 29, 2007, Defendants filed a Motion to Dismiss for Failure to State a Claim, or in the Alternative, for More Definite Statement.  (*Finch* Doc. No. 33).  In order to expedite the matter and conserve judicial and legal resources, the Court entered an order on August 30, 2007, granting Plaintiff Finch leave to amend her Complaint to comply with the requirements of Federal Rules of Civil Procedure and *Bell Atlantic Corp. v. Twombly*, 550 U.S. ---, 127 S. Ct 1955, 167 L.Ed.2d 929 (2007) (*Finch* Doc. No. 34).

On September 17, 2007, Plaintiff Finch filed an Amended Complaint. (*Finch* Doc. No. 35).  Rather than merely clarifying the basis of the claims she originally asserted in her complaint-in-intervention in Crum, however, Plaintiff Finch added a jury demand as well as claims for punitive and compensatory

14

damages. *Id.* Plaintiff also added new claims against the State Personnel Board under Title VII and Jackie Graham.

For the reasons set forth below, Plaintiff Finch's jury demand and claims for compensatory and punitive damages are barred as a matter of law.

### 1. Plaintiff Finch's Jury Demand And Claim For Compensatory And/Or Punitive Damages Are Barred By The Doctrine Of Judicial Estoppel.

The Court should dismiss Plaintiff Finch's jury demand and her claim for compensatory and punitive damages because they are barred by the doctrine of judicial estoppel. "Judicial estoppel bars a party from asserting a position in a legal proceeding that is inconsistent with its position in a previous, related proceeding." *U.S. v. Campa*, 459 F.3d 1121, 1152 (11th Cir. 2006). It is an equitable doctrine that protects the integrity of the judicial process "by prohibiting parties from deliberately changing positions according to the exigencies of the moment." *Birmingham Steel Corp. v. Tennessee Valley Authority*, 353 F.3d 1331, 1340 n.5 (11th Cir. 2003) (quoting *New Hampshire v. Maine*, 532 U.S. 742, 749-50 (2001)) (internal citations and quotations omitted); *see also Stephens v. Tolbert,* 471 F.3d 1173, 1177 (11th Cir. 2006); *Barger v. City of Cartersville*, 348 F.3d 1289, 1293 (11th Cir. 2003). *See also* 18 Moore *et al.*, Moore's Federal Practice § 134-30, at 134-62 to -63 (3d ed. 1997) (noting that the doctrine of judicial estoppel has been applied broadly to prevent a party from adopting inconsistent legal positions in the same or related judicial proceedings).

15

The circumstances under which judicial estoppel should be invoked are not reducible to a general formulation of principle, but courts have traditionally looked at three factors: (1) whether a later position asserted by a party was clearly inconsistent with an earlier position; (2) whether a party succeeded in persuading a court to accept an earlier position, "so that judicial acceptance of an inconsistent position in a later proceeding would create the perception that either the first or the second court was misled"; and (3) whether the party with an inconsistent position would derive an unfair advantage or impose an unfair detriment on the opposing party if not estopped. *Stephens v. Tolbert,* 471 F.3d 1173, 1177 (11th Cir. 2006). Additionally, the inconsistent positions must be made under oath and must be calculated to make a mockery of the judicial system. *Salomon Smith Barney, Inc. v. Harvey*, 260 F.3d 1302, 1308 (11th Cir. 2001), *vacated on other grounds*, 537 U.S. 1085 (2002) (citing *Taylor v. Food World, Inc.*, 133 F.3d 1419, 1422 (11th Cir. 1998)) (additional citations omitted).

As established above, and in what can only be described as a cynical attempt by Plaintiff Finch to manipulate the Court, she has attempted to revive her long-waived jury demand and her claim for damages. Not only did she seek to intervene in the *Crum* litigation ***after*** the *Crum* plaintiffs withdrew their monetary damage claims and after the Court granted the various motions filed by the *Crum* plaintiffs to strike their jury demands, but also, she unequivocally testified that she knowingly and voluntarily elected to waive her claims for damages, *see* Exhibit 1: Plaintiff's 2001 Deposition, pp. 55-56.

16

Plaintiff Finch has adopted the contradictory position in the instant case, claiming that she is entitled to a jury trial and to seek damages. In other words, by demanding a jury trial and asserting claims for damages in this related litigation, Finch seeks to avoid her deliberate and voluntary waiver of those known rights in *Crum*, a decision that was essential to the plaintiffs' trial strategy to preserve the putative class in the *Crum* litigation. In fact, irrespective of any other legal deficiency relating to maintenance of a plaintiff class in *Crum*, the continued assertion of compensatory and punitive damage claims would have doomed class certification. *See, e.g.*, *Murray v. Auslander*, 244 F.3d 807, 812 (11th Cir. 2001); *Rutstein v. Avis Rent-A-Car*, 211 F.2d 1228, 1236 (11th Cir. 2000); *Jackson v. Motel 6 Multipurpose, Inc.*, 130 F.3d 999 (11th Cir. 1997); *Faulk v. Home Oil Co., Inc. (Faulk I)*, 184 F.R.D. 645, 660 (M.D. Ala. 1999) (following Allison and rejecting certification of a (b)(2) class because the putative class members' claims for compensatory and punitive damages made their claims uniquely dependent on subjective and intangible differences of each employee's individual circumstances and which would require individualized proof of actual injury); *Pickett v. IBP, Inc.*, 182 F.R.D. 647 (M.D. Ala. 1998) (denying certification of 23(b)(2) class where plaintiffs requested compensatory and punitive damages under Packers and Stockyard Act because they were not incidental to equitable relief sought). Thus, Finch seeks to abandon her earlier litigation strategy and waiver because it no longer serves her interest in the instant litigation. Additionally, the unambiguous tenor of Finch's deposition testimony clearly reflects that she made a deliberate and

calculated decision to waive her rights because waiver was necessary for her "to continue to be part of the class."

Second, the *Crum* Court has taken action on the procedural decisions made by the *Crum* plaintiffs by allowing them to amend their respective complaints to withdraw their claims for compensatory and punitive damages and by granting their respective motions to strike their original jury demands.  As noted above, Plaintiff Finch was aware of and concurred in this choice of action and, in fact, further testified that she was waiving those rights personally and on behalf of the absent class members.  (Exhibit 1:  Plaintiff's 2001 Deposition, pp. 255-56).  Moreover, Plaintiff Finch's testimony clearly demonstrates that she and her counsel engaged in strategic manipulation by dismissing their compensatory and punitive damages claims and by withdrawing their jury demands in an obvious effort to preserve the class.

Furthermore, as demonstrated by their briefs opposing class certification in the related *Crum* litigation, Defendants relied on the testimony of Plaintiff Finch and other potential intervenors and named plaintiffs regarding their abandonment of their rights to a jury trial and to seek compensatory and punitive monetary damages.  In fact, Defendants specifically argue that the decision by to waive monetary damages, justified the denial of class certification because waiver of their monetary damage claims constitutes a violation of their fiduciary duty owed to the absent class members, thus rendering the named plaintiffs unsuitable as representatives of the putative class.  *See* Defendants' Brief Opposing Class Certification (*Crum* Doc. No. 626)

18

pp. 157-65, 167.  In other words, both the Court and Defendants have acted on the affirmative decisions of Finch and the other named parties in the *Crum* litigation to abandon their compensatory and punitive damages claims and their right to a jury trial.[9]

Finally, allowing Finch to assert a position inconsistent with her earlier pleadings and sworn testimony in the *Crum* litigation, when she knowingly and deliberately abandoned those rights for the specific and strategic purpose of preserving the putative *Crum* class, is precisely the type of deliberate manipulation the doctrine of judicial estoppel was intended to prevent, *i.e.*, benefiting from a position, and then, when it becomes more convenient or profitable, retreating from that position later in related or other litigation.

For these reasons, the Court should strike Plaintiff Finch's jury demand and claims for compensatory and punitive damages.

## 2. Plaintiff Finch Knowingly And Voluntarily Waived Her Right To Seek Damages.

As a corollary to the judicial estoppel argument, Plaintiff Finch also waived her right to damages.  A waiver is the intentional relinquishment of a known right.  *U.S. v. Lewis*, 492 F.3d 1219, 1222 (11th Cir. 2007); *University Commons-Urbana, Ltd. v. Universal Constructors Inc.*, 304 F.3d 1331, 1340-41

---

[9]   Although Defendants clearly have relied and acted upon the decision of Plaintiff Finch and others to waive their rights to a jury trial and for monetary damages, such reliance is not required for application of the doctrine of judicial estoppel.  Unlike equitable estoppel, judicial estoppel does not require proof of reliance by the parties because the doctrine focuses on the relationship between the court and the chameleonic litigant seeking to manipulate the court by altering her position.  It is designed to prevent litigants and their counsel from playing fast and loose with the court and to protect the integrity of the judicial process.

(11th Cir. 2002); *In re Baldwin*, 307 B.R. 251, 270 (M.D. Ala. 2004) (quoting *Glass v. United of Omaha Life Ins. Co.*, 33 F.3d 1341, 1347 (11th Cir. 1994)). Unlike the doctrines of estoppel and judicial estoppel, however, waiver does not require reliance by either the Court or the opposing party on the actions or conduct of the other party, but rather, only the party's intentional relinquishment of a known right or privilege. *See, e.g., Pitts by and Through Pitts v. American Security Life Ins. Co.*, 931 F.2d 351, 357 (5th Cir. 1991) (holding that waiver does not require reliance).

As previously established, Plaintiff Finch's unambiguous and unequivocal sworn testimony establishes that she deliberately and voluntarily waived her known right to seek damages for the specific purpose of pursuing claims as a member and representative of the putative class in *Crum*. (Exhibit 1: Plaintiff's 2001 Deposition, pp. 255-56). Therefore, her claims seeking monetary damages are barred by the doctrine of waiver.

### 3. Plaintiff Finch's Jury Demand And Claims For Compensatory And Punitive Damages Are Barred Under The Doctrine Of The Law-Of-The-Case.

Finally, Plaintiff Finch's attempt to assert a jury demand and claims for compensatory and punitive damages in this action is barred by the law-of-the-case. Although application of the doctrine is typically discussed in the context of issues decided on appeal, courts have applied it to previous decisions made by the district court in the same or related cases involving the same parties. For example, in *Commercial Union Ins. Co. v. Sepco Corp.*, 300 F. Supp. 2d 1198

(N.D. Ala. 2004), the district court held that, under the doctrine of the law-of-the-case, whatever is established between the same parties in the same case continues to be the law of that case, whether or not correct on general principles, so long as the facts on which the decision was predicated continue to be the facts of the case. *See also Arizona v. California*, 460 U.S. 605, 618 (1983) (holding that "when a court decides upon a rule of law, that decision should continue to govern the same issues in subsequent stages in the same case."); *Official Committee of Unsecured Creditors of Color Tile, Inc. v. Coopers & Lybrand, LLP*, 322 F.3d 147, 167 (2d Cir. 2003) (holding that, although ordinarily the law-of-the-case doctrine forecloses relitigation of issues expressly or impliedly decided by the appellate court, it "also stands to limit a district court's discretion to reconsider its own decisions, in the absence of: an intervening change of law, the availability of new evidence, error that must be corrected, or if manifest injustice would otherwise ensue.")[10] Thus, the doctrine bars relitigation of issues that were decided either explicitly or by necessary implication. *See United States v. Williams*, 728 F.2d 1402, 1406 (11th Cir. 1984) (noting that the primary purpose of the doctrine is to bring an end to the litigation and to protect against relitigation of settled issues).

In the instant case, this Court previously has decided the jury demand and compensatory and punitive damage issues in the related *Crum* litigation,

---

[10]  Of course, courts have the power to revisit prior decisions of its own or of a coordinate court in any circumstance.  However, as noted by the Eleventh Circuit, "as a rule courts should be loath to do so in the absence of extraordinary circumstances such as where the initial decision was 'clearly erroneous and would work a manifest injustice.' " *Jenkins Brick Company v. Bremer,* 321 F.3d 1366, 1368-70 (11th Cir. 2003).

granting the motions of the respective plaintiffs in *Crum* to amend their complaints to abandon their monetary damage claims and to strike their jury demands. *See e.g.*, *Tolbert* Order (*Tolbert* Doc. No. 44); *Crum* Order (*Crum* PC Doc. No. 37); *Smith I & II* Order (*Smith I & II* Doc. No. 52); *Jennings* Order (*Jennings* Doc. No. 10). Additionally, as established above, in the Consolidation Order, the Court specifically stated "that the pleadings and orders in the above-style case shall remain binding on the parties to the same extent that they were binding before the transfer." *Crum* Consolidation Order dated March 24, 1994 (*Crum* PC Doc. No. 60). Thus, at the time of the consolidation order, the Court's previous decisions striking the respective plaintiffs' jury demands and claims for compensatory and punitive damages (and any other claims for "legal" relief) were carried with the consolidated case and made binding upon the parties thereto. Moreover, as established by Plaintiff Finch's unambiguous testimony, at the time she filed her intervention motion, she was aware that the parties to the *Crum* litigation had waived their right to seek damages, and she unequivocally and voluntarily ratified that decision when she acknowledged during deposition that she was waiving those same rights. (Exhibit 1: Plaintiff's Deposition, pp. 255-56.)

For these reasons, Plaintiff Finch's demand for a jury trial, and claims for compensatory and punitive damages are barred by the doctrine of the law-of-the-case, judicial estoppels and waiver.

## II.    TITLE VII CLAIMS AGAINST THE ALABAMA STATE PERSONNEL DEPARTMENT.

Plaintiff brings a Title VII claim against the Alabama State Personnel Department even though it is not her employer, not her joint employer, never named in her EEOC complaint, nor is the claim in the EEOC complaint one that would lead to the State Personnel Department being placed on notice of the charge.

Plaintiff's EEOC complaint was filed on July 19, 1993.   (Exhibit 11: Plaintiff's EEOC Charge No. 130932561, July 19, 1993).  Plaintiff names as her employer the Glenn Ireland Development Center.  Plaintiff's complaint centered around the position of Habilitation  Coordinator – a position not within the Alabama State Merit System, nor within the authority, jurisdiction, or control of the Alabama Personnel Department.  (Exhibit 1:  Plaintiff's 2001 Deposition, Exhs. 1106, 1107).

Generally, "a party not named in the EEOC charge cannot be sued in a subsequent civil action." *Virgo v. Riviera Beach Assocs., Ltd.*, 30 F.3d 1350, 1358 (11th Cir.1994). *See* 29 C.F.R. § 1601.12(a)(2) (a complainant is required to identify the name of the person in his or her charge against whom the charge is made). A party unnamed in the EEOC charge, however, may be subjected to a federal court's jurisdiction where several factors are met:

> (1)    the similarity of interest between the named party and the unnamed party; (2) whether the plaintiff could have ascertained the identity of the unnamed party at the time the EEOC charge was filed; (3) whether the unnamed parties received adequate notice of the charges; (4) whether the unnamed parties had an

23

adequate opportunity to participate in the reconciliation process; and (5) whether the unnamed party actually was prejudiced by its exclusion from the EEOC proceedings.

*Id.* at 1359.

In this case, there is no similarity of interest or identity between the "State Personnel Board" and the "Glenn Ireland Development Center" or the "Department of Mental Health." The law of this circuit is clear that separate governmental entities are not aggregated for Title VII purposes. *See Lyes v. City of Riviera Beach*, 166 F.3d 1332 (11th Cir. 1999). The Eleventh Circuit has observed,

> [W]e begin with the presumption that governmental subdivisions denominated as separate and distinct under state law should not be aggregated for purposes of Title VII. That presumption may be rebutted by evidence establishing that a governmental entity was structured with the purpose of evading the reach of federal employment discrimination law. Absent an evasive purpose, the presumption against aggregating separate public entities will control the inquiry, unless it is clearly outweighed by factors manifestly indicating that the public entities are so closely interrelated with respect to control of the fundamental aspects of the employment relationship that they should be counted together under Title VII.

*Lyes*, 166 F.3d at 1345.

Though *Lyes* concerns the number of employees for jurisdictional purposes, it is clear that governmental agencies are presumed separate and distinct. Moreover, Plaintiff testified that she was aware of the differences between SPD and the Department of Mental Health. (Exhibit 2: Plaintiff's 2007 Deposition, pp. 53, l. 18 – p. 55, l. 11).

24

There has been no allegation that the State Board was involved in any employment decisions affecting the day-to-day operations of the Glenn Ireland Development Center or the Habilitation Coordinator position.

Further, it is undisputed that the State Personnel Board was not notified of the EEOC charge and was unaware of its existence and did not have the opportunity to participate in any reconciliation process. Thus, the Title VII claim is due to be dismissed against the Alabama State Personnel Department.

Additionally, Plaintiff was questioned as to her EEOC charge in her deposition taken on November 20, 2007:

> Q:    Okay.  You didn't have any complaints against State Personnel at that time when you filed it [1995], did you?
>
> A:     Not to my knowledge.
>
> Q:    Okay.  Did you ever go and file another EEOC complaint alleging something that State Personnel did regarding any of your jobs that you applied for but were not deemed to have met the minimum qualifications?
>
> A:     No.
>
> Q:    Is that a reason you did not go back and say that State Personnel discriminated against you?
>
> A:    I didn't know I had to do that.

(Exhibit 2:  Plaintiff's 2007 Deposition, pp. 56, l. 14 – p. 57, l. 5).

No EEOC charge or amended charge was ever filed.  Further, Plaintiff admits that she believed, in 1996, that she was improperly rejected by the State Personnel Department for the Rehabilitation Specialist position. (Exhibit 2:

Plaintiff's 2007 Deposition, p. 81, l. 21 – p. 82, l. 6)  In 1996, Plaintiff was represented by counsel and Plaintiff had filed a Motion to Intervene in the *Crum* lawsuit and an Amended Motion to Intervene.  Thus, Plaintiff not only could have ascertained the identity of SPD, she in fact was aware of SPD's involvement in the rejection of the three merit system classifications in 1996.

To maintain a valid Title VII claim, a charge of discrimination must be filed with the EEOC within 180 days after the alleged discriminatory employment practice. *EEOC v. Commercial Office Prod. Co.,* 486 U.S. 107, 100 (1988); *Hipp v. Liberty Nat. Life Ins. Co.,* 252 F.3d 1208, 1220 (11th Cir.2001). The charge must be in writing, made under oath or affirmation, and filed within 180 days of the allegedly unlawful employment action. 42 U.S.C. § 2000e-5(b), 42 U.S.C. § 2000e-5(e)(1). Thus, the protection of Title VII only applies to those claims of employment discrimination arising within 180 days of the filing of an EEOC charge. 42 U.S.C. § 2000e-5(e)(1). *See also Morrow v. Auburn Univ. at Montgomery, Al.,* 973 F.Supp. 1392, 1400 (M.D.Ala.1997) (citing *Zipes v. Trans World Airlines, Inc.,* 455 U.S. 385, 393 (1982)). Any claims occurring prior to this 180-day benchmark are untimely. *See Alexander v. Fulton Cty, Ga.,* 207 F.3d 1303, 1332 (11th Cir.2000); *Ross v. Buckeye Cellulose Corp.,* 980 F.2d 648, 662 (11th Cir.1993). Once the defendant raises the issue of timeliness, the plaintiff bears the burden of proving that any untimeliness is excused by an equitable exception, such as waiver, estoppel, or the continuing violation doctrine. *Malone v. K-Mart Corp.,* 51 F.Supp.2d 1287, 1300 (M.D.Ala.1999) (citing *Delaware State Coll. v. Ricks,* 449 U.S. 250, 256 (1980)). Plaintiff,

however, admits that she did not file an EEOC charge alleging discrimination by the State Personnel Department nor is the excuse "I didn't know I had to do that." (Exhibit 2: Plaintiff's 2007 Deposition, p. 57, l. 5) acceptable, especially in light of the fact that she was represented by counsel in this case during this time period. Thus, Plaintiff failed to exhaust administrative remedies against the Alabama State Personnel Department and her Title VII claims are due to be dismissed.

Additionally, to the extent that punitive damages are sought under Title VII, such are barred against a governmental entity. *See,* 42 U.S.C. § 1981 a(b)(3)(D).

### III.    42 U.S.C. § 1981 AND § 1983 CLAIMS.

#### A.    Plaintiff's 42 U.S.C. §1981 Claims Merge Into Her 42 U.S.C.§ 1983 Claims.

It appears from the complaint that Plaintiff recognizes that her 42 U.S.C. § 1981 claims merge into her 42 U.S.C. 1983 claims. (Amended Complaint, Third cause of action: Race discrimination in promotions pursuant to 42 U.S.C. 1981, by and through 42 U.S.C. 1983 (*Finch* Doc. No. 35)). To ensure no misunderstanding, Defendants specifically assert that any § 1981 claims are merged into 42 U.S.C. § 1983.

42 U.S.C. § 1981 proscribes race discrimination in the making and enforcing of contracts. Specifically, "[a]ll persons within the jurisdiction of the United States shall have the same right in every State and Territory to make and enforce contracts . . . as is enjoyed by white citizens." 42 U.S.C. § 1981.

27

Similarly, Section 1983 prohibits the deprivation of federal statutory and constitutional rights if done under color of state law. When asserted against state actors, the Section 1981 claim merges into the Section 1983 claim. "[T]he express cause of action for damages created by § 1983 constitutes the exclusive federal remedy for violation of the rights guaranteed in § 1981 by state governmental units." *Jett v. Dallas Independent School District,* 491 U.S. 701, 733, 109 S. Ct. 2702, 105 L. Ed. 2d 598 (1989); *see also Pearson v. Macon-Bibb County Hospital Authority*, 952 F.2d 1274, 1278 n.3 (11th Cir. 1992); *Busby v. City of Orlando*, 931 F.2d 764, 771-72 n.6 (11th Cir. 1991) ("section 1981 can provide no broader remedy against a state actor than section 1983"). Under the clear precedent of the Supreme Court and the Eleventh Circuit, a plaintiff's Section 1981 claim is merged with her Section 1983 claim.

## IV.    THE STATE PERSONNEL DEPARTMETN IS ENTITLED TO ABSOLUTE ELEVENTH AMENDMENT IMMUNITY.

Plaintiff names the Alabama State Personnel Department as a defendant under 42 U.S.C. § 1981 by and through 42 U.S.C. § 1983. This claim is due to be dismissed as the Alabama State Personnel Department is a governmental entity. Case law is clear that a governmental entity is entitled to Eleventh Amendment immunity for both damages and injunctive relief. *See, Cory v. White*, 457 U.S. 85, 90 (1982) ("We have often made it clear that the relief sought by a plaintiff suing a State is irrelevant to the question whether the suit is barred by the Eleventh Amendment."); *Miller v. King*, 384 F.3d 1248, 1264

(11th Cir. 2004) (discussing *Garrett* and *Ex Parte Young* doctrine); *Cozzo v. Tangipahoa Parish Council-President Gov't,* 279 F.3d 273, 280-81 (5th Cir. 2002) (Eleventh Amendment bars suits against state agencies for money damages and injunctive relief.).

Thus, the Alabama State Personnel Department is due to be dismissed under 42 U.S.C. § 1981 and § 1983.[11]

## V.    JACKIE GRAHAM IS ENTITLED TO ABSOLUTE IMMUNITY FROM DAMAGES UNDER 42 U.S.C. § 1981 and § 1983.

Jackie Graham is sued in her official capacity as director of the Alabama State Personnel Department pursuant to 42 U.S.C. § 1981 through § 1983.  As such, she is entitled to absolute immunity from damages.

Eleventh Amendment bars claims for monetary relief and all claims for injunctive relief other than prospective injunctive relief. In Plaintiff's complaint, she alleges that she has been denied promotions she was qualified for in favor of lesser qualified white employees because of her race.  Plaintiff requests *inter alia,* compensatory and punitive damages, and back pay.

It is undisputed that claims for damages against an official of a State agency in his official capacity are claims against the State agency itself.

---

[11] To the extent Plaintiff is claiming instatement into one of the three positions for which she was rejected, Plaintiff is currently in a higher pay grade than two of the three classifications.

29

*Lassiter v. Alabama A & M Univ.*, 3 F.3d 1482, 1485 (11th Cir. 1993); *Carr v. City of Florence, Ala.*, 916 F.2d 1521, 1525 (11th Cir. 1990); *Morgan v. State of Ala.*, 5 F. Supp. 2d at 1296. Absent abrogation or waiver, the Eleventh Amendment bars federal claims for damages against the states, including suits brought by a state's own citizens. U.S. Const. Amend. XI; *see, e.g., Puerto Rico Aqueduct and Sewer Authority v. Metcalf & Eddy, Inc.*, 506 U.S. 139, 113 S. Ct. 684, 121 L. Ed. 2d 605 (1993); *Welch v. Texas Department of Highways and Public Transportation*, 483 U.S. 468, 107 S. Ct. 2941, 97 L. Ed. 2d 389 (1987). The Supreme Court has specifically held a 42 U.S.C. § 1983 claim against state governments to be barred by the Eleventh Amendment. *Quern v. Jordan*, 440 U.S. 332, 340, 99 S. Ct. 1139, 1144, 59 L. Ed. 2d 358 (1979) ("There can be no doubt, however, that such [Section 1983] suit against the State [of Alabama] and its Board of Corrections is barred by the Eleventh Amendment . . . .") (quoting *Alabama v. Pugh*, 438 U.S. 781, 98 S. Ct. 3057, 57 L. Ed 2d 1114 (1978)). Congress has not abrogated Eleventh Amendment immunity in 42 U.S.C. § 1983 lawsuits, thus all claims for damages against Jackie Graham in her official capacity are due to be dismissed.

Additionally, all claims for injunctive relief, other than that which is prospective in nature are due to be dismissed. As aptly described by the Eleventh Circuit in *Florida Association of Rehabilitative Facilities v. State of*

*Florida Department of Health and Rehabilitative Services*, 225 F.3d. 1208, 122

(11th Cir. 2000):

> Under the doctrine of *Ex parte Young,* 209 U.S. 123, 28
> S.Ct. 441, 52 L.Ed. 714 (1908), there is a long and
> well-recognized exception to this rule for suits against
> state officers seeking prospective equitable relief to
> end continuing violations of federal law. *See Summit
> Med. Assocs., P.C. v. Pryor*, 180 F.3d 1326, 1336-37
> (11th Cir.1999) (citing *Idaho v. Coeur d'Alene Tribe*,
> 521 U.S. 261, 269, 117 S.Ct. 2028, 2034, 138 L.Ed.2d
> 438 (1997) ("We do not ... question the continuing
> validity of the *Ex parte Young* doctrine.")), cert.
> denied, 529 U.S. 1012, 120 S.Ct. 1287, 146 L.Ed.2d
> 233 (2000). The availability of this doctrine turns, in
> the first place, on whether the plaintiff seeks
> retrospective or prospective relief. *Ex parte Young* has
> been applied in cases where a violation of federal law
> by a state official is ongoing as opposed to cases in
> which federal law has been violated at one time or over
> a period of time in the past. Thus, *Ex parte Young*
> applies to cases in which the relief against the state
> official directly ends the violation of federal law, as
> opposed to cases in which that relief is intended
> indirectly to encourage compliance with federal law
> through deterrence or simply to compensate the victim.
> 'Remedies designed to end a continuing violation of
> federal law are necessary to vindicate the federal
> interest in assuring the supremacy of that law. But
> compensatory or deterrence interests are insufficient to
> overcome the dictates of the Eleventh Amendment.'
> *Summit Med. Assocs.*, 180 F.3d at 1337 (quoting
> *Papasan v. Allain*, 478 U.S. 265, 277-78, 106 S.Ct.
> 2932, 2940, 92 L.Ed.2d 209 (1986)). Therefore, the
> Eleventh Amendment does not generally prohibit suits
> against state officials in federal court seeking only
> prospective injunctive or declaratory relief, but bars
> suits seeking retrospective relief such as restitution or
> damages. *See Green v. Mansour*, 474 U.S. 64, 68, 106
> S.Ct. 423, 426, 88 L.Ed.2d 371 (1985); *Sandoval v.
> Hagan*, 197 F.3d 484, 492 (11th Cir.1999)
> ("[I]ndividual suits that seek prospective relief for
> ongoing violations of federal law ... may be levied

against state officials."). If the prospective relief sought is "measured in terms of a monetary loss resulting from a past breach of a legal duty," it is the functional equivalent of money damages and *Ex parte Young* does not apply. *Edelman*, 415 U.S. at 669, 94 S.Ct.at1347."

Thus, all claims for damaged and retrospective relief are barred against Defendant Graham in her official capacity.

## VI.    RACE DISCRIMINATION IN PROMOTIONS UNDER TITLE VII AND 42 U.S.C. § 1981 AND § 1983.

As an initial matter, Defendants point out that Plaintiff plead a 42 U.S.C. § 1983 claim without specifying what federal statute or constitutional amendment was allegedly violated. Section 1983 provides no substantive rights and, instead, provides a cause of action for alleged violations of constitutional rights or substantive rights provided by other federal statutes. As such, it is necessary to identify such a constitutional or substantive right. *See, Barfield v. Brierton*, 883 F.2d 923, 934 (11th Cir. 1989). Moreover, as previously pointed out, the State Personnel Department is not a proper defendant under Title VII. As a precautionary measure, however, Plaintiff's allegations under Title VII will be addressed in conjunction with the 42 U.S.C. § 1981 and § 1983 claims.

Plaintiff claims that her applications for three merit system classifications were improperly rejected on the basis of race. Specifically, Plaintiff claims race discrimination in promotions for the positions of Senior Service Social Worker (Class Code 50221); Rehabilitation Specialist I (Class Code 50344); and Rehabilitation Specialist II (Class Code 50345). As Plaintiff brings a claim of

race discrimination in promotions, Defendants will address these claims as a Fourteenth Amendment equal protection claim.

### A. *McDonnell Douglas* Burden-Shifting Framework.

Plaintiff's promotion claims are analyzed using the familiar *McDonnell Douglas* burden-shifting technique. *McDonnell Douglas Corp. v. Green,* 411 U.S. 792, 93 S.Ct. 1817, 36 L.Ed.2d 668 (1973);  Under the *McDonnell Douglas* approach, the plaintiff has the initial burden of establishing a *prima facie* case of unlawful discrimination by a preponderance of the evidence. 411 U.S. at 802, 93 S.Ct. at 1824. A prima-facie case requires "evidence adequate to create an inference that an employment decision was based on a[n] [illegal] discriminatory criterion." *International Brotherhood of Teamsters v. United States,* 431 U.S. 324, 358, 97 S.Ct. 1843, 1866, 52 L.Ed.2d 396 (1977).

If the plaintiff establishes a prima-facie case, the burden then shifts to the defendant to rebut the presumption by articulating a legitimate, nondiscriminatory reason for its employment action. *Holifield v. Reno,* 115 F.3d 1555, 1564 (11th Cir.1997). "This intermediate burden is 'exceedingly light.' " *Id.* (quoting *Turnes v. AmSouth Bank, N.A.,* 36 F.3d 1057, 1061 (11th Cir.1994)). The defendant has a burden of production, not persuasion, and does not have to persuade a court that it was actually motivated by the reason advanced. *McDonnell Douglas,* 411 U.S. at 802, 93 S.Ct. at 1824; *Burdine,* 450 U.S. at 253-55, 258, 101 S.Ct. at 1093-94, 1096.

Once the defendant satisfies this burden of production, "the presumption of discrimination is eliminated and 'the plaintiff has the opportunity to come

33

forward with evidence, including the previously produced evidence establishing the prima-facie case, sufficient to permit a reasonable fact finder to conclude that the reasons given by the employer were not the real reasons for the adverse employment decision.'" *Chapman,* 229 F.3d at 1024 (internal citations omitted).

The establishment of a prima-facie case does not, in itself, entitle the plaintiff to defeat a summary-judgment motion. *Grigsby v. Reynolds Metals Co.,* 821 F.2d 590, 595 (11th Cir.1987); After the defendant proffers a nondiscriminatory and legitimate reason for its actions, "[i]n order to avoid summary judgment, a plaintiff must produce sufficient evidence for a reasonable fact finder to conclude that each of the employer's proffered nondiscriminatory reasons is pretextual." *Chapman,* 229 F.3d at 1037.

###   B.    Plaintiff's Failure To Qualify For Three Merit System Positions.

In order to establish a *prima facie* case of discriminatory failure to promote a plaintiff must show that (1) she is a member of a protected class; (2) she was qualified for and applied for the promotion; (3) she was rejected in spite of her qualifications; and (4) the individual who received the promotion is outside of the protected class.    Moreover, the Eleventh Circuit has held that "[a] plaintiff must show that the disparities between the successful applicant's and [her] own qualifications were 'of such weight and significance that no reasonable person, in the exercise of impartial judgment, could have chosen the candidate selected over the plaintiff." *Cooper v. Southern Co.,* 390 F.3d 695,

732 (11th Cir. 2004)).

Plaintiff has satisfied the first element of her *prima facie* case (*i.e.*, she is a member of a protected class).  However, plaintiff cannot satisfy the remaining elements.  As will be demonstrated below, the Plaintiff did not meet the minimum qualifications, which were validated in accordance with the Uniform Guidelines, and, when questioned as to the "white employees who were awarded positions which she sought," Plaintiff conceded that she did not even know who applied for the positions, much less who were awarded the positions.

### 1.    Senior Service Social Worker Position.

It is undisputed that Plaintiff has a Bachelor's degree in Sociology from Alabama State University as well as a Master's degree in Counseling from Alabama State University. In 1996, the Plaintiff applied for the position of Senior Service Social Worker (Class Code 50221) and was rejected due to a failure to meet the educational MQ. The MQ for the classification of Senior Service Social Worker is a Master's degree in Social Work from a school of social work accredited by the Council on Social Work Education.  (Exhibit 3: Senior Services Social Worker Job Announcement, 1996).    Plaintiff, when questioned in her deposition on October 9, 2001, admitted that she did not have such a degree:

> Q:    And did you in fact have a master's degree in social work from such a school [school of social work accredited by the council on Social Work Education]?
>
> A:    No.

(Exhibit 1: Plaintiff's 2001 Deposition, p. 160, l. 7-9). *See also,* Exhibit 8: ERS Group Expert Report, p. 8-10).

Apparently, Plaintiff just believes that her Master's degree in counseling should have substituted for the Master's degree in social work.

> Q:    Do you believe, Ms. Finch, that the master's degree in counseling that you do have should have substituted for the master's degree in social work that's required by the announcement?
>
> A:    Yes, I do.

(Exhibit 1: Plaintiff's 2001 Deposition, p. 160, l. 15-20).

Other than her own beliefs, Plaintiff has failed to produce any evidence that a Master's degree in Counseling should substitute for the education requirement for Senior Social Worker. No validation study was presented by the Plaintiff, nor has any expert testimony been submitted to dispute the methodology used to establish this MQ. Rather, it is the Defendants who have submitted an expert report (APT) on the MQ. (Exhibit 9: APT Expert Report, Appendix A, p. 78.)

Interestingly, Plaintiff, in 2001, specifically stated that she was not claiming the failure to allow the substitution of a Master's degree in Counseling for a Master's degree in Social Work was not based upon race. (Exhibit 1: Plaintiff's 2001 Deposition, p. 161, l. 3-13).

> Q:    Do you believe that the decision not to substitute a master's degree in counseling for a master's degree in social work is somehow based upon your race?
>
> A:    I'm not sure of that.

> Q:  You're not sure whether or not you think that is based upon your race?
>
> A:  No.
>
> Q:  Are you claiming that it is based upon your race?
>
> A:  No, I'm not.

Six years later, however, Plaintiff, through her attorney, claims that her failure to qualify for this position is based upon race.

Moreover, as part of Plaintiff's *prima facie* case, she must prove that someone outside her protected class was found to be qualified and appointed to the position for which Plaintiff alleges discrimination.  In this vein, Plaintiff's complaint states that she was denied promotions she was qualified for in favor of lesser qualified white employees because of her race.  (Amended Complaint, Third and Fourth Causes of Action (*Finch* Doc. No. 35)).  Her own recent deposition testimony, however, contradicts this claim:

> Q:  I'll ask the same question for Senior Social Worker, are you aware of any whites whose applications were accepted for the position of Senior Service Social Worker in '96?
>
> A:   No.
>
> Q:   Are you aware of any blacks whose applications for Senior Service Social Worker were accepted in or around '96?
>
> A:  No.
>
> Q:  If you would, tell me, please, ma'am who you believe was hired or placed on the register that was less qualified than you?

37

A:     I don't know.

(Exhibit 2: Plaintiff's 2007 Deposition, p. 82, l. 23 – p. 83, l. 12.

Thus, Plaintiff, though, establishing the first prong of her *prima facie* case – a member of a protected class, fails to establish (2) that she was qualified for the position or (3) that someone outside her protected class was promoted.

## 2.     Rehabilitation Specialist I and II.

As with the Senior Social Worker position, Plaintiff claims that she was wrongfully rejected for these positions and that the reason was based upon race. The MQs for Rehabilitation Specialist I and II positions required experience, in addition to a specific level of education.  Plaintiff met the educational requirement for both of these classifications, (Master's degree in rehabilitation, psychology, counseling, human development, social work, nursing, or allied health occupations), but lacked the experience to qualify.

The Rehabilitation Specialist I position required three years of professional level experience providing independent living skills, special education, vocational rehabilitation, or medical rehabilitation services to individuals with disabilities is also required.  Three years of experience in one of the specialty areas may substitute for the required rehabilitation experience....This classification also requires knowledge in one or more of the following specialty areas:  vocational rehabilitation, independent living, early intervention, nursing, social work, occupational therapy, audiology, nutrition, physical therapy, speech pathology, blindness/visual impairment, deafness/hard

38

of hearing, traumatic brain injury, and learning disabilities. (Exhibit 5: Rehabilitation Specialist I Job Announcement, 1995).

The Rehabilitation Specialist II position required more than the three years of professional experience required by the Rehabilitation Specialist I position. (Exhibit 7: Rehabilitation Specialist II Job Announcement, 1995).

Plaintiff's applications for these positions were insufficient with respect to the experience requirement. As with the Senior Service Social Worker, Plaintiff, without any evidence or authority, simply disagrees with the type of experience accepted for the position:

> A: Like I stated before, I have the master's in counseling, I have the knowledge of rehabilitation process. I worked with mentally retarded people. We taught them independent living. I am a licensed social worker.
>
> Q: Do you have experience in vocational rehabilitation?
>
> A: I have a general knowledge of vocational rehabilitation. ...And that was one of the things that we taught the residents at Glenn Ireland on how to become independent.

(Exhibit 1: Plaintiff's 2001 Deposition, p. 172, l. 9-22).

The work experience Plaintiff describes, however, is not sufficient to qualify for these positions. *See* Exhibit 8: ERS Group Expert Report, p. 10 (describing how Plaintiff's experience is not sufficient to qualify for these positions). Moreover, Plaintiff has failed to put forth any validating evidence that the type of experience she had as a mental health worker would qualify her

for this position.    No expert testimony was submitted challenging the methodology employed in the development of this MQ.

Thus, Plaintiff fails to establish that she was qualified for these positions and fails to establish a *prima facie* case.

Moreover, in her 2001 deposition, Plaintiff did not believe that the rejection of her Rehabilitation Specialist I and II applications were based upon race.

> Q:    My records indicate that you applied for the Rehabilitation Specialist II position in April of 1996 and that your application was rejected because of experience.
>
> A:    Okay.
>
> Q:    Are you making any claim of race discrimination in connection with the rejection of that application in 1996?
>
> A:    Not at this time.
>
> Q:    Might there be something that occurs later that cause you to make a complaint about race discrimination in connection with that application of or the two previous ones that we've discussed?
>
> A:    I'm not sure at this time.
>
> Q:    This is exhibit 1117.  It's an announcement for the position of Rehabilitation Specialist I.  Do you recall that you applied for that position also I April of 1996?
>
> A:    It's a possibility.  I'm not sure.  I applied for several positions.  So I'm sure if it's listed, then I applied for it.

Q:    Are you making any complaint with respect to race discrimination in connection with your application for Rehabilitation Specialist I?

A:    Not at this time.  May I ask a question?  What year was this on Rehab Special I that I made application?

Q:    My records show that you applied for the Rehabilitation Specialist I in April of 1996. When I asked you, Ms. Finch, whether you were making any complaint of race discrimination in connection with either of the Rehabilitation Specialist I or II position, you answered that you were not at this time.

A:    Exactly.

Q:    Is that correct?

A:    That's correct.

Q:    Is there anything that you could look at, any documents that you can review to determine whether you at some point are going to make a claim of race discrimination in connection with those two positions?

A:    I don't have any documents today to support it.

Q:    Do you have any documents - even though you don't - is there anything that you know of that you could look at to help us decide?

A:    Not at this time.

(Exhibit  1: Plaintiff's 2001 Deposition, pp. 155, l. 10 – 157, l. 13).

Later in her deposition, however, Plaintiff contends that she was rejected based upon race, but cannot state that the experience requirements were drafted in order to disadvantage African-Americans:

41

Q:    My records show, Ms. Finch, that this application for Rehabilitation Specialist I was rejected because of experience. Are you claiming that that rejection was because of your race?

A:    I am.

Q:    And tell me all the facts that you know of to support that contention.

A:    The facts are that the education requires, the experience within the mental health field, like independent living. We taught all of those.

Q:    Let me interrupt you for one second. Let's talk about all of the experience requirements, and did you tell me which work experience you have that meets those.

A:    Okay. On one it says four years of experience, on the other it says three years of experience.

....

Q:    And when was it that you have the three years of professional experience in independent living skills?

A:    Working at Glenn Ireland. That was one of the qualifications that we - that I - we had to have. In working with the individuals there, we taught then to be independent so that they can go from the facility into an independent living setting.

Q:    Do you believe that someone at SPD drafted those requirements - those experience requirements so that they would disadvantage African-Americans?

A:    I'm not sure of that.

Q:    Are you making the argument or contention in your lawsuit that those experience requirements were - were put there to keep people such as yourself out?

42

A:     I can't say that at this time.

Q:     If there anything that you can do or review to tell us whether you might at some point be saying that?

A:     Not at this time.

(Exhibit 1: Plaintiff's 2001 Deposition, pp. 170, l. 2 – p. 172, 1. 5).

Plaintiff also alleges in her Amended Complaint that less qualified whites were appointed to the positions which she sought, but was rejected due to qualifications (*i.e.*, part of the *prima facie* case).     When questioned, however, as to the identity of these "lesser qualified" whites:

Q:     Okay.  Are you aware of any whites who got accepted for the position of Rehabilitation Specialist?

A:     No.

Q:     Okay.  Are you aware of any blacks who got accepted for the position of Rehabilitation Specialist?

A:     No.

Q:     Let me go back and limit it to the timeframe that we're talking about here, in '96.  Were you aware in '96, or have you since learned of any whites that were accepted for Rehabilitation Specialist I or II?

A:     No.

(Exhibit 2: Plaintiff's 2007 deposition, p. 82, l. 7-21).

Q:     Are you aware of anyone who was awarded the position of Rehabilitation Specialist I or Rehabilitation Specials II -

A:     No.

Q:    -- who are white or black?

A:    No.

(Exhibit 2: Plaintiff's 2007 Deposition, p. 83, l. 9-19.

Thus, Plaintiff fails to state a *prima facie* case of discrimination and her complaint is due to be dismissed.

## VII.    DEFENDANTS HAD LEGITIMATE NON-DISCRIMINATORY REASONS FOR REJECTING PLAINTIFF'S APPLICATIONS FOR THE THREE MERIT SYSTEM POSITIONS.

If a Plaintiff establishes a *prima facie* case, the burden shifts to the Defendants to articulate legitimate, nondiscrimatory reasons for rejecting Plaintiff's applications.    This intermediate burden is "exceedingly light." *Holifield v. Reno*, 115 F.3d 1555, 1564 (11th Cir. 1997).    Assuming, *arguendo,* that Plaintiff established a *prima facie* case, Defendant s had legitimate, non-discriminatory reasons for rejecting Plaintiff's application.

In this case, the minimum qualifications for these three classifications were validated in accordance with the federal Uniform Guidelines which provide that selection procedures may be validated based on "criterion-related validity studies, content-related validity studies, or construct-related validity studies." 29 C.F.R. § 1607.5.  The knowledge, skills, and abilities necessary to perform the jobs at issue in this case were evaluated using subject matter experts.  The minimum qualifications established for the classifications of Senior Services Social Worker, Rehabilitation Specialist I and II positions were found to be

necessary to perform the jobs. The exam history files for these three classes are attached as Exhibits 4, 6, and 10, respectively. Moreover, APT provided expert testimony that the minimum qualifications established for these classifications were done so in accordance with professional standards and legal guidelines. (Exhibit 9: APT Expert Report).

As legitimate, non-discriminatory reasons have been articulated, "the presumption of discrimination is eliminated and the plaintiff has the opportunity to come forward with evidence to permit a reasonable fact finder to conclude that the reasons given by the employer were not the real reasons for the adverse employment decision. *Chapman*, 229 F.3d at 1024.

In the context of a promotion, "a plaintiff cannot prove pretext by simply arguing or even by showing that he was better qualified than the [person] who received the position he coveted. A plaintiff must show not merely that the defendant's employment decisions were mistaken but that they were in fact motivated by race." *Alexander v. Fulton County* 207 F.3d 1303, 1339 (11th Cir. 2000). Furthermore, a plaintiff must show that the disparities between the successful applicant and his own qualifications were "of such weight and significance that no reasonable persons, in the exercise of impartial judgment, could have chosen the candidate selected over the plaintiff." *Cooper*, 390 F.3d at 732.

In this case, Plaintiff cannot even point to one single person – black or white – who was appointed to the position she "coveted," much less show that Plaintiff's application rejections were motivated by race.

45

## CONCLUSION

Based upon the foregoing, Defendants Alabama State Personnel Department and Jackie Graham respectfully request that all claims against them be dismissed.

Respectfully submitted this 21st day of December, 2007.


   /s/ Alice Ann Byrne
ALICE ANN BYRNE (BYR 015)

Attorney for Defendants
State Personnel Department and
Jackie Graham, Director of State
Personnel Department

STATE PERSONNEL DEPARTMENT
LEGAL DIVISION
Folsom Administrative Bldg.
64 North Union Street ~ Suite 316
Montgomery, Alabama 36130
(334) 242-3450
 (334) 353-4418 (fax)
aliceann.byrne@personnel.alabama.gov

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of December, 2007, the foregoing document was filed electronically with the Clerk of the Court via the CM/ECF system which will send notice of electronic filing to the following:

For the Plaintiff:

Russell W. Adams, Esq.                    radams@wcqp.com
Rocco Calamusa, Jr., Esq.                 rcalamusa@wcqp.com
WIGGINS CHILDS QUINN & PANTAZIS, P.C.
The Kress Building
301 19th Street North
Birmingham, AL  35203-3204


For Defendants Department of Mental Health and
Mental Retardation and John Houston, Commissioner:

Warren B. Lightfoot, Jr., Esq.       wlightfoot@maynardcooper.com
John B. Holmes, III, Esq.            jholmes@maynardcooper.com
Theodore Bell, Esq.                  bellte@,maynardcooper.com
MAYNARD COOPER & GALE, PC
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, AL  35203-2618

Courtney W. Tarver, Esq.             courtney.tarver@mh.alabama.gov
Tamara R. Pharrams, Esq.             tamara.pharrams@mh.alabama.gov
DEPARTMENT OF MENTAL HEALTH
AND MENTAL RETARDATION
P. O. Box 301410
Montgomery, AL  36130-1410


                                     /s/  Alice Ann Byrne
                                     Of Counsel

# Exhibit 1

*Finch v. MHMR, et al*
**USDC 2:07 cv 24**
**SPD Motion for Summary Judgment**

**Page 1**

```
 1        IN THE UNITED STATES DISTRICT COURT
 2         FOR THE MIDDLE DISTRICT OF ALABAMA
 3                 NORTHERN DIVISION
 4
 5   IN RE:
     EMPLOYMENT DISCRIMINATION
 6   LITIGATION AGAINST THE
     STATE OF ALABAMA,
 7
     EUGENE CRUM, JR., et al.,
 8
         Plaintiffs,
 9
     vs.              CASE NO. CV-94-T-356-N
10
     STATE OF ALABAMA, et al.,
11
         Defendants.
12
13         * * * * * * * * * * *
14      DEPOSITION OF AUDREY DENISE FINCH, taken
15   pursuant to stipulation and agreement before Dee
16   Johnson, Court Reporter and Commissioner for the
17   State of Alabama at Large, in the Law Offices of
18   Capell & Howard, 150 South Perry Street,
19   Montgomery, Alabama, on Tuesday, October 9, 2001
20   commencing at approximately 9:22 a.m.
21
22         * * * * * * * * * * *
23
```

**Page 2**

```
             APPEARANCES
 2   FOR THE PLAINTIFFS:
 3   Mr. Joseph H. Calvin, III
     GORDON, SILBERMAN, WIGGINS & CHILDS
 4   Attorneys at Law
     1400 SouthTrust Tower
 5   420 20th Street North
     Birmingham, Alabama 35203
 6
     FOR DEFENDANTS DEPARTMENT OF MENTAL HEALTH,
 7   DEPARTMENT OF PUBLIC HEALTH, DEPARTMENT OF
     HUMAN RESOURCES, DEPARTMENT OF CORRECTIONS,
 8   ALCOHOL BEVERAGE CONTROL BOARD, and
     EMERGENCY MANAGEMENT AGENCY:
 9
10   Mr. Warren B. Lightfoot
     MAYNARD, COOPER & GALE
11   Attorneys at Law
     1901 Sixth Avenue North
12   Birmingham, Alabama 35203
13   FOR DEFENDANT DEPARTMENT OF MENTAL HEALTH
     AND MENTAL RETARDATION:
14   Mr. Courtney W. Tarver
     Deputy Attorney General and General Counsel
15   DEPARTMENT OF MENTAL HEALTH
     AND MENTAL RETARDATION
16   RSA Union Building
     100 North Union Street
17   Montgomery, Alabama 36130
18   FOR DEFENDANTS ALABAMA STATE PERSONNEL
     DEPARTMENT AND ALABAMA STATE PERSONNEL BOARD:
19
     Mr. R. Taylor Abbot, Jr.
20   Ms. Nikaa Jordan
     CABANISS, JOHNSTON, GARDNER,
21   DUMAS & O'NEAL
     Attorneys at Law
22   2001 Park Place North, Suite 700
     Birmingham, Alabama 35203
23
```

**Page 3**

```
 1   (APPEARANCES, continued:)
 2   FOR DEFENDANT GOVERNOR DON SIEGELMAN:
     Ms. Cinda R. York (Morning)
 3   Ms. Amy L. Stuedeman (Afternoon)
 4   CAMPBELL, WALLER & LOPER
     Attorneys at Law
 5   2100-A Southbridge Parkway
     Suite 450
 6   Birmingham, Alabama 35209
 7   FOR DEFENDANTS DEPARTMENT OF INDUSTRIAL
     RELATIONS, DEPARTMENT OF AGRICULTURE &
 8   INDUSTRIES, COMMISSION ON PHYSICAL FITNESS,
     DEPARTMENT OF REVENUE, ALABAMA DEPARTMENT OF
 9   EDUCATION, and BOARD OF REGISTRARS:
10   Mr. J. Dorman Walker, Jr. (Afternoon)
     BALCH & BINGHAM
11   Attorneys at Law
     The Winter Building
12   2 Dexter Avenue
     Montgomery, Alabama 36104
13
     FOR DEFENDANTS DEPARTMENT OF LABOR,
14   DEPARTMENT OF FINANCE, ETHICS COMMISSION,
     and REHABILITATION SERVICES:
15
     Mr. Wesley C. Redmond
16   Mr. Jason Osborn
     BERKOWITZ, LEFKOVITS, ISOM & KUSHNER
17   Attorneys at Law
     SouthTrust Tower, Suite 1600
18   420 20th Street North
     Birmingham, Alabama 35203
19
20
21
22
23
```

**Page 4**

```
 1   (APPEARANCES, continued:)
 2   FOR DEFENDANTS ALABAMA DEVELOPMENT OFFICE,
     ALABAMA DEPARTMENT OF ECONOMIC AND COMMUNITY
 3   AFFAIRS, ALABAMA INDUSTRIAL DEVELOPMENT
     TRAINING, and BUREAU OF TRAVEL AND TOURISM:
 4
     Ms. Dana McGowin
 5   THE HUNTLEY FIRM
     Attorneys at Law
 6   708 Government Street
     Mobile, Alabama 36602
 7
     ALSO PRESENT:
 8
     Mr. Jim Elliott
 9
10         * * * * * * * * * * *
             EXAMINATION INDEX
11
     AUDREY DENISE FINCH
12     BY MR. LIGHTFOOT          6
       BY MR. WALKER           141
13     BY MS. McGOWIN          143
       BY MR. REDMOND          144
14     BY MS. JORDAN           150
       BY MR. OSBORN           231
15     BY MS. JORDAN           236
       BY MR. LIGHTFOOT        237
16     BY MS. JORDAN           242
       BY MR. ABBOT            270
17     BY MS. JORDAN           271
       BY MR. ABBOT            273
18
19         * * * * * * * * * * *
             STIPULATIONS
20
21   It is hereby stipulated and agreed by
     and between counsel representing the parties that
22
     the deposition of AUDREY DENISE FINCH is taken
23
     pursuant to the Federal Rules of Civil Procedure
24
```

**Exhibit 1**

*Finch, 2:07 cv 24*
*SPD Mtn for Summary Judgment*

1 (Pages 1 to 4)

DUNN, KING & ASSOCIATES          431 South Court Street          Montgomery, AL  36104
toll-free (800) 359-8001          website: www.dunnking.com          ph:(334)263-0261; fax 263-1243

ea4f7f00-c3ab-11d5-92ff-00c0f064216c

DEPOSITION OF AUDREY DENISE FINCH
CRUM VS. STATE OF ALABAMA

TAKEN OCTOBER 9, 2001

**Page 5**

1  and that said deposition may be taken before Dee
2  Johnson, Court Reporter and Commissioner for the
3  State of Alabama at Large, without the formality
4  of a commission; that objections to questions
5  other than objections as to the form of the
6  questions need not be made at this time but may
7  be reserved for a ruling at such time as the
8  deposition may be offered in evidence or used for
9  any other purpose as provided for by the Federal
10 Rules of Civil Procedure.
11      It is further stipulated and agreed by
12 and between counsel representing the parties in
13 this case that said deposition may be introduced
14 at the trial of this case or used in any manner
15 by either party hereto provided for by the
16 Federal Rules of Civil Procedure.
17           * * * * * * * * * *
18           AUDREY DENISE FINCH
19      The witness, having first been sworn to
20 speak the truth, the whole truth and nothing but
21 the truth, testified as follows:
22
23

**Page 6**

1                EXAMINATION
2  BY MR. LIGHTFOOT:
3  Q.  Good morning, Ms. Finch.  I'm Warren
4      Lightfoot.  I represent several departments
5      of the State of Alabama that you've spent
6      including the Department of Mental Health
7      where you worked for a substantial period of
8      time.  I guess I ought to go ahead and tell
9      you who else I represent.  I represent the
10     Department of Corrections, the Department of
11     Human Resources, the Department of Public
12     Health, ABC and the EMA.
13         All right.  Have you ever given a
14     deposition before?
15 A. No.
16 Q. Okay.  Nothing complex about it.  I'm going
17     to be asking you a bunch of questions today.
18     And then after I get through, some of these
19     other lawyers will be asking you questions.
20     Dee is going to take down every word that
21     both I say and that you say, so we don't need
22     to talk over each other.  And I try to -- I
23     will not interrupt you.  And if you'll let me

**Page 7**

1  finish my questions before you answer, that
2  would be great.  Let me know if you don't
3  understand anything that I'm asking, please,
4  because I'd be happy to clarify any question
5  so that you do understand it.  Otherwise, if
6  you answer my question, I'll assume that you
7  understood what I was asking, okay?
8  A. Okay.
9  Q. Are you under any -- are you taking any
10     medication or taking anything that would
11     prevent you from thinking clearly or
12     understanding me this morning?
13 A. No.
14 Q. Okay.  State your name for the record,
15     please?
16 A. It's Audrey Denise Finch.
17 Q. Please give me your address?
18 A. 825 Seven, it's spelled out, S-E-V-E-N,
19     Springs Drive, Birmingham, Alabama 35215.
20 Q. All right.  How long have you lived at that
21     address?
22 A. Since '94.
23 Q. So did you commute to your job at the Mental

**Page 8**

1  Health Department or --
2  A. At Glenn Ireland.
3  Q. No, I'm sorry.  Glenn Ireland is in
4      Birmingham.  I've been at other facilities in
5      some of these other depositions.  Sorry about
6      that.  You said you lived there since '94.
7  A. Yes.
8  Q. Take me back, please, to the addresses that
9      you had prior to 1984 and go back, please, to
10     1986.
11 A. I think it was 1544 Tuscaloosa Avenue.  And
12     that's Birmingham, Alabama 35211.
13 Q. Would that have been the address just prior
14     to the address you gave me earlier?
15 A. No.  That would have been 1309 21st Street
16     North.  And that's Birmingham, Alabama,
17     35234.
18 Q. Okay.
19 A. And 3022 31st Avenue North.  And that's
20     Birmingham, Alabama 35207.
21 Q. On that first address, would you just say it
22     for me again, please.  I didn't write it
23     down.

2 (Pages 5 to 8)

DUNN, KING & ASSOCIATES
toll-free (800) 359-8001

431 South Court Street
website: www.dunnking.com

Montgomery, AL  36104
ph:(334)263-0261;fax 263-1243
ea4f7f00-c3ab-11d5-92ff-00c0f064216c

**Page 53**

1  Q. Okay. Can you give me the name or the time
2     frame or anything else, any other information
3     about any of those selections for cottage
4     supervisor or HTS position between '86 and
5     '91 where a white candidate was selected over
6     you?
7  A. Well, I can give you a few names. I can't
8     remember all of them.
9  Q. Please tell me.
10 A. It was -- we had John Justice. Let's see.
11    And I can't say exactly how many. I can't
12    remember all of them because it's been a --
13    it's been a while ago. Mary Edith Moore.
14 Q. Mary Edith Moore?
15 A. Uh-huh. It's another guy. I can't remember
16    his name. His name was Tim something. I
17    can't remember his name. And I -- and I
18    can't think of the rest of them right off.
19 Q. Okay. These would all be white employees?
20 A. Yes.
21 Q. Who got the promotion to HTS or cottage
22    supervisor between '86 and '91?
23 A. Yes.

**Page 54**

1  Q. Are you claiming that you are equally or more
2     qualified than any of these three
3     individuals?
4  A. More qualified.
5  Q. You're claiming you're more qualified than
6     all three?
7  A. Yes.
8  Q. All right. Why are you more qualified than
9     John Justice?
10 A. Okay. They hired them off the street. I had
11    worked at Glenn Ireland maybe years before
12    they came. And I worked directly with the
13    individuals that was there at the center.
14 Q. Do you know what John's education was?
15 A. He had a bachelor's degree, I assume.
16 Q. Do you know --
17 A. Because I don't know right off.
18    MR. CALVIN: If you don't know, don't
19        assume. He just wants to know
20        what you know.
21 Q. Do you know what his education was?
22 A. No.
23 Q. Do you know what his background was --

**Page 55**

1  A. No.
2  Q. -- his experience?
3  A. No.
4  Q. Do you know what Mary Edith or Tim's
5     education or experience was?
6  A. No.
7  Q. Okay. So for all you know, those three folks
8     could have had substantially more education
9     than you and substantially more experience in
10    the Mental Health field than you, right?
11 A. That I don't know.
12 Q. All right. Is your complaint the same about
13    all three of them in terms of their
14    qualifications that they were hired off the
15    street and that you had worked at that
16    facility longer?
17 A. Yes.
18 Q. Is there any other complaint about those
19    three in terms of qualifications that you
20    have?
21 A. No.
22 Q. And nothing else about their selection over
23    you suggests to you race discrimination, does

**Page 56**

1     it, other than what you've told me, that they
2     were hired off the street and that you had
3     worked there for more time than they had?
4  A. And I worked directly with the individuals,
5     yes.
6  Q. Did you interview for any of those positions
7     between '86 and '91 for cottage supervisor?
8  A. Yes.
9  Q. All right. Do you think it was on these
10    times where these three people got them?
11 A. Yes.
12 Q. Okay.
13 A. Each time the job was posted, I filled out
14    the application for the position and was
15    interviewed for them.
16 Q. All right. And so when John Justice got it,
17    you -- you were interviewed?
18 A. I'm sure I was. I'm not sure exactly. But I
19    interviewed each time that job was posted.
20 Q. Okay. Can you remember who was in the
21    different interview panels that interviewed
22    you?
23 A. No.

14 (Pages 53 to 56)

DUNN, KING & ASSOCIATES
toll-free (800) 359-8001

431 South Court Street
website: www.dunnking.com

Montgomery, AL  36104
ph:(334)263-0261;fax 263-1243
ea4f7f00-c3ab-11d5-92ff-00c0f064216c

Page 57

1  Q. You know what I mean by that? The people --
2  A. The people that were there, no. It's been
3     years ago so I don't remember exactly who
4     interviewed me for each -- each time that I
5     interviewed.
6  Q. Okay. Every time it was posted that you
7     filled an application between '86 and '91,
8     were you given an interview?
9  A. I was given one, yes.
10 Q. Okay. So you're not complaining about not
11    getting an interview. It's just that after
12    the interview you weren't selected. That's
13    what you're complaining about?
14 A. Yes.
15 Q. Was there -- were you always interviewed by
16    more than one person?
17 A. Normally.
18 Q. Normally?
19 A. Uh-huh.
20 Q. And normally was there both black and white
21    employees involved in the interview process?
22 A. I can't remember.
23 Q. Was there ever a time there wasn't a black

Page 58

1     employee involved in the interview process?
2  A. I can't remember.
3  Q. Okay. You've never complained about any of
4     these instances where you didn't get these
5     promotions between '86 and '91 to cottage
6     supervisor or HTS, have you?
7  A. Repeat that.
8  Q. Have you ever complained about not getting
9     those promotions to anybody?
10 A. I did. I complained about it.
11 Q. Okay. You've never complained in writing?
12 A. Never in writing.
13 Q. And never to the EEOC?
14 A. No.
15 Q. All right. Who did you complain to?
16 A. I talked to several friends of mine that was
17    at the Center.
18 Q. Several friends of yours?
19 A. Uh-huh.
20 Q. Okay. But you never complained to anybody in
21    management or in personnel, right?
22 A. No.
23 Q. Okay. At some point in approximately 1991,

Page 59

1     you actually received the promotion, correct?
2  A. Yes.
3  Q. You were promoted to HTS or cottage
4     supervisor?
5  A. Yes.
6  Q. Were you happy about that promotion?
7  A. Yes.
8  Q. Okay. Because that's the one you'd been
9     seeking, right?
10 A. One of the ones I had been seeking.
11 Q. Were you interviewed for that position?
12 A. Yes.
13 Q. Who was on your interview panel?
14 A. I don't remember.
15 Q. Were there other employees that were trying
16    for that position?
17 A. I'm not sure.
18 Q. You mean you think you may have been the only
19    one?
20 A. No.
21 Q. You just don't know?
22 A. I don't know.
23 Q. Okay. That changed you from a merit -- let's

Page 60

1     see. That changed you from a merit position
2     job as MH I to an exempt job as HTS; is that
3     correct?
4  A. Yes. Yes.
5  Q. And we've said that was a promotion, right?
6  A. Yes.
7  Q. And that gave you more pay, right?
8  A. Yes.
9  Q. But also gave you more responsibility, right?
10 A. Yes.
11 Q. Prior to that -- prior to becoming an HTS or
12    cottage supervisor, you had not supervised
13    any employees at Glenn Ireland, had you?
14 A. Well, we had lead workers. I was sometimes
15    chosen as the lead worker to be in charge of
16    the cottage in the absence of the supervisor.
17 Q. I see. Other than that, though, had you ever
18    supervised any employees at Glenn Ireland?
19 A. No.
20 Q. All right. Then once you became an HTS or
21    cottage supervisor, then you would have
22    supervised both MH I's and MH II's; is that
23    correct?

15 (Pages 57 to 60)

DUNN, KING & ASSOCIATES
toll-free (800) 359-8001                 431 South Court Street
                                website: www.dunnking.com
                                                          Montgomery, AL 36104
                                            ph:(334)263-0261;fax 263-1243
                                            ea4f7f00-c3ab-11d5-92ff-00c0f064216c

DEOPOSITION OF AUDREY DENISE FINCH
CRUM VS. STATE OF ALABAMA

TAKEN OCTOBER 9, 2001

**Page 81**

1 #1104 is Diane McCullar's application,
2 correct?
3 A. Yes.
4 Q. And you don't know where you got that from?
5 A. No.
6 Q. Okay. Am I right that the only complaint
7 that you have about Diane McCullar receiving
8 the position over you is because you had been
9 at that facility longer?
10 A. I had more experience working with the
11 clients at Glenn Ireland. And she had no
12 experience working with mentally retarded
13 people.
14 Q. You didn't have any experience other than at
15 Glenn Ireland, did you?
16 A. Just Glenn Ireland.
17 Q. Okay. Is that the only evidence you have
18 that -- are you claiming that that was race
19 discrimination?
20 A. Yes.
21 Q. Okay. Is there any other basis for you
22 alleging race discrimination other than what
23 you've just told me?

**Page 82**

1 A. Well, she -- she's white and I'm black and
2 she had less experience than I have. You can
3 tell from -- from the application.
4 Q. Right. But any reason other than that?
5 A. No.
6 Q. Okay. All right. There was also a -- an
7 HTL -- and I'm not sure if it's an HTC I or
8 II -- well, yeah, I am.
9 A. And to add -- excuse me. May I add to this?
10 Q. Yeah.
11 A. And also you questioned me about having a
12 master's in counselling.
13 Q. Right.
14 A. The evidence shows that she does not have a
15 master's at all.
16 Q. Okay.
17 A. And that was part of the requirements for the
18 job.
19 Q. Okay. Let's see. Are you aware of the
20 position that Jonathan Graves got in
21 approximately January of 1993?
22 A. Yes.
23 Q. And that was an HTC I position?

**Page 83**

1 A. Yes.
2 Q. Is that a position that you applied for?
3 A. Yes.
4 Q. I show you what I've marked as #1105. Is
5 that a letter discussing Jonathan Graves's
6 appointment to the position?
7 A. Yes.
8 Q. Was that a yes?
9 A. Yes.
10 Q. And I show you what I'm marking at #1106.
11 That's an HTC I -- or is that an HTC I job
12 description or a job posting?
13 A. Yes.
14 Q. All right. And that looks like that's from
15 '91, so I don't know if that's in that exact
16 time period. You probably don't recall
17 whether that's the exact one or similar to
18 it.
19 A. Uh-huh. It's '92. It's a '92.
20 Q. It is a '92?
21 A. Uh-huh.
22 Q. So that may or may not be in the right time
23 frame?

**Page 84**

1 A. Right.
2 Q. It's at least close?
3 A. Uh-huh.
4 Q. Okay. You did not have a master's degree in
5 psychology, correct?
6 A. No.
7 Q. You did not have a master's in vocational and
8 rehabilitation counselling, correct?
9 A. No.
10 Q. You did not have a master's in social work?
11 A. No.
12 Q. And you did not have a master's in special
13 education; is that correct?
14 A. Correct.
15 Q. Do you recall anybody else that applied for
16 the HTC I position that Jonathan Graves got?
17 A. I think John Justice.
18 Q. Okay. Do you know whether any of the
19 applicants for that job had the required
20 master's degree?
21 A. They didn't.
22 Q. None of the six did or none of the applicants
23 did period?

21 (Pages 81 to 84)

DUNN, KING & ASSOCIATES
toll-free (800) 359-8001

431 South Court Street
website: www.dunnking.com

Montgomery, AL 36104
ph:(334)263-0261;fax 263-1243
ea4f7f00-c3ab-11d5-92ff-00c0f064216c

**Page 109**

1    the Mental Health Department?
2  A. No, I did not. I don't steal.
3  Q. Did someone else steal it from the Mental
4     Health Department?
5  A. I don't know. Someone gave it to me, but I
6     don't know who gave it to me.
7  Q. Who do you think gave it to you?
8  A. I don't know.
9  Q. Who's given you documents that relate to
10    promotions or applications at the Mental
11    Health Department?
12 A. I don't know.
13 Q. All right. That confuses me. You don't have
14    any idea who gave you documents relating to
15    the Mental Health Department?
16 A. No.
17 Q. Do they just show up at your house? How do
18    you get them?
19    MR. CALVIN: Well, what documents are
20       we talking about?
21    MR. LIGHTFOOT: Okay. I'm talking
22       about this one.
23    MR. CALVIN: We've answered that one.

**Page 110**

1      What other documents are you
2      talking about?
3  Q. Did this document, did document #1109 just
4     show up magically at your house?
5  A. It's been a while since I've had that so I
6     don't know where it showed up at. I mean,
7     it's a possibility it may have shown up at my
8     house or may have shown up at my work. I
9     don't know where I got it from.
10 Q. Have you had mysterious documents show up?
11 A. Well, if we consider that mysterious, yes.
12 Q. Has any friend of yours ever handed you
13    documents or mailed you documents or put
14    documents in a house of yours that relate to
15    the Mental Health Department?
16 A. No.
17 Q. Has anybody anonymously ever left documents
18    for you or given you documents that relate to
19    the promotions or applications at the Mental
20    Health Department?
21    MR. CALVIN: I object just to the
22       extent -- how would you know if an
23       anonymous person has left it if

**Page 111**

1      they're anonymous?
2     MR. LIGHTFOOT: That's the question is
3       -- is it anonymous if she doesn't
4       know who it is?
5     MR. CALVIN: That's a circular
6       question. Yes, Mr. Anonymous left
7       the anonymous packages
8       anonymously.
9       (Off-the-record discussion)
10 Q. What's your best judgment where you got Terry
11    Avery's application document that you gave to
12    your lawyer?
13    MR. CALVIN: Objection. Asked and
14       answered.
15 Q. Go ahead.
16 A. My best judgment?
17 Q. Yep. Where it came from, how you got it.
18 A. I don't know.
19 Q. Who is Kelvin Barnes?
20 A. Kelvin Barnes worked with me at Glenn
21    Ireland. He was a supervisor.
22 Q. Is he a friend of yours?
23 A. Well, he was when we were at Glenn Ireland.

**Page 112**

1  Q. Has Kelvin ever given you documents?
2  A. No.
3  Q. Kelvin ever offered to help you in this
4     lawsuit or with your EEOC charge?
5  A. No.
6  Q. Have you ever discussed your -- any
7     complaints you have against the Mental Health
8     Department with Kelvin?
9  A. I have.
10 Q. What things have you complained to Kelvin
11    about?
12 A. Promotions.
13 Q. Are you still in touch with Kelvin?
14 A. No.
15 Q. Do you know where he is now?
16 A. No.
17 Q. When's the last time you talked to him?
18 A. Several years ago.
19 Q. All right. On this Administrator II
20    position, we've talked about Terry Avery
21    getting it. And have you told me all the
22    reasons that you believe that was race
23    discrimination?

28 (Pages 109 to 112)

DUNN, KING & ASSOCIATES
toll-free (800) 359-8001                431 South Court Street
                                         website: www.dunnking.com
                                         Montgomery, AL  36104
                                         ph:(334)263-0261;fax 263-1243
                                         ea4f7f00-c3ab-11d5-92ff-00c0f064216c

DEOPOSITION OF AUDREY DENISE FINCH
CRUM VS. STATE OF ALABAMA

TAKEN OCTOBER 9, 2001

**Page 113**

1   A. Can you read back what I told you.
2   Q. You said something about your -- your college
3     degree, your master's degree and that you
4     were a licensed Social Worker. And that was
5     in the context of telling me you thought you
6     were more qualified than he was.
7   A. Yes. And I worked directly with the
8     residents at Glenn Ireland. He had no
9     experience working with any of the residents.
10  Q. All right. Anything that makes you think,
11     though, that his selection over you was based
12     upon race?
13  A. Yes.
14  Q. What?
15  A. It goes back to he has no degree -- he has no
16     degree. He'd never worked directly with the
17     residents, he was only a police -- security
18     at the facility, and that was not the
19     requirements for the job.
20  Q. Okay. Are you complaining about any other
21     promotions or selections to Administrator II
22     that you did not receive?
23  A. No.

**Page 114**

1   Q. Are you complaining about any other exempt
2     positions in the Mental Health Department
3     that you were not selected for that you
4     believe you should have been? I guess we're
5     now talking -- I believe I've asked that
6     question for the first part of your
7     employment. So I'll now ask it from '91 to
8     '96.
9   A. It would be the same with the exception of I
10     applied for mental health police officer as
11     well was one of the other positions that I
12     applied for.
13  Q. Like security officer?
14  A. Yes. Uh-huh.
15  Q. You applied for that?
16  A. Yes. And that was between '86 to the --
17  Q. Ninety -- I mean, '86 to '91?
18  A. Right. During that period of time.
19  Q. Okay. And you didn't get it?
20  A. No.
21  Q. Who got it?
22  A. It was several people got it in between that
23     time.

**Page 115**

1   Q. Did you apply for it?
2   A. They were all males.
3   Q. Did you apply for it?
4   A. Yes, I did.
5   Q. They were all males?
6   A. Uh-huh.
7   Q. So that's not a race complaint. That's just
8     because they were males and you were female?
9   A. It was a gender. Uh-huh.
10  Q. So that would be more of a gender complaint?
11  A. That's a gender. Yeah.
12  Q. So you're not making that claim in this
13     lawsuit?
14  A. No.
15  Q. All right. And nothing about that was race
16     discrimination?
17  A. No.
18  Q. Okay. Any other selections or promotions
19     that you're complaining about against the
20     Mental Health Department in this lawsuit?
21       MR. CALVIN: That she's now aware of.
22  Q. That you're now aware of?
23  A. No.

**Page 116**

1   Q. Are there any other merit system promotions
2     that you're complaining about in this
3     lawsuit?
4   A. No, none that I'm aware of.
5   Q. Okay. Because I'm aware of some times you
6     were certified out for various positions.
7     And I believe -- I believe we've already sort
8     of -- I believe you've already told me you're
9     not complaining about them, but I want to
10     make sure. There were some times you were
11     certified out for positions with regard to --
12     hang on a second. Let me start over.
13       (Brief pause)
14  Q. Do you have any complaint against any
15     department that we've not already discussed
16     in which you were certified for a position by
17     the State Personnel Department off a register
18     and did not receive a promotion?
19  A. No.
20       MR. LIGHTFOOT: That saves a lot of
21     time.
22  Q. All right. We've talked about that demotion
23     offer, right, that you received around the

29 (Pages 113 to 116)

**DUNN, KING & ASSOCIATES**
toll-free (800) 359-8001

431 South Court Street
website: www.dunnking.com

Montgomery, AL 36104
ph:(334)263-0261;fax 263-1243
ea4f7f00-c3ab-11d5-92ff-00c0f064216c

**Page 153**

1  Q. Your application for that position was
2     rejected on the basis of experience; is that
3     correct?
4  A. I am not sure.
5  Q. Do you have any complaint or contention with
6     respect to race discrimination in connection
7     with your application to the Rehabilitation
8     Counselor I position in 1987?
9  A. Not at this time.
10 Q. I'm going to show you what I've marked as
11    #1115. That's the job announcement for the
12    Equal Employment Officer position. Did you
13    make application for that position in October
14    of 1987?
15 A. It's a possibility. I'm not sure. I don't
16    remember back that far. I applied for
17    several positions so I'm not sure exactly.
18 Q. Well, my records --
19 A. If it's listed -- if it's listed, then I
20    applied for it.
21 Q. My records indicate that you did apply for it
22    in October of 1987 and that your application
23    was rejected because of experience.

**Page 154**

1     MR. CALVIN: Is there a question?
2  Q. Do you recall that your application was
3     rejected because of experience?
4  A. No, I don't.
5  Q. Are you making any complaint or contention
6     that the rejection of your application to the
7     Equal Employment Officer position in 1987 was
8     because of your race?
9  A. Not at this time.
10 Q. Do you recall any particular applications
11    that you made to the State Personnel
12    Department that were rejected that you're
13    complaining about?
14 A. I don't know right off.
15 Q. Ms. Finch, this is Exhibit #1116. It's a job
16    announcement for the position of
17    Rehabilitation Specialist II. Do you recall
18    that you made application for that position
19    in 1996?
20 A. I do.
21 Q. You do recall?
22 A. Yes.
23 Q. Do you recall what the result of that

**Page 155**

1     application was?
2  A. I was placed on the register for this
3     position.
4  Q. You believe that you were placed on the
5     register for that position?
6  A. You're saying '97?
7  Q. April of 1996.
8  A. '96. I'm not sure of '96. I know I was
9     placed on a register for Rehab Specialist.
10 Q. My records indicate that you applied for the
11    Rehabilitation Specialist II position in
12    April of 1996 and that your application was
13    rejected because of experience.
14 A. Okay.
15 Q. Are you making any claim of race
16    discrimination in connection with the
17    rejection of that application in 1996?
18 A. Not at this time.
19 Q. Might there be something that occurs later
20    that causes you to make a complaint about
21    race discrimination in connection with that
22    application or the two previous ones that
23    we've discussed?

**Page 156**

1  A. I am not sure at this time.
2  Q. This is Exhibit #1117. It's an announcement
3     for the position of Rehabilitation Specialist
4     I. Do you recall that you applied for that
5     position also in April of 1996?
6  A. It's a possibility, I'm not sure. I applied
7     for several positions. So I'm sure if it's
8     listed, then I applied for it.
9  Q. Are you making any complaint with respect to
10    race discrimination in connection with your
11    application for Rehabilitation Specialist I?
12 A. Not at this time. May I ask a question?
13    What year was this on the Rehab Specialist I
14    that I made application?
15 Q. My records show that you applied for the
16    Rehabilitation Specialist I in April of
17    1996. When I asked you, Ms. Finch, whether
18    you were making any complaint of race
19    discrimination in connection with either of
20    the Rehabilitation I -- excuse me, the
21    Rehabilitation Specialist I or II positions,
22    you answered that you were not at this time.
23 A. Exactly.

39 (Pages 153 to 156)

DUNN, KING & ASSOCIATES
toll-free (800) 359-8001

431 South Court Street
website: www.dunnking.com

Montgomery, AL  36104
ph:(334)263-0261;fax 263-1243
ea4f7f00-c3ab-11d5-92ff-00c0f064216c

DEPOSITION OF AUDREY DENISE FINCH　　　　　TAKEN OCTOBER 9, 2001
CRUM VS. STATE OF ALABAMA

**Page 157**

1　Q. Is that correct?
2　A. That's correct.
3　Q. Is there anything that you could look at, any
4　　documents that you could review to determine
5　　whether you at some point are going to make a
6　　claim of race discrimination in connection
7　　with those two positions?
8　A. I don't have any documents today to support
9　　it.
10　Q. Do you have any documents — even though you
11　　don't -- is there anything that you know of
12　　that you could look at to help us decide?
13　A. Not at this time.
14　Q. Did you apply for the Human Services Program
15　　Coordinator position in October of 1996?
16　A. Yes.
17　Q. And what happened to your application after
18　　you submitted it?
19　A. I am not sure.
20　Q. My records indicate that it was rejected
21　　because of experience. Are you in any way
22　　now or do you think at any point you may be
23　　making a claim of race discrimination in

**Page 158**

1　　connection with the Human Services Program
2　　Coordinator position?
3　A. Not at this time.
4　Q. Is there anything that you know of that you
5　　could review that would indicate to you
6　　whether you might make a claim of race
7　　discrimination in connection with that
8　　position?
9　A. Not at this time.
10　Q. This is Exhibit #1118. Do you recognize that
11　　as the job announcement for the position of
12　　Senior Service Social Worker?
13　A. Yes.
14　Q. Did you apply for that position in October of
15　　1996?
16　A. I don't know the date but I applied for the
17　　position.
18　Q. And what was the result of that?
19　A. I'm not sure. I applied for several
20　　positions so I'm not sure what the results
21　　were.
22　Q. My records indicate that that application was
23　　rejected because you lacked the required

**Page 159**

1　　education. Are you alleging that that
2　　rejection was in any way based upon your race
3　　or a result of racial discrimination?
4　A. The qualifications said a master's degree in
5　　social work.
6　Q. Yes, ma'am, did you have that?
7　A. And I don't hold a master's in social work.
8　Q. Did you agree, then, with the determination
9　　that you were not qualified for that
10　　position?
11　A. No.
12　Q. You did not agree?
13　A. No, I didn't. No, I don't.
14　Q. Why is it that you feel you were qualified
15　　for the position of Senior Service Social
16　　Worker 50221?
17　A. Why was I qualified for it?
18　Q. Yes, ma'am. Why do you feel that you were
19　　qualified for the Senior Service Social
20　　Worker position?
21　A. Because I have a -- I was licensed as a
22　　Social Worker. I am licensed as a social
23　　worker.

**Page 160**

1　Q. Looking, Ms. Finch, under the heading
2　　qualifications needed to apply, does your
3　　copy say that a master's degree in social
4　　work from a school accredited by the Counsel
5　　on Social Work education is required?
6　A. That's what it said.
7　Q. And did you in fact have a master's degree in
8　　social work from such a school?
9　A. No.
10　　　MS. JORDAN: Dee, could you read the
11　　　last question and her answer back.
12　　　(The court reporter read the
13　　　　previous question and
14　　　　answer.)
15　Q. Do you believe, Ms. Finch, that the master's
16　　degree in counselling that you do have should
17　　have substituted for the master's degree in
18　　social work that's required by the
19　　announcement?
20　A. Yes, I do.
21　Q. On what do you base that?
22　A. I based it on having completed a master's
23　　degree in counselling where social work and

40 (Pages 157 to 160)

DUNN, KING & ASSOCIATES　　　　431 South Court Street　　　　　Montgomery, AL  36104
toll-free (800) 359-8001　　　　website: www.dunnking.com　　　ph:(334)263-0261;fax 263-1243
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　ea4f7f00-c3ab-11d5-92ff-00c0f064216c

DEOPOSITION OF AUDREY DENISE FINCH                                      TAKEN OCTOBER 9, 2001
CRUM VS. STATE OF ALABAMA

**Page 161**

1    counselling are interrelated and being
2    licensed.
3    Q. Do you believe that the decision not to
4        substitute a master's degree in counselling
5        for a master's degree in social work is
6        somehow based upon your race?
7    A. I'm not sure of that.
8    Q. You're not sure whether or not you think that
9        that is based upon your race?
10   A. No.
11   Q. Are you claiming that it is based on your
12       race?
13   A. No, I'm not.
14   Q. Are you familiar with the job duties of a
15       Senior Service Social Worker?
16   A. According to what's written.
17   Q. Do you have any other form of knowledge or do
18       you have any knowledge from any other source
19       of the job duties of a Senior Service Social
20       Worker?
21   A. Only that that's written.
22   Q. You've never actually observed anyone do the
23       position of Senior Service Social Worker?

**Page 162**

1    A. When I did my training to become a counselor,
2        the person had a master's degree in social
3        work. So I worked with that -- the person
4        that had the master's in social work.
5    Q. What I'm asking, Ms. Finch, is whether you
6        ever observed anyone performing the duties of
7        a Senior Service Social Worker position as --
8        as referenced in this job announcement, not
9        whether you know of anybody that has a
10       master's degree in social work or not whether
11       you know anyone here.
12   A. It says the State of Alabama. It didn't say
13       what department.
14   Q. Well, in any department. I would assume that
15       a Senior Service Social Worker could work in
16       one of many departments.
17   A. No.
18   Q. Have you ever seen a Senior Service Social
19       Worker doing his or her job in any department
20       within the State of Alabama?
21   A. May I consult with my attorney?
22       MR. ABBOT: Give an answer. Wait,
23           wait, wait, wait.

**Page 163**

1    Q. Wait. Could you answer the question first?
2        MR. ABBOT: Let's get an answer first,
3            and then you can consult.
4    A. Okay. Ask the question again.
5    Q. What I'm trying to find out, Ms. Finch, is
6        whether you have any knowledge, based on
7        anything other than the description of job
8        duties contained in this announcement, of
9        what it is that a Senior Service Social
10       Worker does.
11   A. No.
12   Q. Okay.
13       MR. ABBOT: Now you may consult with
14           your attorney.
15           (Off-the-record discussion)
16   Q. Do you have an opinion as to whether a
17       master's degree in social work is necessary
18       or beneficial to performing the job duties of
19       a Senior Service Social Worker?
20   A. Is it beneficial to have a master's degree in
21       social work?
22   Q. Yes, ma'am. To perform the job duties of
23       Senior Service Social Worker.

**Page 164**

1    A. No.
2    Q. And why is that?
3    A. Because having a master's in counselling,
4        social work and counselors are interrelated.
5        These people perform the same duties.
6    Q. What facts do you have to indicate that the
7        requirement of a master's degree in social
8        work as opposed to the requirement of a
9        master's degree in counselling for this
10       position is in some way motivated by race or
11       racially discriminatory?
12   A. I don't have any at this time.
13   Q. Is there something that you might look at that
14       a later time that would -- that would give
15       you those facts?
16   A. Okay. I'm not sure of that.
17   Q. You don't know of anything at this time?
18   A. Not at this time.
19   Q. Did you apply for the Rehabilitation
20       Specialist I position in November of 1996?
21   A. I'm sure I did.
22   Q. And we've already established that you also
23       applied for it in April of 1996?

41 (Pages 161 to 164)

DUNN, KING & ASSOCIATES                 431 South Court Street                    Montgomery, AL  36104
toll-free (800) 359-8001                 website: www.dunnking.com               ph:(334)263-0261;fax 263-1243
                                                                                  ea4f7f00-c3ab-11d5-92ff-00c0f064216c

DEOPOSITION OF AUDREY DENISE FINCH
CRUM VS. STATE OF ALABAMA

TAKEN OCTOBER 9, 2001

**Page 169**

1    degree in counselling would fit that?
2  A. I didn't say broader. I said I had the
3    experience working in Mental Health.
4  Q. So it's the experience requirement and not
5    the educational requirement?
6  A. Education and experience.
7  Q. Okay. Let's talk about education first,
8    then.
9  A. Okay.
10  Q. You have a master's degree in counselling?
11  A. Yes.
12  Q. Is a master's degree in counselling listed on
13    the educational requirements?
14  A. Yes.
15  Q. Can I see that?
16  A. Yes.
17  Q. Okay. I apologize, Ms. Finch. That was —
18    that was my mistake. Your application was
19    rejected because of experience and not
20    because of education. Do you have any reason
21    to believe that that's not the case?
22  A. Yes.
23  Q. You do have a reason to believe that your —

**Page 170**

1  A. Yes, I do.
2  Q. My records show, Ms. Finch, that this
3    application for Rehabilitation Specialist I
4    was rejected because of experience. Are you
5    claiming that that rejection was because of
6    your race?
7  A. I am.
8  Q. And tell me all the facts that you know of to
9    support that contention.
10  A. The facts are that the education
11    requirements, the experience within the
12    Mental Health field, like independent
13    living. We taught all of those.
14  Q. Let me interrupt you for one second. Let's
15    talk about all of the experience
16    requirements, and you tell me which work
17    experience you have that meets those.
18  A. Okay. On one it say four years of
19    experience. On the other it says three years
20    of experience.
21  Q. We need to establish which one it is we're
22    talking about. Let's talk about the 50344
23    first.

**Page 171**

1  A. Okay. The 50344, the Rehabilitation
2    Specialist. The qualification was a master's
3    degree, three years of professional level
4    experience providing independent living
5    skills, special education.
6  Q. And when was it that you had the three years
7    of professional experience in independent
8    living skills?
9  A. Working at Glenn Ireland. That was one of
10    the qualifications that we — that I — we
11    had to have. In working with the individuals
12    there, we taught them to be independent so
13    that they can go from the facility into an
14    independent living setting.
15  Q. Do you believe that someone at SPD drafted
16    those requirements — those experience
17    requirements so that they would disadvantage
18    African-Americans?
19  A. I'm not sure of that.
20  Q. Are you making that argument or contention in
21    your lawsuit that those experience
22    requirements were — were put there to keep
23    people such as yourself out?

**Page 172**

1  A. I can't say that at this time.
2  Q. Is there anything that you can do or review
3    to tell us whether you might at some point be
4    saying that?
5  A. Not at this time.
6  Q. Have you told me all the ways in which you
7    feel that your experience was sufficient for
8    the Rehabilitation Specialist I position?
9  A. Like I stated before, I have the master's in
10    counselling, I have the knowledge of
11    rehabilitation process, I worked with
12    mentally retarded people. We taught them
13    independent living. I am a licensed social
14    worker.
15  Q. Do you have experience in vocational
16    rehabilitation?
17  A. I have a general knowledge of vocational
18    rehabilitation.
19  Q. Of —
20  A. And that was one of the things that we taught
21    the residents at Glenn Ireland on how to
22    become independent.
23  Q. Is there any other criticism or complaint

43 (Pages 169 to 172)

DUNN, KING & ASSOCIATES
toll-free (800) 359-8001

431 South Court Street
website: www.dunnking.com

Montgomery, AL  36104
ph:(334)263-0261;fax 263-1243
ea4f7f00-c3ab-11d5-92ff-00c0f064216c

Page 253

1 connection with your employment with the
2 State? Did you record on a tape recorder any
3 conversations or anything that happened to
4 you?
5 A. I didn't know that was a requirement.
6 Q. Well --
7    MR. CALVIN: Just answer yes or no.
8 A. No.
9 Q. I didn't mean as a requirement for your job.
10   I just meant for the purposes of posterity,
11   to help you remember stuff later.
12 A. No.
13 Q. Okay. Did you make any journals or diaries
14   or logs for the same reason?
15 A. No.
16 Q. Do you believe that the State Personnel
17   Department has any role in performance
18   evaluations that were given to you every --
19   annually or semiannually?
20 A. No.
21 Q. Have you had any contact with any other named
22   plaintiffs in this case about the case?
23 A. No.

Page 254

1 Q. Do you know any other named plaintiffs?
2 A. No.
3 Q. Have you ever had any contact with a
4   potential class member?
5 A. No.
6 Q. Do you know of any other people who may be
7   class members?
8 A. Only the names that was listed.
9 Q. And which names were those?
10 A. The names on -- I mean, I don't know them
11   personally. I just only know the names that
12   was listed as a class member.
13 Q. Oh, because of some pleading that you saw,
14   some complaint that -- a paper that was filed
15   in the lawsuit that had the names on it?
16 A. Right. But I don't know them personally.
17 Q. Okay. And do you know of anybody who -- who
18   might be class members, whether or not
19   they're listed in the list?
20 A. No.
21 Q. Ms. Finch, are you aware that -- that you've
22   filed this lawsuit on your own behalf and on
23   behalf of others in similar situations?

Page 255

1 A. Yes.
2 Q. Are you aware that you have waived the right
3   to damages on their behalf -- on your own
4   behalf. Are you aware that you waived your
5   right to compensatory damages?
6 A. Yes.
7 Q. Are you aware that you waived the rights of
8   other potential class members for the same
9   sorts of damages?
10 A. Yes.
11 Q. How did you come to know that you had in fact
12   waived those damages?
13 A. In consulting with my attorney, we went over
14   them.
15 Q. And you decided that it was a good idea to do
16   so?
17 A. Yes.
18 Q. And what did you base your decision on?
19    MR. CALVIN: I'm going to instruct you
20    not to -- if -- if you can answer
21    it, don't -- in any part of your
22    answer, don't relate any part of
23    any conversation that you had with

Page 256

1    an attorney.
2 Q. Other than anything that your attorneys said
3   to you, do you have any independent reasoning
4   or basis for that waiver?
5 A. No.
6 Q. When was the first time that you talked to a
7   lawyer?
8 A. It was after -- I don't know the exact date,
9   neither do I know the year. After I talked
10   to them -- after I got the right-to-sue
11   letter from EEOC.
12 Q. And was that Joe or someone with Joe's firm
13   that you talked to?
14 A. Yes.
15 Q. And who initiated that contact?
16 A. I did.
17 Q. How did you come to learn of Joe's firm?
18 A. I got a reference from somebody.
19 Q. From another African-American State employee?
20 A. I'm not sure exactly who I got it from. But
21   it may have been from someone -- someone
22   within the agency.
23 Q. Someone within the agency?

64 (Pages 253 to 256)

DUNN, KING & ASSOCIATES
toll-free (800) 359-8001

431 South Court Street
website: www.dunnking.com

Montgomery, AL  36104
ph:(334)263-0261;fax 263-1243
ea4f7f00-c3ab-11d5-92ff-00c0f064216c



STATE OF ALABAMA

# DEPARTMENT OF MENTAL HEALTH
# AND MENTAL RETARDATION

### GLENN IRELAND II DEVELOPMENTAL CENTER
### REGION V

91 BLACK CREEK ROAD
TARRANT, ALABAMA 35217

PHONE (205) 849-0654

BILLY R. STOKES, Ed.D., M.B.A.
ASSOCIATE COMMISSIONER
FOR MENTAL RETARDATION

ELLEN B. GILLESPIE, Ph.D.
REGIONAL DIRECTOR

GUY HUNT
GOVERNOR

ROYCE G. KING
COMMISSIONER

## ANNOUNCEMENT OF INTENT TO FILL A NON-MERIT SYSTEM POSITION
## WE ARE AN EQUAL OPPORTUNITY EMPLOYER

| | | | |
|---|---|---|---|
| JOB TITLE: | HABILITATION/TREATMENT COORDINATOR I | NUMBER: | 91 - 20 |
| JOB CODE: | 02000 | POS. #: | 8846086 |
| SALARY RANGE: | 67($20,615 - $31,278) | DATE: | 09-09-92 |

JOB LOCATION:   GLENN IRELAND II DEVELOPMENTAL CENTER
91 BLACK CREEK ROAD
TARRANT, ALABAMA  35217

QUALIFICATIONS:  Master's degree in psychology,
vocational/rehabilitation counseling, social work or special
education.  Licensure and/or certification as required by
the State of Alabama.  Habilitation/Treatment Coordinator I
does not require expeience.

KIND OF WORK:  Insure individual's rights to privacy,
dignity and humane care.  Insure individual's are scheduled
for appropriate type, quality and quantity of programming.
Insure that individual records are maintained in accorance
with prescribed procedures.  Insure accurate upkeep of
training and behavior management data.  Insure that at least
annual staffings are held for each individual and that
progress reports are undated monthly.  Respond to
habilitation team's recommendations.  Coordinate service
delivery.  Develop and approve, as necessary, development of
behavior management programs.  Monitor and insure quality of
programs under their supervision.  Assists in the inservice
and assigning of staff.  Updated and insure filing of
individual's habilitation plans.  Review program progress of
each individual on a 30 day basis.  Summarize progress and
records recommendations on QMPP monthly progress notes.
Approve the use of time-out, restraint and restriction for
individuals.  Monitor safety and cleanliness of living
conditions.  Review programmatic data, shift reports.  Serve
as responsible QMRP for assigned caseload.  Ensure
implementation of standards required by Court Order and
Title XIX.  Monitor implementation of IHP.



DEFENDANT'S
EXHIBIT
116

HABILITATION/TREATMENT COORDINATOR I
PAGE 2

REQUIRED KNOWLEDGE, SKILLS AND ABILITIES: Considerable
knowledge of psychological principles and techniques applied
in a mental retardation setting. Competency is expected in
the following areas: interdisciplinary team approach,
individual advocacy, objective writing, development,
assessment and interpretation, program development, learning
and behavior modification theory and direct application, IHP
development and implementation, program review of progress,
program updating and revision, program monitoring,
professioanl report writing. Clinical judgement utilizing
acceptable clinical practices within the field of mental
retardation. Cooperative leadership. Planning and
implementing of community, residential and program
placement. Knowledge of current literature regarding
treatment of the mentally retarded. Working knowledge of
ICF/MR regulations and Wyatt Court Order Standards.

METHOD OF SELECTION: Applicants will be rated on the basis
of an evaluation of their training, experience and
education, and should provide adequate work history
identifying experience related to the duties and minimum
qualifications as mentioned above. All relevant information
is subject to verification.

HOW TO APPLY: Use an Official Application for Professional
Employment which may be obtained from this office.
Application should be returned to the Personnel Office at
the above address. In order to be considered for this
position, your application should be received by _____
_____.

**DEPARTMENT OF MENTAL HEALTH
AND MENTAL RETARDATION**

**GLENN IRELAND II DEVELOPMENTAL CENTER**

91 BLACK CREEK ROAD
TARRANT, ALABAMA 35217-1999

PHONE (205) 849-0654

BILLY R. STOKES, Ed.D., M.B.A.
ASSOCIATE COMMISSIONER
FOR MENTAL RETARDATION

ELLEN B. GILLESPIE, Ph.D.
REGIONAL MANAGER

D. REED BECHTEL
FACILITY DIRECTOR

GUY HUNT
GOVERNOR

ROYCE G. KING
COMMISSIONER

ANNOUNCEMENT OF INTENT TO FILL A NON-MERIT SYSTEM POSITION
(WE ARE AN EQUAL OPPORTUNITY EMPLOYER)

JOB TITLE: HABILITATION/TREATMENT COORDINATOR II       NUMBER:   92 - 24

JOB CODE:  03000                                       POS.#:    8846093

JOB LOCATION: Glenn Ireland II Developmental Center
              91 Black Creek Road                      DATE:     10-23-92
              Tarrant, Alabama  35217

SALARY RANGE: 72 ($23,881 - $36,218)

QUALIFICATIONS:  Master's degree in psychology, vocational
education/rehabilitation counseling, social work or special
education with at lease 13 months mental retardation
experience; or master's degree in nursing with 25 months
clinical experience and mental retardation experience.
Licensure and/or certification as required by the State of
Alabama.  Prefer supervisory experience at a professional
level.  Must be certifiable as a QMRP under Wyatt standards.
Habilitation/Treatment Coordinator does not require
experience.

KIND OF WORK:  Insure individual's rights to privacy,
dignity and humane care.  Insure individuals are scheduled
for appropriate type, quality and quantity of programming.
Insure that individual records are maintained in accordance
with prescribed procedures.  Insure accurate upkeep of
training and behavior management data.  Insure that at least
annual staffings are held for each individual and that
progress reports are updated monthly.  Respond to
habilitation team's recommendations.  Coordinate service
delivery.  Develop and approve, as necessary, development of
behavior management programs.  Monitor and insure quality of
programs under their supervision.  Assist in the inservice
and assigning of staff, conduct cottage staff meetings as
necessary.  Inform Unit Director II of problems and needs.
Update and insure filing of individual's habilitation plans.
Review program progress of each individual on a 30 day
basis.  Summarize progress and records recommendations on
QMRP monthly progress notes.  Work on weekends, holidays,
etc., as specified by Unit Director II.  Approve the use of
time-out, restraint and restriction for individuals.
Monitor safety and cleanliness of living conditions.
Complete incident reports by living unit staff.  Review
programmatic data, shift reports.  Serve as responsible QMRP
for assigned caseload.  Ensure implementation of standards
required by Court Order and Title XIX.  Monitor

DEFENDANT'S
EXHIBIT
1607

PENGAD-Bayonne, N.J.

# Exhibit 2

*Finch v. MHMR, et al*
**USDC 2:07 cv 24**
**SPD Motion for Summary Judgment**

## FREEDOM COURT REPORTING

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

AUDREY D. FINCH,

     Plaintiff,

Vs.               2:07CV24-MHT

STATE OF ALABAMA PERSONNEL

DEPARTMENT, et al.,

     Defendant.

DEPOSITION OF:  AUDREY D. FINCH

     In accordance with Rule 5(d) of the
Alabama Rules of Civil Procedure, as
Amended, effective May 15, 1988, I, Susan
Masters Goldman, CSR, License Number 83, am
hereby delivering to WARREN B. LIGHTFOOT,
JR., ESQ., the original transcript of the
oral testimony taken on the 20th day of
November, 2007, along with exhibits.

     Please be advised that this is the
same and not retained by the Court Reporter,
nor filed with the Court.

**Exhibit 2**
Finch, 2:07 cv 24
SPD Mtn for Summary Judgment

FREEDOM COURT REPORTING

Page 8

1      A. No.

2      Q. Okay.  Let's see.  State your name for

3   the record, please?

4      A. It's Audry Denise Finch.

5      Q. Okay.  What's your current address,

6   Mrs. Finch?

7      A. 825 Seven Springs Drive, Birmingham

8   Alabama, 35215.

9      Q. Okay.  Was that the same residence

10  that you had when I deposed you six years

11  ago?

12     A. Yes.

13     Q. Okay.  So you have lived there for

14  some time?

15     A. Yes.

16     Q. All right.  Where are you currently

17  employed?

18     A. I'm employed with the State of Alabama

19  Disability Determination Service.

20     Q. Okay.  I believe when I deposed you

21  back in 19 -- in 2001, you were employed

22  with Disability as well then; correct?

23     A. Yes.

FREEDOM COURT REPORTING

Page 17

1    A. No.

2    Q. Have you ever applied to go back to

3  work at the Mental Health Department since

4  1996?

5    A. I am not sure of that question.

6    Q. Okay.  I am not aware, and that's just

7  from a review of your file, I'm not aware of

8  you ever applying to go back to Mental

9  Health, but please tell me if you're aware

10  of any time that you have.

11    A. I am not aware.

12    Q. Okay.  So you worked for Mental

13  Health, I believe, for about a ten year

14  period, from '86 to '96?

15    A. Yes.

16    Q. And the first place you ever worked

17  was at Glen Ireland -- in fact, the only

18  place you ever worked was at Glen Ireland

19  for Mental Health; is that right?

20    A. Yes.

21    Q. Is the Glen Ireland facility still

22  closed?

23    A. Yes.

FREEDOM COURT REPORTING

Page 53

1      MR. LIGHTFOOT:  No further questions

2   at this time.

3   EXAMINATION BY MS. BYRNE:

4      Q. Mrs. Finch, I'm Alice Ann Byrne.  I'm

5   a lawyer for the State Personnel Department.

6   I met you just a few minutes ago.

7      We've never before; have we?

8      A. Not to my knowledge.

9      Q. Not to my knowledge either.  I've got

10  some questions specifically with regard to

11  the State Personnel Department and your

12  lawsuit against that department.

13      You have been a State employee off and

14  on for, what, nearly twenty-five years?

15      A. No.

16      Q. Okay.  Twenty years, fifteen years?

17      A. Twenty plus.

18      Q. Okay.  Twenty plus years.  And the

19  reason I'm asking you that, is after twenty

20  plus years, you probably understand the

21  difference in departments; correct?

22      A. I do.

23      Q. Okay.  You currently work for the

b1e9d93a-4a29-4379-b6f9-3e0ab7651704

FREEDOM COURT REPORTING

Page 54

1   Department of Education; right, Disability

2   Determination?

3       A. Yes.

4       Q. Okay.  And before you worked for

5   Department of Mental Health?

6       A. Yes.

7       Q. And you understand that those are

8   different two agencies; correct?

9       A. Yes.

10      Q. And one has one appointing authority

11  and the other one has a different appointing

12  authority; correct?

13      A. Yes.

14      Q. You also understand after your years

15  of service the difference between merit

16  system jobs and exempt jobs with the

17  Department of Mental Health; is that

18  correct?

19      A. Yes.

20      Q. What is your understanding of the

21  difference between those two jobs -- types

22  of jobs?

23      A. Okay.  The merit system, you are on

FREEDOM COURT REPORTING

1    Q. Yes, ma'am.  I'll represent to you

2    that that was also that sent to the

3    Department of Mental Health regarding your

4    EEOC charge about the promotion you didn't

5    get from Mental Health.  Is that accurate

6    from your recollection of meeting with the

7    EEOC and your charge at that time?

8        A. Yes.

9        Q. You list one classification from

10   Department of Mental Health; is that

11   correct?

12       A. Yes, that's what is listed here

13   (indicating).

14       Q. Okay.  You didn't have any complaints

15   against State Personnel at that time when

16   you filed it; did you?

17       A. Not to my knowledge.

18       Q. Okay.  Did you ever go and file

19   another EEOC complaint alleging something

20   that State Personnel did regarding any of

21   your jobs that you applied for but were not

22   deemed to have met the minimum

23   qualifications?

FREEDOM COURT REPORTING

Page 57

1    A. No.

2    Q. Is there a reason you did not go back

3    and say that State Personnel discriminated

4    against you?

5    A. I didn't know I had to do that.

6    Q. You did not know you had to do that?

7    A. No, ma'am.

8    Q. Were you represented by counsel at

9    that time?

10    A. No.

11    Q. When did you first file your motion to

12    intervene?

13    A. I can't give you an exact date.

14    Q. I believe it was '95. Is that

15    correct? Does that sound correct?

16    A. I'm not sure.

17    Q. Okay. I'll show you and refresh your

18    memory. This is a motion to intervene

19    (indicating), and I'm showing it to you, and

20    ask you if you can identify that as the

21    motion to intervene?

22    A. Yes.

23    Q. And that is your motion to intervene;

b1e9d93a-4a29-4379-b6f9-3e0ab7651704

FREEDOM COURT REPORTING

Page 81

1    Q. And the Senior Service Social Worker,

2    which is also complained about, would you

3    agree that you applied for that position in

4    1996 as well?

5    A. I'm sure I did.  I don't know the

6    exact date.

7    Q. Okay.  Well, it's in the report that

8    you read and you said you gave me the two

9    things you disagreed with.  Do you disagree

10   with other information in the report?

11   A. No.

12   Q. Okay.  And you agree you never filed a

13   complaint or an EEOC charge against State

14   Personnel regarding the Senior Service

15   Social Worker position; correct?

16   A. Correct.

17   Q. When did you believe that you were

18   improperly rejected for the Rehabilitation

19   Specialist position?

20   A. Can you rephrase that question?

21   Q. Can you not answer the question?  If

22   you can't answer the question, I'll rephrase

23   it, but it's pretty straight forward.  When

FREEDOM COURT REPORTING

Page 82

1    did you believe that you were improperly

2    rejected by State Personnel for the

3    Rehabilitation Specialist position?

4        A. Maybe when I got the report back.

5        Q. So that would have been in '96?

6        A. Yes.

7        Q. Okay.  Are you aware of any whites who

8    got accepted for the position of

9    Rehabilitation Specialist?

10       A. No.

11       Q. Okay.  Are you aware of any blacks who

12   got accepted for the position of

13   Rehabilitation Specialist?

14       A. No.

15       Q. Let me go back and limit it to the

16   timeframe that we're talking about here, in

17   '96.  Were you aware in '96, or have you

18   since learned of any whites that were

19   accepted for Rehabilitation Specialist I or

20   II?

21       A. No.

22       Q. I'll ask the same question for Senior

23   Service Social Worker, are you aware of any

b1e9d93a-4a29-4379-b6f9-3e0ab7651704

FREEDOM COURT REPORTING

Page 83

1    whites whose applications were accepted for

2    the position of Senior Service Social Worker

3    in '96?

4        A. No.

5        Q. Are you aware of any blacks whose

6    applications for Senior Service Social

7    Worker were accepted in or around '96?

8        A. No.

9        Q. If you would, tell me, please, ma'am

10   who you believe was hired or placed on the

11   register that was less qualified than you?

12       A. I don't know.

13       Q. All right.  Are you aware of anyone

14   who was awarded the position of

15   Rehabilitation Specialist I or

16   Rehabilitation Specialist II --

17       A. No.

18       Q. -- who are white or black?

19       A. No.

20       Q. If the report states, and you have

21   read it and said you -- let me make sure.

22   Have you told me everything that -- you have

23   read the report and that you disagree with?

# Exhibit 3

**Finch v. MHMR, et al**
**USDC 2:07 cv 24**
**SPD Motion for Summary Judgment**

Announcement Date: **July 24, 1996**

**State of Alabama
Personnel Department
64 North Union Street
Montgomery, AL 36130
334-242-3389**

# SENIOR SERVICE SOCIAL WORKER - 50221
## $24,560 - $37,232

### KIND OF EXAM AND WHO MAY APPLY

This is a **direct appointment** job. Applicants meeting the qualifications below must apply directly to the department for which they wish to work. No test will be given. No register will be created. This classification is currently being used by the Department of Youth Services and the Department of Human Resources.

### QUALIFICATIONS NEEDED TO APPLY

- Masters Degree in Social Work from a school of social work accredited by the Council on Social Work Education.

### KIND OF WORK

This is advanced professional service social work. Employees in this class develop a social service plan for a difficult and complex select caseload in child protective services, adult protective services, child and adult foster care and/or adoptions; investigate complex abuse and neglect cases; provide immediate crisis intervention; assess need and delivery of services; arrange for clinical services; and/or plan for nursing home care.

### HOW TO APPLY

Use an Application for Examination form. **You should file your application with the department where you wish to work.** You can get application forms from this office or an employment service office. This announcement will remain open **until further notice.** The analyst responsible for this class is Bill Summerlin.

*The State of Alabama is an equal opportunity employer.*

**Exhibit 3**
Finch, 2:07 cv 24
SPD Mtn for Summary Judgment

# Exhibit 4

***Finch v. MHMR, et al***
**USDC 2:07 cv 24**
**SPD Motion for Summary Judgment**

---

### EXAM HISTORY FILE CHECKLIST

---

DATE: **11·12·96**

CLASS TITLE/CODE: **Senior Social Worker / 50221**

#### Please arrange file in the order listed below
#### Number each page in Lower Right Corner with Red Ink - beginning with Check List
##### please mark N/A beside boxes that do not apply

- ☑ Checklist
- ☑ Job Announcement
- N/A ☐ Agency Request for announcement of an employment exam
- ☑ Job Specification, checked for accuracy and completeness. If it varies from MQs set in job analysis, a letter from the exam analyst to classification to adjust specifications should be included
- N/A ☐ Copy of the test, questionnaire or forms used
- ☑ Scoring key or Rating Information
- N/A ☐ Job Analysis Summary information
    - N/A ☐ *Documentation on selected SMEs. If any were rejected, state why*
    - N/A ☐ *On-Site forms (Notes on equipment, materials, work conditions, etc.)*
    - N/A ☐ *Meetings (When, who and what covered)*
    - N/A ☐ *Work Behaviors (WBs), Knowledges, Skills and Abilities (KSAs), Physical Abilities (PAs), and Work Conditions (WCs)--(if applicable)*
    - N/A ☐ *Ratings*
    - N/A ☐ *Linkages (exp: Tasks to KSA's, Tasks to Training, etc.)*
    - ☑ *General notes from analyst as needed*

- N/A ☐ Exam Plan Information
    - N/A ☐ *SME documentation (if different from Job Analysis SMEs)*
    - N/A ☐ *Information linking Exam Plan to the Job Analysis*
    - ☑ *MQ Validation Documentation*
    - N/A ☐ *Explanation of exam procedure and alternatives considered*
    - N/A ☐ *Sociolinguist review information (if applicable)*
    - N/A ☐ *Correspondence from Industrial Organizational Psychologists (or other experts)*
    - ☑ *General notes from analyst as needed*

- N/A ☐ Validation Report (Sociolinguist changes noted or correspondence from Industrial Organizational Psychologists or other experts)
- N/A ☐ Test and Item Analysis Printouts
- N/A ☐ Results/notes from the item analysis review of a written test after administration
- N/A ☐ Individual Questionnaires - JAQs (If 3 or less SMEs, include individual questionnaires-if more than three, questionnaires are sent to Archives)
- ☑ Control Sheet

*Total Number of Pages:* **8**

*Revised :7/95*

**Exhibit 4**
Finch, 2:07 cv 24
SPD Mtn for Summary Judgment

## EXAM HISTORY FILE CHECKLIST

DATE: 11·12 96

CLASS TITLE/CODE: ___Senior Social Worker / 50221___

### Please arrange file in the order listed below
### Number each page in Lower Right Corner with Red Ink - beginning with Check List
please mark N/A beside boxes that do not apply

- ☑ Checklist
- ☑ Job Announcement
- N/A ☐ Agency Request for announcement of an employment exam
- ☑ Job Specification, checked for accuracy and completeness. If it varies from MQs set in job analysis, a letter from the exam analyst to classification to adjust specifications should be included
- N/A ☐ Copy of the test, questionnaire or forms used
- ☑ Scoring key or Rating Information
- N/A ☐ Job Analysis Summary information
  - N/A ☐ *Documentation on selected SMEs. If any were rejected, state why*
  - N/A ☐ *On-Site forms (Notes on equipment, materials, work conditions, etc.)*
  - N/A ☐ *Meetings (When, who and what covered)*
  - N/A ☐ *Work Behaviors (WBs), Knowledges, Skills and Abilities (KSAs), Physical Abilities (PAs), and Work Conditions (WCs)--(if applicable)*
  - N/A ☐ *Ratings*
  - N/A ☐ *Linkages (exp: Tasks to KSA's, Tasks to Training, etc.)*
  - ☑ *General notes from analyst as needed*
- N/A ☐ Exam Plan Information
  - N/A ☐ *SME documentation (if different from Job Analysis SMEs)*
  - N/A ☐ *Information linking Exam Plan to the Job Analysis*
  - ☑ *MQ Validation Documentation*
  - N/A ☐ *Explanation of exam procedure and alternatives considered*
  - N/A ☐ *Sociolinguist review information (if applicable)*
  - N/A ☐ *Correspondence from Industrial Organizational Psychologists (or other experts)*
  - ☑ *General notes from analyst as needed*
- N/A ☐ Validation Report (Sociolinguist changes noted or correspondence from Industrial Organizational Psychologists or other experts)
- N/A ☐ Test and Item Analysis Printouts
- N/A ☐ Results/notes from the item analysis review of a written test after administration
- N/A ☐ Individual Questionnaires - JAQs (If 3 or less SMEs, include individual questionnaires-if more than three, questionnaires are sent to Archives)
- ☑ Control Sheet

*Total Number of Pages:* __8__

*Revised :7/95*

Announcement Date: <u>**October 16, 1996**</u>

**State of Alabama**
**Personnel Department**
**64 North Union Street**
**Montgomery, AL 36130**
**334-242-3389**

# SENIOR SERVICE SOCIAL WORKER - 50221
## $24,560 - $37,232

### KIND OF EXAM

An <u>open-competitive</u> register will be established by an evaluation of the extent and quality of your education and experience. The evaluation will make up 100% of the final grade.

### QUALIFICATIONS NEEDED TO APPLY

- Masters Degree in Social Work from a school of social work accredited by the Council on Social Work Education.

### KIND OF WORK

This is advanced professional service social work. Employees in this class develop a social service plan for a difficult and complex select caseload in child protective services, adult protective services, child and adult foster care and/or adoptions; investigate complex abuse and neglect cases; provide immediate crisis intervention, assess need and delivery of services; arrange for clinical services; and/or plan for nursing home care.

### HOW TO APPLY

Use an Application for Examination form. You can get the form at this office. You can also get the form at an Alabama Employment Service office. You must send your application to the State Personnel Department. This announcement will remain open **until further notice**. Photocopied applications are accepted. Facsimile applications are also accepted. Our fax number is 334-242-1110. The analyst responsible for this class is Bill Summerlin.

**NOTE:** This class is no longer a Direct Appointment classification. Applicants ***MUST*** send their applications to the State Personnel Department.

**THE STATE OF ALABAMA IS AN EQUAL OPPORTUNITY EMPLOYER**

2

<u>TITLE</u>: SENIOR SERVICE SOCIAL WORKER                    <u>CODE</u>: 50221

<u>DISTINGUISHING CHARACTERISTICS</u>

    This is advanced professional service social work.

    Employees in this class develop a social service plan for a difficult and complex select caseload in child protective services, adult protective services, child and adult foster care and/or adoptions; investigate complex abuse and neglect cases; provide immediate crisis intervention; assess need and delivery of services; arrange for clinical services; and/or plan for nursing home care. Employees work independently under the general direction of a social service supervisor and work is evaluated by an intermittent review of case records and caseload reports.

<u>EXAMPLES OF WORK PERFORMED</u>

    Investigates difficult and complex child and adult abuse cases, neglect, and exploitation reports; interviews clients, alleged perpetrator, and other references.

    Provides emergency, crisis or general intervention for client; responds to child abuse emergencies; arranges for guardianship or other protective placement.

    Provides functional supervision to other caseworkers.

    Prepares court report; testifies in court; arranges suitable placement for child or adult through legal intervention; conducts court ordered home investigations including those for divorce or child custody.

    Diagnoses, formulates, and develops a service plan for client needs; develops an action plan; provides direct delivery or other referral services; coordinates and monitors service; prepares reports and reassessments.

    Speaks to the general public and groups on the department's community resources program; solicits for local funds; conducts fund-raising activities; prepares and monitors grants; develops a public relations and publicity program for the community resources and volunteer services; prepares newsletters and articles.

    Schedules and interviews applicants to determine new or continuing service needs; investigates statements and information received from applicant.

    Determines financial eligibility of homemaker clients; locates and assists in nursing home placement; coordinates homemaker schedules; monitors services.

    Refers clients or general public to other agencies; coordinates service with public and private agencies and community resources; coordinates transfer of clients between counties; informs clients of procedures and necessary reports; provides transportation as required for clients.

    Develops, implements, and maintains a documented method to evaluate the effectiveness of community services available; develops and implements methods of public education and awareness of community resources goals and objectives.

    Counsels and trains foster care and adoptive parents; organizes support groups for foster care and adoptive parents; monitors records of foster and adoptive parents.

    Collects and analyzes information to determine suitability of day care and foster care providers; researches for criminal records with local law enforcement; fingerprints foster parents; verifies marital status; interviews and inspects foster care homes.

    Recruits applicants for foster care and adoption; interviews prospective foster care and adoptive parents; contacts references of foster care and adoptive parents.

<u>TITLE</u>: SENIOR SERVICE SOCIAL WORKER (CONT'D)

Conducts studies on adoption; interviews biological parents on independent adoptions; prepares court reports for adoptions; provides pre-adoption parent preparation training.

Develops and implements plans using departmental and county resources to provide services to clients and staff.

Serves as client advocate; provides assistance from governmental and private agencies.

Composes and prepares correspondence to applicants, references, and coordinating state agencies; compiles statistical data and prepares reports as required.

Performs related work as assigned.

## COMPENSABLE FACTORS

Master's degree (in social work) from a school of social work approved by the appropriate agency.

## SPECIAL REQUIREMENT

Possession of, or ability to obtain, a valid Alabama driver's license or ability to obtain suitable alternate transportation.

Applicants for some positions in the Department of Youth Services must be eligible to obtain, during the probationary period, licensure as a graduate social worker with a master's degree in social work from a CSWE accredited program.

REVISED: 6-10-93, 7-23-96



# STATE OF ALABAMA

## PERSONNEL DEPARTMENT

300 Folsom Administrative Building
Montgomery, Alabama 36130-2301
Telephone: (334) 242-3389 Fax (334) 242-1110



State Personnel Director
Halycon Vance Ballard

November 13, 1996

## MEMORANDUM

TO:        Exam History File

FROM:      Bill Summerlin

SUBJECT:   Reannouncement of Senior Social Worker - 50221

On October 16, 1996 this classification was announced open competitive, continuous.

This classification had previously been placed on direct appointment. Due to various factors, this classification was withdrawn from direct appointment and placed back in normal merit system testing.

In order to expedite the placing of applicants on this register and due to advanced degree requirements, a simple pass/fail grading key was established. All applicants who have the minimum qualifications for this position will receive a final score of 95.00.

Upon discussing minimum qualifications with Mr. Waldo Spencer, Department Personnel Officer for the Department of Human Resources, Mr. Spencer felt that the masters degree in social work and no experience was the most appropriate level of experience. This was the traditional minimum qualification for this class and for Social Worker III which was replaced by Senior Social Worker. Based on Mr. Spencer's recommendation, the minimum qualifications were set at a masters degree in social work from a school of social work accredited by the Council of Social Work Education.

```
Minimum Qualifications Summary: 50221

    Rating          Count          Cum Count          Cum %

    Level 1          522              522                26.4
    Level 2          1174             1696               85.9
    Level 3          271              1967               99.6
    Level 4          6                1973               99.9
    Level 5          1                1974               100.0

    Type 1           739              739                37.4
    Type 2           392              1131               57.3
    Type 3           500              1631               82.6
    Type 4           318              1949               98.7
    Type 5           25               1974               100.0

    Experience 1     590              590                29.9
    Experience 2     817              1407               71.3
    Experience 3     415              1822               92.3
    Experience 4     152              1974               100.0

    Level Mean      =    1.88
    Type Mean       =    2.24
    Experience Mean =    2.07

Number of MQ Skills      =    138
Number of Written Skills =    84
Average Number of Raters =    14.3
```

Count represents the total number of times the rating is selected across all MQ items.

## MINIMUM QUALIFICATIONS

Instructions:

**Minimum Qualification:** The type and amount of education, training and experience, in combination, which is essential to acquire the knowledge, skills and abilities to perform the tasks which constitute a job at a <u>minimally acceptable</u> level of performance effectiveness.

To acquire the knowledge, skills and abilities to perform tasks at a minimally acceptable level, the typical individual can obtain education, training and experience of amounts and types which can be specified. To determine the amount and type, SMEs are instructed to make several judgement about the important knowledge, skills and abilities required for the target job.

For each knowledge, skill and ability statement below, indicate the level of education, type of education, and extent of experience required to prepare the typical individual to perform the target job at a minimally acceptable level. Use the following scale definitions.

**Level of Education**

1    Completed requirements for an Associate's Degree

2    Complete requirements for a Bachelor's Degree

3    Completed requirements for a Master's Degree

4    Completed requirements for a Specialist's Degree (Ed. S., etc.)

5    Completed requirement for a terminal degree (Ph.D., Psy. D., etc.)

**Type of Education**

1    any major — unrelated

2    social science major (history, liberal studies, etc.) education, anthropolgy

3    behavioral science major (psychology, sociology, etc.)

4    social work major

5    post baccalaureate course requirements in specialized area of study (i.e., social work, public administration, program evaluation, business administration)

**Experience**

Considering your rating of the level and type of education/training required, judge the extent of experience required to perform the job at a minimally acceptable level.

1    no practice in the application of the knowledge, skill or ability in a feeder job (i.e., a lower level job under the supervision of a target job incumbent or in direct succession to the target job)

2    One year of practice in the application of the knowledge, skill or ability in a feeder job

3    Two years of practice in the application of the knowledge, skill or ability in a feeder job

4    Four years of practice in the application of the knowledge, skill or ability in a feeder job

## EXAMINATION CONTROL SHEET

**CLASS TITLE/** Senior Service Social Worker    **CLASS CODE/** 50221

**OPTION** _____    OPTION _____

**ASSIGNED TO** (Name) Bill Summerlin    ON (date) 10·23·96
**NOTES:**

------------------------------------------------------------------------

## Check categories below indicating type of examination

| CURRENT | CONTINUOUS | * Please describe **OTHER** below |
|---|---|---|
| O.C. _____ | O.C. ✓ | _____ |
| PROM. _____ | PROM. _____ | _____ |
| WRITTEN _____ | WRITTEN _____ | _____ |
| T & E _____ | T & E _____ | _____ |
| OTHER * _____ | OTHER * _____ | _____ |

------------------------------------------------------------------------

|  | #Applied O.C. | PROM | # Accepted O.C. | PROM | #Taking Test O.C. | PROM | # On Register O.C. | PROM | #Provisional/ Reallocation |
|---|---|---|---|---|---|---|---|---|---|
| WM | 4 | | 3 | | | | 3 | | |
| BM | 6 | | 5 | | | | 5 | | |
| OM | 0 | | 0 | | | | 0 | | |
| WF | 13 | | 10 | | | | 10 | | |
| BF | 11 | | 6 | | | | 6 | | |
| OF | 1 | | 0 | | | | ✓ | | |
| TOTALS | 35 | | 24 | | | | 24 | | |

------------------------------------------------------------------------

Job Analysis Completed: 10 30·96    Register Established: 10·31·96 ✓

**NEW JOB STUDY/VALIDATION? Yes** ✓ **No** _____

------------------------------------------------------------------------

### Complete This Section For Written Tests

Written Test Date: _____    Form of Test: _____

Adverse Impact:  Yes _____  No _____

Items deleted: _____

Range _____ to _____; Mean _____ Median _____; Standard Deviation _____; Reliability _____

Pass/Fail Point: _____  Ranking Point: _____

Failing Conversion Factor: _____  Ranking Conversion Factor: _____

Revised: 2/95        ✓ n.a.a - dja - 11/14/96
                     ✓ file revd 11/14/96

8



# STATE OF ALABAMA

## PERSONNEL DEPARTMENT

300 Folsom Administrative Building
Montgomery, Alabama 36130-2301
Telephone: (334) 242-3389 Fax (334) 242-1110



**State Personnel Director**
Halycon Vance Ballard

July 24, 1996

## MEMORANDUM

TO:         Exam History File

FROM:       Bill Summerlin

SUBJECT:    Senior Service Social Worker - 50221

As part of a contractual agreement between Dr. Erich Prien and the Department of Human Resources, a complete job analysis was completed for this class. This information is currently not available to this department. This information will be included in this file as soon as the information is delivered to this office by Dr. Prien.

Dr. Prien also identified minimum qualifications for this job. Dr. Prien's study revealed that a bachelor's degree in a social science and one year of experience in a feeder job was the appropriate minimum qualification. However, after discussing this matter with Mr. Waldo Spencer of the Department of Human Resources, it was determined that the most appropriate qualification was a masters in social work from an accredited school of social science. This minimum requirement is in keeping with the historic requirements for this job and fits with the use of this class in the Department of Human Resources structure.

Therefore, the decision was made to continue to require the masters of social work degree and no work experience as a minimum qualification for this job.

10

# Exhibit 5

**Finch v. MHMR, et al**
**USDC 2:07 cv 24**
**SPD Motion for Summary Judgment**

Announcement Date: **December 6, 1995**

**State of Alabama**
**Personnel Department**
**64 North Union Street**
**Montgomery, AL 36130-2301**

# REHABILITATION SPECIALIST I - 50344
## $27,092 - $41,080

**Department: Rehabilitation Services**          **Location: Statewide**

### TYPE OF EXAMINATION

An open-competitive register will be established. The register will be based on responses to the supplemental questionnaire. The supplemental questionnaire will be sent to applicants who meet the qualifications listed below.

### QUALIFICATIONS NEEDED TO APPLY FOR THE POSITION

You need a Master's degree in rehabilitation, psychology, counseling, human development, social work, nursing, or allied health occupations. Three years of professional level experience providing independent living skills, special education, vocational rehabilitation, or medical rehabilitation services to individuals with disabilities is also required. Three years of experience in one of the specialty areas below may substitute for the required rehabilitation experience.

The following knowledges are needed for this classification: Knowledge of the rehabilitation process, various disabilities, and the employment process. The following abilities are needed for this classification: the ability to work with people with disabilities, communicate orally and in writing, gather information and resources from a variety of different sources, apply knowledge in new or problem situations, and interpersonal ability. This classification also requires knowledge in one or more of the following specialty areas:

> **Vocational rehabilitation, independent living, early intervention, nursing, social work, occupational therapy, audiology, nutrition, physical therapy, speech pathology, blindness/visual impairment, deafness/hard of hearing, traumatic brain injury, and learning disabilities.**

> Names of eligible persons on the employment register will be selectively certified to the employing agency by the specialty areas listed above.

### KIND OF WORK

This is professional work providing technical advice in a specialty area to other organizational staff members. This advice is given face-to-face, by telephone, or by written correspondence. A large amount of administrative work is required of someone in this classification. These duties include record keeping, completing production reports, attending training programs, staying updated on new developments in the specialty area, etc.

### NOTE

This position requires extensive local travel in a personal automobile. Overnight travel is required. Out of state travel is also required.

### HOW TO APPLY

Use an official Application for Examination form. This form may be obtained from the State Personnel Department or from any local Alabama Employment Service Office. Your application must be returned to the State Personnel Department at the above address. This announcement will remain open until further notice. Photocopied and facsimile (fax # 334-242-1110) applications will be accepted.

#### ****THE STATE OF ALABAMA IS AN EQUAL OPPORTUNITY EMPLOYER.****

**Exhibit 5**
*Finch, 2:07 cv 24*
*SPD Mtn for Summary Judgment*

# Exhibit 6

**Finch v. MHMR, et al**
**USDC 2:07 cv 24**
**SPD Motion for Summary Judgment**

# EXAM HISTORY FILE CHECKLIST

DATE: 2-24-96

CLASS TITLE/CODE: Rehabilitation Specialist I - 50344

### Please arrange file in the order listed below
### Number each page in Lower Right Corner with Red Ink - beginning with Check List
### please mark N/A beside boxes that do not apply

- ☑ Checklist
- ☑ Job Announcement
- ☑ Agency Request for announcement of an employment exam
- ☑ Job Specification, checked for accuracy and completeness. If it varies from MQs set in job analysis, a letter from the exam analyst to classification to adjust specifications should be included
- ☑ Copy of the test, questionnaire or forms used
- ☑ Scoring key or Rating Information
- ☑ Job Analysis Summary information
  - ☑ *Documentation on selected SMEs. If any were rejected, state why*
  - ☑ *On-Site forms (Notes on equipment, materials, work conditions, etc.)*
  - ☑ *Meetings (When, who and what covered)*
  - ☑ *Work Behaviors (WBs), Knowledges, Skills and Abilities (KSAs), Physical Abilities (PAs), and Work Conditions (WCs)--(if applicable)*
  - ☑ *Ratings*
  - ☑ *Linkages (exp: Tasks to KSA's, Tasks to Training, etc.)*
  - ☑ *General notes from analyst as needed*

- ☑ Exam Plan Information
  - ☑ *SME documentation (if different from Job Analysis SMEs)*
  - ☑ *Information linking Exam Plan to the Job Analysis*
  - ☑ *MQ Validation Documentation*
  - ☑ *Explanation of exam procedure and alternatives considered*
  - N/A ☐ *Sociolinguist review information (if applicable)*
  - ☑ *Correspondence from Industrial Organizational Psychologists (or other experts)*
  - ☑ *General notes from analyst as needed*

- N/A ☐ Validation Report (Sociolinguist changes noted or correspondence from Industrial Organizational Psychologists or other experts)
- N/A ☐ Test and Item Analysis Printouts
- N/A ☐ Results/notes from the item analysis review of a written test after administration
- ☑ Individual Questionnaires - JAQs (If 3 or less SMEs, include individual questionnaires-if more than three, questionnaires are sent to Archives)
- ☑ Control Sheet

**Exhibit 6**
*Finch, 2:07 cv 24*
*SPD Mtn for Summary Judgment*

*Total Number of Pages:* ~~218~~ 220

*Revised :7/95*

Announcement Date: **December 6, 1995**

**State of Alabama**
**Personnel Department**
**64 North Union Street**
**Montgomery, AL 36130-2301**

# REHABILITATION SPECIALIST I - 50344
## $27,092 - $41,080

**Department: Rehabilitation Services**          **Location: Statewide**

### TYPE OF EXAMINATION

An open-competitive register will be established. The register will be based on responses to the supplemental questionnaire. The supplemental questionnaire will be sent to applicants who meet the qualifications listed below.

### QUALIFICATIONS NEEDED TO APPLY FOR THE POSITION

You need a Master's degree in rehabilitation, psychology, counseling, human development, social work, nursing, or allied health occupations. Three years of professional level experience providing independent living skills, special education, vocational rehabilitation, or medical rehabilitation services to individuals with disabilities is also required. Three years of experience in one of the specialty areas below may substitute for the required rehabilitation experience.

The following knowledges are needed for this classification: Knowledge of the rehabilitation process, various disabilities, and the employment process. The following abilities are needed for this classification: the ability to work with people with disabilities, communicate orally and in writing, gather information and resources from a variety of different sources, apply knowledge in new or problem situations, and interpersonal ability. This classification also requires knowledge in one or more of the following specialty areas:

**Vocational rehabilitation, independent living, early intervention, nursing, social work, occupational therapy, audiology, nutrition, physical therapy, speech pathology, blindness/visual impairment, deafness/hard of hearing, traumatic brain injury, and learning disabilities.**

Names of eligible persons on the employment register will be selectively certified to the employing agency by the specialty areas listed above.

### KIND OF WORK

This is professional work providing technical advice in a specialty area to other organizational staff members. This advice is given face-to-face, by telephone, or by written correspondence. A large amount of administrative work is required of someone in this classification. These duties include record keeping, completing production reports, attending training programs, staying updated on new developments in the specialty area, etc.

### NOTE

This position requires extensive local travel in a personal automobile. Overnight travel is required. Out of state travel is also required.

### HOW TO APPLY

Use an official Application for Examination form. This form may be obtained from the State Personnel Department or from any local Alabama Employment Service Office. Your application must be returned to the State Personnel Department at the above address. This announcement will remain open until further notice. Photocopied and facsimile (fax # 334-242-1110) applications will be accepted.

**\*\*\*\*THE STATE OF ALABAMA IS AN EQUAL OPPORTUNITY EMPLOYER.\*\*\*\***

2

# EXAM HISTORY FILE CHECKLIST

DATE: 2-29-96

CLASS TITLE/CODE: Rehabilitation Specialist I - 50344

**Please arrange file in the order listed below**
**Number each page in Lower Right Corner with Red Ink - beginning with Check List**
**please mark N/A beside boxes that do not apply**

- ☑ Checklist
- ☑ Job Announcement
- ☑ Agency Request for announcement of an employment exam
- ☑ Job Specification, checked for accuracy and completeness. If it varies from MQs set in job analysis, a letter from the exam analyst to classification to adjust specifications should be included
- ☑ Copy of the test, questionnaire or forms used
- ☑ Scoring key or Rating Information
- ☑ Job Analysis Summary information
  - ☑ *Documentation on selected SMEs. If any were rejected, state why*
  - ☑ *On-Site forms (Notes on equipment, materials, work conditions, etc.)*
  - ☑ *Meetings (When, who and what covered)*
  - ☑ *Work Behaviors (WBs), Knowledges, Skills and Abilities (KSAs), Physical Abilities (PAs), and Work Conditions (WCs)--(if applicable)*
  - ☑ *Ratings*
  - ☑ *Linkages (exp: Tasks to KSA's, Tasks to Training, etc.)*
  - ☑ *General notes from analyst as needed*

- ☑ Exam Plan Information
  - ☑ *SME documentation (if different from Job Analysis SMEs)*
  - ☑ *Information linking Exam Plan to the Job Analysis*
  - ☑ *MQ Validation Documentation*
  - ☑ *Explanation of exam procedure and alternatives considered*
  - N/A ☐ *Sociolinguist review information (if applicable)*
  - ☑ *Correspondence from Industrial Organizational Psychologists (or other experts)*
  - ☑ *General notes from analyst as needed*

- N/A ☐ Validation Report (Sociolinguist changes noted or correspondence from Industrial Organizational Psychologists or other experts)
- N/A ☐ Test and Item Analysis Printouts
- N/A ☐ Results/notes from the item analysis review of a written test after administration
- ☑ Individual Questionnaires - JAQs (If 3 or less SMEs, include individual questionnaires-if more than three, questionnaires are sent to Archives)
- ☑ Control Sheet

Total Number of Pages: ~~222 218 219~~ 220                    Revised : 7/95

Announcement Date: **December 6, 1995**

**State of Alabama**
**Personnel Department**
**64 North Union Street**
**Montgomery, AL  36130-2301**

# REHABILITATION SPECIALIST I - 50344
## $27,092 - $41,080

**Department: Rehabilitation Services**          **Location: Statewide**

### TYPE OF EXAMINATION

An open-competitive register will be established.  The register will be based on responses to the supplemental questionnaire.  The supplemental questionnaire will be sent to applicants who meet the qualifications listed below.

### QUALIFICATIONS NEEDED TO APPLY FOR THE POSITION

You need a Master's degree in rehabilitation, psychology, counseling, human development, social work, nursing, or allied health occupations.  Three years of professional level experience providing independent living skills, special education, vocational rehabilitation, or medical rehabilitation services to individuals with disabilities is also required.  Three years of experience in the specialist area can substitute for  the required rehabilitation experience.

The following knowledges are needed for this classification:  Knowledge of the rehabilitation process, various disabilities, and the employment process.  The following abilities are needed for this classification: the ability to work with people with disabilities, communicate orally and in writing, gather information and resources from a variety of different sources, apply knowledge in new or problem situations, and interpersonal ability.  This classification also requires knowledge in one or more of the following specialist areas:

**Vocational rehabilitation, independent living, early intervention, nursing, social work, occupational therapy, audiology, nutrition, physical therapy, speech pathology, blindness/visual impairment, deafness/hard of hearing, traumatic brain injury, and learning disabilities.**

Applicants will be selectively certified based on the specialist areas for which they qualify.

### KIND OF WORK

This is professional work providing technical advice in a specialty area to other organizational staff members.  This advice is given face-to-face, by telephone, or by written correspondence.  A large amount of administrative work is required of someone in this classification.  These duties include  record keeping, completing production reports, attending training programs, staying updated on new developments in the specialty area, etc..  Contact with clients is very rare and is done only on an as needed basis.

### NOTE

This position requires extensive local travel in a personal automobile.  Overnight travel is required.  Out of state travel is also required.

### HOW TO APPLY

Use an official Application for Examination form. This form may be obtained from the State Personnel Department or from any local Alabama Employment Service Office. Your application must be returned to the State Personnel Department at the above address. This announcement will remain open until further notice. Photocopied and facsimile (fax # 334-242-1110) applications will be accepted.

**\*\*\*\*THE STATE OF ALABAMA IS AN EQUAL OPPORTUNITY EMPLOYER.\*\*\*\***

3

================= Grammatik =================

Statistics for A:\50344.ana

Readability Statistics

  Flesch Reading Ease:  39
  Gunning's Fog Index:  16
  Flesch-Kincaid Grade Level: 12

Paragraph Statistics

  Number of paragraphs: 9
  Average length:    4.1 sentences

Sentence Statistics

  Number of sentences:  37
  Average length:    15.7 words
  End with '?':    2
  End with '!':    2
  Short (< 12 words):  19
  Long  (> 30 words):  4

Word Statistics

  Number of words:    584
  Average length:    4.73 letters
  Syllables per word:  1.79

=========================================================

4



# STATE OF ALABAMA
## PERSONNEL DEPARTMENT
300 Folsom Administrative Building
Montgomery, Alabama 36130-2301
Telephone: (334) 242-3389 Fax (334) 242-1110



**State Personnel Director**
Halycon Vance Ballard

June 9, 1995

**State Personnel Board**
Joe Williamson
Joe Dickson
'Dick Anderson
Ruth Harrell
Harry McMillan

TO:   Debra L. Spann, Personnel Manager
      Dept. of Rehabilitation Services

FROM: David M. McCarroll, Personnel Analyst
      Examination and Recruitment

RE:   Job Analysis for Rehabilitation Specialist I, II, and III (50344, 50345, 50346)

I have received permission to begin the job studies for the three positions mentioned above. After observing other analysts conducting job analysis interviews, I will begin to schedule on-site visits for the above positions. This will be the preliminary step in the job analysis, where I will observe people on-the-job and ask questions as needed to help clarify their duties. This information will then be used to develop a preliminary list of tasks and KSA's for the positions in question.

.For the three positions, please choose an appropriate person for an on-site interview. Forward this list with their phone numbers to me next week. I will be ready to conduct the interviews Friday, June 16. I will schedule the interviews as soon as possible after on or shortly after that date. Your assistance is greatly appreciated.

DMM
cc: Dora Jackson
    LynnAnn Palmer

5



# STATE OF ALABAMA

## PERSONNEL DEPARTMENT

300 Folsom Administrative Building
Montgomery, Alabama 36130-2301
Telephone: (205) 242-3389    Fax: (205) 240-3171

November 4, 1994



**State Personnel Board**
Joe H. Williamson
Ruth O. Harrell
Joe Dickson
Harry McMillan

**State Personnel Director**
Halycon Vance Ballard

Wayne Teague, Superintendent
State of Alabama
Department of Education
Gordon Persons Building
Montgomery, Al 36130-3901

Dear Dr. Teague:

I have received your request to open for examination all options of the following jobs:

| | |
|---|---|
| Rehabilitation Specialist I | 50344 |
| Rehabilitation Specialist II | 50345 |
| Rehabilitation Specialist III | 50346 |

I have forwarded these assignments to Dora Jackson's examination team. You should be contacted by one of her team members regarding the development of these examinations soon.

Sincerely,

Douglas R. Lunsford, Manager
Examination and Recruitment

DRL/dja





# STATE OF ALABAMA
## PERSONNEL DEPARTMENT
300 Folsom Administrative Building
Montgomery, Alabama 36130-2301
Telephone: (205) 242-3389   Fax: (205) 240-3171

**State Personnel Director**
Halycon Vance Ballard

**State Personnel Board**
Joe H. Williamson
Ruth O. Harrell
Joe Dickson
Harry McMillan

November 1, 1994

**TO:**    Debra Spann, Personnel Manager
Division of Rehabilitation Services

**FROM:**  Dora Jackson, Examination Administration Analyst
State Personnel Department

**RE:**    Prioritized List of Job Classes for Examination Development and
Employment Registers

We have received your prioritized listing of job classes for examination development
and employment registers. However, we have not received a letter requesting
registers for the following jobs from your department:

> 50387 - Rehabilitation Specialist I
> 50388 - Rehabilitation Specialist II
> 50389 - Rehabilitation Specialist III

Our Division will need a letter of request in order to begin the examination process
for these jobs. Even though we don't have a letter of request on record for the
Rehabilitation Counselor III (50353) job class, one is not required since the
Department of Mental Health and Retardation has already requested it.

MaryBeth McCain will contact your office concerning the job analysis process for
District Service Coordinator (50367) and District Council Coordinator (50364). I
will contact you concerning arrangements for the job study for the Rehabilitation
Counselor III (50353) job class in the next several weeks.

I hope the information I have provided regarding establishing registers for your
Division proves helpful. If you need further assistance, please contact me.

DJ/pdh





**State of Alabama**
# Department of Education
Division of
REHABILITATION SERVICES
2129 East South Boulevard
P.O. Box 11586
Montgomery, Alabama 36111-0586
Telephone (205) 281-8780
FAX (205) 281-1973

Lamona H. Lucas
Director

Wayne Teague
State Superintendent of Education

October 31, 1994

Mr. Doug Lunsford
Manager, Examinations and Recruitment
State Personnel Department
300 Folsom Administrative Bldg.
Montgomery, AL 36130

Dear Mr. Lunsford:

The State Department of Education, Division of Rehabilitation Services would like to request the establishment of the following registers:

| Class Title | Class Code |
|---|---|
| Rehabilitation Specialist I | 50344 |
| Rehabilitation Specialist II | 50345 |
| Rehabilitation Specialist III | 50346 |

These classes were established at the September, 1994 meeting of the State Personnel Board.

Your prompt attention to this request is appreciated.

Sincerely,

*Wayne Teague*

Wayne Teague
State Superintendent of Education

DLS/dal



8

September 19, 1994


Mr. Doug Lunsford
Manager, Examinations and Recruitment
State Personnel Department
300 Folsom Administrative Bldg.
Montgomery, AL  36130

Dear Mr. Lunsford:

The State Department of Education, Division of Rehabilitation Services would like to request the establishment of the following registers:

| Class Title | Class Code |
|---|---|
| Rehabilitation Specialist I | 50344 |
| Rehabilitation Specialist II | 50345 |
| Rehabilitation Specialist III | 50346 |

These classes were established at the September, 1994 meeting of the State Personnel Board.

Your prompt attention to this request is appreciated.

Sincerely,



Wayne Teague
State Superintendent of Education


DLS/dal

9

TITLE: REHABILITATION SPECIALIST I    (Options: See Below)    CODE: 50344

DEFINITION

This is responsible rehabilitation work in providing technical assistance, consultation, and program services to local field office staff and developing training materials in specific field of disability, program, or area.

Employees in this class are responsible for providing specialized advisory services, professional guidance, and technical assistance to professional personnel in local field offices and developing training materials to improve and assure quality services are delivered to clients of Rehabilitation Services. Employees function at the state-level performing specialized consultative work in a statewide program providing advisory services to professional personnel in local field offices who in turn provide direct services to clients. Work may involve directing the work of others as it relates to implementing program objectives and carrying out associated program activities. Other assignments involve working with advocacy groups, conducting research in specific areas, and working on special projects. Work is performed independently with general supervision from a Rehabilitation Specialist, assistant director, and/or the state commissioner in accordance with approved policies and regulations.

EXAMPLES OF WORK PERFORMED (Any one position may not include all of the duties listed, nor do the examples cover all of the duties which may be performed.)

Participates in the development of rehabilitation programs consistent with current developments in specific areas of disability.

Acts as advisor and consultant to supervisors and directs service staffing order to implement current trends in the fields of rehabilitation.

Participates in the development of training curricula and materials in a specialized field of rehabilitation.

Assists in planning and coordinating statewide programs for children or adults with disabilities in order to accomplish the objectives of the rehabilitation program in assisting these individuals in achieving their maximum potential.

Visits field offices to assist in the determination of learning needs which includes administering needs assessments.

Monitors program services, including quality of services delivered.

Provides plan of action based on program needs.

Gathers, interprets, and distributes statistical data about program performance and other information as needed.

Develops and maintains relations with consumer groups, individual consumers, and professional organizations to identify and meet the needs of disability groups.

Researches current developments in serving people with disabilities.

Prepares grant applications; reviews facility and grant budget.

Performs related work as assigned.

REQUIRED KNOWLEDGE, SKILLS, AND ABILITIES

Considerable knowledge of local, state, and federal organizations and advocacy groups for specialty.

10

TITLE: REHABILITATION SPECIALIST I (CONT'D)

Considerable knowledge of pertinent state and federal laws especially as they pertain to area of specialty.

Considerable knowledge of trends in program area.

Working knowledge of computers and computer programs as they pertain to area of speciality.

Working knowledge of subject matter of the specific program/disability area assigned.

Ability to interpret policies and procedures to Rehabilitation personnel, clients, and the general public.

Ability to promote the continuos improvement of the Rehabilitation programs.

Ability to formulate and express ideas and work with others to accept efficient methods of instruction.

Ability to plan, organize, and direct rehabilitation programs.

Ability to express ideas clearly and concisely, orally and in writing.

Ability to establish and maintain effective working relationships with clients, associates, general public, rehabilitation personnel, and others in carrying out the rehabilitation programs.

Ability to train and instruct others.

Ability to interpret laws and regulations.

Ability to prepare grant applications and perform associated duties.

Ability to organize and direct the work of others..

QUALIFICATIONS  (The following qualifications are provided in order to identify compensable factors.  Minimum qualifications utilized for selection purposes will be determined as part of an examination job analysis process.)

Any combination of training and experience equivalent to:

Graduation from a four-year college or university supplemented by graduate work to the level of a master's degree in rehabilitation or related field of specialization.

Considerable (two to five years) experience in the specified rehabilitation specialty.

OPTIONS:     Vocational Rehabilitation( VR, Employer Development, and Business Enterprise )
Independent Living ( Ind. Living, Homebound, and Rehabilitation )
CR Registered Nurse
CR Social Work                       Deafness/Hard of Hearing
CR Occupational Therapist            Traumatic Brain Injury
CR Audiologist                       Learning Disability
CR Nutritionist
CR Physical Therapist
Early Intervention
Speech Pathologist
Blindness/ Visually Impaired

APPROVED: 9-19-94

# Rehabilitation Specialist I - 50344

## Supplemental questionnaire

Your application for Rehabilitation Specialist I has been accepted. All qualified applicants must complete this questionnaire. This is a task-based checklist. The purpose of this questionnaire is to properly evaluate past work experiences that have previously been identified as comprising part of the job of Rehabilitation Specialist I. The answers on this questionnaire will constitute 100% of your final score.

You should return this questionnaire to the address below no later than **February 9, 1996**. Questionnaires received after this may result in your name not being placed on the register for Rehabilitation Specialist I for this evaluation period.

**Return to:**　　　　State Personnel Department
　　　　　　　　　　64 North Union Street
　　　　　　　　　　300 Folsom Administrative Building
　　　　　　　　　　Montgomery, AL  36130
　　　　　　　　　　ATTN:  David McCarroll

**READ, SIGN AND DATE THE FOLLOWING STATEMENT:**
Your signature certifies that all information on this form and the attached sheets is complete and accurate to the best of your knowledge and belief. Your signature also certifies that the product is only your work which was composed without the assistance of any other individual. According to Rule 670-X-9 of the Rules of the State Personnel Board, the Personnel Director may disqualify you from further consideration, remove you name from the register, or refuse to certify your name from the register. Further, you can be dismissed from State service for making false statements or certifications with respect to a test and, for willful violations, can be subject to criminal prosecution.


**SIGNATURE**　　　　　　　　　　　　　　　　　**DATE**


**NAME (print or type)**
**ADDRESS**
**CITY, STATE, ZIP CODE**
**SOCIAL SECURITY NUMBER**


**SPECIAL NOTE:**
Examples of cheating include but are not limited to:  having someone else complete your questionnaire, exam, or other selection device;  misrepresenting any of the following information:  education, work history, duties, number of people supervised, length of employment, or type of employment (full or part-time); attempting to use political influence during the application or examination process; or discussing the contents or the exam with other applicants or potential applicants.

ll

**WORK EXPERIENCE:** List below any work experiences you have had which are related to the job of Rehabilitation Specialist I. Begin with your most recent work experience. If you have held different jobs with the same agency or organization, list each position as a separate work experience. When you check the tasks that you have performed under each Work Behavior, you are required to list the work experience block(s) where you performed the particular Work Behavior. These experience blocks will be used for verification of your experience, so it is necessary for you to list every job experience block that corresponds to the work behavior in question.

1.  Name of current/previous employer:

    Your job title:

    Beginning date:                              Ending date:

    If part-time, average number of hours worked each week:

    Reference:  (Someone who can verify information)

            Name:

            Address:

            Occupation:

            Phone Number:


2.  Name of current/previous employer:

    Your job title:

    Beginning date:                              Ending date:

    If part-time, average number of hours worked each week:

    Reference:  (Someone who can verify information)

            Name:

            Address:

            Occupation:

            Phone Number:

12

3.     Name of current/previous employer:

Your job title:

Beginning date:                          Ending date:

If part-time, average number of hours worked each week:

Reference:   (Someone who can verify information)

        Name:

        Address:

        Occupation:

        Phone Number:

4.     Name of current/previous employer:

Your job title:

Beginning date:                          Ending date:

If part-time, average number of hours worked each week:

Reference:   (Someone who can verify information)

        Name:

        Address:

        Occupation:

        Phone Number:

13

5.    Name of current/previous employer:

Your job title:

Beginning date:                          Ending date:

If part-time, average number of hours worked each week:

Reference:    (Someone who can verify information)

Name:

Address:

Occupation:

Phone Number:

6.    Name of current/previous employer:

Your job title:

Beginning date:                          Ending date:

If part-time, average number of hours worked each week:

Reference:    (Someone who can verify information)

Name:

Address:

Occupation:

Phone Number:

14

**INSTRUCTIONS:**

A Rehabilitation Specialist I has four main responsibilities. These responsibilities are listed below as work behaviors. Each work behavior has several subordinate duties (task statements) listed that must be performed in order for the work behavior to be accomplished. You are asked to check each task that you have performed in the past. Performance of these tasks must have been in the context of providing services in one of the specialty areas.

**First**, read the work behavior and then read each task listed below that work behavior.

**Second**, check each task that you have performed in the past.

**Third**, in the space beside the work behavior, list any experience block number(s) where you performed the work behavior.

**Fourth**, proceed to the next work behavior until all tasks have been rated.

**Work Behavior 1.**  **Provide technical assistance in a specialty area such as vocational rehabilitation, audiology, nutrition, physical therapy, learning disabilities, etc. to provide timely, high-quality rehabilitation services.**          Experience block(s)

Review/Resolve problem cases in your specialty area (such as TBI, early intervention, physical therapy, audiology, etc.).          ❑

Answer calls from staff needing assistance.          ❑

Advise staff about where to find existing community resources.          ❑

Advise staff about how to use existing community resources.          ❑

Travel to field offices to observe, monitor, and/or resolve particularly difficult cases/problems.          ❑

Maintain a file of current information concerning your specialty area.          ❑

Seek out new resources to address needs in your specialty area.          ❑

Develop strategies to improve services in your specialty area.          ❑

Advise staff about strategies for using client service funds wisely.          ❑

**Work Behavior 2.**  **Develop and conduct training programs in a specialty area such as vocational rehabilitation, audiology, nutrition, physical therapy, learning disabilities, etc. to keep departmental/organizational staff aware of current developments in the specialty area.**          Experience block(s)

Train the staff regarding the departmental/organizational policies and procedures.          ❑

Make presentations at outside training programs in your specialty area.          ❑

15

**Work Behavior 3.** **Conduct departmental/organizational research in a specialty area such as vocational rehabilitation, audiology, nutrition, physical therapy, learning disabilities, etc. in order to determine such things as departmental/organizational strengths and weaknesses, current training needs, and counseling effectiveness.**    Experience block(s)

Determine the extent of training the department/organization needs for your specialty area.    ❑

Plan and conduct research to determine the level of client/family satisfaction.    ❑

Conduct research to determine if the department/organization, certain units, or certain employees are meeting their goals.    ❑

Monitor the department/organization's success in fulfilling agreements made with outside agencies.    ❑

**Work Behavior 4.** **Perform administrative duties as needed to secure program funding, to maintain proper communication with co-workers, to maintain proper documentation of services provided, etc.**    Experience block(s)

Prepare reports for the main office, such as budget reports, facility reviews, production reports and training reports.    ❑

Attend staff meetings to update the staff on your current progress.    ❑

Attend staff meetings to update the staff about future plans.    ❑

Develop continuation grants to maintain program funding.    ❑

Develop grant proposals to increase program funding.    ❑

Coordinate grant activities to ensure that the grant objectives are met.    ❑

Report data to Federal and State agencies that are responsible for ensuring the grant's objectives are met.    ❑

Plan budget.    ❑

Monitor the expenditure of funds.    ❑

Review financial reports from the accounting division.    ❑

Develop inter-agency networks of service providers in the district and the state.    ❑

Work collaboratively with divisions in the department/organization and other agencies when providing services in your specialty area.    ❑

16

Maintain good relationships with advocacy groups and support groups involved in your specialty area.  ❑

Inform the public about the availability of services in your specialty area by presenting at conferences, speaking to groups, etc.  ❑

Help to create new departmental/organizational policies and procedures governing your specialty area.  ❑

Review departmental/organizational policies and procedures.  ❑

Review other agencies' policies and their possible effect in rehabilitation or your specialty area.  ❑

Develop special plans for providing services related to your specialty area in rural areas.  ❑

Interpret existing laws that affect the rehabilitation process or your specialty area.  ❑

Write contracts for service providers/consultants outside the department/organization.  ❑

17

**Rehabilitation / Specialty Area Background**

My clients have been (circle one):    Adults          Children          Both

Please list any professional licenses, certificates, etc. that you have obtained.  Be sure to give the license/certificate number if there is one.

Please check the following specialty areas in which you have experience, and check the appropriate column indicating the number of years you have provided services in that area:

| Specialty Area | Check below if you have experience in this specialty area | 1-2 years | 3-4 years | 5-6 years | 7 or more years |
|---|---|---|---|---|---|
| Vocational Rehabilitation | ❏ | ❏ | ❏ | ❏ | ❏ |
| Independent Living | ❏ | ❏ | ❏ | ❏ | ❏ |
| Early Intervention | ❏ | ❏ | ❏ | ❏ | ❏ |
| Nursing | ❏ | ❏ | ❏ | ❏ | ❏ |
| Social Work | ❏ | ❏ | ❏ | ❏ | ❏ |
| Occupational Therapy | ❏ | ❏ | ❏ | ❏ | ❏ |
| Audiology | ❏ | ❏ | ❏ | ❏ | ❏ |
| Nutrition | ❏ | ❏ | ❏ | ❏ | ❏ |
| Physical Therapy | ❏ | ❏ | ❏ | ❏ | ❏ |
| Speech Pathology | ❏ | ❏ | ❏ | ❏ | ❏ |
| Blindness/Visual Impairment | ❏ | ❏ | ❏ | ❏ | ❏ |
| Deafness/Hard of Hearing | ❏ | ❏ | ❏ | ❏ | ❏ |
| Traumatic Brain Injury | ❏ | ❏ | ❏ | ❏ | ❏ |
| Learning Disabilities | ❏ | ❏ | ❏ | ❏ | ❏ |

18

Selective Certification criteria for Rehabilitation Specialist Series.

| Option area | Education | Experience |
| --- | --- | --- |
| Vocational Rehabilitation - All 241 | Master's degree in any of the listed areas and<br><br>OR<br><br>Master's degree in rehabilitation and | the required amount of vocational rehabilitation experience providing services directly to the client.<br><br>OR<br><br>the required amount of vocational rehabilitation or specialty area experience providing services directly to the client. |
| Early Intervention - All 240 | Master's degree in rehabilitation, human development (includes special education, child development, early childhood education, early childhood special education, school administration etc.), audiology, education of the blind and visually impaired, education of the deaf and hard of hearing, nursing, nutrition, occupational therapy, Orientation & mobility, physical therapy, psychology (includes school psychology, social work, or speech/language pathology | The required amount of early intervention experience providing services directly to the client. |
| Learning Disabilities - I and II 245 | Master's degree in rehabilitation, psychology, counseling, human development (includes special education, child development, early childhood education). | The required amount of rehabilitation experience with individuals who have learning disabilities. |
| Blindness/Visual Impaired - All 242 | Master's degree in rehabilitation, blind studies, counseling, orientation and mobility, or rehabilitation teaching. | The required amount of rehabilitation experience providing direct services to individuals who are blind or visually impaired. |
| Deafness/Hard of Hearing - All 243 | Master's degree in rehabilitation, deaf studies, deaf culture, or counseling. | The required amount of rehabilitation experience providing direct services to individuals who are deaf or hard of hearing |
| TBI - I and II 244 | Master's degree in rehabilitation, psychology, counseling, nursing, or allied health occupations. | The required amount of vocational rehabilitation experience with individuals who have received traumatic brain injuries. |

| Option area | Education | Experience |
|---|---|---|
| Independent Living - All 246 | Master's degree in rehabilitation, psychology, counseling, or nursing. | The required amount of rehabilitation experience providing independent living services directly to individuals with disabilities. |
| Nursing - All 149 | Master's degree in rehabilitation, nursing, or public health. | The required amount of nursing experience. |
| Social Work - All 087 | Master's degree in social work. | The required amount of social work experience. |
| Speech Pathology - I and II 084 | Master's degree in speech pathology or speech-language pathology. | The required amount of speech pathology experience. |
| CR Physical Therapy - All 239 | Master's degree in physical therapy. | The required amount of physical therapy experience. |
| CR Occupational Therapy - I and II 247 | Master's degree in occupational therapy. | The required amount of occupational therapy experience. |
| CR Audiology - I and II 237 | Master's degree in audiology. | The required amount of audiology experience. |
| CR Nutrition - I and II 238 | Master's degree in nutrition. | The required amount of nutrition experience. |

"Master's degree in rehabilitation" includes rehabilitation counseling, rehabilitation administration, rehabilitation services, and vocational evaluation, unless otherwise noted.

STATE MERIT SYSTEM

STATE OF ALABAMA PERSONNEL

# JOB ANALYSIS

## SUMMARY REPORT

### FOR

### REHABILITATION SPECIALIST I (50344)

64 NORTH UNION STREET

MONTGOMERY, AL 36130

21

# JOB ANALYSIS WORKSHEET

## PART I

DATE: February 27, 1996

**I. ANALYST:** David McCarroll

### SUBJECT MATTER EXPERTS:

| NAME | RACE/SEX | TITLE | YEARS OF EXPERIENCE | PARTICIPATION |
|------|----------|-------|---------------------|---------------|
| Kim Hill | W / F | Rehabilitation Specialist II | 4 | 0 |
| Julia Brock | W / F | Rehabilitation Specialist II | 2 | 0 |
| Dean Akin | W / M | Assistant Director, ADRS | 9 | 0 |
| James Harris III | W / M | Rehabilitation Supervisor III | 2.5 | 0 |
| Sheila Dunbar | W / F | Rehabilitation Specialist I | 6 | J |
| Joan Murray | W / F | Rehabilitation Specialist I | 2 | J |

**NOTE: 0 stands for on-site and J stands for job analysis questionnaire.**

## II. JOB

**Title/Option:** Rehabilitation Specialist I   **Class Code:** 50344   **Option Code:** N/A   **Pay Range:** 27,092 - 41,080 (73)

**Number Employed: 3**   ( ) General Class   (X) Special Class

**Vacancies:**   **Location** - Statewide   **Department** - Rehabilitation   **Number** - Various

**Job Studied:**   **Department** - Rehabilitation   **Number** - 6

## III. RELATION TO OTHER JOBS AND WORKERS

**Promotion:**   **From** - Open competition to specialty areas in the field of rehabilitation services and complementary health fields.
**To** - Rehabilitation Specialist II.

**Supervision:**   **Received/Title** - Work is periodically reviewed by Rehabilitation Supervisor Series or Children's Rehabilitation Supervisor Series.
**Given/Title** - No

IV.  JOB ANALYSIS METHODOLOGY (including dates and places)

| Date | Action Taken |
|------|--------------|
| 6-9-95 | Was given the assignment to begin the job analysis for the Rehabilitation Specialist Series.  Sent memo to the Department of Rehabilitation Services saying I was ready to begin studying the series. |
| 6-10 to 6-11-95 | Reviewed Class Specifications and background material for the series. |
| 6-16-95 | Scheduled the first on-site interview. |
| 6-22-95 | Conducted an on-site interview with Dean Akin and James Harris III. |
| 6-27-95 | Conducted a follow-up interview with Dean Akin and James Harris III. |
| 7-3 to 7-10-95 | Prepared tentative task/KSA/JAQ lists. |
| 7-20-95 | Focus group with Julia Brock and Kim Hill. |
| 7-21-95 | Final task/KSA/JAQ list is completed. |
| 7-24-95 | Lists sent to SME's to review the thoroughness of task and KSA lists and to check for proper terminology. |
| 8-14-95 | Feedback received from all SME's. |
| 8-15-95 | Composed JAQ. |
| 8-16-95 | Sent JAQ. |
| 10-9-95 | Assistant began entering JAQ data. |
| 10-16-95 | Received last JAQ and started JAQ analysis. |
| 10-17-95 | Finished JAQ analysis and started summary report. |
| 10-20 to 10-23-95 | Follow-up conversations with SME's. |
| 11-9-95 | Summary report completed. |
| 12-6-95 | Officially Announced. |

3

22

**Selection of SMEs:** Dean Akin, James Harris, Julia Brock, and Kim Hill were used for interviews and focus groups on the recommendation of the agency. There were four incumbent Rehabilitation Specialist I's at the time, but they were all provisional appointments who had transferred from the Education Specialist classification. They were not used as beginning SME's because the nature of their work was changing now that Rehabilitation Services had become a department separate from the Department of Education. Two of them, Sheila Dunbar and Joan Murray, were given the JAQ to complete, because the agency said their work would be essentially the same as it had been as Education Specialists. Barbara Ashby was also sent a JAQ, but based on her responses, she was judged to be in a different classification than Rehabilitation Specialist.

**Job Description:** Employees provide technical assistance to other staff members (primarily Rehabilitation Counselors) in their particular specialty area, which can take place in person, by telephone, or through written correspondence. This work necessitates a large amount of administrative work, such as record keeping, production reports, attending training programs, staying updated on new developments in the specialty area, etc. They can also be responsible for conducting training programs or departmental research in their specialty area. Rehabilitation Specialist I's do not supervise anyone. There may be a negligible amount of client contact.

**Work Environment:** Work is conducted almost exclusively indoors. Work involves travel, although it is not frequent (can be overnight and out of state).

**Machines and Equipment Used:** Automobiles and general office equipment (computer, typewriter, photocopier, telephone, etc.)

**Recency:** Recency of experience and education are not important factors.

**Training after hire:** Employees will receive training in the Department's rules, regulations, and procedures, if they are new to the department.

**Special Requirements and Conditions:** N/A

**Degree of Supervision:** Work is performed very independently. Supervisor basically reviews the amount of work performed by the employee and how well records are kept.

**Interaction with others:** A great deal of contact with departmental staff and other agencies involved in the rehabilitation process (rehabilitation facilities, hospitals, doctors, schools, etc. There may be a negligible amount of client contact.

4

# TASK AND DUTIES RATING FORM

## SCALE A
**FREQUENCY**

How often do you perform this task?

1 = Yearly
2 = Quarterly
3 = Monthly
4 = Weekly
5 = Daily
6 = Hourly

## SCALE B
**IMPORTANCE:**

How important is it for this task to be performed correctly? Think about what happens if an error is made (some delay of service, work must be re-done, danger to patients, cost to the department).

0 = Not important
1 = Slightly important
2 = Important
3 = Very Important
4 = Crucial

## SCALE C
**NECESSARY AT ENTRY:**

Is it necessary for a newly hired employee to be able to perform this task on the first day of work before successful overall performance in the job?

1 = Yes
0 = No

## SCALE D
**RELATIONSHIP TO JOB PERFORMANCE**

What relationship does successful performance of this task have to successful overall performance in the job?

1 = Does not differentiate
2 = Differentiates between average and marginal incumbents
3 = Differentiates between superior and average incumbents

**WORK BEHAVIOR 1 Provide technical assistance in a specialty area such as vocational rehabilitation, audiology, nutrition, physical therapy, learning disabilities, etc. to provide timely, high-quality rehabilitation services.**

| A RATING 4 | B RATING 3.5 | C RATING 1 | D RATING 3 | | |
|---|---|---|---|---|---|
| 5 | 3 | 1 | 2.5 | TASK-1.1 | Review/Resolve problem cases in your specialty area (such as TBI, early intervention, physical therapy, audiology, etc.) |
| 4.5 | 3 | 0.5 | 2.5 | TASK-1.2 | Answer calls from staff needing assistance. |
| 4.5 | 3 | 0.5 | 2.5 | TASK-1.3 | Advise staff about where to find existing community resources. |
| 3.5 | 3 | 1 | 3.5 | TASK-1.4 | Advise staff about how to use existing community resources. |
| 3 | 3 | 0.5 | 2.5 | TASK-1.5 | Send correspondence to staff concerning the resolution of cases, answering of questions, etc. |
| 3 | 3 | 0.5 | 2.5 | TASK-1.6 | Travel to field offices to observe, monitor, and/or resolve particularly difficult cases/problems. |
| 2.5 | 1.5 | 0 | 1.5 | TASK-1.7 | Advise staff on the appropriate type of adaptive technology to be used for a client |
| 1.5 | 1 | 0 | 1 | TASK-1.8 | Advise staff on the Social Security benefits available to the client. |

I do not perform this task?

23

5

# TASK AND DUTIES RATING FORM

| SCALE A<br>FREQUENCY | SCALE B<br>IMPORTANCE: | SCALE C<br>NECESSARY AT ENTRY: | SCALE D<br>RELATIONSHIP TO JOB<br>PERFORMANCE |
|---|---|---|---|
| How often do you perform this task? | How important is it for this task to be performed correctly? Think about what happens if an error is made (some danger to patients, cost to the department, delay of service, work must be re-done, etc). | Is it necessary for a newly hired employee to be able to perform this task on the first day of work before training? | What relationship does successful performance of this task have to successful overall performance in the job? |
| 1 = Yearly<br>2 = Quarterly<br>3 = Monthly<br>4 = Weekly<br>5 = Daily<br>6 = Hourly | 0 = Not important<br>1 = Slightly important<br>2 = Important<br>3 = Very Important<br>4 = Crucial | 1 = Yes<br>0 = No | 1 = Does not differentiate<br>2 = Differentiates between average and marginal incumbents<br>3 = Differentiates between superior and average incumbents |

**WORK BEHAVIOR 1 Provide technical assistance in a specialty area such as vocational rehabilitation, audiology, nutrition, physical therapy, learning disabilities, etc. to provide timely, high-quality rehabilitation services.**

| | A<br>RATING | B<br>RATING | C<br>RATING | D<br>RATING | | I do not perform this task |
|---|---|---|---|---|---|---|
| TASK-1.9 Maintain a file of current information concerning the specialty area. | 3 | 1.5 | 0.5 | 2.5 | | |
| TASK-1.10 Seek out new resources to address needs in the specialty area. | 3 | 3 | 0.5 | 3 | | |
| TASK-1.11 Develop strategies to improve services in the specialty area. | 3.5 | 3 | 0.5 | 3 | | |
| TASK-1.12 Advise staff about strategies for using client service funds wisely. | 2.5 | 2 | 0.5 | 1.5 | | |

6

# TASK AND DUTIES RATING FORM

| | SCALE A FREQUENCY | SCALE B IMPORTANCE | SCALE C NECESSARY AT ENTRY | SCALE D RELATIONSHIP TO JOB PERFORMANCE |
|---|---|---|---|---|
| How often do you perform this task? | How important is it for this task to be performed correctly? Think about what happens if an error is made (some delay of service, work must be re-done, danger to patients, cost to the department). | Is it necessary for a newly hired employee to be able to perform this task on the first day of work before training? | What relationship does successful performance of this task have to successful overall performance in the job? |
| 1 = Yearly<br>2 = Quarterly<br>3 = Monthly<br>4 = Weekly<br>5 = Daily<br>6 = Hourly | 0 = Not important<br>1 = Slightly important<br>2 = Important<br>3 = Very Important<br>4 = Crucial | 1 = Yes<br>0 = No | 1 = Does not differentiate<br>2 = Differentiates between average and marginal incumbents<br>3 = Differentiates between superior and average incumbents |

**WORK BEHAVIOR 2  Develop training programs and provide instruction in a specialty area such as vocational rehabilitation, audiology, nutrition, physical therapy, learning disabilities, etc. to keep the staff aware of current developments in the specialty area.**

| I do not perform this task | A RATING | B RATING | C RATING | D RATING | | |
|---|---|---|---|---|---|---|
| | 1 | 1 | 0.5 | 0.5 | TASK-2.1 | Train staff regarding the Federal and State laws and regulations that govern the rehabilitation process. |
| | 1.5 | 2 | 0.5 | 3 | TASK-2.2 | Train the staff about departmental policies and procedures. |
| | 0 | 0 | 0 | 0 | TASK-2.3 | Train staff in the use of adaptive technology. |
| | 1.5 | 1.5 | 0.5 | 1.5 | TASK-2.4 | Train staff in how to find and utilize existing community resources. |
| | 0.5 | 1 | 0.5 | 1.5 | TASK-2.5 | Plan for future training needs that will arise to keep pace with technological changes. |
| | 0.5 | 1 | 0.5 | 1.5 | TASK-2.6 | Prepare materials to be used in training. |
| | 0.5 | 1.5 | 0.5 | 1.5 | TASK-2.7 | Attend outside training programs to stay updated on new developments in your specialty area. |
| | 0.5 | 1 | 0.5 | 1.5 | TASK-2.8 | Use audio-visual equipment during training presentations. |
| | 0.5 | 1 | 0.5 | 1.5 | TASK-2.9 | Develop and conduct training programs in the specialty area. |

24

8

## TASK AND DUTIES RATING FORM

| SCALE A FREQUENCY | SCALE B IMPORTANCE: | SCALE C NECESSARY AT ENTRY: | SCALE D RELATIONSHIP TO JOB PERFORMANCE: |
|---|---|---|---|
| How often do you perform this task? | How important is it for this task to be performed correctly? Think about what happens if an error is made (some delay of service, work must be re-done, danger to patients, cost to the department). | Is it necessary for a newly hired employee to be able to perform this task on the first day of work before training? | What relationship does successful performance of this task have to successful overall performance in the job? |
| 1 = Yearly 2 = Quarterly 3 = Monthly 4 = Weekly 5 = Daily 6 = Hourly | 0 = Not important 1 = Slightly important 2 = Important 3 = Very Important 4 = Crucial | 1 = Yes 0 = No | 1 = Does not differentiate 2 = Differentiates between average and marginal incumbents 3 = Differentiates between superior and average incumbents |

| | RATING 1 | RATING 2 | RATING 1 | RATING 3 | |
|---|---|---|---|---|---|
| I do not perform this task | A | B | C | D | TASK-2.10 |

**WORK BEHAVIOR 2   Develop training programs and provide instructions in a specialty area such as vocational rehabilitation, audiology, nutrition, physical therapy, learning disabilities, etc. to keep the staff aware of current developments in the specialty area.**

TASK-2.10    Make presentations at outside training programs in the specialty area.

9

# TASK AND DUTIES RATING FORM

| SCALE A FREQUENCY | SCALE B IMPORTANCE: | SCALE C NECESSARY AT ENTRY: | SCALE D RELATIONSHIP TO JOB PERFORMANCE |
|---|---|---|---|
| How often do you perform this task? | How important is it for this task to be performed correctly? Think about what happens if an error is made (some delay of service, work must be re-done, danger to patients, cost to the department). | Is it necessary for a newly hired employee to be able to perform this task on the first day of work before training? | What relationship does successful performance of this task have to successful overall performance in the job? |
| 1 = Yearly<br>2 = Quarterly<br>3 = Monthly<br>4 = Weekly<br>5 = Daily<br>6 = Hourly | 0 = Not important<br>1 = Slightly important<br>2 = Important<br>3 = Very Important<br>4 = Crucial | 1 = Yes<br>0 = No | 1 = Does not differentiate<br>2 = Differentiates between average and marginal incumbents<br>3 = Differentiates between superior and average incumbents |

I do not perform this task

| RATING A | RATING B | RATING C | RATING D | |
|---|---|---|---|---|
| 2.5 | 2 | 0.5 | 1.5 | TASK-3.1 Discuss the extent of their disability with the client. |
| 2.5 | 2 | 0.5 | 1.5 | TASK-3.2 Discuss with the client what they will have to do during rehabilitation. |
| 2.5 | 2 | 0.5 | 1.5 | TASK-3.3 Discuss with the client the probability of being successfully rehabilitated. |
| 2.5 | 2 | 0.5 | 1.5 | TASK-3.4 Determine the client's willingness to work. |
| 2.5 | 2 | 0.5 | 1.5 | TASK-3.5 Instruct clients in the use of adaptive technology. |

**WORK BEHAVIOR 3 Counsel clients, if deemed necessary by the counselor, in a specialty area such as vocational rehabilitation, audiology, nutrition, physical therapy, learning disabilities, etc. in order to facilitate adjustment to their disability and facilitate adjustment to returning to work.**

25

10

# TASK AND DUTIES RATING FORM

**SCALE A**
**FREQUENCY:**

How often do you perform this task?

1 = Yearly
2 = Quarterly
3 = Monthly
4 = Weekly
5 = Daily
6 = Hourly

*I do not perform this task*

**SCALE B**
**IMPORTANCE:**

How important is it for this task to be performed correctly? Think about what happens if an error is made (some delay of service, work must be re-done, danger to patients, cost to the department).

0 = Not important
1 = Slightly important
2 = Important
3 = Very Important
4 = Crucial

**SCALE C**
**NECESSARY AT ENTRY:**

Is it necessary for a newly hired employee to be able to perform this task on the first day of work before training?

1 = Yes
0 = No

**SCALE D**
**RELATIONSHIP TO JOB PERFORMANCE**

What relationship does successful performance of this task have to successful overall performance in the job?

1 = Does not differentiate
2 = Differentiates between average and marginal incumbents
3 = Differentiates between superior and average incumbents

**WORK BEHAVIOR 4** Conduct research in a specialty area such as vocational rehabilitation, audiology, nutrition, physical therapy, learning disabilities, etc. in order to determine such things as departmental strengths and weaknesses, current training needs and counseling effectiveness.

| A RATING | B RATING | C RATING | D RATING | TASK | |
|---|---|---|---|---|---|
| 0.5 | 1 | 0 | 1.5 | TASK-4.1 | Plan and conduct research to determine overall departmental training needs. |
| 1.5 | 2 | 0.5 | 2.5 | TASK-4.2 | Determine the extent of training the department needs for the specialty area. |
| 1 | 2 | 0.5 | 2.5 | TASK-4.3 | Plan and conduct research to determine the level of client/family satisfaction. |
| 0.5 | 1 | 0 | 1.5 | TASK-4.4 | Conduct surveys to determine the staff's level of perceived effectiveness. |
| 1.5 | 2 | 0.5 | 2.5 | TASK-4.5 | Conduct research to determine if the department, specialty area, and/or employees are meeting their goals. |
| 2.5 | 2.5 | 0.5 | 3 | TASK-4.6 | Monitor the department's success in fulfilling agreements made with outside agencies. |
| 1 | 1 | 0 | 1.5 | TASK-4.7 | Plan and conduct research to determine the effectiveness of training programs. |
| 0.5 | 1 | 0 | 1.5 | TASK-4.8 | Plan and conduct research to determine the effectiveness of departmental policies and procedures. |

# TASK AND DUTIES RATING FORM

| SCALE A FREQUENCY | SCALE B IMPORTANCE: | SCALE C NECESSARY AT ENTRY: | SCALE D RELATIONSHIP TO JOB PERFORMANCE |
|---|---|---|---|
| How often do you perform this task? | How important is it for this task to be performed correctly? Think about what happens if an error is made (some delay of service, work must be re-done, danger to patients, cost to the department). | Is it necessary for a newly hired employee to be able to perform this task on the first day of work before training? | What relationship does successful performance of this task have to successful overall performance in the job? |
| 1 = Yearly<br>2 = Quarterly<br>3 = Monthly<br>4 = Weekly<br>5 = Daily<br>6 = Hourly | 0 = Not important<br>1 = Slightly important<br>2 = Important<br>3 = Very Important<br>4 = Crucial | 1 = Yes<br>0 = No | 1 = Does not differentiate<br>2 = Differentiates between average and marginal incumbents<br>3 = Differentiates between superior and average incumbents |

| RATING A | RATING B | RATING C | RATING D | TASK-4.9 |
|---|---|---|---|---|
| 0.5 | 1 | 0 | 1.5 | |

I do not perform this task ___

**WORK BEHAVIOR 4 Conduct research in a specialty area such as vocational rehabilitation, audiology, nutrition, physical therapy, learning disabilities, etc. In order to determine such things as departmental strengths and weaknesses, current training needs and counselling effectiveness.**

TASK-4.9     Collect data for a variety of different measures, such as the number of assistance calls handled, the number of assistance calls successfully resolved, etc.

11

# TASK AND DUTIES RATING FORM

**SCALE A FREQUENCY**

How often do you perform this task?

1 = Yearly
2 = Quarterly
3 = Monthly
4 = Weekly
5 = Daily
6 = Hourly

I do not perform this task

**SCALE B IMPORTANCE:**

How important is it for this task to be performed correctly? Think about what happens if an error is made (some delay of service, work must be re-done, danger to patients, cost to the department).

0 = Not important
1 = Slightly important
2 = Important
3 = Very Important
4 = Crucial

**SCALE C NECESSARY AT ENTRY:**

Is it necessary for a newly hired employee to be able to perform this task on the first day of work before training?

1 = Yes
0 = No

**SCALE D RELATIONSHIP TO JOB PERFORMANCE**

What relationship does successful performance of this task have to successful overall performance in the job?

1 = Does not differentiate
2 = Differentiates between average and marginal incumbents
3 = Differentiates between superior and average incumbents

**WORK BEHAVIOR 5  Perform administrative duties as needed to maintain proper communication with co-workers, to maintain proper documentation of services provided, etc.**

| A RATING 4 | B RATING 3 | C RATING 0.5 | D RATING 2.5 | | |
|---|---|---|---|---|---|
| 3.5 | 3 | 0.5 | 2.5 | TASK-5.1 | Prepare weekly schedules. |
| 3 | 3.5 | 0.5 | 2.5 | TASK-5.2 | Prepare monthly schedules. |
| 3 | 3 | 0.5 | 2.5 | TASK-5.3 | Prepare reports for the state office, such as budget reports, facility reviews, production reports and training reports. |
| 3 | 3 | 0.5 | 2.5 | TASK-5.4 | Attend staff meetings to update the staff on current progress. |
| 2.5 | 3 | 0.5 | 2.5 | TASK-5.5 | Attend staff meetings to update the staff about future plans. |
| 2.5 | 2.5 | 0.5 | 2.5 | TASK-5.6 | Enter client information into the computer. |
| 3 | 2.5 | 0.5 | 2 | TASK-5.7 | Provide progress reports to supervisor on assigned activities. |
| 4 | 2 | 1 | 2 | TASK-5.8 | Use general office equipment such as photocopier, computer, calculator, etc. |

# TASK AND DUTIES RATING FORM

| | SCALE A FREQUENCY | SCALE B IMPORTANCE: | SCALE C NECESSARY AT ENTRY: | SCALE D RELATIONSHIP TO JOB PERFORMANCE |
|---|---|---|---|---|
| How often do you perform this task? | How often do you perform this task? | How important is it for this task to be performed correctly? Think about what happens if an error is made (some delay of service, work must be re-done, danger to patients, cost to the department). | Is it necessary for a newly hired employee to be able to perform this task on the first day of work before training? | What relationship does successful performance of this task have to successful overall performance in the job? |
| I do not perform this task? | 1 = Yearly<br>2 = Quarterly<br>3 = Monthly<br>4 = Weekly<br>5 = Daily<br>6 = Hourly | 0 = Not important<br>1 = Slightly important<br>2 = Important<br>3 = Very Important<br>4 = Crucial | 1 = Yes<br>0 = No | 1 = Does not differentiate<br>2 = Differentiates between average and marginal incumbents<br>3 = Differentiates between superior and average incumbents |

| | A RATING 1 | B RATING 3.5 | C RATING 0.5 | D RATING 3 | |
|---|---|---|---|---|---|

**WORK BEHAVIOR 5 Perform administrative duties as needed to maintain proper documentation of services provided, etc.**

| A | B | C | D | Task | Description |
|---|---|---|---|---|---|
| 1 | 3.5 | 0.5 | 3 | TASK-5.9 | Develop continuation grants to maintain program funding. |
| 1 | 3.5 | 0.5 | 3 | TASK-5.10 | Develop grant proposals to increase program funding. |
| 1 | 4 | 0.5 | 3 | TASK-5.11 | Coordinate grant activities to ensure that the grant objectives are met. |
| 5 | 1 | 0.5 | 1.5 | TASK-5.12 | Report data to Federal and State agencies that are responsible for ensuring the grant's objectives are met. |
| 1 | 4 | 1 | 3 | TASK-5.13 | Delegate appropriate tasks to the clerical staff. |
| 1.5 | 4 | 1 | 3 | TASK-5.14 | Plan budget. |
| 1.5 | 2 | 0.5 | 1.5 | TASK-5.15 | Approve and process requisitions for client service expenditures. |
| 4 | 4 | 1 | 3 | TASK-5.16 | Monitor the expenditure of funds. |

13

14

## TASK AND DUTIES RATING FORM

**SCALE A — FREQUENCY**

How often do you perform this task?

1 = Yearly
2 = Quarterly
3 = Monthly
4 = Weekly
5 = Daily
6 = Hourly

**SCALE B — IMPORTANCE:**

How important is it for this task to be performed correctly? Think about what happens if an error is made (some delay of service, work must be re-done, danger to patients, cost to the department).

0 = Not important
1 = Slightly important
2 = Important
3 = Very Important
4 = Crucial

**SCALE C — NECESSARY AT ENTRY:**

Is it necessary for a newly hired employee to be able to perform this task on the first day of work before training?

1 = Yes
0 = No

**SCALE D — RELATIONSHIP TO JOB PERFORMANCE**

What relationship does successful performance of this task have to successful overall performance in the job?

1 = Does not differentiate
2 = Differentiates between average and marginal incumbents
3 = Differentiates between superior and average incumbents

**WORK BEHAVIOR 5** Perform administrative duties as needed to maintain proper documentation of services provided, etc.

| I do not perform this task | A RATING | B RATING | C RATING | D RATING | Task | Description |
|---|---|---|---|---|---|---|
| | 2.5 | 2.5 | 1 | 2.5 | TASK-5.17 | Review financial reports from the accounting division. |
| | 2.5 | 2.5 | 1 | 3 | TASK-5.18 | Develop inter-agency networks of service providers in the district and the state. |
| | 3.5 | 2.5 | 1 | 3 | TASK-5.19 | Work collaboratively with divisions in the department and other agencies when providing services in the specialty area. |
| | 2.5 | 1.5 | 0.5 | 1.5 | TASK-5.20 | Compile a registry of trained peer supporters. |
| | 2.5 | 1.5 | 0.5 | 1.5 | TASK-5.21 | Promote the development of consumer-based support groups in the state. |
| | 3.5 | 2.5 | 1 | 3 | TASK-5.22 | Maintain good relationships with advocacy groups and support groups involved in the specialty area. |
| | 2 | 1.5 | 0.5 | 1.5 | TASK-5.23 | Develop and maintain some type of statewide advisory group, comprised of representatives from the department, service providers, consumers, advocacy groups, etc., for your specialty area. |

# TASK AND DUTIES RATING FORM

**SCALE A FREQUENCY**

How often do you perform this task?

1 = Yearly
2 = Quarterly
3 = Monthly
4 = Weekly
5 = Daily
6 = Hourly

**SCALE B IMPORTANCE:**

How important is it for this task to be performed correctly? Think about what happens if an error is made (some danger to patients, cost to the department, delay of service, work must be re-done).

0 = Not important
1 = Slightly important
2 = Important
3 = Very Important
4 = Crucial

**SCALE C NECESSARY AT ENTRY:**

Is it necessary for a newly hired employee to be able to perform this task on the first day of work before training?

1 = Yes
0 = No

**SCALE D RELATIONSHIP TO JOB PERFORMANCE**

What relationship does successful performance of this task have to successful overall performance in the job?

1 = Does not differentiate
2 = Differentiates between average and marginal incumbents
3 = Differentiates between superior and average incumbents

**WORK BEHAVIOR 5   Perform administrative duties as needed to maintain proper communication with co-workers, to maintain proper documentation of services provided, etc.**

| I do not perform this task | A RATING 3 | B RATING 3 | C RATING 1 | D RATING 3 | |
|---|---|---|---|---|---|
| | 1 | 1 | 0.5 | 3 | TASK-5.24  Inform the public about the availability of services in the specialty area by presenting at conferences, speaking to groups, etc. |
| | 1 | 1 | 0.5 | 1 | TASK-5.25  Assist in the development of promotional media, such as pamphlets and brochures, for the specialty area. |
| | 2 | 3 | 1 | 3 | TASK-5.26  Help to create new departmental policies and procedures governing your specialty area. |
| | 1.5 | 3 | 1 | 3 | TASK-5.27  Review departmental policies and procedures. |
| | 1 | 2.5 | 1 | 3 | TASK-5.28  Review other agencies' policies and their possible effect in the specialty area. |
| | 0.5 | 1.5 | 0.5 | 1.5 | TASK-5.29  Create documents and forms to be used by the department |
| | 3 | 3.5 | 1 | 3 | TASK-5.30  Develop special plans for providing services related to the specialty area in rural areas. |
| | 3 | 3.5 | 1 | 3 | TASK-5.31  Interpret existing laws that affect the rehabilitation process or the specialty area. |

28

# TASK AND DUTIES RATING FORM

| SCALE A | SCALE B | SCALE C | SCALE D |
|---|---|---|---|
| FREQUENCY | IMPORTANCE: | NECESSARY AT ENTRY: | RELATIONSHIP TO JOB PERFORMANCE |

How often do you perform this task?

How important is it for this task to be performed correctly? Think about what happens if an error is made (some delay of service, work must be re-done, danger to patients, cost to the department).

Is it necessary for a newly hired employee to be able to perform this task on the first day of work before successful overall performance in the job?

What relationship does successful performance of this task have to successful overall performance in the job?

1 = Yearly
2 = Quarterly
3 = Monthly
4 = Weekly
5 = Daily
6 = Hourly

0 = Not important
1 = Slightly important
2 = Important
3 = Very Important
4 = Crucial

1 = Yes
0 = No

1 = Does not differentiate
2 = Differentiates between average and marginal incumbents
3 = Differentiates between superior and average incumbents

**WORK BEHAVIOR 5  Perform administrative duties as needed to maintain proper communication with co-workers, to maintain proper documentation of services provided, etc.**

| I do not perform this task | A RATING | B RATING | C RATING | D RATING | | |
|---|---|---|---|---|---|---|
| | 0 | 0 | 0 | 0 | TASK-5.32 | Interpret new legal decisions that affect your specialty area. |
| | 3.5 | 3.5 | 0.5 | 0 | TASK-5.33 | Compile monitoring reports |
| | 3 | 3.5 | 0.5 | 3 | TASK-5.34 | Review monitoring reports written by staff members. |
| | 0 | 0 | 0 | 0 | TASK-5.35 | Attend ICC meetings. |
| | 2.5 | 2.5 | 0.5 | 3 | TASK-5.36 | Attend board meetings. |
| | 0.5 | 1.5 | 0.5 | 1.5 | TASK-5.37 | Conduct public hearings. |
| | 4 | 3 | 0.5 | 3 | TASK-5.38 | Perform the duties of the supervisor when s/he is not present. |
| | 1.5 | 3.5 | 0.5 | 3 | TASK-5.39 | Write contracts for service providers/consultants outside the department |

# WORK BEHAVIOR RATING FORM

**SCALE E**
**PERCENTAGE OF TIME:**

Indicate the percentage of time you spend performing this work behavior.

Remember that the sum of this column must equal 100%.

**SCALE F**
**IMPORTANCE:**

How important is it for you to perform this work behavior successfully?

0 = Not important
1 = Slightly important
2 = Important
3 = Very important
4 = Crucial

**SCALE G**
**NECESSARY AT ENTRY:**

Must new employees be able to perform this work behavior on the first day of work before training?

1 = Yes
0 = No

| E RATING | F RATING | G RATING | WB | |
|---|---|---|---|---|
| 30 | 4 | 1 | WB1 | Provide technical assistance in a specialty area such as vocational rehabilitation, audiology, nutrition, physical therapy, learning disabilities, etc. to provide timely, high-quality rehabilitation services. |
| 13 | 3.5 | 1 | WB2 | Develop training programs and provide instruction in a specialty area such as vocational rehabilitation, audiology, nutrition, physical therapy, learning disabilities, etc. to keep the staff aware of current developments in the specialty area. |
| 2 | 3 | 1 | WB3 | Counsel clients, if deemed necessary by the counselor, in a specialty area such as vocational rehabilitation, audiology nutrition, physical therapy, learning disabilities, etc. in order to ease adjustment to their disability and ease adjustment to returning to work. |
| 3.5 | 3.5 | 1 | WB4 | Conduct research in a specialty area such as vocational rehabilitation, audiology, nutrition, physical therapy, learning disabilities, etc. in order to determine such things as departmental strengths and weaknesses, current training needs and counseling effectiveness. |
| 51.5 | 4 | 1 | WB5 | Perform administrative duties as needed to maintain proper communication with co-workers, to maintain proper documentation of services provided, etc. |
| = 100% | | | | |

17

# KNOWLEDGE RATING FORM

<table>
<tr><th>SCALE E<br>IMPORTANCE:</th><th>SCALE F<br>NECESSARY AT ENTRY:</th><th>SCALE G<br>RELATIONSHIP TO JOB<br>PERFORMANCE:</th><th>SCALE H<br>RECALL LEVEL NEEDED<br>ON THE JOB</th></tr>
<tr><td>How important is this knowledge for acceptable job performance?</td><td>Is it necessary for a newly hired employee to possess this knowledge on the first day of work before training?</td><td>What relationship does possession of this knowledge have to performance in the job?</td><td></td></tr>
<tr><td>0 = Not important<br>1 = Slightly important<br>2 = Important<br>3 = Very Important<br>4 = Crucial</td><td>1 = Yes<br>0 = No</td><td>1 = Does not differentiate<br>2 = Differentiates between average and marginal incumbents<br>3 = Differentiates between superior and average incumbents</td><td>1 = General familiarity<br>2 = Working knowledge<br>3 = Full recall</td></tr>
</table>

| E | F | G | H | | |
|---|---|---|---|---|---|
| RATING | RATING | RATING | RATING | | |
| 4 | 1 | 2.5 | 2.5 | K-1 | Knowledge of the rehabilitation process sufficient to ensure that the special needs of individuals in a specialty area are met and that laws governing the rehabilitation process are not broken by anyone during rehabilitation. |
| 3.5 | 1 | 2.5 | 2 | K-2 | Knowledge of disabilities sufficient to provide for the special needs of individuals with disabilities during the rehabilitation process. |
| 4 | 1 | 3 | 3 | K-3 | Knowledge of a specialty area sufficient to train and advise staff about the unique needs of a specialty area, about the use of adaptive technology for this area, and to ensure that laws pertaining to this specialty area are not broken. The specialty areas in question are as follows: vocational rehabilitation, independent living/homebound, nursing, social work, occupational therapy, audiology, nutrition, physical therapy, early intervention, speech pathology, blindness/visual impairment, deafness, hard of hearing, traumatic brain injury, and learning disabilities. |
| 4 | 0.5 | 3 | 3 | K-4 | Knowledge of departmental policies and procedures sufficient to ensure that they are being followed by all staff members. |
| 2 | 1 | 2 | 1.5 | K-5 | Knowledge of the employment process sufficient to provide clients with realistic employment opportunities after rehabilitation. |
| 2 | 1 | 2 | 1.5 | K-6 | Knowledge of counseling theories and techniques sufficient to make rehabilitation and subsequent employment as easy as possible. |
| 2 | 1 | 2.5 | 2 | K-7 | Knowledge of community resources sufficient to maximize their use in the rehabilitation of clients. |
| 4 | 1 | 3 | 2 | K-8 | Knowledge of laws, rules, and regulations governing grants and grant writing sufficient to secure new grants and maintain existing grants. |

18

# ABILITY RATING FORM

| | SCALE E | | | SCALE F | | | SCALE G | |
|---|---|---|---|---|---|---|---|---|
| | **IMPORTANCE:** | | | **NECESSARY AT ENTRY:** | | | **RELATIONSHIP TO JOB PERFORMANCE:** | |

How important is this ability for acceptable job performance?

Is it necessary for a newly hired employee to possess this ability on the first day of work before training?

What relationship does possession of this ability have to performance in the job?

0 = Not Important
1 = Slightly Important
2 = Important
3 = Very Important
4 = Critical

1 = Yes
0 = No

1 = Does not differentiate

2 = Differentiates between average and marginal incumbents

3 = Differentiates between superior and average incumbents

| E RATING | F RATING | G RATING | | |
|---|---|---|---|---|
| 4 | 1 | 3 | A-1 | Ability to work with people with disabilities. |
| 4 | 1 | 3 | A-2 | Ability to communicate in writing to include grammar, spelling, punctuation, etc. so that memoranda and reports are clear and concise. |
| 4 | 1 | 3 | A-3 | Ability to communicate orally as needed to make clients, families, and co-workers understand your recommendations. |
| 3.5 | 1 | 3 | A-4 | Interpersonal ability as needed to maintain your relationship with clients, families, co-workers, outside agencies, and community resources. |
| 4 | 1 | 3 | A-5 | Ability to apply knowledge in novel and/or problem situations. |
| 3 | 1 | 2.5 | A-6 | Ability to gather and coordinate resources and services from a variety of different sources to maximize the effectiveness of the services provided in the specialty area. |
| 2 | 1 | 2 | A-7 | Ability to gather and interpret information received from the client and other sources. |

30

What are the most important KSA/PAs needed to perform your job?

1 = Most important
2 = Second most important
3 = Third most important
4 = Fourth most important
5 = Fifth most important

| Rank Order | KSA/PA Number | KSA/PA Description |
|---|---|---|
| 1 | K3 | Knowledge of specialty area sufficient to train and advise staff..... |
| 2 | K1 | Knowledge of the rehabilitation process sufficient to ensure..... |
| 3 | A5 | Ability to apply knowledge in novel and/or problem situations... |
| 4 | A4 | Interpersonal ability as needed to maintain your relationships..... |
| 5 | A3 | Ability to communicate orally..... |

# WORK BEHAVIOR/KSA LINKAGE FORM

## WORK BEHAVIORS

How important is this KSA when you perform each work behavior?

0 = Not important
1 = Somewhat important
2 = Important
3 = Essential

| | WB1 | WB2 | WB3 | WB4 | WB5 |
|---|---|---|---|---|---|
| **KNOWLEDGE-1** Knowledge of the rehabilitation process sufficient to ensure that the special needs of individuals in a specialty area are met and that laws governing the rehabilitation process are not broken by anyone during rehabilitation. | 3 | 3 | 2.5 | 2 | 3 |
| **KNOWLEDGE-2** Knowledge of disabilities sufficient to provide for the special needs of the disabled during the rehabilitation process. | 2.5 | 2.5 | 3 | 2 | 2.5 |
| **KNOWLEDGE-3** Knowledge of a specialty area sufficient to train and advise staff about the unique needs of a specialty area, about the use of adaptive technology for this area, and to ensure that laws pertaining to this specialty area are not broken. The specialty areas in question are as follows: vocational rehabilitation, independent living/homebound, nursing, social work, occupational therapy, audiology, nutrition, physical therapy, early intervention, speech pathology, blindness/visual impairment, deafness, hard of hearing, traumatic brain injury, and learning disabilities. | 3 | 3 | 2.5 | 3 | 2.5 |
| **KNOWLEDGE-4** Knowledge of departmental policies and procedures sufficient to ensure that they are being followed by all staff. | 2.5 | 2.5 | 3 | 2 | 3 |
| **KNOWLEDGE-5** Knowledge of the employment process sufficient to provide clients with realistic employment opportunities after rehabilitation | 1.5 | 1.5 | 1.5 | 1.5 | 2.5 |

31

WORK BEHAVIOR/KSA LINKAGE FORM

How important is this KSA when you perform each work behavior?

0 = Not important
1 = Somewhat important
2 = Important
3 = Essential

**WORK BEHAVIORS**

| | WB1 | WB2 | WB3 | WB4 | WB5 |
|---|---|---|---|---|---|
| **KNOWLEDGE-6** Knowledge of counseling sufficient to make rehabilitation and subsequent employment as easy as possible. | 2 | 2 | 2 | 1.5 | 2.5 |
| **KNOWLEDGE-7** Knowledge of community resources sufficient to maximize their use in the rehabilitation of clients. | 2 | 2 | 2 | 1.5 | 2.5 |
| **KNOWLEDGE-8** Knowledge of laws, rules, and regulations governing grants and grant writing sufficient to secure new grants and maintain existing grants. | 2 | 2 | 1.5 | 1.5 | 2.5 |
| **ABILITY-1** Ability to work with people with disabilities. | 3 | 3 | 3 | 2.5 | 2.5 |
| **ABILITY-2** Ability to communicate in writing to include grammar, spelling, punctuation, etc. so that memoranda and reports are clear and concise. | 3 | 3 | 2.5 | 2.5 | 3 |

22

# WORK BEHAVIOR/KSA LINKAGE FORM

How important is this KSA when you perform each work behavior?

0 = Not important
1 = Somewhat important
2 = Important
3 = Essential

## WORK BEHAVIORS

| | WB1 | WB2 | WB3 | WB4 | WB5 |
|---|---|---|---|---|---|
| **ABILITY-3** Ability to communicate orally as needed to make clients, families, and co-workers understand your recommendations. | 3 | 3 | 3 | 2.5 | 3 |
| **ABILITY-4** Interpersonal ability as needed to maintain your relationships with clients, families, co-workers, outside agencies, and community resources. | 3 | 3 | 3 | 2.5 | 3 |
| **ABILITY-5** Ability to apply knowledge in novel and/or problem situations. | 3 | 3 | 3 | 2.5 | 3 |
| **ABILITY-6** Ability to gather and coordinate resources and services from a variety of different sources to maximize the effectiveness of the services provided in the specialty area. | 3 | 3 | 3 | 2.5 | 3 |
| **ABILITY-7** Ability to gather and interpret information received from the client and other sources. | 3 | 3 | 3 | 2.5 | 3 |

23

32

# MINIMUM QUALIFICATION RATING FORM

## MQ RATING SCALE

To what extent is this minimum qualification statement useful for identifying the barely acceptable applicant?

0 = Not at all

1 = This minimum qualification statement is not enough to expect from a **barely acceptable applicant.**

2 = This minimum qualification statement appropriately defines what is required of the **barely acceptable applicant;** persons below this level are unacceptable.

3 = This minimum qualification statement is more than should be expected from a **barely acceptable applicant.**

| RATING | | |
|---|---|---|
| 1 | **MQ STATEMENT 1** | Bachelor's degree in rehabilitation, psychology, counseling, human development, social work, nursing, or allied health occupations plus <u>three</u> years of professional level experience providing independent living skills, special education, vocational rehabilitation, or medical rehabilitation services to individuals with disabilities. |
| 1 | **MQ STATEMENT 2** | Bachelor's degree in rehabilitation, psychology, counseling, human development, social work, nursing, or allied health occupations plus <u>four</u> years of professional level experience providing independent living skills, special education, vocational rehabilitation, or medical rehabilitation services to individuals with disabilities. |
| 1 | **MQ STATEMENT 3** | Bachelor's degree in rehabilitation, psychology, counseling, human development, social work, nursing, or allied health occupations plus <u>five</u> years of professional level experience providing independent living skills, special education, vocational rehabilitation, or medical rehabilitation services to individuals with disabilities. |
| 1 | **MQ STATEMENT 4** | Bachelor's degree in rehabilitation, psychology, counseling, human development, social work, nursing, or allied health occupations plus <u>six</u> years of professional level experience providing independent living skills, special education, vocational rehabilitation, or medical rehabilitation services to individuals with disabilities. |
| 1 | **MQ STATEMENT 5** | Bachelor's degree in rehabilitation, psychology, counseling, human development, social work, nursing, or allied health occupations plus seven or more years of professional level experience providing independent living skills, special education, vocational rehabilitation, or medical rehabilitation services to individuals with disabilities. |

24

# MINIMUM QUALIFICATION RATING FORM

## MQ RATING SCALE

To what extent is this minimum qualification statement useful for identifying the barely acceptable applicant?

0 = Not at all

1 = This minimum qualification statement is not enough to expect from a **barely acceptable applicant.**

2 = This minimum qualification statement appropriately defines what is required of the **barely acceptable applicant;** persons below this level are unacceptable.

3 = This minimum qualification statement is more than should be expected from a **barely acceptable applicant.**

|     |     |
| --- | --- |
| 1 | **MQ STATEMENT 6** — Master's degree in rehabilitation, psychology, counseling, human development, social work, nursing, or allied health occupations plus three years of professional level experience providing independent living skills, special education, vocational rehabilitation, or medical rehabilitation services to individuals with disabilities. |
| 2 | **MQ STATEMENT 7** — Master's degree in rehabilitation, psychology, counseling, human development, social work, nursing, or allied health occupations plus four years of professional level experience providing independent living skills, special education, vocational rehabilitation, or medical rehabilitation services to individuals with disabilities. |
| 2.5 | **MQ STATEMENT 8** — Master's degree in rehabilitation, psychology, counseling, human development, social work, nursing, or allied health occupations plus five years of professional level experience providing independent living skills, special education, vocational rehabilitation, or medical rehabilitation services to individuals with disabilities. |
| 2.5 | **MQ STATEMENT 9** — Master's degree in rehabilitation, psychology, counseling, human development, social work, nursing, or allied health occupations plus six years of professional level experience providing independent living skills, special education, vocational rehabilitation, or medical rehabilitation services to individuals with disabilities. |
| 2.5 | **MQ STATEMENT 10** — Master's degree in rehabilitation, psychology, counseling, human development, social work, nursing, or allied health occupations plus seven or more years of professional level experience providing independent living skills, special education, vocational rehabilitation, or medical rehabilitation services to individuals with disabilities. |

25

33

# MINIMUM QUALIFICATION/KSA LINKAGE FORM

26

For each of the KSAs listed, indicate your response by placing a "1" or "0" in the appropriate block.

This KSA:

1 = CAN BE ACQUIRED from the minimum qualification listed

0 = CANNOT BE ACQUIRED from the minimum qualification listed

**KNOWLEDGES, SKILLS, AND ABILITIES**

| | K-1 | K-2 | K-3 | K-4 | K-5 | K-6 | K-7 | K-8 | A-1 | A-2 | A-3 | A-4 | A-5 | A-6 | A-7 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MQ 1  Bachelor's degree in rehabilitation, psychology, counseling, human development, social work, nursing, or allied health occupations plus three years of professional level experience providing independent living skills, special education, vocational rehabilitation, or medical rehabilitation services to individuals with disabilities. | 0 | .5 | 0 | 0 | .5 | .5 | .5 | 0 | .5 | .5 | .5 | .5 | 0 | 0 | 0 |
| MQ 2  Bachelor's degree in rehabilitation, psychology, counseling, human development, social work, nursing, or allied health occupations plus four years of professional level experience providing independent living skills, special education, vocational rehabilitation, or medical rehabilitation services to individuals with disabilities. | 0 | .5 | 0 | 0 | .5 | .5 | .5 | 0 | .5 | .5 | .5 | .5 | 0 | 0 | 0 |
| MQ 3  Bachelor's degree in rehabilitation, psychology, counseling, human development, social work, nursing, or allied health occupations plus five years of professional level experience providing independent living skills, special education, vocational rehabilitation, or medical rehabilitation services to individuals with disabilities. | 0 | .5 | 0 | 0 | .5 | .5 | .5 | 0 | .5 | .5 | .5 | .5 | 0 | 0 | 0 |
| MQ 4  Bachelor's degree in rehabilitation, psychology, counseling, human development, social work, nursing, or allied health occupations plus six years of professional level experience providing independent living skills, special education, vocational rehabilitation, or medical rehabilitation services to individuals with disabilities. | 0 | .5 | 0 | 0 | .5 | .5 | .5 | 0 | .5 | .5 | .5 | .5 | 0 | 0 | 0 |

MINIMUM QUALIFICATION/KSA LINKAGE FORM

For each of the KSAs listed, indicate your response by placing a "1" or "0" in the appropriate block.

This KSA:

1 = CAN BE ACQUIRED from the minimum qualification listed

0 = CANNOT BE ACQUIRED from the minimum qualification listed

KNOWLEDGES, SKILLS, AND ABILITIES

| | K-1 | K-2 | K-3 | K-4 | K-5 | K-6 | K-7 | K-8 | A-1 | A-2 | A-3 | A-4 | A-5 | A-6 | A-7 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MQ 5 — Bachelor's degree in rehabilitation, psychology, counseling, human development, social work, nursing, or allied health occupations plus <u>seven or more</u> years of professional level experience providing independent living skills, special education, vocational rehabilitation, or medical rehabilitation services to individuals with disabilities. | 0 | .5 | 0 | 0 | .5 | .5 | 0 | .5 | .5 | .5 | .5 | 0 | 0 | 0 | |
| MQ 6 — Master's degree in rehabilitation, psychology, counseling, human development, social work, nursing, or allied health occupations plus <u>three</u> years of professional level experience providing independent living skills, special education, vocational rehabilitation, or medical rehabilitation services to individuals with disabilities. | 1 | 1 | .5 | .5 | 1 | 1 | .5 | 1 | 1 | 1 | 1 | 1 | .5 | .5 | .5 |
| MQ 7 — Master's degree in rehabilitation, psychology, counseling, human development, social work, nursing, or allied health occupations plus <u>four</u> years of professional level experience providing independent living skills, special education, vocational rehabilitation, or medical rehabilitation services to individuals with disabilities. | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | |
| MQ 8 — Master's degree in rehabilitation, psychology, counseling, human development, social work, nursing, or allied health occupations plus <u>five</u> years of professional level experience providing independent living skills, special education, vocational rehabilitation, or medical rehabilitation services to individuals with disabilities. | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |

27

36

# MINIMUM QUALIFICATION/KSA LINKAGE FORM

For each of the KSAs listed, indicate your response by placing a "1" or "0" in the appropriate block.

This KSA:

1 = CAN BE ACQUIRED from the minimum qualification listed

0 = CANNOT BE ACQUIRED from the minimum qualification listed

**KNOWLEDGES, SKILLS, AND ABILITIES**

| | K-1 | K-2 | K-3 | K-4 | K-5 | K-6 | K-7 | K-8 | A-1 | A-2 | A-3 | A-4 | A-5 | A-6 | A-7 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **MQ 9** Master's degree in rehabilitation, psychology, counseling, human development, social work, nursing, or allied health occupations plus <u>six</u> years of professional level experience providing independent living skills, special education, vocational rehabilitation, or medical rehabilitation services to individuals with disabilities. | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| **MQ 10** Master's degree in rehabilitation, psychology, counseling, human development, social work, nursing, or allied health occupations plus <u>seven or more</u> years of professional level experience providing independent living skills, special education, vocational rehabilitation, or medical rehabilitation services to individuals with disabilities. | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |

28

**Surviving tasks, KSAs and analysis of data:** The screens that had to be met for tasks were as follows: Mean equal to or greater than 1.5 for importance ratings, .5 for necessary at entry ratings, and 1.5 for relationship to job performance ratings. The screens that had to be met for work behaviors were as follows: Mean equal to or greater than 1.5 for importance ratings and .5 for necessary at entry ratings. The screens that had to be met for KSA's were as follows: Mean equal to or greater than 1.5 for importance ratings, .5 for necessary at entry ratings, and 1.5 for relationship to job performance ratings.

The following work behaviors, tasks, and KSA's survived all screens:

| Work Behaviors | Tasks | KSA's |
|---|---|---|
| All | 1.1 through 1.6, | All |
| | 1.9 through 1.12, | |
| | 2.2, 2.10, | |
| | 3.1 through 3.5 | |
| | 4.2, 4.3, 4.5, 4.6, | |
| | 5.1 through 5.12, | |
| | 5.14 through 5.19, 5.22 | |
| | 5.24, 5.26, 5.27, 5.28, | |
| | 5.30, 5.31, 5.33, 5.34, | |
| | 5.36, 5.38, 5.39. | |

The following work behaviors, tasks, and KSA's failed one or more screens and were dropped from further analysis:

| Work Behaviors | Tasks | KSA's |
|---|---|---|
| None | 1.7, 1.8, 2.1, | None |
| | 2.3 through 2.9 | |
| | 4.1, 4.4, 4.7, 4.8, 4.9, | |
| | 5.13, 5.20, 5.21, 5.23, | |
| | 5.25, 5.29, 5.32, 5.35, 5.37. | |

**Comments:** Some tasks were dropped based on a combination of the four rating scales. If a task just made the cutoff point for the three mandatory screens (importance = 1.5, necessary at entry = .5, and relationship to job performance = 1.5) and its mean frequency ratings was less than 3 (i.e. it is performed less than once a month), it was dropped from the further analysis. This procedure is supported by the Uniform Guidelines on Employee Selection Procedures, Section 14C, subparagraph 3, which states "...behavior(s) selected for measurement should be critical work behavior(s) and/or important work behavior(s) constituting most of the job." This procedure was also approved by Dr. John Hicks, I/O Psychologist for the Personnel Department, Mr. Doug Lunsford, Manager of the Examinations Division, and Ms. Mary Gibbons, an Examination Research Analyst who functions as a consultant to other analysts in the department. The following tasks were dropped by using this method: 2.4, 2.7, 5.20, 5.21, 5.23, 5.29, & 5.37. This left 50 tasks that survived the analysis, which is a more than sufficient number for the task-based checklist that was used as the selection device.

29

3S

POSSIBLE SELECTION DEVICE
WORKSHEET

DIRECTIONS: List the KSAs down the 1st column that passed the rating and linkage screens. Then place an "X" underneath types of selection devices that could most effectively measure that KSA.

| Qualifying KSAs | T & E | Supplemental Questionnaire | Written Test | Writing Exercise | Simulation | Work Sample | Role Play | Oral Presentation | Other |
|---|---|---|---|---|---|---|---|---|---|
| K-1 | X | X | X | | | | | | |
| K-2 | X | X | X | | | | | | |
| K-3 | X | X | X | | | | | | |
| K-4 | X | X | X | | X | | | | |
| K-5 | X | X | X | | | | | | |
| K-6 | | X | X | | | | X | | |
| K-7 | X | X | X | | | | | | |
| K-8 | X | X | X | | | | | | |
| A-1 | X | X | | | | | X | | |
| A-2 | | X | | X | X | | | | |
| A-3 | | | | | X | | X | X | |
| A-4 | | | | | X | | X | X | |
| A-5 | | X | | | X | | X | | |
| A-6 | X | X | | | X | | | | |
| A-7 | | X | | | X | | X | | |

30

31

**Selection device(s) discussed and explained:** The selection device for this class will include an evaluation of the information in the supplemental questionnaire and successful completion of the probationary period. Applications will be graded on a pass/fail basis, with the criterion being the minimum qualifications. The responses to the supplemental questionnaire will constitute 100% of the final grade for the applicants to be placed on the employment register. The probationary period will be used to evaluate KSA's not measured by the supplemental questionnaire.

**Alternatives considered:** A written test, simulation, or a role play could be used as selection devices for this class. A written test was considered undesirable for several reasons. First, the areas of knowledge and the work performed are at a high level (i.e. providing technical advice to other practitioners) and it would be difficult to write test items at this high a level. Second, there are many different specialty options in this class, which would necessitate a test for the 14 options. This would be undesirable because of the extra time required to develop the different tests and the time and resources needed to grade them.

Simulations and role play exercises could also be used as selection devices for this class. However, to adequately measure all the KSA's, several simulations/role plays would have to be developed. This is costly in both time and resources, and they have the added disadvantage of being more expensive and subjective to grade than a written test or an evaluation of training and experience. Also, because this is an open-competitive, continuous examination, the number of applicants could be so large that the cost of conducting and then grading a simulation/role play examination would be prohibitive.

For the level of work in question, along with the required education and experience levels, I believe that an evaluation of training and experience would be just as effective as the other three alternatives, but would cost much less in terms of exam development and scoring.

**Comments:** I recommend that this classification be restudied 2 years from now. This is a newly opened classification, with only a few provisional incumbents that were transferred from another classification to serve as incumbent SME's. This, along with the fact that this agency was recently made a department-level agency and is still in a transitional period regarding its classification structure, leads me to believe that a study two years from now will give a much clearer picture of the duties that comprise this classification (see Appendix B after the summary report for the current differences). I will make a note of this in the departmental scheduling software, as well as my own personal appointment book, to ensure that this classification is restudied at the appropriate time. If I happen to leave my current position, I will notify my supervisor to make the appropriate steps to ensure that this classification is restudied at the appropriate time.

Another fact that deserves comment is the fact that ratings were not obtained for specific education degrees or specific types of work experiences. This is a departure from normal departmental practice. This was done because of the variety of different types of educational degrees and work experiences that could qualify applicants for the different specialty areas. What is desired of people in this classification is a certain level of expertise in a specialty area, regardless of what that specialty area is. The amount of education and experience in the MQ statement is sufficient to ensure that all people qualifying in all the specialty areas will possess the KSA's needed to perform the job tasks (i.e. a Master's degree and three years of experience is sufficient for all specialty areas, instead of having different education and experience requirements for the different specialty areas). The tasks and functions that are performed are the same regardless of what specialty area in which the person happens to be working.

31

EXAMINATION PLAN
WORKSHEET

**Directions:** List the qualifying KSAs down the first column with their respective percent weights. Indicate which selection device you have selected to evaluate each KSA. If more than one selection device is to be used for a KSA, indicate how the points will be distributed.

| Qualifying KSAs | Weight | Supplemental Questionnaire | Probationary Period | Selection Device 1 | Selection Device 2 | Selection Device 3 | Selection Device 4 |
|---|---|---|---|---|---|---|---|
| K - 1 | .125 | .125 | | | | | |
| K - 2 | .033 | .033 | | | | | |
| K - 3 | .125 | .125 | | | | | |
| K - 4 | .06 | | .06 | | | | |
| K - 5 | .033 | .033 | | | | | |
| K - 6 | .033 | .033 | | | | | |
| K - 7 | .033 | .033 | | | | | |
| K - 8 | .06 | .06 | | | | | |
| A - 1 | .06 | .06 | | | | | |
| A - 2 | .06 | .06 | | | | | |
| A - 3 | .06 | | .06 | | | | |
| A - 4 | .125 | | .125 | | | | |
| A - 5 | .125 | | .125 | | | | |
| A - 6 | .033 | .033 | | | | | |
| A - 7 | .033 | .033 | | | | | |
| TOTAL: | 100% | 57% | 43% | | | | |

32

33

**List selection devices used:** Minimum qualifications will be evaluated on a pass/fail basis, based on the information provided on the application. The supplemental questionnaire will be used to assign grades to the applicants. The supplemental questionnaire will consist of all the tasks that survived the IAQ analysis. Scores will be derived by adding together the tasks performed under each work behavior (1 point for each task), multiplying these scores by the work behavior weights (average estimated time spent performing that work behavior), and then adding together these weighted sums to arrive at a final score. The applicant's scores will be banded, starting at the highest score and using one standard deviation as the bandwidth, which is the departmental standard bandwidth for unassembled examinations, according to Dr. John Hicks, the I/O Psychologist for the Personnel Department. Two extra sets of scores will be added, if necessary, to simulate applicants receiving either the maximum or minimum score possible, as this is a continuous classification and the bandwidths that are set on the first administration will be used for all subsequent applicants (See Appendix A after the summary report).

**Examination Plan Explained:** All KSA's survived and were included in the selection devices. Importance ratings of the KSA's, rank-ordering of the KSA's, and the KSA linkages to the Work Behaviors were analyzed to determine the weights for the KSA's. K1, K3, A4, and A5 were weighted 12.5 % each, K4, K8, A1, A2, and A3 were weighted 6% each, and K2, K5, K6, K7, A6, and A7 were weighted 3.3% each. The supplemental questionnaire will account for 57% of the selection procedure, measuring K1, K2, K3, K5, K6, K7, K8, A1, A6, and A7. The probationary period will account for the other 43% of the examination, measuring K4, A2, A3, A4, and A5.

**Examination Minimum Qualifications Defined and Explained:** The subject matter experts for this classification were asked to identify education, training, work experiences, and other experiences which would provide and individual with the KSA's necessary to perform the required duties. Based on the SME ratings of the qualifications and their links to the KSA's, the minimum qualifications for this job classification are:

A Master's degree in rehabilitation, psychology, counseling, human development, social work, nursing, or allied health occupations plus three years of professional level experience providing independent living skills, special education, vocational rehabilitation, or medical rehabilitation services to individuals with disabilities.

Three years of experience in the specialty area may substitute for the required rehabilitation experience.

**Comments:** This classification is at the same pay level as the Rehabilitation Supervisor I classification. Supervisory staff could end up supervising people in this classification at equivalent pay grades, which could lead to feelings of resentment in the agency. I will send a memo to the appropriate classification analyst to notify them of this situation and to request they study the Rehabilitation Supervisor series and the Children's Rehabilitation Supervisor Series.

37

Appendix A (see pg. 33 in the Summary Report)
data from the first administration of the questionnaire

Specialist I

| Item | Carson, H. | Dent, J. | Fitzgerald, Gamble, T | Hodge, W. | Lavas, N. | Lewis, L. | Mullins, E. | Myrick, J. | Roberts, N | Tresse, T. | Minimum |
|---|---|---|---|---|---|---|---|---|---|---|---|
| WB1-1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 |
| WB1-2 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 1 | 1 | 1 | 0 |
| WB1-3 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 0 |
| WB1-4 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 1 | 1 | 1 | 0 |
| WB1-5 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 0 |
| WB1-6 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 1 | 1 | 1 | 0 |
| WB1-7 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 |
| WB1-8 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 1 | 1 | 0 | 0 |
| WB1-9 | 1 | 0 | 9 | 9 | 9 | 9 | 0 | 9 | 8 | 7 | 0 |
| WB2-1 | 9 | 8 | 9 | 9 | 9 | 9 | 6 | 9 | 8 | 7 | 0 |
| WB2-2 | 1 | 0 | 1 | 1 | 1 | 1 | 0 | 1 | 1 | 1 | 0 |
| WB3-1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 |
| WB3-2 | 0 | 1 | 0 | 1 | 1 | 1 | 0 | 1 | 1 | 1 | 0 |
| WB3-3 | 0 | 1 | 0 | 1 | 1 | 1 | 0 | 1 | 0 | 1 | 0 |
| WB3-4 | 0 | 4 | 2 | 4 | 4 | 4 | 0 | 4 | 2 | 3 | 0 |
| WB4-1 | 1 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 |
| WB4-2 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 |
| WB4-3 | 1 | 1 | 0 | 1 | 1 | 1 | 0 | 0 | 1 | 1 | 0 |
| WB4-4 | 1 | 0 | 1 | 0 | 1 | 0 | 0 | 1 | 1 | 1 | 0 |
| WB4-5 | 0 | 1 | 0 | 1 | 1 | 0 | 0 | 1 | 1 | 0 | 0 |
| WB4-6 | 0 | 1 | 1 | 1 | 1 | 0 | 0 | 0 | 1 | 0 | 0 |
| WB4-7 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| WB4-8 | 0 | 1 | 0 | 1 | 1 | 0 | 0 | 1 | 1 | 0 | 0 |
| WB4-9 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| WB4-10 | 1 | 1 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 |
| WB4-11 | 0 | 1 | 0 | 1 | 1 | 1 | 0 | 1 | 1 | 0 | 0 |
| WB4-12 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 |
| WB4-13 | 1 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 0 |
| WB4-14 | 0 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 |
| WB4-15 | 0 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 |

38

## Specialist f

| Weights | | | 16 | 17 | 18 | 19 | 20 | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WB1 | 30.61% | 2.755102 | | | | | | 2.44898 | 2.755102 | 2.755102 | 2.755102 | 2.755102 | 1.836735 | 2.755102 | 2.755102 | 2.44898 | 2.755102 | 2.142857 |
| WB2 | 13.27% | 0.132653 | | | | | | 0.265306 | 0.132653 | 0.265306 | 0.265306 | 0.265306 | 0.132653 | 0.265306 | 0.265306 | 0.265306 | 0.265306 | 0.132653 |
| WB3 | 3.57% | 0.142857 | | | | | | 0 | 0.142857 | 0.071429 | 0.142857 | 0.142857 | 0 | 0.142857 | 0.035714 | 0.142857 | 0.107143 | |
| WB4 | 52.55% | 5.255102 | | | | | | 7.882653 | 5.255102 | 5.255102 | 6.306122 | 10.5102 | 4.729592 | 10.5102 | 8.408163 | 10.5102 | 3.153061 | |
| Total | | 8.142857 | | | | | | 10.7398 | 8.214286 | 9.469388 | 13.67347 | 9.994898 | 6.69898 | 13.67347 | 11.15816 | 13.67347 | 5.535714 | |

| | 10 | 15 | 10 | 12 | 20 | 13 | 9 | 20 | 16 | 20 | 6 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| WB1 | 1 | 0 | 1 | 1 | 1 | 1 | 0 | 1 | 1 | 1 | 0 |
| WB2 | 0 | 1 | 0 | 0 | 1 | 1 | 0 | 1 | 1 | 1 | 0 |
| WB3 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 1 | 1 | 1 | 0 |
| WB4 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 0 | 1 | 1 | 1 |

N = 12
Average = 9.247874
St. Dev. = 3.969536

| | Max | Min |
|---|---|---|
| band01 | 13.67347 | 9.703934 |
| band02 | 9.703934 | 5.734398 |
| band03 | 5.734398 | 1.764862 |
| band04 | 1.764862 | 0 |

39

*Appendix B used primarily in the Rehab. Specialist III study*
*(see pg. 31 in the summary report)*

**Tasks that differentiate the three levels of Rehabilitation Specialist.**

**Work Behavior 1. Provide technical assistance in a specialty area such as vocational rehabilitation, audiology, nutrition, physical therapy, learning disabilities, etc. to provide timely, high-quality rehabilitation services.**

All   Maintain a file of current information concerning your specialty area. (1.5, 2.25, 3)

**Work Behavior 2. Develop and conduct training programs in a specialty area such as vocational rehabilitation, audiology, nutrition, physical therapy, learning disabilities, etc. to keep departmental staff aware of current developments in the specialty area.**

II & III   Train the staff regarding the Federal and State laws that govern the rehabilitation process. (1, 2.75, 4)

I   Train the staff regarding the departmental policies and procedures. (2, 1.75, 4)

II & III   Plan for future training needs that will arise to keep pace with technological changes. (1, 2.5, 3)

II & III   Prepare materials to be used in training. (1, 2.5, 2.5)

II & III   Attend outside training programs to stay updated on new developments in your specialty area. (1.5, 2.5, 3.5)

II & III   Develop and conduct training programs in your specialty area. (1, 3, 3.5)

All   Make presentations at outside training programs in your specialty area. (2, 3, 3.5)

**Work Behavior 4. Conduct departmental research in a specialty area such as vocational rehabilitation, audiology, nutrition, physical therapy, learning disabilities, etc. in order to determine such things as departmental strengths and weaknesses, current training needs, and counseling effectiveness.**

II & III   Plan and conduct research to determine overall departmental training needs. (1, 2.25, 4)

All   Determine the extent of training the department needs for your specialty area. (2, 2.25, 4)

I & III   Plan and conduct research to determine the level of client/family satisfaction. (2, 2.25, 4)

III   Conduct surveys to determine the staff's level of perceived effectiveness. (1, 1.25, 3.5)

All   Conduct research to determine if the department, specialty area, or certain employees are meeting their goals. (2, 2.25, 4)

All   Monitor the department's success in fulfilling agreements made with outside agencies. (2.5, 3.25, 4)

40

II & III    Plan and conduct research to determine the effectiveness of training programs. ( 1, 2.75, 3.5 )

III    Plan and conduct research to determine the effectiveness of policies and procedures. ( 1, 1.25, 3.5 )

III    Collect data for a variety of different measures, such as the number of assistance calls handled, the number of assistance calls successfully resolved, etc. ( 1, 1.5, 3 )

**Work Behavior 5.  Perform administrative duties as needed to secure program funding, to maintain proper communication with co-workers, to maintain proper documentation of services provided, etc.**

I    Enter client information into the computer. ( 2.5, 0, 0 )

II & III    Delegate appropriate tasks to the clerical staff. ( 1, 3, 3 )

I & III    Develop inter-agency networks of service providers in the district and the state. ( 2.5, 1.75, 4 )

All    Work collaboratively with division in the department and other agencies when providing rehabilitation services. ( 2.5, 3, 4 )

III    Promote the development of consumer-based support groups in the state. ( 1.5, 1.25, 3 )

All    Maintain good relationships with advocacy groups and support groups involved in your specialty area. ( 2.5, 2.5, 4 )

II & III    Develop and maintain some type of statewide advisory group, comprised of representatives from the department, service providers, consumers, advocacy groups, etc., for your specialty area. ( 1.5, 2.75, 4 )

III    Assist in the development of promotional media, such as pamphlets and brochures, for your specialty area. ( 1, 2.25, 3 )

II & III    Interpret new legal decisions that affect your specialty area. ( 0, 2.75, 3.5 )

I    Review monitoring reports written by departmental staff members. ( 3.5, 1.75, 1 )

41



Specific Tasks:

**III**

**only**

(5.2) Promote the development of consumer based support groups in th staff.

(5.25) Develop promotional media, such as pamphlets, brochures etc.

**ill at statewide level.**

(5.3) Conduct public hearings

- Conduct surveys to determine staff's level of perceived effectiveness
- Plan, conduct research to det. the eff. of dept. policies + procedures
- Collect data for a variety of measures. # of calls handled, # successfully resolved etc.

(4.9)

**II & III**

**only**

(5.33) Interpret new legal decisions that affect your spec. area

(5.29) Create documents + forms to be used by th department

5.23    Develop + maintain a statewide advisory group, comprised of representatives from the department, service providers, consumers, advocacy groups, etc. for the specialty area.

4.7 - Plan + conduct research to det the effectiveness of training programs.
2.1 - Train staff regarding Fed. + State laws that govern the rehab. process
4.1 - P + C research to det. over-all departmental training needs
2.6 - Prepare material to be used in training
2.9 - P + C training programs in the spec. area
2.7 - attend outside training programs to stay updated on newer in spec. area.
2.5 - Plan for future training needs to keep pace w/ technological 42 advances.

tie the promotional justification to ~~the~~
tackier stuff : that they would need high-level
experience in the dept. for.

ie: grant writing
budget prep.

In-depth knowledge off of Dept's goals, plans
mission, values, etc.

Strong supervisory skills, person to mentoring-
advice giving nature.

Tech. assistance & consultation above that of I's & II
consult to commissioner & asst. dirs. on
the facets of the program area : ie can we
effect a change in policy, etc.

*2nd*
*most*
*imp.*

Must have already est. rapport & credibility w/
dept.

K of the agency's history.

A to evaluate needs in the field & design strategies
*of the program*
to meet them.

*Most imp.*
*one*
*that all*
*II levels have*
*that I's don't*

43

50344.XLS

| | SPECIALIST I | SPECIALIST II | SPECIALIST III |
|---|---|---|---|
| TASK 1.1A | 4 | 3.5 | 4.5 |
| TASK 1.1B | 3.5 | 2.75 | 3.5 |
| TASK 1.1C | 1 | 0.75 | 1 |
| TASK 1.1D | 3 | 2 | 2.5 |
| TASK 1.2A | 5 | 4.75 | 5 |
| TASK 1.2B | 3 | 3.75 | 4 |
| TASK 1.2C | 1 | 1 | 1 |
| TASK 1.2D | 2.5 | 2.75 | 2.5 |
| TASK 1.3A | 4.5 | 3.75 | 3.5 |
| TASK 1.3B | 3 | 2.75 | 3 |
| TASK 1.3C | 0.5 | 0.75 | 0 |
| TASK 1.3D | 2.5 | 2.5 | 2 |
| TASK 1.4A | 4.5 | 3.5 | 3.5 |
| TASK 1.4B | 3 | 2.75 | 3 |
| TASK 1.4C | 0.5 | 0.75 | 0 |
| TASK 1.4D | 2.5 | 2.5 | 2 |
| TASK 1.5A | 3.5 | 3.75 | 3.5 |
| TASK 1.5B | 3 | 3.25 | 3.5 |
| TASK 1.5C | 1 | 1 | 1 |
| TASK 1.5D | 3 | 2.5 | 2.5 |
| TASK 1.6A | 3.5 | 2.25 | 3.5 |
| TASK 1.6B | 3 | 3 | 3.5 |
| TASK 1.6C | 0.5 | 1 | 1 |
| TASK 1.6D | 3 | 2.75 | 3 |
| TASK 1.7A | 2.5 | 2 | 1.5 |
| TASK 1.7B | 1.5 | 1.75 | 1.5 |
| TASK 1.7C | 0 | 0.5 | 0 |
| TASK 1.7D | 1.5 | 1.75 | 1 |
| TASK 1.8A | 1.5 | 1.25 | 1.5 |
| TASK 1.8B | 1 | 1.25 | 1.5 |
| TASK 1.8C | 0 | 0.25 | 0 |
| TASK 1.8D | 1 | 1 | 1 |
| TASK 1.9A | 3 | 3.5 | 4.5 |
| TASK 1.9B | 1.5 | 2.25 | 3 |
| TASK 1.9C | 0.5 | 0.75 | 1 |
| TASK 1.9D | 2.5 | 1.5 | 2.5 |
| TASK 1.10A | 3 | 3.25 | 3.5 |
| TASK 1.10B | 3 | 3 | 3 |
| TASK 1.10C | 0.5 | 0.75 | 1 |
| TASK 1.10D | 3 | 2.5 | 2.5 |
| TASK 1.11A | 3.5 | 3.5 | 5 |
| TASK 1.11B | 3 | 3 | 4 |
| TASK 1.11C | 0.5 | 1 | 1 |
| TASK 1.11D | 3 | 3 | 3 |
| TASK 1.12A | 2.5 | 2.75 | 3.5 |
| TASK 1.12B | 2 | 2.5 | 3 |
| TASK 1.12C | 0.5 | 0.5 | 0.5 |
| TASK 1.12D | 1.5 | 2 | 2.5 |
| TASK 2.1A | 1 | 2.5 | 3 |

1.7

1.8

44

50344.XLS

| Task | | | |
|------|-----|------|-----|
| TASK 2.1B | 1 | 2.75 | 4 |
| TASK 2.1C | 0.5 | 0.75 | 1 |
| TASK 2.1D | 1.5 | 2.5 | 3 |
| TASK 2.2A | 1.5 | 1.5 | 2 |
| TASK 2.2B | 2 | 1.75 | 4 |
| TASK 2.2C | 0.5 | 0.25 | 0 |
| TASK 2.2D | 3 | 1.75 | 2.5 |
| TASK 2.3A | 0 | 1.25 | 0.5 |
| TASK 2.3B | 0 | 1.5 | 1 |
| TASK 2.3C | 0 | 0.5 | 0 |
| TASK 2.3D | 0 | 1.5 | 1 |
| TASK 2.4A | 1.5 | 2.75 | 2.5 |
| TASK 2.4B | 1.5 | 2.25 | 2.5 |
| TASK 2.4C | 0.5 | 1 | 0.5 |
| TASK 2.4D | 1.5 | 2.5 | 2.5 |
| TASK 2.5A | 0.5 | 1.75 | 2 |
| TASK 2.5B | 1 | 2.5 | 3 |
| TASK 2.5C | 0.5 | 0.5 | 1 |
| TASK 2.5D | 1.5 | 2.25 | 3 |
| TASK 2.6A | 0.5 | 2.5 | 3 |
| TASK 2.6B | 1 | 2.5 | 2.5 |
| TASK 2.6C | 0.5 | 0.75 | 1 |
| TASK 2.6D | 1.5 | 2.5 | 3 |
| TASK 2.7A | 1 | 1.75 | 2 |
| TASK 2.7B | 1.5 | 2.5 | 3.5 |
| TASK 2.7C | 0.5 | 0.5 | 0.5 |
| TASK 2.7D | 1.5 | 2.25 | 2.5 |
| TASK 2.8A | 0.5 | 2 | 2 |
| TASK 2.8B | 1 | 2.25 | 2 |
| TASK 2.8C | 0.5 | 0.5 | 0.5 |
| TASK 2.8D | 1.5 | 2.25 | 2.5 |
| TASK 2.9A | 0.5 | 2 | 2.5 |
| TASK 2.9B | 1 | 3 | 3.5 |
| TASK 2.9C | 0.5 | 1 | 1 |
| TASK 2.9D | 1.5 | 3 | 3 |
| TASK 2.10A | 1 | 2 | 2.5 |
| TASK 2.10B | 2 | 3 | 3.5 |
| TASK 2.10C | 1 | 1 | 1 |
| TASK 2.10D | 3 | 3 | 3 |
| TASK 3.1A | 2.5 | 0 | 1 |
| TASK 3.1B | 2 | 0 | 2 |
| TASK 3.1C | 0.5 | 0 | 0.5 |
| TASK 3.1D | 1.5 | 0 | 1 |
| TASK 3.2A | 2.5 | 0 | 1 |
| TASK 3.2B | 2 | 0 | 2 |
| TASK 3.2C | 0.5 | 0 | 0.5 |
| TASK 3.2D | 1.5 | 0 | 1 |
| TASK 3.3A | 2.5 | 0 | 1 |
| TASK 3.3B | 2 | 0 | 2 |
| TASK 3.3C | 0.5 | 0 | 0.5 |

45

50344.XLS

| | | | | |
|---|---|---|---|---|
| | TASK 3.3D | 1.5 | 0 | 1 |
| | TASK 3.4A | 2.5 | 0 | 1 |
| | TASK 3.4B | 2 | 0 | 2 |
| | TASK 3.4C | 0.5 | 0 | 0.5 |
| | TASK 3.4D | 1.5 | 0 | 1 |
| | TASK 3.5A | 2.5 | 0 | 0 |
| | TASK 3.5B | 2 | 0 | 0 |
| | TASK 3.5C | 0.5 | 0 | 0 |
| | TASK 3.5D | 1.5 | 0 | 0 |
| | TASK 4.1A | 0.5 | 1.25 | 1.5 |
| 4.1 | TASK 4.1B | 1 | 2.25 | 4 |
| | TASK 4.1C | 0 | 0.75 | 1 |
| | TASK 4.1D | 1.5 | 1.75 | 3 |
| | TASK 4.2A | 1.5 | 1.25 | 1.5 |
| | TASK 4.2B | 2 | 2.25 | 4 |
| | TASK 4.2C | 0.5 | 0.75 | 1 |
| | TASK 4.2D | 2.5 | 1.75 | 3 |
| | TASK 4.3A | 1 | 1.5 | 2.5 |
| | TASK 4.3B | 2 | 2.75 | 4 |
| | TASK 4.3C | 0.5 | 0.25 | 1 |
| | TASK 4.3D | 2.5 | 1.75 | 3 |
| | TASK 4.4A | 0.5 | 0.5 | 1.5 |
| 4.4 | TASK 4.4B | 1 | 1.25 | 3.5 |
| | TASK 4.4C | 0 | 0.25 | 1 |
| | TASK 4.4D | 1.5 | 1 | 3 |
| | TASK 4.5A | 1.5 | 1.25 | 2.5 |
| | TASK 4.5B | 2 | 2.25 | 4 |
| | TASK 4.5C | 0.5 | 0.75 | 1 |
| | TASK 4.5D | 2.5 | 2 | 3 |
| | TASK 4.6A | 2.5 | 3 | 4 |
| | TASK 4.6B | 2.5 | 3.25 | 4 |
| | TASK 4.6C | 0.5 | 0.75 | 1 |
| | TASK 4.6D | 3 | 2.75 | 3 |
| | TASK 4.7A | 1 | 1.75 | 2.5 |
| 4.7 | TASK 4.7B | 1 | 2.75 | 3.5 |
| | TASK 4.7C | 0 | 0.75 | 1 |
| | TASK 4.7D | 1.5 | 2.25 | 3 |
| 4.8 | TASK 4.8A | 0.5 | 0.5 | 2 |
| | TASK 4.8B | 1 | 1.25 | 3.5 |
| | TASK 4.8C | 0 | 0.25 | 1 |
| | TASK 4.8D | 1.5 | 1 | 3 |
| | TASK 4.9A | 0.5 | 2 | 3 |
| 4.9 | TASK 4.9B | 1 | 1.5 | 3 |
| | TASK 4.9C | 0 | 0.25 | 1 |
| | TASK 4.9D | 1.5 | 1 | 2.5 |
| | TASK 5.1A | 4 | 2.25 | 4.5 |
| | TASK 5.1B | 3 | 1.25 | 3 |
| | TASK 5.1C | 0.5 | 0.25 | 1 |
| | TASK 5.1D | 2.5 | 1 | 2.5 |
| | TASK 5.2A | 3.5 | 2 | 2.5 |

46

50344.XLS

| | | | |
|---|---|---|---|
| TASK 5.2B | 3 | 1.25 | 2 |
| TASK 5.2C | 0.5 | 0.25 | 0.5 |
| TASK 5.2D | 2.5 | 1 | 1.5 |
| TASK 5.3A | 3 | 2 | 3 |
| TASK 5.3B | 3.5 | 2.75 | 3 |
| TASK 5.3C | 0.5 | 0.25 | 1 |
| TASK 5.3D | 2.5 | 2.25 | 2.5 |
| TASK 5.4A | 3 | 2.5 | 3.5 |
| TASK 5.4B | 3 | 2.5 | 3 |
| TASK 5.4C | 0.5 | 0.5 | 1 |
| TASK 5.4D | 2.5 | 2.25 | 2.5 |
| TASK 5.5A | 3 | 2.5 | 3.5 |
| TASK 5.5B | 3 | 2.5 | 3 |
| TASK 5.5C | 0.5 | 0.5 | 1 |
| TASK 5.5D | 2.5 | 2.25 | 2.5 |
| TASK 5.6A | 2.5 | 0 | 0 |
| TASK 5.6B | 2.5 | 0 | 0 |
| TASK 5.6C | 0.5 | 0 | 0 |
| TASK 5.6D | 2.5 | 0 | 0 |
| TASK 5.7A | 3 | 2.5 | 2.5 |
| TASK 5.7B | 2.5 | 2.75 | 2.5 |
| TASK 5.7C | 0.5 | 0.5 | 1 |
| TASK 5.7D | 2 | 2.25 | 2 |
| TASK 5.8A | 4 | 5 | 6 |
| TASK 5.8B | 2 | 3.25 | 3.5 |
| TASK 5.8C | 1 | 0.25 | 0.5 |
| TASK 5.8D | 2 | 1.75 | 2.5 |
| TASK 5.9A | 1 | 0.75 | 1 |
| TASK 5.9B | 3.5 | 3 | 3.5 |
| TASK 5.9C | 0.5 | 0.25 | 0.5 |
| TASK 5.9D | 3 | 2.25 | 2.5 |
| TASK 5.10A | 1 | 1 | 1 |
| TASK 5.10B | 3.5 | 3.75 | 3.5 |
| TASK 5.10C | 0.5 | 0.5 | 0.5 |
| TASK 5.10D | 3 | 2.75 | 2.5 |
| TASK 5.11A | 1 | 4.75 | 5.5 |
| TASK 5.11B | 3.5 | 3.75 | 4 |
| TASK 5.11C | 0.5 | 0.75 | 1 |
| TASK 5.11D | 3 | 2.75 | 3 |
| TASK 5.12A | 1 | 1.75 | 1.5 |
| TASK 5.12B | 4 | 3.5 | 3.5 |
| TASK 5.12C | 0.5 | 0.25 | 0.5 |
| TASK 5.12D | 3 | 2.75 | 2.5 |
| TASK 5.13A | 5 | 5.25 | 5.5 |
| TASK 5.13B | 1 | 3 | 3 |
| TASK 5.13C | 0.5 | 0.5 | 1 |
| TASK 5.13D | 1.5 | 2.5 | 2 |
| TASK 5.14A | 1.5 | 2 | 3 |
| TASK 5.14B | 4 | 3.75 | 3 |
| TASK 5.14C | 1 | 0.75 | 1 |

5.13

47

50344.XLS

| | | | |
|---|---|---|---|
| TASK 5.14D | 3 | 2.75 | 2.5 |
| TASK 5.15A | 1.5 | 2.75 | 2 |
| TASK 5.15B | 2 | 2.75 | 1.5 |
| TASK 5.15C | 0.5 | 0.5 | 0 |
| TASK 5.15D | 1.5 | 2 | 1 |
| TASK 5.16A | 4 | 4 | 4 |
| TASK 5.16B | 4 | 3.75 | 3 |
| TASK 5.16C | 1 | 0.75 | 1 |
| TASK 5.16D | 3 | 2.75 | 2.5 |
| TASK 5.17A | 2.5 | 1.75 | 3 |
| TASK 5.17B | 2.5 | 2 | 3 |
| TASK 5.17C | 1 | 0 | 0 |
| TASK 5.17D | 2.5 | 1.75 | 2.5 |
| TASK 5.18A | 2.5 | 1.75 | 4 |
| TASK 5.18B | 2.5 | 1.75 | 4 |
| TASK 5.18C | 1 | 0.25 | 1 |
| TASK 5.18D | 3 | 1.25 | 3 |
| TASK 5.19A | 3.5 | 4 | 5 |
| TASK 5.19B | 2.5 | 3 | 4 |
| TASK 5.19C | 1 | 0.75 | 1 |
| TASK 5.19D | 3 | 2.75 | 3 |
| TASK 5.20A | 2.5 | 0.5 | 2.5 |
| TASK 5.20B | 1.5 | 1.25 | 2 |
| TASK 5.20C | 0.5 | 0 | 0 |
| TASK 5.20D | 1.5 | 1.5 | 2 |
| TASK 5.21A | 2.5 | 1 | 2 |
| TASK 5.21B | 1.5 | 1.25 | 3 |
| TASK 5.21C | 0.5 | 0 | 0.5 |
| TASK 5.21D | 1.5 | 1.25 | 3 |
| TASK 5.22A | 3.5 | 3.25 | 5 |
| TASJ 5.22B | 2.5 | 2.5 | 4 |
| TASK 5.22C | 1 | 0.75 | 1 |
| TASK 5.22D | 3 | 2 | 3 |
| TASK 5.23A | 2 | 1.5 | 2 |
| TASK 5.23B | 1.5 | 2.75 | 4 |
| TASK 5.23C | 0.5 | 0.5 | 1 |
| TASK 5.23D | 1.5 | 2 | 3 |
| TASK 5.24A | 3 | 2.25 | 3 |
| TASK 5.24B | 3 | 3.25 | 4 |
| TASK 5.24C | 1 | 0.75 | 1 |
| TASK 5.24D | 3 | 3 | 3 |
| TASK 5.25A | 1 | 1.25 | 2 |
| TASK 5.25B | 1 | 2.25 | 3 |
| TASK 5.25C | 0.5 | 0 | 0.5 |
| TASK 5.25D | 1 | 2.5 | 2 |
| TASK 5.26A | 2 | 1.25 | 3 |
| TASK 5.26B | 3 | 2.5 | 3.5 |
| TASK 5.26C | 1 | 1.25 | 1 |
| TASK 5.26D | 3 | 2 | 3 |
| TASK 5.27A | 1.5 | 1 | 1.5 |

48

50344.XLS

| | | | |
|---|---|---|---|
| TASK 5.27B | 3 | 2 | 3 |
| TASK 5.27C | 1 | 0.5 | 0.5 |
| TASK 5.27D | 3 | 2 | 2.5 |
| TASK 5.28A | 1 | 1.25 | 2.5 |
| TASK 5.28B | 2.5 | 2.5 | 3 |
| TASK 5.28C | 1 | 0.5 | 0.5 |
| TASK 5.28D | 3 | 2 | 3 |
| TASK 5.29A | 0.5 | 1.25 | 2 |
| TASK 5.29B | 1.5 | 2.75 | 2.5 |
| TASK 5.29C | 0.5 | 0.25 | 0.5 |
| TASK 5.29D | 1.5 | 2.75 | 2 |
| TASK 5.30A | 3 | 2 | 2 |
| TASK 5.30B | 3.5 | 3.25 | 3.5 |
| TASK 5.30C | 1 | 0.75 | 1 |
| TASK 5.30D | 3 | 2.75 | 3 |
| TASK 5.31A | 3 | 3 | 4 |
| TASK 5.31B | 3.5 | 3.5 | 4 |
| TASK 5.31C | 1 | 0.75 | 1 |
| TASK 5.31D | 3 | 2.5 | 3 |
| TASK 5.32A | 0 | 2 | 2.5 |
| TASK 5.32B | 0 | 2.75 | 3.5 |
| TASK 5.32C | 0 | 0.5 | 0.5 |
| TASK 5.32D | 0 | 2 | 2.5 |
| TASK 5.33A | 3.5 | 1.75 | 1 |
| TASK 5.33B | 3.5 | 2.75 | 3.5 |
| TASK 5.33C | 0.5 | 0.25 | 0 |
| TASK 5.33D | 3 | 1.75 | 2 |
| TASK 5.34A | 3 | 1.25 | 0.5 |
| TASK 5.34B | 3.5 | 1.75 | 1 |
| TASK 5.34C | 0.5 | 0.25 | 0 |
| TASK 5.34D | 3 | 1.25 | 1.5 |
| TASK 5.35A | 0 | 0.5 | 1 |
| TASK 5.35B | 0 | 1 | 2 |
| TASK 5.35C | 0 | 0.25 | 0.5 |
| TASK 5.35D | 0 | 0.5 | 1 |
| TASK 5.36A | 2.5 | 2 | 1 |
| TASK 5.36B | 2.5 | 2 | 1.5 |
| TASK 5.36C | 0.5 | 0 | 0.5 |
| TASK 5.36D | 3 | 1.75 | 1 |
| TASK 5.37A | 0.5 | 0.5 | 1.5 |
| TASK 5.37B | 1.5 | 1.5 | 3.5 |
| TASK 5.37C | 0.5 | 0 | 0.5 |
| TASK 5.37D | 1.5 | 1.25 | 2 |
| TASK 5.38A | 4 | 1.25 | 0 |
| TASK 5.38B | 3 | 1.5 | 0 |
| TASK 5.38C | 0.5 | 0 | 0 |
| TASK 5.38D | 3 | 1.5 | 0 |
| TASK 5.39A | 1.5 | 1.25 | 2 |
| TASK 5.39B | 3.5 | 2.75 | 4 |
| TASK 5.39C | 0.5 | 0 | 0.5 |

49

50344.XLS

| | | | |
|---|---|---|---|
| TASK 5.39D | 3 | 1.75 | 2.5 |
| WB1 E | 30 | 29.25 | 25 |
| WB1 F | 4 | 2.75 | 4 |
| WB1 G | 1 | 0.75 | 1 |
| WB2 E | 13 | 22 | 14.5 |
| WB2 F | 3.5 | 3.25 | 3 |
| WB2 G | 1 | 0.5 | 0.5 |
| WB3 E | 2 | 0 | 3 |
| WB3 F | 3 | 0 | 3.5 |
| WB3 G | 1 | 0 | 1 |
| WB4 E | 3.5 | 10 | 17.5 |
| WB4 F | 3.5 | 3 | 3.5 |
| WB4 G | 1 | 0 | 0.5 |
| WB5 E | 51.5 | 38.75 | 40 |
| WB5 F | 4 | 3.75 | 4 |
| WB5 G | 1 | 1 | 1 |
| A1 E | 4 | 3.5 | 4 |
| A1 F | 1 | 0.75 | 1 |
| A1 G | 3 | 2.75 | 3 |
| A2 E | 4 | 3.75 | 4 |
| A2 F | 1 | 1 | 1 |
| A2 G | 3 | 3 | 3 |
| A3 E | 4 | 3.75 | 4 |
| A3 F | 1 | 1 | 1 |
| A3 G | 3 | 3 | 3 |
| A4 E | 3.5 | 3.75 | 4 |
| A4 F | 1 | 1 | 1 |
| A4 G | 3 | 3 | 3 |
| A5 E | 4 | 3.5 | 3.5 |
| A5 F | 1 | 1 | 1 |
| A5 G | 3 | 3 | 3 |
| A6 E | 3 | 2.5 | 3.5 |
| A6 F | 1 | 0.5 | 1 |
| A6 G | 2.5 | 2.25 | 3 |
| A7 E | 2 | 3 | 3.5 |
| A7 F | 1 | 0.75 | 1 |
| A7 G | 2 | 2.5 | 2.5 |
| K1 E | 4 | 3.25 | 4 |
| K1 F | 1 | 0.5 | 1 |
| K1 G | 2.5 | 2.75 | 3 |
| K1 H | 2.5 | 2 | 2.5 |
| K2 E | 3.5 | 2 | 3 |
| K2 F | 1 | 0.75 | 1 |
| K2 G | 2.5 | 2 | 2.5 |
| K2 H | 2 | 2 | 2 |
| K3 E | 4 | 3.5 | 4 |
| K3 F | 1 | 1 | 1 |
| K3 G | 3 | 3 | 3 |
| K3 H | 3 | 2.75 | 2.5 |
| K4 E | 4 | 3 | 3 |

II - train

III - research

50

50344.XLS

| | | | | |
|---|---|---|---|---|
| K4 | F | 0.5 | 0 | 0.5 |
| K4 | G | 3 | 2.5 | 2 |
| K4 | H | 3 | 2 | 2 |
| K5 | E | 2 | 0.25 | 2 |
| K5 | F | 1 | 0 | 0.5 |
| K5 | G | 2 | 0.25 | 2 |
| K5 | H | 1.5 | 0.25 | 2 |
| K6 | E | 2 | 0.75 | 1.5 |
| K6 | F | 1 | 0.25 | 0.5 |
| K6 | G | 2 | 0.75 | 1.5 |
| K6 | H | 1.5 | 0.5 | 1.5 |
| K7 | E | 2 | 1.25 | 3 |
| K7 | F | 1 | 0 | 1 |
| K7 | G | 2.5 | 1.5 | 2 |
| K7 | H | 2 | 1.25 | 2 |
| K8 | E | 4 | 2.5 | 2.5 |
| K8 | F | 1 | 0.25 | 0 |
| K8 | G | 3 | 2 | 2 |
| K8 | H | 2 | 1.5 | 2 |
| K1 | WB1 | 3 | 2.75 | 3 |
| K1 | WB2 | 3 | 2.25 | 3 |
| K1 | WB3 | 2.5 | 0.5 | 3 |
| K1 | WB4 | 2 | 2 | 2.5 |
| K1 | WB5 | 3 | 2.75 | 3 |
| $\bar{x}$ | | 2.7 | 2.05 | 2.9 |
| K2 | WB1 | 2.5 | 2 | 2.5 |
| K2 | WB2 | 2.5 | 2 | 2.5 |
| K2 | WB3 | 3 | 0.25 | 2.5 |
| K2 | WB4 | 2 | 2 | 3 |
| K2 | WB5 | 2.5 | 2 | 2.5 |
| $\bar{x}$ | | 2.5 | 1.65 | 2.6 |
| K3 | WB1 | 3 | 3 | 3 |
| K3 | WB2 | 3 | 2.75 | 3 |
| K3 | WB3 | 2.5 | 0.25 | 3 |
| K3 | WB4 | 2 | 2.5 | 3 |
| K3 | WB5 | 3 | 2.75 | 3 |
| $\bar{x}$ | | 2.7 | 2.25 | 3 |
| K4 | WB1 | 2.5 | 2.25 | 2.5 |
| K4 | WB2 | 2.5 | 2.25 | 2.5 |
| K4 | WB3 | 3 | 0.75 | 2.5 |
| K4 | WB4 | 2 | 2.5 | 3 |
| K4 | WB5 | 3 | 2.75 | 3 |
| $\bar{x}$ | | 2.6 | 2.1 | 2.7 |
| K5 | WB1 | 1.5 | 1.25 | 2 |
| K5 | WB2 | 1.5 | 1.5 | 2 |
| K5 | WB3 | 1.5 | 0.25 | 2 |
| K5 | WB4 | 1.5 | 1 | 2 |
| K5 | WB5 | 2.5 | 1.25 | 2 |
| $\bar{x}$ | | 1.7 | 1.05 | 2 |
| K6 | WB1 | 2 | 1 | 2 |

51

50344.XLS

| | | | | |
|---|---|---|---|---|
| K6 | WB2 | 2 | 1 | 2 |
| K6 | WB3 | 2 | 0.25 | 2 |
| K6 | WB4 | 1.5 | 1 | 2 |
| K6 | WB5 | 2.5 | 1 | 2 |
| $\bar{x}$ | | 2 | 0.85 | 2 |
| K7 | WB1 | 2 | 2.5 | 3 |
| K7 | WB2 | 2 | 2 | 3 |
| K7 | WB3 | 2 | 0.5 | 2 |
| K7 | WB4 | 1.5 | 2 | 3 |
| K7 | WB5 | 2.5 | 2.25 | 3 |
| $\bar{x}$ | | 2 | 1.85 | 2.8 |
| K8 | WB1 | 2 | 2.75 | 2.5 |
| K8 | WB2 | 2 | 1.75 | 2 |
| K8 | WB3 | 1.5 | 0.25 | 1.5 |
| K8 | WB4 | 1.5 | 1.75 | 2.5 |
| K8 | WB5 | 2.5 | 2.75 | 2.5 |
| $\bar{x}$ | | 1.9 | 1.85 | 2.2 |
| A1 | WB1 | 3 | 2.5 | 3 |
| A1 | WB2 | 3 | 2.75 | 3 |
| A1 | WB3 | 3 | 0.5 | 3 |
| A1 | WB4 | 2.5 | 2.25 | 3 |
| A1 | WB5 | 2.5 | 2.5 | 3 |
| $\bar{x}$ | | 2.8 | 2.1 | 3 |
| A2 | WB1 | 3 | 3 | 3 |
| A2 | WB2 | 3 | 3 | 3 |
| A2 | WB3 | 2.5 | 0.75 | 2 |
| A2 | WB4 | 2.5 | 2.75 | 3 |
| A2 | WB5 | 3 | 3 | 3 |
| $\bar{x}$ | | 2.8 | 2.5 | 2.8 |
| A3 | WB1 | 3 | 2.75 | 3 |
| A3 | WB2 | 3 | 3 | 3 |
| A3 | WB3 | 3 | 0.5 | 2 |
| A3 | WB4 | 2.5 | 2.25 | 3 |
| A3 | WB5 | 3 | 2.75 | 3 |
| $\bar{x}$ | | 2.9 | 2.25 | 2.8 |
| A4 | WB1 | 3 | 3 | 3 |
| A4 | WB2 | 3 | 3 | 3 |
| A4 | WB3 | 3 | 0.75 | 3 |
| A4 | WB4 | 2.5 | 2.75 | 3 |
| A4 | WB5 | 3 | 3 | 3 |
| $\bar{x}$ | | 2.9 | 2.5 | 3 |
| A5 | WB1 | 3 | 2.75 | 3 |
| A5 | WB2 | 3 | 2.75 | 2.5 |
| A5 | WB3 | 3 | 0.5 | 3 |
| A5 | WB4 | 2.5 | 2.5 | 3 |
| A5 | WB5 | 3 | 3 | 3 |
| $\bar{x}$ | | 2.9 | 2.3 | 2.9 |
| A6 | WB1 | 3 | 3 | 3 |
| A6 | WB2 | 3 | 2.5 | 3 |
| A6 | WB3 | 3 | 0.75 | 3 |

52

50344.XLS

| | | | |
|---|---|---|---|
| A6 | WB4 | 2.5 | 2.75 | 3 |
| A6 | WB5 | 3 | 2.75 | 3 |
| ⚡ | | 2.9 | 2.35 | 3 |
| A7 | WB1 | 3 | 2.75 | 3 |
| A7 | WB2 | 3 | 2.25 | 3 |
| A7 | WB3 | 3 | 0.75 | 3 |
| A7 | WB4 | 2.5 | 2.75 | 3 |
| A7 | WB5 | 3 | 2.5 | 3 |
| ⚡ | | 2.9 | 2.2 | 3 |
| MQ 1 | | 1 | 1 | 1 |
| MQ 2 | | 1 | 1 | 1 |
| MQ 3 | | 1 | 1 | 1 |
| MQ 4 | | 1 | 1 | 1 |
| MQ 5 | | 1 | 1 | 1 |
| MQ 6 | | 2 | 1 | 1 |
| MQ 7 | | 2 | 2 | 1 |
| MQ 8 | | 2.5 | 3 | 2 |
| MQ 9 | | 2.5 | 3 | 3 |
| MQ 10 | | 2.5 | 3 | 3 |
| MQ1 | K1 | 0 | 0 | 0 |
| MQ1 | K2 | 0.5 | 0.25 | 0.5 |
| MQ1 | K3 | 0 | 0 | 0 |
| MQ1 | K4 | 0 | 0 | 0 |
| MQ1 | K5 | 0.5 | 0.25 | 1 |
| MQ1 | K6 | 0.5 | 0 | 0.5 |
| MQ1 | K7 | 0.5 | 0.25 | 1 |
| MQ1 | K8 | 0 | 0 | 0 |
| MQ1 | A1 | 0.5 | 0.5 | 1 |
| MQ1 | A2 | 0.5 | 0.25 | 1 |
| MQ1 | A3 | 0.5 | 0.25 | 1 |
| MQ1 | A4 | 0.5 | 0 | 0.5 |
| MQ1 | A5 | 0 | 0 | 0.5 |
| MQ1 | A6 | 0 | 0 | 0.5 |
| MQ1 | A7 | 0 | 0.25 | 0.5 |
| MQ2 | K1 | 0 | 0 | 0.5 |
| MQ2 | K2 | 0.5 | 0.25 | 1 |
| MQ2 | K3 | 0 | 0 | 0 |
| MQ2 | K4 | 0 | 0 | 0.5 |
| MQ2 | K5 | 0.5 | 0.25 | 1 |
| MQ2 | K6 | 0.5 | 0 | 0.5 |
| MQ2 | K7 | 0.5 | 0.25 | 1 |
| MQ2 | K8 | 0 | 0 | 0 |
| MQ2 | A1 | 0.5 | 0.5 | 1 |
| MQ2 | A2 | 0.5 | 0.25 | 1 |
| MQ2 | A3 | 0.5 | 0.25 | 1 |
| MQ2 | A4 | 0.5 | 0 | 0.5 |
| MQ2 | A5 | 0 | 0 | 0.5 |
| MQ2 | A6 | 0 | 0 | 0.5 |
| MQ2 | A7 | 0 | 0.25 | 0.5 |
| MQ3 | K1 | 0 | 0.25 | 0.5 |

53

50344.XLS

| | | | | |
|---|---|---|---|---|
| MQ3 | K2 | 1 | 2 | 2 |
| MQ3 | K3 | 0 | 0 | 0 |
| MQ3 | K4 | 0 | 0 | 1 |
| MQ3 | K5 | 1 | 1 | 2 |
| MQ3 | K6 | 1 | 0 | 1 |
| MQ3 | K7 | 1 | 1 | 2 |
| MQ3 | K8 | 0 | 0 | 1 |
| MQ3 | A1 | 1 | 2 | 2 |
| MQ3 | A2 | 1 | 1 | 2 |
| MQ3 | A3 | 1 | 1 | 2 |
| MQ3 | A4 | 1 | 0 | 1 |
| MQ3 | A5 | 0 | 0 | 2 |
| MQ3 | A6 | 0 | 0 | 1 |
| MQ3 | A7 | 0 | 1 | 1 |
| MQ4 | K1 | 0 | 1 | 1 |
| MQ4 | K2 | 1 | 2 | 2 |
| MQ4 | K3 | 0 | 0 | 1 |
| MQ4 | K4 | 0 | 0 | 1 |
| MQ4 | K5 | 1 | 1 | 2 |
| MQ4 | K6 | 1 | 0 | 1 |
| MQ4 | K7 | 1 | 2 | 2 |
| MQ4 | K8 | 0 | 0 | 1 |
| MQ4 | A1 | 1 | 2 | 2 |
| MQ4 | A2 | 1 | 1 | 2 |
| MQ4 | A3 | 1 | 1 | 2 |
| MQ4 | A4 | 1 | 1 | 1 |
| MQ4 | A5 | 0 | 0 | 2 |
| MQ4 | A6 | 0 | 0 | 2 |
| MQ4 | A7 | 0 | 1 | 2 |
| MQ5 | K1 | 0 | 1 | 1 |
| MQ5 | K2 | 1 | 2 | 2 |
| MQ5 | K3 | 0 | 0 | 1 |
| MQ5 | K4 | 0 | 0 | 2 |
| MQ5 | K5 | 1 | 1 | 2 |
| MQ5 | K6 | 1 | 0 | 1 |
| MQ5 | K7 | 1 | 2 | 2 |
| MQ5 | K8 | 0 | 0 | 1 |
| MQ5 | A1 | 1 | 2 | 2 |
| MQ5 | A2 | 1 | 1 | 2 |
| MQ5 | A3 | 1 | 1 | 2 |
| MQ5 | A4 | 1 | 1 | 1 |
| MQ5 | A5 | 0 | 0 | 2 |
| MQ5 | A6 | 0 | 0 | 2 |
| MQ5 | A7 | 0 | 1 | 2 |
| MQ6 | K1 | 1 | 4 | 2 |
| MQ6 | K2 | 2 | 4 | 2 |
| MQ6 | K3 | 1 | 4 | 2 |
| MQ6 | K4 | 1 | 3 | 2 |
| MQ6 | K5 | 2 | 3 | 2 |
| MQ6 | K6 | 2 | 3 | 2 |

54

50344.XLS

| | | | | |
|---|---|---|---|---|
| MQ6 | K7 | 2 | 4 | 2 |
| MQ6 | K8 | 1 | 3 | 2 |
| MQ6 | A1 | 2 | 4 | 2 |
| MQ6 | A2 | 2 | 3 | 2 |
| MQ6 | A3 | 2 | 4 | 2 |
| MQ6 | A4 | 2 | 2 | 2 |
| MQ6 | A5 | 1 | 3 | 2 |
| MQ6 | A6 | 1 | 4 | 2 |
| MQ6 | A7 | 1 | 4 | 2 |
| MQ7 | K1 | 2 | 4 | 2 |
| MQ7 | K2 | 2 | 4 | 2 |
| MQ7 | K3 | 2 | 4 | 2 |
| MQ7 | K4 | 2 | 3 | 2 |
| MQ7 | K5 | 2 | 3 | 2 |
| MQ7 | K6 | 2 | 3 | 2 |
| MQ7 | K7 | 2 | 4 | 2 |
| MQ7 | K8 | 2 | 3 | 2 |
| MQ7 | A1 | 2 | 4 | 2 |
| MQ7 | A2 | 2 | 4 | 2 |
| MQ7 | A3 | 2 | 4 | 2 |
| MQ7 | A4 | 2 | 3 | 2 |
| MQ7 | A5 | 2 | 3 | 2 |
| MQ7 | A6 | 2 | 4 | 2 |
| MQ7 | A7 | 2 | 4 | 2 |
| MQ8 | K1 | 2 | 4 | 2 |
| MQ8 | K2 | 2 | 4 | 2 |
| MQ8 | K3 | 2 | 4 | 2 |
| MQ8 | K4 | 2 | 3 | 2 |
| MQ8 | K5 | 2 | 3 | 2 |
| MQ8 | K6 | 2 | 3 | 2 |
| MQ8 | K7 | 2 | 4 | 2 |
| MQ8 | K8 | 2 | 3 | 2 |
| MQ8 | A1 | 2 | 4 | 2 |
| MQ8 | A2 | 2 | 4 | 2 |
| MQ8 | A3 | 2 | 4 | 2 |
| MQ8 | A4 | 2 | 3 | 2 |
| MQ8 | A5 | 2 | 3 | 2 |
| MQ8 | A6 | 2 | 4 | 2 |
| MQ8 | A7 | 2 | 4 | 2 |
| MQ9 | K1 | 2 | 4 | 2 |
| MQ9 | K2 | 2 | 4 | 2 |
| MQ9 | K3 | 2 | 4 | 2 |
| MQ9 | K4 | 2 | 3 | 2 |
| MQ9 | K5 | 2 | 3 | 2 |
| MQ9 | K6 | 2 | 3 | 2 |
| MQ9 | K7 | 2 | 4 | 2 |
| MQ9 | K8 | 2 | 3 | 2 |
| MQ9 | A1 | 2 | 4 | 2 |
| MQ9 | A2 | 2 | 4 | 2 |
| MQ9 | A3 | 2 | 4 | 2 |

55

50344.XLS

| | | | | |
|---|---|---|---|---|
| MQ9 | A4 | 2 | 3 | 2 |
| MQ9 | A5 | 2 | 3 | 2 |
| MQ9 | A6 | 2 | 4 | 2 |
| MQ9 | A7 | 2 | 4 | 2 |
| MQ10 | K1 | 2 | 4 | 2 |
| MQ10 | K2 | 2 | 4 | 2 |
| MQ10 | K3 | 2 | 4 | 2 |
| MQ10 | K4 | 2 | 3 | 2 |
| MQ10 | K5 | 2 | 3 | 2 |
| MQ10 | K6 | 2 | 3 | 2 |
| MQ10 | K7 | 2 | 4 | 2 |
| MQ10 | K8 | 2 | 3 | 2 |
| MQ10 | A1 | 2 | 4 | 2 |
| MQ10 | A2 | 2 | 4 | 2 |
| MQ10 | A3 | 2 | 4 | 2 |
| MQ10 | A4 | 2 | 3 | 2 |
| MQ10 | A5 | 2 | 3 | 2 |
| MQ10 | A6 | 2 | 4 | 2 |
| MQ10 | A7 | 2 | 4 | 2 |

56

# MINIMUM QUALIFICATION RATING FORM

## MQ RATING SCALE

To what extent is this minimum qualification statement useful for identifying the barely acceptable applicant?

0 = Not at all

1 = This minimum qualification statement is not enough to expect from a **barely acceptable applicant.**

2 = This minimum qualification statement appropriately defines what is required of the **barely acceptable applicant;** persons below this level are unacceptable.

3 = This minimum qualification statement is more than should be expected from a **barely acceptable applicant.**

**RATING**

**MQ STATEMENT 1**     Bachelor's degree in rehabilitation, psychology, counseling, human development, social work, nursing, or allied health occupations plus three years of professional level experience providing independent living skills, special education, vocational rehabilitation, or medical rehabilitation services to individuals with disabilities.

**MQ STATEMENT 2**     Bachelor's degree in rehabilitation, psychology, counseling, human development, social work, nursing, or allied health occupations plus four years of professional level experience providing independent living skills, special education, vocational rehabilitation, or medical rehabilitation services to individuals with disabilities.

**MQ STATEMENT 3**     Bachelor's degree in rehabilitation, psychology, counseling, human development, social work, nursing, or allied health occupations plus five years of professional level experience providing independent living skills, special education, vocational rehabilitation, or medical rehabilitation services to individuals with disabilities.

**MQ STATEMENT 4**     Bachelor's degree in rehabilitation, psychology, counseling, human development, social work, nursing, or allied health occupations plus six years of professional level experience providing independent living skills, special education, vocational rehabilitation, or medical rehabilitation services to individuals with disabilities.

**MQ STATEMENT 5**     Bachelor's degree in rehabilitation, psychology, counseling, human development, social work, nursing, or allied health occupations plus seven or more years of professional level experience providing independent living skills, special education, vocational rehabilitation, or medical rehabilitation services to individuals with disabilities.

Erin Akins Spec. I
Supervisors rating of MQs

57

# MINIMUM QUALIFICATION RATING FORM

## MQ RATING SCALE

To what extent is this minimum qualification statement useful for identifying the barely acceptable applicant?

0 = Not at all

1 = This minimum qualification statement is not enough to expect from a **barely acceptable applicant.**

2 = This minimum qualification statement appropriately defines what is required of the **barely acceptable applicant:** persons below this level are unacceptable.

3 = This minimum qualification statement is more than should be expected from a **barely acceptable applicant.**

_____ 1    **MQ STATEMENT 6**    Master's degree in rehabilitation, psychology, counseling, human development, social work, nursing, or allied health occupations plus _three_ years of professional level experience providing independent living skills, special education, vocational rehabilitation, or medical rehabilitation services to individuals with disabilities.

_____ 2    **MQ STATEMENT 7**    Master's degree in rehabilitation, psychology, counseling, human development, social work, nursing, or allied health occupations plus _four_ years of professional level experience providing independent living skills, special education, vocational rehabilitation, or medical rehabilitation services to individuals with disabilities.

_____ 2    **MQ STATEMENT 8**    Master's degree in rehabilitation, psychology, counseling, human development, social work, nursing, or allied health occupations plus _five_ years of professional level experience providing independent living skills, special education, vocational rehabilitation, or medical rehabilitation services to individuals with disabilities.

_____ 2    **MQ STATEMENT 9**    Master's degree in rehabilitation, psychology, counseling, human development, social work, nursing, or allied health occupations plus _six_ years of professional level experience providing independent living skills, special education, vocational rehabilitation, or medical rehabilitation services to individuals with disabilities.

_____ 3    **MQ STATEMENT 10**    Master's degree in rehabilitation, psychology, counseling, human development, social work, nursing, or allied health occupations plus seven or more years of professional level experience providing independent living skills, special education, vocational rehabilitation, or medical rehabilitation services to individuals with disabilities.

NAME   JOAN DENISE MURRAY

SSN   ▓▓▓▓▓▓▓▓

CLASS TITLE   REHABILITATION SPECIALIST I

STATE OF ALABAMA PERSONNEL

STATE MERIT SYSTEM

SUBJECT MATTER EXPERT

JOB ANALYSIS

QUESTIONNAIRE

FOR

REHABILITATION SPECIALIST SERIES

64 NORTH UNION STREET

MONTGOMERY, AL 36130

59

**PART I.**
**BACKGROUND INFORMATION**

**DIRECTIONS:** Please answer questions 1 - 8 by filling in the information requested. When you fill in a blank below, **please print.**

1.  **Your Name:**  JOAN DENISE MURRAY

2.  **Your Social Security Number:**  ███████

3.  **Today's Date:**  9-24-95

4.  **Your Immediate supervisor's name:**  JOSEPH P. HELM, JR.

5.  **Your Division:**  FACILITY SECTION / REHABILITATION SVC. DEPT.

6.  **Your Classification:**  REHABILITATION SPECIALIST I  (FORMERLY EDUCATION SPECIALIST I)

7.  **What is the total amount of time you have been gaining relevant job experience?**

    18  # Years          # Months

8.  **How long have you been in your current classification?**

    2  # Years          # Months

60

**DIRECTIONS:** Please answer questions 9 - 11 by circling your answer.

9. **What is the highest level of education you have reached?**

   1. Some high school, but no diploma or GED
   2. High school diploma/GED
   3. Some vocational/technical school
   4. Vocational/technical school certificate
   5. Some college
   6. Associate's degree
   7. Bachelor's degree
   8. Some graduate school
   9. Master's degree
   10. Doctorate/Professional
   11. Other (please print)

10. **Are you male or female?**

   1. Male
   2. Female

11. **What is your race?**

   1. Black/African American
   2. Asian/Pacific Islander
   3. White/Caucasian
   4. Hispanic
   5. Native American
   6. Other (please print)

61

**SUBJECT MATTER EXPERT**
**JOB ANALYSIS QUESTIONNAIRE**

Read the steps listed below before completing this section of the questionnaire. **If you have any questions regarding the completion of this form, please contact David McCarroll at (334) 242-3389.** If you understand the instructions, please follow them carefully.

## INSTRUCTIONS FOR COMPLETING TASK RATINGS:

1.  First, read carefully the attached list of tasks for accuracy and completeness and make any necessary revisions.

2.  If there are any tasks which are performed by incumbents in the classification under review that are not listed, write a statement for each additional task on the page which is labeled "Additional Tasks and Duties." Each statement should begin with a verb which denotes a very specific and observable action and the object to which the action is done or what is being used in performing the task.

3.  Next, you are to provide the requested information based on the instructions below.

    (A)  If the classification under review is your classification, answer the questions based on your job.

    (B)  If you supervise employees in the classification under review, answer the questions based on your subordinates' job.

    (C)  If you are not currently in or do not supervise the classification under review, answer the questions based on your knowledge of the job under review.

4.  Locate the column labeled "**I do not perform this task**" at the left of the task rating columns. As you read each task statement, mark an "X" in this column for each task statement that you, your subordinates, or a job incumbent do not perform. For the remainder of this process, **you should rate only those tasks for which you have not marked an "X".** Do **not** rate those tasks that you or your subordinates do **not** perform.

5.  Locate **Scale A - "Frequency"**. This scale is asking "How often do you perform this task?". When answering that question think of how frequently that particular task is performed by you, your subordinates, or a job incumbent. If you believe the answer should be "never" for a particular task statement, then you should have an "X" in the column "I do not perform this task" and should not rate it. Mark your responses in Column A for each task that you have not marked with an "X".

6.  Next, locate **Scale B - "Importance"**. This scale is asking "How important is it for this task to be performed correctly?" It may help you to think about what would happen if an error is made (some delay in service, work must be re-done, danger to other persons, or cost to department). Answer this question for each task statement not marked with an "X". Place your responses in Column B.

7.  Locate **Scale C - "Necessary at Entry"**. This scale is asking "Is it necessary for a newly hired employee to be able to perform this task the first day of work before training?" Should a candidate for this particular position be able to perform this task immediately on the job before any lengthy training? Will an employee learn to perform a particular task after being hired or must they have had prior experience in performing that activity? Answer those questions for each task statement not marked with an "X". Place your responses in Column C.

62

8. Next, locate **Scale D - "Relationship to Job Performance".** This scale is asking "What relationship does successful performance of this particular task have to successful **overall** performance in the job?" Answer that question for each task statement not marked with an "X". Place your responses in Column D. There are three possible responses for this scale. Below are listed the definitions for the terms "marginal", "average", and "superior" as used for this questionnaire to aid you in choosing your responses.

*Marginal incumbents:* are borderline employees who are performing some of the required duties in an acceptable manner; require close and continual supervision on most of the duties assigned to them; are completing a minimal amount of work; their overall performance is somewhat problematic and it is likely that a performance improvement plan will be implemented to assist them in improving in specific areas.

*Average incumbents:* are effectively performing most of the required duties of the position in an acceptable manner; require supervision periodically depending on the complexity of the specific duty that is performed; are completing a moderate amount of work in a satisfactory manner; their overall performance is adequate.

*Superior incumbents:* are performing a full range of duties in an exceptional manner; require little, if any, supervision to ensure work is done correctly and in a timely manner; are completing a substantial amount of work in a superior manner; their overall performance is outstanding and will probably be considered for higher merit increases (raises) and promotion.

9. The next page of the questionnaire has two of the rating scales defined. You may wish to cut it out across the dotted line for easy reference as you complete your ratings.

10. After completing your responses for the column "I do not perform this task" and for Scales A, B, C, and D, please review your answers for accuracy and completeness. Remember to provide ratings for any additional task statement(s) that you may have written. It is very important that this form be completed correctly as the information given will be used to develop minimum qualifications and/or a selection device for this classification.

11. Below is an example of a completed Task Rating.

**EXAMPLE**

**WORK BEHAVIOR 5**
**Performs accounting functions**

| ☐ | 1 | 3 | 1 | 2 | Task 5.1 Calculates ledger totals using financial records and printouts |

12. Continue to the Knowledge, Skill, and Ability Rating Form Instructions.

63

**Scale B**    How important is it for this task to be performed correctly? Think about what happens if an error is made (some delay of service, work must be re-done, danger to patients, cost to the department).

**0**    Not Important: Very little damage, if any, results from improper performance.

**1**    Slightly Important

**2**    Important: Improper performance may result in delays, costs, or embarrassment which are moderately damaging to the department.

**3**    Very Important

**4**    Crucial: Improper performance may result in critical delays, costs, or embarrassment which are substantially damaging to the department.

**Scale D**    What relationship does successful performance of this task have to successful overall performance in the job?

**1**    After persons have successfully completed the probationary period, performance of this task does not differentiate between incumbents.

**2**    Average incumbents perform this task better than marginal incumbents.

**3**    Superior incumbents perform this task better than average incumbents.

64

# TASK AND DUTIES RATING FORM



**SCALE A**
**FREQUENCY**

How often do you perform this task?

1 = Yearly
2 = Quarterly
3 = Monthly
4 = Weekly
5 = Daily
6 = Hourly

**SCALE B**
**IMPORTANCE:**

How important is it for this task to be performed correctly? Think about what happens if an error is made (some delay of service, work must be re-done, danger to patients, cost to the department).

0 = Not Important
1 = Slightly Important
2 = Important
3 = Very Important
4 = Crucial

**SCALE C**
**NECESSARY AT ENTRY:**

Is it necessary for a newly hired successful performance to be able to perform this task on the first day of work before training?

1 = Yes
0 = No

**SCALE D**
**RELATIONSHIP TO JOB PERFORMANCE**

What relationship does successful performance of this task have to successful overall performance in the job?

1 = Does not differentiate
2 = Differentiates between average and marginal incumbents
3 = Differentiates between superior and average incumbents

**WORK BEHAVIOR 1  Provide technical assistance in a specialty area such as vocational rehabilitation, audiology, nutrition, physical therapy, learning disabilities, etc. to provide timely, high-quality rehabilitation services.**

| | A RATING | B RATING | C RATING | D RATING | |
|---|---|---|---|---|---|
| TASK-1.1 | 4 | 3 | 1 | 3 | Review/Resolve problem cases in your specialty area (such as TBI, early intervention, physical therapy, audiology, etc.) |
| TASK-1.2 | 5 | 3 | 1 | 2 | Answer calls from staff needing assistance. |
| TASK-1.3 | 4 | 2 | 1 | 2 | Advise staff about where to find existing community resources. |
| TASK-1.4 | 4 | 2 | 1 | 2 | Advise staff about how to use existing community resources. |
| TASK-1.5 | 4 | 3 | — | — | Send correspondence to staff concerning the resolution of cases, answering of questions, etc. |
| TASK-1.6 | 4 | 3 | — | 3 | Travel to field offices to observe, monitor, and/or resolve particularly difficult cases/problems. |
| TASK-1.7 | | | | | Advise staff on the appropriate type of adaptive technology to be used for a client. |
| TASK-1.8 | | | | | Advise staff on the Social Security benefits available to the client. |

I do not perform this task

65

# TASK AND DUTIES RATING FORM

**SCALE A**
**FREQUENCY**

How often do you perform this task?

1 = Yearly
2 = Quarterly
3 = Monthly
4 = Weekly
5 = Daily
6 = Hourly

**SCALE B**
**IMPORTANCE:**

How important is it for this task to be performed correctly? Think about what happens if an error is made (some delay of service, work must be re-done, danger to patients, cost to the department).

0 = Not Important
1 = Slightly important
2 = Important
3 = Very Important
4 = Crucial

**SCALE C**
**NECESSARY AT ENTRY:**

Is it necessary for a newly hired employee to be able to perform this task on the first day of work before training?

1 = Yes
0 = No

**SCALE D**
**RELATIONSHIP TO JOB PERFORMANCE**

What relationship does successful performance of this task have to successful overall performance in the job?

1 = Does not differentiate
2 = Differentiates between average and marginal incumbents
3 = Differentiates between superior and average incumbents

**WORK BEHAVIOR 1 Provide technical assistance in a specialty area such as vocational rehabilitation, audiology, nutrition, physical therapy, learning disabilities, etc. to provide timely, high-quality rehabilitation services.**

| I do not perform this task | A RATING | B RATING | C RATING | D RATING | | |
|---|---|---|---|---|---|---|
| | 3 | 2 | 3 | 3 | TASK-1.9 | Maintain a file of current information concerning your specialty area. |
| | 4 | 5 | 1 | 3 | TASK-1.10 | Seek out new resources to address needs in your specialty area. |
| | 4 | 3 | 1 | 3 | TASK-1.11 | Develop strategies to improve services in your specialty area. |
| | 5 | 4 | 1 | 3 | TASK-1.12 | Advise staff about strategies for using client service funds wisely. |

99

# TASK AND DUTIES RATING FORM

**SCALE A**
**FREQUENCY**

How often do you perform this task?

1 = Yearly
2 = Quarterly
3 = Monthly
4 = Weekly
5 = Daily
6 = Hourly

**SCALE B**
**IMPORTANCE:**

How important is it for this task to be performed correctly? Think about what happens if an error is made (some delay of service, work must be re-done, danger to patients, cost to the department).

0 = Not Important
1 = Slightly Important
2 = Important
3 = Very Important
4 = Crucial

**SCALE C**
**NECESSARY AT ENTRY:**

Is it necessary for a newly hired successful performance of this task on the first day of work before training?

1 = Yes
0 = No

**SCALE D**
**RELATIONSHIP TO JOB**
**PERFORMANCE:**

What relationship does successful performance of this task have to successful overall performance in the job?

0 = Does not differentiate
1 = Differentiates between average and marginal incumbents
2 = Differentiates between superior and average incumbents

**WORK BEHAVIOR 2. Develop training programs in a specialty area such as vocational rehabilitation, audiology, nutrition, physical therapy, learning disabilities, etc. to keep the staff aware of current developments in the specialty area.**

| I do not perform this task | A RATING | B RATING | C RATING | D RATING | | |
|---|---|---|---|---|---|---|
| X | 2 | 2 | 1 | 3 | TASK-2.1 | Train staff regarding the Federal and State laws and regulations that govern the rehabilitation process. |
| | 2 | 2 | 1 | 3 | TASK-2.2 | Train the staff about departmental policies and procedures. |
| | 3 | 3 | 1 | 3 | TASK-2.3 | Train staff in the use of adaptive technology. |
| | 3 | 3 | 1 | 3 | TASK-2.4 | Train staff in how to find and utilize existing community resources. |
| | 1 | 2 | 1 | 3 | TASK-2.5 | Plan for future training needs that will arise to keep pace with technological changes. |
| | 1 | 1 | 1 | 3 | TASK-2.6 | Prepare materials to be used in training. |
| | 2 | 3 | 1 | 3 | TASK-2.7 | Attend outside training programs to stay updated on new developments in your specialty area. |
| | 1 | 2 | 1 | 3 | TASK-2.8 | Use audio-visual equipment during training presentations. |
| | 1 | 2 | 1 | 3 | TASK-2.9 | Develop and conduct training programs in your specialty area. |

# TASK AND DUTIES RATING FORM

| SCALE A<br>FREQUENCY | SCALE B<br>IMPORTANCE: | SCALE C<br>NECESSARY AT ENTRY: | SCALE D<br>RELATIONSHIP TO JOB<br>PERFORMANCE; |
|---|---|---|---|
| How often do you perform this task? | How important is it for this task to be performed correctly? Think about what happens if an error is made (some delay of service, work must be re-done, danger to patients, cost to the department). | Is it necessary for a newly hired successful performance of this task on the first day of work before training? | What relationship does successful performance of this task have to successful overall performance in the job? |
| 1 = Yearly<br>2 = Quarterly<br>3 = Monthly<br>4 = Weekly<br>5 = Daily<br>6 = Hourly | 0 = Not Important<br>1 = Slightly Important<br>2 = Important<br>3 = Very Important<br>4 = Crucial | 1 = Yes<br>0 = No | 1 = Does not differentiate<br>2 = Differentiates between average and marginal incumbents<br>3 = Differentiates between superior and average incumbents |

| | RATING<br>A | RATING<br>B | RATING<br>C | RATING<br>D |
|---|---|---|---|---|
| I do not perform this task | _1_ | _2_ | _1_ | _3_ |

**TASK-2.10**   Make presentations at outside training programs in your specialty area.

**WORK BEHAVIOR 2**   Develop training programs in a speciality area such as vocational rehabilitation, audiology, nutrition, physical therapy, learning disabilities, etc. to keep the staff aware of current developments in the specialty area.

87

# TASK AND DUTIES RATING FORM

| SCALE A FREQUENCY | SCALE B IMPORTANCE: | SCALE C NECESSARY AT ENTRY: | SCALE D RELATIONSHIP TO JOB PERFORMANCE |
|---|---|---|---|
| How often do you perform this task? | How important is it for this task to be performed correctly? Think about what happens if an error is made (some delay of service, work must be re-done, danger to patients, cost to the department). | Is it necessary for a newly hired employee to be able to perform this task on the first day of work before training? | What relationship does successful performance of this task have to successful overall performance in the job? |
| 1 = Yearly<br>2 = Quarterly<br>3 = Monthly<br>4 = Weekly<br>5 = Daily<br>6 = Hourly | 0 = Not Important<br>1 = Slightly Important<br>2 = Important<br>3 = Very Important<br>4 = Crucial | 1 = Yes<br>0 = No | 1 = Does not differentiate<br>2 = Differentiates between average and marginal incumbents<br>3 = Differentiates between superior and average incumbents |

I do not perform this task: ×  ×  ×  ×  ×

| A RATING | B RATING | C RATING | D RATING |
|---|---|---|---|

**WORK BEHAVIOR 3  Counsel clients, if deemed necessary by the counselor, in a specialty area such as vocational rehabilitation, audiology, nutrition, physical therapy, learning disabilities, etc. In order to facilitate adjustment to their disability and facilitate adjustment to returning to work.**

**TASK-3.1**    Discuss the extent of their disability with the client.

**TASK-3.2**    Discuss with the client what they will have to do during rehabilitation.

**TASK-3.3**    Discuss with the client the probability of being successfully rehabilitated.

**TASK-3.4**    Determine the client's willingness to work.

**TASK-3.5**    Instruct clients in the use of adaptive technology.

69

# TASK AND DUTIES RATING FORM

| | SCALE A FREQUENCY | SCALE B IMPORTANCE: | SCALE C NECESSARY AT ENTRY: | SCALE D RELATIONSHIP TO JOB PERFORMANCE |
|---|---|---|---|---|
| | How often do you perform this task? | How important is it for this task to be performed correctly? Think about what happens if an error is made (some delay of service, work must be re-done, danger to patients, cost to the department). | Is it necessary for a newly hired employee to be able to perform this task on the first day of work before training? | What relationship does successful performance of this task have to successful overall performance in the job? |
| | 1 = Yearly | 0 = Not Important | | 1 = Does not differentiate |
| | 2 = Quarterly | 1 = Slightly Important | 1 = Yes | 2 = Differentiates between |
| | 3 = Monthly | 2 = Important | 0 = No | average and marginal |
| | 4 = Weekly | 3 = Very Important | | incumbents |
| | 5 = Daily | 4 = Crucial | | 3 = Differentiates between |
| | 6 = Hourly | | | superior and average |
| | | | | incumbents |

**WORK BEHAVIOR 4.  Conduct research in a speciality area such as vocational rehabilitation, audiology, nutrition, physical therapy, learning disabilities, etc. In order to determine such things as departmental strengths and weaknesses, current training needs and counseling effectiveness.**

| | A RATING | B RATING | C RATING | D RATING | | |
|---|---|---|---|---|---|---|
| I do not perform this task | | | | | | |
| | 2 | 2 | 0 | 3 | TASK-4.1 | Plan and conduct research to determine overall departmental training needs. |
| | 2 | 2 | 0 | 3 | TASK-4.2 | Determine the extent of training the department needs for your specialty area. |
| | 1 | 2 | 0 | 3 | TASK-4.3 | Plan and conduct research to determine the level of client/family satisfaction. |
| | 1 | 2 | 0 | 3 | TASK-4.4 | Conduct surveys to determine the staff's level of perceived effectiveness. |
| | 2 | 2 | 0 | 3 | TASK-4.5 | Conduct research to determine if the department, specialty area, and/or employees are meeting their goals. |
| | 3 | 2 | 0 | 3 | TASK-4.6 | Monitor the department's success in fulfilling agreements made with outside agencies. |
| | 2 | 2 | 0 | 3 | TASK-4.7 | Plan and conduct research to determine the effectiveness of training programs. |
| | 1 | 2 | 0 | 3 | TASK-4.8 | Plan and conduct research to determine the effectiveness of departmental policies and procedures. |

70

# TASK AND DUTIES RATING FORM

| SCALE A<br>FREQUENCY | SCALE B<br>IMPORTANCE: | SCALE C<br>NECESSARY AT ENTRY: | SCALE D<br>RELATIONSHIP TO JOB<br>PERFORMANCE |
|---|---|---|---|
| How often do you perform this task? | How important is it for this task to be performed correctly? Think about what happens if an error is made (some delay of service, work must be re-done, danger to patients, cost to the department). | Is it necessary for a newly hired employee to be able to perform this task on the first day of work before training? | What relationship does successful performance of this task have to successful overall performance in the job? |
| 1 = Yearly<br>2 = Quarterly<br>3 = Monthly<br>4 = Weekly<br>5 = Daily<br>6 = Hourly | 0 = Not Important<br>1 = Slightly Important<br>2 = Important<br>3 = Very Important<br>4 = Crucial | 1 = Yes<br>0 = No | 1 = Does not differentiate<br>2 = Differentiates between average and marginal incumbents<br>3 = Differentiates between superior and average incumbents |

|  | RATING | RATING | RATING | RATING |
|---|---|---|---|---|
| I do not perform this task | A | B | C | D |
|  | 1 | 2 | 0 | 3 |

**WORK BEHAVIOR 4   Conduct research in a speciality area such as vocational rehabilitation, audiology, nutrition, physical therapy, learning disabilities, etc. in order to determine such things as departmental strengths and weaknesses, current training needs and counseling effectiveness.**

TASK-4.9    Collect data for a variety of different measures, such as the number of assistance calls handled, the number of assistance calls successfully resolved, etc.

# TASK AND DUTIES RATING FORM

**SCALE A**
**FREQUENCY**

How often do you perform this task?

1 = Yearly
2 = Quarterly
3 = Monthly
4 = Weekly
5 = Daily
6 = Hourly

**SCALE B**
**IMPORTANCE:**

How important is it for this task to be performed correctly? Think about what happens if an error is made (some delay of service, work must be re-done, danger to patients, cost to the department).

0 = Not Important
1 = Slightly Important
2 = Important
3 = Very Important
4 = Crucial

**SCALE C**
**NECESSARY AT ENTRY:**

Is it necessary for a newly hired employee to be able to perform this task on the first day of work before training?

1 = Yes
0 = No

**SCALE D**
**RELATIONSHIP TO JOB PERFORMANCE**

What relationship does successful performance of this task have to successful overall performance in the job?

1 = Does not differentiate
2 = Differentiates between average and marginal incumbents
3 = Differentiates between superior and average incumbents

**WORK BEHAVIOR 5   Perform administrative duties as needed to maintain proper communication with co-workers, to maintain proper documentation of services provided, etc.**

| I do not perform this task | A RATING | B RATING | C RATING | D RATING | |
|---|---|---|---|---|---|
| | 4 | 3 | 0 | 2 | TASK-5.1   Prepare weekly schedules. |
| | 3 | 3 | 0 | 2 | TASK-5.2   Prepare monthly schedules. |
| | 3 | 4 | 0 | 2 | TASK-5.3   Prepare reports for the state office, such as budget reports, facility reviews, production reports and training reports. |
| | 3 | 3 | 0 | 2 | TASK-5.4   Attend meetings to update the staff on current progress. |
| | 3 | 3 | 0 | 2 | TASK-5.5   Attend staff meetings to update the staff about future plans. |
| | 2 | 2 | 1 | 2 | TASK-5.6   Enter client information into the computer. |
| | 3 | 3 | 0 | 2 | TASK-5.7   Provide progress reports to your supervisor on your activity. |
| | 5 | 2 | 1 | 2 | TASK-5.8   Use general office equipment such as photocopier, computer, calculator, etc. |

# TASK AND DUTIES RATING FORM

**SCALE A FREQUENCY**

How often do you perform this task?

1 = Yearly
2 = Quarterly
3 = Monthly
4 = Weekly
5 = Daily
6 = Hourly

**SCALE B IMPORTANCE:**

How important is it for this task to be performed correctly? Think about what happens if an error is made (some delay of service, work must be re-done, danger to patients, cost to the department).

0 = Not important
1 = Slightly important
2 = Important
3 = Very Important
4 = Crucial

**SCALE C NECESSARY AT ENTRY:**

Is it necessary for a newly hired employee to be able to perform this task on the first day of work before training?

1 = Yes
0 = No

**SCALE D RELATIONSHIP TO JOB PERFORMANCE**

What relationship does successful performance of this task have to successful overall performance in the job?

1 = Does not differentiate
2 = Differentiates between average and marginal incumbents
3 = Differentiates between superior and average incumbents

**WORK BEHAVIOR 5** Perform administrative duties as needed to maintain proper communication with co-workers, to maintain proper documentation of services provided, etc.



| | A RATING | B RATING | C RATING | D RATING | I do not perform this task |
|---|---|---|---|---|---|
| TASK-5.9 Develop continuation grants to maintain program funding. | 3 | 3 | 0 | 3 | |
| TASK-5.10 Develop grant proposals to increase program funding. | 1 | 3 | 0 | 3 | |
| TASK-5.11 Coordinate grant activities to ensure that the grant objectives are met. | 1 | 3 | 0 | 3 | |
| TASK-5.12 Report data to Federal and State agencies that are responsible for ensuring the grant's objectives are met. | 1 | 4 | 0 | 3 | |
| TASK-5.13 Delegate appropriate tasks to the clerical staff. | 4 | 2 | 0 | 2 | |
| TASK-5.14 Plan budget. | 1 | 1 | 1 | 3 | |
| TASK-5.15 Approve and process requisitions for client service expenditures. | 3 | 4 | 1 | 3 | |
| TASK-5.16 Monitor the expenditure of funds. | 3 | 4 | 1 | 3 | |

# TASK AND DUTIES RATING FORM

**SCALE A**
**FREQUENCY**

How often do you perform this task?

1 = Yearly
2 = Quarterly
3 = Monthly
4 = Weekly
5 = Daily
6 = Hourly

**SCALE B**
**IMPORTANCE:**

How important is it for this task to be performed correctly? Think about what happens if an error is made (some delay of service, work must be re-done, danger to patients, cost to the department).

0 = Not important
1 = Slightly important
2 = Important
3 = Very Important
4 = Crucial

**SCALE C**
**NECESSARY AT ENTRY:**

Is it necessary for a newly hired successful performance of this task on the first day of work before training?

1 = Yes
0 = No

**SCALE D**
**RELATIONSHIP TO JOB PERFORMANCE**

What relationship does successful performance of this task have to successful overall performance in the job?

1 = Does not differentiate
2 = Differentiates between average and marginal incumbents
3 = Differentiates between superior and average incumbents

| I do not perform this task | A RATING | B RATING | C RATING | D RATING | | |
|---|---|---|---|---|---|---|
| | | | | — | **WORK BEHAVIOR 5** Perform administrative duties as needed to maintain proper documentation of services provided, etc. | |
| | 2 | 2 | 1 | 2 | TASK-5.17 | Review financial reports from the accounting division. |
| | 2 | 2 | 1 | 3 | TASK-5.18 | Develop inter-agency networks of service providers in the district and the state. |
| | 2 | 2 | 1 | 3 | TASK-5.19 | Work collaboratively with divisions in the department and other agencies when providing services in your specialty area. |
| X | | | | | TASK-5.20 | Compile a registry of trained peer supporters. |
| X | | | | | TASK-5.21 | Promote the development of consumer-based support groups in the state. |
| X | 2 | 2 | 1 | 3 | TASK-5.22 | Maintain good relationships with advocacy groups and support groups involved in your specialty area. |
| X | | | | | TASK-5.23 | Develop and maintain some type of statewide advisory group, comprised of representatives from the department, service providers, consumers, advocacy groups, etc., for your specialty area. |

74

# TASK AND DUTIES RATING FORM

**SCALE A**
**FREQUENCY**

How often do you perform this task?

1 = Yearly
2 = Quarterly
3 = Monthly
4 = Weekly
5 = Daily
6 = Hourly

**SCALE B**
**IMPORTANCE:**

How important is it for this task to be performed correctly? Think about what happens if an error is made (some delay of service, work must be re-done, danger to patients, cost to the department).

0 = Not Important
1 = Slightly Important
2 = Important
3 = Very Important
4 = Crucial

**SCALE C**
**NECESSARY AT ENTRY:**

Is it necessary for a newly hired employee to be able to perform this task on the first day of work before training?

1 = Yes
0 = No

**SCALE D**
**RELATIONSHIP TO JOB PERFORMANCE**

What relationship does successful performance of this task have to successful overall performance in the job?

1 = Does not differentiate
2 = Differentiates between average and marginal incumbents
3 = Differentiates between superior and average incumbents

**WORK BEHAVIOR 5  Perform administrative duties as needed to maintain proper communication with co-workers, to maintain proper documentation of services provided, etc.**

| I do not perform this task | A RATING | B RATING | C RATING | D RATING | |
|---|---|---|---|---|---|
| | 1 | 2 | 1 | 3 | |
| | 1 | 3 | 1 | 3 | TASK-5.24  Inform the public about the availability of services in your specialty area by presenting at conferences, speaking to groups, etc. |
| | 1 | 3 | 1 | 3 | TASK-5.25  Assist in the development of promotional media, such as pamphlets and brochures, for your specialty area. |
| X | 1 | 3 | 1 | 3 | TASK-5.26  Help to create new departmental policies and procedures governing your specialty area. |
| | 1 | 3 | 1 | 3 | TASK-5.27  Review departmental policies and procedures. |
| | 1 | 3 | 1 | 3 | TASK-5.28  Review other agencies' policies and their possible effect in your specialty area. |
| X | 1 | 3 | 1 | 3 | TASK-5.29  Create documents and forms to be used by the department |
| | 1 | 3 | | 3 | TASK-5.30  Develop special plans for providing services related to your specialty area in rural areas. |
| | 1 | 3 | | 3 | TASK-5.31  Interpret existing laws that affect the rehabilitation process or your specialty area. |

75

# TASK AND DUTIES RATING FORM

**SCALE A FREQUENCY**

How often do you perform this task?

1 = Yearly
2 = Quarterly
3 = Monthly
4 = Weekly
5 = Daily
6 = Hourly

**SCALE B IMPORTANCE:**

How important is it for this task to be performed correctly? Think about what happens if an error is made (some delay of service, work must be re-done, danger to patients, cost to the department).

0 = Not Important
1 = Slightly Important
2 = Important
3 = Very Important
4 = Crucial

**SCALE C NECESSARY AT ENTRY:**

Is it necessary for a newly hired employee to be able to perform this task on the first day of work before training?

1 = Yes
0 = No

**SCALE D RELATIONSHIP TO JOB PERFORMANCE**

What relationship does successful performance of this task have to successful overall performance in the job?

1 = Does not differentiate
2 = Differentiates between average and marginal incumbents
3 = Differentiates between superior and average incumbents

**WORK BEHAVIOR 5** Perform administrative duties as needed to maintain proper documentation of services provided, etc.

| | I do not perform this task | RATING A | RATING B | RATING C | RATING D | |
|---|---|---|---|---|---|---|
| TASK-5.32 | | 3 | 3 | 0 | 3 | Interpret new legal decisions that affect your specialty area. |
| TASK-5.33 | | 3 | 3 | 0 | 3 | Compile monitoring reports |
| TASK-5.34 | | 3 | 3 | 0 | 3 | Review monitoring reports written by staff members. |
| TASK-5.35 | | 2 | 2 | 0 | 3 | Attend ICC meetings. |
| TASK-5.36 | X | | 2 | 0 | 3 | Attend board meetings. |
| TASK-5.37 | X | | 3 | 0 | 3 | Conduct public hearings. |
| TASK-5.38 | X | 2 | 3 | 0 | 3 | Perform the duties of your supervisor when s/he is not present. |
| TASK-5.39 | | 2 | 3 | 0 | 3 | Write contracts for service providers/consultants outside the department |

76

# ADDITIONAL TASK AND DUTIES RATING FORM

| SCALE A FREQUENCY | SCALE B IMPORTANCE: | SCALE C NECESSARY AT ENTRY: | SCALE D RELATIONSHIP TO JOB PERFORMANCE |
|---|---|---|---|
| How often do you perform this task? | How important is it for this task to be performed correctly? Think about what happens if an error is made (some delay of service, work must be re-done, danger to patients, cost to the department). | Is it necessary for a newly hired employee to be able to perform this task on the first day of work before training? | What relationship does successful performance of this task have to successful overall performance in the job? |
| 1 = Yearly<br>2 = Quarterly<br>3 = Monthly<br>4 = Weekly<br>5 = Daily<br>6 = Hourly | 0 = Not Important<br>1 = Slightly Important<br>2 = Important<br>3 = Very Important<br>4 = Crucial | 1 = Yes<br>0 = No | 1 = Does not differentiate<br>2 = Differentiates between average and marginal incumbents<br>3 = Differentiates between superior and average incumbents |

| | A RATING | B RATING | C RATING | D RATING | TASK |
|---|---|---|---|---|---|
| I do not perform this task | | | | | TASK |
| | | | | | TASK |
| | | | | | TASK |
| | | | | | TASK |
| | | | | | TASK |

77

Read the steps listed below before completing this section of the questionnaire. **If you have any questions regarding the completion of this form, please contact David McCarroll at (334) 242-3389.** If you understand the instructions, please follow them carefully. Read the steps listed below before completing this section of the questionnaire.

## INSTRUCTIONS FOR COMPLETING WORK BEHAVIOR RATINGS

1. Locate **Scale E** and write a percentage next to the rest of the work behaviors to show how much time you spend performing each work behavior. The list of work behaviors represents all of the work you perform. This means that the sum of the percent of time spent on the work behaviors must equal 100%. Please round the percent of time you spend on each work behavior to the nearest 1% and write your responses in Column E. Make sure that the total of column E is 100%. Some sample percentages are shown below. Note that 67 + 28 + 5 = 100.

| E | F | G | | |
|---|---|---|---|---|
| 67 | 0 | 0 | WB1. | Type and prepare documents such as letters, reports, contracts, minutes, purchase orders, and work schedules. |
| 0 | 0 | | WB2. | Maintain systematic hard copy files such as copies of correspondence, manuals, personnel files, time sheets, and receipts. |
| 28 | | | WB3. | Answer the telephone and provide routine information using telephones and message pads. |
| 5 | | | WB4. | Order office supplies, equipment, and documents such as paper, pens, envelopes, staples, and file cabinets. |

   0 = **Not Important:** Very little damage, if any, results from improper performance.

   1 = **Slightly Important**

2. Next, locate **Scale F - "Importance"** (the middle column). Rate each work behavior to show the importance of the work behavior. You can think about how successful performance of the work behavior helps overall job performance. Or you can think about what happens if you perform the work behavior incorrectly. Remember that you are now rating work behaviors which represent a larger part of the job. Rate using the scale below:

   2 = **Important:** Improper performance may result in delays, costs, or embarrassment which are moderately damaging to the department.

   3 = **Very Important**

   4 = **Crucial:** Improper performance may result in critical delays, costs, or embarrassments which are substantially damaging to the department.

4. Locate **Scale G - "Necessary at Entry"**. This scale is asking "Is it necessary for a newly hired employee to be able to perform this work behavior the first day of work before training?" Remember that you are now rating work behaviors which represent a larger part of the job. Rate using the scale below:

   1 = **Yes:** Workers just promoted or hired into this job must be able to perform this work behavior the first time they encounter it on a job or before any lengthy training.

   0 = **No:** Workers just promoted or hired into this job do not need to perform this work behavior the first time they encounter it on the job. If workers are trained to do the work behavior before they are expected to perform it, assign a rating of "0" in Column G.

# WORK BEHAVIOR RATING FORM

## SCALE F
### IMPORTANCE:

How important is it for you to perform this work behavior successfully?

0 = Not important
1 = Slightly important
2 = Important
3 = Very important
4 = Crucial

## SCALE G
### NECESSARY AT ENTRY:

Must new employees be able to perform this work behavior on the first day of work before training?

1 = Yes
0 = No

## SCALE E
### PERCENTAGE OF TIME:

Indicate the percentage of time you spend performing this work behavior.

Remember that the sum of this column must equal 100%.

| E RATING | F RATING | G RATING | | |
|---|---|---|---|---|
| 45 | 4 | 1 | WB1 | Provide technical assistance in a specialty area such as vocational rehabilitation, audiology, nutrition, physical therapy, learning disabilities, etc. to provide timely, high-quality rehabilitation services. |
| 11 | 3 | 1 | WB2 | Develop training programs in a specialty area such as vocational rehabilitation, audiology, nutrition, physical therapy, learning disabilities, etc. to keep the staff aware of current developments in the specialty area. |
| 1 | 2 | 1 | WB3 | Counsel clients, if deemed necessary by the counselor, in a specialty area such as vocational rehabilitation, audiology nutrition, physical therapy, learning disabilities, etc. In order to ease adjustment to their disability and ease adjustment to returning to work. |
| 7 | 3 | 1 | WB4 | Conduct research in a specialty area such as vocational rehabilitation, audiology, nutrition, physical therapy, learning disabilities, etc. In order to determine such things as departmental strengths and weaknesses, current training needs and counseling effectiveness. |
| 36 | 4 | 1 | WB5 | Perform administrative duties as needed to maintain proper documentation of services provided, etc. |

= 100 %

workers, to maintain proper communication with co-

## INSTRUCTIONS FOR COMPLETING KNOWLEDGE, SKILL, AND ABILITY RATINGS:

Read the steps listed below before completing this section of the questionnaire. **If you have any questions regarding the completion of this form, please contact David McCarroll at (334) 242-3389.** If you understand the instructions, please follow them carefully.

1. First, read carefully the attached listing of knowledge, skill, and ability statements for completeness and make any necessary revisions.

2. If there are any knowledges, skills or abilities (KSA) applicable to this classification under review that are not listed, write a statement for each additional KSA on the page which is labeled "Additional Knowledges, Skills and Abilities." The definitions of a knowledge, skill, or ability are listed below:

   Knowledge - an organized body of information that a person mentally possesses.

   Skill - the performance of a task at a quantifiable level of proficiency.

   Ability - the power to perform a physical or mental action.

3. Next, you are to provide the requested information based on the instructions below:

   (A) If the classification under review is your classification, answer the questions based on your job.

   (B) If you supervise employees in the classification under review, answer the questions based upon your subordinates' job.

   (C) If you are not currently in or do not supervise the classification under review, answer the questions based on your knowledge of the job under review.

4. If there are any knowledges, skills, or abilities that are not used on the job under review, write "NA" for "not applicable" in Column E. Do not rate these KSAs.

5. Next, locate **Scale E - "Importance"**. This scale is asking "How important is this knowledge, skill, or ability for acceptable job performance?" Place your responses in Column E.

6. Locate **Scale F - "Necessary at Entry"**. This scale is asking "Is it necessary for a newly hired employee to possess this knowledge, skill or ability on the first day of work before training?" Should a candidate for this particular position possess some level of this KSA before employment or will an employee learn this KSA after being hired? Answer those questions for each KSA statement. Place your responses in Column F.

80

7. For the next rating, answer the question, "What relationship does possession of this knowledge, skill, or ability have to performance in the job?" Using **Scale G - "Relationship to Job Performance"**, place your response in Column G for each KSA statement. Please refer to page 5 for definitions of marginal, average, and superior incumbents.

8. FOR KNOWLEDGE STATEMENTS ONLY -provide ratings for **Scale H - "Recall Level Needed on the Job"**. This scale is asking "What level of recall of this knowledge is needed on the job?" This scale is applicable for rating knowledges only. For each knowledge, indicate what level of recall is needed by writing the number 1, 2, or 3 from this scale in Column H. Definitions of each possible response are:

1 = GENERAL FAMILIARITY

A job incumbent must be aware of general principles and be able to locate relevant details in various documents and manuals and/or seek guidance from others.

2 = WORKING KNOWLEDGE

A job incumbent must be able to apply general principles and to recall specific details from memory in typically encountered situations, but can refer to source documents and manuals or seek guidance from others.

3 = FULL RECALL

A job incumbent must be able to apply both general principles and to recall specific details in a wide variety of situations from memory without referring to source documents and manuals or without seeking guidance from others.

9. The next page of the questionnaire has rating scales E and G defined. You may wish to cut it out across the dotted line for easy reference as you complete your ratings.

10. After completing your responses for Scales E, F, G, and H, please review your answers for accuracy and completeness. Remember to provide ratings for any additional knowledge, skill, or ability statement that you may have written. It is very important that this form be completed correctly as the information given will be used to develop minimum qualifications and/or a selection device for this classification.

11. Below is an example of a completed KSA rating.

**EXAMPLE**

| E | F | G | H | |
|---|---|---|---|---|
| Rating | Rating | Rating | Rating | K-1  Knowledge of accounting principles |
| 3 | 1 | 3 | 2 | |

81

**Scale E**      **How important is this knowledge for acceptable job performance?**

**0**   **Not Important:** You can *definitely* perform your job effectively even if you do not have this knowledge.

**1**   **Slightly Important:** You can probably perform your job effectively even if you do not have this knowledge. If you do not have this knowledge, you may make errors that cause minor problems that are somewhat time consuming or somewhat costly.

**2**   **Important:** It is *unlikely* that you can perform your job effectively unless you have this knowledge. If you do not have this knowledge, you may make errors that cause problems that are time consuming, costly, or may cause injury.

**3**   **Very Important:** You *cannot* perform your job effectively unless you have this knowledge. If you do not have this knowledge, you may make errors that cause major problems that are very time consuming, very costly, or may cause injury.

**4**   **Crucial:** You *cannot* perform your job effectively unless you have this knowledge. If you do not have this knowledge, you may make errors that cause serious problems that cannot be fixed. They may include direct threats to life or extremely costly or time-consuming errors.

**Scale G**      **What relationship does possession of this knowledge have to performance in the job?**

**1**   After persons have successfully completed the probationary period, possession of this knowledge does not differentiate between incumbents.

**2**   **Average** incumbents possess more of this knowledge than do **marginal** incumbents.

**3**   **Superior** incumbents possess more of this knowledge than do **average** incumbents.

82

# KNOWLEDGE RATING FORM

**SCALE E**
**IMPORTANCE:**

How important is this knowledge for acceptable job performance?

0 = Not important
1 = Slightly important
2 = Important
3 = Very Important
4 = Crucial

**SCALE F**
**NECESSARY AT ENTRY:**

Is it necessary for a newly hired employee to possess this knowledge on the first day of work before training?

1 = Yes
0 = No

**SCALE G**
**RELATIONSHIP TO JOB PERFORMANCE:**

What relationship does possession of this knowledge have to performance in the job?

1 = Does not differentiate

2 = Differentiates between average and marginal incumbents

3 = Differentiates between superior and average incumbents

**SCALE H**
**RECALL LEVEL NEEDED ON THE JOB**

1 = General familiarity
2 = Working knowledge
3 = Full recall

| E RATING | F RATING | G RATING | H RATING | | |
|---|---|---|---|---|---|
| 4 | 1 | 3 | 3 | K-1 | Knowledge of the rehabilitation process sufficient to ensure that the special needs of individuals in your specialty area are met and that laws governing the rehabilitation process are not broken by anyone during rehabilitation. |
| 3 | 1 | 3 | 2 | K-2 | Knowledge of disabilities sufficient to provide for the special needs of individuals with disabilities during the rehabilitation process. |
| 4 | 1 | 3 | 3 | K-3 | Knowledge of a specialty area sufficient to train and advise staff about the unique needs of specialty area, about the use of adaptive technology for this area, and to ensure that laws pertaining to this specialty area are not broken.  The specialty areas in question are as follows:  vocational rehabilitation, Independent living, physical therapy, early intervention, nursing, social work, occupational therapy, audiology, nutrition, speech pathology, blindness/visual impairment, deafness, hard of hearing, traumatic brain injury, and learning disabilities. |
| 2 | 1 | 2 | 3 | K-4 | Knowledge of departmental policies and procedures sufficient to ensure that they are being followed by all staff members. |
| 4 | 1 | 3 | 3 | K-5 | Knowledge of the employment process sufficient to provide clients with realistic employment opportunities after rehabilitation. |
| 2 | 1 | 2 | 1 | K-6 | Knowledge of counseling theories and techniques sufficient to make rehabilitation and subsequent employment as easy as possible. |
| 2 | 1 | 2 | 1 | K-7 | Knowledge of community resources sufficient to maximize their use in the rehabilitation of clients. |
| 4 | 1 | 2 | 2 | K-8 | Knowledge of laws, rules, and regulations governing grants and grant writing sufficient to secure new grants and maintain existing grants. |

83

# ABILITY RATING FORM

**SCALE E IMPORTANCE:**
How important is this ability for acceptable job performance?

0 = Not Important
1 = Slightly Important
2 = Important
3 = Very Important
4 = Critical

**SCALE F NECESSARY AT ENTRY:**
Is it necessary for a newly hired employee to possess this ability on the first day of work before training?

1 = Yes
0 = No

**SCALE G RELATIONSHIP TO JOB PERFORMANCE:**
What relationship does possession of this ability have to performance in the job?

1 = Does not differentiate
2 = Differentiates between average and marginal incumbents
3 = Differentiates between superior and average incumbents

| E RATING | F RATING | G RATING | | |
|---|---|---|---|---|
| 4 | 1 | 3 | A-1 | Ability to work with people with disabilities. |
| 4 | 1 | 3 | A-2 | Ability to communicate in writing to include grammar, spelling, punctuation, etc. so that memoranda and reports are clear and concise. |
| 4 | 1 | 3 | A-3 | Ability to communicate orally as needed to make clients, families, and co-workers understand your recommendations. |
| 4 | 1 | 3 | A-4 | Interpersonal ability as needed to maintain your relationship with clients, families, co-workers, outside agencies, and community resources. |
| 4 | 1 | 3 | A-5 | Ability to apply knowledge in novel and/or problem situations. |
| 3 | 1 | 2 | A-6 | Ability to gather and coordinate resources and services from a variety of different sources to maximize the effectiveness of the services provided in the specialty area. |
| 3 | 1 | 2 | A-7 | Ability to gather and interpret information received from the client and other sources. |

84

# ADDITIONAL KNOWLEDGES, SKILLS, AND ABILITIES RATING FORM

**SCALE E**
**IMPORTANCE:**

How important is this knowledge, skill, or ability for acceptable job performance?

0 = Not Important
1 = Slightly Important
2 = Important
3 = Very Important
4 = Crucial

**SCALE F**
**NECESSARY AT ENTRY:**

Is it necessary for a newly hired employee to possess this knowledge, skill or ability on the first day of work before training?

1 = Yes
0 = No

**SCALE G**
**RELATIONSHIP TO JOB PERFORMANCE:**

What relationship does possession of this knowledge, skill or ability have to performance in the job?

1 = Does not differentiate

2 = Differentiates between average and marginal incumbents

3 = Differentiates between superior and average incumbents

**SCALE H**
**RECALL LEVEL NEEDED ON THE JOB**
**(FOR KNOWLEDGES ONLY)**

1 = General familiarity
2 = Working knowledge
3 = Full recall

| E | F | G | H | |
|---|---|---|---|---|
| RATING | RATING | RATING | RATING | KNOWLEDGE |
| | | | | KNOWLEDGE |
| | | | | KNOWLEDGE |
| | | | | SKILL |
| | | | | SKILL |
| | | | | SKILL |
| | | | | ABILITY |
| | | | | ABILITY |
| | | | | ABILITY |

85

# INSTRUCTIONS FOR COMPLETING KSA RANKINGS

In this section of the questionnaire, you will judge the most important knowledges, skills, and abilities (KSAs) needed to perform your job. In the previous sections, you assessed the importance of each individual KSA. You will now a) review all KSAs, and b) rank order the five most important KSAs needed to perform your job successfully.

The rank order scale ranges from one (1) (the most important KSA) to five (5) (the fifth most important KSA). Before you rate this section, review the list of KSAs. After your review, please answer the following question:

## What are the five (5) most important KSAs needed to perform your job?

1 = Most important
2 = Second most important
3 = Third most important
4 = Fourth most important
5 = Fifth most important

Write the KSA number and a brief description of the KSA. The example below is provided to assist you in completing the KSA ranking section.

| Rank Order | KSA Number | KSA Description |
|---|---|---|
| 1 | K-2 | Knowledge of English. |
| 2 | P4 | Ability to see distant objects. |
| 3 | A1 | Ability to read. |
| 4 | S5 | Skill in typing. |
| 5 | K3 | Knowledge of Business Practices. |

86

What are the most important KSAs needed to perform your job?

1 =    Most Important
2 =    Second most important
3 =    Third most important
4 =    Fourth most Important
5 =    Fifth most Important

| Rank Order | KSA Number | KSA Description |
|---|---|---|
| 1 | K3 | Knowledge of specialty area sufficient to train and advise staff about the unique needs of specialty area, use of technology, laws etc. |
| 2 | A5 | Ability to apply knowledge in novel and for problem situations. |
| 3 | A4 | Interpersonal ability as needed to maintain your relationships with co-workers, outside agencies, and community resources. |
| 4 | K1 | Knowledge of rehab process sufficient to ensure that the specialized needs of individuals in specialty area are met and the grooming ideas are not broken by anyone during rehabilitation. |
| 5 | K4 | Knowledge of departmental policies and procedures sufficient to ensure that they are being followed by all staff members. |

Continue to the Work Behavior and KSA Matrix Instructions.

87

## INSTRUCTIONS FOR COMPLETING WORK BEHAVIOR AND KSA MATRIX

Read the steps listed below before completing this section of the questionnaire. **If you have any questions regarding the completion of this form, please contact David McCarroll at (334) 242-3389.** If you understand the instructions, please follow them carefully.

1. To complete this section, please review the list of Work Behaviors. For each Work Behavior listed, consider how important it is to possess each knowledge, skill, or ability to perform that Work Behavior. Enter your rating in the box next to the work behavior and directly underneath the Work Behavior you are considering. It may be helpful to consider one KSA at a time for all Work Behaviors listed. For instance, all blocks in column K-1 should be filled first, then column K-2, etc.

2. Below is an example of a completed Work Behavior/KSA Linkage.

### EXAMPLE

| | WB1 | WB2 | WB3 | WB4 |
|---|---|---|---|---|
| KNOWLEDGE 1 | 1 | 2 | 0 | 1 |
| KNOWLEDGE 2 | 1 | 1 | 0 | 3 |

88

# WORK BEHAVIOR/KSA LINKAGE FORM

## WORK BEHAVIORS

How important is this KSA when you perform each work behavior?

0 = Not Important
1 = Somewhat Important
2 = Important
3 = Essential

| | WB1 | WB2 | WB3 | WB4 | WB5 |
|---|---|---|---|---|---|
| **KNOWLEDGE-1** Knowledge of the rehabilitation process sufficient to ensure that the special needs of individuals in your specialty area are met and that laws governing the rehabilitation process are not broken by anyone during rehabilitation. | 3 | 3 | 3 | 3 | 3 |
| **KNOWLEDGE-2** Knowledge of disabilities sufficient to provide for the special needs of the disabled during the rehabilitation process. | 3 | 3 | 3 | 3 | 2 |
| **KNOWLEDGE-3** Knowledge of a specialty area sufficient to train and advise staff about the unique needs of specialty area, about the use of adaptive technology for this area, and to ensure that laws pertaining to this specialty area are not broken. The specialty areas in question are as follows: vocational rehabilitation, independent living/homebound, nursing, social work, occupational therapy, audiology, nutrition, physical therapy, early intervention, speech pathology, blindness/visual impairment, deafness, hard of hearing, traumatic brain injury, and learning disabilities. | 3 | 3 | 3 | 3 | 3 |
| **KNOWLEDGE-4** Knowledge of departmental policies and procedures sufficient to ensure that they are being followed by all staff. | 3 | 3 | 3 | 3 | 3 |
| **KNOWLEDGE-5** Knowledge of the employment process sufficient to provide clients with realistic employment opportunities after rehabilitation | 2 | 2 | 2 | 2 | 2 |

## WORK BEHAVIOR/KSA LINKAGE FORM

How important is this KSA when you perform each work behavior?

0 = Not Important
1 = Somewhat Important
2 = Important
3 = Essential

### WORK BEHAVIORS

| | WB1 | WB2 | WB3 | WB4 | WB5 |
|---|---|---|---|---|---|
| **ABILITY-2** Ability to communicate in writing to include grammar, spelling, punctuation, etc. so that memoranda and reports are clear and concise. | 3 | 3 | 2 | 3 | 3 |
| **ABILITY-1** Ability to work with people with disabilities. | 3 | 3 | 3 | 3 | 2 |
| **KNOWLEDGE-8** Knowledge of laws, rules, and regulations governing grants and grant writing sufficient to secure new grants and maintain existing grants. | 1 | 1 | 0 | 2 | 2 |
| **KNOWLEDGE-7** Knowledge of community resources sufficient to maximize their use in the rehabilitation of clients. | 2 | 2 | 2 | 2 | 2 |
| **KNOWLEDGE-6** Knowledge of counseling sufficient to make rehabilitation and subsequent employment as easy as possible. | 2 | 2 | 2 | 2 | |

10

# WORK BEHAVIOR/KSA LINKAGE FORM

## WORK BEHAVIORS

How important is this KSA when you perform each work behavior?

0 = Not Important
1 = Somewhat Important
2 = Important
3 = Essential

| | | WB1 | WB2 | WB3 | WB4 | WB5 |
|---|---|---|---|---|---|---|
| **ABILITY-3** | Ability to communicate orally as needed to make clients, families, and co-workers understand your recommendations. | 3 | 3 | 3 | 3 | 3 |
| **ABILITY-4** | Interpersonal ability as needed to maintain your relationships with clients, families, co-workers, outside agencies, and community resources. | 3 | 3 | 3 | 3 | 3 |
| **ABILITY-5** | Ability to apply knowledge in novel and/or problem situations. | 3 | 3 | 3 | 3 | 3 |
| **ABILITY-6** | Ability to gather and coordinate resources and services from a variety of different sources to maximize the effectiveness of the services provided in the specialty area. | 3 | 3 | 3 | 3 | 3 |
| **ABILITY-7** | Ability to gather and interpret information received from the client and other sources. | 3 | 3 | 3 | 3 | 3 |

91

# INSTRUCTIONS FOR COMPLETING MINIMUM QUALIFICATION STATEMENT RATINGS AND LINKAGES

1. Review each minimum qualification statement on the following page. Consider each minimum qualification statement as a separate way in which an applicant could qualify for this job.

2. If you believe there should be minimum qualification statements for this classification that are not already listed, write each additional statement in the empty spaces provided. Minimum qualification statements should include the lowest level, type and amount of education and/or work experience that would provide the KSAs/PAs necessary for a person to possess <u>before</u> being hired for this job. It would be helpful to review your ratings for Scale F "Necessary At Entry" on all KSAs/PAs listed.

3. In the first column labeled "RATING", provide a rating of 0 - 3 on how well the qualification statement would distinguish between the unacceptable applicant and the applicant who is barely acceptable in their performance of the tasks required for this job.

4. In the **example** below, MQ statement 1 was rated a "1" because the subject matter expert felt that a high school diploma and one year of payroll experience was too little to expect from a barely acceptable, entry-level Accountant I. MQ statement 2 was rated a "3" because the subject matter expert felt that a Bachelor's degree in Accounting and five (5) years' tax accounting experience in a Big Eight firm was more than should be expected from a barely acceptable, entry level Accountant I.

## MQ RATING SCALE

To what extent is this minimum qualification statement suitable for identifying the barely acceptable applicant?

0 = Not at all; not likely to be found among applicants for this job.

1 = This minimum qualification statement is not enough to expect from a **barely acceptable applicant.**

2 = This minimum qualification statement appropriately defines what is required of the **barely acceptable applicant**; persons below this level are unacceptable.

3 = This minimum qualification statement is more than should be expected from a **barely acceptable applicant.**

**EXAMPLE:**

| RATING | |
|---|---|
| 1 | **MQ STATEMENT 1**<br>High school diploma and one year of payroll experience |
| 3 | **MQ STATEMENT 2**<br>Bachelor's degree in Accounting and five (5) year's tax accounting experience in a Big Eight firm |

92

# MINIMUM QUALIFICATION RATING FORM

## MQ RATING SCALE

To what extent is this minimum qualification statement useful for identifying the barely acceptable applicant?

0 = Not at all

1 = This minimum qualification statement is not enough to expect from a **barely acceptable applicant.**

2 = This minimum qualification statement appropriately defines what is required of the **barely acceptable applicant; persons below this level are unacceptable.**

3 = This minimum qualification statement is more than should be expected from a **barely acceptable applicant.**

| RATING | | |
|---|---|---|
| ___ | **MQ STATEMENT 1** | Bachelor's degree in rehabilitation, psychology, counseling, human development, social work, nursing, or allied health occupations plus three years of professional level experience providing independent living skills, special education, vocational rehabilitation, or medical rehabilitation services to individuals with disabilities. |
| ___ | **MQ STATEMENT 2** | Bachelor's degree in rehabilitation, psychology, counseling, human development, social work, nursing, or allied health occupations plus four years of professional level experience providing independent living skills, special education, vocational rehabilitation, or medical rehabilitation services to individuals with disabilities. |
| ___ | **MQ STATEMENT 3** | Bachelor's degree in rehabilitation, psychology, counseling, human development, social work, nursing, or allied health occupations plus five years of professional level experience providing independent living skills, special education, vocational rehabilitation, or medical rehabilitation services to individuals with disabilities. |
| ___ | **MQ STATEMENT 4** | Bachelor's degree in rehabilitation, psychology, counseling, human development, social work, nursing, or allied health occupations plus six years of professional level experience providing independent living skills, special education, vocational rehabilitation, or medical rehabilitation services to individuals with disabilities. |
| ___ | **MQ STATEMENT 5** | Bachelor's degree in rehabilitation, psychology, counseling, human development, social work, nursing, or allied health occupations plus seven or more years of professional level experience providing independent living skills, special education, vocational rehabilitation, or medical rehabilitation services to individuals with disabilities. |

93

# MINIMUM QUALIFICATION RATING FORM

## MQ RATING SCALE

To what extent is this minimum qualification statement useful for identifying the barely acceptable applicant?

0 = Not at all

1 = This minimum qualification statement is not enough to expect from a **barely acceptable applicant.**

2 = This minimum qualification statement appropriately defines what is required of the **barely acceptable applicant;** persons below this level are unacceptable.

3 = This minimum qualification statement is more than should be expected from a **barely acceptable applicant.**

_1_   **MQ STATEMENT 6**   Master's degree in rehabilitation, psychology, counseling, human development, social work, nursing, or allied health occupations plus three years of professional level experience providing independent living skills, special education, vocational rehabilitation, or medical rehabilitation services to individuals with disabilities.

_2_   **MQ STATEMENT 7**   Master's degree in rehabilitation, psychology, counseling, human development, social work, nursing, or allied health occupations plus four years of professional level experience providing independent living skills, special education, vocational rehabilitation, or medical rehabilitation services to individuals with disabilities.

_3_   **MQ STATEMENT 8**   Master's degree in rehabilitation, psychology, counseling, human development, social work, nursing, or allied health occupations plus five years of professional level experience providing independent living skills, special education, vocational rehabilitation, or medical rehabilitation services to individuals with disabilities.

_3_   **MQ STATEMENT 9**   Master's degree in rehabilitation, psychology, counseling, human development, social work, nursing, or allied health occupations plus six years of professional level experience providing independent living skills, special education, vocational rehabilitation, or medical rehabilitation services to individuals with disabilities.

_3_   **MQ STATEMENT 10**   Master's degree in rehabilitation, psychology, counseling, human development, social work, nursing, or allied health occupations plus seven or more years of professional level experience providing independent living skills, special education, vocational rehabilitation, or medical rehabilitation services to individuals with disabilities.

94

5.    To complete the Minimum Qualification/KSA Linkage Form, review the list of KSA/PAs. For each minimum qualification listed, ask the question "Can this KSA/PA be acquired from this minimum qualifications statement?" If a particular KSA/PA can be acquired from the MG place a "1" in the box next to the MG statement and directly underneath the KSA/PA you are considering; if a knowledge, skill, or ability **cannot** be acquired from the MG, place a "0" as the rating for that particular KSA/PA. It may be helpful to consider one minimum qualification statement at a time for all KSA/PAs listed. For instance, all blocks for MG-1 should be filled first, then MG-2, etc.

6.    In the example below, the subject matter expert placed a **0** under K-1, K-4, and K-8 because he/she did not feel that these knowledges could be acquired from the minimum qualification statement. The subject matter expert placed a **1** under K-2, K-21, and A-12 because he/she felt that these knowledges and abilities could be acquired from the minimum qualification statement.

**EXAMPLE**

This KSA:

1 =    CAN BE ACQUIRED from the minimum qualification listed

0 =    CANNOT BE ACQUIRED from the minimum qualification listed

For each of the KSAs listed, indicate your response by placing a "1" or "0" in the appropriate block.

| | K-1 | K-2 | K-3 | K-4 | K-5 | K-6 | K-7 | K-8 |
|---|---|---|---|---|---|---|---|---|
| | | | | KNOWLEDGES, SKILLS, AND ABILITIES | | | | |
| **MG STATEMENT 1** | 0 | 1 | 0 | 0 | 1 | 0 | 0 | 0 |
| **Bachelor's degree in psychology plus one year of analyst experience** | | | | | | | | |
| **MG STATEMENT 2** | 1 | 1 | 1 | 0 | 0 | 1 | 1 | 0 |
| **Associate degree in psychology plus 2 years of analyst experience** | | | | | | | | |

7.    Continue to the Instructions for Completing Education and Experience Importance Ratings and Work Behavior/KSA Linkages.

95

# MINIMUM QUALIFICATION/KSA LINKAGE FORM

For each of the KSAs listed, indicate your response by placing a "1" or "0" in the appropriate block.

This KSA:

1 = CAN BE ACQUIRED from the minimum qualification listed

0 = CANNOT BE ACQUIRED from the minimum qualification listed

**KNOWLEDGES, SKILLS, AND ABILITIES**

| | K-1 | K-2 | K-3 | K-4 | K-5 | K-6 | K-7 | K-8 | A-1 | A-2 | A-3 | A-4 | A-5 | A-6 | A-7 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **MQ 1** Bachelor's degree in rehabilitation, psychology, counseling, human development, social work, nursing, or allied health occupations plus three years of professional level experience providing independent living skills, special education, vocational rehabilitation, or medical rehabilitation services to individuals with disabilities. | 0 | 0 | 0 | 1 | 1 | 1 | 1 | 0 | 1 | 1 | 1 | 1 | 0 | 0 | 0 |
| **MQ 2** Bachelor's degree in rehabilitation, psychology, counseling, human development, social work, nursing, or allied health occupations plus four years of professional level experience providing independent living skills, special education, vocational rehabilitation, or medical rehabilitation services to individuals with disabilities. | 0 | 0 | 0 | 1 | 1 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 0 | 0 | 0 |
| **MQ 3** Bachelor's degree in rehabilitation, psychology, counseling, human development, social work, nursing, or allied health occupations plus five years of professional level experience providing independent living skills, special education, vocational rehabilitation, or medical rehabilitation services to individuals with disabilities. | 0 | 1 | 0 | 1 | 1 | 1 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 0 | 0 |
| **MQ 4** Bachelor's degree in rehabilitation, psychology, counseling, human development, social work, nursing, or allied health occupations plus six years of professional level experience providing independent living skills, special education, vocational rehabilitation, or medical rehabilitation services to individuals with disabilities. | 0 | 0 | 0 | 1 | 1 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 0 | 0 | 0 |

# MINIMUM QUALIFICATION/KSA LINKAGE FORM

For each of the KSAs listed, indicate your response by placing a "1" or "0" in the appropriate block.

This KSA:

1 = CAN BE ACQUIRED from the minimum qualification listed

0 = CANNOT BE ACQUIRED from the minimum qualification listed

### KNOWLEDGES, SKILLS, AND ABILITIES

| | K-1 | K-2 | K-3 | K-4 | K-5 | K-6 | K-7 | K-8 | A-1 | A-2 | A-3 | A-4 | A-5 | A-6 | A-7 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **MQ 5** Bachelor's degree in rehabilitation, psychology, counseling, human development, social work, nursing, or allied health occupations plus seven or more years of professional level experience providing independent living skills, special education, vocational rehabilitation, or medical rehabilitation services to individuals with disabilities. | — | 0 | 0 | — | — | — | 0 | — | — | — | — | — | 0 | 0 | 0 |
| **MQ 6** Master's degree in rehabilitation, psychology, counseling, human development, social work, nursing, or allied health occupations plus three years of professional level experience providing independent living skills, special education, vocational rehabilitation, or medical rehabilitation services to individuals with disabilities. | 0 | 0 | 0 | — | — | — | — | 0 | — | — | — | — | 0 | 0 | 0 |
| **MQ 7** Master's degree in rehabilitation, psychology, counseling, human development, social work, nursing, or allied health occupations plus four years of professional level experience providing independent living skills, special education, vocational rehabilitation, or medical rehabilitation services to individuals with disabilities. | — | — | 0 | — | — | — | — | — | — | — | — | — | 0 | 0 | 0 |
| **MQ 8** Master's degree in rehabilitation, psychology, counseling, human development, social work, nursing, or allied health occupations plus five years of professional level experience providing independent living skills, special education, vocational rehabilitation, or medical rehabilitation services to individuals with disabilities. | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — |

97

# MINIMUM QUALIFICATION/KSA LINKAGE FORM

For each of the KSAs listed, indicate your response by placing a "1" or "0" in the appropriate block.

This KSA:

1 = CAN BE ACQUIRED from the minimum qualification listed

0 = CANNOT BE ACQUIRED from the minimum qualification listed

**KNOWLEDGES, SKILLS, AND ABILITIES**

| | K-1 | K-2 | K-3 | K-4 | K-5 | K-6 | K-7 | K-8 | A-1 | A-2 | A-3 | A-4 | A-5 | A-6 | A-7 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **MQ 9** Master's degree in rehabilitation, psychology, counseling, human development, social work, nursing, or allied health occupations plus six years of professional level experience providing independent living skills, special education, vocational rehabilitation, or medical rehabilitation services to individuals with disabilities. | | | | | | | | | | | | | | | |
| **MQ 10** Master's degree in rehabilitation, psychology, counseling, human development, social work, nursing, or allied health occupations plus seven or more years of professional level experience providing independent living skills, special education, vocational rehabilitation, or medical rehabilitation services to individuals with disabilities. | | | | | | | | | | | | | | | |

99

NAME Sheila. Dunbar
SSN [redacted]
CLASS TITLE Rehabilitation Specialist

By the time I reviewed this document, the pages were obviously mixed and w/o being able to put the books in order, I had no clue(!) how to complete the KPS portion. Please call me if this info can be provided. S

**SUBJECT MATTER EXPERT**

**JOB ANALYSIS**

**QUESTIONNAIRE**

**FOR**

**REHABILITATION SPECIALIST SERIES**

**STATE MERIT SYSTEM**

**STATE OF ALABAMA PERSONNEL**

**64 NORTH UNION STREET**

**MONTGOMERY, AL 36130**

**PART I.**
**BACKGROUND INFORMATION**

**DIRECTIONS:** Please answer questions 1 - 8 by filling in the information requested. When you fill in a blank below, **please print.**

1. **Your Name:** Sheila - Dunbar

2. **Your Social Security Number:** ████████

3. **Today's Date:** 9-11-95

4. **Your Immediate supervisor's name:** James Searcy

5. **Your Division:** Independent Living

6. **Your Classification:** Rehabilitation Specialist

7. **What is the total amount of time you have been gaining relevant job experience?**

   16 # Years     11 # Months

8. **How long have you been in your current classification?**

   6 # Years     # Months

100

**DIRECTIONS:** Please answer questions 9 - 11 by circling your answer.

9.  **What is the highest level of education you have reached?**

    1.  Some high school, but no diploma or GED
    2.  High school diploma/GED
    3.  Some vocational/technical school
    4.  Vocational/technical school certificate
    5.  Some college
    6.  Associate's degree
    7.  Bachelor's degree
    8.  Some graduate school
    9.  Master's degree
    10. Doctorate/Professional
    11. Other (please print)

10. **Are you male or female?**

    1.  Male
    2.  Female

11. **What is your race?**

    1.  Black/African American
    2.  Asian/Pacific Islander
    3.  White/Caucasian
    4.  Hispanic
    5.  Native American
    6.  Other (please print)

101

## SUBJECT MATTER EXPERT
## JOB ANALYSIS QUESTIONNAIRE

Read the steps listed below before completing this section of the questionnaire. **If you have any questions regarding the completion of this form, please contact David McCarroll at (334) 242-3389.** If you understand the instructions, please follow them carefully.

## INSTRUCTIONS FOR COMPLETING TASK RATINGS:

1. First, read carefully the attached list of tasks for accuracy and completeness and make any necessary revisions.

2. If there are any tasks which are performed by incumbents in the classification under review that are not listed, write a statement for each additional task on the page which is labeled "Additional Tasks and Duties." Each statement should begin with a verb which denotes a very specific and observable action and the object to which the action is done or what is being used in performing the task.

3. Next, you are to provide the requested information based on the instructions below:

   (A) If the classification under review is your classification, answer the questions based on your job.

   (B) If you supervise employees in the classification under review, answer the questions based on your subordinates job.

   (C) If you are not currently in or do not supervise the classification under review, answer the questions based on your knowledge of the job under review.

4. Locate the column labeled **"I do not perform this task"** at the left of the task rating columns. As you read each task statement, mark an "X" in this column for each task statement that you, your subordinates, or a job incumbent do not perform. For the remainder of this process, **you should rate only those tasks for which you have not marked an "X".** Do not rate those tasks that you or your subordinates do **not perform.**

5. Locate **Scale A - "Frequency".** This scale is asking "How often do you perform this task?". When answering that question think of how frequently that particular task is performed by you, your subordinates, or a job incumbent. If you believe the answer should be "never" for a particular task statement, then you should have an "X" in the column "I do not perform this task" and should not rate it. Mark your responses in Column A for each task that you have not marked with an "X".

6. Next, locate **Scale B - "Importance".** This scale is asking "How important is it for this task to be performed correctly?" It may help you to think about what would happen if an error is made (some delay in service, work must be re-done, danger to other persons, or cost to department). Answer this question for each task statement not marked with an "X". Place your responses in Column B.

7. Locate **Scale C - "Necessary at Entry".** This scale is asking "Is it necessary for a newly hired employee to be able to perform this task the first day of work before training?" Should a candidate for this particular position be able to perform this task immediately on the job before any lengthy training? Will an employee learn to perform a particular task after being hired or must they have had prior experience in performing that activity? Answer those questions for each task statement not marked with an "X". Place your responses in Column C.

102

8. Next, locate **Scale D - "Relationship to Job Performance"**. This scale is asking "What relationship does successful performance of this particular task have to successful **overall** performance in the job?" Answer that question for each task statement not marked with an "X". Place your responses in Column D. There are three possible responses for this scale. Below are listed the definitions for the terms "marginal", "average", and "superior" as used for this questionnaire to aid you in choosing your responses.

*Marginal incumbents:* are borderline employees who are performing some of the required duties in an acceptable manner; require close and continual supervision on most of the duties assigned to them; are completing a minimal amount of work; their overall performance is somewhat problematic and it is likely that a performance improvement plan will be implemented to assist them in improving in specific areas.

*Average incumbents:* are effectively performing most of the required duties of the position in an acceptable manner; require supervision periodically depending on the complexity of the specific duty that is performed; are completing a moderate amount of work in a satisfactory manner; their overall performance is adequate.

*Superior incumbents:* are performing a full range of duties in an exceptional manner; require little, if any, supervision to ensure work is done correctly and in a timely manner; are completing a substantial amount of work in a superior manner; their overall performance is outstanding and will probably be considered for higher merit increases (raises) and promotion.

9. The next page of the questionnaire has two of the rating scales defined. You may wish to cut it out across the dotted line for easy reference as you complete your ratings.

10. After completing your responses for the column "I do not perform this task" and for Scales A, B, C, and D, please review your answers for accuracy and completeness. Remember to provide ratings for any additional task statement(s) that you may have written. It is very important that this form be completed correctly as the information given will be used to develop minimum qualifications and/or a selection device for this classification.

11. Below is an example of a completed Task Rating.

**WORK BEHAVIOR 5**
**Performs accounting functions**

**EXAMPLE**

| | | | | |
|---|---|---|---|---|
| 1 | 3 | 1 | 2 | Task 5.1 |

Calculates ledger totals using financial records and printouts

12. Continue to the Knowledge, Skill, and Ability Rating Form Instructions.

103

**Scale B**

How important is it for this task to be performed correctly?  Think about what happens if an error is made (some delay of service, work must be re-done, danger to patients, cost to the department).

0   **Not important:**  Very little damage, if any, results from improper performance.

1   **Slightly Important**

2   **Important:**  Improper performance may result in delays, costs, or embarrassment which are moderately damaging to the department.

3   **Very Important**

4   **Crucial:**  Improper performance may result in critical delays, costs, or embarrassment which are substantially damaging to the department.

**Scale D**

What relationship does successful performance of this task have to successful overall performance in the job?

1   After persons have successfully completed the probationary period, performance of this task does not differentiate between incumbents.

2   **Average** incumbents perform this task better than **marginal** incumbents.

3   **Superior** incumbents perform this task better than **average** incumbents.

104

# TASK AND DUTIES RATING FORM

| | SCALE A FREQUENCY | SCALE B IMPORTANCE: | SCALE C NECESSARY AT ENTRY: | SCALE D RELATIONSHIP TO JOB PERFORMANCE |
|---|---|---|---|---|
| | How often do you perform this task? | How important is it for this task to be performed correctly? Think about what happens if an error is made (some delay of service, work must be re-done, danger to patients, cost to the department). | Is it necessary for a newly hired employee to be able to perform this task on the first day of work before training? | What relationship does successful performance of this task have to successful overall performance in the job? |
| | 1 = Yearly | 0 = Not Important | | 1 = Does not differentiate |
| | 2 = Quarterly | 1 = Slightly Important | 1 = Yes | 2 = Differentiates between average and marginal incumbents |
| | 3 = Monthly | 2 = Important | 0 = No | 3 = Differentiates between superior and average incumbents |
| | 4 = Weekly | 3 = Very Important | | |
| | 5 = Daily | 4 = Crucial | | |
| | 6 = Hourly | | | |

| | A RATING | B RATING | C RATING | D RATING | |
|---|---|---|---|---|---|
| | | | | | **WORK BEHAVIOR 1 Provide technical assistance in a specialty area such as vocational rehabilitation, audiology, nutrition, physical therapy, learning disabilities, etc. to provide timely, high-quality rehabilitation services.** |
| I do not perform this task | | | | | |
| | | | | | **TASK-1.1** Review/Resolve problem cases in your specialty area (such as TBI, early intervention, physical therapy, audiology, etc.) |
| | | | | | **TASK-1.2** Answer calls from staff needing assistance. |
| | | | | | **TASK-1.3** Advise staff about where to find existing community resources. |
| | | | | | **TASK-1.4** Advise staff about how to use existing community resources. |
| | | | | | **TASK-1.5** Send correspondence to staff concerning the resolution of cases, answering of questions, etc. |
| | | | | | **TASK-1.6** Travel to field offices to observe, monitor, and/or resolve particularly difficult cases/problems. |
| | | | | | **TASK-1.7** Advise staff on the appropriate type of adaptive technology to be used for a client |
| | | | | | **TASK-1.8** Advise staff on the Social Security benefits available to the client. |

105

## TASK AND DUTIES RATING FORM

| SCALE A FREQUENCY | SCALE B IMPORTANCE: | SCALE C NECESSARY AT ENTRY: | SCALE D RELATIONSHIP TO JOB PERFORMANCE |
|---|---|---|---|
| How often do you perform this task? | How important is it for this task to be performed correctly? Think about what happens if an error is made (some delay of service, work must be re-done, danger to patients, cost to the department). | Is it necessary for a newly hired successful performance of this task on the first day of work before training? | What relationship does successful performance of this task have to successful overall performance in the job? |
| 1 = Yearly<br>2 = Quarterly<br>3 = Monthly<br>4 = Weekly<br>5 = Daily<br>6 = Hourly | 0 = Not important<br>1 = Slightly important<br>2 = Important<br>3 = Very Important<br>4 = Crucial | 1 = Yes<br>0 = No | 1 = Does not differentiate<br>2 = Differentiates between average and marginal incumbents<br>3 = Differentiates between superior and average incumbents |

| | A RATING | B RATING | C RATING | D RATING | |
|---|---|---|---|---|---|

I do not perform this task

**WORK BEHAVIOR 1 Provide technical assistance in a specialty area such as vocational rehabilitation, audiology, nutrition, physical therapy, learning disabilities, etc. to provide timely, high-quality rehabilitation services.**

| | | |
|---|---|---|
| TASK-1.9 | Maintain a file of current information concerning your specialty area. |
| TASK-1.10 | Seek out new resources to address needs in your specialty area. |
| TASK-1.11 | Develop strategies to improve services in your specialty area. |
| TASK-1.12 | Advise staff about strategies for using client service funds wisely. |

201

# TASK AND DUTIES RATING FORM

## SCALE A
### FREQUENCY

How often do you perform this task?

1 = Yearly
2 = Quarterly
3 = Monthly
4 = Weekly
5 = Daily
6 = Hourly

## SCALE B
### IMPORTANCE:

How important is it for this task to be performed correctly? Think about what happens if an error is made (some delay of service, work must be re-done, danger to patients, cost to the department).

0 = Not Important
1 = Slightly Important
2 = Important
3 = Very Important
4 = Crucial

## SCALE C
### NECESSARY AT ENTRY:

Is it necessary for a newly hired employee to be able to perform this task on the first day of work before training?

1 = Yes
0 = No

## SCALE D
### RELATIONSHIP TO JOB PERFORMANCE:

What relationship does successful performance of this task have to successful overall performance in the job?

1 = Does not differentiate
2 = Differentiates between average and marginal incumbents
3 = Differentiates between superior and average incumbents

| I do not perform this task | A RATING | B RATING | C RATING | D RATING | |
|---|---|---|---|---|---|
| | 1 | 2 | 0 | 3 | **WORK BEHAVIOR 2** Develop training programs in a specialty area such as vocational rehabilitation, audiology, nutrition, physical therapy, learning disabilities, etc. to keep the staff aware of current developments in the specialty area. |
| | | | | | **TASK 2.1** Train staff regarding the Federal and State laws and regulations that govern the rehabilitation process. |
| | | | | | **TASK 2.2** Train the staff about departmental policies and procedures. |
| | | | | | **TASK 2.3** Train staff in the use of adaptive technology. |
| | | | | | **TASK 2.4** Train staff in how to find and utilize existing community resources. |
| | | | | | **TASK 2.5** Plan for future training needs that will arise to keep pace with technological changes. |
| | | | | | **TASK 2.6** Prepare materials to be used in training. |
| | | | | | **TASK 2.7** Attend outside training programs to stay updated on new developments in your specialty area. |
| | | | | | **TASK 2.8** Use audio-visual equipment during training presentations. |
| | | | | | **TASK 2.9** Develop and conduct training programs in your specialty area. |

107

X

## TASK AND DUTIES RATING FORM

| SCALE A | SCALE B | SCALE C | SCALE D |
|---|---|---|---|
| **FREQUENCY** | **IMPORTANCE:** | **NECESSARY AT ENTRY:** | **RELATIONSHIP TO JOB PERFORMANCE:** |

How often do you perform this task?

How important is it for this task to be performed correctly? Think about what happens if an error is made (some delay of service, work must be re-done, danger to patients, cost to the department).

Is it necessary for a newly hired employee to be able to perform this task on the first day of work before training?

What relationship does successful performance of this task have to successful overall performance in the job?

1 = Yearly
2 = Quarterly
3 = Monthly
4 = Weekly
5 = Daily
6 = Hourly

0 = Not Important
1 = Slightly Important
2 = Important
3 = Very Important
4 = Crucial

1 = Yes
0 = No

1 = Does not differentiate
2 = Differentiates between average and marginal incumbents
3 = Differentiates between superior and average incumbents

| | RATING | RATING | RATING | RATING |
|---|---|---|---|---|
| I do not perform this task | A | B | C | D |
| | | | | 3 |

**WORK BEHAVIOR 2  Develop training programs in a specialty area such as vocational rehabilitation, audiology, nutrition, physical therapy, learning disabilities, etc. to keep the staff aware of current developments in the specialty area.**

**TASK-2.10**   Make presentations at outside training programs in your specialty area.

108

## TASK AND DUTIES RATING FORM

| SCALE A FREQUENCY | SCALE B IMPORTANCE: | SCALE C NECESSARY AT ENTRY: | SCALE D RELATIONSHIP TO JOB PERFORMANCE |
|---|---|---|---|
| How often do you perform this task? | How important is it for this task to be performed correctly? Think about what happens if an error is made (some delay of service, work must be re-done, danger to patients, cost to the department). | Is it necessary for a newly hired employee to be able to perform this task on the first day of work before training? | What relationship does successful performance of this task have to successful overall performance in the job? |
| 1 = Yearly<br>2 = Quarterly<br>3 = Monthly<br>4 = Weekly<br>5 = Daily<br>6 = Hourly= | 0 = Not Important<br>1 = Slightly Important<br>2 = Important<br>3 = Very Important<br>4 = Crucial | 1 = Yes<br>0 = No | 1 = Does not differentiate<br>2 = Differentiates between average and marginal incumbents<br>3 = Differentiates between superior and average incumbents |

| | A RATING | B RATING | C RATING | D RATING | |
|---|---|---|---|---|---|
| I do not perform this task | | | | | **WORK BEHAVIOR 3** Counsel clients, if deemed necessary by the counselor, in a specialty area such as vocational rehabilitation, audiology, nutrition, physical therapy, learning disabilities, etc. In order to facilitate adjustment to their disability and facilitate adjustment to returning to work. |
| | 5 | 4 | 1 | 3 | **TASK-3.1** Discuss the extent of their disability with the client. |
| | 4 | 4 | 1 | 3 | **TASK-3.2** Discuss with the client what they will have to do during rehabilitation. |
| | 4 | 4 | 1 | 3 | **TASK-3.3** Discuss with the client the probability of being successfully rehabilitated. |
| | 5 | 4 | 1 | 3 | **TASK-3.4** Determine the client's willingness to work. |
| | 5 | 4 | 1 | 3 | **TASK-3.5** Instruct clients in the use of adaptive technology. |

X

109

# TASK AND DUTIES RATING FORM

**SCALE A**
**FREQUENCY**

How often do you perform this task?

1 = Yearly
2 = Quarterly
3 = Monthly
4 = Weekly
5 = Daily
6 = Hourly

**SCALE B**
**IMPORTANCE:**

How important is it for this task to be performed correctly? Think about what happens if an error is made (some delay of service, work must be re-done, danger to patients, cost to the department).

0 = Not Important
1 = Slightly Important
2 = Important
3 = Very Important
4 = Crucial

**SCALE C**
**NECESSARY AT ENTRY:**

Is it necessary for a newly hired employee to be able to perform this task on the first day of work before training?

1 = Yes
0 = No

**SCALE D**
**RELATIONSHIP TO JOB PERFORMANCE**

What relationship does successful performance of this task have to successful overall performance in the job?

1 = Does not differentiate
2 = Differentiates between average and marginal incumbents
3 = Differentiates between superior and average incumbents

**WORK BEHAVIOR 4** Conduct research in a specialty area such as vocational rehabilitation, audiology, nutrition, physical therapy, learning disabilities, etc. in order to determine such things as departmental strengths and weaknesses, current training needs and counseling effectiveness.

| I do not perform this task | A RATING | B RATING | C RATING | D RATING | |
|---|---|---|---|---|---|
| | | | | | TASK-4.1  Plan and conduct research to determine overall departmental training needs. |
| | | | | | TASK-4.2  Determine the extent of training the department needs for your specialty area. |
| | 1 | 2 2 | 1 | 2 2 | TASK-4.3  Plan and conduct research to determine the level of client/family satisfaction. |
| | | | | | TASK-4.4  Conduct surveys to determine the staff's level of perceived effectiveness. |
| | | 2 | 1 | 2 | TASK-4.5  Conduct research to determine if the department, specialty area, and/or employees are meeting their goals. |
| X | 2 | 3 | 1 | 3 | TASK-4.6  Monitor the department's success in fulfilling agreements made with outside agencies. |
| X X | | | | | TASK-4.7  Plan and conduct research to determine the effectiveness of training programs. |
| | | | | | TASK-4.8  Plan and conduct research to determine the effectiveness of departmental policies and procedures. |

110

111

# TASK AND DUTIES RATING FORM

**SCALE A**
**FREQUENCY**

How often do you perform this task?

1 = Yearly
2 = Quarterly
3 = Monthly
4 = Weekly
5 = Daily
6 = Hourly

**SCALE B**
**IMPORTANCE:**

How important is it for this task to be performed correctly? Think about what happens if an error is made (some delay of service, work must be re-done, danger to patients, cost to the department).

0 = Not important
1 = Slightly important
2 = Important
3 = Very Important
4 = Crucial

**SCALE C**
**NECESSARY AT ENTRY:**

Is it necessary for a newly hired employee to be able to perform this task on the first day of work before training?

1 = Yes
0 = No

**SCALE D**
**RELATIONSHIP TO JOB PERFORMANCE**

What relationship does successful performance of this task have to successful overall performance in the job?

1 = Does not differentiate
2 = Differentiates between average and marginal incumbents
3 = Differentiates between superior and average incumbents

| I do not perform this task | A | B | C | D | |
|---|---|---|---|---|---|
| | | | | | **WORK BEHAVIOR 4 Conduct research in a speciality area such as vocational rehabilitation, audiology, nutrition, physical therapy, learning disabilities, etc. in order to determine such things as departmental strengths and weaknesses, current training needs and counseling effectiveness.** |
| X | RATING | RATING | RATING | RATING | **TASK-4.9** Collect data for a variety of different measures, such as the number of assistance calls handled, the number of assistance calls successfully resolved, etc. |

# TASK AND DUTIES RATING FORM

**SCALE A**
**FREQUENCY**

How often do you perform this task?

1 = Yearly
2 = Quarterly
3 = Monthly
4 = Weekly
5 = Daily
6 = Hourly

**SCALE B**
**IMPORTANCE:**

How important is it for this task to be performed correctly? Think about what happens if an error is made (some delay of service, work must be re-done, danger to patients, cost to the department).

0 = Not important
1 = Slightly important
2 = Important
3 = Very Important
4 = Crucial

**SCALE C**
**NECESSARY AT ENTRY:**

Is it necessary for a newly hired employee to be able to perform this task on the first day of work before training?

1 = Yes
0 = No

**SCALE D**
**RELATIONSHIP TO JOB**
**PERFORMANCE**

What relationship does successful performance of this task have to successful overall performance in the job?

1 = Does not differentiate
2 = Differentiates between average and marginal incumbents
3 = Differentiates between superior and average incumbents

| | A RATING | B RATING | C RATING | D RATING |
|---|---|---|---|---|

**WORK BEHAVIOR 5  Perform administrative duties as needed to maintain proper communication with co-workers, to maintain proper documentation of services provided, etc.**

TASK-5.1    Prepare weekly schedules.

TASK-5.2    Prepare monthly schedules.

TASK-5.3    Prepare reports for the state office, such as budget reports, facility reviews, production reports and training reports.

TASK-5.4    Attend staff meetings to update the staff on current progress.

TASK-5.5    Attend staff meetings to update the staff about future plans.

TASK-5.6    Enter client information into the computer.

TASK-5.7    Provide progress reports to your supervisor on your activity.

TASK-5.8    Use general office equipment such as photocopier, computer, calculator, etc.

(12

# TASK AND DUTIES RATING FORM

| SCALE A FREQUENCY | SCALE B IMPORTANCE: | SCALE C NECESSARY AT ENTRY: | SCALE D RELATIONSHIP TO JOB PERFORMANCE |

**SCALE A — FREQUENCY**

How often do you perform this task?

1 = Yearly
2 = Quarterly
3 = Monthly
4 = Weekly
5 = Daily
6 = Hourly

**SCALE B — IMPORTANCE:**

How important is it for this task to be performed correctly? Think about what happens if an error is made. (some delay of service, work must be re-done, danger to patients, cost to the department).

0 = Not Important
1 = Slightly Important
2 = Important
3 = Very Important
4 = Crucial

**SCALE C — NECESSARY AT ENTRY:**

Is it necessary for a newly hired employee to be able to perform this task on the first day of work before training?

1 = Yes
0 = No

**SCALE D — RELATIONSHIP TO JOB PERFORMANCE**

What relationship does successful performance of this task have to successful overall performance in the job?

1 = Does not differentiate
2 = Differentiates between average and marginal incumbents
3 = Differentiates between superior and average incumbents

**WORK BEHAVIOR 5  Perform administrative duties as needed to maintain proper communication with co-workers, to maintain proper documentation of services provided, etc.**

| | A RATING | B RATING | C RATING | D RATING | TASK | |
|---|---|---|---|---|---|---|
| | | | | 3 | TASK-5.9 | Develop continuation grants to maintain program funding. |
| | | | | 3 | TASK-5.10 | Develop grant proposals to increase program funding. |
| | | | | 3 | TASK-5.11 | Coordinate grant activities to ensure that the grant objectives are met. |
| | | | | 3 | TASK-5.12 | Report data to Federal and State agencies that are responsible for ensuring the grant's objectives are met. |
| | | | | | TASK-5.13 | Delegate appropriate tasks to the clerical staff. |
| | | | | 2 | TASK-5.14 | Plan budget. |
| | | | | | TASK-5.15 | Approve and process requisitions for client service expenditures. |
| | | | | 3 | TASK-5.16 | Monitor the expenditure of funds. |

113

# TASK AND DUTIES RATING FORM

**SCALE A**
**FREQUENCY**

How often do you perform this task?

1 = Yearly
2 = Quarterly
3 = Monthly
4 = Weekly
5 = Daily
6 = Hourly

**SCALE B**
**IMPORTANCE:**

How important is it for this task to be performed correctly? Think about what happens if an error is made (some delay of service, work must be re-done, danger to patients, cost to the department).

0 = Not Important
1 = Slightly Important
2 = Important
3 = Very Important
4 = Crucial

**SCALE C**
**NECESSARY AT ENTRY:**

Is it necessary for a newly hired successful employee to be able to perform this task on the first day of work before training?

1 = Yes
0 = No

**SCALE D**
**RELATIONSHIP TO JOB PERFORMANCE**

What relationship does successful performance of this task have to successful overall performance in the job?

1 = Does not differentiate
2 = Differentiates between average and marginal incumbents
3 = Differentiates between superior and average incumbents

| I do not perform this task | A RATING | B RATING | C RATING | D RATING | | |
|---|---|---|---|---|---|---|
| | | | | | **WORK BEHAVIOR 5   Perform administrative duties as needed to maintain proper communication with co-workers, to maintain proper documentation of services provided, etc.** | |
| | 5 | 4 | — | 3 | TASK-5.17 | Review financial reports from the accounting division. |
| | 3 | 3 | — | 3 | TASK-5.18 | Develop inter-agency networks of service providers in the district and the state. |
| | 5 | 3 | — | 3 | TASK-5.19 | Work collaboratively with divisions in the department and other agencies when providing services in your specialty area. |
| | 5 | 3 | — | 3 | TASK-5.20 | Compile a registry of trained peer supporters. |
| | 5 | 3 | — | 3 | TASK-5.21 | Promote the development of consumer-based support groups in the state. |
| | 5 | 3 | — | 3 | TASK-5.22 | Maintain good relationships with advocacy groups and support groups involved in your specialty area. |
| | 4 | 3 | | 3 | TASK-5.23 | Develop and maintain some type of statewide advisory group, comprised of representatives from the department, service providers, consumers, advocacy groups, etc., for your specialty area. |

114

# TASK AND DUTIES RATING FORM

## SCALE A
### FREQUENCY

How often do you perform this task?

1 = Yearly
2 = Quarterly
3 = Monthly
4 = Weekly
5 = Daily
6 = Hourly

## SCALE B
### IMPORTANCE:

How important is it for this task to be performed correctly? Think about what happens if an error is made (some delay of service, work must be re-done, danger to patients, cost to the department).

0 = Not Important
1 = Slightly Important
2 = Important
3 = Very Important
4 = Crucial

## SCALE C
### NECESSARY AT ENTRY:

Is it necessary for a newly hired employee to be able to perform this task on the first day of work before training?

1 = Yes
0 = No

## SCALE D
### RELATIONSHIP TO JOB PERFORMANCE

What relationship does successful performance of this task have to successful overall performance in the job?

1 = Does not differentiate
2 = Differentiates between average and marginal incumbents
3 = Differentiates between superior and average incumbents

| | A RATING | B RATING | C RATING | D RATING |
|---|---|---|---|---|

**WORK BEHAVIOR 5  Perform administrative duties as needed to maintain proper documentation of services, communication with co-workers, to maintain proper documentation of services provided, etc.**

**TASK 5.24**  Inform the public about the availability of services in your specialty area by presenting at conferences, speaking to groups, etc.

**TASK 5.25**  Assist in the development of promotional media, such as pamphlets and brochures, for your specialty area.

**TASK 5.26**  Help to create new departmental policies and procedures governing your specialty area.

**TASK 5.27**  Review departmental policies and procedures.

**TASK 5.28**  Review other agencies policies and their possible effect in your specialty area.

**TASK 5.29**  Create documents and forms to be used by the department.

**TASK 5.30**  Develop special plans for providing services related to your specialty area in rural areas.

**TASK 5.31**  Interpret existing laws that affect the rehabilitation process or your specialty area.



# ADDITIONAL TASK AND DUTIES RATING FORM

## SCALE A
### FREQUENCY

How often do you perform this task?

1 = Yearly
2 = Quarterly
3 = Monthly
4 = Weekly
5 = Daily
6 = Hourly

## SCALE B
### IMPORTANCE:

How important is it for this task to be performed correctly? Think about what happens if an error is made (some delay of service, work must be re-done, danger to patients, cost to the department).

0 =  Not Important
1 =  Slightly Important
2 =  Important
3 =  Very Important
4 =  Crucial

## SCALE C
### NECESSARY AT ENTRY:

Is it necessary for a newly hired employee to be able to perform this task on the first day of work before training?

1 = Yes
0 = No

## SCALE D
### RELATIONSHIP TO JOB PERFORMANCE

What relationship does successful performance of this task have to successful overall performance in the job?

1 = Does not differentiate
2 = Differentiates between average and marginal incumbents
3 = Differentiates between superior and average incumbents

| A RATING | B RATING | C RATING | D RATING | TASK |
|---|---|---|---|---|
| 5 | 4 | 1 | 3 | Supervise/review/monitor/consult development of clinical criteria of people with disabilities (statewide) |
| | | | | TASK |
| | | | | TASK |
| | | | | TASK |
| | | | | TASK |

I do not perform this task

117

Read the steps listed below before completing this section of the questionnaire. **If you have any questions regarding the completion of this form, please contact David McCarroll at (334) 242-3389.** If you understand the instructions, please follow them carefully. Read the steps listed below before completing this section of the questionnaire.

## INSTRUCTIONS FOR COMPLETING WORK BEHAVIOR RATINGS

1. Locate **Scale E** and write a percentage of time next to the rest of the work behaviors to show how much time you spend performing each work behavior. The list of work behaviors represents all of the work you perform. This means that the sum of the percent of time spent on the work behaviors must equal 100%. Please round the percent of time you spend on each work behavior to the nearest 1% and write your responses in Column E. Make sure the total of column E is 100%. Some sample percentages are shown below. Note that 67 + 28 + 5 = 100.

| E | F | G | | |
|---|---|---|---|---|
| 67 | | | **WB1.** | Type and prepare documents such as letters, reports, contracts, minutes, purchase orders, and work schedules. |
| 0 | 0 | | **WB2.** | Maintain systematic hard copy files such as copies of correspondence, manuals, personnel files, time sheets, and receipts. |
| 28 | | 0 | **WB3.** | Answer the telephone and provide routine information using telephones and message pads. |
| 5 | | | **WB4.** | Order office supplies, equipment, and documents such as paper, pens, envelopes, staples, and file cabinets. |

2. Next, locate **Scale F - "Importance"** (the middle column). Rate each work behavior to show the importance of the work behavior. You can think about how successful performance of the work behavior helps overall job performance. Or you can think about what happens if you perform the work behavior incorrectly. Remember that you are now rating work behaviors which represent a larger part of the job. Rate using the scale below:

0 = **Not Important:** Very little damage, if any, results from improper performance.

1 = **Slightly Important**

2 = **Important:** Improper performance may result in delays, costs, or embarrassment which are moderately damaging to the department.

3 = **Very Important**

4 = **Crucial:** Improper performance may result in critical delays, costs, or embarrassments which are substantially damaging to the department.

4. Locate **Scale G - "Necessary at Entry".** This scale is asking "Is it necessary for a newly hired employee to be able to perform this work behavior the first day of work before training?" Remember that you are now rating work behaviors which represent a larger part of the job. Rate using the scale below:

1 = **Yes:** Workers just promoted or hired into this job must be able to perform this work behavior the first time they encounter it on a job or before any lengthy training.

0 = **No:** Workers just promoted or hired into this job do not need to perform this work behavior the first time they encounter it on the job. If workers are trained to do the work behavior before they are expected to perform it, assign a rating of "0" in Column G.

118



# WORK BEHAVIOR RATING FORM

## SCALE E
### PERCENTAGE OF TIME:

Indicate the percentage of time you spend performing this work behavior. Remember that the sum of this column must equal 100%.

## SCALE F
### IMPORTANCE:

How important is it for you to perform this work behavior successfully?

**0** = Not Important
**1** = Slightly Important
**2** = Important
**3** = Very Important
**4** = Crucial

## SCALE G
### NECESSARY AT ENTRY:

Must new employees be able to perform this work behavior on the first day of work before training?

**1** = Yes
**0** = No

| E RATING | F RATING | G RATING | | |
|---|---|---|---|---|
| 15 | 4 | 1 | **WB1** | Provide technical assistance in a specialty area such as vocational rehabilitation, audiology, nutrition, physical therapy, learning disabilities, etc. to provide timely, high-quality rehabilitation services. |
| 15 | 4 | 1 | **WB2** | Develop training programs in a specialty area such as vocational rehabilitation, audiology, nutrition, physical therapy, learning disabilities, etc. to keep the staff aware of current developments in the specialty area. |
| 3 | 4 | 1 | **WB3** | Counsel clients, if deemed necessary by the counselor, in a specialty area such as vocational rehabilitation, audiology nutrition, physical therapy, learning disabilities, etc. in order to ease adjustment to their disability and ease adjustment to returning to work. |
| 0 | 4 | 1 | **WB4** | Conduct research in a specialty area such as vocational rehabilitation, audiology, nutrition, physical therapy, learning disabilities, etc. in order to determine such things as departmental strengths and weaknesses, current training needs and counseling effectiveness. |
| 67 | 4 | 1 | **WB5** | Perform administrative duties as needed to maintain proper documentation of services provided, etc. workers, to maintain proper communication with co- |

= 100 %

X

119

Read the steps listed below before completing this section of the questionnaire. **If you have any questions regarding the completion of this form, please contact David McCarroll at (334) 242-3389.** If you understand the instructions, please follow them carefully.

## INSTRUCTIONS FOR COMPLETING KNOWLEDGE, SKILL, AND ABILITY RATINGS:

1. First, read carefully the attached listing of <u>knowledge</u>, <u>skill</u>, and ability statements for completeness and make any necessary revisions.

2. If there are any knowledges, skills or abilities (KSA) applicable to this classification under review that are not listed, write a statement for each additional KSA on the page which is labeled "Additional Knowledges, Skills and Abilities." The definitions of a knowledge, skill, or ability are listed below:

   **Knowledge** - an organized body of information that a person mentally possesses.

   **Skill** - the performance of a task at a quantifiable level of proficiency.

   **Ability** - the power to perform a physical or mental action.

3. Next, you are to provide the requested information based on the instructions below:

   (A) If the classification under review is your classification, answer the questions based on your job.

   (B) If you supervise employees in the classification under review, answer the questions based upon your subordinates' job.

   (C) If you are not currently in or do not supervise the classification under review, answer the questions based on your knowledge of the job under review.

4. If there are any knowledges, skills, or abilities that are not used on the job under review, write "NA" for "not applicable" in Column E. Do not rate these KSAs.

5. Next, locate **Scale E** - **"Importance"**. This scale is asking "How important is this knowledge, skill, or ability for acceptable job performance?" Place your responses in Column E.

6. Locate **Scale F** - **"Necessary at Entry"**. This scale is asking "Is it necessary for a newly hired employee to possess this knowledge, skill or ability on the first day of work before training?" Should a candidate for this particular position possess some level of this knowledge, skill or employment or will an employee learn this KSA after being hired? Answer those questions for each KSA statement. Place your responses in Column F.

120

7. For the next rating, answer the question, "What relationship does possession of this knowledge, skill, or ability have to performance in the job?" Using **Scale G** - "**Relationship to Job Performance**", place your response in Column G for each KSA statement. Please refer to page 5 for definitions of marginal, average, and superior incumbents.

8. FOR KNOWLEDGE STATEMENTS ONLY -provide ratings for **Scale H** - "**Recall Level Needed on the Job**". This scale is asking "What level of recall of this knowledge is needed on the job?" This scale is applicable for rating knowledges only. For each knowledge, indicate what level of recall is needed by writing the number 1, 2, or 3 from this scale in Column H. Definitions of each possible response are:

   1 = GENERAL FAMILIARITY

   A job incumbent must be aware of general principles and be able to locate relevant details in various documents and manuals and/or seek guidance from others.

   2 = WORKING KNOWLEDGE

   A job incumbent must be able to apply general principles and to recall specific details from memory in typically encountered situations, but can refer to source documents and manuals or seek guidance from others.

   3 = FULL RECALL.

   A job incumbent must be able to apply both general principles and to recall specific details in a wide variety of situations from memory without referring to source documents and manuals or without seeking guidance from others.

9. The next page of the questionnaire has rating scales E and G defined. You may wish to cut it out across the dotted line for easy reference as you complete your ratings.

10. After completing your responses for Scales E, F, G, and H, please review your answers for accuracy and completeness. Remember to provide ratings for any additional knowledge, skill, or ability statement that you may have written. It is very important that this form be completed correctly as the information given will be used to develop minimum qualifications and/or a selection device for this classification.

11. Below is an example of a completed KSA rating.

**EXAMPLE**

| E | F | G | H | |
|---|---|---|---|---|
| Rating | Rating | Rating | Rating | K-1 Knowledge of accounting principles |
| 3 | 1 | 3 | 2 | |

## Scale E

### How important is this knowledge for acceptable job performance?

**0   Not Important:** You can *definitely* perform your job effectively even if you do not have this knowledge.

**1   Slightly Important:** You can probably perform your job effectively even if you do not have this knowledge. If you do not have this knowledge, you may make errors that cause minor problems that are somewhat time consuming or somewhat costly.

**2   Important:** It is *unlikely* that you can perform your job effectively unless you have this knowledge. If you do not have this knowledge, you may make errors that cause problems that are time consuming, costly, or may cause injury.

**3   Very Important:** You *cannot* perform your job effectively unless you have this knowledge. If you do not have this knowledge, you may make errors that cause major problems that are very time consuming, very costly, or may cause injury.

**4   Crucial:** You *cannot* perform your job effectively unless you have this knowledge. If you do not have this knowledge, you may make errors that cause serious problems that cannot be fixed. They may include direct threats to life or extremely costly or time-consuming errors.

## Scale G

### What relationship does possession of this knowledge have to performance in the job?

**1**   After persons have successfully completed the probationary period, possession of this knowledge does not differentiate between incumbents.

**2**   **Average** incumbents possess more of this knowledge than do **marginal** incumbents.

**3**   **Superior** incumbents possess more of this knowledge than do **average** incumbents.

122

# KNOWLEDGE RATING FORM

## SCALE E
**IMPORTANCE:**

How important is this knowledge for acceptable job performance?

0 = Not Important
1 = Slightly Important
2 = Important
3 = Very Important
4 = Crucial

## SCALE F
**NECESSARY AT ENTRY:**

Is it necessary for a newly hired employee to possess this knowledge on the first day of work before training?

1 = Yes
0 = No

## SCALE G
**RELATIONSHIP TO JOB PERFORMANCE:**

What relationship does possession of this knowledge have to performance in the job?

1 = Does not differentiate

2 = Differentiates between average and marginal incumbents

3 = Differentiates between superior and average incumbents

## SCALE H
**RECALL LEVEL NEEDED ON THE JOB**

1 = General familiarity
2 = Working knowledge
3 = Full recall

| | E RATING | F RATING | G RATING | H RATING |
|---|---|---|---|---|
| K-1 | 4 | 1 | 2 | 2 |
| K-2 | 4 | 1 | 2 | 2 |
| K-3 | 4 | 1 | 3 | 3 |
| K-4 | 4 | 1 | 2 | 3 |
| K-5 | 2 | 0 | 3 | 3 |
| K-6 | 2 | 1 | 2 | 2 |
| K-7 | 2 | 1 | 2 | 3 |
| K-8 | 2 | 1 | 3 | 3 |

**K-1** Knowledge of the rehabilitation process sufficient to ensure that the special needs of individuals in your specialty area are met and that laws governing the rehabilitation process are not broken by anyone during rehabilitation.

**K-2** Knowledge of disabilities sufficient to provide for the special needs of individuals with disabilities during the rehabilitation process.

**K-3** Knowledge of a specialty area sufficient to train and advise staff about the unique needs of specialty area, about the use of adaptive technology for this area, and to ensure that laws pertaining to this specialty area are not broken. The specialty areas in question are as follows: vocational rehabilitation, independent living/homebound, nursing, social work, occupational therapy, audiology, nutrition, physical therapy, early intervention, speech pathology, blindness/visual impairment, deafness, hard of hearing, traumatic brain injury, and learning disabilities.

**K-4** Knowledge of departmental policies and procedures sufficient to ensure that they are being followed by all staff members.

**K-5** Knowledge of the employment process sufficient to provide clients with realistic employment opportunities after rehabilitation.

**K-6** Knowledge of counseling theories and techniques sufficient to make rehabilitation and subsequent employment as easy as possible.

**K-7** Knowledge of community resources sufficient to maximize their use in the rehabilitation of clients.

**K-8** Knowledge of laws, rules, and regulations governing grants and grant writing sufficient to secure new grants and maintain existing grants.

123

# ABILITY RATING FORM

**SCALE E**
**IMPORTANCE:**

How important is this ability for acceptable job performance?

0 = Not Important
1 = Slightly Important
2 = Important
3 = Very Important
4 = Critical

**SCALE F**
**NECESSARY AT ENTRY:**

Is it necessary for a newly hired employee to possess this ability on the first day of work before training?

1 = Yes
0 = No

**SCALE G**
**RELATIONSHIP TO JOB PERFORMANCE:**

What relationship does possession of this ability have to performance in the job?

1 = Does not differentiate
2 = Differentiates between average and marginal incumbents
3 = Differentiates between superior and average incumbents

| E RATING | F RATING | G RATING | | |
|---|---|---|---|---|
| 1 | 1 | 3 | A-1 | Ability to work with people with disabilities. |
| 3 | 1 | 2 | A-2 | Ability to communicate in writing to include grammar, spelling, punctuation, etc. so that memoranda and reports are clear and concise. |
| 4 | 1 | 3 | A-3 | Ability to communicate orally as needed to make clients, families, and co-workers understand your recommendations. |
| 3 | 1 | 3 | A-4 | Interpersonal ability as needed to maintain your relationship with clients, families, co-workers, outside agencies, and community resources. |
| 4 | 1 | 3 | A-5 | Ability to apply knowledge in novel and/or problem situations. |
| 4 | 1 | 2 | A-6 | Ability to gather and coordinate resources and services from a variety of different sources to maximize the effectiveness of the services provided in the specialty area. |
| 4 | 1 | 3 | A-7 | Ability to gather and interpret information received from the client and other sources. |

124

# ADDITIONAL KNOWLEDGES, SKILLS, AND ABILITIES RATING FORM

| SCALE E IMPORTANCE: | SCALE F NECESSARY AT ENTRY: | SCALE G RELATIONSHIP TO JOB PERFORMANCE: | SCALE H RECALL LEVEL NEEDED ON THE JOB (FOR KNOWLEDGES ONLY) |
|---|---|---|---|
| How important is this knowledge, skill, or ability for acceptable job performance? | Is it necessary for a newly hired employee to possess this knowledge, skill or ability on the first day of work before training? | What relationship does possession of this knowledge, skill or ability have to performance in the job? | |
| 0 = Not important | 1 = Yes | 1 = Does not differentiate | 1 = General familiarity |
| 1 = Slightly important | 0 = No | 2 = Differentiates between average and marginal incumbents | 2 = Working knowledge |
| 2 = Important | | 3 = Differentiates between superior and average incumbents | 3 = Full recall |
| 3 = Very Important | | | |
| 4 = Crucial | | | |

| | E RATING | F RATING | G RATING | H RATING |
|---|---|---|---|---|
| | 4 | | 3 | 3 |

KNOWLEDGE

SKILL

SKILL

K Q (3) * 5    KNOWLEDGE    knowledge of how different training techs for interview
KNOWLEDGE(E)    to determine interview

A - 8    SKILL

ABILITY    4    1    3    3    Ability to identify perc supporter potential + training needs
ABILITY

ABILITY

125

# INSTRUCTIONS FOR COMPLETING KSA RANKINGS

In this section of the questionnaire, you will judge the most important knowledges, skills, and abilities (KSAs) needed to perform your job. In the previous sections, you assessed the importance of each individual KSA. You will now a) review all KSAs, and b) rank order the five most important KSAs needed to perform your job successfully.

The rank order scale ranges from one (1) (the most important KSA) to five (5) (the fifth most important KSA). Before you rate this section, review the list of KSAs. After your review, please answer the following question:

## What are the five (5) most important KSAs needed to perform your job?

1 = Most important
2 = Second most important
3 = Third most important
4 = Fourth most important
5 = Fifth most important

Write the KSA number and a brief description of the KSA. The example below is provided to assist you in completing the KSA ranking section.

| Rank Order | KSA Number | KSA Description |
|---|---|---|
| 1 | K-2 | Knowledge of English. |
| 2 | P4 | Ability to see distant objects. |
| 3 | A1 | Ability to read. |
| 4 | S5 | Skill in typing. |
| 5 | K3 | Knowledge of Business Practices. |

126

What are the most important KSAs needed to perform your job?

1 = Most important
2 = Second most important
3 = Third most important
4 = Fourth most important
5 = Fifth most important

| Rank Order | KSA Number | KSA Description |
|---|---|---|
| 1 | K3 | Knowledge of Specialty Area |
| 2 | K8 | " |
| 3 | K1 | " |
| 4 | A8 | Ability to id Per supportin knowledge of " Training |
| 5 | K9 | |

Continue to the Work Behavior and KSA Matrix Instructions.

Read the steps listed below before completing this section of the questionnaire. **If you have any questions regarding the completion of this form, please contact David McCarroll at (334) 242-3399.** If you understand the instructions, please follow them carefully.

## INSTRUCTIONS FOR COMPLETING WORK BEHAVIOR AND KSA MATRIX

1. To complete this section, please review the list of **Work Behaviors.** For each Work Behavior listed, consider how important it is to possess each knowledge, skill, or ability to perform that Work Behavior. **Enter your rating in the box next to the work behavior and directly underneath the Work Behavior you are considering.** It may be helpful to consider one KSA at a time for all Work Behaviors listed. For instance, all blocks in column K-1 should be filled first, then column K-2, etc.

2. Below is an example of a completed Work Behavior/KSA Linkage.

### EXAMPLE

|  | WB1 | WB2 | WB3 | WB4 |
|---|---|---|---|---|
| KNOWLEDGE 1 | 1 | 2 | 0 | 1 |
| KNOWLEDGE 2 | 1 | 1 | 0 | 3 |

128

# WORK BEHAVIOR/KSA LINKAGE FORM

## WORK BEHAVIORS

How important is this KSA when you perform each work behavior?

0 = Not important
1 = Somewhat important
2 = Important
3 = Essential

| | WB1 | WB2 | WB3 | WB4 | WB5 |
|---|---|---|---|---|---|
| | Tech Asst | Dev Plans | Couns'l Clients | Research | Admin |
| **KNOWLEDGE-1** Knowledge of the rehabilitation process sufficient to ensure that the special needs of individuals in your specialty area are met and that laws governing the rehabilitation process are not broken by anyone during rehabilitation. | 3 | 2 | 2 | | 3 |
| **KNOWLEDGE-2** Knowledge of disabilities sufficient to provide for the special needs of the disabled during the rehabilitation process. | 2 | 2 | 3 | | 3 |
| **KNOWLEDGE-3** Knowledge of a specialty area sufficient to train and advise staff about the unique needs of specialty area, about the use of adaptive technology for this area, and to ensure that laws pertaining to this specialty area are not broken. The specialty areas in question are as follows: vocational rehabilitation, independent living/homebound, nursing, social work, occupational therapy, audiology, nutrition, physical therapy, early intervention, speech pathology, blindness/visual impairment, deafness, hard of hearing, traumatic brain injury, and learning disabilities. | 3 | 3 | 2 | | 3 |
| **KNOWLEDGE-4** Knowledge of departmental policies and procedures sufficient to ensure that they are being followed by all staff. | 2 | 2 | 2 | | 3 |
| **KNOWLEDGE-5** Knowledge of the employment process sufficient to provide clients with realistic employment opportunities after rehabilitation | 1 | 1 | 1 | | 2 |

X

129

# WORK BEHAVIOR/KSA LINKAGE FORM

How important is this KSA when you perform each work behavior?

0 = Not important
1 = Somewhat important
2 = Important
3 = Essential

## WORK BEHAVIORS

| | WB1 | WB2 | WB3 | WB4 | WB5 |
|---|---|---|---|---|---|
| | Tech Assist Dev Training | | Counsel/Client Research | | Admin |
| **KNOWLEDGE-6** Knowledge of counseling sufficient to make rehabilitation and subsequent employment as easy as possible. | 2 | 3 | 1 | 2 | 3 |
| **KNOWLEDGE-7** Knowledge of community resources sufficient to maximize their use in the rehabilitation of clients. | 2 | 2 | 2 | | 3 |
| **KNOWLEDGE-8** Knowledge of laws, rules, and regulations governing grants and grant writing sufficient to secure new grants and maintain existing grants. | 3 | 3 | 3 | 1 | 3 |
| **ABILITY-1** Ability to work with people with disabilities. | WK of People | 3 | | | |
| **ABILITY-2** Ability to communicate in writing to include grammar, spelling, punctuation, etc. so that memoranda and reports are clear and concise. | 3 | 3 | 1 | 2 | 3 |

K-7
Knowledge of law/grant management
training tech

X

130

## WORK BEHAVIOR/KSA LINKAGE FORM

How important is this KSA when you perform each work behavior?

0 = Not Important
1 = Somewhat Important
2 = Important
3 = Essential

### WORK BEHAVIORS

| | Tech Assist | De J Train | Council Clients | Research | Admin |
|---|---|---|---|---|---|
| | **WB1** | **WB2** | **WB3** | **WB4** | **WB5** |
| **ABILITY-3** Ability to communicate orally as needed to make clients, families, and co-workers understand your recommendations. | 3 | 3 | 3 | 2 | 3 |
| **ABILITY-4** Interpersonal ability as needed to maintain your relationships with clients, families, co-workers, outside agencies, and community resources. | 2 | 3 | 3 | 2 | 3 |
| **ABILITY-5** Ability to apply knowledge in novel and/or problem situations. | 3 | 3 | 3 | 2 | 3 |
| **ABILITY-6** Ability to gather and coordinate resources and services from a variety of different sources to maximize the effectiveness of the services provided in the specialty area. | 3 | 3 | 2 | 2 | 2 |
| **ABILITY-7** Ability to gather and interpret information received from the client and other sources. | 3 | 3 | 3 | 2 | 3 |

A8 - Id potential peers Res identified + their training needs

X

131

## INSTRUCTIONS FOR COMPLETING MINIMUM QUALIFICATION STATEMENT RATINGS AND LINKAGES

1. Review each <u>minimum</u> qualification statement on the following page. Consider each minimum qualification statement as a separate way in which an applicant could qualify for this job.

2. If you believe there should be minimum qualification statements for this classification that are not already listed, write each additional statement in the empty spaces provided. Minimum qualification statements should include the lowest level, type and amount of education and/or work experience that would provide the KSAs/PAs necessary for a person to possess <u>before</u> being hired for this job. It would be helpful to review your ratings for Scale F "Necessary At Entry" on all KSAs/PAs listed.

3. In the first column labeled "RATING", provide a rating of 0 - 3 on how well the qualification statement would distinguish between the unacceptable applicant and the applicant who is barely acceptable in their performance of the tasks required for this job.

4. In the **example** below, MQ statement 1 was rated a "1" because the subject matter expert felt that a high school diploma and one year of payroll experience was too little to expect from a barely acceptable, entry-level Accountant I. MQ statement 2 was rated a "3" because the subject matter expert felt that a Bachelor's degree in Accounting and five (5) years' tax accounting experience in a Big Eight firm was more than should be expected from a barely acceptable, entry level Accountant I.

## MQ RATING SCALE

To what extent is this minimum qualification statement suitable for identifying the barely acceptable applicant?

0 = Not at all; not likely to be found among applicants for this job.

1 = This minimum qualification statement is not enough to expect from a **barely acceptable applicant.**

2 = This minimum qualification statement appropriately defines what is required of the **barely acceptable applicant;** persons below this level are unacceptable.

3 = This minimum qualification statement is more than should be expected from a **barely acceptable applicant.**

**EXAMPLE:**

| RATING | |
|---|---|
| 1 | **MQ STATEMENT 1** <br> High school diploma and one year of payroll experience |
| 3 | **MQ STATEMENT 2** <br> Bachelor's degree in Accounting and five (5) year's tax accounting experience in a Big Eight firm |

132

# MINIMUM QUALIFICATION RATING FORM

## MQ RATING SCALE

To what extent is this minimum qualification statement useful for identifying the barely acceptable applicant?

0 = Not at all

1 = This minimum qualification statement is not enough to expect from a **barely acceptable applicant.**

2 = This minimum qualification statement appropriately defines what is required of the **barely acceptable applicant;** persons below this level are unacceptable.

3 = This minimum qualification statement is more than should be expected from a **barely acceptable applicant.**

| RATING | | |
|---|---|---|
| _____ | **MQ STATEMENT 1** | Bachelor's degree in rehabilitation, psychology, counseling, human development, social work, nursing, or allied health occupations plus three years of professional level experience providing independent living skills, special education, vocational rehabilitation, or medical rehabilitation services to individuals with disabilities. |
| _____ | **MQ STATEMENT 2** | Bachelor's degree in rehabilitation, psychology, counseling, human development, social work, nursing, or allied health occupations plus four years of professional level experience providing independent living skills, special education, vocational rehabilitation, or medical rehabilitation services to individuals with disabilities. |
| _____ | **MQ STATEMENT 3** | Bachelor's degree in rehabilitation, psychology, counseling, human development, social work, nursing, or allied health occupations plus five years of professional level experience providing independent living skills, special education, vocational rehabilitation, or medical rehabilitation services to individuals with disabilities. |
| _____ | **MQ STATEMENT 4** | Bachelor's degree in rehabilitation, psychology, counseling, human development, social work, nursing, or allied health occupations plus six years of professional level experience providing independent living skills, special education, vocational rehabilitation, or medical rehabilitation services to individuals with disabilities. |
| _____ | **MQ STATEMENT 5** | Bachelor's degree in rehabilitation, psychology, counseling, human development, social work, nursing, or allied health occupations plus seven or more years of professional level experience providing independent living skills, special education, vocational rehabilitation, or medical rehabilitation services to individuals with disabilities. |

133

# MINIMUM QUALIFICATION RATING FORM

## MQ RATING SCALE

To what extent is this minimum qualification statement useful for identifying the barely acceptable applicant?

0 = Not at all

1 = This minimum qualification statement is not enough to expect from a **barely acceptable applicant.**

2 = This minimum qualification statement appropriately defines what is required of the **barely acceptable applicant;** persons below this level are unacceptable.

3 = This minimum qualification statement is more than should be expected from a **barely acceptable applicant.**

—

**MQ STATEMENT 6**   Master's degree in rehabilitation, psychology, counseling, human development, social work, nursing, or allied health occupations plus three years of professional level experience providing independent living skills, special education, vocational rehabilitation, or medical rehabilitation services to individuals with disabilities.

—

**MQ STATEMENT 7**   Master's degree in rehabilitation, psychology, counseling, human development, social work, nursing, or allied health occupations plus four years of professional level experience providing independent living skills, special education, vocational rehabilitation, or medical rehabilitation services to individuals with disabilities.

**MQ STATEMENT 8**   Master's degree in rehabilitation, psychology, counseling, human development, social work, nursing, or allied health occupations plus five years of professional level experience providing independent living skills, special education, vocational rehabilitation, or medical rehabilitation services to individuals with disabilities.

**MQ STATEMENT 9**   Master's degree in rehabilitation, psychology, counseling, human development, social work, nursing, or allied health occupations plus six years of professional level experience providing independent living skills, special education, vocational rehabilitation, or medical rehabilitation services to individuals with disabilities.

**MQ STATEMENT 10**   Master's degree in rehabilitation, psychology, counseling, human development, social work, nursing, or allied health occupations plus seven or more years of professional level experience providing independent living skills, special education, vocational rehabilitation, or medical rehabilitation services to individuals with disabilities.

134

5. To complete the Minimum Qualification/KSA Linkage Form, **review the list of KSA/PAs**. For each minimum qualification listed, ask the question "Can this KSA/PA be acquired from this minimum qualifications statement?" If a particular KSA/PA **can** be acquired from the MQ place a "1" in the box next to the MQ statement and directly underneath the KSA/PA you are considering; if a knowledge, skill, or ability **cannot** be acquired from the MQ, place a "0" as the rating for that particular KSA/PA. It may be helpful to consider one minimum qualification statement at a time for all KSA/PAs listed. For instance, all blocks for MQ-1 should be filled first, then MQ-2, etc.

6. In the example below, the subject matter expert placed a **0** under K-1, K-4, and K-8 because he/she did not feel that these knowledges could be acquired from the minimum qualification statement. The subject matter expert placed a **1** under K-2, K-21, and A-12 because he/she felt that these knowledges and abilities could be acquired from the minimum qualification statement.

**EXAMPLE**

This KSA:

1 = CAN BE ACQUIRED from the minimum qualification listed

0 = CANNOT BE ACQUIRED from the minimum qualification listed

For each of the KSAs listed, indicate your response by placing a "1" or "0" in the appropriate block.

**KNOWLEDGES, SKILLS, AND ABILITIES**

| | K-1 | K-2 | K-3 | K-4 | K-5 | K-6 | K-7 | K-8 |
|---|---|---|---|---|---|---|---|---|
| **MQ STATEMENT 1** | | | | | | | | |
| Bachelor's degree in psychology plus one year of analyst experience | 0 | 1 | 0 | 0 | 1 | 0 | 0 | 0 |
| **MQ STATEMENT 2** | | | | | | | | |
| Associate degree in psychology plus 2 years of analyst experience | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 |

7. Continue to the Instructions for Completing Education and Experience Importance Ratings and Work Behavior/KSA Linkages.

# MINIMUM QUALIFICATION/KSA LINKAGE FORM

For each of the KSAs listed, indicate your response by placing a "1" or "0" in the appropriate block.

This KSA:

1 = CAN BE ACQUIRED from the minimum qualification listed

0 = CANNOT BE ACQUIRED from the minimum qualification listed

| | KNOWLEDGES, SKILLS, AND ABILITIES |
|---|---|
| | K-1 K-2 K-3 K-4 K-5 K-6 K-7 K-8 A-1 A-2 A-3 A-4 A-5 A-6 A-7 |

**MQ 1** Bachelor's degree in rehabilitation, psychology, counseling, human development, social work, nursing, or allied health occupations plus three years of professional level experience providing independent living skills, special education, vocational rehabilitation, or medical rehabilitation services to individuals with disabilities.

**MQ 2** Bachelor's degree in rehabilitation, psychology, counseling, human development, social work, nursing, or allied health occupations plus four years of professional level experience providing independent living skills, special education, vocational rehabilitation, or medical rehabilitation services to individuals with disabilities.

**MQ 3** Bachelor's degree in rehabilitation, psychology, counseling, human development, social work, nursing, or allied health occupations plus five years of professional level experience providing independent living skills, special education, vocational rehabilitation, or medical rehabilitation services to individuals with disabilities.

**MQ 4** Bachelor's degree in rehabilitation, psychology, counseling, human development, social work, nursing, or allied health occupations plus six years of professional level experience providing independent living skills, special education, vocational rehabilitation, or medical rehabilitation services to individuals with disabilities.

135

# MINIMUM QUALIFICATION/KSA LINKAGE FORM

For each of the KSAs listed, indicate your response by placing a "1" or "0" in the appropriate block.

This KSA:

1 = CAN BE ACQUIRED from the minimum qualification listed

0 = CANNOT BE ACQUIRED from the minimum qualification listed

**KNOWLEDGES, SKILLS, AND ABILITIES**

| | K-1 | K-2 | K-3 | K-4 | K-5 | K-6 | K-7 | K-8 | A-1 | A-2 | A-3 | A-4 | A-5 | A-6 | A-7 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Mg 5** Bachelor's degree in rehabilitation, psychology, counseling, human development, social work, nursing, or allied health occupations plus seven or more years of professional level experience providing independent living skills, special education, vocational rehabilitation, or medical rehabilitation services to individuals with disabilities. | | | | | | | | | | | | | | | |
| **Mg 6** Master's degree in rehabilitation, psychology, counseling, human development, social work, nursing, or allied health occupations plus three years of professional level experience providing independent living skills, special education, vocational rehabilitation, or medical rehabilitation services to individuals with disabilities. | | | | | | | | | | | | | | | |
| **Mg 7** Master's degree in rehabilitation, psychology, counseling, human development, social work, nursing, or allied health occupations plus four years of professional level experience providing independent living skills, special education, vocational rehabilitation, or medical rehabilitation services to individuals with disabilities. | | | | | | | | | | | | | | | |
| **Mg 8** Master's degree in rehabilitation, psychology, counseling, human development, social work, nursing, or allied health occupations plus five years of professional level experience providing independent living skills, special education, vocational rehabilitation, or medical rehabilitation services to individuals with disabilities. | | | | | | | | | | | | | | | |

137

# MINIMUM QUALIFICATION/KSA LINKAGE FORM

For each of the KSAs listed, indicate your response by placing a "1" or "0" in the appropriate block.

This KSA:

1 = CAN BE ACQUIRED from the minimum qualification listed

0 = CANNOT BE ACQUIRED from the minimum qualification listed

**KNOWLEDGES, SKILLS, AND ABILITIES**

| | K-1 | K-2 | K-3 | K-4 | K-5 | K-6 | K-7 | K-8 | A-1 | A-2 | A-3 | A-4 | A-5 | A-6 | A-7 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Mg 9** Master's degree in rehabilitation, psychology, counseling, human development, social work, nursing, or allied health occupations plus six years of professional level experience providing independent living skills, special education, vocational rehabilitation, or medical rehabilitation services to individuals with disabilities. | | | | | | | | | | | | | | | |
| **Mg 10** Master's degree in rehabilitation, psychology, counseling, human development, social work, nursing, or allied health occupations plus seven or more years of professional level experience providing independent living skills, special education, vocational rehabilitation, or medical rehabilitation services to individuals with disabilities. | | | | | | | | | | | | | | | |

138

**Fob James**
GOVERNOR



**Lamona H. Lucas**
COMMISSIONER

Alabama Department of
**REHABILITATION SERVICES**

August 23, 1995

M E M O R A N D U M

TO:        Ms. Barbara McAliley-Ashby

FROM:      Debra L. Spann

SUBJECT:   Rehabilitation Specialist Questionnaire

Attached you will find a Subject Matter Expert Job Analysis Questionnaire for the Rehabilitation Specialist series. As your merit system class is Rehabilitation Specialist, you are asked by the State Personnel Department to complete this survey at your earliest convenience. I know it looks imposing, but it is not as bad as it looks. It will take time to complete, however.

My supervisor, Ms. LynnAnn Palmer, will be in contact with you in the next few days to discuss any questions you may have concerning either her recent memo to you or this document. In the meantime, please call me if I can be of any assistance.

Your cooperation in this matter is appreciated.

DLS

Attachment

***SERVING PEOPLE WITH DISABILITIES***

P.O. Box 11586 ■ 2129 E. South Blvd. ■ Montgomery, AL 36111-0586 ■ 334-281-8780 ■ 1-800-441-7607 ■ Fax: 334-281-1973

139

MEMORANDUM
TO: State Personnel
FROM: Barbara Ashby

For the past six years I have been employed in the classification of Educational Specialist I with Children's Rehabilitation Service. My specific assignment was to serve as HIV counselor for the Hemophilia program, serving HIV infected Hemophilia patients and their families. These patients are both children and adults, ranging in age from 9-65. I came to this position after twelve years of experience as a family counselor and mental health professional, with a Master's degree in Social Work. I had already gained much basic knowledge of HIV and AIDS treatment, and knew about the agencies which serve these individuals. My position was funded by a grant from the CDC through MCHB. This grant was focused on preventing the transmission of HIV, and offering early intervention (treatment) to infected hemophilia patients, and providing ongoing psychosocial support to patients and their families. Much support has been directed toward helping patients learn to Live with HIV, recognizing that medical intervention could help them to stay healthier longer. Support has been focused on overcoming their denial, and isolation in dealing with this disease. My services were available to patients and family members, both infected and affected, through the traditional avenue of Hemophilia clinic. I also have made hospital and home visits to assist families in to the adjustments required by this life threatening disease. In addition, I met with patients at the Infectious Diseases clinics where they were referred for HIV care. As patients became terminally ill, counseling for family members was another aspect of my work. Overall, I feel that my counseling and mental health background have been essential in preparing me for this work.

Another important aspect of my work through this position, was developing positive collaborative relationships with other agencies, and groups. I have been able to report these each year in grant reporting, as required. I have also been able to organize a computer data base of the information required for reporting by the grant, through computer software shared with us by the regional office. Compiling this data base has streamlined the computation of required grant data. In addition to gathering data and reporting on progress toward the grant goals, it has been my responsibility to write the grant proposal, planning the next years activities, and developing new goals which fit within the direction encouraged by the region, and yet meet the patient needs in Alabama.

This position has required independent functioning, and strong interpersonal skills so as to find ways to be with patients as they struggled with life and death issues, and a sense of respect for individual differences in coping. I recognize how much I have learned from my patients about their struggles to find a way to accommodate for first hemophilia, and now HIV and AIDS.

140

I hope that in working on these classifications, you will be able to consider the needs and abilities of this position as well. There were several times when in working on the questionnaires that I couldn't apply them to myself.

STATE OF ALABAMA PERSONNEL

STATE MERIT SYSTEM

NAME

SSN

CLASS TITLE

SUBJECT MATTER EXPERT

JOB ANALYSIS

QUESTIONNAIRE

FOR

REHABILITATION SPECIALIST SERIES

64 NORTH UNION STREET

MONTGOMERY, AL 36130

142

**PART 1.**
**BACKGROUND INFORMATION**

**DIRECTIONS:** Please answer questions 1 – 8 by filling in the information requested. When you fill in a blank below, **please print.**

1.    **Your Name:**

2.    **Your Social Security Number:**

3.    **Today's Date:**

4.    **Your immediate supervisor's name:**

5.    **Your Division:**

6.    **Your Classification:**

7.    **What is the total amount of time you have been gaining relevant job experience?**

　　　　　　　# Years    # Months

8.    **How long have you been in your current classification?**

　　　　# Years    # Months

143

**DIRECTIONS:** Please answer questions 9 - 11 by circling your answer.

9.    **What is the highest level of education you have reached?**

1.    Some high school, but no diploma or GED
2.    High school diploma/GED
3.    Some vocational/technical school
4.    Vocational/technical school certificate
5.    Some college
6.    Associate's degree
7.    Bachelor's degree
8.    Some graduate school
9.    Master's degree
10.   Doctorate/Professional
11.   Other (please print)

10.   **Are you male or female?**

1.    Male
2.    Female

11.   **What is your race?**

1.    Black/African American
2.    Asian/Pacific Islander
3.    White/Caucasian
4.    Hispanic
5.    Native American
6.    Other (please print)

144

## SUBJECT MATTER EXPERT
## JOB ANALYSIS QUESTIONNAIRE

Read the steps listed below before completing this section of the questionnaire. **If you have any questions regarding the completion of this form, please contact David McCarroll at (334) 242-3389.** If you understand the instructions, please follow them carefully.

### INSTRUCTIONS FOR COMPLETING TASK RATINGS:

1. First, read carefully the attached list of tasks for accuracy and completeness and make any necessary revisions.

2. If there are any tasks which are performed by incumbents in the classification under review that are not listed, write a statement for each additional task on the page which is labeled "Additional Tasks and Duties." Each statement should begin with a verb which denotes a very specific and observable action and the object to which the action is done or what is being used in performing the task.

3. Next, you are to provide the requested information based on the instructions below:

    (A)  If the classification under review is your classification, answer the questions based on your job.

    (B)  If you supervise employees in the classification under review, answer the questions based on your subordinates' job.

    (C)  If you are not currently in or do not supervise the classification under review, answer the questions based on your knowledge of the job under review.

4. Locate the column labeled "I do not perform this task" at the left of the task rating columns. As you read each task statement, mark an "X" in this column for each task statement that you, your subordinates, or a job incumbent do not perform. For the remainder of this process, **you should rate only those tasks for which you have not marked an "X".** Do **not** rate those tasks that you or your subordinates do **not** perform.

5. Locate **Scale A - "Frequency"**. This scale is asking "How often do you perform this task?". When answering that question think of how frequently that particular task is performed by you, your subordinates, or a job incumbent. If you believe the answer should be "never" for a particular task statement, then you should have an "X" in the column "I do not perform this task" and should not rate it. Mark your responses in Column A for each task that you have not marked with an "X".

6. Next, locate **Scale B - "Importance"**. This scale is asking "How important is it for this task to be performed correctly?" It may help you to think about what would happen if an error is made (some delay in service, work must be re-done, danger to other persons, or cost to department). Answer this question for each task statement not marked with an "X". Place your responses in Column B.

7. Locate **Scale C - "Necessary at Entry"**. This scale is asking "Is it necessary for a newly hired employee to be able to perform this task the first day of work before training?" Should a candidate for this particular position be able to perform this task immediately on the job before any lengthy training? Will an employee learn to perform a particular task after being hired or must they have had prior experience in performing that activity? Answer those questions for each task statement not marked with an "X". Place your responses in Column C.

8. Next, locate **Scale D - "Relationship to Job Performance"**. This scale is asking "What relationship does successful performance of this particular task have to successful **overall** performance in the job?" Answer that question for each task statement not marked with an "X". Place your responses in Column D. There are three possible responses for this scale. Below are listed the definitions for the terms "marginal", "average", and "superior" as used for this questionnaire to aid you in choosing your responses.

*Marginal incumbents:* are borderline employees who are performing some of the required duties in an acceptable manner; require close and continual supervision on most of the duties assigned to them; are completing a minimal amount of work; their overall performance is somewhat problematic and it is likely that a performance improvement plan will be implemented to assist them in improving in specific areas.

*Average incumbents:* are effectively performing most of the required duties of the position in an acceptable manner; require supervision periodically depending on the complexity of the specific duty that is performed; are completing a moderate amount of work in a satisfactory manner; their overall performance is adequate.

*Superior incumbents:* are performing a full range of duties in an exceptional manner; require little, if any, supervision to ensure work is done correctly and in a timely manner; are completing a substantial amount of work in a superior manner; their overall performance is outstanding and will probably be considered for higher merit increases (raises) and promotion.

9. The next page of the questionnaire has two of the rating scales defined. You may wish to cut it out across the dotted line for easy reference as you complete your ratings.

10. After completing your responses for the column "I do not perform this task" and for Scales A, B, C, and D, please review your answers for accuracy and completeness. Remember to provide ratings for any additional task statement(s) that you may have written. It is very important that this form be completed correctly as the information given will be used to develop minimum qualifications and/or a selection device for this classification.

11. Below is an example of a completed Task Rating.

**EXAMPLE**

**WORK BEHAVIOR 5**
**Performs accounting functions**

| | 1 | 3 | 1 | 2 | Task 5.1   Calculates ledger totals using financial records and printouts |

12. Continue to the Knowledge, Skill, and Ability Rating Form Instructions.

146

**Scale B**    **How important is it for this task to be performed correctly? Think about what happens if an error is made (some delay of service, work must be re-done, danger to patients, cost to the department).**

**0**    **Not important:** Very little damage, if any, results from improper performance.

**1**    **Slightly important**

**2**    **Important:** Improper performance may result in delays, costs, or embarrassment which are moderately damaging to the department.

**3**    **Very Important**

**4**    **Crucial:** Improper performance may result in critical delays, costs, or embarrassment which are substantially damaging to the department.

**Scale D**    **What relationship does successful performance of this task have to successful overall performance in the job?**

**1**    After persons have successfully completed the probationary period, performance of this task does not differentiate between incumbents.

**2**    **Average** incumbents perform this task better than **marginal** incumbents.

**3**    **Superior** incumbents perform this task better than **average** incumbents.

147

# TASK AND DUTIES RATING FORM

## SCALE A
### FREQUENCY

How often do you perform this task?

1 = Yearly
2 = Quarterly
3 = Monthly
4 = Weekly
5 = Daily
6 = Hourly

## SCALE B
### IMPORTANCE:

How important is it for this task to be performed correctly? Think about what happens if an error is made (some delay of service, work must be re-done, danger to patients, cost to the department).

0 = Not important
1 = Slightly important
2 = Important
3 = Very Important
4 = Crucial

## SCALE C
### NECESSARY AT ENTRY:

Is it necessary for a newly hired employee to be able to perform this task on the first day of work before training?

1 = Yes
0 = No

## SCALE D
### RELATIONSHIP TO JOB PERFORMANCE

What relationship does successful performance of this task have to successful overall performance in the job?

1 = Does not differentiate
2 = Differentiates between average and marginal incumbents
3 = Differentiates between superior and average incumbents

**WORK BEHAVIOR 1  Provide technical assistance in a specialty area such as vocational rehabilitation, audiology, nutrition, physical therapy, learning disabilities, etc. to provide timely, high-quality rehabilitation services.**

| I do not perform this task | A RATING | B RATING | C RATING | D RATING | |
|---|---|---|---|---|---|
| | 4 | 4 | 1 | 3 | TASK-1.1  Review/Resolve problem cases in your specialty area (such as TBI, early Intervention, physical therapy, audiology, etc.) |
| | | 3 | | 3 | TASK-1.2  Answer calls from staff needing assistance. |
| | | | 1 | | TASK-1.3  Advise staff about where to find existing community resources. |
| | 2 | 2 | 2 | 2 | TASK-1.4  Advise staff about how to use existing community resources. |
| | | | | | TASK-1.5  Send correspondence to staff concerning the resolution of cases, answering of questions, etc. |
| | 2 | 3 | | 3 | TASK-1.6  Travel to field offices to observe, monitor, and/or resolve particularly difficult cases/problems. |
| | | | | | TASK-1.7  Advise staff on the appropriate type of adaptive technology to be used for a client |
| | 2 | 2 | 2 | 2 | TASK-1.8  Advise staff on the Social Security benefits available to the client. |

148

# TASK AND DUTIES RATING FORM

| SCALE A FREQUENCY | SCALE B IMPORTANCE: | SCALE C NECESSARY AT ENTRY: | SCALE D RELATIONSHIP TO JOB PERFORMANCE |
|---|---|---|---|

How often do you perform this task?

How important is it for this task to be performed correctly? Think about what happens if an error is made (some delay of service, work must be re-done, danger to patients, cost to the department).

Is it necessary for a newly hired successful performance of this task on the first day of work before training?

What relationship does successful performance of this task have to successful overall performance in the job?

1 = Yearly
2 = Quarterly
3 = Monthly
4 = Weekly
5 = Daily
6 = Hourly

0 = Not Important
1 = Slightly Important
2 = Important
3 = Very Important
4 = Crucial

1 = Yes
0 = No

1 = Does not differentiate
2 = Differentiates between average and marginal incumbents
3 = Differentiates between superior and average incumbents

| I do not perform this task | A RATING | B RATING | C RATING | D RATING | |
|---|---|---|---|---|---|
| | | | | | **WORK BEHAVIOR 1 Provide technical assistance in a specialty area such as vocational rehabilitation, audiology, nutrition, physical therapy, learning disabilities, etc. to provide timely, high-quality rehabilitation services.** |
| | | | | | **TASK-1.9** Maintain a file of current information concerning your specialty area. |
| | | | | | **TASK-1.10** Seek out new resources to address needs in your specialty area. |
| | | | | | **TASK-1.11** Develop strategies to improve services in your specialty area. |
| | | | | | **TASK-1.12** Advise staff about strategies for using client service funds wisely. |

149

# TASK AND DUTIES RATING FORM

**SCALE A FREQUENCY:**

How often do you perform this task?

1 = Yearly
2 = Quarterly
3 = Monthly
4 = Weekly
5 = Daily
6 = Hourly

**SCALE B IMPORTANCE:**

How important is it for this task to be performed correctly? Think about what happens if an error is made (some delay of service, danger to patients, cost to the department).

0 = Not important
1 = Slightly important
2 = Important
3 = Very Important
4 = Crucial

**SCALE C NECESSARY AT ENTRY:**

Is it necessary for a newly hired successful employee to be able to perform this task on the first day of work before training?

1 = Yes
0 = No

**SCALE D RELATIONSHIP TO JOB PERFORMANCE:**

What relationship does successful performance of this task have to successful overall performance in the job?

1 = Does not differentiate
2 = Differentiates between average and marginal incumbents
3 = Differentiates between superior and average incumbents

**WORK BEHAVIOR 2.** Develop training programs in a specialty area such as vocational rehabilitation, audiology, nutrition, physical therapy, learning disabilities, etc. to keep the staff aware of current developments in the specialty area.

| Task | A RATING | B RATING | C RATING | D RATING | Description |
|---|---|---|---|---|---|
| TASK-2.1 | | | | | Train staff regarding the Federal and State laws and regulations that govern the rehabilitation process. |
| TASK-2.2 | | | | | Train the staff about departmental policies and procedures. |
| TASK-2.3 | | | | | Train staff in the use of adaptive technology. |
| TASK-2.4 | | | | 2 | Train staff in how to find and utilize existing community resources. |
| TASK-2.5 | | | | | Plan for future training needs that will arise to keep pace with technological changes. |
| TASK-2.6 | | | | | Prepare materials to be used in training. |
| TASK-2.7 | | | | | Attend outside training programs to stay updated on new developments in your specialty area. |
| TASK-2.8 | | | | | Use audio-visual equipment during training presentations. |
| TASK-2.9 | | | | | Develop and conduct training programs in your specialty area. |

I do not perform this task

150

# TASK AND DUTIES RATING FORM

| SCALE A FREQUENCY | SCALE B IMPORTANCE: | SCALE C NECESSARY AT ENTRY: | SCALE D RELATIONSHIP TO JOB PERFORMANCE: |
|---|---|---|---|
| How often do you perform this task? | How important is it for this task to be performed correctly? Think about what happens if an error is made (some delay of service, work must be re-done, danger to patients, cost to the department). | Is it necessary for a newly hired successful performance of this task on the first day of work before training? | What relationship does successful performance of this task have to successful overall performance in the job? |
| 1 = Yearly 2 = Quarterly 3 = Monthly 4 = Weekly 5 = Daily 6 = Hourly | 0 = Not Important 1 = Slightly Important 2 = Important 3 = Very Important 4 = Crucial | 1 = Yes 0 = No | 1 = Does not differentiate 2 = Differentiates between average and marginal incumbents 3 = Differentiates between superior and average incumbents |

| A | B | C | D |
|---|---|---|---|
| RATING | RATING | RATING | RATING |
| | | | |

**I do not perform this task**

**WORK BEHAVIOR 2** Develop training programs in a specialty area such as vocational rehabilitation, audiology, nutrition, physical therapy, learning disabilities, etc. to keep the staff aware of current developments in the specialty area.

**TASK-2.10**    Make presentations at outside training programs in your specialty area.

151

# TASK AND DUTIES RATING FORM

| SCALE A FREQUENCY | SCALE B IMPORTANCE: | SCALE C NECESSARY AT ENTRY: | SCALE D RELATIONSHIP TO JOB PERFORMANCE |
|---|---|---|---|
| How often do you perform this task? | How important is it for this task to be performed correctly? Think about what happens if an error is made (some delay of service, work must be re-done, danger to patients, cost to the department). | Is it necessary for a newly hired employee to be able to perform this task on the first day of work before training? | What relationship does successful performance of this task have to successful overall performance in the job? |
| 1 = Yearly<br>2 = Quarterly<br>3 = Monthly<br>4 = Weekly<br>5 = Daily<br>6 = Hourly= | 0 = Not Important<br>1 = Slightly Important<br>2 = Important<br>3 = Very Important<br>4 = Crucial | 1 = Yes<br>0 = No | 1 = Does not differentiate<br>2 = Differentiates between average and marginal incumbents<br>3 = Differentiates between superior and average incumbents |

|  | A RATING | B RATING | C RATING | D RATING |
|---|---|---|---|---|
| I do not perform this task | | | | |

**WORK BEHAVIOR 3**   Counsel clients, if deemed necessary by the counselor, in a specialty area such as vocational rehabilitation, audiology, nutrition, physical therapy, learning disabilities, etc. in order to facilitate adjustment to their disability and facilitate adjustment to returning to work.

| | |
|---|---|
| TASK-3.1 | Discuss the extent of their disability with the client. |
| TASK-3.2 | Discuss with the client what they will have to do during rehabilitation. |
| TASK-3.3 | Discuss with the client the probability of being successfully rehabilitated. |
| TASK-3.4 | Determine the client's willingness to work. |
| TASK-3.5 | Instruct clients in the use of adaptive technology. |

152

# TASK AND DUTIES RATING FORM

| SCALE A FREQUENCY | SCALE B IMPORTANCE: | SCALE C NECESSARY AT ENTRY; | SCALE D RELATIONSHIP TO JOB PERFORMANCE |

**SCALE A FREQUENCY**

How often do you perform this task?

1 = Yearly
2 = Quarterly
3 = Monthly
4 = Weekly
5 = Daily
6 = Hourly

**SCALE B IMPORTANCE:**

How important is it for this task to be performed correctly? Think about what happens if an error is made (some delay of service, work must be re-done, danger to patients, cost to the department).

0 = Not important
1 = Slightly important
2 = Important
3 = Very Important
4 = Crucial

**SCALE C NECESSARY AT ENTRY;**

Is it necessary for a newly hired employee to be able to perform this task on the first day of work before training?

1 = Yes
0 = No

**SCALE D RELATIONSHIP TO JOB PERFORMANCE**

What relationship does successful performance of this task have to successful overall performance in the job?

1 = Does not differentiate
2 = Differentiates between average and marginal incumbents
3 = Differentiates between superior and average incumbents

| | A | B | C | D |
| --- | --- | --- | --- | --- |
| I do not perform this task | RATING | RATING | RATING | RATING |

**WORK BEHAVIOR 4** — **Conduct research in a specialty area such as vocational rehabilitation, audiology, nutrition, physical therapy, learning disabilities, etc. In order to determine such things as departmental strengths and weaknesses, current training needs and counseling effectiveness.**

TASK-4.1    Plan and conduct research to determine overall departmental training needs.

TASK-4.2    Determine the extent of training the department needs for your specialty area.

TASK-4.3    Plan and conduct research to determine the level of client/family satisfaction.

TASK-4.4    Conduct surveys to determine the staff's level of perceived effectiveness.

TASK-4.5    Conduct research to determine if the department, specialty area, and/or employees are meeting their goals.

TASK-4.6    Monitor the department's success in fulfilling agreements made with outside agencies.

TASK-4.7    Plan and conduct research to determine the effectiveness of training programs.

TASK-4.8    Plan and conduct research to determine the effectiveness of departmental policies and procedures.

153

# TASK AND DUTIES RATING FORM

| SCALE A FREQUENCY | SCALE B IMPORTANCE: | SCALE C NECESSARY AT ENTRY: | SCALE D RELATIONSHIP TO JOB PERFORMANCE |
|---|---|---|---|

**SCALE A FREQUENCY**

How often do you perform this task?

1 = Yearly
2 = Quarterly
3 = Monthly
4 = Weekly
5 = Daily
6 = Hourly

**SCALE B IMPORTANCE:**

How important is it for this task to be performed correctly? Think about what happens if an error is made (some delay of service, work must be re-done, danger to patients, cost to the department).

0 = Not Important
1 = Slightly Important
2 = Important
3 = Very Important
4 = Crucial

**SCALE C NECESSARY AT ENTRY:**

Is it necessary for a newly hired employee to be able to perform this task on the first day of work before training?

1 = Yes
0 = No

**SCALE D RELATIONSHIP TO JOB PERFORMANCE**

What relationship does successful performance of this task have to successful overall performance in the job?

1 = Does not differentiate
2 = Differentiates between average and marginal incumbents
3 = Differentiates between superior and average incumbents

| I do not perform this task | A | B | C | D |
|---|---|---|---|---|
| | RATING | RATING | RATING | RATING |

**TASK-4.9**

**WORK BEHAVIOR 4   Conduct research in a speciality area such as vocational rehabilitation, audiology, nutrition, physical therapy, learning disabilities, etc. In order to determine such things as departmental strengths and weaknesses, current training needs and counseling effectiveness.**

Collect data for a variety of different measures, such as the number of assistance calls handled, the number of assistance calls successfully resolved, etc.

154

# TASK AND DUTIES RATING FORM

**SCALE A**
**FREQUENCY**

How often do you perform this task?

1 = Yearly
2 = Quarterly
3 = Monthly
4 = Weekly
5 = Daily
6 = Hourly

**SCALE B**
**IMPORTANCE:**

How important is it for this task to be performed correctly? Think about what happens if an error is made (some delay of service, work must be re-done, danger to patients, cost to the department).

0 = Not Important
1 = Slightly Important
2 = Important
3 = Very Important
4 = Crucial

**SCALE C**
**NECESSARY AT ENTRY:**

Is it necessary for a newly hired employee to be able to perform this task on the first day of work before training?

1 = Yes
0 = No

**SCALE D**
**RELATIONSHIP TO JOB PERFORMANCE**

What relationship does successful performance of this task have to successful overall performance in the job?

1 = Does not differentiate
2 = Differentiates between average and marginal incumbents
3 = Differentiates between superior and average incumbents

| I do not perform this task | A RATING | B RATING | C RATING | D RATING | | |
|---|---|---|---|---|---|---|
| | | | | | **WORK BEHAVIOR 5** Perform administrative duties as needed to maintain proper communication with co-workers, to maintain proper documentation of services provided, etc. | |
| | | | | | **TASK-5.1** | Prepare weekly schedules. |
| | | | | | **TASK-5.2** | Prepare monthly schedules. |
| | | | | | **TASK-5.3** | Prepare reports for the state office, such as budget reports, facility reviews, production reports and training reports. |
| | | | | | **TASK-5.4** | Attend staff meetings to update the staff on current progress. |
| | | | | | **TASK-5.5** | Attend staff meetings to update the staff about future plans. |
| | | | | | **TASK-5.6** | Enter client information into the computer. |
| | | | | | **TASK-5.7** | Provide progress reports to your supervisor on your activity. |
| | | | | | **TASK-5.8** | Use general office equipment such as photocopier, computer, calculator, etc. |

155

# TASK AND DUTIES RATING FORM

**SCALE A**
**FREQUENCY**

How often do you perform this task?

1 = Yearly
2 = Quarterly
3 = Monthly
4 = Weekly
5 = Daily
6 = Hourly

**SCALE B**
**IMPORTANCE:**

How important is it for this task to be performed correctly? Think about what happens if an error is made (some delay of service, work must be re-done, danger to patients, cost to the department).

0 = Not important
1 = Slightly important
2 = Important
3 = Very Important
4 = Crucial

**SCALE C**
**NECESSARY AT ENTRY:**

Is it necessary for a newly hired employee to be able to perform this task on the first day of work before training?

1 = Yes
0 = No

**SCALE D**
**RELATIONSHIP TO JOB**
**PERFORMANCE**

What relationship does successful performance of this task have to successful overall performance in the job?

1 = Does not differentiate
2 = Differentiates between average and marginal incumbents
3 = Differentiates between superior and average incumbents

| I do not perform this task | A RATING | B RATING | C RATING | D RATING | |
|---|---|---|---|---|---|
| | | | | | **WORK BEHAVIOR 5** Perform administrative duties as needed to maintain proper communication with co-workers, to maintain proper documentation of services provided, etc. |
| | | | | | **TASK-5.9** Develop continuation grants to maintain program funding. |
| | | | | | **TASK-5.10** Develop grant proposals to increase program funding. |
| | | | | | **TASK-5.11** Coordinate grant activities to ensure that the grant objectives are met. |
| | | | | | **TASK-5.12** Report data to Federal and State agencies that are responsible for ensuring the grant's objectives are met. |
| | | | | | **TASK-5.13** Delegate appropriate tasks to the clerical staff. |
| | | | | | **TASK-5.14** Plan budget. |
| | | | | | **TASK-5.15** Approve and process requisitions for client service expenditures. |
| | | | | | **TASK-5.16** Monitor the expenditure of funds. |

156

# TASK AND DUTIES RATING FORM

**SCALE A**
**FREQUENCY**

How often do you perform this task?

1 = Yearly
2 = Quarterly
3 = Monthly
4 = Weekly
5 = Daily
6 = Hourly

**SCALE B**
**IMPORTANCE:**

How important is it for this task to be performed correctly? Think about what happens if an error is made (some delay of service, work must be re-done, danger to patients, cost to the department).

0 = Not Important
1 = Slightly Important
2 = Important
3 = Very Important
4 = Crucial

**SCALE C**
**NECESSARY AT ENTRY:**

Is it necessary for a newly hired employee to be able to perform this task on the first day of work before training?

1 = Yes
0 = No

**SCALE D**
**RELATIONSHIP TO JOB**
**PERFORMANCE**

What relationship does successful performance of this task have to successful overall performance in the job?

1 = Does not differentiate
2 = Differentiates between average and marginal incumbents
3 = Differentiates between superior and average incumbents

| | A RATING | B RATING | C RATING | D RATING | | |
|---|---|---|---|---|---|---|
| I do not perform this task | | | | | | |
| | 4 | 5 | 1 | 2 | **TASK-5.17** | Review financial reports from the accounting division. |
| | 4 | 5 | 1 | 2 | **TASK-5.18** | Develop inter-agency networks of service providers in the district and the state. |
| | 4 | 5 | 1 | 2 | **TASK-5.19** | Work collaboratively with divisions in the department and other agencies when providing services in your specialty area. |
| | 4 | 5 | 1 | | **TASK-5.20** | Compile a registry of trained peer supporters. |
| | 3 | | 1 | | **TASK-5.21** | Promote the development of consumer-based support groups in the state. |
| | 4 | | 1 | | **TASK-5.22** | Maintain good relationships with advocacy groups and support groups involved in your specialty area. |

**WORK BEHAVIOR 5    Perform administrative duties as needed to maintain proper communication with co-workers, to maintain proper documentation of services provided, etc.**

**TASK-5.23**    Develop and maintain some type of statewide advisory group, comprised of representatives from the department, service providers, consumers, advocacy groups, etc., for your specialty area.

157

# TASK AND DUTIES RATING FORM

| | RATING | RATING | RATING | RATING |
|---|---|---|---|---|
| I do not perform this task | A | B | C | D |

**SCALE A FREQUENCY**

How often do you perform this task?

1 = Yearly
2 = Quarterly
3 = Monthly
4 = Weekly
5 = Daily
6 = Hourly

**SCALE B IMPORTANCE:**

How important is it for this task to be performed correctly? Think about what happens if an error is made (some delay of service, work must be re-done, danger to patients, cost to the department).

0 = Not important
1 = Slightly Important
2 = Important
3 = Very Important
4 = Crucial

**SCALE C NECESSARY AT ENTRY:**

Is it necessary for a newly hired employee to be able to perform this task on the first day of work before training?

1 = Yes
0 = No

**SCALE D RELATIONSHIP TO JOB PERFORMANCE**

What relationship does successful performance of this task have to successful overall performance in the job?

1 = Does not differentiate
2 = Differentiates between average and marginal incumbents
3 = Differentiates between superior and average incumbents

**WORK BEHAVIOR 5   Perform administrative duties as needed to maintain proper communication with co-workers, to maintain proper documentation of services provided, etc.**

TASK-5.24   Inform the public about the availability of services in your specialty area by presenting at conferences, speaking to groups, etc.

TASK-5.25   Assist in the development of promotional media, such as pamphlets and brochures, for your specialty area.

TASK-5.26   Help to create new departmental policies and procedures governing your specialty area.

TASK-5.27   Review departmental policies and procedures.

TASK-5.28   Review other agencies policies and their possible effect in your specialty area.

TASK-5.29   Create documents and forms to be used by the department

TASK-5.30   Develop special plans for providing services related to your specialty area in rural areas.

TASK-5.31   Interpret existing laws that affect the rehabilitation process or your specialty area.

158

# TASK AND DUTIES RATING FORM

**SCALE A**
**FREQUENCY**

How often do you perform this task?

1 = Yearly
2 = Quarterly
3 = Monthly
4 = Weekly
5 = Daily
6 = Hourly

**SCALE B**
**IMPORTANCE:**

How important is it for this task to be performed correctly? Think about what happens if an error is made (some delay of service, work must be re-done, danger to patients, cost to the department).

0 = Not Important
1 = Slightly Important
2 = Important
3 = Very Important
4 = Crucial

**SCALE C**
**NECESSARY AT ENTRY:**

Is it necessary for a newly hired employee to be able to perform this task on the first day of work before training?

1 = Yes
0 = No

**SCALE D**
**RELATIONSHIP TO JOB PERFORMANCE**

What relationship does successful performance of this task have to successful overall performance in the job?

1 = Does not differentiate
2 = Differentiates between average and marginal incumbents
3 = Differentiates between superior and average incumbents

| I do not perform this task | A RATING | B RATING | C RATING | D RATING | |
|---|---|---|---|---|---|
| | | | | | **WORK BEHAVIOR 5** Perform administrative duties as needed to maintain proper communication with co-workers, to maintain proper documentation of services provided, etc. |
| | | | | | **TASK-5.32** Interpret new legal decisions that affect your specialty area. |
| | | | | | **TASK-5.33** Compile monitoring reports |
| | | | | | **TASK-5.34** Review monitoring reports written by staff members. |
| | | | | | **TASK-5.35** Attend ICC meetings. |
| | | | | | **TASK-5.36** Attend board meetings. |
| | | | | | **TASK-5.37** Conduct public hearings. |
| | | | | | **TASK-5.38** Perform the duties of your supervisor when s/he is not present. |
| | | | | | **TASK-5.39** Write contracts for service providers/consultants outside the department |

159

# ADDITIONAL TASK AND DUTIES RATING FORM

| SCALE A | SCALE B | SCALE C | SCALE D |
|---|---|---|---|
| FREQUENCY | IMPORTANCE: | NECESSARY AT ENTRY: | RELATIONSHIP TO JOB PERFORMANCE |

**SCALE A — FREQUENCY**

How often do you perform this task?

1 = Yearly
2 = Quarterly
3 = Monthly
4 = Weekly
5 = Daily
6 = Hourly

**SCALE B — IMPORTANCE:**

How important is it for this task to be performed correctly? Think about what happens if an error is made (some delay of service, work must be re-done, danger to patients, cost to the department).

0 = Not Important
1 = Slightly Important
2 = Important
3 = Very Important
4 = Crucial

**SCALE C — NECESSARY AT ENTRY:**

Is it necessary for a newly hired employee to be able to perform this task on the first day of work before training?

1 = Yes
0 = No

**SCALE D — RELATIONSHIP TO JOB PERFORMANCE**

What relationship does successful performance of this task have to successful overall performance in the job?

1 = Does not differentiate
2 = Differentiates between average and marginal incumbents
3 = Differentiates between superior and average incumbents

| I do not perform this task | A RATING | B RATING | C RATING | D RATING | TASK |
|---|---|---|---|---|---|
| | | | | | TASK |
| | | | | | TASK |
| | 3 | | | | TASK |
| | 4 | | | | TASK |
| | 4 | 4 | | 3 | TASK |
| | 3 | | 1 | 3 | |
| | 4 | | 1 | 3 | |
| | 4 | 4 | 1 | 3 | |
| | | | | | |

160

Read the steps listed below before completing this section of the questionnaire. **If you have any questions regarding the completion of this form, please contact David McCarroll at (334) 242-3389.** If you understand the instructions, please follow them carefully. Read the steps listed below before completing this section of the questionnaire.

## INSTRUCTIONS FOR COMPLETING WORK BEHAVIOR RATINGS

1. Locate **Scale E** and write a percentage of time next to the rest of the work behaviors to show how much time you spend performing each work behavior. The list of work behaviors represents all of the work you perform. This means that the sum of the percent of time spent on the work behaviors must equal 100%. Please round the percent of time you spend on each work behavior to the nearest 1% and write your responses in Column E. Make sure the total of column E is 100%. Some sample percentages are shown below. Note that 67 + 28 + 5 = 100.

| E | F | G | | |
|---|---|---|---|---|
| 67 | | | WB1. | Type and prepare documents such as letters, reports, contracts, minutes, purchase orders, and work schedules. |
| 0 | 0 | | WB2. | Maintain systematic hard copy files such as copies of correspondence, manuals, personnel files, time sheets, and receipts. |
| 0 | | 0 | WB3. | Answer the telephone and provide routine information using telephones and message pads. |
| 28 | | | WB4. | Order office supplies, equipment, and documents such as paper, pens, envelopes, staples, and file cabinets. |
| 5 | | | | |

2. Next, locate **Scale F – "Importance"** (the middle column). Rate each work behavior to show the importance of the work behavior. You can think about how successful performance of the work behavior helps overall job performance. Or you can think about what happens if you perform the work behavior incorrectly. Remember that you are now rating work behaviors which represent a larger part of the job. Rate using the scale below:

**0 = Not Important:** Very little damage, if any, results from improper performance.

**1 = Slightly Important**

**2 = Important:** Improper performance may result in delays, costs, or embarrassment which are moderately damaging to the department.

**3 = Very Important**

**4 = Crucial:** Improper performance may result in critical delays, costs, or embarrassments which are substantially damaging to the department.

4. Locate **Scale G – "Necessary at Entry"**. This scale is asking "is it necessary for a newly hired employee to be able to perform this work behavior the first day of work before training?" Remember that you are now rating work behaviors which represent a larger part of the job. Rate using the scale below:

**1 = Yes:** Workers just promoted or hired into this work behavior the first time they encounter it on a job or before any lengthy training.

**0 = No:** Workers just promoted or hired into this job do not need to perform this work behavior the first time they encounter it on the job. If workers are trained to do the work behavior before they are expected to perform it, assign a rating of "0" in Column G.

161

# WORK BEHAVIOR RATING FORM

## SCALE E
### PERCENTAGE OF TIME:

Indicate the percentage of time you spend performing this work behavior.

Remember that the sum of this column must equal 100%.

| E RATING | F RATING | G RATING |
|---|---|---|

= 100 %

## SCALE F
### IMPORTANCE:

How important is it for you to perform this work behavior successfully?

0 = Not Important
1 = Slightly Important
2 = Important
3 = Very Important
4 = Crucial

## SCALE G
### NECESSARY AT ENTRY:

Must new employees be able to perform this work behavior on the first day of work before training?

1 = Yes
0 = No

**WB1** Provide technical assistance in a specialty area such as vocational rehabilitation, audiology, nutrition, physical therapy, learning disabilities, etc. to provide timely, high-quality rehabilitation services.

**WB2** Develop training programs in a specialty area such as vocational rehabilitation, audiology, nutrition, physical therapy, learning disabilities, etc. to keep the staff aware of current developments in the specialty area.

**WB3** Counsel clients, if deemed necessary by the counselor, in a specialty area such as vocational rehabilitation, audiology nutrition, physical therapy, learning disabilities, etc. in order to ease adjustment to their disability and ease adjustment to returning to work.

**WB4** Conduct research in a specialty area such as vocational rehabilitation, audiology, nutrition, physical therapy, learning disabilities, etc. in order to determine such things as departmental strengths and weaknesses, current training needs and counseling effectiveness.

**WB5** Perform administrative duties as needed to maintain proper communication with co-workers, to maintain proper documentation of services provided, etc.

162

Read the steps listed below before completing this section of the questionnaire. **If you have any questions regarding the completion of this form, please contact David McCarroll at (334) 242-3389.** If you understand the instructions, please follow them carefully.

## INSTRUCTIONS FOR COMPLETING KNOWLEDGE, SKILL, AND ABILITY RATINGS:

1. First, read carefully the attached listing of knowledge, skill, and ability statements for completeness and make any necessary revisions.

2. If there are any knowledges, skills or abilities (KSA) applicable to this classification under review that are not listed, write a statement for each additional KSA on the page which is labeled "Additional Knowledges, Skills and Abilities." The definitions of a knowledge, skill, or ability are listed below:

   Knowledge - an organized body of information that a person mentally possesses.

   Skill - the performance of a task at a quantifiable level of proficiency.

   Ability - the power to perform a physical or mental action.

3. Next, you are to provide the requested information based on the instructions below:

   (A) If the classification under review is your classification, answer the questions based on your job.

   (B) If you supervise employees in the classification under review, answer the questions based upon your subordinates' job.

   (C) If you are not currently in or do not supervise the classification under review, answer the questions based on your knowledge of the job under review.

4. If there are any knowledges, skills, or abilities that are not used on the job under review, write "NA" for "not applicable" in Column E. Do not rate these KSAs.

5. Next, locate **Scale E - "Importance".** This scale is asking "How important is this knowledge, skill, or ability for acceptable job performance?" Place your responses in Column E.

6. Locate **Scale F - "Necessary at Entry".** This scale is asking "Is it necessary for a newly hired employee to possess this knowledge, skill or ability on the first day of work before training?" Should a candidate for this particular position possess some level of this KSA before employment or will an employee learn this KSA after being hired? Answer those questions for each KSA statement. Place your responses in Column F.

163

7. For the next rating, answer the question, "What relationship does possession of this knowledge, skill, or ability have to performance in the job?" Using **Scale G - "Relationship to Job Performance"**, place your response in Column G for each KSA statement. Please refer to page 5 for definitions of marginal, average, and superior incumbents.

8. FOR KNOWLEDGE STATEMENTS ONLY - provide ratings for **Scale H - "Recall Level Needed on the Job"**. This scale is asking "What level of recall of this knowledge is needed on the job?" This scale is applicable for rating knowledges only. For each knowledge, indicate what level of recall is needed by writing the number 1, 2, or 3 from this scale in Column H. Definitions of each possible response are:

1 = GENERAL FAMILIARITY

A job incumbent must be aware of general principles and be able to locate relevant details in various documents and manuals and/or seek guidance from others.

2 = WORKING KNOWLEDGE

A job incumbent must be able to apply general principles and to recall specific details from memory in typically encountered situations, but can refer to source documents and manuals or seek guidance from others.

3 = FULL RECALL.

A job incumbent must be able to apply both general principles and to recall specific details in a wide variety of situations from memory without referring to source documents and manuals or without seeking guidance from others.

9. The next page of the questionnaire has rating scales E and G defined. You may wish to cut it out across the dotted line for easy reference as you complete your ratings.

10. After completing your responses for Scales E, F, G, and H, please review your answers for accuracy and completeness. Remember to provide ratings for any additional knowledge, skill, or ability statement that you may have written. It is very important that this form be completed correctly as the information given will be used to develop minimum qualifications and/or a selection device for this classification.

11. Below is an example of a completed KSA rating.

**EXAMPLE**

| E | F | G | H | |
|---|---|---|---|---|
| Rating | Rating | Rating | Rating | |
| 3 | 1 | 3 | 2 | K-1   Knowledge of accounting principles |

164

**Scale E**     **How important is this knowledge for acceptable job performance?**

**0**     **Not important:** You can *definitely* perform your job effectively even if you do not have this knowledge.

**1**     **Slightly important:** You can probably perform your job effectively even if you do not have this knowledge. If you do not have this knowledge, you may make errors that cause minor problems that are somewhat time consuming or somewhat costly.

**2**     **Important:** It is *unlikely* that you can perform your job effectively unless you have this knowledge. If you do not have this knowledge, you may make errors that cause problems that are time consuming, costly, or may cause injury.

**3**     **Very Important:** You *cannot* perform your job effectively unless you have this knowledge. If you do not have this knowledge, you may make errors that cause major problems that are very time consuming, very costly, or may cause injury.

**4**     **Crucial:** You *cannot* perform your job effectively unless you have this knowledge. If you do not have this knowledge, you may make errors that cause serious problems that cannot be fixed. They may include direct threats to life or extremely costly or time-consuming errors.

**Scale G**     **What relationship does possession of this knowledge have to performance in the job?**

**1**     **After** persons have successfully completed the probationary period, possession of this knowledge does not differentiate between incumbents.

**2**     **Average** incumbents possess more of this knowledge than do **marginal** incumbents.

**3**     **Superior** incumbents possess more of this knowledge than do **average** incumbents.

165

**SCALE E**
**IMPORTANCE:**

How important is this knowledge for acceptable job performance?

0 = Not important
1 = Slightly important
2 = Important
3 = Very Important
4 = Crucial

**SCALE F**
**NECESSARY AT ENTRY:**

Is it necessary for a newly hired employee to possess this knowledge on the first day of work before training?

1 = Yes
0 = No

**KNOWLEDGE RATING FORM**

**SCALE G**
**RELATIONSHIP TO JOB PERFORMANCE:**

What relationship does possession of this knowledge have to performance in the job?

1 = Does not differentiate

2 = Differentiates between average and marginal incumbents

3 = Differentiates between superior and average incumbents

**SCALE H**
**RECALL LEVEL NEEDED ON THE JOB**

1 = General familiarity
2 = Working knowledge
3 = Full recall

| | E RATING | F RATING | G RATING | H RATING | | |
|---|---|---|---|---|---|---|
| K-1 | 4 | 1 | 2 | 2 | Knowledge of the rehabilitation process sufficient to ensure that the special needs of individuals in your specialty area are met and that laws governing the rehabilitation process are not broken by anyone during rehabilitation. |
| K-2 | 3 | 1 | 2 | 2 | Knowledge of disabilities sufficient to provide for the special needs of individuals with disabilities during the rehabilitation process. |
| K-3 | 4 | 1 | 2 | 2 | Knowledge of a specialty area sufficient to train and advise staff about the unique needs of specialty area, about the use of adaptive technology for this area, and to ensure that laws pertaining to this specialty area are not broken. The specialty areas in question are as follows: vocational rehabilitation, independent living/homebound, nursing, social work, occupational therapy, audiology, nutrition, physical therapy, early intervention, speech pathology, blindness/visual impairment, deafness, hard of hearing, traumatic brain injury, and learning disabilities. |
| K-4 | | | | | Knowledge of departmental policies and procedures sufficient to ensure that they are being followed by all staff members. |
| K-5 | | | | | Knowledge of the employment process sufficient to provide clients with realistic employment opportunities after rehabilitation. |
| K-6 | | | | | Knowledge of counseling theories and techniques sufficient to make rehabilitation and subsequent employment as easy as possible. |
| K-7 | | | | | Knowledge of community resources sufficient to maximize their use in the rehabilitation of clients. |
| K-8 | 3 | 2 | | | Knowledge of laws, rules, and regulations governing grants and grant writing sufficient to secure new grants and maintain existing grants. |

166

# ABILITY RATING FORM

| SCALE E IMPORTANCE: | SCALE F NECESSARY AT ENTRY: | SCALE G RELATIONSHIP TO JOB PERFORMANCE: |
|---|---|---|

**SCALE E IMPORTANCE:**

How important is this ability for acceptable job performance?

0 = Not Important
1 = Slightly Important
2 = Important
3 = Very Important
4 = Critical

**SCALE F NECESSARY AT ENTRY:**

Is it necessary for a newly hired employee to possess this ability on the first day of work before training?

1 = Yes
0 = No

**SCALE G RELATIONSHIP TO JOB PERFORMANCE:**

What relationship does possession of this ability have to performance in the job?

1 = Does not differentiate

2 = Differentiates between average and marginal incumbents

3 = Differentiates between superior and average incumbents

| E RATING | F RATING | G RATING | | |
|---|---|---|---|---|
| | | | A-1 | Ability to work with people with disabilities. |
| | | | A-2 | Ability to communicate in writing to include grammar, spelling, punctuation, etc. so that memoranda and reports are clear and concise. |
| | | | A-3 | Ability to communicate orally as needed to make clients, families, and co-workers understand your recommendations. |
| | | | A-4 | Interpersonal ability as needed to maintain your relationship with clients, families, co-workers, outside agencies, and community resources. |
| | | | A-5 | Ability to apply knowledge in novel and/or problem situations. |
| | | | A-6 | Ability to gather and coordinate resources and services from a variety of different sources to maximize the effectiveness of the services provided in the specialty area. |
| | | | A-7 | Ability to gather and interpret information received from the client and other sources. |

167

# ADDITIONAL KNOWLEDGES, SKILLS, AND ABILITIES RATING FORM

**SCALE E**
**IMPORTANCE:**

How important is this knowledge, skill, or ability for acceptable job performance?

0 = Not Important
1 = Slightly Important
2 = Important
3 = Very Important
4 = Crucial

**SCALE F**
**NECESSARY AT ENTRY:**

Is it necessary for a newly hired employee to possess this knowledge, skill or ability on the first day of work before training?

1 = Yes
0 = No

**SCALE G**
**RELATIONSHIP TO JOB PERFORMANCE:**

What relationship does possession of this knowledge, skill or ability have to performance in the job?

1 = Does not differentiate

2 = Differentiates between average and marginal incumbents

3 = Differentiates between superior and average incumbents

**SCALE H**
**RECALL LEVEL NEEDED ON THE JOB**
(FOR KNOWLEDGES ONLY)

1 = General familiarity
2 = Working knowledge
3 = Full recall

| E | F | G | H | |
|---|---|---|---|---|
| RATING | RATING | RATING | RATING | |
| | | | | KNOWLEDGE |
| | | | | KNOWLEDGE |
| | | | | KNOWLEDGE |
| | | | | SKILL |
| | | | | SKILL |
| | | | | SKILL |
| | | | | ABILITY |
| | | | | ABILITY |
| | | | | ABILITY |

168

**INSTRUCTIONS FOR COMPLETING KSA RANKINGS**

In this section of the questionnaire, you will judge the most important knowledges, skills, and abilities (KSAs) needed to perform your job. In the previous sections, you assessed the importance of each individual KSA. You will now a) review all KSAs, and b) rank order the five most important KSAs needed to perform your job successfully.

The rank order scale ranges from one (1) (the most important KSA) to five (5) (the fifth most important KSA). Before you rate this section, review the list of KSAs. After your review, please answer the following question:

**What are the five (5) most important KSAs needed to perform your job?**

1 = Most important
2 = Second most important
3 = Third most important
4 = Fourth most important
5 = Fifth most important

Write the KSA number and a brief description of the KSA. The example below is provided to assist you in completing the KSA ranking section.

| Rank Order | KSA Number | KSA Description |
|---|---|---|
| 1 | K-2 | Knowledge of English. |
| 2 | P4 | Ability to see distant objects. |
| 3 | A1 | Ability to read. |
| 4 | S5 | Skill in typing. |
| 5 | K3 | Knowledge of Business Practices. |

169

What are the most important KSAs needed to perform your job?

1 =    Most important
2 =    Second most important
3 =    Third most important
4 =    Fourth most important
5 =    Fifth most important

| Rank Order | KSA Number | KSA Description |
|---|---|---|
| 1 | | |
| 2/1 | | |
| 3 | | |
| 4/2 | | |
| 5 | | |

Continue to the Work Behavior and KSA Matrix Instructions.

Read the steps listed below before completing this section of the questionnaire. **If you have any questions regarding the completion of this form, please contact David McCarroll at (334) 242-3389.** If you understand the instructions, please follow them carefully.

## INSTRUCTIONS FOR COMPLETING WORK BEHAVIOR AND KSA MATRIX

1.  To complete this section, please review the list of Work Behaviors. For each Work Behavior listed, consider how important it is to possess each knowledge, skill, or ability to perform that Work Behavior. Enter your rating in the box next to the work behavior and directly underneath the Work Behavior you are considering. It may be helpful to consider one KSA at a time for all Work Behaviors listed. For instance, all blocks in column K-1 should be filled first, then column K-2, etc.

2.  Below is an example of a completed Work Behavior/KSA Linkage.

### EXAMPLE

|  | WB1 | WB2 | WB3 | WB4 |
|---|---|---|---|---|
| KNOWLEDGE 1 | 1 | 2 | 0 | 1 |
| KNOWLEDGE 2 | 1 | 1 | 0 | 3 |

171

# WORK BEHAVIOR/KSA LINKAGE FORM

## WORK BEHAVIORS

How important is this KSA when you perform each work behavior?

0 = Not Important
1 = Somewhat Important
2 = Important
3 = Essential

| | WB1 | WB2 | WB3 | WB4 | WB5 |
|---|---|---|---|---|---|
| **KNOWLEDGE-1** Knowledge of the rehabilitation process sufficient to ensure that the special needs of individuals in your specialty area are met and that laws governing the rehabilitation process are not broken by anyone during rehabilitation. | | | | | |
| **KNOWLEDGE-2** Knowledge of disabilities sufficient to provide for the special needs of the disabled during the rehabilitation process. | | | | | |
| **KNOWLEDGE-3** Knowledge of a specialty area sufficient to train and advise staff about the unique needs of specialty area, about the use of adaptive technology for this area, and to ensure that laws pertaining to this specialty area are not broken. The specialty areas in question are as follows: vocational rehabilitation, independent living/homebound, nursing, social work, occupational therapy, audiology, nutrition, physical therapy, early intervention, speech pathology, blindness/visual impairment, deafness, hard of hearing, traumatic brain injury, and learning disabilities. | | | | | |
| **KNOWLEDGE-4** Knowledge of departmental policies and procedures sufficient to ensure that they are being followed by all staff. | | | | | |
| **KNOWLEDGE-5** Knowledge of the employment process sufficient to provide clients with realistic employment opportunities after rehabilitation | | | | | |

172

**WORK BEHAVIOR/KSA LINKAGE FORM**

How important is this KSA when you perform each work behavior?

0 = Not important
1 = Somewhat important
2 = Important
3 = Essential

**WORK BEHAVIORS**

| | WB1 | WB2 | WB3 | WB4 | WB5 |
|---|---|---|---|---|---|
| **KNOWLEDGE-6** Knowledge of counseling sufficient to make rehabilitation and subsequent employment as easy as possible. | | | | | |
| **KNOWLEDGE-7** Knowledge of community resources sufficient to maximize their use in the rehabilitation of clients. | | | | | |
| **KNOWLEDGE-8** Knowledge of laws, rules, and regulations governing grants and grant writing sufficient to secure new grants and maintain existing grants. | (3 | | | | |
| **ABILITY-1** Ability to work with people with disabilities. | ⌣ | | | | |
| **ABILITY-2** Ability to communicate in writing to include grammar, spelling, punctuation, etc. so that memoranda and reports are clear and concise. | | | | | |

173

**WORK BEHAVIOR/KSA LINKAGE FORM**

**WORK BEHAVIORS**

How important is this KSA when you perform each work behavior?

0 = Not Important
1 = Somewhat Important
2 = Important
3 = Essential

| | WB1 | WB2 | WB3 | WB4 | WB5 |
|---|---|---|---|---|---|
| **ABILITY-3** Ability to communicate orally as needed to make clients, families, and co-workers understand your recommendations. | | | | | |
| **ABILITY-4** Interpersonal ability as needed to maintain your relationships with clients, families, co-workers, outside agencies, and community resources. | | | | | |
| **ABILITY-5** Ability to apply knowledge in novel and/or problem situations. | | | | | |
| **ABILITY-6** Ability to gather and coordinate resources and services from a variety of different sources to maximize the effectiveness of the services provided in the specialty area. | | | | | |
| **ABILITY-7** Ability to gather and interpret information received from the client and other sources. | | | | | |

174

# INSTRUCTIONS FOR COMPLETING MINIMUM QUALIFICATION STATEMENT RATINGS AND LINKAGES

1. Review each minimum qualification statement on the following page. Consider each minimum qualification statement as a separate way in which an applicant could qualify for this job.

2. If you believe there should be minimum qualification statements for this classification that are not already listed, write each additional statement in the empty spaces provided. Minimum qualification statements should include the lowest level, type and amount of education and/or work experience that would provide the KSAs/PAs necessary for a person to possess before being hired for this job. It would be helpful to review your ratings for Scale F "Necessary At Entry" on all KSAs/PAs listed.

3. In the first column labeled "RATING", provide a rating of 0 - 3 on how well the qualification statement would distinguish between the unacceptable applicant and the applicant who is barely acceptable in their performance of the tasks required for this job.

4. In the **example** below, MQ statement 1 was rated a "1" because the subject matter expert felt that a high school diploma and one year of payroll experience was too little to expect from a barely acceptable, entry-level Accountant I. MQ statement 2 was rated a "3" because the subject matter expert felt that a Bachelor 's degree in Accounting and five (5) years tax accounting experience in a Big Eight firm was more than should be expected from a barely acceptable, entry level Accountant I.

## MQ RATING SCALE

To what extent is this minimum qualification statement suitable for identifying the barely acceptable applicant?

0 = Not at all: not likely to be found among applicants for this job.

1 = This minimum qualification statement is not enough to expect from a **barely acceptable applicant.**

2 = This minimum qualification statement appropriately defines what is required of the **barely acceptable applicant**; persons below this level are unacceptable.

3 = This minimum qualification statement is more than should be expected from a **barely acceptable applicant.**

**EXAMPLE:**

| RATING | |
|---|---|
| 1 | **MQ STATEMENT 1**<br>High school diploma and one year of payroll experience |
| 3 | **MQ STATEMENT 2**<br>Bachelor's degree in Accounting and five (5) year's tax accounting experience in a Big Eight firm |

175

# MINIMUM QUALIFICATION RATING FORM

## MQ RATING SCALE

To what extent is this minimum qualification statement useful for identifying the barely acceptable applicant?

0 = Not at all

1 = This minimum qualification statement is not enough to expect from a **barely acceptable applicant.**

2 = This minimum qualification statement appropriately defines what is required of the **barely acceptable applicant;** persons below this level are unacceptable.

3 = This minimum qualification statement is more than should be expected from a **barely acceptable applicant.**

**RATING**

**MQ STATEMENT 1**   Bachelor's degree in rehabilitation, psychology, counseling, human development, social work, nursing, or allied health occupations plus three years of professional level experience providing independent living skills, special education, vocational rehabilitation, or medical rehabilitation services to individuals with disabilities.

**MQ STATEMENT 2**   Bachelor's degree in rehabilitation, psychology, counseling, human development, social work, nursing, or allied health occupations plus four years of professional level experience providing independent living skills, special education, vocational rehabilitation, or medical rehabilitation services to individuals with disabilities.

**MQ STATEMENT 3**   Bachelor's degree in rehabilitation, psychology, counseling, human development, social work, nursing, or allied health occupations plus five years of professional level experience providing independent living skills, special education, vocational rehabilitation, or medical rehabilitation services to individuals with disabilities.

**MQ STATEMENT 4**   Bachelor's degree in rehabilitation, psychology, counseling, human development, social work, nursing, or allied health occupations plus six years of professional level experience providing independent living skills, special education, vocational rehabilitation, or medical rehabilitation services to individuals with disabilities.

**MQ STATEMENT 5**   Bachelor's degree in rehabilitation, psychology, counseling, human development, social work, nursing, or allied health occupations plus seven or more years of professional level experience providing independent living skills, special education, vocational rehabilitation, or medical rehabilitation services to individuals with disabilities.

175

# MINIMUM QUALIFICATION RATING FORM

## MG RATING SCALE

To what extent is this minimum qualification statement useful for identifying the barely acceptable applicant?

0 = Not at all

1 = This minimum qualification statement is not enough to expect from a **barely acceptable applicant.**

2 = This minimum qualification statement appropriately defines what is required of the **barely acceptable applicant;** persons below this level are unacceptable.

3 = This minimum qualification statement is more than should be expected from a **barely acceptable applicant.**

**MG STATEMENT 6**   Master's degree in rehabilitation, psychology, counseling, human development, social work, nursing, or allied health occupations plus <u>three</u> years of professional level experience providing independent living skills, special education, vocational rehabilitation, or medical rehabilitation services to individuals with disabilities.

**MG STATEMENT 7**   Master's degree in rehabilitation, psychology, counseling, human development, social work, nursing, or allied health occupations plus <u>four</u> years of professional level experience providing independent living skills, special education, vocational rehabilitation, or medical rehabilitation services to individuals with disabilities.

**MG STATEMENT 8**   Master's degree in rehabilitation, psychology, counseling, human development, social work, nursing, or allied health occupations plus <u>five</u> years of professional level experience providing independent living skills, special education, vocational rehabilitation, or medical rehabilitation services to individuals with disabilities.

**MG STATEMENT 9**   Master's degree in rehabilitation, psychology, counseling, human development, social work, nursing, or allied health occupations plus <u>six</u> years of professional level experience providing independent living skills, special education, vocational rehabilitation, or medical rehabilitation services to individuals with disabilities.

**MG STATEMENT 10**   Master's degree in rehabilitation, psychology, counseling, human development, social work, nursing, or allied health occupations plus seven or more years of professional level experience providing independent living skills, special education, vocational rehabilitation, or medical rehabilitation services to individuals with disabilities.

171

5. To complete the Minimum Qualification/KSA Linkage Form, review the list of KSA/PAs. For each minimum qualification listed, ask the question "Can this KSA/PA be acquired from this minimum qualifications statement?" If a particular KSA/PA **can** be acquired from the MQ place a "1" in the box next to the MQ statement and directly underneath the KSA/PA you are considering; if a knowledge, skill, or ability **cannot** be acquired from the MQ, place a "0" as the rating for that particular KSA/PA. It may be helpful to consider one minimum qualification statement at a time for all KSA/PAs listed. For instance, all blocks for MQ-1 should be filled first, then MQ-2, etc.

6. In the example below, the subject matter expert placed a **0** under K-1, K-4, and K-8 because he/she did not feel that these knowledges could be acquired from the minimum qualification statement. The subject matter expert placed a **1** under K-2, K-21, and A-12 because he/she felt that these knowledges and abilities could be acquired from the minimum qualification statement.

This KSA:

1 = CAN BE ACQUIRED from the minimum qualification listed

0 = CANNOT BE ACQUIRED from the minimum qualification listed

For each of the KSAs listed, indicate your response by placing a "1" or "0" in the appropriate block.

**EXAMPLE**

KNOWLEDGES, SKILLS, AND ABILITIES

| | K-1 | K-2 | K-3 | K-4 | K-5 | K-6 | K-7 | K-8 |
|---|---|---|---|---|---|---|---|---|
| **MG STATEMENT 1** Bachelor's degree in psychology plus one year of analyst experience | 0 | 1 | 1 | 0 | 1 | 1 | 1 | 0 |
| **MG STATEMENT 2** Associate degree in psychology plus 2 years of analyst experience | 1 | 1 | 1 | 0 | 0 | 1 | 1 | 0 |

7. Continue to the Instructions for Completing Education and Experience Importance Ratings and Work Behavior/KSA Linkages.

178

# MINIMUM QUALIFICATION/KSA LINKAGE FORM

For each of the KSAs listed, indicate your response by placing a "1" or "0" in the appropriate block.

This KSA:

1 = CAN BE ACQUIRED from the minimum qualification listed

0 = CANNOT BE ACQUIRED from the minimum qualification listed

**KNOWLEDGES, SKILLS, AND ABILITIES**

| | | K-1 | K-2 | K-3 | K-4 | K-5 | K-6 | K-7 | K-8 | A-1 | A-2 | A-3 | A-4 | A-5 | A-6 | A-7 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**MQ 1**  Bachelor's degree in rehabilitation, psychology, counseling, human development, social work, nursing, or allied health occupations plus three years of professional level experience providing independent living skills, special education, vocational rehabilitation, or medical rehabilitation services to individuals with disabilities.

**MQ 2**  Bachelor's degree in rehabilitation, psychology, counseling, human development, social work, nursing, or allied health occupations plus four years of professional level experience providing independent living skills, special education, vocational rehabilitation, or medical rehabilitation services to individuals with disabilities.

**MQ 3**  Bachelor's degree in rehabilitation, psychology, counseling, human development, social work, nursing, or allied health occupations plus five years of professional level experience providing independent living skills, special education, vocational rehabilitation, or medical rehabilitation services to individuals with disabilities.

**MQ 4**  Bachelor's degree in rehabilitation, psychology, counseling, human development, social work, nursing, or allied health occupations plus six years of professional level experience providing independent living skills, special education, vocational rehabilitation, or medical rehabilitation services to individuals with disabilities.

X

179

# MINIMUM QUALIFICATION/KSA LINKAGE FORM

For each of the KSAs listed, indicate your response by placing a "1" or "0" in the appropriate block.

This KSA:

1 = CAN BE ACQUIRED from the minimum qualification listed

0 = CANNOT BE ACQUIRED from the minimum qualification listed

**KNOWLEDGES, SKILLS, AND ABILITIES**

| | K-1 | K-2 | K-3 | K-4 | K-5 | K-6 | K-7 | K-8 | A-1 | A-2 | A-3 | A-4 | A-5 | A-6 | A-7 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Mq 5** Bachelor's degree in rehabilitation, psychology, counseling, human development, social work, nursing, or allied health occupations plus seven or more years of professional level experience providing independent living skills, special education, vocational rehabilitation, or medical rehabilitation services to individuals with disabilities.

**Mq 6** Master's degree in rehabilitation, psychology, counseling, human development, social work, nursing, or allied health occupations plus three years of professional level experience providing independent living skills, special education, vocational rehabilitation, or medical rehabilitation services to individuals with disabilities.

**Mq 7** Master's degree in rehabilitation, psychology, counseling, human development, social work, nursing, or allied health occupations plus four years of professional level experience providing independent living skills, special education, vocational rehabilitation, or medical rehabilitation services to individuals with disabilities.

**Mq 8** Master's degree in rehabilitation, psychology, counseling, human development, social work, nursing, or allied health occupations plus five years of professional level experience providing independent living skills, special education, vocational rehabilitation, or medical rehabilitation services to individuals with disabilities.

180

## MINIMUM QUALIFICATION/KSA LINKAGE FORM

For each of the KSAs listed, indicate your response by placing a "1" or "0" in the appropriate block.

This KSA:

1 = CAN BE ACQUIRED from the minimum qualification listed

0 = CANNOT BE ACQUIRED from the minimum qualification listed

**MQ 9** Master's degree in rehabilitation, psychology, counseling, human development, social work, nursing, or allied health occupations plus six years of professional level experience providing independent living skills, special education, vocational rehabilitation, or medical rehabilitation services to individuals with disabilities.

**MQ 10** Master's degree in rehabilitation, psychology, counseling, human development, social work, nursing, or allied health occupations plus seven or more years of professional level experience providing independent living skills, special education, vocational rehabilitation, or medical rehabilitation services to individuals with disabilities.

**KNOWLEDGES, SKILLS, AND ABILITIES**

K-1  K-2  K-3  K-4  K-5  K-6  K-7  K-8  A-1  A-2  A-3  A-4  A-5  A-6  A-7

Tentative WB/Task/KSA list for Rehabilitation Specialist series, based on two meetings (6-22-95 and 6-27-95) with Dean Akin, Assistant Director of the Department of Rehabilitation Services, and James Harris III, a Rehabilitation Supervisor III for the Department of Rehabilitation Services, and a focus group with Julia Brock, a Rehabilitation Specialist II* for 2 years and Kim Hill, a Rehabilitation Specialist II* for 4 years.

## WORK BEHAVIORS AND TASKS

**Work Behavior 1. Provide technical assistance in a specialty area such as vocational rehabilitation, audiology, nutrition, physical therapy, learning disabilities, etc. to provide timely, high-quality rehabilitation services.**

Review/Resolve problem cases in your specialty area (such as TBI or early intervention).

Answer calls from departmental staff needing assistance.

Advise departmental staff about where to find existing community resources.

Advise departmental staff about how to use existing community resources.

Send correspondence to departmental staff concerning the resolution of cases, answering of questions, etc.

Travel to field offices to resolve particularly difficult cases/problems.

Advise departmental staff about the appropriate type of adaptive technology to be used for a client.

Advise departmental staff about the Social Security benefits available to the client.

Maintain a file of current information concerning your specialty area.

Seek out new resources to address needs in your specialty area.

Develop strategies to improve services in your specialty area.

Advise departmental staff about strategies for using client service funds wisely.

**Work Behavior 2. Develop and conduct training programs in a specialty area such as vocational rehabilitation, audiology, nutrition, physical therapy, learning disabilities, etc. to keep departmental staff aware of current developments in the specialty area.**

Train departmental staff regarding the Federal and State laws that govern the rehabilitation process.

Train departmental staff regarding the departmental policies and procedures.

182

Train departmental staff in the use of adaptive technology.

Train departmental staff how to find existing community resources.

Train departmental staff how to utilize existing community resources.

Train departmental staff concerning the rules and regulations regarding Social Security benefits.

Prepare materials to be used in training.

Attend outside training programs to stay updated on new developments in rehabilitation.

Attend outside training programs to stay updated on new developments in your specialty area.

Plan for future training needs that will arise to keep pace with technological changes.

Use audio-visual equipment during training presentations.

Develop training programs in your specialty area.

Train departmental staff in your specialty area.

Develop in-service training programs.

Conduct in-service training programs.

Make presentations at outside training programs in your specialty area and in rehabilitation.

**Work Behavior 3. Counsel clients in a specialty area such as vocational rehabilitation, audiology, nutrition, physical therapy, learning disabilities, etc. in order to ease adjustment to their disability and ease adjustment to returning to work.**

Discuss the extent of their disability with the client.

Discuss with the client what they will have to do during rehabilitation.

Discuss with the client the probability of being successfully rehabilitated.

Determine the client's willingness to work.

Change the existing rehabilitation plan to incorporate your recommendations.

Instruct clients in the use of adaptive technology.

**Work Behavior 4.** **Conduct departmental research in a specialty area such as vocational rehabilitation, audiology, nutrition, physical therapy, learning disabilities, etc. in order to determine such things as departmental strengths and weaknesses, current training needs, and counseling effectiveness.**

Plan and conduct research to determine overall departmental training needs.

Determine the extent of training the department needs for your specialty area.

Plan and conduct research to determine the level of client satisfaction.

Plan and conduct research to determine the staff's level of perceived effectiveness.

Plan and conduct research to determine if the department, certain units, or certain employees are meeting their goals.

Monitor the department's success in fulfilling agreements made with outside agencies.

Plan and conduct research to determine the effectiveness of training programs.

Plan and conduct research to determine the effectiveness of policies and procedures.

Collect data for a variety of different measures, such as the number of assistance calls handled, the number of assistance calls successfully resolved, etc.

**Work Behavior 5.** **Perform administrative duties as needed to secure program funding, to maintain proper communication with co-workers, to maintain proper documentation of services provided, etc.**

Prepare weekly schedules.

Prepare monthly schedules.

Prepare reports for the main office, such as budget reports, facility reviews, production reports and training reports.

Attend staff meetings to update staff on your current progress.

Attend staff meetings to update staff about your future plans.

Enter client information into the computer.

Provide progress reports to your supervisor on your activity.

184

Use general office equipment such as a photocopier.

Develop continuation grants to maintain program funding.

Develop grant proposals to increase program funding.

Coordinate grant activities to ensure that the grant objectives are met.

Report data to Federal and State agencies that are responsible for ensuring the grant's objectives are met.

Submit Federal Reporting Tables.

Plan budget.

Approve and process requisitions for client service expenditures.

Monitor the expenditure of funds.

Review financial reports from the accounting division.

Develop inter-agency networks of service providers in the district and the state.

Work collaboratively with division in the department and other agencies when providing rehabilitation services.

Compile a registry of trained peer supporters.

Promote the development of consumer-based support groups in the state.

Maintain good relationships with other service providers.

Maintain good relationships with advocacy groups and support groups involved in your specialty area.

Develop and maintain some type of statewide advisory group, comprised of representatives from the department, service providers, consumers, advocacy groups, etc., for your specialty area.

Inform the public about the availability of services in your specialty area by presenting at conferences, speaking to groups, etc.

Develop promotional media, such as pamphlets and brochures, for your specialty area.

Help to create new departmental policies and procedures governing your specialty area.

Review departmental policies and procedures.

Review other agencies' policies and their possible effect in rehabilitation or your specialty area.

Create documents and forms to be used by the department.

Develop special plans for providing services related to your specialty area in rural areas.

Interpret existing laws that affect the rehabilitation process or your specialty area.

Interpret new legal decisions that affect the rehabilitation process or your specialty area.

Complete monitoring reports.

Review monitoring reports written by departmental staff members.

Attend ICC meetings.

Attend board meetings.

Conduct public hearings.

Perform duties of your supervisor when s/he is not present.

Write contracts for service providers outside the department, such as other state agencies, universities, and hospitals.

Develop RFP's.

Route contracts and RFP's for approval.

Delegate appropriate tasks to the clerical staff.

## KSA'S

Knowledge of local, state, and federal laws governing rehabilitation sufficient to insure that these laws are not broken by anyone during the rehabilitation process.

Knowledge of disabilities sufficient to provide for the special needs of the disabled during the rehabilitation process.

Knowledge of your specialty area sufficient to train and advise staff about the unique needs of your specialty area, in the use of adaptive technology for this area, and to ensure that laws pertaining to this specialty area are not broken (see italics below for a list of specialty areas).

*Knowledge of vocational rehabilitation*
*Knowledge of independent living/homebound*
*Knowledge of nursing*
*Knowledge of social work*
*Knowledge of occupational therapy*

186

> *Knowledge of audiology*
> *Knowledge of nutrition*
> *Knowledge of physical therapy*
> *Knowledge of early intervention*
> *Knowledge of speech pathology*
> *Knowledge of blindness/visual impairment*
> *Knowledge of deafness/poor hearing*
> *Knowledge of traumatic brain injury*
> *Knowledge of learning disabilities*

Knowledge of departmental policies and procedures sufficient to insure that they are being followed by all staff members.

Knowledge of the employment process sufficient to provide clients with realistic employment opportunities after rehabilitation.

Knowledge of counseling sufficient to make rehabilitation and subsequent employment as easy as possible.

Knowledge of community resources sufficient to maximize their use in the rehabilitation of clients.

Knowledge of laws governing grants and grant writing sufficient to secure new grants and maintain existing ones.

Ability to work with people with disabilities.

Ability to communicate in writing to include grammar, spelling, punctuation, etc. so that memoranda and reports are clear and concise.

Ability to communicate orally as needed to make clients and co-workers understand your recommendations

Interpersonal ability as needed to maintain your relationship with clients, co-workers, outside agencies, and community resources.

Ability to coordinate services and resources from a variety of different sources to maximize the effectiveness of the rehabilitation process.

Ability to apply knowledge in novel and/or problem situations.

## MQ'S

Bachelor's degree in rehabilitation, psychology, counseling, human development, social work, nursing, or allied health occupations plus three years of professional level experience providing independent living skills, vocational rehabilitation, or educational rehabilitation services to individuals with disabilities.

Bachelor's degree in rehabilitation, psychology, counseling, human development, social work, nursing, or allied health occupations plus four years of professional level experience providing independent living skills, vocational rehabilitation, or educational rehabilitation services to individuals with disabilities.

187

Bachelor's degree in rehabilitation, psychology, counseling, human development, social work, nursing, or allied health occupations plus five years of professional level experience providing independent living skills, vocational rehabilitation, or educational rehabilitation services to individuals with disabilities.

Bachelor's degree in rehabilitation, psychology, counseling, human development, social work, nursing, or allied health occupations plus six years of professional level experience providing independent living skills, vocational rehabilitation, or educational rehabilitation services to individuals with disabilities.

Bachelor's degree in rehabilitation, psychology, counseling, human development, social work, nursing, or allied health occupations plus seven or more years of professional level experience providing independent living skills, vocational rehabilitation, or educational rehabilitation services to individuals with disabilities.

Master's degree in rehabilitation, psychology, counseling, human development, social work, nursing, or allied health occupations plus three years of professional level experience providing independent living skills, vocational rehabilitation, or educational rehabilitation services to individuals with disabilities.

Master's degree in rehabilitation, psychology, counseling, human development, social work, nursing, or allied health occupations plus four years of professional level experience providing independent living skills, vocational rehabilitation, or educational rehabilitation services to individuals with disabilities.

Master's degree in rehabilitation, psychology, counseling, human development, social work, nursing, or allied health occupations plus five years of professional level experience providing independent living skills, vocational rehabilitation, or educational rehabilitation services to individuals with disabilities.

Master's degree in rehabilitation, psychology, counseling, human development, social work, nursing, or allied health occupations plus six years of professional level experience providing independent living skills, vocational rehabilitation, or educational rehabilitation services to individuals with disabilities.

Master's degree in rehabilitation, psychology, counseling, human development, social work, nursing, or allied health occupations plus seven or more years of professional level experience providing independent living skills, vocational rehabilitation, or educational rehabilitation services to individuals with disabilities.

**EXTRA CREDIT** — *Not used - would not benefit all specialty areas*

Experience:
Does volunteer work for people with disabilities.

Works with people with disabilities, not in a rehabilitation facility.

Completed an internship with the Department of Rehabilitation Services.

Background:

188

Individual has some type of disability.

One or both of the individual's parents has a disability.

One of the individual's siblings has a disability.

7-19-95                    WF                          Kim Hill    Early Int.        WF
ulia Brock                                            Ed Spec I - Rehab - 4½ yrs
R Rehab. Spec I 1½                                              Spec II
         (changed title 2 wc ago)

                    deve. grant preap.              provide tech asst.
                    process req.                    develop registry
                    coordinate grant               train prog
                    develop network                contact advocacy grps
See                 PR Media                        int w/ comm. on aging
Lists               in. svc. trn.                   gather data on train eff.
                    prep report                     do contract w/ many
                    miss sus in rural               Oasis adv. council
                    train rehab staff              2 field visit/year - teacher.
                    present conferces              comdel w/ other svc providers

------

Kim                 answer phone                    review financial claims
                    do RFP's                        interagency council mtg
                    quartely commission report      do fed. grant.
                    monitor grant.                  advise dist staff.
                    contact fed. officers           create policies
See                 s.l. interp.                   review e. i. stuff
Lists               nat'l mtg.                     coor. staff serv.
                    update info on e.i.            e.i. laws (current & in process)
                    advise re resources            visit e. i. providers.
                    maintain group rels.           work w/ legal
                    answer e i calls               collect data
                    fed. reports                   strat. to improve e.i.
                    get dept supp for e i

                                                              190

KSA's

don't gear statements toward (voc) rehab, just say rehab.

Julie
laws — rehab teach
— to program        Kim
comm. resources         e.i.
writing                 add → develop inter agency
orally                  one
dev. work rels w/ all people
time mgmt
org skills
coordinate resources.

---

E.I.    Nurse
       Med SW.    } degrees of people
       Master's   } who Kim wants to
       Sp. Ed.    } promote to r. spec.

J    Mast. = r. teach, counseling, ed, ψ, s.w, HD, nursing
     5↑ in rehab, min 2 in specialty field.

     II =
     III =                    min 5 in specialty

     mast in rehab or sp. ed or rel in ψ, HP,
     nursing  2 yrs working w/ dis.

141

II = 4 yrs. exp.

III = 6 yrs. exp.

* says that get more admin. duties;
  higher level
  do more state wide duties.

Kim says here specialists do supr.
  people.

192

✓ Develop grant proposal to secure program funding

✓ Plan budget and oversee expenditure of funds

✓ Process and approve requisitions for client service expenditures

✓ Plan and coordinate activities of grant proposal to the achievement of objectives in serving persons who are 55 and older and blindness or visually impaired – in all 67 counties of Alabama

✓ Develop interagency networks of service providers in each Rehabilitation Teaching district throughout the state

✓ Provide technical information to network of 14 rehabilitation teachers and 4 orientation & mobility specialists who provide direct services to clients – provided daily or on "as needed" basis

✓ Develop statewide registry of trained peer supporters

✓ Devise training program for peer supporters

19

2

✓ Promote and support the development of consumer based support groups throughout the state

✓ Maintain ~~contact~~ working relationship with advocacy groups involved in blindness issues

✓ Conduct project awareness activities such as speaking to various groups, exhibiting at conferences, interviews with media, etc.

✓ Plan and develop promotional media such as brochures, etc.

✓ – Maintain working relationship with Commission on Aging (COA) in implementing interagency agreement with COA

✓ – Write training curriculum to provide in-service training to senior center staff of Area Agencies on Aging (AAA) and conduct training at 13 AAAs throughout state

✓ – Gather data on pre and post training level of knowledge to assess effectiveness of training

✓ – Gather program data on clients served and use to formulate OMB reporting

194

3

✓ Write progress report of program
activities to submit to RSA and
program evaluator conducting outside
program evaluation

✓ Work with project director to devise contracts
with AIDB for fiscal management of
client service funds, contracts with UAB
School of Optometry for provision of
low vision services

✓ Devise plan for provision of low vision
services in rural areas by locating
private low vision providers and coordinating
system of service provision through
Rehabilitation Teachers and private
optometrists

✓ Develop n an OASIS Advisory Council
   and maintain
with statewide representation of service
providers, consumers, advocacy groups,
staff in order to offer advice on
matters related to program activities —
meets quarterly

✓ Develop and submit continuation grant
yearly in order to maintain program
funding

195

4

✓ Plan and conduct training for 16 Rehabilitation Teachers and 4 Orientation Mobility Specialists

✓ Communicate monthly with each of 16 Rehabilitation Teachers and 4 Orientation Mobility Specialists regarding their expenditure of client service funds

✓ Conduct a minimum of two field visits per teacher in order to provide technical assistance

✓ Supervise program secretary on a daily basis

✓ Attend professional conferences in order to stay apprised of new information within the fields of blindness and gerontology

✓ Present at professional conferences on topics related to blindness or to the OASIS Program

✓ Participate in planning and implementing client satisfaction survey

196

5

✓ Maintain contact with other service providers

✓ Weekly consultation with project direct

191

KSA's

✓ Knowledge of Rehabilitation Teaching

✓ Knowledge of blindness/visual impairment

✓ Knowledge of laws pertinent to administration of program

✓ Knowledge of policies and procedures of department

✓ Knowledge of community resources

✓ Ability to write clearly and concisely

✓ Ability to communicate effectively orally with clients, staff, and the public

✓ Ability to develop and maintain effective working relationship with a variety of individuals within.

✓ Excellent / Good organizational skills and time management skills

✓ Ability to coordinate resources in the implementation of program activities

198

Master's degree in Rehabilitation Teaching, Education, or Rehabilitation Counseling or in Psychology, Social Work, Human Development, Nursing, Spec. Ed.

— Five years or more of experience working in the field of rehabilitation with a minimum of two years work in the specialty field

Five years or more of experience working in the field of rehabilitation with at a least minimum of ___ years work in the specialty field

191

All responsibilities are statutory :   EIS include 9 state agencies + public + private providers

✓ - Answer phone —

✓ - Address technical assistance requests

✓ - Review financial claims + do follow up so that claims can be processed

✓ - Develop RFPs + contracts

✓ - Coordinate monitoring schedule

✓ - Attend ICC subcommittee meetings

✓ -    "     weekly staff meeting

✓ -    "     monthly division meeting

✓ -    "     quarterly ICC meeting

✓ - Develop Budget / spending plan + do revisions

✓ - Write Federal Grant

✓ - Monitor (includes TA visits + PAR )

✓ - Write reports

✓ - Advise district staff + state EI staff

✓ - Prepare materials for dissemination at trainings, etc.

✓ - Review PA and other information that concerns EI

✓ - Contact w/ Federal Project Officer

✓ - Review w/ legal assistance   Adm Code

✓ - Create policies

✓ - Prepare financial reports or others to meet special requests

✓ - Interpret at any public meetings where it is necessary

✓ - Review legal reports that impact EI

✓ - Interact collaboratively w/ other agencies

✓ - Interpret the federal regulations

✓ - Responsible for due process procedures

✓ - Discuss EI w/ potential service providers

200

✓ Seek ~~sources~~ ~~program~~ to address EI System needs

✓ Develop strategies to further strengthen the EI System

✓ ~~Review contract~~ Review draft of Departmental policies

✓ Review monitoring reports written by other staff members

✓ Assist in preparing for ICC meetings

✓ Evaluate policies that have been developed for effectiveness

✓ Obtain various Dept's support of EI issues through meetings & correspondence

✓ Work collaboratively w/ other divisions w/in Dept

✓ Review & interpret financial reports from Accounting Division

✓ Route contracts & RFPs for approval

201

KSAs

✓ Knowledge of local, state and federal laws governing early intervention sufficient to insure that these laws are not broken during the early intervention process.

✓ Ability to work effectively w/ various agencies to develop an interagency focus.

MQ -

Rehab Spec I — Masters degree in rehabilitation, or special education, or related field (bachelor degree w/ two years experience working w/ individuals w/ disabilities or in the arena of disabilities.

II — same as above except four years

III — same as above except six years

202

Name: Dean Akin, Tim Harris III    Date/Time: 6-22-95 / 6-27-95

SSN: ▓▓▓▓▓▓▓    Department: VRS

Title: Asst. Dir.,    Specialty option: _____

1. What are the main responsibilities of the position?

① Doc. sec. (clients draw SSI & they get $ back) trains & tech. assistance in (rules) keep us w/ laws for SSI (diff meetings, out of state). ③ facility = # of facilities they manage & provide tech-asst ④ experts in containment & consult statewide ⑤ mentally ill programs - current treatments, staff updates ⑥ T&I = train & tech assistance ⑦ QA

spec I, II, III; differences = I learning step when need no super = qualified after I : III expanded duties - talk in person - give more clients/ diff populations etc. SSA: training program or JTPA

2. What do you do in a typical day? week? Month? Year.

① training, consulting (ind. & group). take calls from field needing assistance ② review cases; do correspondence to field ④ review financial (budget ironing from source expenses). ⑤ planning ⑥ reporting back to supt. (what dept. provided etc.) / Wk mo yr staff mtgs (bimonthly & weekly - for screening future recovery). training steps.

I II III = diff. remote resp.

3. What reference materials, if any, do you use (policy/proc. manuals, textbooks, state laws/regs, etc.)? ① policy & proc. manual (DVRS) ② agreements w/ agencies (no $, specify responsibilities) ③ ADA, Rehab act (amend 1992), SSA rules & regs,

4. What tools do you use, if any? ① state cars ② computers
   ③ A.V equipment ④ adaptive technology (sensory, & motor,
   dictaphone ⑤ general office.

   II & II more an

5. What types of ~~this influence~~ education are necessary to perform
   this job? Masters degree in rehab. counc. general
                                                    - specific
              w/ coursework or exp. in ← area.

   U of Mem = deafness : would be helpful.

6. What types of work experience is necessary or helpful to perform this job?
   rehab counselor
   work in rehab. facility = w/ clients =

   ① I = 5 yrs.
     II =  ↑
     III =

                                                    204

7. What amount of super. do you recieve & who do you recieve it from?

from Asst. Div. - I's extensive - daily v's usually

II's - biweekly to ~~monthly~~ reports

III's minimal, stand in for Asst. Div.

8. Do you super. anyone & if so, to what extent?

9. Who are your customers? counselors, unit super. outside agencies, universities, facilities, clients (rarely) asst. div.

205

10. How do you interact w/ customers & how often?
① counselors = dialy, by phone & inperson (if necess)
② supv, unit dir, comm. facility
③ outide agencies = more than weekly, less than dialy; phone
   & periodic visits -
④ school/universites = varies by specialty, some ~~daily~~ rarely, some
   regular mettings, phone & inperson.
⑤ clients = varies by specialty - not frequent - couple/week, some else
   never.

11. What are the physical working conditions? Does it require travel.
   in office, rehab centers.

extensive ~~trav~~ in state, some out of state = busines & indiv
home visits, other facilities.

12. Give a couple examples of particulary good work performance?
   w/ counselor albeit epleptic client (brain damage)
   got TSA to provide accomodations for him to be band
   director, worked it out w/ difficult profs.

   with school sys. client in school - had no idea
   how to use adaptive tech., conseled skool on how
   to use & student did well (even though at rehab.
   only a short time).
                                                    206

Results aren't helped, facile if not helped, facile no matter what, competes

13. Give a couple examples of particularly poor work performance? industry said we want disabled. VRS did accessability & job study, wrote up report. never resulted in employment whatsoever.

fast food co, at corporate level, wanted to hire, got people on job who didn't last long, but mngrs in field did not share in rational & people weren't given accom. needed.

14. Why was this position established? What need does it serve? each one needs an area of knowledge, counselors need specialty consulting.

Also, doesn't fill supervisory / but is higher than counselor.

15. What outside agencies do you interact with? (gov't. agencies, businesses, schools, comm. groups, etc.) & how?
business & industry, schools+using state agencies (MH, VA, DIR, DHR, schoolsys (everyone in state), AIDB), field offices, community/charitable groups, doctors, P's hospitals, stores buying equip. or clothes, OT's, PT's, prosthedontists

they have a policy of non-disc, & willing to provide
accom.    207

16. Do you have lateral positions that you work with? How are the positions different?
   supv. ; other specialists; rehab counselor ; empl. dev. coordinator.

17. Are you responsible for any reports, forms, reviews, etc. if so what are they & who gets them?
   facility = facility review, into main office ; budget reports; facility utilization ; training reports ; prod. reports.

18. What are similar responsibilities & different responsibilities/duties as compared to your supervisor?
   ans: training ; doing reports & reviews ↑; supv. provide tech asst. also.

208

9. if 8 was yes, what are similar & different responsibilities/duties?

20. What knowledges must a person have for this position?
general knowledge of rehab; disabilities, & aspects, avail resources;
hire employment; laws they operate under; blind & deaf
issues; technology; option ~ree knowledge;
~~Computer to~~; public relations; comm. resources (not
just rehab.); counseling;

21. What skills & abilities must a person have for this position?
Comm. skills (oral & written); human relations; counseling
skills; computer skills, ; apply knowledge to a problem
; lot of problem-solving on job.

209

22. What physical (sensory) abilities must you have?

any can be accomodated

23. What kind of training will someone hired into this position recieve when they start the job? On-going training after that?
in-service for that job - what patents, how many, based on their training; recent laws or regs; recent tech. improvements

on-going: leadership; state personnel; casework training; ADA MBPE program; Technology training;

24. What regular meetings must this position attend? What are they responsible for presenting at meetings? info sharing mtgs; leadership team (some have some are around) they report on status of job; cases & new stuff; new ee orientation; outside mtgs at conferences etc. where they present their model

210

## EXAMINATION CONTROL SHEET

**CLASS TITLE/** Rehabilitation Specialist [I]    **CLASS CODE/** 50344

**OPTION**   Vocational Rehabilitation     **OPTION** 241

**ASSIGNED TO** (Name) David McCarroll     **ON** (date) 11/2/94

**NOTES:** The job analysis is a combined study which includes all of the option specialties for Rehabilitation Specialist

---

### Check categories below indicating type of examination

| CURRENT | CONTINUOUS | | * Please describe OTHER below |
|---|---|---|---|
| O.C. | O.C. | X | Task-based checklist |
| PROM. | PROM. | | |
| WRITTEN | WRITTEN | | |
| T & E | T & E | | |
| OTHER * | OTHER * | X | |

---

| | #Applied | | # Accepted | | #Taking Test | | # On Register | | #Provisional/ |
|---|---|---|---|---|---|---|---|---|---|
| | O.C. | PROM | O.C. | PROM | O.C. | PROM | O.C. | PROM | Reallocation |
| WM | 6 | | 3 | | 3 | | 3 | | 1 |
| BM | 5 | | 2 | | 2 | | 2 | | |
| OM | 0 | | 0 | | 0 | | 0 | | |
| WF | 10 | | 2 | | 2 | | 2 | | |
| BF | 12 | | 1 | | 1 | | 1 | | |
| OF | 0 | | 0 | | 0 | | 0 | | |
| TOTALS | 33 | | 8 | | 8 | | 8 | | |

---

Job Analysis Completed:       Register Established:   2/16/96

**NEW JOB STUDY/VALIDATION?** Yes  X  No    

---

### Complete This Section For Written Tests

Written Test Date:      Form of Test:

Adverse Impact: Yes     No

Items deleted:

Range    to    ; Mean    Median    ; Standard Deviation    ; Reliability

Pass/Fail Point:      Ranking Point:

Failing Conversion Factor:      Ranking Conversion Factor:

*A person whose name appears on more than one option will have only one application form. Th applications are coded for each option area.   _Jack-off-3/20_   _211_

# EXAMINATION CONTROL SHEET

**CLASS TITLE/**  Rehabilitation Specialist  I          **CLASS CODE/**    50344
**OPTION**       Social Work                            **OPTION**       087

                                                        **ON** (date)   11/2/94

**ASSIGNED TO** (Name)  David McCarroll
**NOTES:** The job analysis is a combined study which includes all of the option specialities for
Rehabilitation Specialist
-----------------------------------------------------------------------------------------------

## Check categories below indicating type of examination

**CURRENT**              **CONTINU~~~**              * Please describe **OTHER** below
O.C.                     O                          Task-based checklist
PROM.                    PI
WRITTEN                  W1
T & E                    T &
OTHER *                  OTI

--------------------------------------      -------------------------------------------------------

|      | #Applied O.C. | PROM | # Accepted O.C. | PROM | #Taking Test O.C. | PROM | # On Register O.C. | PROM | #Provisional/ Reallocation |
|------|------|------|------|------|------|------|------|------|------|
| WM   | 0    |      | 0    |      | 0    |      | 0    |      |      |
| BM   | 0    |      | 0    |      | 0    |      | 0    |      |      |
| OM   | 0    |      | 0    |      | 1    |      | 1    |      |      |
| WF   | 2    |      | 1    |      | 0    |      | 0    |      |      |
| BF   | 0    |      | 0    |      | 0    |      | 0    |      |      |
| OF   | 0    |      | 0    |      | 0    |      | 0    |      |      |
| TOTALS | 2  |      | 1    |      | 1    |      | 1    |      |      |

-----------------------------------------------------------------------------------------------

Job Analysis Completed:                    Register Established:   2/16/96  ✓

**NEW JOB STUDY/VALIDATION?  Yes** _X_ **No** _____

-----------------------------------------------------------------------------------------------

## Complete This Section For Written Tests

                                        Form of Test:

Written Test Date:

Adverse Impact:  Yes          No

Items deleted:

Range      to      ; Mean      Median      ; Standard Deviation      ; Reliability

Pass/Fail Point:                          Ranking Point:

Failing Conversion Factor:                Ranking Conversion Factor:

  *A person whose name appears on more than one option will have only one application form. T
applications are coded for each option area.                                    212

## EXAMINATION CONTROL SHEET

**CLASS TITLE/** Rehabilitation Specialist I            **CLASS CODE/** 50344

**OPTION**            Independent Living            **OPTION**   246

**ASSIGNED TO** (Name) David McCarroll            **ON** (date)  11/2/94

**NOTES:** The job analysis is a combined study which includes all of the option specialities for Rehabilitation Specialist

--------------------------------------------------------------------------

### Check categories below indicating type of examination

| CURRENT | CONTINUOUS | | * Please describe **OTHER** below |
|---------|------------|---|-----------------------------------|
| O.C. | O.C. | X | Task-based checklist |
| PROM. | PROM. | | |
| WRITTEN | WRITTEN | | |
| T & E | T & E | | |
| OTHER * | OTHER * | X | |

--------------------------------------------------------------------------

--------------------------------------------------------------------------

| | #Applied O.C. | PROM | # Accepted O.C. | PROM | #Taking Test O.C. | PROM | # On Register O.C. | PROM | #Provisional/ Reallocation |
|-----|------|------|------|------|------|------|------|------|------|
| WM | 0 | | 0 | | 0 | | 0 | | |
| BM | 0 | | 0 | | 0 | | 0 | | |
| OM | 0 | | 0 | | 0 | | 0 | | |
| WF | 2 | | 1 | | 1 | | 1 | | |
| BF | 1 | | 1 | | 1 | | 0 | | |
| OF | 0 | | 0 | | 0 | | 0 | | |
| TOTALS | 3 | | 2 | | 2 | | 2 | | |

--------------------------------------------------------------------------

Job Analysis Completed:            Register Established:   2/16/96

**NEW JOB STUDY/VALIDATION?** Yes   X    No _____

--------------------------------------------------------------------------

### Complete This Section For Written Tests

Written Test Date:            Form of Test:

Adverse Impact:  Yes            No

Items deleted:

Range        to        ; Mean        Median        ; Standard Deviation        ; Reliability

Pass/Fail Point:            Ranking Point:

Failing Conversion Factor:            Ranking Conversion Factor:

*A person whose name appears on more than one option will have only one application form. Th applications are coded for each option area.   213

# EXAMINATION CONTROL SHEET

**CLASS TITLE/** Rehabilitation Specialist I    **CLASS CODE/** 50344

**OPTION** Nursing    **OPTION** 149

**ASSIGNED TO** (Name) David McCarroll    **ON** (date) 11/2/94

**NOTES:** The job analysis is a combined study which includes all of the option specialities for Rehabilitation Specialist

--------------------------------------------------------------------------

## Check categories below indicating type of examination

| CURRENT | CONTINUOUS | | * Please describe **OTHER** below |
|---------|------------|---|-----------------------------------|
| O.C. | O.C. | X | Task-based checklist |
| PROM. | PROM. | _____ | |
| WRITTEN | WRITTEN | | |
| T & E | T & E | | |
| OTHER * | OTHER * | X | |

--------------------------------------------------------------------------

| | #Applied | | # Accepted | | #Taking Test | | # On Register | | #Provisional/ Reallocation |
|-----|-----|------|-----|------|-----|------|-----|------|---|
| | O.C. | PROM | O.C. | PROM | O.C. | PROM | O.C. | PROM | |
| WM | 0 | | 0 | | 0 | | 0 | | |
| BM | 0 | | 0 | | 0 | | 0 | | |
| OM | 0 | | 0 | | 0 | | 0 | | |
| WF | 1 | | 1 | | 1 | | 1 | | |
| BF | 0 | | 0 | | 0 | | 0 | | |
| OF | 0 | | 0 | | 0 | | 0 | | |
| TOTALS | 1 | | 1 | | 1 | | 1 | | |

--------------------------------------------------------------------------

Job Analysis Completed:    Register Established:  2/16/96

**NEW JOB STUDY/VALIDATION?** Yes  X    No _____

--------------------------------------------------------------------------

## Complete This Section For Written Tests

Written Test Date:    Form of Test:

Adverse Impact:  Yes    No

Items deleted:

Range    to    ; Mean    Median    ; Standard Deviation    ; Reliability

Pass/Fail Point:    Ranking Point:

Failing Conversion Factor:    Ranking Conversion Factor:

  *A person whose name appears on more than one option will have only one application form. T
applications are coded for each option area.  *mutaja 20 VDU  fu rcvd: 3/1/96  214

## EXAMINATION CONTROL SHEET

**CLASS TITLE/**  Rehabilitation Specialist  I          **CLASS CODE/**   50344

**OPTION**   Early Intervention          **OPTION**   240

**ASSIGNED TO (Name)** David McCarroll          **ON (date)**  11/2/94

**NOTES:** The job analysis is a combined study which includes all of the option specialities for Rehabilitation Specialist

---

### Check categories below indicating type of examination

| CURRENT | CONTINUOUS | |
|---|---|---|
| O.C. | O.C. | __ X |
| PROM. | PROM. | |
| WRITTEN | WRITTEN | |
| T & E | T & E | |
| OTHER * | OTHER * | X |

\* Please describe OTHER below
Task-based checklist

---

|        | #Applied | | # Accepted | | #Taking Test | | # On Register | | #Provisional/ Reallocation |
|--------|------|------|------|------|------|------|------|------|---|
|        | O.C. | PROM | O.C. | PROM | O.C. | PROM | O.C. | PROM | |
| WM     | 0    |      | 0    |      | 0    |      | 0    |      | |
| BM     | 0    |      | 0    |      | 0    |      | 0    |      | |
| OM     | 0    |      | 0    |      | 0    |      | 0    |      | |
| WF     | 2    |      | 2    |      | 2    |      | 2    |      | |
| BF     | 0    |      | 0    |      | 0    |      | 0    |      | |
| OF     | 0    |      | 0    |      | 0    |      |      |      | |
| TOTALS | 2    |      | 2    |      | 2    |      | 2    |      | |

---

Job Analysis Completed:          Register Established:   2/16/96

**NEW JOB STUDY/VALIDATION? Yes  X    No ____**

---

### Complete This Section For Written Tests

Written Test Date:          Form of Test:

Adverse Impact:  Yes          No

Items deleted:

Range          to          ; Mean          Median          ; Standard Deviation          ; Reliability

Pass/Fail Point:          Ranking Point:

Failing Conversion Factor:          Ranking Conversion Factor:

\*A person whose name appears on more than one option will have only one application form. The applications are coded for each option area.          215

# EXAMINATION CONTROL SHEET

**CLASS TITLE/**   Rehabilitation Specialist I          **CLASS CODE/**   50344

**OPTION**          Blindness/Visually Impaired          **OPTION**       242

**ASSIGNED TO** (Name) David McCarroll               **ON** (date)   11/2/94

**NOTES:** The job analysis is a combined study which includes all of the option specialities for Rehabilitation Specialist

-------------------------------------------------------------------------------------

## Check categories below indicating type of examination

| CURRENT | CONTINUOUS | | * Please describe OTHER below |
|---|---|---|---|
| O.C. | O.C. | X | Task-based checklist |
| PROM. | PROM. | | |
| WRITTEN | WRITTEN | | |
| T & E | T & E | | |
| OTHER * | OTHER * | X | |

-------------------------------------------------------------------------------------

|  | #Applied O.C. | PROM | # Accepted O.C. | PROM | #Taking Test O.C. | PROM | # On Register O.C. | PROM | #Provisional/ Reallocation |
|---|---|---|---|---|---|---|---|---|---|
| WM | 0 | | 0 | | 0 | | 0 | | |
| BM | 0 | | 0 | | 0 | | 0 | | |
| OM | 0 | | 0 | | 0 | | 0 | | |
| WF | 1 | | 1 | | 1 | | 1 | | |
| BF | 0 | | 0 | | 0 | | 0 | | |
| OF | 0 | | 0 | | 0 | | | | |
| TOTALS | 1 | | 1 | | 1 | | 1 | | |

-------------------------------------------------------------------------------------

Job Analysis Completed:                    Register Established:   2/16/96

**NEW JOB STUDY/VALIDATION?** Yes   X    No _____

-------------------------------------------------------------------------------------

## Complete This Section For Written Tests

Form of Test:

Written Test Date:

Adverse Impact:  Yes           No

Items deleted:

Range        to        ; Mean        Median        ; Standard Deviation        ; Reliability

Pass/Fail Point:                    Ranking Point:

Failing Conversion Factor:              Ranking Conversion Factor:

*A person whose name appears on more than one option will have only one application form.  T
applications are coded for each option area.

216

## EXAMINATION CONTROL SHEET

| | | | |
|---|---|---|---|
| **CLASS TITLE/** | Rehabilitation Specialist I | **CLASS CODE/** | 50344 |
| **OPTION** | Deafness/Hard of Hearing | **OPTION** | 243 |
| **ASSIGNED TO** (Name) | David McCarroll | **ON** (date) | 11/2/96 |

**NOTES:** This job analysis is a combined study whci includes all of the option specialities for Rehabilitation Specialist .

----------------------------------------

### Check categories below indicating type of examination

| CURRENT | CONTINUOUS | | * Please describe OTHER below |
|---|---|---|---|
| O.C. | O.C. | X | Task-based checklist |
| PROM. | PROM. | | |
| WRITTEN | WRITTEN | | |
| T & E | T & E | | |
| OTHER * | OTHER * | X | |

----------------------------------------

| | #Applied | | # Accepted | | #Taking Test | | # On Register | | #Provisional/ |
|---|---|---|---|---|---|---|---|---|---|
| | O.C. | PROM | O.C. | PROM | O.C. | PROM | O.C. | PROM | Reallocation |
| WM | 0 | | 0 | | 0 | | 0 | | |
| BM | 0 | | 0 | | 0 | | 0 | | |
| OM | 0 | | 0 | | 0 | | 0 | | |
| WF | 1 | | 1 | | 1 | | 1 | | |
| BF | 0 | | 0 | | 0 | | 0 | | |
| OF | 0 | | 0 | | 0 | | 0 | | |
| TOTALS | 1 | | 1 | | 1 | | 1 | | |

----------------------------------------

Job Analysis Completed:                    **Register Established:** 3/25/96 ✓

**NEW JOB STUDY/VALIDATION?** Yes __X__ No _____

----------------------------------------

### Complete This Section For Written Tests

Written Test Date:                    Form of Test:

Adverse Impact:  Yes          No

Items deleted:

Range          to          ; Mean          Median          ; Standard Deviation          ; Reliability

Pass/Fail Point:                    Ranking Point:

Failing Conversion Factor:                    Ranking Conversion Factor:

Revised: 2/95 A person whose name appears on more than one option will have only one applicatio form. The applications are coded for each option area.

*Input — djo — 3/27/96*
*job reid: -3/1/96*
*DRL*

**217**

## EXAMINATION CONTROL SHEET

**CLASS TITLE/**    Rehabilitation Specialist I      **CLASS CODE/**     50344

**OPTION**    Learning Disabilities        **OPTION**     245

**ASSIGNED TO** (Name)    David McCarroll      **ON** (date)    11/2/96

**NOTES:**
     This job analysis is a combined study which includes all of the option specialities for Rehabilitation Specialist.

--------------------------------------------------------------------------------

### Check categories below indicating type of examination

| **CURRENT** | **CONTINUOUS** | | * Please describe **OTHER** below |
|---|---|---|---|
| O.C. | O.C. | X | Task-based checklist |
| PROM. | PROM. | | |
| WRITTEN | WRITTEN | | |
| T & E | T & E | | |
| OTHER * | OTHER * | X | |

--------------------------------------------------------------------------------

| | #Applied O.C. | PROM | # Accepted O.C. | PROM | #Taking Test O.C. | PROM | # On Register O.C. | PROM | #Provisional/ Reallocation |
|---|---|---|---|---|---|---|---|---|---|
| WM | 0 | | 0 | | 0 | | 0 | | |
| BM | 0 | | 0 | | 0 | | 0 | | |
| OM | 0 | | 0 | | 0 | | 0 | | |
| WF | 1 | | 1 | | 1 | | 1 | | |
| BF | 2 | | 2 | | 2 | | 2 | | |
| OF | 0 | | 0 | | 0 | | 0 | | |
| TOTALS | 3 | | 3 | | 3 | | 3 | | |

--------------------------------------------------------------------------------

Job Analysis Completed:        Register Established:    3/25/96 ✓

**NEW JOB STUDY/VALIDATION? Yes** _x_ **No** ____

--------------------------------------------------------------------------------

### Complete This Section For Written Tests

Written Test Date:        Form of Test:

Adverse Impact:   Yes      No

Items deleted:

Range    to    ; Mean    Median    ; Standard Deviation    ; Reliability

Pass/Fail Point:        Ranking Point:

Failing Conversion Factor:        Ranking Conversion Factor:

Revised: 2/95

    *A person whose name appears on more than one option will have only one application form. The application are coded for each option area.

✓ Draft dfa - 3/25/96
✓ job recvd - 3/1/96
✓ JRL

**218**

## EXAMINATION CONTROL SHEET

**CLASS TITLE/**  Rehabilitation Specialist I        **CLASS CODE/**   50344

**OPTION**      Traumatic Brain Injury              **OPTION**   244

                David MCCarroll

**ASSIGNED TO** (Name)                              **ON** (date)   11/2/94

**NOTES:**

---

### Check categories below indicating type of examination

| CURRENT | CONTINUOUS | | * Please describe **OTHER** below |
|---|---|---|---|
| O.C. | O.C. | X | |
| PROM. | PROM. | | Task-based Checklist |
| WRITTEN | WRITTEN | | |
| T & E | T & E | | |
| OTHER * | OTHER * | X | |

---

| | #Applied | | # Accepted | | #Taking Test | | # On Register | | #Provisional/ Reallocation |
|---|---|---|---|---|---|---|---|---|---|
| | O.C. | PROM | O.C. | PROM | O.C. | PROM | O.C. | PROM | |
| WM | 0 | | 0 | | 0 | | 0 | | |
| BM | 0 | | 0 | | 0 | | 0 | | |
| OM | 0 | | 0 | | 0 | | 0 | | |
| WF | 1 | | 1 | | 1 | | 1 | | |
| BF | 0 | | 0 | | 0 | | 0 | | |
| OF | 0 | | 0 | | 0 | | 0 | | |
| TOTALS | 1 | | 1 | | 1 | | 1 | | |

---

Job Analysis Completed:                 Register Established:   21 5-20-96 ✓

**NEW JOB STUDY/VALIDATION?  Yes __x__  No _____**

---

### Complete This Section For Written Tests

Written Test Date:                          Form of Test:

Adverse Impact:  Yes          No

Items deleted:

Range          to          ; Mean        Median        ; Standard Deviation        ; Reliability

Pass/Fail Point:                    Ranking Point:

Failing Conversion Factor:              Ranking Conversion Factor:

mut - dja - 5/22/96

file rcbd: 3/1/96

219

# EXAMINATION CONTROL SHEET

**CLASS TITLE/** Rehabilitation Specialist I

**CLASS CODE/** 50344

    **OPTION** C R Audiologist

**OPTION** 244

**ASSIGNED TO (Name)** David McCarroll

**ON (date)** 11/2/94

**NOTES:**

---

## Check categories below indicating type of examination

| CURRENT | CONTINUOUS | | * Please describe **OTHER** below |
|---|---|---|---|
| O.C. | O.C. | X | Task-based Checklist |
| PROM. | PROM. | | |
| WRITTEN | WRITTEN | | |
| T & E | T & E | | |
| OTHER * | OTHER * | X | |

---

| | #Applied | | # Accepted | | #Taking Test | | # On Register | | #Provisional/ |
|---|---|---|---|---|---|---|---|---|---|
| | O.C. | PROM | O.C. | PROM | O.C. | PROM | O.C. | PROM | Reallocation |
| WM | 0 | | 0 | | 0 | | 0 | | |
| BM | 1 | | 1 | | 1 | | 1 | | |
| OM | 0 | | 0 | | 0 | | 0 | | |
| WF | 0 | | 0 | | 0 | | 0 | | |
| BF | 0 | | | | | | 0 | | |
| OF | 0 | | 0 | | 0 | | 0 | | |
| TOTALS | 1 | | 1 | | 1 | | 1 | | |

---

Job Analysis Completed:                Register Established:   3-9-98

**NEW JOB STUDY/VALIDATION? Yes __X__  No _____**

---

## Complete This Section For Written Tests

Written Test Date:                          Form of Test:

Adverse Impact:  Yes                No

Items deleted:

Range              to              ; Mean              Median              ; Standard Deviation              ; Reliability

Pass/Fail Point:                              Ranking Point:

Failing Conversion Factor:                    Ranking Conversion Factor:

Revised: 2/95

*220*

# Exhibit 7

**Finch v. MHMR, et al**
**USDC 2:07 cv 24**
**SPD Motion for Summary Judgment**

Announcement date: December 6, 1995

**State of Alabama**
**Personnel Department**
**64 North Union Street**
**Montgomery, AL 36130-2301**

# REHABILITATION SPECIALIST II - 50345
## $31,408 - $47,606

### Department: Rehabilitation Services     Location: Statewide

### TYPE OF EXAMINATION

An open-competitive register will be established. The register will be based on responses to the supplemental questionnaire. The supplemental questionnaire will be sent to applicants who meet the qualifications listed below.

### QUALIFICATIONS NEEDED TO APPLY FOR THE POSITION

You need a Master's degree in rehabilitation, psychology, counseling, human development, social work, nursing, or allied health occupations. Four years of professional level experience providing independent living skills, special education, vocational rehabilitation, or medical rehabilitation services to individuals with disabilities is also required. One year of this experience must have included responsibility for either planning and conducting organizational training programs, planning and conducting research, or assisting in the development of organizational programs in the specialty area. Four years of experience in one of the specialty areas below may substitute for the required rehabilitation experience.

Knowledge of the rehabilitation process and various disabilities is needed for this classification. The following abilities are needed for this classification: the ability to communicate orally and in writing, gather information and resources from a variety of different sources, apply knowledge in new or problem situations, and interpersonal ability. This classification also requires knowledge in one or more of the following specialty areas:

**Vocational rehabilitation, independent living, early intervention, nursing, social work, occupational therapy, audiology, nutrition, physical therapy, speech pathology, blindness/visual impairment, deafness/hard of hearing, traumatic brain injury, and learning disabilities.**

Names of eligible persons on the employment register will be selectively certified to the employing agency by the specialty areas listed above.

### KIND OF WORK

This is advanced professional work primarily concerned with planning and conducting training programs in a specialty area. Employees in this class may also be responsible for assisting in the development of organizational programs and assisting in the development and implementation of research programs in a specialty area. Employees are also expected to provide technical advice in a specialty area to other organizational staff members. This advice can be given face-to-face, by telephone, or by written correspondence. A large amount of administrative work is also required of someone in this classification. These duties include documenting the content of organizational training programs, documenting the effectiveness of organizational training programs, attending outside training programs, staying updated on new developments in the specialty area, etc.

### NOTE

This classification requires extensive local travel in a personal automobile. Overnight travel is required. Out of State travel is also required.

### HOW TO APPLY

Use an official Application for Examination form. This form may be obtained from the State Personnel Department or from any local Alabama Employment Service Office. Your application must be returned to the State Personnel Department at the above address. This announcement will remain open until further notice. Photocopied and facsimile (fax # 334-242-1110) applications will be accepted.

#### ****THE STATE OF ALABAMA IS AN EQUAL OPPORTUNITY EMPLOYER.****

**Exhibit 7**
*Finch, 2:07 cv 24*
*SPD Mtn for Summary Judgment*

# Exhibit 8

**Finch v. MHMR, et al**
**USDC 2:07 cv 24**
**SPD Motion for Summary Judgment**

# REPORT IN THE MATTER OF

## AUDREY D. FINCH
### v.
## STATE OF ALABAMA PERSONNEL DEPARTMENT

Civil Action Number 2:07cv24-MHT

BY

**Janet R. Thornton, Ph.D.**
**J. Michael DuMond, Ph.D.**

**November 1, 2007**



**Exhibit 8**
Finch, 2:07 cv 24
SPD Mtn for Summary Judgment

**Report in the Matter of Audrey D. Finch v. State of Alabama Personnel Department**

## I.    INTRODUCTION

Counsel for Defendant in the matter of Audrey D. Finch v. State of Alabama Personnel Department asked the staff of ERS Group[1] to examine the issues raised in the First Amended Complaint filed by Plaintiff's counsel on September 17, 2007.  This report reviews the claims made by Ms. Finch and provides a comparison of her employment qualifications to those listed in the job announcements.

Specifically, Ms. Finch claims that she did not obtain the positions of Senior Service Social Worker, Rehabilitation Specialist I, and Rehabilitation Specialist II.[2] These positions are part of the appointment data maintained by the State of Alabama Personnel Department (hereafter "SPD") and, therefore, are examined in this report.  Ms. Finch also claims that she did not obtain the positions of HTS (Cottage Supervisor), HTL (Unit Leader), and Administrator II, all of which are specific to the Department of Mental Health and Mental Retardation.[3]  These positions are not part of the appointment data maintained by SPD and, therefore, are not examined in this report.  We also briefly examine the other positions to which Ms. Finch applied through the merit staffing process.

The remainder of this report is organized as follows:  Section II contains a summary of the information considered in preparation of this report.  Section III provides a brief review of Ms. Finch's employment history with the State of Alabama.  Section IV

---

[1] ERS Group (ERS) is a part of Sourcecorp, Inc. and provides quantitative analysis of economic decisions to a variety of clients, including individuals, corporations, universities and government agencies.  ERS also assists firms in developing Affirmative Action Programs and offers seminars in the use of statistics in economic analysis in litigation.  ERS staff has worked for plaintiffs, defendants, and courts in discrimination litigation.  The resumes of the principals performing this research, Dr. Janet R. Thornton and Dr. J. Michael DuMond, are attached to this report in Appendix A.

[2] First Amended Complaint, pages 7-8.

[3] First Amended Complaint, pages 4-7.  Ms. Finch did ultimately obtain the Cottage Supervisor position in 1991.

contrasts Ms. Finch's educational and experience qualifications with the class codes for which she claims her applications were rejected for reasons due to race. Lastly, Section V sets forth our background and qualifications.

## II.    INFORMATION RELIED UPON FOR THIS REPORT

We relied upon the following information that we received for this matter. [4]

- First Amended Complaint, dated September 17, 2007
- Excerpts from the deposition of Audrey D. Finch, dated October 9, 2001
- Job Applications for Audrey D. Finch
- Rehabilitation Specialist (50344) Qualifying Information
- Job announcements for:
    - Senior Service Social Worker – 50221, announcement dated July 24, 1996
    - Rehabilitation Specialist I – 50344, announcement dated December 6, 1995
    - Rehabilitation Specialist II – 50345, announcement dated December 6, 1995
    - Social Worker I— 50201, announcement dated September 6, 1978
    - Social Worker I— 50201, announcement dated November 18, 1987
    - Mental Health Worker I – 40131, announcement dated July 16, 1986
    - Mental Health Worker I – 40131, announcement dated April 6, 1988

In addition to this information, we relied upon the application history file and the certified out history file,[5] which are data previously provided from the Alabama State Personnel Department.

## III.    EMPLOYMENT HISTORY OF MS. FINCH

According to her complaint, Ms. Finch began her employment at the State of Alabama in the Department of Mental Health and Mental Retardation in January 1986. She was hired into the position of Mental Health Worker I (class code 40131) and worked in that capacity until January 1991, when she was promoted to the HTS (Cottage

---

[4] If additional information is obtained that is relevant to this report, it may need to be modified or supplemented.
[5] These files were previously provided in connection with the matter of *Eugene Crum Jr., et al. v. State of Alabama, et al., Case No. CV-94-T-356-N.*

Supervisor) position. Ms. Finch was laid-off in March 1996 when the Glenn Ireland facility closed.[6] Between March 1996 and October 1996, Ms. Finch applied to the merit staffing positions for which she asserts claims. Prior to March 1996, Ms. Finch also applied to other positions as identified by the SPD data. From 1983 until March 1996, the electronic application files indicate that she submitted 27 applications to 15 different class codes. As Table 1 shows, Ms. Finch met the minimum qualifications for 23 of the 27 applications, did not submit the required qualifying documentation on another, and failed to meet the experience requirements for the other three applications. While Ms. Finch did not meet the minimum qualifications for the Senior Service Social Worker position (class code 50221) for which she asserts claims, she did meet the minimum qualifications for Social Worker I (class code 50201), to which she applied on several occasions. The Social Worker I position is an entry level social worker position.[7]

**Table 1—Applications of Ms. Finch Prior to March 1996**

| Class Code–Title | Option Code | Application Date | Result |
|---|---|---|---|
| 10801-Equal Employment Officer | 0 | 8/25/1997 | 05—Did not meet MQs (Experience) |
| 10911-Store Clerk I | 0 | 5/7/1984 | 05—Did not meet MQs (Experience) |
| 11704-ABC Store Cashier I | 0 | 5/30/1985 | 30—Met MQs, placed on register |
| 11914-State Professional Trainee | 300 | 8/26/1987 | 30—Met MQs, placed on register |
| 11914-State Professional Trainee | 306 | 8/26/1987 | 00—Met MQs, placed on register |
| 11914-State Professional Trainee | 312 | 8/26/1987 | 00—Met MQs, placed on register |
| 11914-State Professional Trainee | 316 | 8/26/1987 | 00—Met MQs, placed on register |
| 11914-State Professional Trainee | 318 | 8/26/1987 | 00—Met MQs, placed on register |
| 11914-State Professional Trainee | 334 | 8/26/1987 | 00—Met MQs, placed on register |
| 40100-Health Services Aide I | 0 | 10/18/1983 | 30—Met MQs, placed on register |
| 40100-Health Services Aide I | 0 | 5/30/1985 | 30—Met MQs, placed on register |
| 40131-Mental Health Worker I | 0 | 10/18/1983 | 10—Met MQs, failed to appear for exam |
| 40131-Mental Health Worker I | 0 | 6/19/1984 | 30—Met MQs, placed on register |
| 40501-Activity Program Aide I | 0 | 10/18/1983 | 10—Met MQs, failed to appear for exam |
| 40501-Activity Program Aide I | 0 | 3/23/1984 | 30—Met MQs, placed on register |

---

[6] First Amended Complaint, page 3.
[7] Social Worker I Job Announcements, dated September 6, 1978 and November 18, 1987.

**Table 1—Applications of Ms. Finch Prior to March 1996**

| Class Code–Title | Option Code | Application Date | Result |
|---|---|---|---|
| 50112-Economic Assistant Spec (T) | 0 | 8/26/1987 | 30—Met MQs, placed on register |
| 50201-Social Worker I (T) | 0 | 9/29/1983 | 30—Met MQs, placed on register |
| 50201-Social Worker I (T) | 0 | 5/30/1985 | 30—Met MQs, placed on register |
| 50201-Social Worker I (T) | 0 | 1/25/1988 | 30—Met MQs, placed on register |
| 50351-Rehab Counselor I | 0 | 8/26/1987 | 05—Did not meet MQs (Experience) |
| 50401-Disability Specialist | 0 | 2/27/1996 | 02—Failure to Submit Qualifying Certificate or Documents |
| 60701-Correctional Off Trne (T) | 0 | 8/26/1987 | 10—Met MQs, failed to appear for exam |
| 60801-Youth Services Aide | 0 | 8/26/1987 | 00—Met MQs, placed on register |
| 60805-Youth Serv Child Care Wkr | 0 | 9/29/1983 | 30—Met MQs, placed on register |
| 60805-Youth Serv Child Care Wkr | 0 | 8/26/1987 | 30—Met MQs, placed on register |
| 60901-Probation & Parole Off | 0 | 5/29/1985 | 00—Met MQs, placed on register |
| 60901-Probation & Parole Off | 0 | 1/27/1988 | 30—Met MQs, placed on register |

Since March 1996, Ms. Finch submitted 14 applications, including ten in October 1996. These applications include those identified in her complaint as being rejected due to her race, the specific outcomes of which are shown in Table 2, as well as applications to other positions. For two of these class codes for which there are claims, Ms. Finch applied twice, resulting in the same determination by the personnel department. However, Ms. Finch met the minimum qualifications for several of the positions to which she applied beginning in March 1996 as shown in the table below.

**Table 2—Applications of Ms. Finch from March 1996 to December 2006**

| Class Code–Title | Option Code | Application Date | Result |
|---|---|---|---|
| *Positions With Claims Identified* | | | |
| 50344-Rehabilitation Spec I | 241 | 3/7/1996 | 05—Did not meet MQs (Experience) |
| 50345-Rehabilitation Spec II | 241 | 3/7/1996 | 05—Did not meet MQs (Experience) |
| 50344-Rehabilitation Spec I | 241 | 10/18/1996 | 05—Did not meet MQs (Experience) |
| 50345-Rehabilitation Spec II | 241 | 10/18/1996 | 05—Did not meet MQs (Experience) |
| 50221-Senior Service Social Worker | 0 | 10/30/1996 | 04—Did not meet MQs (Education) |
| *Positions Without Claims Identified* | | | |
| 60901-Probation & Parole Off | 0 | 7/12/1996 | 11—Met MQs, failed written exam |
| 50218-Service Social Worker I | 0 | 10/11/1996 | 29—Continuous Register - Applicant Failed to Qualify |
| 50401-Disability Specialist | 0 | 10/11/1996 | 30—Met MQs, placed on register |
| 50352-Rehab Counselor | 3 | 10/18/1996 | 30—Met MQs, placed on register |
| 50367-District Service Coord | 0 | 10/21/1996 | 30—Met MQs, placed on register |
| 50520-Human Serv Prog Coord | 226 | 10/21/1996 | 05—Did not meet MQs (Experience) |
| 40641-Disease Intervention Spec | 0 | 10/31/1996 | 30—Met MQs, placed on register |
| 50520-Human Serv Prog Coord | 225 | 2/13/1998 | 05—Did not meet MQs (Experience) |
| 50403-Senior Disability Spec | 0 | 7/10/2003 | 30—Met MQs, placed on register |

Ms. Finch's application to Senior Service Social Worker was rejected due to a failure to meet the educational requirements for the position, while her applications to Rehabilitation Specialist I and II were rejected for failing to meet the experience requirements.[8] Ms. Finch met the minimum requirements for nine of the positions without claims identified and was placed on the register for five of the nine. Of the remaining four, she met the minimum requirements for class code 60901 (Probation and Parole Officer) but subsequently failed the written exam; she did not meet the minimum qualifications for the remaining three class codes.

The electronic data also show that Ms. Finch appeared on and was selected from lists of certified eligible candidates (i.e., COE lists). For example, while Table 1 shows

---

[8] Ms. Finch's Complaint incorrectly states that her applications to the Rehabilitation Specialist I and II positions were rejected due to insufficient education (page 8).

that Ms. Finch's application for Disability Specialist (50401) was initially rejected, she later submitted a different application for this class code which met the minimum qualifications. Ms. Finch was placed on the register, and subsequently appeared on a list of certified eligible candidates. Her exam score placed her in the top band of this particular COE list, along with six other African-American and 13 Caucasian candidates, and she was selected for this position. In September 2003, Ms. Finch was also selected for the position of Senior Disability Specialist (class code 50403). The data also indicate that Ms. Finch appeared on 16 other lists of certified eligible candidates. On three of those lists, Ms. Finch was considered but did not receive the appointment. For the other 13 COE lists, Ms. Finch removed herself from the selection process by either declining the position or failing to reply to the certification notice. The following table summarizes the certified eligible lists that included Ms. Finch.

**Table 3—Lists of Certified Eligible Candidates that Included Ms. Finch**

| Class Code–Title | Option Code | Register Date | Certified Out Date | Result |
|---|---|---|---|---|
| 11704-ABC Store Cashier I | 0 | 1984-02 | 6/19/1990 | L—Applicant Declined - Availability, Position, Department, Location, Etc. |
| 11704-ABC Store Cashier I | 0 | 1984-02 | 6/19/1990 | L—Applicant Declined - Availability, Position, Department, Location, Etc. |
| 11704-ABC Store Cashier I | 0 | 1984-02 | 7/13/1990 | F—Applicant Failed to Reply |
| 11704-ABC Store Cashier I | 0 | 1984-02 | 7/19/1990 | F—Applicant Failed to Reply |
| 11704-ABC Store Cashier I | 0 | 1984-02 | 7/24/1990 | F—Applicant Failed to Reply |
| 11704-ABC Store Cashier I | 0 | 1984-02 | 8/6/1990 | F—Applicant Failed to Reply |
| 11704-ABC Store Cashier I | 0 | 1984-02 | 8/6/1990 | F—Applicant Failed to Reply |
| 11704-ABC Store Cashier I | 0 | 1984-02 | 8/6/1990 | F—Applicant Failed to Reply |
| 11704-ABC Store Cashier I | 0 | 1984-02 | 8/8/1990 | F—Applicant Failed to Reply |
| 11704-ABC Store Cashier I | 0 | 1984-02 | 8/8/1990 | F—Applicant Failed to Reply |
| 50352-Rehab Counselor | 3 | 1996-04 | 1/15/1997 | C—Applicant Considered |
| 50401-Disability Specialist | 0 | 1996-05 | 4/17/1997 | A—Applicant Appointed |
| 50352-Rehab Counselor | 3 | 1996-04 | 7/16/1997 | B—Applicant Declined - Availability Date Changed |
| 50352-Rehab Counselor | 3 | 1996-04 | 7/16/1997 | B—Applicant Declined - Availability Date Changed |
| 50352-Rehab Counselor | 3 | 1996-04 | 10/27/1997 | C—Applicant Considered |

**Table 3—Lists of Certified Eligible Candidates that Included Ms. Finch**

| Class Code–Title | Option Code | Register Date | Certified Out Date | Result |
|---|---|---|---|---|
| 50352-Rehab Counselor | 3 | 1996-04 | 5/7/1998 | F—Applicant Failed to Reply |
| 50403-Senior Disability Spec | 0 | 1996-06 | 8/26/2003 | C—Applicant Considered |
| 50403-Senior Disability Spec | 0 | 1996-06 | 9/16/2003 | A—Applicant Appointed |

In summary, Ms. Finch has utilized the State Personnel Department's application process since at least 1983, submitting 41 applications.[9]  For the majority (71%) of her applications, she met the minimum qualifications for the position and was placed on the relevant employment register in 25 instances.  Moreover, Ms. Finch appeared on nearly 20 COE lists, removed herself from further consideration from 13 of those lists, and was selected for employment on two occasions.

## IV.    EVALUATION OF MS. FINCH'S APPLICATIONS

The minimum requirements for each class code opening can be found on the job announcements for each position at the time that they are advertised.[10]  The relevant experience or educational requirements for the three positions for which Ms. Finch has claims are shown in Table 4.

---

[9] The electronic application data begins in 1983.  It is possible that Ms. Finch applied to positions prior to 1983, but we do not have an electronic record of those applications.

[10] It is our understanding that Applied Psychological Techniques, Inc. is reviewing the minimum qualifications for each of these positions.

**Table 4—Experience and Educational Requirements for Selected Class Codes**

| Class Code | Relevant Requirement(s) |
|---|---|
| 50221-Senior Service Social Worker | Masters Degree in Social Work from a school of social work accredited by the Council on Social Work Education.[11] |
| 50344-Rehabilitation Spec I | Master's degree in rehabilitation, psychology, counseling, human development, social work, nursing, or allied health occupations. Three years of professional level experience providing independent living skills, special education, vocational rehabilitation, or medical rehabilitation services to individuals with disabilities is also required. Three years of experience in one of the specialty areas below may substitute for the required rehabilitation experience. … This classification also requires knowledge in one or more of the following specialty areas: [v]ocational rehabilitation, independent living, early intervention, nursing, social work, occupational therapy, audiology, nutrition, physical therapy, speech pathology, blindness/visual impairment, deafness/hard of hearing, traumatic brain injury, and learning disabilities.[12] |
| 50345-Rehabilitation Spec II | Master's degree in rehabilitation, psychology, counseling, human development, social work, nursing, or allied health occupations. Four years of professional level experience providing independent living skills, special education, vocational rehabilitation, or medical rehabilitation services to individuals with disabilities is also required. One year of this experience must have included responsibility for either planning and conducting organizational training programs, planning and conducting research, or assisting in the development of organizational programs in the specialty area. Four years of experience in one of the specialty areas below may substitute for the required rehabilitation experience. … This classification also requires knowledge in one or more of the following specialty areas: [v]ocational rehabilitation, independent living, early intervention, nursing, social work, occupational therapy, audiology, nutrition, physical therapy, speech pathology, blindness/visual impairment, deafness/hard of hearing, traumatic brain injury, and learning disabilities.[13] |
| Note: The minimum qualifications pertinent to Ms. Finch's failure to meet the minimum qualifications are provided in this table. For example, the educational requirement is listed for the Senior Service Social Worker position. | |

---

[11] Senior Service Social Worker Job Announcement, dated July 24, 1996.
[12] Rehabilitation Specialist I Job Announcement, dated December 6, 1995.
[13] Rehabilitation Specialist II Job Announcement, dated December 6, 1995.

Ms. Finch's application and deposition testimony both indicate that she did *not* possess the required degree for the Senior Service Social Worker position.[14] She testified that she believed her master's degree in Counseling would be a satisfactory alternative for the Social Work degree,[15] but the job announcement does *not* indicate that any other field of study could be used as a substitute. Ms. Finch also testified that she was qualified for the position because she was a licensed social worker.[16] However, a social worker license is an occupational license, and the job announcement does not indicate that the license can substitute for the educational requirement.[17]

Ms. Finch's applications to the Rehabilitation Specialist positions were judged by SPD to be insufficient with respect to the experience requirements. Ms. Finch's four applications were all submitted for a specific option code, 241-Vocational Rehabilitation and, therefore, Ms. Finch's experience requirements need to be evaluated with respect to this specialty. As Table 4 indicates, these positions required at least three years of professional level experience providing independent living skills, special education, vocational rehabilitation or medical rehabilitation services. When specifically asked whether she had experience in *vocational rehabilitation*, Ms. Finch responded:

> I have a general knowledge of vocational rehabilitation. ...
> And that was one of the things that we taught the residents
> at Glenn Ireland on how to become independent.[18]

In addition, she testified that her prior experience as a Mental Health Worker was sufficient to meet these requirements:

---

[14] Deposition of Audrey D. Finch, October 9, 2001, page 160, lines 7-9.
[15] Deposition of Audrey D. Finch, October 9, 2001, page 160, lines 15-20.
[16] Deposition of Audrey D. Finch, October 9, 2001, page 159, lines 18-23.
[17] As previously noted, Ms. Finch did meet the minimum qualifications for the entry level Social Worker job (class code 50201) as shown in Table 1, but failed based on her education to meet the qualifications for the Senior Service Social Worker job.
[18] Deposition of Audrey D. Finch, October 9, 2001, page 172, lines 17-22.

> I have the knowledge of rehabilitation process (sic), I
> worked with mentally retarded people.  We taught them
> independent living.  I am a licensed social worker.[19]

It appears from Ms. Finch's response that she considered these two different specialties within rehabilitation services (vocational rehabilitation and independent living) to be the same.  However, her description of providing independent living skills at the Glenn Ireland Mental Health facility[20] is not only different from the job duties related to vocational rehabilitation,[21] but also from the scope of the independent living specialty within rehabilitation services.[22]  Lastly, a review of Ms. Finch's applications does not indicate experience in vocational rehabilitation.[23]

## V.    BACKGROUND AND QUALIFICATIONS

Dr. Thornton is a labor economist with a Ph.D. in Economics (1992) from Florida State University.  Her fields of special interest include labor economics, computer analysis of large databases, and applied econometric and statistical analysis.  Since 1986 she has worked as an economist at ERS Group, a SourceCorp company, where she is currently a Director.  Dr. Thornton's billing rate is $350 an hour.

---

[19] Deposition of Audrey D. Finch, October 9, 2001, page 172, lines 10-14.

[20] Ms. Finch described those duties as teaching the mentally disabled "to be independent so that they can go from the facility into an independent living setting."  Deposition of Audrey D. Finch, October 9, 2001, page 171, lines 6-14.  Further, a review of the Mental Health Worker I job announcements do not include "independent living" among the "kind of work" performed.

[21] The focus of the Vocational Rehabilitation Service (VRS) division with the Alabama Department of Rehabilitation Services, is to assist Alabamians with disabilities achieve independence through employment. See: http://www.rehab.state.al.us/Home/default.aspx?url=/Home/Services/VRS/Main.

[22] According to the qualifying information for Rehabilitation Specialist I, "work experience with individuals with disabilities is limited to individuals with *physical disabilities*." (emphasis in original) Ms. Finch's experience as a Mental Health Worker was limited to patients with mental disabilities.

[23] The specific applications for the Rehabilitation Specialist class codes shown in Table 2 were not available. However, we did review the applications from Ms. Finch for 50221-Senior Service Social Worker and 50401-Disability Specialist. Both of these applications were submitted at approximately the same time (September 1996) as the Rehabilitation Specialist applications and each of them detail her job experience as a Mental Health Worker at the Glenn Ireland facility.

J. Michael DuMond is a labor economist with a Ph.D. in Economics (1997) from Florida State University. His fields of special interest include employee compensation and labor economics, the analysis of large databases, and the unique labor markets of professional and collegiate athletics. Dr. DuMond's billing rate is $225 an hour. The curricula vitae and list of publications of Dr. Thornton and Dr. DuMond are contained in Appendix A.

Date: November 1, 2007

_____
Janet R. Thornton, Ph.D.


_____
J. Michael DuMond, Ph.D.

Appendix A



**Tallahassee, FL**
4901 Tower Court
Tallahassee, FL 32303

(850) 562-1211
(850) 562-3838 FAX

www.ersgroup.com

## Janet R. Thornton, Ph.D.
4901 Tower Court • Tallahassee, FL  32303 • (850) 562-1211, xtn. 142
jthornton@ersgroup.com

## PROFESSIONAL EXPERIENCE:

**ERS GROUP**

Director, ERS Group, April 2004 to present.

Dr. Thornton specializes in the use of data analysis and statistical techniques to analyze credit decisions and to determine how employment practices relate to gender, race, ethnicity, and age. She has testified as an expert witness in both credit and employment cases. Dr. Thornton has also designed software to monitor lending practices and has prepared salary, termination, and hiring audits for employers. In conducting these analyses, Dr. Thornton performs project manager duties including the supervision of economists and team members.

Vice President and Senior Research Economist, ERS Group, 1998-2004.
Senior Research Economist, Economic Research Services, Inc., 1997-1998.
Research Economist, Economic Research Services, Inc., 1986-1997.

**Florida State University**
Instructor of Quantitative Methods and Statistics, 2000-2001.

**Georgia Southwestern College**
Part-time Instructor, 1985-1986

**Economic Research Services, Inc.**
Research Assistant, Tallahassee, Florida, Summer 1985

**Florida State University**
Instructor, Economics, 1984-1985

**Economic Research Services, Inc.**
Research Assistant, Tallahassee, Florida, Summer 1984

**Florida State University**
Instructor and Teaching Assistant, Economics, 1982-1984

**University of Central Florida**
Research Assistant, 1981

Revised March 21, 2007

**EDUCATION:**

Ph.D., Florida State University, Economics, 1992

M.S., Florida State University, Economics, 1985

B.A., University of Central Florida, Economics and Political Science, 1981

**HONORS AND AWARDS:**

Omicron Delta Epsilon (Economics)
Omicron Delta Kappa (National Leadership)
Pi Sigma Alpha (Political Science)
Phi Kappa Phi Honor Society
Scholarship to attend Conference on Public Choice, Center for Public Choice, Blacksburg, Virginia, 1983

**SPECIALIZATION:**

Labor and Natural Resource Economics

## PUBLICATIONS AND RESEARCH PAPERS:

"Recent Developments in the Analysis of Employment Practices," (with Joan Haworth and Paul White), Development in Litigation Economics, Vol. 87. Eds. Patrick Gaughan and Robert Thornton, Contemporary Studies in Economic and Financial Analysis. Amsterdam: Elsevier, 2005.

"Minority and Female Owned Business Opportunity in Atlanta," (with Joan G. Haworth), Prepared for the City of Atlanta, October 2000.

"Cohort Analysis and the Determination of Economic Damages Resulting from Employment Discrimination," (with Michael J. Piette). Journal of Forensic Economics, Vol. VIII, No. 1, Winter 1995.

"Using New Labor Force Participation Rates When Computing Economic Damage and Loss: A Methodological Note," (with Michael J. Piette). Journal of Legal Economics, Vol. 4, No. 2, Summer 1994.

"A Human Capital Approach to School Retention," Ph.D. Dissertation, Department of Economics, Florida State University, April 1992.

## PRESENTATIONS/PROFESSIONAL MEETINGS:

Presented "Compensation Tune-Up for 2007: Tools for Analyzing and Monitoring Compensation," a Web Seminar, 2007.

Presented at ERS Group's "Analyzing and Monitoring Compensation in Today's Regulatory Environment" Seminar, Washington, D.C. and San Francisco, CA, 2005.

Presented "Commonly Used Statistical Techniques" and/or "Advanced Statistical Techniques: Compensation Analysis" at ERS Group's "Employment Discrimination: Economic and Statistical

Presentations/Professional Meetings (Cont.)

Evidence" Seminar, Washington, D.D., 2006; Washington, D.C. and New York, 2004; Washington, D.C. and New York, 2003; Chicago and New York, 2002; Dallas, 2001; New York and Los Angeles, 2000; Atlanta, Chicago, and San Francisco, 1999.

Presented "Exposure and Liability – Calculating Damages" at ERS Group's "Employment Discrimination: Economic and Statistical Evidence" Seminar, Los Angeles, 1998.
"The Use of Cohort Analysis in the Litigation Context," (with Michael J. Piette), paper presented at the American Economic Association Meeting, New Orleans, January 1992.

"Changes in Labor Force Participation Rates Over Time:  Some New Evidence From Census Data," (with Michael J. Piette), paper presented at the Southern Economic Association Meeting, Washington D.C., November 1992.

## PROFESSIONAL ASSOCIATIONS AND MEMBERSHIPS:

American Economic Association

National Association of Forensic Economics

## COMPUTER LANGUAGES AND STATISTICAL PACKAGES:

Extensive use and knowledge of FORTRAN, SAS, and SPSS on mainframe and personal computers.  Knowledge and use of FOCUS, BMDP, COBOL, and Pascal.
Use of Atlas Pro Software to construct thematic maps

## COMPUTER SYSTEMS:

IBM RS6000 Model 58H, operating in an IBM UNIX environment

IBM 3090-400 VM-CMS environment at the University of Florida, Gainesville, Florida

Concurrent Corporation/Perkin-Elmer at Economic Research Services, Inc., Tallahassee, Florida

Control Data Cyber 850 at the Florida State University, Tallahassee, Florida



**Tallahassee, FL**
4901 Tower Court
Tallahassee, FL 32303

(850) 562-1211
(850) 562-3838 FAX

www.ersgroup.com

# J. MICHAEL DUMOND
4901 Tower Court • Tallahassee, FL  32303 • (850) 562-1211
mdumond@ersgroup.com

## PROFESSIONAL EXPERIENCE:

**ERS GROUP**
- Research Economist (2001 - present)

Perform economic and statistical analysis of employment issues relating to gender, race, ethnicity, and age. Construct and analyze databases.  Prepare and assist in the preparation of written reports.

**FLORIDA STATE UNIVERSITY**
- Adjunct Professor (2002-Present):

    Courses taught include Labor Economics, SAS Programming, and MS Project.

**BLOCKBUSTER, INC.**
- Director of Franchise Finance (1999-2001)

Responsible for all budgeting, forecasting and financial analysis of the 800+ store franchise division. Designed and implemented projects to improve profitability of both franchisees and franchisor, such as optimal labor allocation methods and alternative methods of acquiring rental product.

- Manager/Director of Modeling and Research (1997-1999)

Developed and supervised the implementation of predictive models for use by the real-estate, product and special format divisions.  Oversaw the worldwide rollout of site-selection modeling applications and assisted in the valuation and pricing of company stores for sale to franchise units.  Expanded the scope of the department by introducing econometric models into business segments that had not previously relied on statistical tools.

- Senior Demographic Research Analyst (1996-1997)

Introduced statistical modeling for the purposes of site-selection in the real estate department.  Initial responsibilities focused on the development of revenue forecasting and cannibalization models for potential new stores.  Subsequently, took on the additional responsibility of designing a product allocation system that simultaneously determines the optimal aggregate purchase amount for the entire company.

## EDUCATION:

Ph.D., Florida State University, Economics, 1997
M.S., Florida State University, Economics, 1994
B.S., Florida State University, Economics, 1991 (Summa Cum Laude)

## SPECIALIZATION:
Labor Economics and Economic Demography.

Revised August 15, 2007

## PUBLICATIONS AND RESEARCH PAPERS:

"An Examination of NBA MVP Voting Behavior:  Does Race Matter?," (with Jay B. Coleman and Allen K. Lynch), Under Review.

"An Economic Model of the College Football Recruiting Process," (with Allen K. Lynch and Jennifer Platania), Journal of Sports Economics, Forthcoming, February 2008.

"Estimating Wage Differentials: When Does Cost-of-Living Matter?" (with Barry Hirsch and David Macpherson), Economic Inquiry, Vol. 37, No. 4, October 1999.

"Two Essays on Wage Differentials," Ph.D. Dissertation, Department of Economics, Florida State University, April 1997.

"Workers Compensation Recipiency in Union and Nonunion Workplaces," (with Barry Hirsch and David Macpherson), Industrial and Labor Relations Review, Vol. 50, No. 2, January 1997.

## PRESENTATIONS / PROFESSIONAL MEETINGS:

"Prob(it)ing the NCAA:  Three Empirical Models on Collegiate Athletics," (with Allen K. Lynch and Jay B. Coleman), 2005, presented at the SAS M2005 Data Mining Conference.  Invited Presentation, Mid-day Keynote Address.

"An Economic Model of the College Football Recruiting Process," paper presented at the Eastern Economic Association meetings, 2005.

"Customer Discrimination in Major League Baseball," (with Allen K. Lynch) paper presented at the Southern Economic Association meetings, 1999.

"Workers' Compensation Recipiency in Union and Nonunion Workplaces," paper presented at the Southern Economic Association meetings, 1995.

"Estimating Wage Differentials:  When Does Cost-of-Living Matter?" paper presented at the Southern Economic Association meetings, 1994.

## PROFESSIONAL ASSOCIATIONS AND MEMBERSHIPS:

American Economic Association

## COMPUTER LANGUAGES AND STATISTICAL PACKAGES:

Extensive use and knowledge of SAS (mainframe and PC) and SPSS.  Highly advanced user of Microsoft Excel, Word, and PowerPoint.



# Exhibit 9

**Finch v. MHMR, et al**
**USDC 2:07 cv 24**
**SPD Motion for Summary Judgment**



**Applied Psychological Techniques, Inc.**

# EXPERT REPORT

*Audrey D. Finch.*
*v.*
*State of Alabama Personnel Department, et al.*

United States District Court

Middle District of Alabama, Northern Division

Civil Action No. 2:07cv27-MHT

October 31, 2007

Prepared By:
Dr. Kathleen K. Lundquist
Dr. Toni S. Locklear
Dr. Mark J. Schmit
Applied Psychological Techniques, Inc.
1 Thorndal Circle, 2nd Floor
Darien, CT 06820

**Exhibit 9**
Finch. 2:07 cv 24
SPD Mtn for Summary Judgment

# TABLE OF CONTENTS

**Narrative Report**

Introduction…………………………………………………………...…………3

Scope of Work……………………………………………………………...……. 7

Preface…………………………………………………………………………….. 9

Executive Summary……………………………………………………………... 10

Opinions

      Opinion 1……...……………………………………………………………... 12

      Opinion 2……………………………………………………………...……. 15

      Opinion 3……………………………………………………………...…….. 19

      Opinion 4………………………………………………………………….... 26

Conclusion…………………………………………………………………….35

Rate of Compensation……………………………………………………………36

Signature Page…………………………………………………………………... 37

**Exhibits**

Exhibit 1. Dr. Lundquist's Curriculum Vita……………………………………… 38
Exhibit 2. Dr. Locklear's Curriculum Vita……………………………………… 53
Exhibit 3. Dr. Schmit's Curriculum Vita……………………………...………… 57
Exhibit 4. Chronology and Content of SPD Staff Training and Development…………… 69
Exhibit 5. IPMAAC Professional Development Examples…………………………... 71
Exhibit 6. Documents Reviewed…………………………………………… 72
Exhibit 7. References…………………………………………………………… 74

**Appendices**

**Appendix A.** Job Analysis and Validation Summaries……………………………77

## INTRODUCTION

We were engaged by the attorneys representing the State of Alabama Personnel Department to provide expert analyses and opinions in the case of *Audrey D. Finch., v. State of Alabama Personnel Department, et al. (Finch).* Drs. Toni S. Locklear and Mark J. Schmit (see curriculum vita for Drs. Lundquist, Locklear, and Schmit in Exhibits 1, 2, and 3) worked with me, Dr. Kathleen K. Lundquist, in the preparation of this report. Our report offers opinions regarding the validity of selection devices used by the State of Alabama Personnel Department (SPD) to screen Audrey Finch for several promotional positions in 1996. An overview of the credentials held by each of us follows.

**Dr. Lundquist:** I am currently employed as President of Applied Psychological Techniques, Inc. (APT), in Darien, Connecticut. I am a Phi Beta Kappa graduate of Fordham University, where I earned a Ph.D. degree in Psychology with a specialization in Psychometrics in 1979. I have been a Fellow with the Psychological Corporation, a Summer Research Fellow with the Educational Testing Service (ETS), and a Research Associate with the National Academy of Sciences' Committee on Ability Testing. My work experience over the past 20 years has been in the areas of Psychometrics and Industrial Psychology, focusing on the development, analysis, and validation of employee selection procedures.

Throughout my professional career, I have extensively researched, designed, and conducted statistical analyses, and provided consultation in the areas of job analysis, test validation, performance appraisal, employment testing, and research design. I have performed consulting work in these areas for major corporations in the banking, financial services, food service, electronics, aerospace, pharmaceutical, telecommunications, and electric utility industries, as well as for federal, state, and local agencies, and not-for-profit organizations.

I am licensed as a Psychologist in the State of Connecticut. My qualifications previously described are set forth in more detail in my curriculum vita, which is attached to this report as Exhibit 1.

I have consulted with both plaintiffs' and defendants' counsel in employment discrimination cases, and have previously testified as an expert witness in numerous such cases. I have served as an expert on testing and validation for both the U. S. Department of Labor and the U. S. Justice Department. I have served as a member of the expert panel on assessment for the U. S. Department of Labor's National Skill Standards Board, and chaired its Endorsement Review Panel.

On more than one occasion, I have been retained by opposing counsel to serve as an expert in a subsequent case. I have also been selected and have served as an expert approved by both defendants' and plaintiffs' counsel to help carry out the provisions of consent decrees in employment discrimination class actions. I am currently serving as a court-appointed expert in the Coca-Cola class action employment discrimination settlement, assisting the external Task Force to review the Company's Human Resources practices, including the areas of staffing and selection. A current list of cases in which I have testified at trial or in deposition in the last four years is appended to my curriculum vita in Exhibit 1.

**Dr. Locklear**: I am currently employed as the Western Regional Director for Applied Psychological Techniques, Inc. (APT), with an office in Kirkland, Washington. I am a graduate of Auburn University where I earned a Ph.D. in Industrial and Organizational Psychology. I have 20 years of professional work experience in the field of I/O Psychology that has included experience in most aspects of the application of Psychology to work settings. I have worked both as an internal and external Consultant to organizations. In these roles I have developed,

4

validated and implemented job analysis processes, employee selection procedures, basic skills assessment, performance management systems, executive assessment centers' processes and procedures, and organizational survey systems for both private and public sector organizations. In addition, I have conducted research in support of employment discrimination litigation, serving as an expert witness and Consultant from the field of Industrial and Organizational Psychology. As part of the Consultant role, I have worked with several organizations in a proactive capacity to help them avoid litigation, conducting HR audits to help these organizations identify gaps between their current practice and industry best practice.

I also have an academic background, having previously taught at Auburn University. My record of publications and presentations includes over a dozen works, primarily in the areas of job analysis and selection system development and validation. I am currently an active member of the American Psychological Association, Society for Industrial and Organizational Psychology, and Puget Sound Association of Industrial and Organizational Psychologists.

My qualifications can be found in my curriculum vita in Exhibit 2.

**Dr. Schmit:** I am currently employed as a Managing Director with Applied Psychological Techniques, Inc. (APT), in Erie, Colorado. I am a graduate of Bowling Green State University, where I earned a Ph.D. in Industrial and Organizational Psychology with a minor in Quantitative Methods. My work experience over the past 20 years has included internal Human Resource roles, academic writing and teaching, and external consulting positions. I have worked in various roles and firms leading the development of HR interventions/systems and applying them within organizations. I have developed recruitment, selection, promotion, performance management, and organizational effectiveness/development tools and systems for numerous organizations. A large portion of my time has been spent specifically working on

5

employee selection and testing projects that have included job analysis and test validation efforts. In this capacity, I have worked with dozens of public, private, and government organizations and have been responsible for many job analyses, test development efforts, and validation studies.

I have taught at Bowling Green State University, Department of Psychology, and the University of Florida, Warrington College of Business. I am currently an affiliate faculty member of the Department of Psychology at Colorado State University. I have published more than 20 professional journal articles and book chapters, and delivered more than 40 presentations at professional meetings on HR and Industrial/Organizational Psychology topics focusing primarily on employee selection and testing issues. I am an active member of the American Psychological Association, Society for Industrial and Organizational Psychology, and Society for Human Resource Management.

Most recently, I have been conducting research as part of employment discrimination litigation, serving as an expert witness and consultant from the field of Industrial and Organizational Psychology. My qualifications can be found in my curriculum vita in Exhibit 3.

**SCOPE OF WORK**

We were retained by the State of Alabama to assist in the litigation process for the individual claims severed from the *Eugene Crum, Jr., et al. v. State of Alabama, et al.* case. This report represents our opinions regarding selection devices relevant to the *Finch* case; specifically devices used for the following classifications and registers:

- 50221 Senior Social Worker (Register Date: 10/96);

- 50344 Rehabilitation Specialist I (Register Date: 02/96); and

- 50345 Rehabilitation Specialist II (Register Date: 02/96).

We relied heavily on both the legal standards (*Uniform Guidelines on Employee Selection Procedures* ("EEOC Uniform Guidelines;" EEOC *et al.*, 1978)), professional standards (*i.e.,* the *Standards for Educational and Psychological Tests* (1999, 1985, 1974) published by the American Psychological Association *et al.* ("APA Standards") and the *Principles for the Validation and Use of Employee Selection Procedures* (2003, 1987, 1980, 1975) authored by the Society for Industrial and Organizational Psychology ("SIOP Principles")), and professional literature in forming our opinions.

During the years that we have been assisting the State of Alabama, we have engaged in various activities at the request of the state. We have been retained to assist in the litigation process for several cases, including *Reynolds et al. v. Alabama Department of Transportation, et al. (Reynolds)* and *Eugene Crum, Jr., et al. v. State of Alabama, et al. (Crum)*. We have gathered and analyzed data related to the State of Alabama and Alabama Department of Transportation (ALDOT) selection and promotion processes, as well as advised representatives of the State of Alabama, including outside counsel, with respect to arguments raised by plaintiffs, their counsel, and their expert(s). When requested by the State of Alabama, we have interacted with other

7

experts and their staff retained by the State of Alabama to brief them on our activities and to be briefed on the activities of these other experts. These interactions were intended to help experts avoid duplication of efforts, as well as to ensure that all allegations and arguments of the plaintiffs and plaintiffs' counsel and experts received consideration. In particular, we have interacted with defendant's statistical experts in this case, Drs. Joan Haworth and Janet Thornton of Economic Research Services (ERS), and Dr. Frank Landy of SHL USA, Inc. (now with Landy Litigation Services Group), who is the lead expert for the defendants in the *Crum* case. In our report, we make explicit the interactions and products of these interactions used to form our opinions in this case.

Dr. Schmit has worked with APT and the State of Alabama in multiple ways. Dr. Schmit's circumstances in support of this case are unique, as Dr. Schmit has worked for both Dr. Landy of SHL, assisting him on litigation support for the *Crum* case (July, 2003 – October, 2005) and Dr. Lundquist of APT, assisting her and Dr. Locklear on litigation support for the *Reynolds et al. v. Alabama Department of Transportation, et al. (Reynolds)* case (October, 2005 – present). Prior to his leaving SHL on October 28, 2005, we worked with Dr. Schmit during his tenure at SHL to maintain the consistency of the approaches and methods used by both SHL and APT across the two overlapping cases. Dr. Schmit has continued to play the roles of integrator of information and maintainer of consistency across case support activities of the two cases since joining APT on October 31, 2005. In addition, he has worked with Drs. Lundquist and Locklear in forming opinions for this, the *Finch*, case.

**PREFACE**

For purposes of establishing the content validity of the challenged selection/promotion procedures, the relevant case materials included the State Personnel Department (SPD) Exam History Files, which contained exam announcements, contemporaneous memos, validation and job analysis reports and other related documents. Although the Exam History Files contained the core of the necessary validity information, ancillary documents existed that further illuminated a particular Exam History File, such as the SPD Manuals. A list of the materials we reviewed appears in Exhibit 6.

A substantial body of professional and scientific literature exists on topics relevant to the current litigation. These topics include job analysis methodologies, validity models, and the development and scoring of MQs and other assessment techniques used for selecting and promoting employees. This literature has grown and changed over the past three decades. The practices of the State of Alabama, carried out by the SPD, have also evolved over those years. Similarly, the professional and scientific standards have changed over time in response to the accumulating scientific knowledge base. In the formation of our opinions contained in this report, we carefully considered the "state-of-the-profession" during the relevant timeframe when evaluating the job analysis, test development, and other related topics concerning a particular classification and register. Furthermore, we agreed it was inappropriate to apply standards or guidelines established at a later point in time to practices implemented well before a particular standard was established. The professional and scientific literature consulted in developing this report and Appendix A are listed in Exhibit 7.

**EXECUTIVE SUMMARY**

Our review and analyses in this case were used to render several opinions regarding the degree to which the job analysis and validation practices and procedures used by the State of Alabama conformed to both professional standards and legal guidelines. The following opinions are included in our report along with detailed explanations for how and why we render these opinions.

Opinion 1: The process used by the State of Alabama to develop, validate, and administer employee selection systems is consistent with both legal and professional standards.

Opinion 2: The SPD staff, who perform job analyses, test development and related professional activities, were well trained and provided with professional resources to carry out these tasks effectively.

Opinion 3: Job analysis is the foundation for developing job-related selection practices. The job analysis approaches used by the State for the target classifications and registers were consistent with professional standards that existed at the time these approaches were implemented.

Opinion 4: The State of Alabama used multiple forms of examinations and MQs in the selection systems designed for its agencies. The selection devices and validation methods used by the State of Alabama for the target classifications and registers in this case were consistent with the professional standards that were in place at the time of development and validation.

In general, it is our professional opinion that the practices and procedures used by the State of Alabama in job analyses, validation, and system implementation for the target

10

classifications and registers were consistent with professional standards and legal guidelines. Accordingly, we believe that there was sufficient existing job analysis and validation evidence in the State of Alabama Exam History files, to render an opinion that the classifications and registers included in this case were content valid.

**OPINIONS**

**Opinion 1.  The process used by the State of Alabama to develop, validate, and administer employee selection systems is consistent with both legal and professional standards.**

In general, the process by which employee selection systems were, and continue to be, initiated, developed, validated, and administered by the SPD is presented in Figure A.  From this figure, it can be seen that the agency with a vacancy initiates the process by submitting a request for an examination to be administered.  This request results in the assembling of job analysis information by the SPD, the development of an exam plan and one or multiple assessment devices (*e.g.,* minimum qualifications, multiple-choice job knowledge exam, training and experience exam), the administration of that exam or exams, the establishment of a register based on the results of that exam or exams, and finally, the issuance of a Certificate of Eligibles (COE) from that register.  Personnel Analysts were assigned by the SPD to develop and administer exams based on their knowledge and experience with specific classifications.  This process applies to the case where a new test is developed to create a register.  Agencies can also request a COE from an existing register.  This process used by the SPD for developing employee selection systems was consistently followed during the timeframe relevant in this case.

As part of our review of the process used by the State of Alabama to develop, validate, and administer employee selection systems (as depicted in Figure A), we compared this process to that of other state governments (Hays & Sosa, 2005; Seldon, Ingraham, & Jacobson, 2001), and noted best practices in the selection of public workers (Lavigna & Hays, 2004) and the selection of employees in general (Guion, 1998).  The multiple step process shown in Figure A is consistent with professional standards in general (Guion, 1998, pp 6-7), and more specifically, is consistent with professional standards of state government organizations (Guion, 1998, pp. 9-10;

Hays & Sosa, 2005; Selden, Ingraham, & Jacobson, 2001). It is our opinion that the State of Alabama used a systematic process to ensure the job-relatedness of selection systems it used for specific classifications and administered this system in a consistent manner across the years involved in this case.

We will provide more specific opinions regarding individual elements of this system in the following sections. We will also provide opinions regarding the specific classifications and registers to which this system was applied.

**Figure A.  Typical SPD Selection System Development Process**



**Opinion 2.  The SPD staff, who perform job analyses, test development and related professional activities, were well trained and provided with professional resources to carry out these tasks effectively.**

Reliance on a group of trained test development professionals, such as those in the SPD, is a practice that is highly consistent with professional standards.

> "All persons within the organizations who have responsibilities related to the use of employment tests and related predictors should be qualified through appropriate training to carry out their responsibilities.  The person in charge of a selection program should understand the principles of measurement, the limitations on the interpretations of test scores and other aspects of the literature relevant to the use of selection procedures and employment problems.    Persons  in  the  organization  who  have responsibilities related to the selection program should have the training necessary to carry out those responsibilities competently" (*SIOP Principles*, 1987, p.133).

> "Standard 11.3 - Responsibility for test use should be assumed by or delegated only to those individuals who have the training, professional credentials, and experience necessary to handle this responsibility.  Any special qualifications for test administration or interpretation specified in the test manual should be met" (*APA Standards*, 1999, p.114).

> "Standard 12.1 - Those who use psychological tests should confine their testing and related assessment activities to their areas of competence, as demonstrated through education, supervised training, experience, and appropriate credentialing" (*APA Standards*, 1999, p.131).

The State of Alabama has invested substantial resources in both internal and external professional development for the SPD staff dating back to the 1970s.  This investment was demonstrated by frequent contracts with external consultants considered to be leaders in the profession for both specific consultation about procedures for and the presentation of general training and development workshops.  The commitment was

further affirmed by the hiring of internal I/O Psychologists, who mentored and supervised the work of the SPD personnel working on job analysis, exam development, exam validation, and related tasks.

The chronology and elements of the continuing process of professional, scientific, and legal updating, training, and development of the SPD personnel appear in Exhibits 4 & 5.[1]  As can be seen from these depictions of events, many training and development interventions and consultations were undertaken during the timeframe of this case that were specific to job analysis, exam development, and validation practices.  The professionals who engaged in these activities included I-O Psychologists who were influential in setting professional standards in their field of expertise.  These initiatives demonstrate that the State of Alabama continually updated their key personnel on job analysis, assessment, and validation practices, and was committed to the integration of recent developments into the procedures, tools, and systems associated with these practices.

The SPD incumbents also were provided substantial external training opportunities. For example, employees' were provided resources to attend the annual conference of the International Personnel Management Association Assessment Council (IPMAAC), the primary scientific and professional association for governmental HR theory and practice. Another development opportunity provided by the SPD was to send I/O Psychologists to the annual conference of the Society of Industrial and Organizational Psychology (SIOP). Many of the SPD staff regularly attended IPMAAC and/or SIOP conferences,

---

[1] These exhibits were developed by the SHL Litigation Support Group under the direction of Drs. Frank Landy and Mark Schmit as part of their expert work on the *Crum* case.

demonstrating a commitment of the SPD to provide professional development opportunities to its staff.

Using centralized, trained personnel, such as those in the SPD, to develop selection or promotion systems increases efficiency and controls costs. In organizations that do not have a group continuously trained on specialized skills, there is less ability to update and tailor selection procedures across time. For example, it is clear both from the wide variety of assessment devices used by the State of Alabama and its agencies, as well as the internal and external professional updating efforts, that the SPD was informed about the current state of the profession regarding less adverse alternative selection procedures when they proposed the use of particular assessment devices or procedures for a particular classification and register. The SPD developed sections of practice manuals on this topic and kept records of communications they had with other states on the topic over the years. This centralized repository of knowledge and practice served state agencies well, as the SPD worked with them to design selection exams and procedures with the maximum validity and minimum adverse impact.

It is our opinion that the SPD made substantial efforts to continually train and develop staff over the period of time involved in this case. In addition, our review of the job analysis and validation documents related to both the *Reynolds* and *Crum* cases found that changes in practice within the SPD over time coincided with changes in professional practices, which we believe was a direct result of the employees' training and development.

The *Rules of the State Personnel Board* and other supporting SPD manuals and documents set the parameters for the approaches used by the SPD. Among the objectives of these documents is to provide guidance on how best to run a fair, effective, and efficient employee selection system that provides benefits to all constituencies, while meeting the business necessities of the State of Alabama. The SPD has used both internal and external resources, as shown in Exhibit 5, to develop these rules, manuals, and other support documents to ensure these objectives are met. Our review of these materials found that the State of Alabama has made significant efforts and substantial resource investments to ensure that current professional practice is documented in a timely manner consistent with the evolution of professional standards. These documents and materials provided the SPD management the tools to effectively, efficiently, and fairly implement practices consistent with professional practice.

Accordingly, it is our opinion that the State of Alabama systematically trained, developed, and managed its SPD personnel in accordance with evolving professional standards and legal guidelines.

**Opinion 3.   Job analysis is the foundation for developing job-related selection practices. The job analysis approaches used by the State for the target classifications and registers were consistent with professional standards that existed at the time these approaches were implemented.**

Job analysis is a systematic process of studying a job and identifying key information on the important work-related aspects of a job. As such, job analysis is the foundation for most HR practices, including employee selection systems. Legal and professional standards, guidelines, and principles (*i.e., APA Standards*, 1999; *EEOC Uniform Guidelines*, 1978; *SIOP Principles*, 2003) require job analysis in the development of legally defensible, fair, and effective selection systems. The role of job analysis is to identify important work behaviors and/or tasks that define a particular job. Job analysis is also used for identifying the requirements for personnel performing the work behaviors and/or task, such as the knowledge, skills, or abilities (KSAs) or other personal characteristics, needed for successful performance. This information then allows the test developer to construct a test that has obvious and direct links both to the work behaviors and/or tasks and to the underlying KSAs. These linkages determine the job relatedness of a test.

The State of Alabama has consistently recognized that job analysis is the foundation for the development of personnel selection and promotion systems. Evidence of this obligation to conduct job analyses is found at the beginning of various documents produced by the SPD over the years. Table 1 illustrates some of the statements the SPD has made regarding the importance of job analysis.

**Table 1. Job Analysis Specifications as Documented in SPD Manuals**

| SPD Source | Quote |
|---|---|
| Manual of Operating Procedures, Exam Division, SPD, Revised: Sept. 1987 | "Before an announcement is prepared, the class specification, Examination History File, and other pertinent information will be reviewed and a job analysis conducted" (p. 2).<br><br>"The job analysis will be conducted to determine and record in the prescribed format the principle tasks and duties of the class. This analysis should also reveal those KSAs necessary to perform the tasks and duties…" (p. 3).<br><br>"This [job analysis] information will be used as the basis for the examination announcement and the identification and development of applicant appraisal procedures" (p. 3).<br><br>"The purpose of the Job Analysis Worksheet is to document a job study conducted to determine what is to be done on a job, the conditions under which the work is performed, its relationship to other jobs, the knowledge, skills, and abilities necessary to carry out these tasks, and the personal capabilities required for satisfactory performance" ( Attachment D, p. 1). |
| Procedures Manual, Exam Division, SPD, Revised: April 1993 | "The responsible analyst will contact the department's director(s) or personnel manager(s) as appropriate to determine whom they should contact to initiate the job study and to make arrangements to conduct the type of job analysis the specific situation warrants" (p. 6).<br><br>"A job analysis will then be conducted to determine and record in the prescribed format a comprehensive listing of tasks performed by that class.  This analysis should also reveal those KSAs necessary to perform the tasks, relative importance of the KSAs to the job, extent necessary to possess KSAs before entering job, and extent KSAs distinguish between adequate and superior job performance" (p. 7).<br><br>"Once task and KSA statements are finalized, Subject Matter Expert Job Analysis Questionnaires should be sent to job incumbents, supervisors, and other participants in the study" (p. 7). |

| SPD Source | Quote |
|---|---|
| | "Job analysis is a systematic process of examining and analyzing the important work behaviors performed on the job and the knowledge, skills, and abilities required to perform these work behaviors" (Attachment F, p. 1). |
| Developing Job-Related Selection Procedures, Vol. I, Alabama Job Analysis Method, Training Manual, August 17, 1993 | "Job analysis is an involved process which includes collecting, analyzing and interpreting job-related information needed for organizational administration and human resource management activities" (p. 1).<br><br>"For both legal and practical purposes, any selection or promotion procedures, job classification or pay plan systems, performance appraisal systems, or training programs must be based on a sound analysis of the job" (p. 83).<br><br>"To conform with legislation involving equal employment opportunity, any decision affecting applicant or employee rights must be job related, and what is considered "job related" is defined by job analysis (p. 83).<br><br>"The method used and the nature of the information to be obtained are generally dictated by the purpose for which the information is to be used" (p. 5).<br><br>"The job analysis method presented in this guide is designed to conform with the federal *Uniform Guidelines on Employee Selection Procedures* (Equal Employment Opportunity Commission, Civil Service Commission, Department of Labor, & Department of Justice, 1978) and professional standards for the development of employment tests as contained in the *Standards for Educational and Psychological Testing* (American Education Research Association, American Psychological Association & National Council on Measurement in Education, 1985) and *The Principles for the Validation and Use of Personnel Selection Procedures* (Society for Industrial and Organizational Psychology, 1987)" (p. 5). |

| SPD Source | Quote |
|---|---|
| Personnel Procedures Manual, 1st Revision, March 1999 and 4th Revision, February 2002. | "An examination analyst from the State Personnel Department will contact the agency to conduct a Job Analysis.  The Job Analysis will determine the knowledges, skills, and abilities needed to perform the job's essential and non-essential functions as well as the minimum qualifications needed for the job.  To collect other relevant information needed to design the selection device, the examination analyst may request on-site job observation; meetings with a departmental personnel manager, supervisors, and/or job incumbent (Section II, p. 1).<br><br>"Job analysis is required to legally prove the validity of a selection device (*i.e.,* that the test measures the job). Job analysis must be performed according to established professional criteria before a test can be developed and an Examination Announcement published" (Section II, p. 1). |
| Personnel Procedures Manual, State of Alabama Personnel Department, Nov. 1998 Edition, 4th Revision, February 2002. | "Job analysis is required to legally prove the validity of a selection device (*i.e.,* that the test measures the job).  Job analysis must be performed according to established professional criteria before a test can be developed and an Examination Announcement published" (Section II, p. 1). |

This summary of SPD documents demonstrates that job analysis has been, and remains, the initial, necessary step in the development of selection and promotion systems at the State of Alabama.  This practice is consistent with professional and legal standards.

For the classifications and registers relevant to the *Finch* case, the State of Alabama used a variety of job analysis methods, consistently using multiple approaches for the same job.  These methods included:

1. Review of previous job related information (*e.g.,* previous exam announcements, job analysis, and classification studies)

2. Job observations by a Personnel Analyst and/or external consultant

22

3. SME interviews/discussions lead by Personnel Analysts and/or external consultants
   - Interviews
   - SME group meetings

4. Job Analysis Questionnaires (JAQs) administered to a sample of incumbents and/or supervisors in a paper survey format
   o Task and KSA ratings
   o Task to KSA linkages

All of these methods are consistent with professional standards. As noted by the *SIOP Principles* (2003):

> "There is no single approach that is the preferred method for the analysis of work. The analyses used in a specific study of work are a function of the nature of the work, current information about the work, the organizational setting, the workers themselves, and the purpose of the study. Understanding the organization's requirements or objectives is important when selecting an appropriate method for conducting the analysis of work. The choice of method and the identification of information to be gathered by the method should include the relevant literature" (p. 11).

The job analysis methods used by the State varied as a function of the current information available about the job, the number of incumbents in the job, and the context of the work (*e.g.,* static versus dynamic). There is clear evidence in the professional literature on job analysis that methods and practices have changed widely as research and litigation accumulated over the past 30 years. The use of relatively large and representative (*e.g.,* sex race, tenure, geography) samples of SMES in job analysis procedures was emphasized between, approximately, 1985 to 1995 (Harvey, 1991; Landy & Vasey, 1991). In addition, multiple methods of collecting job information became widely accepted to increase the amount and quality (*i.e.,* reliability, validity, and accuracy) of information gathered (*e.g.,* Goldstein, Zedeck, & Schneider, 1993; Veres, Lahey, &

23

Buckly, 1987). Between, approximately, the years 1995 to 2005, research suggested a middle ground of sorts. Relatively small, knowledgeable committees of SMEs can be just as reliable and accurate in providing job information as are large samples of SMEs (*e.g.,* Maurer & Tross, 2000; Tannenbaum & Wesley, 1993). Experts on the topic sum up the research in this area in this way:

> Given these findings, we generally recommend that large, representative samples of informants be used to make ratings of tasks. However, should circumstances require, technical panels of carefully selected job experts with broad experience in the job under study can provide ratings very similar to large samples of incumbents ..." (Brannick & Levine, 2002, pp. 57-58).

These examples demonstrate some of the big picture changes that occurred in roughly the last 20 years of job analysis research. The State of Alabama job analysis procedures closely followed the evolution of the professional standards.

Since 1995, virtually all of the State's job analyses have been comprehensive in nature. These more comprehensive job analyses included reviews of background information, group discussion meetings with incumbents/supervisors, and completion of JAQs by a sample of incumbents/supervisors. In addition, the number of SMEs used and the representative nature of the SME samples increased. More emphasis was placed on:

(a) greater representation of multiple agencies that used the same classifications,

(b) the use of more methods of analysis in a single study (*e.g.,* background information, observation, interviews, discussions, JAQs),

(c) the inclusion of supervisors and higher-level incumbents in a promotional line, and

(d) the development of more specific work behaviors/task and KSAs (a move from

"molar" to "molecular": Veres, Lahey, & Buckly, 1987, pp. 155-156), which

also led to greater numbers of these job and person elements being considered

in test development.

Again, all of these changes are consistent with the research and changes in practice in the

profession.

In summary, it is our professional opinion that the approaches used by the State of

Alabama to analyze the target classifications and registers, including the detailed aspects of

these approaches, were consistent with professional standards and legal guidelines that

existed in the mid 1990s. And, as noted in our previous opinion, the SPD Analysts and

other professional staff were well trained through a continual, evolving process consistent

with the professional practices of the time period (cf. Sims & Veres, 1985).

**Opinion 4.  The State of Alabama used multiple forms of examinations and MQs in the selection systems designed for its agencies.  The selection devices and validation methods used at the State of Alabama for the target classifications and registers in this case were consistent with the professional standards that were in place at the time of their development and validation.**

There are three models of validation commonly used to demonstrate the job relatedness (or validity) of an assessment device.  The models have been referred to as criterion-related, content, and construct validity designs (Guion, 1998).  Each of these three designs has been deemed adequate for establishing job relatedness, with no one method showing superiority (Guion, 1991, 1998; Landy, 1986; *SIOP Principles*, 2003; *Uniform Guidelines*, 1978).  The design chosen by the SPD to ensure the job relatedness of its assessment procedures for the target classifications was the content validity design.

The important thing to keep in mind is all forms of validity share a common goal – to permit the inference that people who do better in the assessment procedures will perform better on the job in question (Guion, 1991, 1998; Landy, 1986, 1989).  The evaluation of the content validity of a selection procedure has been addressed by both the federal *Uniform Guidelines on Employee Selection Procedures* (EEOC *et al.*, 1978) and by professional standards (*i.e., APA Standards*, 1999, 1985, 1974; *SIOP Principles*, 2003, 1987, 1980, 1975).  In addition, a body of professional literature has addressed the issue of what is required to demonstrate a selection procedure's validity (see Gatewood & Feild, 2001).

26

Determining the content validity of an examination rests on whether the test is asking appropriate questions that are relevant to the job (*i.e.*, to what extent the knowledge, skills, and abilities (KSAs) measured by the test are required for successful job performance).

> The closer the content and the context of the selection procedure are to work samples or work behaviors, the stronger is the basis for showing content validity. (*Uniform Guidelines*, 1978, Section 1607.14(C)4)

Carefully developed testing procedures, which measure KSAs critical to the job, are more likely to identify which examinees will be able to successfully perform the job; hence these procedures are more likely to demonstrate validity. As explained in the *APA Standards*,

> Validity is the most important consideration in test evaluation. The concept refers to the appropriateness, meaningfulness and usefulness of the specific inferences from test scores. Test validation is the process of accumulating evidence to support such inferences....Although evidence may be accumulated in many ways, validity always refers to the degree to which that evidence supports the inferences that are made from the scores. (*APA Standards*, 1985, p. 9).

In this case, the interpretation made about the meaning of the test scores was that candidates who scored higher on the selection process for a certain classification would be better performers on the job. Thus, if the evidence showed that the test measured critical aspects of the job performance domain, inferences about job performance based on the test would be justified (Binning & Barrett, 1989; Guion, 1991, 1998; Schmitt & Landy, 1993; *SIOP Principles*, 2003).

Evidence of content validity involves the examination of a series of links:

1. The link between the critical tasks performed on the job and the requisite skills or abilities needed to perform the job;

2. The match between the requisite skills and abilities needed to perform the job and the test questions, and

3. The connection between the content of test questions and critical tasks performed on the job (Goldstein, Zedeck & Schneider, 1993).

Specifically, there is evidence for content validity when the required skills being assessed relate to the important tasks of the job, the required KSAs are assessed by the test items, and the important job tasks relate to the test items. These linkages seek to demonstrate the close link between test content and job content.

The SPD was aware of the requirements for content validation. Excerpts from the SPD technical manuals document this understanding. These excerpts appear as Table 2.

**Table 2. Content Validation Specifications as Documented in SPD Manuals**

| SPD Source | Quote |
|---|---|
| Developing Job-Related Selection Procedures, Vol. I, Alabama Job Analysis Method, Training Manual, August 17, 1993 | "A selection system is said to be content valid when the knowledge, skills, and abilities (KSAs) measured by the system match the content of the job. You must know exactly what the job entails before you can be confident that a selection system measures a representative sample of job requirements. Information specific enough to make the inference that the selection system matches the content of the job can only be generated through a thorough job analysis" (p. 5). "Once a thorough job analysis has been conducted, selection systems can be developed based on this information. Selection systems based on, and developed to match, the results of job analysis are content valid" (p. 5). |

| SPD Source | Quote |
|---|---|
| Developing Job-Related Selection Procedures, Vol. II, Selection Procedure Plan, Training Manual, August 17, 1993 | "In general terms, when you validate a selection procedure you demonstrate that there is a relationship between performance on the procedure and performance on a job" (p. 2). "Depending on the applicant pool in comparison to the number of positions you intend to fill, different selection procedures may be more efficient for your purposes. If there is a large applicant pool in comparison to a small applicant pool, you would have different considerations with respect to the development and administration of selection procedures" (p. 15). "1) Identify qualifying KSAs, 2) Choose KSAs to measure in your selection procedure, 3) Choose specific methods for measuring the KSAs, 4) Determine what proportion of KSAs the overall selection procedure tests, 5) Determine the proportion of an individual selection procedure that tests any given KSAs, and 6) Decide how the scores will be used for selection. A selection procedure resulting from these steps will closely match the content domain of the job and result in valuable selection information" (p. 20). |
| Developing Job-Related Selection Procedures, Vol. III, Selection Procedure Construction, Training Manual, August 17, 1993 | "The principles presented throughout this volume are parallel to professional and governmental standards relating to test development (*The Uniform Guidelines on Employee Selection*, 1978; *Principles for the Validation and Use of Personnel Selection Procedures*, 1987; and *Standards for Educational and Psychological Testing*, 1986)" (p. 1). "Content validation is a process that results in a selection procedure that matches the content of the job in question. This type of procedure involves identifying the knowledges, skills, and abilities that are required for the job. Usually this is done through expert judgment. When the experts (*e.g.,* job incumbents) judge that the important knowledges, skills, and abilities are tapped by the procedure, and that each of the knowledges, skills, and abilities tapped in the procedure are represented in comparison with the job, the procedure then may be considered valid" (p. 4). |

| SPD Source | Quote |
|---|---|
| | "Selection procedure development should have two primary goals: increasing utility and reducing adverse impact. First the procedure must be one that is useful for selecting the best candidates for the position in question. If the test lacks validity in selecting those individuals who are the most qualified for the job, then it is not considered a useful procedure. Next, the procedure must meet the standards set forth in Title VII. The procedure must be constructed in such a way to further ensure that the selection procedure is fair to all candidates" (p. 82). |

Additionally, two exhibits referenced earlier (*i.e.,* Exhibits 4 and 5) document the ongoing efforts of the SPD to remain current on accepted practice in test validation.

### Review of Job Analysis and Validation Evidence

Each of the Exam History Files that included information about target classifications and registers listed was reviewed by us for compliance with professional standards and legal guidelines (*APA Standards,* 1999, *EEOC Uniform Guidelines,* 1978; *SIOP Principles,* 2003). Appendix A to this report contains narrative summaries of the job analysis and exam validation evidence found in our reviews of the Exam History Files maintained by the State of Alabama for the three classifications relevant to this case. The actual strategies used to document job relatedness for each classification and register we examined are described in these individual validity reports.

Our review found that sufficient evidence was present in the files to render an opinion about compliance with professional standards and legal guidelines for job analysis and validation. Moroever, our review indicates that the SPD used appropriate techniques to content validate exams used for the target classifications and registers in this case.

30

The content validation strategies outlined in Appendix A include a series of critical linkages that provide evidence of content validity. For each example, there were (a) linkages between important tasks and KSAs performed on the job, collected as part of the job analysis process, (b) linkages between requisite KSAs, and exam items or MQs, and (c) connections between exam items or MQs and important tasks performed on the job. The various linkage approaches used in validation met the professional standards for content validity delineated earlier in this report (a la Goldstein, Zedeck, & Schneider, 1993). It is our professional opinion that content validity was demonstrated for the MQs and exams covered by this litigation.

**Types of Exams**

The State of Alabama has relied on many different types of exams over the years. These exam types have ranged from a traditional paper and pencil, multiple-choice test to ratings of qualifications, training, and experience. Our review of the Exam History Files for the *Reynolds, Crum* and *Finch* cases found that the choice of the type of exam that was used was based on factors consistent with professional standards (*e.g.,* Guion, 1998) and the evolution of selection devices over time (*e.g.,* Hays & Sosa, 2005). The factors considered by the State of Alabama included the size of the pool of applicants, the number of anticipated openings, the findings from the literature about the efficacy of certain test strategies across those years, the differential potential for adverse impact among possible tests, and the types of KSAs or other characteristics that needed to be measured. The various methods that were used by the SPD for the target classifications and registers in

this case are described below, together with the applicable professional research on these methods.

**Minimum Qualifications.** MQs are assessed by examining an application form for evidence of necessary prerequisite education, training, and/or experiences for minimally acceptable performance on the job. They are typically reviewed as a first step in the selection process prior to the administration of other exams. All applicants who hold the MQs are moved on in the selection process to participate in further assessments. Conversely, applicants who do not possess the MQs do not continue in the selection process. An inference is made that individuals who do not possess the necessary MQs are less likely to achieve a level of minimally-acceptable performance, regardless of the other KSAs they may have and may or may not have demonstrated in past work or educational environments.

MQs are frequently used as an initial screen in a selection or promotion process because they provide a fast, effective, and job-relevant method for assessing large numbers of applicants. MQs are used nearly universally in federal, state, and local government selection systems and have been found to be valid, job-related measures (Buster, Roth, & Bobko, 2005; Levine, Maye, Ulm, & Gordon, 1997). In the private sector, MQ assessments tend to be less formal in their application, but they are used by almost every recruiter and hiring manager as a method to develop "short-lists" of applicants or "short-stacks" of resumes (Buster et al., 2005). MQs were used in all of the selection processes for the classifications considered in this case.

**Accomplishment Record (Experience Record Questionnaire/Supplemental Questionnaire).** Training and experience can also be evaluated through the use of accomplishment records. This form of assessment requires the candidate to identify specific examples of past accomplishments that demonstrate his or her experience in performing essential tasks and duties of the position (Hough, 1984; Hough, Keyes, & Dunnette, 1983). Documentation of where the accomplishments were achieved is also frequently an element of this assessment. The accomplishments listed by the applicant are scored as the result of an evaluation by trained raters using pre-set criteria with assigned numerical scores based on the degree of relevance of the accomplishment to required KSAs and/or tasks or work behaviors.

Accomplishment records have been found to be both reliable and job related (Hough et al, 1983; Hough, 1984; Sackett, Schmitt, Ellingson, & Kabin, 2001). In addition, the research on accomplishment records has reported less adverse impact against minority applicants than more traditional assessment methods (Hough et al, 1983). In the State of Alabama, the accomplishment record is typically known as an Experience Record Questionnaire (ERQ), or alternatively as a Supplemental Questionnaire (which is a variation of the ERQ). These state specific methods usually are task- and/or KSA-based questionnaires that require the applicant to list both associated training/job experience accomplishments and where these training/job experiences were accomplished.

In summary, the types of exams used by the State of Alabama in this case were consistent with those used in professional practice. Further, these types of measures have been demonstrated to be reliable methods and have been validated frequently with similar

33

types of jobs to those within state agencies (for reviews, see Gatewood & Feild, 2001 and Salgado, Viswesvaran, & Ones, 2001). It is our opinion that the State of Alabama made appropriate decisions in selecting the type of exam to use for each classification and register. These decisions were consistent with professional standards. In addition, it is our opinion that the State of Alabama exams closely resembled the types of exams defined, researched, and reported in the professional literature.

In conclusion, it is our professional opinion that content validity was demonstrated for the exams used by the State of Alabama in this litigation. The methods used to establish this job-relatedness were consistent with professional, scientific, and legal guidelines current at the time the assessment devices were developed, validated, and administered.

**CONCLUSION**

The results of our reviews led us to conclude there was sufficient job analysis and validation evidence for the target classifications in this case. Specifically, content validity was demonstrated for the selection devices used for the following classifications and registers:

- 50221 Senior Social Worker (Register Date: 10/96);

- 50344 Rehabilitation Specialist I (Register Date: 02/96); and

- 50345 Rehabilitation Specialist II (Register Date: 02/96).

**RATE OF COMPENSATION**

APT is being compensated for the studies involved in forming our opinions. Dr. Lundquist's work is billed at the rate of $400 per hour for all expert work in this case, while Drs. Locklear and Schmit are billed at a rate of $300 per hour. APT is being compensated for the time of additional members of the staff at negotiated hourly billing rates, ranging from $50 to $250 per hour. Out of pocket expenses incurred in connection with APT's assistance in this case are also being reimbursed.

I declare under penalty of perjury under the laws of the United States of America and the State of Alabama that the foregoing is true and correct to the best of my knowledge and belief. Executed this 31st day of October, 2007, in Darien, Connecticut.

Kathleen K. Lundquist, Ph.D.

Toni S. Locklear, Ph.D.

Mark J. Schmit, Ph.D.

## Exhibit 1.  Dr. Lundquist's Curriculum Vita

### KATHLEEN KAPPY LUNDQUIST

Applied Psychological Techniques
One Thorndal Circle
Darien, CT  06820
Business:  (203) 655-7779

### EDUCATION

| | | | |
|---|---|---|---|
| Ph.D. | Psychometrics | Fordham University | 1979 |
| M.A. | Psychometrics | Fordham University | 1976 |
| B.A. summa cum laude | Psychology | College of Mt. St. Vincent | 1974 |

### PROFESSIONAL EXPERIENCE

1995 to Present    ***APPLIED PSYCHOLOGICAL TECHNIQUES***

*President.*  Founded and manages the firm, which provides consulting services in the design and validation of employee selection procedures, performance management, downsizing and executive assessment for Fortune 100 clients in the aerospace, banking, pharmaceutical, telecommunications, consulting and utility industries.  Project experience also includes a variety of public sector employers.  Conducts litigation support activities, including serving as an expert witness for both plaintiffs and defendants.

Dr. Lundquist currently serves as a court-appointed Joint Expert in the Coca-Cola Discrimination Task Force.

1990 to 1995    ***HRStrategies***

1991 to 1995    *Vice President.*  Responsible for managing the New York Regional Office of HRStrategies, providing consulting services in skills assessment, survey design, test development, and validation projects for clients primarily in Fortune 100 companies.

1990 to 1991    *Managing Principal.*  Opened the New York Regional Office of HRStrategies.

| | |
|---|---|
| 1989 to 1990 | **HEWITT ASSOCIATES** |

*Consultant.* Provided assistance to clients in the design and implementation of performance management and other human resource programs. Special expertise in the areas of construction and validation of selection systems and management of large scale research projects.

| | |
|---|---|
| 1979 to 1990 | **SOUTHERN CALIFORNIA EDISON** |

1987 to 1989    *Manager, Human Resources Measurement and Development.* Responsible for managing, promoting, and administering research and development programs related to selection, training, and organizational development. Areas of responsibility included (1) internal management consulting, (2) development and validation of selection procedures, (3) design and administration of corporate training programs, and (4) employee development programs such as career counseling, performance management, and educational assistance. Directed a professional staff of forty and administered a budget of $3.5 million. Interfaced with all levels of management, legal counsel, and federal and state EEO compliance agencies.

*Special project assignment 1988.* Managed a corporate task force to implement a flexible benefits package; reported directly to the Corporate Treasurer.

As the chief *Industrial Psychologist* for the corporation, responsibilities also included (1) managing the behavioral reliability and psychological assessment programs, (2) testifying at grievances, arbitrations, and trials, and (3) serving in an oversight capacity for Employee Assistance Program and certification of mental health provider network.

1985 to 1986    *Manager, Human Resources Measurement.* Responsible for all selection procedure development, test validation, and administration of testing program for over 15,000 people annually. Directed a professional staff of seven psychologists and a total staff of 19.

1983 to 1985    *Project Administrator, Selection Task Force.* Responsible for design and execution of company-wide studies to validate new selection procedures for major entry-level jobs. Completed criterion-related and content validation studies covering 92 percent of entry-level hiring activity. Directed a staff of 12 and administered a budget of $400,000.

1979 to 1983    *Industrial Psychologist.* Responsible for test development, validation, and internal consulting on personnel research issues. Responsibilities included:

- Design and analysis of adverse impact studies on all aspects of personnel selection.

- Development and presentation of supervisory training programs in selection system development.

- Supervision of psychological screening program for nuclear power plant workers.

- Technical supervision of test administration and the application of testing policy.

- Development of research project studying the recruitment and retention of women in non-traditional jobs.

- Coordination of company participation in industry-wide test validation studies.

1978 to 1979    **EDUCATIONAL TESTING SERVICE**

*Senior Research Assistant.* Conducted special research studies involving item analysis and IRT calibration of large scale test databases. Developed instructional workshops on the use of item response theory. Provided technical assistance to state and local education agencies on program evaluation.

| 1978 | **NATIONAL ACADEMY OF SCIENCE** |
|---|---|

*Research Associate to the Committee on Ability Testing.* Provided staff assistance to the blue ribbon panel studying test bias. Wrote position papers in the area of employment testing. Represented the Committee at relevant meetings.

| 1974 to 1975 | **HARCOURT BRACE JOVANOVICH** |
|---|---|

*Research Assistant.* Participated in the development of the Metropolitan Achievement Test, including item writing and statistical analyses.

## TEACHING

| 1986 to 1989 | *California School for Professional Psychology.* Graduate faculty. Taught Personnel Assessment, Statistics, and Advanced Multivariate Methods for doctoral candidates in Organizational Psychology. Mentored Doctoral dissertation. |
|---|---|
| 1980 to 1988 | *University of San Francisco.* Graduate faculty. Taught Statistics and Advanced Research Design for Human Resources & Organizational Behavior major. Mentored Masters theses. |
| 1977 | *Long Island University.* Adjunct Faculty. Taught graduate courses in Statistics and Research Methodology. |
| 1976 to 1978 | *Mercy College.* Adjunct Faculty. Taught Introductory Psychology, Theories of Personality, Statistics and History of Psychology. |

## SPECIAL INTEREST AREAS

Diversity Measurement, Skills Assessment, and Pay Equity.

## FELLOWSHIPS

| 1976 to 1977 | *Fordham University.* Teaching Fellowship. Responsible for the development and evaluation of individualized, self-paced instruction in General Psychology, as well as courses in Statistics and Applied Psychology. |
|---|---|

41

| | |
|---|---|
| 1976 | *Educational Testing Service.* Summer Research Fellowship. Investigated gender and ethnic bias in testing methods. |
| 1975 to 1976 | *Fordham University.* Graduate Research Assistant. Assisted Drs. Anne Anastasi and John Walsh in graduate courses on Statistics and Computer Utilization. |
| 1974 to 1976 | *Harcourt Brace Jovanovich.* Fellowship in Psychometrics. Conducted a review of tests for gender bias in content. Also participated in test administration and validation of a general intelligence test for minority group job applicants. |

## PUBLICATIONS

Lundquist, K. K., Scott, J. C., & Curtis, J. R. (1995). Selection techniques for a diverse workforce. In American Bar Association (Eds.), *Equal Employment Opportunity Laws 30 Years Later*. Washington, D.C.: American Bar Association.

Lundquist, K. K., & Jones, D. P. (1992). Skill-Based Job Analysis. *Technical & Skills Training*, February/March, 1992, 7-12.

Jones, D. P. & Lundquist, K. K. (1991). *Construction and skilled trades selection system: Job analysis report.* Washington, D.C.: Edison Electric Institute.

Jones, D. P. & Kappy, K. A., (1990*). Construction and skilled trades selection system: Final technical report*. Washington, D.C.: Edison Electric Institute.

Kappy, K. A., (1979). Differential effects of decreased testing time on the verbal and quantitative aptitude scores of males and females. Unpublished doctoral dissertation, Fordham University, May 1979. (Mentor: Dr. Anne Anastasi)

# PRESENTATIONS

| | |
|---|---|
| 2007 | Lundquist, K. K. The Power of Measurement: Evaluating your Diversity Success. Presentation at the SHRM Workplace Diversity Conference, Philadelphia, PA, October 2007. |
| 2007 | Lundquist, K. K. How to determine if your company's tests pass muster. Presentation at the Workforce Opportunity Network sponsored by ORC, Dallas, TX, October 2007. |
| 2007 | Lundquist, K. K., Casellas, G. F., & Moan, J. P. Toward Innovation: New Insights for the Multicultural Workplace. Presentation at the Southern Connecticut Society for Human Resource Management, September 2007. |
| 2007 | Lundquist, K. K. Innovative approaches to testing. Testimony at the U.S. Equal Employment Opportunity Commission meeting on employer testing and screening, Washington, D. C., May 16, 2007. |
| 2007 | Ashe, R. L., Jr., & Lundquist, K. K. Building Legal Defensibility into your HR Processes. Workshop presented the annual Society for Industrial and Organizational Psychology conference, New York, NY, April 2007. |
| 2007 | Lundquist, K. K. & Casellas, G. F. Toward Innovation: Reflections on the Coca-Cola Experience. Presentation at the Chief Diversity Officer Forum, Greensboro, NC, March 2007. |
| 2006 | Lundquist, K. K. & Casellas, G. F. Human resource process audits: The whys, the hows and the wherefores. E-seminar presented by Workforce Performance Solutions magazine, November 2006. |
| 2006 | Lundquist, K. K. Latest issues in employment litigation. Presentation at the Middle Atlantic Personnel Assessment Council conference, Princeton, NJ, November 2006. |
| 2006 | Lundquist, K. K. Latest issues in employment litigation. Presentation at the Metropolitan New York Association of Applied Psychology, New York, June 2006. |
| 2006 | Lundquist, K. K. Current areas of challenge in HR practices: How to avoid costly class action settlements. Presentation at |

the Personnel Testing Council of Metropolitan Washington, Washington, D. C., June 2006.

2006            Casellas, G. F. & Lundquist, K. K.  Measuring progress in diversity: Practical and legal considerations for the journey. Presentation at the annual Diversity Conference of The Conference Board, New York, May 2006.

2006            Lundquist, K. K.  Making your case: Judicious tips for communicating with judges, juries and attorneys. Presentation at the Society for Industrial and Organizational Psychology conference, Dallas, April 2006.

2006            Lundquist, K. K.  Employee selection and testing: What you must know.  Presentation at the Pacific Employment Law Conference, Seattle, May 2006.

2006            Lundquist, K. K.  21st Century Employee Selection. Presentation at the American Bar Association, Section of Labor and Employment Law, Equal Employment Opportunity Committee, La Jolla, California, April 2006.

2005            Lundquist, K. K.  Testing: What's New and What's Scary or How to Avoid the Snake Oil Salespeople.  Presentation at the 24th Annual Davis, Wright, Tremaine Employment Law Seminar, Seattle, October 2005.

2005            Lundquist, K. K.  Diversity Measurement in Organizations: The changing challenge.  Presentation at the annual convention of the American Psychological Association, Washington, D. C., August 2005.

2005            Lundquist, K. K.  Recipe for Workplace Success:  Personality is the secret ingredient.  Presentation at the annual convention of the International Council on Hotel, Restaurant and Institutional Education, Las Vegas, July 2005.

2005            Testing: What's New and What's Scary or How to Avoid the Snake Oil Salespeople.  Presentation at the National Employment Law Council Conference, Chicago, April 2005.

2005            Lundquist, K. K., Curtis, J. C., & Snyder, D. W.  Blind Judgment: An attempt to reduce adverse impact in the interview.  Panel discussion at the Society for Industrial and Organizational Psychology conference, Los Angeles, April 2005.

2004            Put to the Test: The New Scrutiny of Employee Testing and

|      | Selection Procedures. Presentation at The American Employment Law Council, Twelfth Annual Conference, Palm Beach, Florida, October 2004. |
|------|---|
| 2004 | Lundquist, K. K. & Scott, J. C. Legal considerations when auditing your performance management system. Panel discussion at the Society for Industrial and Organizational Psychology conference, Chicago, April 2004. |
| 2002 | The Evolving Definition of Work. Presentation to the Connecticut Quality Improvement Association, Wallingford, CT, October 2002. |
| 2002 | In the Line of Fire: From the HR Process Design Perspective. Presentation to the Equal Employment Advisory Council's Training Program on Employment Discrimination Class Actions, Alexandria, Virginia, April 2002. |
| 2002 | What I/Os Need to Know About the Skill Standards Movement. Panel discussion at the Society for Industrial and Organizational Psychology conference, Toronto, April 2002. |
| 2001 | The Litigation Landscape: How it Affects our Role as I/O Psychologists. Presentation to the Society for Industrial and Organizational Psychology Doctoral Consortium, San Diego, California, April 2001. |
| 2000 | Pay Equity: The New Discrimination Frontier. Workshop presented by Economic Research Services, Atlanta, Georgia, October 2000. |
| 2000 | Use and Abuse of Experts. The American Employment Law Council, Eighth Annual Conference, Hot Springs, Virginia, October 2000. |
| 1999 | Compensation Disparities and Organizational Realities. American Bar Association, Section of Labor and Employment Law, Equal Employment Opportunity Committee, Boca Raton, Florida, March 1999. |
| 1997 | Downsizing: Lessons from the Firing Line. Georgia State University, Human Resources Round Table, Atlanta, Georgia, January 1997. |
| 1997 | Recent developments in employment litigation. Workshop presented with R. Lawrence Ashe, Jr., Esq. at the Society for |

Industrial and Organizational Psychology, St. Louis, Missouri, April, 1997.

| | |
|---|---|
| 1996 | Success factors for I/O doctoral programs: Planning for the 21st century. Panel discussion presented at the Society for Industrial and Organizational Psychology, San Diego, California, April 1996. |
| 1995 | Selection techniques for a diverse workforce. Presented at the American Bar Association Section of Labor and Employment Law Anniversary Celebration, Washington, D.C., May 1995. |
| 1994 | Training to the top: Workforce skills and global competitiveness. Symposium presented at the Society for Industrial Organizational Psychology, Nashville, TN, April 1994. |
| 1992 | Attacking the skills gap: A report from the firing line. Symposium presented at the Society for Industrial and Organization Psychology, Montreal, Ontario, Canada, May 1992. |
| 1991 | Skill-based job analysis: A strategy for closing the skills gap. Paper presented with Michelle M. Crosby at the Society for Industrial and Organizational Psychology, St. Louis, MO, April 1991. |
| 1990 | The role of the analyst in the job analysis process. Compiler or interpreter? Paper presented at the annual conference of the International Personnel Management Association Assessment Council, San Diego, CA, June 1990. |
| 1990 | An overview of today's testing technology. Paper presented at the Annual Labor and Employment Law Conference of Seyfarth, Shaw, Fairweather & Geraldson, Chicago, IL, June 1990. |
| 1990 | Recent developments in EEO. Workshop presented with R. Lawrence Ashe, Jr. Esq., at the annual conference of the Society for Industrial and Organizational Psychology, Miami Beach, FL, April 1990. |
| 1990 | Technology, automation and their human resources implications. Paper presented the Local Government Personnel Association, Washington, D.C., March 1990. |

46

| | |
|---|---|
| 1989 | Employee selection systems: Interviews, written and physical tests, experience checks, differential scoring, and formal validation studies after *Hopkins, Atonio and Watson*. Workshop presented at the National Employment Law Institute Conference on EEO in Federal, State, and Local Government, Washington, D.C., September 1989. |
| 1989 | Designing and conducting large-scale research projects. Workshop presented with David P. Jones at the annual conference of the Society for Industrial and Organizational Psychology, Boston, MA, April 1989. |
| 1988 | Considerations in setting cutoff scores: Legal and professional standards. Workshop presented with David P. Jones at the annual Edison Electric Institute Test Users Conference, Dearborn, MI, October 1988. |
| 1983 | Employment selection and testing: A review of legal and practical considerations. Paper presented at the California Employment Law Conference, San Francisco, CA, November 1983. |
| 1980 | Achievement level testing effects on Rasch item difficulty estimates. Paper presented at the annual meeting of the American Educational Research Association, Boston, MA, April 1980. |
| 1979 | The impact of test speededness of Rasch item calibrations. Paper presented with A.S. Cohen at the annual meeting of the American Psychological Association, New York, NY, September 1979. |

## PROFESSIONAL AFFILIATIONS

Phi Beta Kappa
American Psychological Association
Society for Industrial and Organization Psychology
Chair, SIOP Doctoral Consortium 2005
National Association of Women Business Owners
National Association of Female Executives

## LICENSES

Licensed as a Psychologist in the State of Connecticut, No. 001967

## AWARDS

Finalist in the 2007 Ernst & Young Entrepreneur of the Year Award for
Metropolitan New York Region.

Connecticut Woman Business Owner of the Year, 2002.

## BOARD MEMBERSHIPS

Board Member and Chair of Development Committee, Maritime Aquarium, 2007.
Co-chair Red Apple Dinner, 2005 - present.

Board Member, Volunteer Center of Southwestern Fairfield County, 2003-
present.

President, Wade Foundation, 2001-present.

Member of the expert panel on assessment for the National Skills Standards
Board (NSSB) and chair of the Endorsement Review Panel for the NSSB, 1999-
2003.

**Addendum to Resume for**
**KATHLEEN KAPPY LUNDQUIST, Ph.D.**

Testimony as an expert in fair employment law litigation:

| | |
|---|---|
| 2006 – present | Simpson *et al.* v. New York State Department of Civil Service, *et al.* Cause No. 04-CV-1184 (N. D New York). |
| 2006 – present | United States of America v. City of Chesapeake, Virginia. Civil Action No. 2:06CV415 ( N.D. Virginia) |
| 2006 – present | Ebbert *et al.* v. Nassau County *et al.* Civil Action No. CV-05 5445 (FB)AKT) ( E. D. New York). |
| 2006 | Lauren Browning v. Southwest Research Institute, No. SA-05-CA-0245-FB, United States District Court, (Western District of Texas). |
| 2006 – present | Smith *et al.* v. United States Steel Corporation. Civil Action No. 2:05-CV-1359-VEH (N. D. Alabama). |
| 2006 | Chand *et al.* v. Target Corporation. Case No. BC 315688 (Superior Court of California, Los Angeles County). |
| 2005 – 2006 | Alphonse Perez *et al.* v. RadioShack Corporation. Case No. 02-CV-7884 (N. D. Illinois). |
| 2004 – 2006 | Dudley, *et al.* v. City of Macon, *et al.* Civil Action No. 76-190-MAC (M. D. Georgia). |
| 2004 – 2006 | Patricia Boord v. John Ashcroft. EEOC No. 100-A1-7101X (Agency No. F-98-5242). |
| 2004 – 2006 | Jenkins, *et al.* v. BellSouth Corporation. Civil Action No. 02-CO-1057-S (N. D. Alabama). |
| 2004 – present | Robert Wright, *et al.* v. Henry J. Stern, *et al.* Case No. 01 CV 4437 (S. D. New York). |
| 2004 – 2005 | OFCCP *v.* Wyeth Pharmaceuticals, Inc. (2003-OFC-00007). |
| 2002 – present | Janice Morgan *et al.* v. Family Dollar Stores, Inc. Civil Action No. CV-01-C-0303-W (N. D. Alabama). |

| | |
|---|---|
| 2002 – present | Johnny Reynolds, *et al.* v. Alabama Department of Transportation, *et al.*  Case No. CV 85 T 665 N (Middle District of Alabama). |
| 2001 – 2003 | Mary F. Singleton, *et al.* v. The Regents of the University of California, *et al.*  Case No. 807233-1, Superior Court of the State of California. |
| 2001 - present | Boston Police Superior Officers Federation, *et al.* v. Boston Police Department and HRD.  Commonwealth of Massachusetts, Civil Service Commission, Cases Nos. I-02-606, B-02-476 through B-02-488. |
| 2001 - present | United States of America v. Jefferson County, et al.  Civil Action Number 75-P-0666-S (N. D. Alabama). |
| 2001 – 2006 | Abdallah *et al.* v. The Coca-Cola Company  Case No. 1-98-CV-3679 (RWS) (N. D. Georgia).  Court appointed Joint Expert for Settlement Agreement. |
| 2001 - 2004 | Willie Morrow, et al., v. Jim Ingram, Commissioner of Public Safety of Mississippi, et al.  Civil Action Number 4716 (G) (S. D. Mississippi). |
| 2000 – 2005 | Arlene M. Stone v. First Union Corporation, et al.  Case Number 94-6932-CIV-GOLD (S. D. Florida). |
| 2000 – 2002 | Winifred N. Cotter *et al.*, v. City of Boston and Massachusetts Association of Minority Law Enforcement Officers, *et al.*  Civil Action No. 99-11101-WGY (D. of Massachusetts). |
| 1999 - 2000 | Roy C. Johnson, et al., v. City of Tulsa.  Civil Action Number 94-C-39-H (N. D. Oklahoma). |
| 1999 - 2004 | United States of America v. City of Garland, Texas.  Civil Action Number 3:98-CV0307-L (N. D. Texas). |
| 1999 - 2003 | Howard R. L. Cook, et al., v. James H. Billington.  Civil Action Number CA 82-0400 (D. Dist. Of Columbia). |
| 1999 - present | The NAACP; The New Jersey State Conference, NAACP; Eric O'Neal; Sean Carter; Antonio Melendez and Robert Guzeman, v. The State of New Jersey Department of Law and Public Safety, Division of State Police.  Civil Action No. L-002687-96 (Superior Court of New Jersey). |

| | |
|---|---|
| 1999 - 2000 | Edward J. Simpkins v. Fannie Mae & Franklin D. Raines. Civil Action Number 1:99CV00153 (PLF) (D. Dist. Of Columbia). |
| 1998 – 2004 | Gonzales, et al. v. Galvin, et al.. CA No. 96-4110 (N. D. Ohio). |
| 1998 - 1999 | Dorothy A. Edwards et al. v. The City of Houston, Texas v. Houston Police Patrolmen's Union Houston Police Officers Association. Civil Action No. H-92-2510 (So. D. Texas). |
| 1998 | Deborah W. Tschirhart v. United Airlines, Dan Walsh, Steve Beatus and Glenis James Civil Action No. ESX-L-2409-96 Superior Court of NJ Law Division: Essex County. |
| 1997 - present | Ronald Kelly, et al. v. UHC Management Company, Inc., et al.. Civil Action No. CV 96-B-1047-S (No. D. Ala). |
| 1997 | Vicki Butler, et al. v. Home Depot, Inc. C-94-4335-(SI) (No.D. Cal.); Teresa Frank, et al. v. Home Depot, Inc. C-95-2182 (SI) Consolidated. |
| 1997 | Jacqueline A. Benton v. BellSouth Telecommunications, Inc., Civil Action No. 1-95-CV-2754-WBH (N. D. Ga.). |
| 1996 - 1997 | Hyman, et al. v. First Union Corporation, et al., Civil No. 94-1043 (RCL) (D.D.C.). |
| 1996 - present | Sharon A. Fasenmyer v. Altoona Area School District, et al., Civil Action No. 93-177J (W. D. Pa.). |
| 1995 | Weiss v. Educational Testing Service, et al., No. L-02815-93 (Superior Court of New Jersey). |
| 1995 - 2002 | Wright, et al. v. South Central Bell, et al., No. CV-93-C-1530-S (N. D. Ala). |
| 1994 - 1996 | AMAE v. State of California, et al., No. 92-3874-WHO (N. D. Cal.). |
| 1994 - 1997 | Maddow, et al. v. Procter & Gamble Co., No. 1:93-CV-2790-JTC (N .D. Ga). |

1993 - 1998        In Re:   PEPCO Employment Litigation, No. 86-0603 (D. D.C.)
                   (first retained by defendant and accepted by plaintiffs).

1993               Gonzalez v. Southwestern Elec. Power Co., No. 2-93CV009
                   (E. D. Tex.).

1992               International Brotherhood of Electrical Workers, Local 386
                   Southwestern Electric Power Company, (No. 92-03684)
                   (Arbitration).

## Exhibit 2.  Dr. Locklear's Curriculum Vita

### TONI S. LOCKLEAR

Applied Psychological Techniques
10532 NE 68th St, Suite 202
Kirkland, WA 98033-5649
Phone: 425-803-6858

### EDUCATION

| Ph.D. | Industrial/Organizational Psychology | Auburn University | 1992 |
| M.S. | Industrial/Organizational Psychology | Auburn University | 1987 |
| B.S. | Psychology | Kennesaw State University | 1984 |

### PROFESSIONAL EXPERIENCE

2000 to Present    **APPLIED PSYCHOLOGICAL TECHNIQUES**

*Western Regional Director.*  Direct the Seattle office of APT which provides consulting services in job analysis, the design and validation of employee selection procedures, basic skills assessment, performance management, litigation support, executive assessment, and the design and administration of organizational surveys for Fortune 100 clients in the financial services, transportation, pharmaceutical, telecommunications, electronic and utility industries.

1992 to 2000    ***THE BOEING COMPANY***

1994 to 2000    *Manager, Assessment Services.* Assessment Services was a company-wide program responsible for the development, validation and implementation of pre-employment tests, the company's management Assessment Center, and other assessment tools. Principal activities included supervising employees and external consultants in job analysis, the development and validation of selection procedures such as written examinations, structured interviews, and video assessments; developing test administration and scoring procedures; and providing technical guidance to the company on job analysis, test development, employee selection, training needs assessment, and measurement issues. Also developed and implemented the company's 360-degree assessment

53

process.

| 1992 to 1993 | *Assessment Specialist.* Conducted job analysis and developed and validated written examinations for entry-level manufacturing jobs. |

| 1986 to 1991 | **CENTER FOR BUSINESS AND ECONOMIC DEVELOPMENT, AUBURN UNIVERSITY AT MONTGOMERY** |

| 1990 to 1991 | *Project Manager.* The Center is a university HR consulting firm whose principal activities include private and public sector personnel administration, litigation support in EEO cases, organizational development, job analysis, and related research in industrial/organizational psychology and personnel management. Principal activities included project management; supervising and training professional support staff; developing selection procedures such as written examinations, structured interviews, and work sample exercises; conducting job analysis; developing hiring and transfer procedures; and developing training manuals. |

| 1986 to 1989 | *Research Associate.* Developed employee selection procedures, conducted job analysis, designed program evaluation studies, developed specifications for new job classifications, conducted training workshops, developed training manuals, and analyzed data. |

## TEACHING

| 1984 to 1986 | **AUBURN UNIVERSITY** |
| | *Teaching Instructor.* Taught introductory psychology and statistics to undergraduates |

## PUBLICATIONS AND PRESENTATIONS

Locklear, T. S., & Kamin, A. M. (2003), (Chairs). *Attorneys' Perspectives on the Role of Experts in Employment Litigation.* Symposium conducted at the 18th annual conference of the Society for Industrial and Organizational Psychology, Orlando.

Locklear, T. S., & Scott, J. C. (2002), (Chairs), *Linking 360-Degree Feedback to Measures of Individual and Organizational Behavior.* Symposium conducted at the 17th annual conference of the Society for Industrial and Organizational Psychology, Toronto.

Veres, J. G. III, Sims, R. R., Locklear, T. S., Jackson, K. A., & O'Leary, R. S. (2001). Job analysis: Yesterday, today, and tomorrow. In G. R. Ferris, M. R. Buckley & D. B. Fedor (Eds.), *Human Resource Management: Perspectives, Context, Functions and Outcomes* (4th Ed.). Englewood Cliffs, NJ: Prentice-Hall.

54

Lammlein, S. E., Schneider, R. J., Bosshardt, M. J., & Locklear, T. S. (2001). *Content Validation of an Equipment Driver Work Sample.* Paper presented at the 15th annual conference of the Society for Industrial and Organizational Psychology, San Diego.

Veres, J. G. III, Locklear, T. S., Sims, R. R., & Prewett, A. J. (1996). Job analysis in human resource management practice. In G. R. Ferris & M. R. Buckley (Eds.), *Human Resource Management: Perspectives, Context, Functions and Outcomes* (3rd Ed.) (pp. 122-154). Englewood Cliffs, NJ: Prentice-Hall.

Locklear, T. S. (1992). *The exploration and evaluation of an index to detect inaccurate respondents to structured job analysis questionnaires.* Unpublished doctoral dissertation, Auburn University, Alabama. (UMI No. 9225363)

Veres, J. G., Sims, R. R., & Locklear, T. S. (1991). Improving the reliability of Kolb's revised Learning Style Inventory. *Educational and Psychological Measurement, 51,* 143-150.

Veres, J. G. III, Locklear, T. S., & Sims, R. R. (1990). Job analysis in practice: A brief review of the role of job analysis in human resource management. In G. R. Ferris, K. M. Rowland & M. R. Buckley (Eds.), *Human Resource Management: Perspectives and Issues* (2nd Ed.) (pp. 79-103). Boston: Allyn and Bacon.

Locklear, T. S., Granger, B. B., & Veres, J. G. III. (1989). Evaluation of a behaviorally based appraisal system. *Journal of Managerial Issues, 1,* 66-75.

Sims, R. R., Sims, S. J., Veres, J. G., & Locklear, T. S. (1989). A view from my side: Managing AIDS in the workplace. *Training and Management Development Methods, 6,* 137-144.

Chaplin, W. F. & Locklear, T. S. (1988, August). Construct similarity and the convergence between self and other personality ratings. In K. Lanning (Chair), *New approaches to the study of personality.* Symposium conducted at the meeting of the American Psychological Association, Atlanta, GA.

Sadowski, C. J., Locklear, T. S., & Grah, C. R. (1988, August). *Structural properties of ability conceptualizations in age and sex stereotypes.* Paper presented at the meeting of the American Psychological Association, Atlanta, GA. (ERIC Reproduction Service No. ED 303 761).

Sims, R. R., Veres, J. G., Locklear, T. S., & Wells, R. B. (1987). Training for public managers: The Alabama certified public manager program. *Journal of European Industrial Training, 11(6),* 11-13.

## PROFESSIONAL AFFILIATIONS

American Psychological Association

APA Division 14:  Society for Industrial and Organizational Psychology, Inc.

Editorial Review Board, Journal of Managerial Issues

Puget Sound Association of Industrial and Organizational Psychologists

## Exhibit 3.  Dr. Schmit's Curriculum Vita

### MARK J. SCHMIT

Applied Psychological Techniques
1200 W. South Boulder Road, Suite 203
Lafayette, CO  80026
Phone: 303-926-4482

### EDUCATION

| | | | |
|---|---|---|---|
| Ph.D. | Industrial/Organizational Psychology | Bowling Green State University | 1994 |
| M.A. | Industrial/Organizational Psychology | Bowling Green State University | 1991 |
| B.A. | Psychology | St. Norbert College | 1990 |

### PROFESSIONAL EXPERIENCE

2005 to Present  ***APPLIED PSYCHOLOGICAL TECHNIQUES***

*Managing Director.*  Direct the Denver office of APT which provides consulting services in the design and validation of employee selection procedures, basic skills assessment, performance management, litigation support and executive assessment for Fortune 100 clients in the financial services, transportation, pharmaceutical, telecommunications, electronic and utility industries. Serve as expert witness for employment discrimination cases. Write reports for the court describing employer practices as compared to legal guidelines, professional standards, and industry best practices.   Topic areas include personnel selection, promotion, training and development, performance management, compensation, organizational culture, and general management practices. Conduct psychometric and statistical analysis on tests (and other measurement tools) and data. Testify in depositions and court hearings providing opinions based on written reports.

2003 to 2005  ***SHL USA INC.***

*Senior Testifying Expert.* Served as expert witness for employment discrimination and workplace accident cases. Wrote reports for the court

describing employer practices as compared to legal guidelines, professional standards, and industry best practices. Topic areas include personnel selection, promotion, training and development, performance management, compensation, organizational culture, workplace safety, and general management practices. Conducted psychometric and statistical analysis on tests (and other measurement tools) and data.

2003 to 2006    ***COLORADO STATE UNIVERSITY***

*Affiliate Faculty, Dept. of Psychology.* Provided research work and experiential opportunities for Industrial/Organizational Psychology graduate students. Provided and managed internships. Presented workshops and seminars on expert witness work.

2002 to 2003    ***GANTZ WILEY RESEARCH***

*Executive Director Employee Surveys.* Managed 15 employees, including 5 psychologists; Responsible for $5 Million P&L. Managed all phases of operations, including teams of project consultants, project managers, data analysts, IT experts, production and shipping, sales and marketing. Developed custom and standard employee surveys as diagnostic tools for organizations. Conducted psychometric and statistical analyses on survey measures and related data. Presented results of surveys to senior management and worked with them to design organizational action plans and interventions to improve organizational effectiveness and employee satisfaction. Conducted organizational effectiveness consulting with Fortune 1000 companies. Trained internal HR staff of client organizations to be organizational effectiveness consultants.

1997 to 2002    ***PERSONNEL DECISIONS INTERNATIONAL (PDI)***

2000 to 2002    *Vice President/General Manager- ePredix subsidiary of PDI.* Managed M&A search and implementation process for the roll-up of PDI Assessment Solutions (intellectual property provider) and ePredix (technology provider). Following merger of PDI Assessment Solutions and ePredix – Managed 75 employees including 10 psychologists. Responsible for $10 Million P&L. Increased sales by 25% over two years. Managed all phases of operations including teams of consultants, project managers, IT developers and analysts, call center representatives, test scorers, sales, and marketing. Conducted sales calls as technical expert with account managers. Conducted consulting with organizations on recruitment, selection, promotion, and retention systems.

1999 to 2000    *Vice President – Assessment Solutions – PDI.* Managed 35 employees

58

including 10 psychologists; Responsible for $8 Million P&L. Managed all phases of operations (excluding IT) including teams of consultants, project managers, call center representatives, test scorers, sales, and marketing. Two divisions reported to me- Product (Director- Selection Systems) and Custom Consulting (Director- Selection Consulting). Led the development of pre-employment and promotion tests and assessment centers for client organizations. Approximately 60% of these assessment tools were custom and 40% product or packaged services. Conducted psychometric and statistical analyses with measures and related data. Conducted sales calls as technical expert with account managers. Conducted consulting with organizations on recruitment, selection, promotion, and retention systems.

1999 to 2000

*Director – Selection Systems – PDI.* Managed 15 employees including 6 psychologists.  Responsible for $3.5 Million P&L. This management position was primarily focused on recruitment, selection, promotion, and retention products. This position was one of two directors reporting to the VP of Assessment Solutions. The other director was responsible for custom client offerings. Led the development of pre-employment and promotion tests (including job/industry-specific knowledge, skill, cognitive ability, situational judgment, leadership personality, general personality, and workplace safety tests,  behavioral interviews, culture fit assessments, and assessment centers) for use as standard product offerings and as part of packaged services. Conducted psychometric and statistical analyses on assessment measures and related data. Conducted sales calls as technical expert with account managers. Conducted consulting with organizations on recruitment, selection, promotion, and retention systems.

1997 to 1998

*Consultant and Senior Consultant- PDI.* Conducted consulting with organizations on recruitment, selection, promotion, and retention systems. Developed and validated new systems where appropriate. Conducted training sessions with new system users in client organizations. Worked on new product development team creating selection tools and conducting validation research on them. Conducted psychometric and statistical analyses on assessment measures and related data.

1996 to 1997

**PAYLESS SHOE SOURCE**

*Manager, HR Development.* Managed team of 5 employees, including 2 Master's level psychologists. Managed the training and development function for stores and corporate office. Developed store manager training modules.  Developed and delivered corporate manager development programs. Developed buyer/merchandising manager training with President of Payless, Dick Jolosky.

| | |
|---|---|
| 1994 to 1996 | **UNIVERSITY OF FLORIDA, WARRINGTON COLLEGE OF BUSINESS**<br><br>*Assistant Professor of Management.* Taught human resources, organizational behavior, and various management courses. Served as undergraduate advisor. |
| 1994 to 1996 | **HUMAN RESOURCE RESEARCH CENTER, UNIVERSITY OF FLORIDA**<br><br>*Research Director.* Provided HR consulting to national retailers who were members of the Center for Retailing. Developed and implemented selection, performance management, and training and development systems. |
| 1990 to 1994 | **INSTITUTE FOR PSYCHOLOGICAL RESEARCH AND APPLICATION, BOWLING GREEN STATE UNIVERSITY**<br><br>*Associate Consultant.* Conducted HR and organizational effectiveness consulting under the supervision of my graduate advisor. Developed and implemented employee orientation programs, selection/promotion systems, employee surveys, performance management, and training and development systems. |
| 1984 to 1990 | **EMPLOYERS HEALTH INSURANCE** |
| 1985 to 1990 | *Human Resource Generalist* |
| 1984 to 1985 | *HR Assistant/Intern* |

## PUBLICATIONS

Schmit, M. J., & Hardy, R. R. (1991). Contingent incentives, education, and peer support: An ecobehavioral program to improve safety belt use among high school students. *Journal of Psychology and the Behavioral Sciences, 6,* 1-8.

Schmit, M. J., & Ryan, A. M. (1992). Test taking dispositions: A missing link? *Journal of Applied Psychology, 77,* 629-637.

Schmit, M. J., Amel, E. L., & Ryan, A. M. (1993). Self-reported assertive job seeking behaviors of minimally educated job hunters. *Personnel Psychology, 46,* 105-124.

Schmit, M. J., & Ryan, A. M. (1993). The Big Five in personnel selection: Factor comparisons of applicant and non-applicant populations. *Journal of Applied Psychology, 78,* 966-974.

Schmit, M. J., Ryan, A. M., Stierwalt, S. L., & Powell, A. B. (1995). Frame-of-reference effects on personality scale scores and criterion-related validity. *Journal of Applied Psychology, 80*, 607-620.

Schmit, M. J., & Allscheid, S. P. (1995). Employee attitudes and customer satisfaction: Making theoretical and empirical connections. *Personnel Psychology, 48*, 521-536.

Ryan, A. M., & Schmit, M. J. (1996). Calculating EEO statistics in the temporary help industry. *Personnel Psychology, 49*, 167-180.

Schmit, M. J., & Stanard, S. J. (1996). The utility of personality inventories in the employee assistance process: A study of problem police officers. *Employee Assistance Quarterly, 11*, 21-42.

Ryan, A. M., Schmit, M. J., & Johnson, R. H. (1996). Attitudes and effectiveness: Examining relations at an organizational level. *Personnel Psychology, 49*, 853-882.

Ryan, A. M., & Schmit, M. J. (1996). An assessment of organizational climate and P-E fit: A tool for organizational change. *International Journal of Organizational Analysis, 4*, 75-95.

Motowidlo, S. J., Borman, W. C., & Schmit, M. J. (1997). A theory of individual differences in task and contextual performance. *Human Performance, 10*, 71-83.

Ryan, A. M., Schmit, M. J., Daum, D. L., Brutus, S., McCormick, S. A., & Brodke, M. H. (1997). Workplace integrity: Differences in perceptions of behaviors and situational factors. *Journal of Business and Psychology, 12*, 67-83.

Raymark, P. H., Schmit, M. J., & Guion, R. M. (1997). Development of an instrument to identify personality-related position requirements. *Personnel Psychology, 50*, 723-736.

Schmit, M. J., & Ryan, A. M. (1997). Applicant withdrawal: The role of test-taking attitudes and racial differences. *Personnel Psychology, 50*, 855-876.

Ryan, A. M., Ployhart, R. E., Greguras, G. J., & Schmit, M. J. (1998). Test preparation programs in selection contexts: Self-selection and program effectiveness. *Personnel Psychology, 51*, 599-621.

Schmit, M. J., Kihm, J. A., & Robie, C., (2000). The development of a global measure of personality. *Personnel Psychology, 53*, 153-193.

Robie, C., Schmit, M. J., Ryan, A. M., & Zickar, M. J. (2000). Effects of item context specificity on the measurement equivalence of a personality inventory. *Organizational Research Methods, 3*, 348-365.

Robie, C., Zickar, M. J., & Schmit, M. J. (2001). Measurement equivalence between applicant and incumbent groups: An IRT analysis of personality scales. *Human Performance, 14*, 187-207.

Robie, C., Born, M. P., & Schmit, M. J. (2001). Personal and situational determinants of personality responses: A partial reanalysis and reinterpretation of the Schmit et al. (1995) data. *Journal of Business and Psychology, 16,* 101-117.

Naglieri, J. A., Drasgow, F., Schmit, M. J., Handler, L., Prifitera, A., Margolis, A., Velasquez, R. (2004). Psychological testing on the internet: New problems, old issues. *American Psychologist, 59,* 150-162.

Roth, P. L., Van Iddekinge, C. H., Huffcutt, A. I., Eidson, Jr., C. E., & Schmit, M. J. (2005). Personality saturation in structured interviews. *International Journal of Selection and Assessment, 13,* 261-273.

***Book Chapters:***

Motowidlo, S. J., & Schmit, M. J. (1999). Performance assessment in unique jobs. In D. R. Ilgen & E. D. Pulakos (Eds.) *The changing nature of work performance: Implications for staffing, personnel actions, and development.* San Francisco, CA: Jossey-Bass.

Schmit, M. J., Kihm, J. A., & Robie, C. (2002). The Global Personality Inventory. In B. De Raad & M. Perugini (Eds.), *Big Five Assessment.* Göttingen, Germany: Hogrefe & Huber.

Schmit, M. J. (2006). Emotional intelligence in the business world. In K. R. Murphy (Ed.), *A critique of Emotional Intelligence: What are the problems and how can they be fixed?* Mahwah, NJ: Lawrence Erlbaum Associates.

Schmit, M. J. (in press). Managing your consulting career. In J. W. Hedge & W. C. Borman (Eds.), *The I/O consultant's primer.* Washington DC: American Psychological Association Books.

***Papers Under Development/Review:***

Goldman, B., Slaughter, J., Schmit, M. J., Wiley, J. W., & Brooks, S. M. Perceptions of Discrimination: A Multiple Needs Model Perspective. Under review: *Journal of Management*

McLellan, R. A., Amundson, M., Schmit, M. J., & Robie, C. Secret shopper ratings as an individual-level criterion for validation studies. *Personnel Psychology*

# PRESENTATIONS

Schmit, M. J., Amel, E. L., & Ryan, A. M. (1992, May). Low-skilled job hunters and assertive job-seeking behavior. Paper presented at the 7th Annual Conference of the Society of Industrial and Organizational Psychology, Montreal, Quebec.

Schmit, M. J., & Ryan, A. M. (1992, May). Test taking motivation: A moderator of criterion-related validity. Paper presented at the 7th Annual Conference of the Society of Industrial and Organizational Psychology, Montreal, Quebec.

Schmit, M. J., & Ryan, A. M., & Hazucha, J. F. (1992, May). Personality testing for personnel selection: An integrative theory and empirical evidence. In L. M. Hough (Chair), Incremental validity of personality over ability in predicting job performance. Symposium conducted at the 7th Annual Conference of the Society of Industrial and Organizational Psychology, Montreal, Quebec.

Ryan, A. M., & Schmit, M. J. (1992, July). Validation of an organizational fit instrument. Paper presented at XXV International Congress of Psychology, Brussels, Belgium.

Schmit, M. J., & Ryan, A. M. (1993, April). The big five factor structure in applicant and non-applicant populations. Paper presented at the 8th Annual Conference of the Society of Industrial and Organizational Psychology, San Francisco, CA.

Ryan, A. M., & Schmit, M. J. (1993, April). Assessing organizational fit in employee selection. Paper presented at the 8th Annual Conference of the Society of Industrial and Organizational Psychology, San Francisco, CA.

Hakel, M., Delaney, P., Grisez, M., Hahn, S., Kruger, T., Parker, T., Schmit, M., Volmer, S., & Woods, J. (1993, April). Beyond the classroom: Implementing a graduate student development center. Master tutorial presented at the 8th Annual Conference of the Society of Industrial and Organizational Psychology, San Francisco, CA.

Schmit, M. J., & Hammer, S. L. (1994, April). Personnel selection and the Big Five: Bandwidth and fidelity explorations. Paper presented at the 9th Annual Conference of the Society of Industrial and Organizational Psychology, Nashville, TN.

Johnson, R. H., Ryan, A. M., & Schmit, M. J. (1994, April). Employee attitudes and branch performance at Ford Motor Credit. In N. Rotchford (Chair), Linking Employee Survey Data to Organizational Outcome Measures. Practitioner Forum conducted at the 9th Annual Conference of the Society of Industrial and Organizational Psychology, Nashville, TN.

Ryan, A. M., Brutus, S. Daum, D. L., Schmit, M. J., & Larson, J. R. (1994, April). Effects of negative feedback source on motivation and perceived competence. Paper presented at the 9th Annual Conference of the Society of Industrial and Organizational Psychology, Nashville, TN.

Ryan, A. M., Brutus, S., Daum, D. L., Half-Brodke, M., Schmit, M. J., & Volmer, S. A., (1994, August). Workplace integrity: Differences in perceptions of behavioral and situational factors. Paper presented at the 102nd Annual Convention of the American Psychological Association, Los Angeles, CA.

Hammer, S. L., Schmit, M. J., Ryan, A. M., & Powell, A. B. (1994, August). Frame-of reference effects on personality scale scores and affective reactions. In R. Hogan (Chair), Personality assessment in personnel selection. Paper session conducted at the 102nd Annual Convention of the American Psychological Association, Los Angeles, CA.

Schmit, M. J., Stanard, S. J., & Robie, C. (1995, May). The utility of personality inventories in the employee assistance process. Paper presented at the 10th Annual Conference of the Society of Industrial and Organizational Psychology, Orlando, FL.

Schmit, M. J., & Allscheid, S. P. (1995, May). Employee attitudes and customer perceptions of product-service quality. Paper presented at the 10th Annual Conference of the Society of Industrial and Organizational Psychology, Orlando, FL.

Schmit, M. J., Ryan, A. M., & Powell, A. B. (1995, August). Personality item context effects on criterion-related validity. In L. G. Weiss (Chair), Specifying personality variables in employment contexts. Paper session conducted at the 103rd Annual Convention of the American Psychological Association, New York, NY.

Schmit, M. J., & Motowidlo, S. J. (1996, April). Situational-specificity of interviews and personality tests: Implications for criterion-related validities. In J. A. Collins (Chair), Personality predictors of job performance: Controversial issues. Symposium conducted at the 11th Annual Conference of the Society of Industrial and Organizational Psychology, San Diego, CA.

Ryan, A. M., Ployhart, R. E., Greguras, G. J., & Schmit, M. J., (1997, April). Predicting applicant withdrawal from applicant attitudes. Paper presented at the 12th Annual Conference of the Society of Industrial and Organizational Psychology, St. Louis, MO.

Schmit, M. J., & Ryan, A. M. (1997, April). Frame-of-reference effects in personality testing: An IRT analysis. In T. A. Judge (Chair), Personality: Measurement and conceptual issues and controversy surrounding predictive and constructive validity. Symposium conducted at the 12th Annual Conference of the Society of Industrial and Organizational Psychology, St. Louis, MO.

Schmit, M. J. (1998, April). The development of a global measure of personality. In A.M. Ryan (Chair), Global implication of selection practices: The influence of cultural context. Symposium conducted at the 13th Annual Conference of the Society for Industrial-Organizational Psychology, Dallas, Texas.

McLellan, R. A., Schmit, M. J., Hansen, T., & Olsen, H. E. (1998, April). Issues with personality tests used for personnel selection: Mean difference, adverse impact, and test fairness. In P. R. Sackett (Chair), Race and gender differences on personality measures used in selection. Symposium conducted at the 13th Annual Conference of the Society for Industrial-Organizational Psychology, Dallas, Texas.

McLellan, R. A., Amundson, M., Schmit, M. J., & Blake, R. (1998, April). Shopper ratings as an individual-level criterion for validation studies. In J. I. Sanchez (Chair), Customer service: predictors, criterion, and theory. Symposium conducted at the 13th Annual Conference of the Society for Industrial-Organizational Psychology, Dallas, Texas.

Motowidlo, S. J., Brownless, A. L., & Schmit, M. J. (1998, April). Relations between individual differences in personality, ability, and experience and knowledge, skill, and performance in servicing retail customers. In J. C. Hogan (Chair), Meaning and models of the personality-job

performance relation. Symposium conducted at the 13th Annual Conference of the Society for Industrial-Organizational Psychology, Dallas, Texas.

Robie, C., Born, M. Ph., & Schmit, M. J. (1998, July). Personal and situational determinants of personality responses: A partial reanalysis and reinterpretation of the Schmit et al. (1995) data. Paper presented at the 9th European Conference on Personality, Guildford, UK.

Schmit, M. J., Kihm, J. A., & Robie, C. (1999, April). Refining a personality test to be used in selection across several cultures. In W. C. Borman (Chair), Personality and performance: Boundary conditions for measurement and structural models. Symposium conducted at the 14th Annual Conference of the Society for Industrial-Organizational Psychology, Atlanta, GA.

Robie, C., Schmit, M. J., Ryan, A. M., & Zickar, M. (1999, April). Item response theory and frame of reference. In F. Drasgow (Chair), The modeling of personality data in I-O psychology. Symposium conducted at the 14th Annual Conference of the Society for Industrial-Organizational Psychology, Atlanta, GA.

Robie, C., Zickar, M. J., & Schmit, M. J. (1999, May). Measurement equivalence between applicant and incumbent groups on a work-oriented measure of personality. Paper presented at the conference of Applied Personality Psychology: The Intersection of Personality and I/O Psychology, Tulsa, OK.

Schmit, M. J. (2000, April). Personality testing innovations and development. In P. Roth (Chair), Ask the selection experts. Roundtable discussion conducted at the 15th Annual Conference of the Society for Industrial-Organizational Psychology, New Orleans, LA.

Schmit, M. J. (2000, April). Evaluating multi-rater data and value from a firm-level perspective. Symposium conducted at the 15th Annual Conference of the Society for Industrial-Organizational Psychology, New Orleans, LA.

Schmit, M. J. (2001, April). Assessments on the Internet. In M. Harris (Chair), The Internet and I-O Psychology: Applications and issues. Symposium conducted at the 16th Annual Conference of the Society for Industrial-Organizational Psychology, San Diego, CA.

Schmit, M. J. (2001, April). Conceptual challenges in cross-cultural testing. Developing and deploying global selection programs: Conceptual and practical challenges. Roundtable discussion conducted at the 16th Annual Conference of the Society for Industrial-Organizational Psychology, San Diego, CA.

Schmit, M. J. (2001, April). Personality testing for personnel selection. In P. Roth (Chair), Ask the selection experts. Roundtable discussion conducted at the 16th Annual Conference of the Society for Industrial-Organizational Psychology, San Diego, CA.

Schmit, M. J. (2001, September). Use of psychological measures for online recruitment and pre-employment selection. In L. Frumkin (Chair), Internet-based assessment: State of the art in

65

testing. Symposium conducted at the 109th Annual Conference of the American Psychological Association, San Francisco, CA.

Hazucha, J. F., Schmit, M. J., & Goff, M. (2002, April). Variations in personality across cultures. In D. Ones (Chair), Personality at work in a cross-cultural context. Symposium conducted at the 17th Annual Conference of the Society for Industrial-Organizational Psychology, Toronto, Ontario, Canada.

Schmit, M. J., Tenopyr, M. L., Barrett, G. V., Campbell, W. J., Arnold, D. W. (2002, April). Women as CEOs: Challenges of Crisis Management. Chair of panel discussion conducted at the 17th Annual Conference of the Society for Industrial-Organizational Psychology, Toronto, Ontario, Canada.

Sari, L. M., Rotolo, C. T., Baker, K. Q., Cohen, D. J., Schmit, M. J., Reynolds, D. H., Scott, J. C. (2003, April). SIOP Committees' Focus: Enhancing the visibility and Brand of I-O Psychology: Visibility and Professional Practice Committees. Roundtable conducted at the 18th Annual Conference of the Society for Industrial-Organizational Psychology, Orlando, FL.

Arad, S., Velez, P., Schmit, M. J, (2003, April). Country liaisons: Providing a conduit between US and International I-O Psychologists. Roundtable conducted at the 18th Annual Conference of the Society for Industrial-Organizational Psychology, Orlando, FL.

Maranto, D. B., Jeanneret, P. R., Kralj, M. M., Schmit, M. J., Scott, J. C. (2003, April). Psychologists consulting in organizations: Can I-O and clinical work together? Conversation Hour conducted at the 18th Annual Conference of the Society for Industrial-Organizational Psychology, Orlando, FL.

Schmit, M. J., Cascio, W. F., Lefkowitz, J. M., Landy, F. J., Sharf, J. C., Murphy, K. R., Seberhagen, L. W. (2004, April). Expert witness discussion hour. Panel discussion conducted at the 17th Annual Conference of the Society for Industrial-Organizational Psychology, Chicago, IL.

Schmit, M. J., Goldman, B., Slaughter, J., Wiley, J. W., & Brooks, S. M. (2005, April). Relationship of organizational fairness and intent to file discrimination charges. In L.A. Snyder (Chair), Predicting diversity-related outcomes: Examining the roles of justice. Symposium conducted at the 20th Annual Conference of the Society for Industrial and Organizational Psychology, Los Angeles, CA.

Schmit, M. J., Pulakos, E. D., Farr, J. L., Denning, D. L., Gutman, A., & Kirkpatrick, M. (2005, April). Retrospective research in complex organizations for legal defensibility. Panel discussion conducted at the 20th Annual Conference of the Society for Industrial and Organizational Psychology, Los Angeles, CA.

Reynolds, D. H., Beaty, J. C., Fallaw, S. S., Mondragon, N. G., Schmit, M. J., Sinar, E. F. (2005, April). You want me to do what? Internet age consulting challenges. Panel discussion conducted at the 20th Annual Conference of the Society for Industrial and Organizational Psychology, Los Angeles, CA.

Hemingway, M. A., Hudson, P., LoVerde, M., Olsen, H., & Schmit, M. J. (2006, May). Internal versus external consulting: Pros cons, and lessons learned. Panel discussion conducted at the 21st Annual Conference of the Society for Industrial and Organizational Psychology, Dallas, TX.

Schmit, M. J., & Potosky, D. (2006, May). Ask the selection experts: Internet testing. P. L. Roth, Chair. Roundtable session conducted at the 21st Annual Conference of the Society for Industrial and Organizational Psychology, Dallas, TX.

Roth, P. L., Barrett, G. V., Bobko, P., Cascio, W. F., Schemmer, F. M., & Schmit, M. J. (2006, May). Expert witness discussion hour. Roundtable session conducted at the 21st Annual Conference of the Society for Industrial and Organizational Psychology, Dallas, TX.

Goldman, B., Schmit, M. J., Slaughter, J., Wiley, J. W., & Brooks, S. M. (2006, August). Perceptions of a Litigious Climate: A Multiple Needs Model Perspective. In J. Greenberg (Chair), Organizational justice and public concern. Symposium conducted at the 2006 Annual Meeting of the Academy of Management, Atlanta, GA.

## SERVICE CONTRIBUTIONS

Society for Industrial and Organizational Psychology, Membership Committee, 1995-1996; Annual Conference Program Committee (Reviewer), 1994-2004; Core Program Committee, 1998 – 1999, Chair, Professional Practice Committee 2002-2004.

American Psychological Association, Special Advisory Committee to the Boards, Committee on Internet-based Testing, 2002-2004

University of Florida, Athletic Advisory Committee, 1995 – 1996; College of Business Administration, Minority Affairs Committee, 1995 - 1997; Teaching and Advising Awards Committee, 1996; Undergraduate Advisor, 1995-1997.

Society for Human Resource Management, Advisor for local student chapter, University of Florida, College of Business Administration, 1994-1996.

Minnesota Professionals in Psychology Applied to Work, Member of founding Steering Committee, 1998; Secretary, 1998.

Society of Industrial and Organizational Psychology, May, 1995, Orlando, FL. Conducted a practitioner pre-conference workshop at the SIOP Annual Conference with R. Guion, entitled "Selecting people with personality."

Society of Industrial and Organizational Psychology, April, 2000, San Diego, CA. Conducted a practitioner pre-conference workshop at the SIOP Annual Conference with A. M. Ryan, entitled "Beyond the validation study: Avoiding practical pitfalls when implementing a personnel selection system."

Department of Management & Organizations, University of Iowa, Advisor Council Member, 2001 - Present.

***Journal Reviewer/Editorial Boards:***

Personnel Psychology, Reviewer, 1992 – 2002; Editorial Board, 2002 - present.

International Journal of Selection and Assessment, Reviewer, 1999 – 2002. Editorial Board, 2002 – present.

Journal of Applied Psychology, Reviewer, 1993 - present.

Human Performance, Reviewer, 2004 – present.

## PROFESSIONAL AFFILIATIONS

American Psychological Association (APA)

Society for Human Resource Management (SHRM)

Society for Industrial and Organizational Psychology (SIOP)

Colorado Human Resources Association (CHRA)

# Exhibit 4.  Chronology and Content of SPD Staff Training/Consulting



**Internal or On-Staff Industrial/Organizational Psychologists**

1975

**1976-1980** [n]
**Dr. Wiley Boyles**
- Consulted on job analysis methodology [a]

**External Consultants**

**Dr. John Veres & Auburn University at Montgomery** [n]
- **1980s** – Developed training manual on content-oriented selection procedures [e]
- **Early 1990s** – Rewrote job analysis & validation procedures [a]
- **8/17/1993** – Developing Job-Related Selection Procedures manuals (Vols. I, II & III) [f, g & h]
- **After 1987** – Content Validation of Written Examinations: A Procedural Manual [i]

1980

**Early to Mid 1990s**
**Dr. Ed Levine**
- Conducted MQ training [a]

**Early to Mid 1990s**
**Dr. Irv Goldstein & Dr. Ben Schneider**
- Conducted job analysis & test development training [a]

1985

**9/2/1992**
**Dr. James Outtz & Dr. Irv Goldstein**
- Trained SPD staff on minimizing adverse impact [a & b]

**1992**
**Dr. John Hicks** [a]

1990

**8/26-27/1993**
**Dr. Bruce Davey**
- Presented workshop to SPD on Testing Alternatives [d]

**1993**
**Dr. Joyce Hogan**
- Provided training on use of personality tests in selection [a]

**1994**
**Dr. Dennis Joiner**
- Developed management & supervisory assessment centers for medical specialty areas and conducted 3-day workshop on developing & administering assessment centers [a & c]

**1997**
**Dr. Bernie Nickels** [a]

**1997**
**Dr. Jone Papinchock** [a]

1995

**1996**
**Dr. Erich Prien**
- Developed system for constructing examinations for all professional, managerial, and administrative positions in the Department of Human Resources (HR) under the oversight of the Department of Justice: 50217, 50219, 50221, 50222, 50223, 50224, 50225, 50226, 50227, 50228, 50229, 50230, 50234, 50235, 50264, 50265.

**2000**
**Dr. Brian Bellenger** [a]

**2/28/00 to present**
**Dr. Maury Buster** [o]

**3/6/00 to 2/15/03 (full-time)**
**5/27/03 to present (part-time)**
**Dr. Julia Bertermann** [o]

2000

**2001: Dr. Phil Bobko, Dr. Phil Roth, & Dr. Jim Sharf**
**2003: Dr. Nancy Tippins & Dr. Mike McDaniel**
- Consultants on the Reynolds case, in addition to providing input on the development and maintenance of SPD practices [o]

**7/30/01 to 12/30/03**
**Karina Hui** [o]

**5/5/03 to present**
**Carolyn Lees-Hutton** [o]

**4/27/2001**
**Caliber Associates**
- Developed "Content Valid Selection Instruments for IT Operations Technician Job Class – 10421, Option 449 Personal Computer" [m]

**12/1999**
**Dr. Angie Rosenbaum**
- Developed validation study report for Medicaid Eligibility Specialist I (50433) & II (50434) [k & l]

**5/29/03 to present**
**Darryl Stark** [o]

2005

**Sources:**

[a] Mr. Paul Thomas, Manager of Recruitment and Exams; Mr. Doug Lunsford, Special Projects Manager; and Dr. Brian Bellenger, Industrial/Organizational Psychologist

[b] Minimizing adverse impact working notes from training program by Dr. Jim Outtz and Dr. Irv Goldstein, 9/2/1992

[c] The Practical Assessment Center Manual by Dr. Dennis Joiner, 1993 and a Practical Assessment Center workshop agenda

[d] Testing Alternatives Workshop Participant Workbook, Workshop presented to State of Alabama Personnel Department by Dr. Bruce Davey, 8/25-26/1993

[e] The Alabama State Personnel Department Content-Oriented Personnel Selection Procedures -- A Training Manual by Elliott, Boyles, Hill, Palmer, Veres, and Thomas. The manual is the result of a project conducted for SPD by the Center for Government and Public Affairs of Auburn University at Montgomery (AUM) from 9/1977 to 11/1980

[f] Developing Job-Related Selection Procedures (Vol. I), Alabama Job Analysis Method Training Manual by the Center for Business and Economic Development at Auburn University at Montgomery by Locklear, Prewett, Champion, Livingston, and Veres, 8/17/1993

[g] Developing Job-Related Selection Procedures (Vol. II), Alabama Department of Public Safety Selection Procedure Plan Training Manual by the Center for Business and Economic Development at Auburn University at Montgomery, 8/17/1993

[h] Developing Job-Related Selection Procedures (Vol. III), Selection Procedure Construction by the Center for Business and Economic Development at Auburn University at Montgomery by Gray, Livingston, Igou, Jackson, Allentoff, Hogan, and Veres, 8/17/1993

[i] Content Validation of Written Examinations: A Procedural Manual by the Center for Business and Economic Development at Auburn University at Montgomery, written after 1987

[j] Alabama Department of Human Resources Promotional Examination Assessor Training Manual by Performance Management Associates, 2/1996

[k] Medicaid Eligibility Specialist I (50433) Validation Study Final Report prepared by The State of Alabama Personnel Department, 12/1999

[l] Medicaid Eligibility Specialist II (50434) Validation Study Final Report prepared by The State of Alabama Personnel Department, 12/1999

[m] Development of Content Valid Selection Instruments for IT Operations Technician Job Class – 10421, Option 449 Personal Computer prepared by Caliber Associates, 3/27/2001

[n] Transcript of Trial Testimony of Paul Thomas in Johnny Reynolds, et al. and Cecil Parker, et al. v. Alabama Highway Department et al. in the United States District Court for the Middle District of Alabama Northern Division, CA No. 85-T-665-N, dated 9/28/1992 and Transcript of Continued Trial Testimony of Paul Thomas in Johnny Reynolds, et al. and Cecil Parker, et al. v. Alabama Highway Department et al. in the United States District Court for the Middle District of Alabama Northern Division, CA No. 85-T-665-N, dated 9/29/1992

[o] Maury Buster, 2/24/05

# Exhibit 5.  IPMAAC Professional Development Examples

**Paul Thomas, Manager of Recruitment and Exams, Interviewed on 3/10/03 and 3/12/03**
- He attends IPMAAC more often than not – about 75% of the time.  He also attends pre-conference workshops.
- He tries to send as many Personnel Analysts as he can to IPMAAC and other conferences.  When the Personnel Analysts go to the conferences, they are required to write reports based on what they found/learned.  For example, if a Personnel Analyst attended a pre-conference workshop on MQs, the Personnel Analyst might need to present the findings to the rest of the staff.

**Doug Lunsford, Special Projects Manager, Interviewed on 3/10/03 and 3/13/03**
- He has attended IPMAAC and IPMA conferences.

**David McCarroll, Personnel Analyst II, Interviewed on 3/11/03**
- Since he has been with the SPD, he has attended four IPMAAC conferences.  Every year, SPD tries to send at least 20-25% of the Personnel Analysts to some type of non-departmental external training.  Some Personnel Analysts go to SIOP.  He attends IPMAAC because more state, government employees attend this conference; it is more hands-on, more applied than SIOP.

**Thomas Patterson, Personnel Analyst III, Interviewed on 4/11/03**
- He attended IPMAAC conferences.

**Bill Summerlin, Personnel Analyst III, Interviewed on 4/12/03**
- He had attended 7-8 IPMAAC conferences and recalled sessions in job analysis.

**Jennifer Thomasson, Personnel Analyst II, Interviewed on 4/10/03**
- With regard to training in EEO and HR issues, she attended several conferences per year (IPMAAC) where she also presented various topics related to personnel issues.

**Jill Hughes, Personnel Analyst II, Interviewed on 4/10/03**
- She attended the IPMAAC seminar for personnel managers in South Carolina.

**Rosemary Harmon, Personnel Analyst III, Interviewed on 4/11/03**
- She attended multiple IPMAAC conferences.

**Laury Baswell, Personnel Analyst II, Interviewed on 4/12/03**
- She attended several IPMAAC conferences.

**Tracy Piper, Personnel Analyst II, Interviewed on 3/11/03**
- She attended an IPMAAC conference a couple years ago.

# Exhibit 6. Documents Reviewed

## A. REPORTS AND RELATED DOCUMENTS

1. Prien, E. P. (1996). *Final Project Report: Design and Development of a System for Constructing Valid Selection and Promotion Examinations for Positions in the Alabama Department of Human Resources.* Memphis, TN: Performance Management Associates.
2. Prien, E. P. (1996). *Report Appendices* Memphis, TN: Performance Management Associates.
   i. Appendix A: Workshop Materials. (1) Job Analysis and Job Skill Statements. Alabama Department of Human Resources (April 21, 1994). (b) Content-Oriented Test Construction. Alabama Department of Human Resources and State Personnel Department. (November 2, 1994).
   ii. Appendix B: Subject Matter Expert Job Analysis Questionnaire.
   iii. Appendix C: (a) DHR Job Titles, Job Codes and Number of SMEs. (b) Tables of Task and Skill Statement Mean Ratings by 20 DHR Classifications.
   iv. Appendix D: (a) DHR Written Test Target Skills for 50219. (b) Service Social Worker II (50219) Test Specification Modules.
   v. Appendix E: (a) DHR Written Test Target Skills for 50217. (b) Financial Support Service Worker II (502179) Test Specification Modules.
   vi. Appendix F: Final Test Specifications – All DHR Classifications
   vii. Appendix G: Assessment Center Materials: Alabama Department of Human Resources Promotional Examination – Assessee Orientation Manual (February, 1996).

## B. STATE PERSONNEL DEPARTMENT (SPD) DOCUMENTS

3. Job Analysis Guide, State of Alabama Department of Public Safety
4. Training and Experience Ratings Seminar
5. Understanding the Merit System, 1/90
6. Alabama State Personnel Department Content-Oriented Personnel Selection Procedures Training Manual; Elliott, Boyles, Hill, Palmer, Veres, & Thomas; Center for Government and Public Affairs, AUM, 11/80
7. Content Validation of Written Examinations: Procedural Manual; Center for Business and Economic Development, AUM
8. Developing Job-Related Selection Procedures, Volume I Alabama Job Analysis Method Training Manual, 8/17/93, Center for Business and Economic Development, AUM
9. Developing Job-Related Selection Procedures, Volume III Selection Procedure Construction, Center for Business and Economic Development, AUM
10. Job Analysis and T&E Exam Construction
11. Job Analysis Questionnaire for Selection Device Content Validation

12. Manual of Operating Procedures, Examination Division, Alabama Personnel Department, revised 9/87
13. PADS Users Manual Section 3, 11/84
14. PADS User Codes, 11/82
15. PADS User Manual Exam Check List, revised 12/84
16. Personnel Procedures Manual, 1st Revision 3/99
17. Personnel Procedures Manual, 4th Revision 2/02
18. Procedures Manual Examination Division State of Alabama Personnel Department, Revised 2/92
19. Procedures Manual Examination Division State of Alabama Personnel Department, Revised 4/93
20. Training Course, Test Construction & Analysis, Part II

## C. EXAM HISTORY FILES REVIEWED

| Class Code | Class Code Description | Option Code(s) | Exam History File Date |
|---|---|---|---|
| 50221 | SENIOR SOCIAL WORKER | 0 | 7/15/1996 |
| 50221 | SENIOR SOCIAL WORKER | 0 | 11/12 /1996 |
| 50344 | REHABILITATION SPECIALIST I | 241 | 2/29/1996 |
| 50345 | REHABILITATION SPECIALIST II | 241 | 2/29/1996 |

# Exhibit 7.  References

American Educational Research Association, American Psychological Association, & National Council on Measurement in Education (1974). *Standards for educational and psychological testing.* Washington, DC: American Educational Research Association.

American Educational Research Association, American Psychological Association, & National Council on Measurement in Education (1985). *Standards for educational and psychological testing.* Washington, DC: American Educational Research Association.

American Educational Research Association, American Psychological Association, & National Council on Measurement in Education (1999). *Standards for educational and psychological testing.* Washington, DC: American Educational Research Association.

American Psychological Association, Division of Industrial-Organizational Psychology. (1975). *Principles for the validation and use of personnel selection procedures.* Dayton, OH: Author.

American Psychological Association, Division of Industrial-Organizational Psychology. (1980). *Principles for the validation and use of personnel selection procedures* (2nd ed.) Dayton, OH: Author.

Binning, J. F., & Barrett, G. V. (1989). Validity of personnel decisions: A conceptual analysis of the inferential bases. *Journal of Applied Psychology, 74,* 478-494.

Brannick, M. T., & Levine, E. L. (2002). *Job analysis methods, research, and applications for human resource management in the new millennium.* Thousand Oaks, CA:  Sage Publications.

Buster, M. A., Roth, P. L., & Bobko, P. (2005). A process for content validation of education and experience-based minimum qualifications: An approach resulting in federal court approval. *Personnel Psychology, 58,* 771-799.

Equal Employment Opportunity Commission, Civil Service Commission, United States Department of Labor, & Department of Justice (1978).  *Uniform guidelines on employee selection procedures.*  Federal Register, 43(166), 38290-38315.

Gatewood, R. D., & Feild, H. S. (2001). Human resource selection (5th ed.). Mason, OH:  South-Western.

Goldstein, I. L., Zedeck, S., & Schneider, B. (1993). An exploration of the job analysis-content validity process. In N. Schmitt & W. C. Borman (Eds.), *Personnel selection in organizations* (pp. 3-34). San Francisco, CA: Jossey-Bass.

Guion, R. M. (1998). *Assessment, measurement, and prediction for personnel decisions.* Mahwah, NJ: Lawrence Erlbaum.

Guion, R. M. (1991). Personnel assessment, selection, and placement. In M. D. Dunnette and L. M. Hough (Eds.), *Handbook of industrial and organizational psychology* (2nd ed., Vol. 2, pp. 327-397). Palo Alto, CA: Consulting Psychologists Press, Inc.

Harvey, R. J. (1991). Job analysis. In M. D. Dunnette and L. M. Hough (Eds.), *Handbook of industrial and organizational psychology* (2nd ed., Vol. 2, pp. 71-163). Palo Alto, CA: Consulting Psychologists Press, Inc.

Hays, S., & Sosa, J. (2005). Staffing the bureaucracy: Recruitment and selection in government. In S. Condrey (ed.), *Handbook of human resource management in government.* San Francisco: Jossey-Bass.

Hough, L. M. (1984). Development and evaluation of the 'accomplishment record' method of selecting and promoting professional. *Journal of Applied Psychology, 69,* 135-146.

Hough, L. M., Keyes, M. A., & Dunnette, M. D. (1983). An evaluation of three alternative selection procedures. *Personnel Psychology, 36,* 261-276.

Landy, F. J. (1986). Stamp collecting versus science: Validation as hypothesis testing. *American Psychologist, 41,* 1183-1192.

Landy, F. J. (1989). *The psychology of work behavior* (4th ed.). Pacific Grove, CA: Brooks-Cole.

Landy, F. J., & Vasey, J. (1991). Job analysis: The composition of SME samples. *Personnel Psychology, 44,* 27-50.

Lavigna, R. J., & Hays, S. W. (2004). Recruitment and selection of public workers: An international compendium of modern trends and practices. *Public Personnel Management, 33,* 237-253.

Levine, E. L., Maye, D. M., Ulm, R. A. & Gordon, T. R. (1997). A methodology for developing and validating minimum qualifications (MQs). *Personnel Psychology, 50,* 1009-1024.

Maurer, T. J., & Tross, S. A. (2000). SME committee vs. field job analysis ratings: Convergence, cautions, and a call. *Journal of Business & Psychology, 14,* 489-499.

Salgado, J. F., Viswesvaran, C., & Ones, D. S. (2001). Predictors used for personnel selection: An overview of constructs, methods, and techniques. In N. Anderson, D. S. Ones, H. K. Sinangil, & C. Viswesvaran (Eds.), *Handbook of industrial, work, and organizational psychology* (Vol. 1, pp. 165 – 199) London: SAGE Publications.

Sackett, P. R., Schmitt, N., Ellingson, J. E., & Kabin, M.B. (2001). High stakes testing in employment, credentialing, and higher education: Prospects in a post-affirmative action world. *American Psychologist, 56,* 302-318.

Schmitt, N. & Landy, F. J. (1993). The concept of validity. In N. Schmitt & W. C. Borman (Eds.), *Personnel selection in organizations* (pp. 275-309). San Francisco, CA: Jossey-Bass.

Seldon, S. C., Ingraham, P. W., & Jacobson, W. (2001). Human resource practices in state government: Findings from a national survey. *Public Administration Review, 61,* 598-607.

Sims, R. R., & Veres, J. G. (1985). A practical program for training job analysts. *Public Personnel Management, 14,* 131-137.

Society for Industrial and Organizational Psychology. (1987). *Principles for the validation and use of personnel selection procedures* (3rd ed.). College Park, MD: Author.

Society of Industrial and Organizational Psychology. (2003). *Principles for the validation and use of personnel selection procedures* (4th ed.). Bowling Green, OH: Author.

Tannenbaum, R. J., & Wesley, S. (1993). Agreement between committee-based and field-based job analysis: A study in the context of licensure testing. *Journal of Applied Psychology, 78,* 975-980.

Veres, J. G., Lahey, M. A., & Buckly, R. (1987). A practical rationale for using multi-method job analyses. *Public Personnel Management. 16,* 153-157.

# Appendix A

# Job Analysis and Validation Summaries

**Job Analysis and Validation Summary:**

**50221 Senior Social Worker**

**Register Date: 10/96**

I.      Description of Job Analysis Methodology

The job analysis supporting this register was conducted over a span of time from 1993 to 1994. An incumbent sample of 18 subject matter experts (SMEs) was involved in the study, which was conducted jointly by SPD and an outside consulting firm, Performance Management Associates. (50221 was 1 of 20 classifications studied in this large DHR job analysis project.). In addition to a review of past information, interviews and group meetings were conducted with incumbent SMEs to finalize the content for the job analysis questionnaire (JAQ). Finally, 18 incumbents and 284 other DHR SMEs completed the JAQ. This process operationally defined both the job elements (work behaviors and tasks) and the person characteristics (knowledges, skills, and abilities; KSAs) necessary for the job of Senior Social Worker.

II.     Job Analysis Outcomes

The initial phases of the job analysis process identified 382 tasks and 320 KSAs. These tasks and KSAs were included in the JAQ. Respondents to the JAQ were instructed to make several ratings. Tasks were rated on frequency and importance scales. KSAs were rated on an importance scale.

As a separate phase in the job analysis process, 10 DHR employees, with knowledge of social work across the DHR classifications, were asked to link general social work tasks to KSAs based on the importance of the KSA in completing the task. Another panel of 10 DHR management SMEs linked management tasks to the KSAs. Finally, tasks specific to only a limited number of DHR classifications were linked by the outside consulting team from

Performance Management Associates. This linkage process helped to operationally define the level at which a KSA was required by the job. The 382 x 320 cell linkage matrix was factor analyzed to identify clusters of KSAs. This resulted in a 12 factor solution representing the groupings of KSAs linked to job tasks for the social work aspects of the job. When management items were included, the factor structure resulted in 19 factors. This structure was further expanded to 45 competency dimensions following a within factor, factor analysis.

For the 50221 classification, 23 of the 45 competency dimensions were considered qualifying since skills included in those dimensions were rated as important and linked to important tasks. It was decided that a minimum qualification (MQ) exam would be used to cover the qualifying dimensions. The MQ data was to be gathered from candidates' application materials.

III.    Test Development

Development of the minimum qualification (MQ) exam followed a content validity methdodology. The State Personnel Department analyst and an outside consultant generated an initial list of MQs with input from SMEs during the job analysis group meetings. An MQ rating booklet was generated from this process and administered to supervisor SMEs. MQs were rated on both an education and experience scale used to identify the minimum qualification statement that appropriately defines the minimally competent Senior Social Worker. Results from this rating process, together with discussions with the senior supervisor SME, were used to select the final minimum qualifications.

**Job Analysis and Validation Summary:**

**50344 Rehabilitation Specialist I**

**Register Date: 02/96**

I. Description of Job Analysis Methodology

 The job analysis supporting this register was completed in 1995. A sample of 2 incumbent subject matter experts (SMEs) from a population of 4 incumbents was used in the study. There were also 2 supervisor SMEs, and 2 higher-level incumbents in the Rehabilitation Specialist promotional line, involved in the study. In addition to the use of existing job information and documentation, three approaches were used in collecting job relevant data. On-site observations and interviews were conducted with 2 supervisor SMEs to aid in developing initial lists of work behaviors, tasks and KSAs. A group meeting was conducted with the 2 higher-level SMEs to further develop and finalize the work behavior, task and KSA content for the job analysis questionnaire (JAQ). Following this development effort, 2 incumbent SMEs completed the JAQ. This process operationally defined both the job elements (work behaviors and tasks) and the person characteristics (knowledges, skills, and abilities; KSAs) necessary for the job of Rehabilitation Specialist I.

II. Job Analysis Outcomes

 The initial phases of the job analysis process identified 5 work behaviors and 75 tasks; also identified were 8 knowledges and 7 abilities. Respondents to the JAQ were instructed to make ratings on these work behaviors, tasks and KSAs. Work behaviors were rated on several scales including time spent, importance and extent needed at entry. Tasks were rated on several scales including importance, extent differentiates, and extent needed at entry. KSAs were also rated on several scales including whether they were needed at entry, extent differentiates, and

importance to the job. Screening criteria were set for work behaviors, tasks and KSAs to ensure that only important and needed-at-entry elements were identified and considered in the development of selection exams. Finally, as part of the JAQ, raters were also asked to link KSAs to work behaviors based on the importance of the KSA in completing the work behavior. A screening criterion was set for the linkage process. This linkage process helped to operationally define the level at which a KSA was required by the job. This total screening process resulted in the identification of 5 work behaviors, 51 tasks, 8 knowledges, and 7 abilities.

The surviving tasks and KSAs (those that were important and necessary at entry) were used to build an exam plan that was weighted based on importance ratings and task/work behavior to KSA linkages from the JAQ. Three types of assessment were chosen for coverage of the remaining KSAs. It was decided that KSAs would be measured in a minimum qualification exam (experience/education data drawn from application materials) and probationary period performance appraisal. A third measure chosen for use was a Task-Based Supplemental Questionnaire. This measure was designed to cover the tasks that survived the job analysis screening. Alternative exam procedures were investigated but rejected in favor of the initial decisions, as it was determined that no other procedures would have substantially the same or greater validity.

III.    Test Development

Test development of the Task-Based Supplemental Questionnaire exam followed a content validity methodology. Item content was based directly on task statements that survived the job analysis screening process. Each item asked an applicant if he/she had ever performed the task and where he/she had performed it. Items were reviewed by the analyst and SMEs to

ensure that they were both at a level of complexity congruent with job requirements and job-related. This process resulted in a 35-item exam.

Scoring of the Supplemental Questionnaire followed a weighted approach in which item weights corresponded to work behavior weights derived from the job analysis. The weighted scores were summed for a total score, which accounted for 100% of the candidates' total score. A banding approach was then used where bands were based on one standard deviation from the top score.

The minimum qualification (MQ) exam was developed as an initial screening device that served as an entry point to take the Supplemental Questionnaire exam, the next step in the hiring process. The MQ data was to be gathered from candidates' application materials.

The State Personnel Department analyst generated the initial list of MQs with input from SMEs. An MQ rating booklet was generated from this process and administered to 2 incumbent SMEs. Within the questionnaire, the appropriateness of the individual MQ statements was rated on a rating scale from "0 - Not at all useful" to "3 - This minimum qualification statement is more than should be expected from a barely acceptable applicant." A rating of "2" represented the MQ required by a barely acceptable applicant, thereby indicating the target rating for establishment of an MQ. SMEs also rated the linkage of the tentative MQs to the KSAs derived from the job analysis. These ratings provided evidence of the relationship between the content of the education and experience and the content of the job. Results from this rating process were used to select the final minimum qualifications. The final MQ ratings provide validation evidence for the 1996 register.

**Job Analysis and Validation Summary:**

**50345 Rehabilitation Specialist II**

**Register Date: 02/96**

I.      Description of Job Analysis Methodology

The job analysis supporting this register was completed in 1995. A group of 4 incumbent subject matter experts (SMEs) from a population of 4 incumbents was used in the study. There were also 2 supervisor SMEs involved in the study. In addition to the use of existing job information and documentation, three approaches were used in collecting job relevant data. On-site observations and interviews were conducted with 2 supervisor SMEs to aid in developing initial lists of work behaviors, tasks and KSAs. A group meeting was then conducted with 2 incumbent SMEs to further develop and finalize the work behavior, task and KSA content for the job analysis questionnaire (JAQ). Following this development effort, 4 incumbent SMEs completed the JAQ. This process operationally defined both the job elements (work behaviors and tasks) and the person characteristics (knowledges, skills, and abilities; KSAs) necessary for the job of Rehabilitation Specialist II.

II.     Job Analysis Outcomes

The initial phases of the job analysis process identified 5 work behaviors and 75 tasks; also identified were 8 knowledges and 7 abilities. Respondents to the JAQ were instructed to make ratings on these work behaviors, tasks and KSAs. Work behaviors were rated on several scales including time spent, importance and extent needed at entry. Tasks were rated on several scales including importance, extent differentiates, and extent needed at entry. KSAs were also rated on several scales including whether they were needed at entry, extent differentiates, and importance to the job. Screening criteria were set for work behaviors, tasks and KSAs to ensure

83

that only important and needed-at-entry elements were identified and considered in the development of selection exams. Finally, as part of the JAQ, raters were also asked to link KSAs to work behaviors based on the importance of the KSA in completing the work behavior. A screening criterion was set for the linkage process. This linkage process helped to operationally define the level at which a KSA was required by the job. This total screening process resulted in the identification of 3 work behaviors, 44 tasks, 3 knowledges, and 7 abilities.

The surviving tasks and KSAs (those that were important and necessary at entry) were used to build an exam plan that was weighted based on importance ratings and task/work behavior to KSA linkages from the JAQ. Three types of assessment were chosen for coverage of the remaining KSAs. It was decided that KSAs would be measured in a minimum qualification exam (experience/education data drawn from application materials) and probationary period performance appraisal. A third measure chosen for use was a Task-Based Supplemental Questionnaire. This measure was designed to cover the tasks that survived the job analysis screening. Alternative exam procedures were investigated but rejected in favor of the initial decisions, as it was determined that no other procedures would have substantially the same or greater validity.

III.    Test Development

Test development of the Task-Based Supplemental Questionnaire exam followed a content validity methodology. Item content was based directly on task statements that survived the job analysis screening process. Each item asked an applicant if he/she had ever performed the task and where he/she had performed it. Items were reviewed by the analyst and SMEs to ensure that they were both at a level of complexity congruent with job requirements and job-related. This process resulted in a 38-item exam.

84

Scoring of the Supplemental Questionnaire followed a weighted approach in which item weights corresponded to work behavior weights derived from the job analysis. The weighted scores were summed for a total score, which accounted for 100% of the candidates' total score. A banding approach was then used where bands were based on one standard deviation from the top score.

The minimum qualification (MQ) exam was developed as an initial screening device that served as an entry point to take the Supplemental Questionnaire exam, the next step in the hiring process. The MQ data was to be gathered from candidates' application materials.

The State Personnel Department analyst generated the initial list of MQs with input from SMEs. An MQ rating booklet was generated from this process and administered to 4 incumbent SMEs. Within the questionnaire, the appropriateness of the individual MQ statements was rated on a rating scale from "0 - Not at all useful" to "3 - This minimum qualification statement is more than should be expected from a barely acceptable applicant." A rating of "2" represented the MQ required by a barely acceptable applicant, thereby indicating the target rating for establishment of an MQ. SMEs also rated the linkage of the tentative MQs to the KSAs derived from the job analysis. These ratings provided evidence of the relationship between the content of the education and experience and the content of the job. Results from this rating process were used to select the final minimum qualifications. The final MQ ratings provide validation evidence for the 1996 register.

# Exhibit 10

**Finch v. MHMR, et al**
**USDC 2:07 cv 24**
**SPD Motion for Summary Judgment**

## EXAM HISTORY FILE CHECKLIST

DATE: 2-29-96

CLASS TITLE/CODE: Rehabilitation Specialist II - 50345

### Please arrange file in the order listed below
### Number each page in Lower Right Corner with Red Ink - beginning with Check List
### please mark N/A beside boxes that do not apply

- ☑ Checklist
- ☑ Job Announcement
- ☑ Agency Request for announcement of an employment exam
- ☑ Job Specification, checked for accuracy and completeness. If it varies from MQs set in job analysis, a letter from the exam analyst to classification to adjust specifications should be included
- ☑ Copy of the test, questionnaire or forms used
- ☑ Scoring key or Rating Information
- ☑ Job Analysis Summary information
    - ☑ *Documentation on selected SMEs. If any were rejected, state why*
    - ☑ *On-Site forms (Notes on equipment, materials, work conditions, etc.)*
    - ☑ *Meetings (When, who and what covered)*
    - ☑ *Work Behaviors (WBs), Knowledges, Skills and Abilities (KSAs), Physical Abilities (PAs), and Work Conditions (WCs)--(if applicable)*
    - ☑ *Ratings*
    - ☑ *Linkages (exp: Tasks to KSA's, Tasks to Training, etc.)*
    - ☑ *General notes from analyst as needed*

- ☑ Exam Plan Information
    - ☑ *SME documentation (if different from Job Analysis SMEs)*
    - ☑ *Information linking Exam Plan to the Job Analysis*
    - ☑ *MQ Validation Documentation*
    - ☑ *Explanation of exam procedure and alternatives considered*
    - N/A ☐ *Sociolinguist review information (if applicable)*
    - ☑ *Correspondence from Industrial Organizational Psychologists (or other experts)*
    - ☑ *General notes from analyst as needed*

- N/A ☐ Validation Report (Sociolinguist changes noted or correspondence from Industrial Organizational Psychologists or other experts)
- N/A ☐ Test and Item Analysis Printouts
- N/A ☐ Results/notes from the item analysis review of a written test after administration
- N/A ☐ Individual Questionnaires - JAQs (If 3 or less SMEs, include individual questionnaires-if more than three, questionnaires are sent to Archives)
- ☑ Control Sheet

Total Number of Pages: 96

**Exhibit 10**
*Finch, 2:07 cv 24*
*SPD Mtn for Summary Judgment*

*Revised :7/95*

1

## *EXAM HISTORY FILE CHECKLIST*

DATE: 2-29-96

CLASS TITLE/CODE: Rehabilitation Specialist II - SC345

### Please arrange file in the order listed below
**Number each page in Lower Right Corner with Red Ink - beginning with Check List**
please mark N/A beside boxes that do not apply

☑ Checklist

☑ Job Announcement

☑ Agency Request for announcement of an employment exam

☑ Job Specification, checked for accuracy and completeness. If it varies from MQs set in job analysis, a letter from the exam analyst to classification to adjust specifications should be included

☑ Copy of the test, questionnaire or forms used

☑ Scoring key or Rating Information

☑ Job Analysis Summary information

    ☑ *Documentation on selected SMEs. If any were rejected, state why*

    ☑ *On-Site forms (Notes on equipment, materials, work conditions, etc.)*

    ☑ *Meetings (When, who and what covered)*

    ☑ *Work Behaviors (WBs), Knowledges, Skills and Abilities (KSAs), Physical Abilities (PAs), and Work Conditions (WCs)--(if applicable)*

    ☑ *Ratings*

    ☑ *Linkages (exp: Tasks to KSA's, Tasks to Training, etc.)*

    ☑ *General notes from analyst as needed*

☑ Exam Plan Information

    ☑ *SME documentation (if different from Job Analysis SMEs)*

    ☑ *Information linking Exam Plan to the Job Analysis*

    ☑ *MQ Validation Documentation*

    ☑ *Explanation of exam procedure and alternatives considered*

    N/A ☐ *Sociolinguist review information (if applicable)*

    ☐ *Correspondence from Industrial Organizational Psychologists (or other experts)*

    ☑ *General notes from analyst as needed*

N/A ☐ Validation Report (Sociolinguist changes noted or correspondence from Industrial Organizational Psychologists or other experts)

N/A ☐ Test and Item Analysis Printouts

N/A ☐ Results/notes from the item analysis review of a written test after administration

N/A ☐ Individual Questionnaires - JAQs (If 3 or less SMEs, include individual questionnaires-if more than three, questionnaires are sent to Archives)

☑ Control Sheet

*Total Number of Pages:*  97

*Revised :7/95*

1

Announcement date: **December 6, 1995**

**State of Alabama**
**Personnel Department**
**64 North Union Street**
**Montgomery, AL 36130-2301**

# REHABILITATION SPECIALIST II - 50345
## $31,408 - $47,606

**Department: Rehabilitation Services          Location: Statewide**

## TYPE OF EXAMINATION

An open-competitive register will be established.  The register will be based on responses to the supplemental questionnaire. The supplemental questionnaire will be sent to applicants who meet the qualifications listed below.

## QUALIFICATIONS NEEDED TO APPLY FOR THE POSITION

You need a Master's degree in rehabilitation, psychology, counseling, human development, social work, nursing, or allied health occupations.    Four years of professional level experience providing independent living skills, special education, vocational rehabilitation, or medical rehabilitation services to individuals with disabilities is also required. One year of this experience must have included responsibility for either planning and conducting organizational training programs, planning and conducting research, or assisting in the development of organizational programs in the specialty area.  Four years of experience in one of the specialty areas below may substitute for  the required rehabilitation experience.

Knowledge of the rehabilitation process and various disabilities is needed for this classification.  The following abilities are needed for this classification: the ability to communicate orally and in writing, gather information and resources from a variety of different sources, apply knowledge in new or problem situations, and interpersonal ability.  This classification also requires knowledge in one or more of the following specialty areas:

**Vocational rehabilitation, independent living, early intervention, nursing, social work, occupational therapy, audiology, nutrition, physical therapy, speech pathology, blindness/visual impairment, deafness/hard of hearing, traumatic brain injury, and learning disabilities.**

Names of eligible persons on the employment register will be selectively certified to the employing agency by the specialty areas listed above.

## KIND OF WORK

This is advanced professional work primarily concerned with planning and conducting training programs in a specialty area. Employees in this class may also be responsible for assisting in the development of organizational programs and assisting in the development and implementation of research programs in a specialty area. Employees are also expected to provide technical advice in a specialty area to other organizational staff members. This advice can be given face-to-face, by telephone, or by written correspondence.  A large amount of administrative work is also required of someone in this classification.  These duties include documenting the content of organizational training programs, documenting the effectiveness of organizational training programs, attending outside training programs, staying updated on new developments in the specialty area, etc.

## NOTE

This classification requires extensive local travel in a personal automobile.  Overnight travel is required.  Out of State travel is also required.

## HOW TO APPLY

Use an official Application for Examination form. This form may be obtained from the State Personnel Department or from any local Alabama Employment Service Office.  Your application must be returned to the State Personnel Department at the above address.  This announcement will remain open until further notice.  Photocopied and facsimile (fax # 334-242-1110) applications will be accepted.

**\*\*\*\*THE STATE OF ALABAMA IS AN EQUAL OPPORTUNITY EMPLOYER.\*\*\*\***

Announcement date: **December 6, 1995**

**State of Alabama**
**Personnel Department**
**64 North Union Street**
**Montgomery, AL 36130-2301**

# REHABILITATION SPECIALIST II - 50345
## $31,408 - $47,606

### Department: Rehabilitation Services     Location: Statewide

### TYPE OF EXAMINATION

An open-competitive register will be established. The register will be based on responses to the supplemental questionnaire. The supplemental questionnaire will be sent to applicants who meet the qualifications listed below.

### QUALIFICATIONS NEEDED TO APPLY FOR THE POSITION

You need a Master's degree in rehabilitation, psychology, counseling, human development, social work, nursing, or allied health occupations. Four years of professional level experience providing independent living skills, special education, vocational rehabilitation, or medical rehabilitation services to individuals with disabilities is also required. One year of this experience must have included responsibility for either planning and conducting organizational training programs, planning and conducting research, or assisting in the development of organizational programs in the specialist area. Four years of experience in the specialist area can substitute for the required rehabilitation experience.

Knowledge of the rehabilitation process and various disabilities is needed for this classification. The following abilities are needed for this classification: the ability to communicate orally and in writing, gather information and resources from a variety of different sources, apply knowledge in new or problem situations, and interpersonal ability. This classification also requires knowledge in one or more of the following specialist areas:

**Vocational rehabilitation, independent living, early intervention, nursing, social work, occupational therapy, audiology, nutrition, physical therapy, speech pathology, blindness/visual impairment, deafness/hard of hearing, traumatic brain injury, and learning disabilities.**

Applicants will be selectively certified based on the specialist areas for which they qualify.

### KIND OF WORK

This is advanced professional work primarily concerned with planning and conducting training programs in a specialist area. Employees in this class may also be responsible for assisting in the development of organizational programs and assisting in the development and implementation of research programs in a specialist area. Employees are also expected to provide technical advice in a specialist area to other organizational staff members. This advice can be given face-to-face, by telephone, or by written correspondence. A large amount of administrative work is also required of someone in this classification. These duties include documenting the content of organizational training programs, documenting the effectiveness of organizational training programs, attending outside training programs, staying updated on new developments in the specialist area, etc.

### NOTE

This classification requires extensive local travel in a personal automobile. Overnight travel is required. Out of State travel is also required.

### HOW TO APPLY

Use an official Application for Examination form. This form may be obtained from the State Personnel Department or from any local Alabama Employment Service Office. Your application must be returned to the State Personnel Department at the above address. This announcement will remain open until further notice. Photocopied and facsimile (fax # 334-242-1110) applications will be accepted.

#### ****THE STATE OF ALABAMA IS AN EQUAL OPPORTUNITY EMPLOYER.****

================== Grammatik ==================

Statistics for A:\50345.ana

Readability Statistics

  Flesch Reading Ease:  31
  Gunning's Fog Index:  17
  Flesch-Kincaid Grade Level: 14

Paragraph Statistics

  Number of paragraphs: 9
  Average length:     4.0 sentences

Sentence Statistics

  Number of sentences:  36
  Average length:     18.5 words
  End with '?':       0
  End with '!':       2
  Short (< 12 words):  15
  Long  (> 30 words):  6

Word Statistics

  Number of words:    667
  Average length:    4.83 letters
  Syllables per word:  1.85

=================================================================





# STATE OF ALABAMA

## PERSONNEL DEPARTMENT

300 Folsom Administrative Building
Montgomery, Alabama 36130-2301
Telephone: (334) 242-3389 Fax (334) 242-1110

State Personnel Director
Halycon Vance Ballard

State Personnel Board
Joe Williamson
Joe Dickson
Dick Anderson
Ruth Harrell
Harry McMillan

June 9, 1995

TO:      Debra L. Spann, Personnel Manager
Dept. of Rehabilitation Services

FROM:    David M. McCarroll, Personnel Analyst
Examination and Recruitment

RE:      Job Analysis for Rehabilitation Specialist I, II, and III (50344, 50345, 50346)

I have received permission to begin the job studies for the three positions mentioned above. After observing other analysts conducting job analysis interviews, I will begin to schedule on-site visits for the above positions. This will be the preliminary step in the job analysis, where I will observe people on-the-job and ask questions as needed to help clarify their duties. This information will then be used to develop a preliminary list of tasks and KSA's for the positions in question.

For the three positions, please choose an appropriate person for an on-site interview. Forward this list with their phone numbers to me next week. I will be ready to conduct the interviews Friday, June 16. I will schedule the interviews as soon as possible after on or shortly after that date. Your assistance is greatly appreciated.

DMM
cc: Dora Jackson
    LynnAnn Palmer

5



# STATE OF ALABAMA

## PERSONNEL DEPARTMENT

300 Folsom Administrative Building
Montgomery, Alabama 36130-2301
Telephone: (205) 242-3389   Fax: (205) 240-3171



State Personnel Director
Halycon Vance Ballard

State Personnel Board
Joe H. Williamson
Ruth O. Harrell
Joe Dickson
Harry McMillan

November 4, 1994

Wayne Teague, Superintendent
State of Alabama
Department of Education
Gordon Persons Building
Montgomery, Al 36130-3901

Dear Dr. Teague:

I have received your request to open for examination all options of the following jobs:

| | |
|---|---|
| Rehabilitation Specialist I | 50344 |
| Rehabilitation Specialist II | 50345 |
| Rehabilitation Specialist III | 50346 |

I have forwarded these assignments to Dora Jackson's examination team. You should be contacted by one of her team members regarding the development of these examinations soon.

Sincerely,

Douglas R. Lunsford, Manager
Examination and Recruitment

DRL/dja

6



# STATE OF ALABAMA

## PERSONNEL DEPARTMENT

300 Folsom Administrative Building
Montgomery, Alabama 36130-2301
Telephone: (205) 242-3389   Fax: (205) 240-3171



**State Personnel Board**

Joe H. Williamson
Ruth O. Harrell
Joe Dickson
Harry McMillan

**State Personnel Director**

Halycon Vance Ballard

November 1, 1994

**TO:**     Debra Spann, Personnel Manager
Division of Rehabilitation Services

**FROM:**   Dora Jackson, Examination Administration Analyst
State Personnel Department

**RE:**     Prioritized List of Job Classes for Examination Development and
Employment Registers

We have received your prioritized listing of job classes for examination development
and employment registers.  However, we have not received a letter requesting
registers for the following jobs from your department:

        50387 - Rehabilitation Specialist I
        50388 - Rehabilitation Specialist II
        50389 - Rehabilitation Specialist III

Our Division will need a letter of request in order to begin the examination process
for these jobs.  Even though we don't have a letter of request on record for the
Rehabilitation Counselor III (50353) job class, one is not required since the
Department of Mental Health and Retardation has already requested it.

MaryBeth McCain will contact your office concerning the job analysis process for
District Service Coordinator (50367) and District Council Coordinator (50364).  I
will contact you concerning arrangements for the job study for the Rehabilitation
Counselor III (50353) job class in the next several weeks.

I hope the information I have provided regarding establishing registers for your
Division proves helpful.  If you need further assistance, please contact me.

DJ/pdh

7



**State of Alabama**
# Department of Education
Division of
REHABILITATION SERVICES
2129 East South Boulevard
P.O. Box 11586
Montgomery, Alabama 36111-0586
Telephone (205) 281-8780
FAX (205) 281-1973



Wayne Teague
State Superintendent of Education

Lamona H. Lucas
Director

October 31, 1994

Mr. Doug Lunsford
Manager, Examinations and Recruitment
State Personnel Department
300 Folsom Administrative Bldg.
Montgomery, AL  36130

Dear Mr. Lunsford:

The State Department of Education, Division of Rehabilitation Services would like to request the establishment of the following registers:

| Class Title | Class Code |
|---|---|
| Rehabilitation Specialist I | 50344 |
| Rehabilitation Specialist II | 50345 |
| Rehabilitation Specialist III | 50346 |

These classes were established at the September, 1994 meeting of the State Personnel Board.

Your prompt attention to this request is appreciated.

Sincerely,

*Wayne Teague*

Wayne Teague
State Superintendent of Education

DLS/dal



RECEIVED
NOV 2 1994
EXAMS DIV
PERS DEPT
STATE OF ALA

8

September 19, 1994

Mr. Doug Lunsford
Manager, Examinations and Recruitment
State Personnel Department
300 Folsom Administrative Bldg.
Montgomery, AL   36130

Dear Mr. Lunsford:

The State Department of Education, Division of Rehabilitation Services would like to request the establishment of the following registers:

| Class Title | Class Code |
|---|---|
| Rehabilitation Specialist I | 50344 |
| Rehabilitation Specialist II | 50345 |
| Rehabilitation Specialist III | 50346 |

These classes were established at the September, 1994 meeting of the State Personnel Board.

Your prompt attention to this request is appreciated.

Sincerely,


Wayne Teague
State Superintendent of Education


DLS/dal

9

TITLE: REHABILITATION SPECIALIST II        (Options: See Below)        CODE: 50345

DEFINITION

This is specialized rehabilitation work in developing, promoting, and coordinating rehabilitation programs or activities within a large program of Rehabilitation Services.

Employees in this class are responsible for coordinating or assisting in the coordination of specialized rehabilitation programs to increase the quality and enhance the progress of rehabilitation. Duties involve advising, training, and working with Rehabilitation field personnel in the local offices to ensure that program objectives and service delivery methods are effectively and correctly carried out at the local level. While these positions function at the state-level, work may involve considerable involvement in coordination and implementation activities with field personnel and clients at the local level. Work at this level differs from that of the lower-level class in that these positions involve more responsibility in directing and developing program activities; implementing policies and procedures; developing strategic plans for implementation; and performing assigned duties more independently. Work involves interpreting policies and procedures while providing technical assistance at the state and local level. Technical supervision may be exercised over a professional and clerical employees engaged in carrying out the specialized program at the local and state level. Work is performed with considerable independence but general supervision is received from professional superiors who review the results and are available for consultation on matters of policy in connection with the rehabilitation process.

EXAMPLES OF WORK PERFORMED  (Any one position may not include all of the duties listed, nor do the examples cover all of the duties which may be performed.)

Implements the state or regional plan for improving the rehabilitation program in a specific field of rehabilitation; coordinates operation of the program in accordance with such plan.

Advises local rehabilitation staff and supervisors of appropriate procedures and policy in specialized fields of rehabilitation.

Plans and coordinates a statewide program for children or adults with disabilities in order to accomplish the objectives of the rehabilitation program in assisting these individuals in achieving their maximum potential.

Promotes research in various aspects of the program and conducts surveys to evaluate the effectiveness of operation.

Prepares grant applications; reviews facility and grant budget.

Trains staff in specialized fields of rehabilitation in order for staff to keep abreast of the latest developments in rehabilitation services.

Prepares materials of instruction.

May direct the work of a professional and clerical employees.

Coordinates training programs to improve the performance of staff throughout the state.

Develops and maintains relations with advocacy groups, individual consumers, and professional organizations to identify needs of disability groups.

Performs related work as assigned.

10

TITLE: REHABILITATION SPECIALIST II (CONT'D)

REQUIRED KNOWLEDGE, SKILLS, AND ABILITIES

Considerable knowledge of subject matter of the specific program/disability area assigned.

Considerable knowledge of local, state, and federal organizations and advocacy groups for specialty.

Considerable knowledge of pertinent state and federal laws, rules, and regulations and ability to interpret such for others.

Considerable knowledge of trends in program area.

Knowledge of other departmental programs and services and interrelationships between programs.

Working knowledge of computers and computer applications in assigned program area.

Ability to formulate and express ideas and work with others to accept efficient methods of instruction.

Ability to plan, organize, and direct rehabilitation programs.

Ability to express ideas clearly and concisely, orally and in writing.

Ability to establish and maintain effective working relationships with rehabilitation personnel and related personnel in carrying out the rehabilitation programs.

Ability to train and instruct others.

Ability to interpret laws and regulations.

Ability to prepare grant applications and perform associated duties.

QUALIFICATIONS  (The following qualifications are provided in order to identify compensable factors.  Minimum qualifications utilized for selection purposes will be determined as part of an examination job analysis process.)

Any combination of training and experience equivalent to:

Graduation from a four-year college or university supplemented by graduate work to the level of a master's degree in rehabilitation or related field of specialization.

Considerable (two to five years) experience in the specified rehabilitation specialty.

OPTIONS:     Vocational Rehabilitation( VR, Employer Development, and Business Enterprise )
Independent Living ( Ind. Living, Homebound, and Rehabilitation )
CR Registered Nurse
CR Social Work                              Deafness/Hard of Hearing
CR Occupational Therapist             Traumatic Brain Injury
CR Audiologist                              Learning Disability
CR Nutritionist
CR Physical Therapist
Early Intervention
Speech Pathologist
Blindness/ Visually Impaired

APPROVED: 9-19-94

# Rehabilitation Specialist II - 50345

Supplemental questionnaire

All qualified applicants must complete this questionnaire. This is a task-based checklist. The purpose of this questionnaire is to properly evaluate past work experiences that have previously been identified as comprising part of the job of Rehabilitation Specialist II. The answers on this questionnaire will constitute 100% of your final score.

You should return this questionnaire to the address below no later than **February 9, 1996.** Questionnaires received after this may result in your name not being placed on the register for Rehabilitation Specialist II for this evaluation period.

**Return to:**        State Personnel Department
64 North Union Street
300 Folsom Administrative Building
Montgomery, AL  36130
ATTN:  David McCarroll

**READ, SIGN AND DATE THE FOLLOWING STATEMENT:**
Your signature certifies that all information on this form and the attached sheets is complete and accurate to the best of your knowledge and belief. Your signature also certifies that the product is only your work which was composed without the assistance of any other individual. According to Rule 670-X-9 of the Rules of the State Personnel Board, the Personnel Director may disqualify you from further consideration, remove you name from the register, or refuse to certify your name from the register. Further, you can be dismissed from State service for making false statements or certifications with respect to a test and, for willful violations, can be subject to criminal prosecution.

**SIGNATURE**                         **DATE**

**NAME (print or type)**
**ADDRESS**
**CITY, STATE, ZIP CODE**
**SOCIAL SECURITY NUMBER**

**SPECIAL NOTE:**
Examples of cheating include but are not limited to:  having someone else complete your questionnaire, exam, or other selection device;  misrepresenting any of the following information:  education, work history, duties, number of people supervised, length of employment, or type of employment (full or part-time); attempting to use political influence during the application or examination process; or discussing the contents or the exam with other applicants or potential applicants.

11

WORK EXPERIENCE: List below any work experiences you have had which are related to the job of Rehabilitation Specialist II. Begin with your most recent work experience. If you have held different jobs with the same agency or organization, list each position as a separate work experience. When you check the tasks that you have performed under each Work Behavior, you are required to list the work experience block(s) where you performed the particular Work Behavior. These experience blocks will be used for verification of your experience, so it is necessary for you to list every job experience block that corresponds to the work behavior in question.

1.     Name of current/previous employer:

       Your job title:

       Beginning date:                              Ending date:

       If part-time, average number of hours worked each week:

       Reference:     (Someone who can verify information)

                      Name:

                      Address:

                      Occupation:

                      Phone Number:

2.     Name of current/previous employer:

       Your job title:

       Beginning date:                              Ending date:

       If part-time, average number of hours worked each week:

       Reference:     (Someone who can verify information)

                      Name:

                      Address:

                      Occupation:

                      Phone Number:

12

3.      Name of current/previous employer:

Your job title:

Beginning date:                              Ending date:

If part-time, average number of hours worked each week:

Reference:      (Someone who can verify information)

Name:

Address:

Occupation:

Phone Number:

4.      Name of current/previous employer:

Your job title:

Beginning date:                              Ending date:

If part-time, average number of hours worked each week:

Reference:      (Someone who can verify information)

Name:

Address:

Occupation:

Phone Number:

13

5.     Name of current/previous employer:

Your job title:

Beginning date:                              Ending date:

If part-time, average number of hours worked each week:

Reference:      (Someone who can verify information)

Name:

Address:

Occupation:

Phone Number:


6.     Name of current/previous employer:

Your job title:

Beginning date:                              Ending date:

If part-time, average number of hours worked each week:

Reference:      (Someone who can verify information)

Name:

Address:

Occupation:

Phone Number:

14

**INSTRUCTIONS:**

A Rehabilitation Specialist II has four main responsibilities. These responsibilities are listed below as work behaviors. Each work behavior has several subordinate duties (task statements) listed that must be performed in order for the work behavior to be accomplished. You are asked to check each task that you have performed in the past. Performance of these tasks must have been in the context of providing services in one of the specialty areas.

**First**, read the work behavior and then read each task listed below that work behavior.

**Second**, check each task that you have performed in the past.

**Third**, in the space beside the work behavior, list any experience block number(s) where you performed the work behavior.

**Fourth**, proceed to the next work behavior until all tasks have been rated.

| | | Experience block(s) |
|---|---|---|
| **Work Behavior 1.** | **Provide technical assistance in a specialty area such as vocational rehabilitation, audiology, nutrition, physical therapy, learning disabilities, etc. to provide timely, high-quality rehabilitation services.** | |

Review/Resolve problem cases in your specialty area (such as TBI, early intervention, physical therapy, audiology, etc.). ☐

Answer calls from staff needing assistance. ☐

Advise staff about where to find existing community resources. ☐

Advise staff about how to use existing community resources. ☐

Travel to field offices to observe, monitor, and/or resolve particularly difficult cases/problems. ☐

Maintain a file of current information concerning your specialty area. ☐

Seek out new resources to address needs in your specialty area. ☐

Develop strategies to improve services in your specialty area. ☐

Advise staff about strategies for using client service funds wisely. ☐

**Work Behavior 2.**   **Develop and conduct training programs in a specialty area such as vocational rehabilitation, audiology, nutrition, physical therapy, learning disabilities, etc. to keep departmental/organizational staff aware of current developments in the specialty area.**   Experience block(s)

Train staff regarding the Federal and State laws that govern the rehabilitation process.    ☐

Train staff how to find and utilize existing community resources.    ☐

Plan for future training needs that will arise to keep pace with technological changes.    ☐

Prepare materials to be used in training.    ☐

Attend outside training programs to stay updated on new developments in your specialty area.    ☐

Develop and conduct training programs in your specialty area.    ☐

Make presentations at outside training programs in your specialty area.    ☐

**Work Behavior 3.**   **Conduct departmental/organizational research in a specialty area such as vocational rehabilitation, audiology, nutrition, physical therapy, learning disabilities, etc. in order to determine such things as departmental/organizational strengths and weaknesses, current training needs, and counseling effectiveness.**   Experience block(s)

Plan and conduct research to determine overall departmental/organizational training needs.    ☐

Determine the extent of training the department/organization needs for your specialty area.    ☐

Conduct research to determine if the department/organization, certain units, or certain employees are meeting their goals.    ☐

Monitor the department/organization's success in fulfilling agreements made with outside agencies.    ☐

Plan and conduct research to determine the effectiveness of training programs.    ☐

16

**Work Behavior 4.   Perform administrative duties as needed to secure program funding, to maintain proper communication with co-workers, to maintain proper documentation of services provided, etc.**

Experience block(s)

Attend staff meetings to update the staff on your current progress. ☐

Attend staff meetings to update the staff about future plans. ☐

Develop grant proposals to increase program funding. ☐

Coordinate grant activities to ensure that the grant objectives are met. ☐

Plan budget. ☐

Monitor the expenditure of funds. ☐

Work collaboratively with divisions in the department/organization and other agencies when providing services in your specialty area. ☐

Maintain good relationships with advocacy groups and support groups involved in your specialty area. ☐

Develop and maintain some type of statewide advisory group, comprised of representatives from the department/organization, service providers, consumers, advocacy groups, etc., for your specialty area. ☐

Inform the public about the availability of services in your specialty area by presenting at conferences, speaking to groups, etc. ☐

Help to create new departmental/organizational policies and procedures governing your specialty area. ☐

Review departmental/organizational policies and procedures. ☐

Review other agencies' policies and their possible effect in rehabilitation or your specialty area. ☐

Create documents and forms to be used by the department/organization. ☐

Develop special plans for providing services related to your specialty area in rural areas. ☐

Interpret existing laws that affect the rehabilitation process or your specialty area. ☐

Interpret new legal decisions that affect the rehabilitation process or your specialty area. ☐

17

**Rehabilitation / Specialty Area Background**

My clients have been (circle one):   Adults        Children        Both

Please list any professional licenses, certificates, etc. that you have obtained.  Be sure to give the license/certificate number if there is one.

Please check the following specialty areas in which you have experience, and check the appropriate column indicating the number of years you have provided services in that area:

| Specialty Area | Check below if you have experience in this specialty area | 1-2 years | 3-4 years | 5-6 years | 7 or more years |
|---|---|---|---|---|---|
| Vocational Rehabilitation | ❑ | ❑ | ❑ | ❑ | ❑ |
| Independent Living | ❑ | ❑ | ❑ | ❑ | ❑ |
| Early Intervention | ❑ | ❑ | ❑ | ❑ | ❑ |
| Nursing | ❑ | ❑ | ❑ | ❑ | ❑ |
| Social Work | ❑ | ❑ | ❑ | ❑ | ❑ |
| Occupational Therapy | ❑ | ❑ | ❑ | ❑ | ❑ |
| Audiology | ❑ | ❑ | ❑ | ❑ | ❑ |
| Nutrition | ❑ | ❑ | ❑ | ❑ | ❑ |
| Physical Therapy | ❑ | ❑ | ❑ | ❑ | ❑ |
| Speech Pathology | ❑ | ❑ | ❑ | ❑ | ❑ |
| Blindness/Visual Impairment | ❑ | ❑ | ❑ | ❑ | ❑ |
| Deafness/Hard of Hearing | ❑ | ❑ | ❑ | ❑ | ❑ |
| Traumatic Brain Injury | ❑ | ❑ | ❑ | ❑ | ❑ |
| Learning Disabilities | ❑ | ❑ | ❑ | ❑ | ❑ |

18

19

Selective Certification criteria for Rehabilitation Specialist Series.

| Option area | Education | Experience |
|---|---|---|
| Vocational Rehabilitation - All 241 | Master's degree in any of the listed areas and<br><br>OR<br><br>Master's degree in rehabilitation and | the required amount of vocational rehabilitation experience providing services directly to the client.<br><br>OR<br><br>the required amount of vocational rehabilitation or specialty area experience providing services directly to the client. |
| Early Intervention - All 240 | Master's degree in rehabilitation, human development (includes special education, child development, early childhood education, early childhood special education, school administration etc.), audiology, education of the blind and visually impaired, education of the deaf and hard of hearing, nursing, nutrition, occupational therapy, Orientation & mobility, physical therapy, psychology (includes school psychology, social work, or speech/language pathology | The required amount of early intervention experience providing services directly to the client. |
| Learning Disabilities - I and II 245 | Master's degree in rehabilitation, psychology, counseling, human development (includes special education, child development, early childhood education). | The required amount of rehabilitation experience with individuals who have learning disabilities. |
| Blindness/Visual Impaired - All 242 | Master's degree in rehabilitation, blind studies, counseling, orientation and mobility, or rehabilitation teaching. | The required amount of rehabilitation experience providing direct services to individuals who are blind or visually impaired. |
| Deafness/Hard of Hearing - All 243 | Master's degree in rehabilitation, deaf studies, deaf culture, or counseling. | The required amount of rehabilitation experience providing direct services to individuals who are deaf or hard of hearing |
| TBI - I and II 244 | Master's degree in rehabilitation, psychology, counseling, nursing, or allied health occupations. | The required amount of vocational rehabilitation experience with individuals who have received traumatic brain injuries. |

| Option area | Education | Experience |
|---|---|---|
| Independent Living - All 246 | Master's degree in rehabilitation, psychology, counseling, or nursing. | The required amount of rehabilitation experience providing independent living services directly to individuals with disabilities. |
| Nursing - All 149 | Master's degree in rehabilitation, nursing, or public health. | The required amount of nursing experience. |
| Social Work - All 087 | Master's degree in social work. | The required amount of social work experience. |
| Speech Pathology - I and II 084 | Master's degree in speech pathology or speech-language pathology. | The required amount of speech pathology experience. |
| CR Physical Therapy - All 239 | Master's degree in physical therapy. | The required amount of physical therapy experience. |
| CR Occupational Therapy - I and II 247 | Master's degree in occupational therapy. | The required amount of occupational therapy experience. |
| CR Audiology - I and II 237 | Master's degree in audiology. | The required amount of audiology experience. |
| CR Nutrition - I and II 238 | Master's degree in nutrition. | The required amount of nutrition experience. |

"Master's degree in rehabilitation" includes rehabilitation counseling, rehabilitation administration, rehabilitation services, and vocational evaluation, unless otherwise noted.

STATE MERIT SYSTEM

STATE OF ALABAMA PERSONNEL

# JOB ANALYSIS

# SUMMARY REPORT

## FOR

## REHABILITATION SPECIALIST II (50345)

64 NORTH UNION STREET

MONTGOMERY, AL 36130

22

JOB ANALYSIS WORKSHEET

PART I

**DATE:** February 27, 1996

**I.     ANALYST:**     David McCarroll

**SUBJECT MATTER EXPERTS:**

| NAME | RACE/SEX | TITLE | YEARS OF EXPERIENCE | PARTICIPATION |
|------|----------|-------|---------------------|---------------|
| Kimberly Hill | W / F | Rehabilitation Specialist II | 3 | O - J |
| Julia Brock | W / F | Rehabilitation Specialist II | 1.5 | O - J |
| Dean Akin | W / M | Assistant Director, ADRS | 9 | O |
| James Harris III | W / M | Rehabilitation Supervisor III | 2.5 | O |
| Rebocca Jenks | W / F | Rehabilitation Specialist II | 2.5 | J |
| James Hare | W / M | Rehabilitation Specialist II | 5 | J |

**NOTE: 0 stands for on-site and J stands for job analysis questionnaire.**

**II.     JOB**

**Title/Option:** Rehabilitation Specialist II     **Class Code:** 50345     **Option Code:** N/A     **Pay Range:** 31,408 - 47,606 (76)

**Number Employed:** 4     ( ) General Class     (X) Special Class

**Vacancies:**     **Location** - Statewide     **Department** - Rehabilitation     **Number** - Various

**Job Studied:     Department** - Rehabilitation     **Number** - 6

**III.     RELATION TO OTHER JOBS AND WORKERS**

**Promotion:     From** - Open competition to specialty areas in the field of rehabilitation services and complementary health fields
**To** - Rehabilitation Specialist III.

**Supervision:     Received/Title** - Work is periodically reviewed by Rehabilitation Supervisor Series or Children's Rehabilitation Supervisor Series.
**Given/Title** - No

2

IV.    JOB ANALYSIS METHODOLOGY (including dates and places)

| Date | Action Taken |
|------|--------------|
| 6-9-95 | Was given the assignment to begin the job analysis for the Rehabilitation Specialist Series. Sent memo to the Department of Rehabilitation Services saying I was ready to begin studying the series. |
| 6-10 to 6-11-95 | Reviewed Class Specifications and background material for the series. |
| 6-16-95 | Scheduled the first on-site interview. |
| 6-22-95 | Conducted an on-site interview with Dean Akin and James Harris III. |
| 6-27-95 | Conducted a follow-up interview with Dean Akin and James Harris III. |
| 7-3 to 7-10-95 | Prepared tentative task/KSA/MQ lists. |
| 7-20-95 | Focus group with Julia Brock and Kim Hill. |
| 7-21-95 | Final task/KSA/MQ list completed. |
| 7-24-95 | Lists sent to SME's to review the thoroughness of task and KSA lists and to check for proper terminology. |
| 8-14-95 | Feedback received from all SME's. |
| 8-15-95 | Composed JAQ. |
| 8-16-95 | Sent JAQ. |
| 10-9-95 | Assistant began entering JAQ data. |
| 10-16-95 | Received last JAQ and started JAQ analysis. |
| 10-17-95 | Finished JAQ analysis and started summary report. |
| 10-20 to 10-23-95 | Follow-up conversations with SME's. |
| 11-9-95 | Summary report completed. |
| 12-6-95 | Officially Announced. |

3

23

**Selection of SMEs:** Dean Akin, James Harris, Julia Brock, and Kim Hill were used for interviews and focus groups on the recommendation of the agency. There were four incumbent Rehabilitation Specialist II's at the time, including Julia Brock and Kim Hill, who were chosen to complete the JAQ's.

**Job Description:** Employees in this classification are primarily concerned with developing certain aspects of the statewide program in their specialty area, such as developing and/or conducting training programs and materials, planning and/or conducting departmental research programs, and assisting in the program development for the specialty area. Employees may also have to provide technical assistance to other staff members (primarily Rehabilitation Counselors) in their particular specialty area, which can take place in person, by telephone, or through written correspondence. This work necessitates a large amount of administrative work, such as documenting the content of departmental training programs, documenting the effectiveness of departmental training programs, attending outside training programs, staying updated on new developments in the specialty area, etc. Rehabilitation Specialist II's do not supervise anyone. There may be a negligible amount of client contact.

**Work Environment:** Work is conducted almost exclusively indoors. Work involves travel, although it is not frequent (can be overnight and out of state).

**Machines and Equipment Used:** Automobiles and general office equipment (computer, typewriter, photocopier, telephone, etc.)

**Recency:** Recency of experience and education are not important factors.

**Training after hire:** Employees will receive training in the Department's rules, regulations, and procedures, if they are new to the department.

**Special Requirements and Conditions:** N/A

**Degree of Supervision:** Work is performed very independently. Supervisor basically reviews the amount of work performed by the employee and how well records are kept.

**Interaction with others:** A great deal of contact with departmental staff and other agencies involved in the rehabilitation process (rehabilitation facilities, hospitals, doctors, schools, etc.). There may be a negligible amount of client contact.

4

# TASK AND DUTIES RATING FORM

| | SCALE A FREQUENCY | SCALE B IMPORTANCE | SCALE C NECESSARY AT ENTRY | SCALE D RELATIONSHIP TO JOB PERFORMANCE |
|---|---|---|---|---|
| | How often do you perform this task? | How important is it for this task to be performed correctly? Think about what happens if an error is made (some delay of service, work must be re-done, danger to patients, cost to the department.) | Is it necessary for a newly hired employee to be able to perform this task on the first day of work before training? | What relationship does successful performance of this task have to successful overall performance in the job? |
| | 1 = Yearly<br>2 = Quarterly<br>3 = Monthly<br>4 = Weekly<br>5 = Daily<br>6 = Hourly | 0 = Not important<br>1 = Slightly important<br>2 = Important<br>3 = Very important<br>4 = Crucial | 1 = Yes<br>0 = No | 1 = Does not differentiate<br>2 = Differentiates between average and marginal incumbents<br>3 = Differentiates between superior and average incumbents |

| | A RATING | B RATING | C RATING | D RATING | |
|---|---|---|---|---|---|
| I do not perform this task | 3.5 | 2.75 | 0.75 | 2 | TASK-1.1 |
| | 4.75 | 3.75 | 1 | 2.75 | TASK-1.2 |
| | 3.75 | 2.75 | 0.75 | 2.5 | TASK-1.3 |
| | 3.5 | 2.75 | 0.75 | 2.5 | TASK-1.4 |
| | 3.75 | 3.25 | 1 | 2.5 | TASK-1.5 |
| | 2.25 | 3 | 1 | 2.75 | TASK-1.6 |
| | 2 | 1.75 | 0.5 | 1.75 | TASK-1.7 |
| | 1.25 | 1.25 | 0.25 | 1 | TASK-1.8 |

**WORK BEHAVIOR 1 Provide technical assistance in a specialty area such as vocational rehabilitation, audiology, nutrition, physical therapy, learning disabilities, etc. to provide timely, high-quality rehabilitation services.**

Review/Resolve problem cases in your specialty area (such as TBI, early intervention, physical therapy, audiology, etc.,)

Answer calls from staff needing assistance.

Advise staff about where to find existing community resources.

Advise staff about how to use existing community resources.

Send correspondence to staff concerning the resolution of cases, answering of questions, etc.

Travel to field offices to observe, monitor, and/or resolve particularly difficult cases/problems.

Advise staff on the appropriate type of adaptive technology to be used for a client

Advise staff on the Social Security benefits available to the client.

5
4
2

## TASK AND DUTIES RATING FORM

| SCALE A FREQUENCY | SCALE B IMPORTANCE: | SCALE C NECESSARY AT ENTRY: | SCALE D RELATIONSHIP TO JOB PERFORMANCE |
|---|---|---|---|
| How often do you perform this task? | How important is it for this task to be performed correctly? Think about what happens if an error is made (some delay of service, work must be re-done, danger to patients, cost to the department). | Is it necessary for a newly hired employee to be able to perform this task on the first day of work before training? | What relationship does successful performance of this task have to successful overall performance in the job? |
| 1 = Yearly<br>2 = Quarterly<br>3 = Monthly<br>4 = Weekly<br>5 = Daily<br>6 = Hourly | 0 = Not important<br>1 = Slightly important<br>2 = Important<br>3 = Very important<br>4 = Crucial | 1 = Yes<br>0 = No | 1 = Does not differentiate<br>2 = Differentiates between average and marginal incumbents<br>3 = Differentiates between superior and average incumbents |

**WORK BEHAVIOR 1  Provide technical assistance in a specialty area such as vocational rehabilitation, audiology, nutrition, physical therapy, learning disabilities, etc. to provide timely, high-quality rehabilitation services.**

| | A RATING | B RATING | C RATING | D RATING | | |
|---|---|---|---|---|---|---|
| | 3.5 | 2.25 | 0.75 | 1.5 | TASK-1.9 | Maintain a file of current information concerning the specialty area. |
| | 3.25 | 3 | 0.75 | 2.5 | TASK-1.10 | Seek out new resources to address needs in the specialty area. |
| | 3.5 | 3 | 1 | 3 | TASK-1.11 | Develop strategies to improve services in the specialty area. |
| I do not perform this task | 2.75 | 2.5 | 0.5 | 2 | TASK-1.12 | Advise staff about strategies for using client service funds wisely. |

6

# TASK AND DUTIES RATING FORM

**SCALE A — FREQUENCY:**

How often do you perform this task?

1 = Yearly
2 = Quarterly
3 = Monthly
4 = Weekly
5 = Daily
6 = Hourly

**SCALE B — IMPORTANCE:**

How important is it for this task to be performed correctly? Think about what happens if an error is made (some delay of service, work must be re-done, danger to patients, cost to the department).

0 = Not important
1 = Slightly important
2 = Important
3 = Very important
4 = Crucial

**SCALE C — NECESSARY AT ENTRY:**

Is it necessary for a newly hired employee to be able to perform this task on the first day of work before training?

1 = Yes
0 = No

**SCALE D — RELATIONSHIP TO JOB PERFORMANCE:**

What relationship does successful performance of this task have to successful overall performance in the job?

1 = Does not differentiate
2 = Differentiates between average and marginal incumbents
3 = Differentiates between superior and average incumbents

---

**WORK BEHAVIOR 2   Develop training programs and provide instruction in a specialty area such as vocational rehabilitation, audiology, nutrition, physical therapy, learning disabilities, etc. to keep the staff aware of current developments in the specialty area.**

| | A RATING | B RATING | C RATING | D RATING | | I do not perform this task |
|---|---|---|---|---|---|---|
| TASK-2.1 | 2.5 | 2.75 | 0.75 | 2.5 | Train staff regarding the Federal and State laws and regulations that govern the rehabilitation process. | |
| TASK-2.2 | 1.5 | 1.75 | 0.25 | 1.75 | Train the staff about departmental policies and procedures. | |
| TASK-2.3 | 1.25 | 0.5 | 0.5 | 1.5 | Train staff in the use of adaptive technology. | |
| TASK-2.4 | 2.75 | 2.25 | 1 | 2.5 | Train staff in how to find and utilize existing community resources. | |
| TASK-2.5 | 1.75 | 2.5 | 0.5 | 2.25 | Plan for future training needs that will arise to keep pace with technological changes. | |
| TASK-2.6 | 2.5 | 2.5 | 0.75 | 2.5 | Prepare materials to be used in training. | |
| TASK-2.7 | 2.5 | 2.5 | 0.5 | 2.5 | Attend outside training programs to stay updated on new developments in your specialty area. | |
| TASK-2.8 | 1.75 | 2.5 | 0.5 | 2.25 | Use audio-visual equipment during training presentations. | |
| TASK-2.9 | 2 | 3 | 1 | 3 | Develop and conduct training programs in the specialty area. | |

25

7

# TASK AND DUTIES RATING FORM

| SCALE A FREQUENCY | SCALE B IMPORTANCE: | SCALE C NECESSARY AT ENTRY: | SCALE D RELATIONSHIP TO JOB PERFORMANCE: |
|---|---|---|---|
| How often do you perform this task? | How important is it for this task to be performed correctly? Think about what happens if an error is made (some delay of service, work must be re-done, danger to patients, cost to the department). | Is it necessary for a newly hired employee to be able to perform this task on the first day of work before training? | What relationship does successful performance of this task have to successful overall performance in the job? |
| 1 = Yearly 2 = Quarterly 3 = Monthly 4 = Weekly 5 = Daily 6 = Hourly | 0 = Not important 1 = Slightly important 2 = Important 3 = Very Important 4 = Crucial | 1 = Yes 0 = No | 1 = Does not differentiate 2 = Differentiates between average and marginal incumbents 3 = Differentiates between superior and average incumbents |

| I do not perform this task | RATING 2 | RATING 3 | RATING 1 | RATING 3 |
|---|---|---|---|---|
| | A | B | C | D |

**TASK-2.10**

**WORK BEHAVIOR 2  Develop training programs and provide instruction in a specialty area such as vocational rehabilitation, audiology, nutrition, physical therapy, learning disabilities, etc. to keep the staff aware of current developments in the specialty area.**

Make presentations at outside training programs in the specialty area.

8

TASK AND DUTIES RATING FORM

| | SCALE A FREQUENCY | SCALE B IMPORTANCE: | SCALE C NECESSARY AT ENTRY: | SCALE D RELATIONSHIP TO JOB PERFORMANCE |
|---|---|---|---|---|
| How often do you perform this task? | How important is it for this task to be performed correctly? Think about what happens if an error is made (some danger to patients, cost to the delay of service, work must be re-done, department). | Is it necessary for a newly hired employee to be able to perform this task on the first day of work before successful overall performance in the job? | What relationship does successful performance of this task have to | |
| 1 = Yearly 2 = Quarterly 3 = Monthly 4 = Weekly 5 = Daily 6 = Hourly | 0 = Not important 1 = Slightly important 2 = Important 3 = Very Important 4 = Crucial | 1 = Yes 0 = No | 1 = Does not differentiate 2 = Differentiates between average and marginal incumbents 3 = Differentiates between superior and average incumbents | |

| | A | B | C | D | | |
|---|---|---|---|---|---|---|
| I do not perform this task | RATING | RATING | RATING | RATING | | |

**WORK BEHAVIOR 3** Counsel clients, if deemed necessary by the counselor, in a specialty area such as vocational rehabilitation, audiology, nutrition, physical therapy, learning disabilities, etc. in order to facilitate adjustment to their disability and facilitate adjustment to returning to work.

| | 0 | 0 | 0 | 0 | TASK-3.1 | Discuss the extent of their disability with the client. |
|---|---|---|---|---|---|---|
| | 0 | 0 | 0 | 0 | TASK-3.2 | Discuss with the client what they will have to do during rehabilitation. |
| | 0 | 0 | 0 | 0 | TASK-3.3 | Discuss with the client the probability of being successfully rehabilitated. |
| | 0 | 0 | 0 | 0 | TASK-3.4 | Determine the client's willingness to work. |
| | 0 | 0 | 0 | 0 | TASK-3.5 | Instruct clients in the use of adaptive technology. |

9

26

# TASK AND DUTIES RATING FORM

**SCALE A**
**FREQUENCY**

How often do you perform this task?

1 = Yearly
2 = Quarterly
3 = Monthly
4 = Weekly
5 = Daily
6 = Hourly

(I do not perform this task)

**SCALE B**
**IMPORTANCE:**

How important is it for this task to be performed correctly? Think about what happens if an error is made (some delay of service, work must be re-done, danger to patients, cost to the department).

0 = Not important
1 = Slightly important
2 = Important
3 = Very Important
4 = Crucial

**SCALE C**
**NECESSARY AT ENTRY:**

Is it necessary for a newly hired employee to be able to perform this task on the first day of work before training?

1 = Yes
0 = No

**SCALE D**
**RELATIONSHIP TO JOB PERFORMANCE**

What relationship does successful performance of this task have to successful overall performance in the job?

1 = Does not differentiate
2 = Differentiates between average and marginal incumbents
3 = Differentiates between superior and average incumbents

**WORK BEHAVIOR 4  Conduct research in a specialty area such as vocational rehabilitation, audiology, nutrition, physical therapy, learning disabilities, etc. in order to determine such things as departmental strengths and weaknesses, current training needs and counseling effectiveness.**

| A RATING | B RATING | C RATING | D RATING | TASK | |
|---|---|---|---|---|---|
| 1.25 | 2.25 | 0.75 | 1.75 | TASK-4.1 | Plan and conduct research to determine overall departmental training needs. |
| 1.25 | 2.25 | 0.75 | 1.75 | TASK-4.2 | Determine the extent of training the department needs for the specialty area. |
| 1.5 | 2.75 | 0.25 | 1.75 | TASK-4.3 | Plan and conduct research to determine the level of client/family satisfaction. |
| 0.5 | 1.25 | 0.25 | 1 | TASK-4.4 | Conduct surveys to determine the staff's level of perceived effectiveness. |
| 1.25 | 2.25 | 0.75 | 2 | TASK-4.5 | Conduct research to determine if the department, specialty area, and/or employees are meeting their goals. |
| 3 | 3.25 | 0.75 | 2.75 | TASK-4.6 | Monitor the department's success in fulfilling agreements made with outside agencies. |
| 1.75 | 2.75 | 0.75 | 2.25 | TASK-4.7 | Plan and conduct research to determine the effectiveness of training programs. |
| 0.5 | 1.25 | 0.25 | 1 | TASK-4.8 | Plan and conduct research to determine the effectiveness of departmental policies and procedures. |

# TASK AND DUTIES RATING FORM

| | | | | |
|---|---|---|---|---|
| **SCALE A**<br>**FREQUENCY** | **SCALE B**<br>**IMPORTANCE:** | **SCALE C**<br>**NECESSARY AT ENTRY:** | **SCALE D**<br>**RELATIONSHIP TO JOB**<br>**PERFORMANCE** | |

**SCALE A — FREQUENCY**

How often do you perform this task?

1 = Yearly
2 = Quarterly
3 = Monthly
4 = Weekly
5 = Daily
6 = Hourly

**SCALE B — IMPORTANCE:**

How important is it for this task to be performed correctly? Think about what happens if an error is made (some delay of service, work must be re-done, danger to patients, cost to the department).

0 = Not important
1 = Slightly important
2 = Important
3 = Very Important
4 = Crucial

**SCALE C — NECESSARY AT ENTRY:**

Is it necessary for a newly hired employee to be able to perform this task on the first day of work before training?

1 = Yes
0 = No

**SCALE D — RELATIONSHIP TO JOB PERFORMANCE**

What relationship does successful performance of this task have to successful overall performance in the job?

1 = Does not differentiate
2 = Differentiates between average and marginal incumbents
3 = Differentiates between superior and average incumbents

| | **A**<br>RATING<br>2 | **B**<br>RATING<br>1.5 | **C**<br>RATING<br>0.25 | **D**<br>RATING<br>1 | TASK 4.9 |
|---|---|---|---|---|---|
| I do not<br>perform<br>this task | | | | | |

**WORK BEHAVIOR 4** Conduct research in a specialty area such as vocational rehabilitation, audiology, nutrition, physical therapy, learning disabilities, etc. in order to determine such things as departmental strengths and weaknesses, current training needs and counseling effectiveness.

Collect data for a variety of different measures, such as the number of assistance calls handled, the number of assistance calls successfully resolved, etc.

11

17

12

# TASK AND DUTIES RATING FORM

**SCALE A — FREQUENCY**

How often do you perform this task?

1 = Yearly
2 = Quarterly
3 = Monthly
4 = Weekly
5 = Daily
6 = Hourly

**SCALE B — IMPORTANCE:**

How important is it for this task to be performed correctly? Think about what happens if an error is made (some delay of service, work must be re-done, danger to patients, cost to the department).

0 = Not important
1 = Slightly important
2 = Important
3 = Very Important
4 = Crucial

**SCALE C — NECESSARY AT ENTRY:**

Is it necessary for a newly hired employee to be able to perform this task on the first day of work before training?

1 = Yes
0 = No

**SCALE D — RELATIONSHIP TO JOB PERFORMANCE**

What relationship does successful performance of this task have to successful overall performance in the job?

1 = Does not differentiate
2 = Differentiates between average and marginal incumbents
3 = Differentiates between superior and average incumbents

**WORK BEHAVIOR 5** Perform administrative duties as needed to maintain proper communication with co-workers, to maintain proper documentation of services provided, etc.

| | A RATING | B RATING | C RATING | D RATING | |
|---|---|---|---|---|---|
| | 2.25 | 1.25 | 0.25 | 1 | |
| TASK-5.1 | 2 | 1.25 | 0.25 | 1 | Prepare weekly schedules. |
| TASK-5.2 | 2 | 2.75 | 0.25 | 2.25 | Prepare monthly schedules. |
| TASK-5.3 | 2.5 | 2.5 | 0.5 | 2.25 | Prepare reports for the state office, such as budget reports, facility reviews, production reports and training reports. |
| TASK-5.4 | 2.5 | 2.5 | 0.5 | 2.25 | Attend staff meetings to update the staff on current progress. |
| TASK-5.5 | 0 | 0 | 0 | 0 | Attend staff meetings to update the staff about future plans. |
| TASK-5.6 | 2.5 | 0 | 0 | 0 | Enter client information into the computer. |
| TASK-5.7 | 0 | 2.75 | 0.5 | 2.25 | Provide progress reports to supervisor on assigned activities. |
| TASK-5.8 | 5 | 3.25 | 0.25 | 1.75 | Use general office equipment such as photocopier, computer, calculator, etc. |

I do not perform this task?

# TASK AND DUTIES RATING FORM

| | SCALE A FREQUENCY | SCALE B IMPORTANCE: | SCALE C NECESSARY AT ENTRY: | SCALE D RELATIONSHIP TO JOB PERFORMANCE |
|---|---|---|---|---|
| How often do you perform this task? | How important is it for this task to be performed correctly? Think about what happens if an error is made (some delay of service, work must be re-done, danger to patients, cost to the department). | Is it necessary for a newly hired employee to be able to perform this task on the first day of work before training? | What relationship does successful performance of this task have to successful overall performance in the job? |
| 1 = Yearly<br>2 = Quarterly<br>3 = Monthly<br>4 = Weekly<br>5 = Daily<br>6 = Hourly | 0 = Not important<br>1 = Slightly important<br>2 = Important<br>3 = Very Important<br>4 = Crucial | 1 = Yes<br>0 = No | 1 = Does not differentiate<br>2 = Differentiates between average and marginal incumbents<br>3 = Differentiates between superior and average incumbents |

WORK BEHAVIOR 5  **Perform administrative duties as needed to maintain proper communication with co-workers, to maintain proper documentation of services provided, etc.**

| I do not perform this task. | A RATING | B RATING | C RATING | D RATING | | |
|---|---|---|---|---|---|---|
| | 0.75 | 3 | 0.25 | 2.25 | TASK-5.9 | Develop continuation grants to maintain program funding. |
| | 1 | 3.75 | 0.5 | 2.75 | TASK-5.10 | Develop grant proposals to increase program funding. |
| | 4.75 | 3.75 | 0.75 | 2.75 | TASK-5.11 | Coordinate grant activities to ensure that the grant objectives are met. |
| | 1.75 | 3.5 | 0.25 | 2.75 | TASK-5.12 | Report data to Federal and State agencies that are responsible for ensuring the grant's objectives are met. |
| | 5.25 | 3 | 0.5 | 2.5 | TASK-5.13 | Delegate appropriate tasks to the clerical staff. |
| | 2 | 3.75 | 0.75 | 2.75 | TASK-5.14 | Plan budget. |
| | 2.75 | 2.75 | 0.5 | 2 | TASK-5.15 | Approve and process requisitions for client service expenditures. |
| | 4 | 3.75 | 0.75 | 2.75 | TASK-5.16 | Monitor the expenditure of funds. |

13

28

# TASK AND DUTIES RATING FORM

| | SCALE A FREQUENCY | SCALE B IMPORTANCE: | SCALE C NECESSARY AT ENTRY: | SCALE D RELATIONSHIP TO JOB PERFORMANCE |
|---|---|---|---|---|
| | How often do you perform this task? | How important is it for this task to be performed correctly? Think about what happens if an error is made (some danger to patients, cost to the department). | Is it necessary for a newly hired employee to be able to perform this task on the first day of work before training? | What relationship does successful performance of this task have to successful overall performance in the job? |
| | 1 = Yearly | 0 = Not important | 1 = Yes | 1 = Does not differentiate |
| | 2 = Quarterly | 1 = Slightly important | 0 = No | 2 = Differentiates between average and marginal incumbents |
| | 3 = Monthly | 2 = Important | | 3 = Differentiates between superior and average incumbents |
| | 4 = Weekly | 3 = Very Important | | |
| | 5 = Daily | 4 = Crucial | | |
| | 6 = Hourly | | | |

**WORK BEHAVIOR 5 Perform administrative duties as needed to maintain proper communication with co-workers, to maintain proper documentation of services provided, etc.**

| | A RATING | B RATING | C RATING | D RATING | | |
|---|---|---|---|---|---|---|
| | 1.75 | 2 | 0 | 1.75 | TASK-5.17 | Review financial reports from the accounting division. |
| | 1.75 | 1.75 | 0.25 | 1.25 | TASK-5.18 | Develop inter-agency networks of service providers in the district and the state. |
| | 4 | 3 | 0.75 | 2.75 | TASK-5.19 | Work collaboratively with divisions in the department and other agencies when providing services in the specialty area. |
| | 0.5 | 1.25 | 0 | 1.5 | TASK-5.20 | Compile a registry of trained peer supporters. |
| | 1 | 1.25 | 0 | 1.25 | TASK-5.21 | Promote the development of consumer-based support groups in the state. |
| | 3.25 | 2.5 | 0.75 | 2 | TASK-5.22 | Maintain good relationships with advocacy groups and support groups involved in the specialty area. |
| | 1.5 | 2.75 | 0.5 | 2 | TASK-5.23 | Develop and maintain some type of statewide advisory group, comprised of representatives from the department, service providers, consumers, advocacy groups, etc., for your specialty area. |

I do not perform this task.

14

## TASK AND DUTIES RATING FORM

**SCALE A FREQUENCY**

How often do you perform this task?

1 = Yearly
2 = Quarterly
3 = Monthly
4 = Weekly
5 = Daily
6 = Hourly

**SCALE B IMPORTANCE:**

How important is it for this task to be performed correctly? Think about what happens if an error is made (some delay of service, work must be re-done, danger to patients, cost to the department).

0 = Not important
1 = Slightly important
2 = Important
3 = Very Important
4 = Crucial

**SCALE C NECESSARY AT ENTRY:**

Is it necessary for a newly hired employee to be able to perform this task on the first day of work before training?

1 = Yes
0 = No

**SCALE D RELATIONSHIP TO JOB PERFORMANCE**

What relationship does successful performance of this task have to successful overall performance in the job?

1 = Does not differentiate
2 = Differentiates between average and marginal incumbents
3 = Differentiates between superior and average incumbents

**WORK BEHAVIOR 5** Perform administrative duties as needed to maintain proper communication with co-workers, to maintain proper documentation of services provided, etc.

| A RATING | B RATING | C RATING | D RATING | | I do not perform this task? |
|---|---|---|---|---|---|
| 2.25 | 3.25 | 0.75 | 3 | TASK-5.24 | Inform the public about the availability of services in the specialty area by presenting at conferences, speaking to groups, etc. |
| 1.25 | 2.25 | 0 | 2.5 | TASK-5.25 | Assist in the development of promotional media, such as pamphlets and brochures, for the specialty area. |
| 1.25 | 2.5 | 1.25 | 2 | TASK-5.26 | Help to create new departmental policies and procedures governing your specialty area. |
| 1 | 2 | 0.5 | 2 | TASK-5.27 | Review departmental policies and procedures. |
| 1.25 | 2.5 | 0.5 | 2 | TASK-5.28 | Review other agencies' policies and their possible effect in the specialty area. |
| 1.25 | 2.75 | 0.5 | 2.75 | TASK-5.29 | Create documents and forms to be used by the department |
| 2 | 3.25 | 0.75 | 2.75 | TASK-5.30 | Develop special plans for providing services related to the specialty area in rural areas. |
| 3 | 3.5 | 0.75 | 2.5 | TASK-5.31 | Interpret existing laws that affect the rehabilitation process or the specialty area. |

16

# TASK AND DUTIES RATING FORM

**SCALE A FREQUENCY**

How often do you perform this task?

1 = Yearly
2 = Quarterly
3 = Monthly
4 = Weekly
5 = Daily
6 = Hourly

**SCALE B IMPORTANCE:**

How important is it for this task to be performed correctly? Think about what happens if an error is made (some delay of service, work must be re-done, danger to patients, cost to the department).

0 = Not important
1 = Slightly important
2 = Important
3 = Very Important
4 = Crucial

**SCALE C NECESSARY AT ENTRY:**

Is it necessary for a newly hired employee to be able to perform this task on the first day of work before training?

1 = Yes    0 = No

**SCALE D RELATIONSHIP TO JOB PERFORMANCE**

What relationship does successful performance of this task have to successful overall performance in the job?

1 = Does not differentiate
2 = Differentiates between average and marginal incumbents
3 = Differentiates between superior and average incumbents

**WORK BEHAVIOR 5** Perform administrative duties as needed to maintain proper communication with co-workers, to maintain proper documentation of services provided, etc.

| I do not perform this task? | A RATING | B RATING | C RATING | D RATING | | |
|---|---|---|---|---|---|---|
| | 2 | 2.75 | 0.5 | 2 | TASK-5.32 | Interpret new legal decisions that affect your specialty area. |
| | 1.75 | 2.75 | 0.25 | 1.75 | TASK-5.33 | Compile monitoring reports |
| | 1.25 | 1.75 | 0.25 | 1.25 | TASK-5.34 | Review monitoring reports written by staff members. |
| | 0.5 | 1 | 0.25 | 0.5 | TASK-5.35 | Attend ICC meetings. |
| | 2 | 2 | 0 | 1.75 | TASK-5.36 | Attend board meetings. |
| | 0.5 | 1.5 | 0 | 1.25 | TASK-5.37 | Conduct public hearings. |
| | 1.25 | 1.5 | 0 | 1.5 | TASK-5.38 | Perform the duties of the supervisor when s/he is not present. |
| | 1.25 | 2.75 | 0 | 1.75 | TASK-5.39 | Write contracts for service providers/consultants outside the department |

17

# WORK BEHAVIOR RATING FORM

**SCALE F**
**IMPORTANCE:**

How important is it for you to perform this work behavior successfully?

0 = Not important
1 = Slightly important
2 = Important
3 = Very important
4 = Crucial

**SCALE G**
**NECESSARY AT ENTRY:**

Must new employees be able to perform this work behavior on the first day of work before training?

1 = Yes
0 = No

**SCALE E**
**PERCENTAGE OF TIME:**

Indicate the percentage of time you spend performing this work behavior.

Remember that the sum of this column must equal 100%.

| E RATING | F RATING | G RATING | | |
|---|---|---|---|---|
| 29.25 | 2.75 | 0.75 | WB1 | Provide technical assistance in a specialty area such as vocational rehabilitation, audiology, nutrition, physical therapy, learning disabilities, etc. to provide timely, high-quality rehabilitation services. |
| 22 | 3.25 | 0.5 | WB2 | Develop training programs and provide instruction in a specialty area such as vocational rehabilitation, audiology, nutrition, physical therapy, learning disabilities, etc. to keep the staff aware of current developments in the specialty area. |
| 0 | 0 | 0 | WB3 | Counsel clients, if deemed necessary by the counselor, in a specialty area such as vocational rehabilitation, audiology nutrition, physical therapy, learning disabilities, etc. in order to ease adjustment to their disability and ease adjustment to returning to work. |
| 10 | 3 | 0 | WB4 | Conduct research in a specialty area such as vocational rehabilitation, audiology, nutrition, physical therapy, learning disabilities, etc. in order to determine such things as departmental strengths and weaknesses, current training needs and counseling effectiveness. |
| 38.75 | 3.75 | 1 | WB5 | Perform administrative duties as needed to maintain proper communication with co-workers, to maintain proper documentation of services provided, etc. |
| = 100% | | | | |

30

# KNOWLEDGE RATING FORM

**SCALE E**
**IMPORTANCE:**

How important is this knowledge for acceptable job performance?

0 = Not important
1 = Slightly important
2 = Important
3 = Very Important
4 = Crucial

**SCALE F**
**NECESSARY AT ENTRY:**

Is it necessary for a newly hired employee to possess this knowledge on the first day of work before training?

1 = Yes
0 = No

**SCALE G**
**RELATIONSHIP TO JOB PERFORMANCE:**

What relationship does possession of this knowledge have to performance in the job?

1 = Does not differentiate

2 = Differentiates between average and marginal incumbents

3 = Differentiates between superior and average incumbents

**SCALE H**
**RECALL LEVEL NEEDED ON THE JOB**

1 = General familiarity
2 = Working knowledge
3 = Full recall

| RATING E | RATING F | RATING G | RATING H | | |
|---|---|---|---|---|---|
| 3.25 | 0.5 | 2.75 | 2 | K-1 | Knowledge of the rehabilitation process sufficient to ensure that the special needs of individuals in a specialty area are met and that laws governing the rehabilitation process are not broken by anyone during rehabilitation. |
| 2 | 0.75 | 2 | 2 | K-2 | Knowledge of disabilities sufficient to provide for the special needs of individuals with disabilities during the rehabilitation process. |
| 3.5 | 1 | 3 | 2.75 | K-3 | Knowledge of a specialty area sufficient to train and advise staff about the unique needs of a specialty area, about the use of adaptive technology for this area, and to ensure that laws pertaining to this specialty area are not broken. The specialty areas in question are as follows: vocational rehabilitation, independent living/homebound, nursing, social work, occupational therapy, audiology, nutrition, physical therapy, early intervention, speech pathology, blindness/visual impairment, deafness, hard of hearing, traumatic brain injury, and learning disabilities. |
| 3 | 0 | 2.5 | 2 | K-4 | Knowledge of departmental policies and procedures sufficient to ensure that they are being followed by all staff members. |
| 0.25 | 0 | 0.25 | 0.25 | K-5 | Knowledge of the employment process sufficient to provide clients with realistic employment opportunities after rehabilitation. |
| 0.75 | 0.25 | 0.75 | 0.5 | K-6 | Knowledge of counseling theories and techniques sufficient to make rehabilitation and subsequent employment as easy as possible. |
| 1.25 | 0 | 1.5 | 1.25 | K-7 | Knowledge of community resources sufficient to maximize their use in the rehabilitation of clients. |
| 2.5 | 0.25 | 2 | 1.5 | K-8 | Knowledge of laws, rules, and regulations governing grants and grant writing sufficient to secure new grants and maintain existing grants. |

18

# ABILITY RATING FORM

| | SCALE E IMPORTANCE: | SCALE F NECESSARY AT ENTRY: | SCALE G RELATIONSHIP TO JOB PERFORMANCE: |
|---|---|---|---|
| | How important is this ability for acceptable job performance? | Is it necessary for a newly hired employee to possess this ability on the first day of work before training? | What relationship does possession of this ability have to performance in the job? |

0 = Not Important
1 = Slightly Important
2 = Important
3 = Very Important
4 = Critical

1 = Yes
0 = No

1 = Does not differentiate

2 = Differentiates between average and marginal incumbents

3 = Differentiates between superior and average incumbents

| RATING E | RATING F | RATING G | | |
|---|---|---|---|---|
| 3.5 | 0.75 | 2.75 | A-1 | Ability to work with people with disabilities. |
| 3.75 | 1 | 3 | A-2 | Ability to communicate in writing to include grammar, spelling, punctuation, etc. so that memoranda and reports are clear and concise. |
| 3.75 | 1 | 3 | A-3 | Ability to communicate orally as needed to make clients, families, and co-workers understand your recommendations. |
| 3.75 | 1 | 3 | A-4 | Interpersonal ability as needed to maintain your relationship with clients, families, co-workers, outside agencies, and community resources. |
| 3.5 | 1 | 3 | A-5 | Ability to apply knowledge in novel and/or problem situations. |
| 2.5 | 0.5 | 2.25 | A-6 | Ability to gather and coordinate resources and services from a variety of different sources to maximize the effectiveness of the services provided in the specialty area. |
| 3 | 0.75 | 2.5 | A-7 | Ability to gather and interpret information received from the client and other sources. |

E     F     G

19

31

What are the most important KSA/PAs needed to perform your job?

1 = Most important
2 = Second most important
3 = Third most important
4 = Fourth most important
5 = Fifth most important

| Rank Order | KSA/PA Number | KSA/PA Description |
|---|---|---|
| 1 | K3 | Knowledge of specialty area sufficient to train and advise staff..... |
| 2 | A4 | Interpersonal ability as needed to maintain your relationships..... |
| 3 | K1 | Knowledge of the rehabilitation process sufficient to ensure... |
| 4 | A1 | Ability to work with people with disabilities. |
| 5 | A6 | Ability to gather and coordinate resources and services..... |

20

# WORK BEHAVIOR/KSA LINKAGE FORM

How important is this KSA when you perform each work behavior?

0 = Not important
1 = Somewhat important
2 = Important
3 = Essential

## WORK BEHAVIORS

|  | WB1 | WB2 | WB3 | WB4 | WB5 |
|---|---|---|---|---|---|
| **KNOWLEDGE-1** Knowledge of the rehabilitation process sufficient to ensure that the special needs of individuals in a specialty area are met and that laws governing the rehabilitation process are not broken by anyone during rehabilitation. | 2.75 | 2.25 | 0.5 | 2 | 2.75 |
| **KNOWLEDGE-2** Knowledge of disabilities sufficient to provide for the special needs of the disabled during the rehabilitation process. | 2 | 2 | 0.25 | 2 | 2 |
| **KNOWLEDGE-3** Knowledge of a specialty area sufficient to train and advise staff about the unique needs of a specialty area, about the use of adaptive technology for this area, and to ensure that laws pertaining to this specialty area are not broken. The specialty areas in question are as follows: vocational rehabilitation, independent living/homebound, nursing, social work, occupational therapy, audiology, nutrition, physical therapy, early intervention, speech pathology, blindness/visual impairment, deafness, hard of hearing, traumatic brain injury, and learning disabilities. | 3 | 2.75 | 0.25 | 2.5 | 2.75 |
| **KNOWLEDGE-4** Knowledge of departmental policies and procedures sufficient to ensure that they are being followed by all staff. | 2.25 | 2.25 | 0.75 | 2.5 | 2.75 |
| **KNOWLEDGE-5** Knowledge of the employment process sufficient to provide clients with realistic employment opportunities after rehabilitation | 1.25 | 1.5 | 0.25 | 1 | 1.25 |

21

32

# WORK BEHAVIOR/KSA LINKAGE FORM

How important is this KSA when you perform each work behavior?

0 = Not important
1 = Somewhat important
2 = Important
3 = Essential

**WORK BEHAVIORS**

| | WB1 | WB2 | WB3 | WB4 | WB5 |
|---|---|---|---|---|---|
| **KNOWLEDGE-6** Knowledge of counseling sufficient to make rehabilitation and subsequent employment as easy as possible. | 1 | 1 | 0.25 | 1 | 1 |
| **KNOWLEDGE-7** Knowledge of community resources sufficient to maximize their use in the rehabilitation of clients. | 2.5 | 2 | 0.5 | 2 | 2.25 |
| **KNOWLEDGE-8** Knowledge of laws, rules, and regulations governing grants and grant writing sufficient to secure new grants and maintain existing grants. | 2.75 | 1.75 | 0.25 | 1.75 | 2.75 |
| **ABILITY-1** Ability to work with people with disabilities. | 2.5 | 2.75 | 0.5 | 2.25 | 2.5 |
| **ABILITY-2** Ability to communicate in writing to include grammar, spelling, punctuation, etc. so that memoranda and reports are clear and concise. | 3 | 3 | 0.75 | 2.75 | 3 |

22

**WORK BEHAVIOR/KSA LINKAGE FORM**

How important is this KSA when you perform each work behavior?

0 = Not important
1 = Somewhat important
2 = Important
3 = Essential

**WORK BEHAVIORS**

| | | WB1 | WB2 | WB3 | WB4 | WB5 |
|---|---|---|---|---|---|---|
| ABILITY-3 | Ability to communicate orally as needed to make clients, families, and co-workers understand your recommendations. | 2.75 | 3 | 0.5 | 2.25 | 2.75 |
| ABILITY-4 | Interpersonal ability as needed to maintain your relationships with clients, families, co-workers, outside agencies, and community resources. | 3 | 3 | 0.75 | 2.75 | 3 |
| ABILITY-5 | Ability to apply knowledge in novel and/or problem situations. | 2.75 | 2.75 | 0.5 | 2.5 | 3 |
| ABILITY-6 | Ability to gather and coordinate resources and services from a variety of different sources to maximize the effectiveness of the services provided in the specialty area. | 3 | 2.5 | 0.75 | 2.75 | 2.75 |
| ABILITY-7 | Ability to gather and interpret information received from the client and other sources. | 2.75 | 2.25 | 0.75 | 2.75 | 2.5 |

23

33

# MINIMUM QUALIFICATION RATING FORM

## MQ RATING SCALE

To what extent is this minimum qualification statement useful for identifying the barely acceptable applicant?

0 = Not at all

1 = This minimum qualification statement is not enough to expect from a **barely acceptable applicant**.

2 = This minimum qualification statement appropriately defines what is required of the **barely acceptable applicant**; persons below this level are unacceptable.

3 = This minimum qualification statement is more than should be expected from a **barely acceptable applicant**.

| RATING | | |
|---|---|---|
| 1 | **MQ STATEMENT 1** | Bachelor's degree in rehabilitation, psychology, counseling, human development, social work, nursing, or allied health occupations plus three years of professional level experience providing independent living skills, special education, vocational rehabilitation, or medical rehabilitation services to individuals with disabilities. |
| 1 | **MQ STATEMENT 2** | Bachelor's degree in rehabilitation, psychology, counseling, human development, social work, nursing, or allied health occupations plus four years of professional level experience providing independent living skills, special education, vocational rehabilitation, or medical rehabilitation services to individuals with disabilities. |
| 1 | **MQ STATEMENT 3** | Bachelor's degree in rehabilitation, psychology, counseling, human development, social work, nursing, or allied health occupations plus five years of professional level experience providing independent living skills, special education, vocational rehabilitation, or medical rehabilitation services to individuals with disabilities. |
| 1 | **MQ STATEMENT 4** | Bachelor's degree in rehabilitation, psychology, counseling, human development, social work, nursing, or allied health occupations plus six years of professional level experience providing independent living skills, special education, vocational rehabilitation, or medical rehabilitation services to individuals with disabilities. |
| 1 | **MQ STATEMENT 5** | Bachelor's degree in rehabilitation, psychology, counseling, human development, social work, nursing, or allied health occupations plus seven or more years of professional level experience providing independent living skills, special education, vocational rehabilitation, or medical rehabilitation services to individuals with disabilities. |

24

# MINIMUM QUALIFICATION RATING FORM

## MQ RATING SCALE

To what extent is this minimum qualification statement useful for identifying the barely acceptable applicant?

0 = Not at all

1 = This minimum qualification statement is not enough to expect from a **barely acceptable applicant.**

2 = This minimum qualification statement appropriately defines what is required of the **barely acceptable applicant;** persons below this level are unacceptable.

3 = This minimum qualification statement is more than should be expected from a **barely acceptable applicant.**

—

**1** | **MQ STATEMENT 6**
Master's degree in rehabilitation, psychology, counseling, human development, social work, nursing, or allied health occupations plus <u>three</u> years of professional level experience providing independent living skills, special education, vocational rehabilitation, or medical rehabilitation services to individuals with disabilities.

**2** | **MQ STATEMENT 7**
Master's degree in rehabilitation, psychology, counseling, human development, social work, nursing, or allied health occupations plus <u>four</u> years of professional level experience providing independent living skills, special education, vocational rehabilitation, or medical rehabilitation services to individuals with disabilities.

**3** | **MQ STATEMENT 8**
Master's degree in rehabilitation, psychology, counseling, human development, social work, nursing, or allied health occupations plus <u>five</u> years of professional level experience providing independent living skills, special education, vocational rehabilitation, or medical rehabilitation services to individuals with disabilities.

**3** | **MQ STATEMENT 9**
Master's degree in rehabilitation, psychology, counseling, human development, social work, nursing, or allied health occupations plus <u>six</u> years of professional level experience providing independent living skills, special education, vocational rehabilitation, or medical rehabilitation services to individuals with disabilities.

**3** | **MQ STATEMENT 10**
Master's degree in rehabilitation, psychology, counseling, human development, social work, nursing, or allied health occupations plus seven or more years of professional level experience providing independent living skills, special education, vocational rehabilitation, or medical rehabilitation services to individuals with disabilities.

25

34

# MINIMUM QUALIFICATION/KSA LINKAGE FORM

26

For each of the KSAs listed, indicate your response by placing a "1" or "0" in the appropriate block.

This KSA:

1 = CAN BE ACQUIRED from the minimum qualification listed

0 = CANNOT BE ACQUIRED from the minimum qualification listed

**KNOWLEDGES, SKILLS, AND ABILITIES**

| | Minimum Qualification | K-1 | K-2 | K-3 | K-4 | K-5 | K-6 | K-7 | K-8 | A-1 | A-2 | A-3 | A-4 | A-5 | A-6 | A-7 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MQ 1 | Bachelor's degree in rehabilitation, psychology, counseling, human development, social work, nursing, or allied health occupations plus three years of professional level experience providing independent living skills, special education, vocational rehabilitation, or medical rehabilitation services to individuals with disabilities. | 0 | .25 | 0 | 0 | .25 | .25 | 0 | .5 | .5 | .25 | .25 | 0 | 0 | 0 | .25 |
| MQ 2 | Bachelor's degree in rehabilitation, psychology, counseling, human development, social work, nursing, or allied health occupations plus four years of professional level experience providing independent living skills, special education, vocational rehabilitation, or medical rehabilitation services to individuals with disabilities. | 0 | .25 | 0 | 0 | .25 | .25 | 0 | .5 | .5 | .25 | .25 | 0 | 0 | 0 | .25 |
| MQ 3 | Bachelor's degree in rehabilitation, psychology, counseling, human development, social work, nursing, or allied health occupations plus five years of professional level experience providing independent living skills, special education, vocational rehabilitation, or medical rehabilitation services to individuals with disabilities. | .25 | .5 | 0 | 0 | .25 | .25 | .25 | .5 | .25 | .25 | 0 | 0 | 0 | 0 | .25 |
| MQ 4 | Bachelor's degree in rehabilitation, psychology, counseling, human development, social work, nursing, or allied health occupations plus six years of professional level experience providing independent living skills, special education, vocational rehabilitation, or medical rehabilitation services to individuals with disabilities. | .25 | .5 | 0 | 0 | .25 | 0 | .5 | .5 | .25 | .25 | .25 | .25 | 0 | 0 | .25 |

MINIMUM QUALIFICATION/KSA LINKAGE FORM

For each of the KSAs listed, indicate your response by placing a "1" or "0" in the appropriate block.

This KSA:

1 = CAN BE ACQUIRED from the minimum qualification listed

0 = CANNOT BE ACQUIRED from the minimum qualification listed

KNOWLEDGES, SKILLS, AND ABILITIES

|  | K-1 | K-2 | K-3 | K-4 | K-5 | K-6 | K-7 | K-8 | A-1 | A-2 | A-3 | A-4 | A-5 | A-6 | A-7 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MQ 5 — Bachelor's degree in rehabilitation, psychology, counseling, human development, social work, nursing, or allied health occupations plus seven or more years of professional level experience providing independent living skills, special education, vocational rehabilitation, or medical rehabilitation services to individuals with disabilities. | .25 | .5 | 0 | | .25 | 0 | | .5 | .5 | .25 | .25 | .25 | 0 | 0 | .25 |
| MQ 6 — Master's degree in rehabilitation, psychology, counseling, human development, social work, nursing, or allied health occupations plus three years of professional level experience providing independent living skills, special education, vocational rehabilitation, or medical rehabilitation services to individuals with disabilities. | 1 | 1 | 1 | .75 | .75 | 1 | .75 | 1 | 1 | .75 | 1 | .5 | .75 | 1 | 1 |
| MQ 7 — Master's degree in rehabilitation, psychology, counseling, human development, social work, nursing, or allied health occupations plus four years of professional level experience providing independent living skills, special education, vocational rehabilitation, or medical rehabilitation services to individuals with disabilities. | 1 | 1 | 1 | .75 | .75 | 1 | .75 | 1 | 1 | 1 | 1 | .75 | .75 | 1 | 1 |
| MQ 8 — Master's degree in rehabilitation, psychology, counseling, human development, social work, nursing, or allied health occupations plus five years of professional level experience providing independent living skills, special education, vocational rehabilitation, or medical rehabilitation services to individuals with disabilities. | 1 | 1 | 1 | .75 | .75 | 1 | .75 | 1 | 1 | 1 | 1 | .75 | .75 | 1 | 1 |

27

35

MINIMUM QUALIFICATION/KSA LINKAGE FORM

28

For each of the KSAs listed, indicate your response by placing a "1" or "0" in the appropriate block.

This KSA:

1 = CAN BE ACQUIRED from the minimum qualification listed

0 = CANNOT BE ACQUIRED from the minimum qualification listed

KNOWLEDGES, SKILLS, AND ABILITIES

| | K-1 | K-2 | K-3 | K-4 | K-5 | K-6 | K-7 | K-8 | A-1 | A-2 | A-3 | A-4 | A-5 | A-6 | A-7 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MQ 9  Master's degree in rehabilitation, psychology, counseling, human development, social work, nursing, or allied health occupations plus six years of professional level experience providing independent living skills, special education, vocational rehabilitation, or medical rehabilitation services to individuals with disabilities. | 1 | 1 | 1 | .75 | .75 | .75 | 1 | .75 | 1 | 1 | 1 | .75 | .75 | 1 | 1 |
| MQ 10  Master's degree in rehabilitation, psychology, counseling, human development, social work, nursing, or allied health occupations plus seven or more years of professional level experience providing independent living skills, special education, vocational rehabilitation, or medical rehabilitation services to individuals with disabilities. | 1 | 1 | 1 | .75 | .75 | .75 | 1 | .75 | 1 | 1 | 1 | .75 | .75 | 1 | 1 |

**Surviving tasks, KSAs and analysis of data:** The screens that had to be met for tasks were as follows: Mean equal to or greater than 1.5 for importance ratings, .5 for necessary at entry ratings, and 1.5 for relationship to job performance ratings. The screens that had to be met for work behaviors were as follows: Mean equal to or greater than 1.5 for importance ratings and .5 for necessary at entry ratings. The screens that had to be met for KSA's were as follows: Mean equal to or greater than 1.5 for importance ratings, .5 for necessary at entry ratings, and 1.5 for relationship to job performance ratings.

The following work behaviors, tasks, and KSA's survived all screens:

| Work Behaviors | Tasks | KSA's |
|---|---|---|
| 1, 2, and 5. | 1.1 through 1.7,<br>1.9 through 2.1,<br>2.4 through 2.10,<br>4.1, 4.2, 4.5, 4.6,<br>4.7, 5.4, 5.5, 5.7,<br>5.10, 5.11,<br>5.13 through 5.16,<br>5.19, 5.22, 5.23, 5.24,<br>5.26 through 5.32. | K1, K2, K3,<br>A1 through A7. |

The following work behaviors, tasks, and KSA's failed one or more screens and were dropped from further analysis:

| Work Behaviors | Tasks | KSA's |
|---|---|---|
| 3 and 4. | 1.8, 2.2, 2.3,<br>3.1 through 3.5,<br>4.3, 4.4, 4.8, 4.9,<br>5.1, 5.2, 5.3, 5.6,<br>5.8, 5.9, 5.12, 5.17,<br>5.18, 5.20, 5.21, 5.25,<br>5.33 through 5.39. | K4 through K8. |

**Comments:** One task was dropped based on a combination of the four rating scales. If a task just made the cutoff point for the three mandatory screens (importance = 1.5, necessary at entry = .5, and relationship to job performance = 1.5) and its mean frequency rating was less than 3 (i.e. it is performed less than once a month), it was dropped from the further analysis. This procedure is supported by the Uniform Guidelines on Employee Selection Procedures, Section 14C, subparagraph 3, which states "...behavior(s) selected for measurement should be critical work behavior(s) and/or important work behavior(s) constituting most of the job." This procedure was also approved by Dr. John Hicks, I/O Psychologist for the Personnel Department, Mr. Doug Lunsford, Manager of the Examinations Division, and Ms. Mary Gibbons, an Examination Research Analyst who functions as a consultant to other analysts in the department. Task 2.3 was the only task that was dropped by using this screen. This left 44 tasks that survived the analysis, which is a more than sufficient number for the task-based checklist that was used as the selection device.

# POSSIBLE SELECTION DEVICE WORKSHEET

**DIRECTIONS:** List the KSAs down the 1st column that passed the rating and linkage screens. Then place an "X" underneath types of selection devices that could most effectively measure that KSA.

| Qualifying KSAs | T & E | Supplemental Questionnaire | Written Test | Writing Exercise | Simulation | Work Sample | Role Play | Oral Presentation | Other |
|---|---|---|---|---|---|---|---|---|---|
| K-1 | X | X | X | | | | | | |
| K-2 | X | X | X | | | | | | |
| K-3 | X | X | X | | | | | | |
| A-1 | X | X | | | | | X | | |
| A-2 | | X | | X | X | | | | |
| A-3 | | | | | X | | X | X | |
| A-4 | | | | | X | | X | X | |
| A-5 | | X | | | X | | X | | |
| A-6 | X | X | | | X | | X | | |
| A-7 | | X | | | X | | X | | |

30

31

**Selection device(s) discussed and explained:** The selection device for this class will include an evaluation of the information in the supplemental questionnaire and successful completion of the probationary period. Applications will be graded on a pass/fail basis, with the criterion being the minimum qualifications. The responses to the supplemental questionnaire will constitute 100% of the final grade for the applicants to be placed on the employment register. The probationary period will be used to evaluate KSA's not measured by the supplemental questionnaire.

**Alternatives considered:** A written test, simulation, or a role play could be used as selection devices for this class. A written test was considered undesirable for several reasons. First, the areas of knowledge and the work performed are at a high level (i.e. providing technical advice to other practitioners) and it would be difficult to write test items at this high a level. Second, there are many different specialty options in this class, which would necessitate a test for the 14 options. This would be undesirable because of the extra time required to develop the different tests and the time and resources needed to grade them.

Simulations and role play exercises could also be used as selection devices for this class. However, to adequately measure all the KSA's, several simulations/role plays would have to be developed. This is costly in both time and resources, and they have the added disadvantage of being more expensive and subjective to grade than a written test or an evaluation of training and experience. Also, because this is an open-competitive, continuous examination, the number of applicants could be so large that the cost of conducting and then grading a simulation/role play examination could be prohibitive.

For the level of work in question, along with the required education and experience levels, I believe that an evaluation of training and experience would be just as effective as the other three alternatives, but would cost much less in terms of exam development and scoring.

**Comments:** I recommend that this classification be restudied 2 years from now. This is a newly opened classification, with only a few provisional incumbents that were transferred from another classification to serve as incumbent SME's. This, along with the fact that this agency was recently made a department-level agency and is still in a transitional period regarding its classification structure, leads me to believe that a study two years from now will give a much clearer picture of the duties that comprise this classification (see Appendix B after the summary report for the current differences). I will make a note of this in the departmental scheduling software, as well as my own personal appointment book, to ensure that this classification is restudied at the appropriate time. If I happen to leave my current position, I will notify my supervisor to make the appropriate steps to ensure that this classification is restudied at the appropriate time.

Another fact that deserves comment is the fact that ratings were not obtained for specific education degrees or specific types of work experiences. This is a departure from normal departmental practice. This was done because of the variety of different types of educational degrees and work experiences that could qualify people for the different specialty areas. What is desired of people in this classification is a certain level of expertise in a specialty area, regardless of what that specialty area is. The amount of education and experience in the MQ statement is sufficient to ensure that all people qualifying in all the specialty areas will possess the KSA's needed to perform the job tasks (i.e. a Master's degree and three years of experience is sufficient for all specialty areas, instead of having different education and experience requirements for the different specialty areas). The tasks and functions that are performed are the same regardless of what specialty area in which the person happens to be working.

37

**EXAMINATION PLAN WORKSHEET**

32

Directions: List the qualifying KSAs down the first column with their respective percent weights. Indicate which selection device you have selected to evaluate each KSA. If more than one selection device is to be used for a KSA, indicate how the points will be distributed.

| Qualifying KSAs | Weight | Supplemental Questionnaire | Probationary Period | Selection Device 1 | Selection Device 2 | Selection Device 3 | Selection Device 4 |
|---|---|---|---|---|---|---|---|
| K-1 | .15 | .15 | | | | | |
| K-2 | .025 | .025 | | | | | |
| K-3 | .15 | .15 | | | | | |
| A-1 | .15 | .15 | | | | | |
| A-2 | .0875 | | .0875 | | | | |
| A-3 | .0875 | | .0875 | | | | |
| A-4 | .15 | | .15 | | | | |
| A-5 | .025 | | .025 | | | | |
| A-6 | .0875 | .0875 | | | | | |
| A-7 | .0875 | .0875 | | | | | |
| TOTAL: | 100% | 65% | 35% | | | | |

**List selection devices used:** Minimum qualifications will be evaluated on a pass/fail basis, based on the information provided on the application. The supplemental questionnaire will be used to assign grades to the applicants. The supplemental questionnaire will consist of all the tasks that survived the JAQ analysis. Scores will be derived by adding together the tasks performed under each work behavior (1 point for each task), multiplying these scores by the work behavior weights (average estimated time spent performing that work behavior), and then adding together these weighted sums to arrive at a final score. The applicant's scores will be banded, starting at the highest score and using one standard deviation as the bandwidth, which is the departmental standard bandwidth for unassembled examinations, according to Dr. John Hicks, the I/O Psychologist for the Personnel Department. Two extra sets of scores will be added, if necessary, to simulate applicants receiving either the maximum or minimum score possible, as this is a continuous classification and the bandwidths that are set on the first administration will be used for all subsequent applicants (see Appendix A after the summary report).

**Examination Plan Explained:** All the Abilities and K1, K2, and K3 survived and were included in the selection devices. Importance ratings of the KSA's, rank-ordering of the KSA's, and the KSA linkages to the work behaviors were analyzed to determine the weights for the KSA's. K1, K3, A1, and A4 were weighted 15 % each, A2, A3, A6, and A7 were weighted 8.75% each, and K2 and A5 were weighted 2.5% each. The supplemental questionnaire will account for 65% of the examination, measuring K1, K2, K3, A1, A6, and A7. The probationary period will account for the other 35% of the examination, measuring A2, A3, A4, and A5.

**Examination Minimum Qualifications Defined and Explained:** The subject matter experts for this classification were asked to identify education, training, work experiences, and other experiences which would provide and individual with the KSA's necessary to perform the required duties. Based on the SME ratings of the qualifications and their links to the KSA's, the minimum qualifications for this job classification are:

> A Master's degree in rehabilitation, psychology, counseling, human development, social work, nursing, or allied health occupations plus four years of professional level experience providing independent living skills, special education, vocational rehabilitation, or medical rehabilitation services to individuals with disabilities, with at least one year having responsibility for planning and/or conducting a department level training programs or assisting in program development in the specialty area. Four years of experience in the specialty area may substitute for the required rehabilitation experience.

**Comments:** As is stated above, the weights for the task-based checklist are the estimated percentages of time spent performing each work behavior. Work Behavior 4 failed to satisfy the "necessary at entry" screen (see page 17), yet it's estimated percentage of time is used to weight tasks in Work Behavior 4 on the supplemental questionnaire. This is so because the supplemental questionnaire is concerned with specific tasks that have been performed in the past, not with global work behavior statements. Five of the nine tasks comprising Work Behavior 4 did survive the analysis, which means they were included in the supplemental questionnaire. These 5 tasks within Work Behavior 4 are needed at entry. The estimated percentage of time spent performing Work Behavior 4 is still a valid rating to be used to weight the tasks that survived from Work Behavior 4, regardless of what the global work behavior's "necessary at entry" rating happened to be.

This classification is at the same pay level as the Rehabilitation Supervisor II classification. Supervisory staff could end up supervising people in this classification at equivalent pay grades, which could lead to feelings of resentment in the agency. I will send a memo to the appropriate classification analyst to notify them of this situation and to request they study the Rehabilitation Supervisor series and the Children's Rehabilitation Supervisor Series.

Appendix A (see pg. 33 in the Summary report) data from the first administration of the questionnaire

Specialist II

| | Argiro, S. | Beadles, R | Carson, H. | Dent, J. | Fitzgerald, | Gamble, T | Hodge, W. | Mullins, E. | Myrick, J. | Prince, E. | Roberts, M | Sankey, R. | Smith, C. | Minimum |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **WB1** | | | | | | | | | | | | | | |
| 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 1 | 1 | 1 | 1 | 0 |
| 2 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 |
| 3 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 |
| 4 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 |
| 5 | 0 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 |
| 6 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 1 | 0 |
| 7 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 |
| 8 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 |
| 9 | 1 | 1 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 1 | 0 |
| | 8 | 8 | 9 | 8 | 9 | 9 | 9 | 9 | 8 | 9 | 9 | 7 | 9 | 0 |
| **WB2** | | | | | | | | | | | | | | |
| 1 | 1 | 1 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 1 | 0 |
| 2 | 1 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 1 | 0 |
| 3 | 0 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 0 | 1 | 1 | 1 | 0 | 0 |
| 4 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 |
| 5 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 |
| 6 | 1 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 1 | 0 |
| 7 | 1 | 1 | 0 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 |
| | 6 | 7 | 3 | 6 | 6 | 7 | 7 | 7 | 6 | 7 | 7 | 4 | 6 | 0 |
| **WB3** | | | | | | | | | | | | | | |
| 1 | 0 | 1 | 0 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 |
| 2 | 1 | 1 | 0 | 1 | 0 | 1 | 1 | 1 | 0 | 1 | 1 | 1 | 1 | 0 |
| 3 | 0 | 1 | 0 | 1 | 0 | 1 | 1 | 1 | 0 | 1 | 1 | 0 | 0 | 0 |
| 4 | 0 | 0 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 1 | 0 |
| 5 | 0 | 1 | 0 | 1 | 0 | 0 | 1 | 1 | 0 | 1 | 1 | 0 | 0 | 0 |
| | 1 | 4 | 0 | 5 | 1 | 4 | 5 | 5 | 2 | 5 | 5 | 2 | 3 | 0 |
| **WB4** | | | | | | | | | | | | | | |
| 1 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 |
| 2 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 |
| 3 | 1 | 1 | 0 | 1 | 0 | 0 | 1 | 1 | 0 | 1 | 1 | 0 | 0 | 0 |
| 4 | 0 | 1 | 0 | 1 | 1 | 0 | 1 | 1 | 0 | 1 | 1 | 0 | 1 | 0 |
| 5 | 0 | 1 | 0 | 0 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 0 |
| 6 | 1 | 1 | 1 | 0 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 1 | 0 |
| 7 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 |
| 8 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 |
| 9 | 0 | 1 | 0 | 1 | 0 | 0 | 1 | 1 | 1 | 1 | 1 | 0 | 1 | 0 |
| 10 | 1 | 1 | 0 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 |
| 11 | 1 | 1 | 0 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 |
| 12 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 |
| 13 | 0 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 1 | 0 |
| 14 | 1 | 1 | 0 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 |

Specialist II

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 0 | 0 | 0 | 1 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 |
| 16 | 1 | 1 | 1 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 0 |
| 17 | 1 | 0 | 1 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 1 | 0 |

| Weights | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WB1 0.2925 | 2.34 | 2.34 | 2.6325 | 2.34 | 2.6325 | 2.6325 | 2.6325 | 2.6325 | 2.34 | 2.6325 | 2.6325 | 2.0475 | 2.6325 | 0 |
| WB2 0.22 | 1.32 | 1.54 | 1.54 | 1.32 | 1.32 | 1.54 | 1.54 | 1.54 | 1.32 | 1.54 | 1.54 | 0.88 | 1.32 | 0 |
| WB3 0.1 | 0.1 | 0.1 | 0.4 | 0.5 | 0.1 | 0.4 | 0.5 | 0.5 | 0.2 | 0.5 | 0.5 | 0.2 | 0.3 | 0 |
| WB4 0.3875 | 3.875 | 3.875 | 3.4875 | 5.425 | 3.4875 | 5.0375 | 6.5875 | 6.5875 | 5.8125 | 6.5875 | 6.5875 | 4.2625 | 5.425 | 0 |
| | 10 | 15 | 9 | 14 | 9 | 13 | 17 | 17 | 15 | 17 | 17 | 11 | 14 | 0 |
| Total | 7.635 | 10.0925 | 6.78 | 9.585 | 7.54 | 9.61 | 11.26 | 11.26 | 9.6725 | 11.26 | 11.26 | 7.39 | 9.6775 | 0 |

| | Max | Min |
|---|---|---|
| band01 | 11.26 | 8.28405 |
| band02 | 8.28405 | 5.3081 |
| band03 | 5.3081 | 2.33215 |
| band04 | 2.33215 | 0 |

N = 14
Average = 8.78732
St. Dev. = 2.97595

40

Appendix B used primarily in the Rehab. Specialist III study. (See pg. 31 in the summary report)

**Tasks that differentiate the three levels of Rehabilitation Specialist.**

**Work Behavior 1.  Provide technical assistance in a specialty area such as vocational rehabilitation, audiology, nutrition, physical therapy, learning disabilities, etc. to provide timely, high-quality rehabilitation services.**

All          Maintain a file of current information concerning your specialty area. (1.5, 2.25, 3)

**Work Behavior 2.  Develop and conduct training programs in a specialty area such as vocational rehabilitation, audiology, nutrition, physical therapy, learning disabilities, etc. to keep departmental staff aware of current developments in the specialty area.**

II & III     Train the staff regarding the Federal and State laws that govern the rehabilitation process. (1, 2.75, 4)

I            Train the staff regarding the departmental policies and procedures. (2, 1.75, 4)

II & III     Plan for future training needs that will arise to keep pace with technological changes. (1, 2.5, 3)

II & III     Prepare materials to be used in training. (1, 2.5, 2.5)

II & III     Attend outside training programs to stay updated on new developments in your specialty area. (1.5, 2.5, 3.5)

II √III      Develop and conduct training programs in your specialty area. (1, 3, 3.5)

All          Make presentations at outside training programs in your specialty area. (2, 3, 3.5)

**Work Behavior 4.  Conduct departmental research in a specialty area such as vocational rehabilitation, audiology, nutrition, physical therapy, learning disabilities, etc. in order to determine such things as departmental strengths and weaknesses, current training needs, and counseling effectiveness.**

II & III     Plan and conduct research to determine overall departmental training needs. (1, 2.25, 4)

All          Determine the extent of training the department needs for your specialty area. (2, 2.25, 4)

I √III       Plan and conduct research to determine the level of client/family satisfaction. (2, 2.25, 4)

III          Conduct surveys to determine the staff's level of perceived effectiveness. (1, 1.25, 3.5)

All          Conduct research to determine if the department, specialty area, or certain employees are meeting their goals. (2, 2.25, 4)

All          Monitor the department's success in fulfilling agreements made with outside agencies. (2.5, 3, 2.25, 4)

41

II + III    Plan and conduct research to determine the effectiveness of training programs. ( 1, 2.75, 3.5 )

III    Plan and conduct research to determine the effectiveness of (departmental) policies and procedures. ( 1, 1.25, 3.5 )

III    Collect data for a variety of different measures, such as the number of assistance calls handled, the number of assistance calls successfully resolved, etc. ( 1, 1.5, 3 )

**Work Behavior 5.  Perform administrative duties as needed to secure program funding, to maintain proper communication with co-workers, to maintain proper documentation of services provided, etc.**

I    Enter client information into the computer. ( 2.5, 0, 0 )

II + III    Delegate appropriate tasks to the clerical staff. ( 1, 3, 3 )

I + III    Develop inter-agency networks of service providers in the district and the state. ( 2.5, 1.75, 4 )

All    Work collaboratively with division in the department and other agencies when providing rehabilitation services. ( 2.5, 3, 4 )

III    Promote the development of consumer-based support groups in the state. ( 1.5, 1.25, 3 )

All    Maintain good relationships with advocacy groups and support groups involved in your specialty area. ( 2.5, 2.5, 4 )

II + III    Develop and maintain some type of statewide advisory group, comprised of representatives from the department, service providers, consumers, advocacy groups, etc., for your specialty area. ( 1.5, 2.75, 4 )

III    Assist in the development of promotional media, such as pamphlets and brochures, for your specialty area. ( 1, 2.25, 3 )

II + III    Interpret new legal decisions that affect your specialty area. ( 0, 2.75, 3.5 )

I    Review monitoring reports written by departmental staff members. ( 3.5, 1.75, 1 )

42



Specific Tasks:

(5.3) Promote the development of consumer feedback/support groups in
III        the state.
only

(5.25)
Develop promotional media, such as pamphlets, brochures
etc.

ill
at        (5.32) Conduct public hearings
statewide
level
- Conduct Surveys to determine staff's level of perceived effectiveness
- Plan conduct research to det. the eff. of dept. policies & procedures.
- Collect data for a variety of measures: # of calls handled, # successfully resolved etc.
(4.9)

II √ III  (5.33) Interpret new legal decisions that affect your spec. area

only      (5.29) Create Documents & forms to be used by the department

5.23      Develop & maintain a statewide advisory group, com-
          prised of representatives from the department, service providers
          consumers, advocacy groups, etc. for the specialty area.

4.7 - Plan & conduct research to det. the effectiveness of training programs.
2.1 - Train staff regarding fed. & state laws that govern the rehab. process.
4.1 - P & C research to det. over-all departmental training needs
2.6 - Prepare material to be used in training
2.9 - D & C training programs in the spec. area
2.7 - attend outside training group. to stay updated on new dev. in spec. area.
2.5 - Plan for future training needs to keep pace w/ technological  43
      changes.

tie the promotional justification to ~~an~~
tackier stuff: that they would need high level
experience in the dept. for—

ie: grant writing
budget prep.

In-depth knowledge off of Dept's goals, plans
mission, values, etc.

Strong Supervisory skills, more on the mentoring-
advise giving nature.

2nd most imp.

Tech. assistance & consultation above that of I's:
consult to commissioner & asst. dirs. on
the facets of the program area: ie can we
effect a change in policy, etc.

Must have already est. rapport & credibility w/
dept.

K of the agency's history.

Most imp.
one
that all
I levels have
that I's don't

A to evaluate needs of the program in the field & design strategies
to meet them.

44

50344.XLS

| | SPECIALIST I | SPECIALIST II | SPECIALIST III |
|---|---|---|---|
| TASK 1.1A | 4 | 3.5 | 4.5 |
| TASK 1.1B | 3 | 2.75 | 3.5 |
| TASK 1.1C | 1 | 0.75 | 1 |
| TASK 1.1D | 3 | 2 | 2.5 |
| TASK 1.2A | 5 | 4.75 | 5 |
| TASK 1.2B | 3 | 3.75 | 4 |
| TASK 1.2C | 1 | 1 | 1 |
| TASK 1.2D | 2 | 2.75 | 2.5 |
| TASK 1.3A | 4 | 3.75 | 3.5 |
| TASK 1.3B | 2 | 2.75 | 3 |
| TASK 1.3C | 1 | 0.75 | 0 |
| TASK 1.3D | 2 | 2.5 | 2 |
| TASK 1.4A | 4 | 3.5 | 3.5 |
| TASK 1.4B | 2 | 2.75 | 3 |
| TASK 1.4C | 1 | 0.75 | 0 |
| TASK 1.4D | 2 | 2.5 | 2 |
| TASK 1.5A | 4 | 3.75 | 3.5 |
| TASK 1.5B | 3 | 3.25 | 3.5 |
| TASK 1.5C | 1 | 1 | 1 |
| TASK 1.5D | 3 | 2.5 | 2.5 |
| TASK 1.6A | 4 | 2.25 | 3.5 |
| TASK 1.6B | 3 | 3 | 3.5 |
| TASK 1.6C | 1 | 1 | 1 |
| TASK 1.6D | 3 | 2.75 | 3 |
| TASK 1.7A | 0 | 2 | 1.5 |
| TASK 1.7B | 0 | 1.75 | 1.5 |
| TASK 1.7C | 0 | 0.5 | 0 |
| TASK 1.7D | 0 | 1.75 | 1 |
| TASK 1.8A | 0 | 1.25 | 1.5 |
| TASK 1.8B | 0 | 1.25 | 1.5 |
| TASK 1.8C | 0 | 0.25 | 0 |
| TASK 1.8D | 0 | 1 | 1 |
| TASK 1.9A | 3 | 3.5 | 4.5 |
| TASK 1.9B | 2 | 2.25 | 3 |
| TASK 1.9C | 1 | 0.75 | 1 |
| TASK 1.9D | 3 | 1.5 | 2.5 |
| TASK 1.10A | 4 | 3.25 | 3.5 |
| TASK 1.10B | 3 | 3 | 3 |
| TASK 1.10C | 1 | 0.75 | 1 |
| TASK 1.10D | 3 | 2.5 | 2.5 |
| TASK 1.11A | 4 | 3.5 | 5 |
| TASK 1.11B | 3 | 3 | 4 |
| TASK 1.11C | 1 | 1 | 1 |
| TASK 1.11D | 3 | 3 | 3 |
| TASK 1.12A | 5 | 2.75 | 3.5 |
| TASK 1.12B | 4 | 2.5 | 3 |
| TASK 1.12C | 1 | 0.5 | 0.5 |
| TASK 1.12D | 3 | 2 | 2.5 |
| TASK 2.1A | 2 | 2.5 | 3 |

1.8

45

50344.XLS

| | | | |
|---|---|---|---|
| TASK 2.1B | 2 | 2.75 | 4 |
| TASK 2.1C | 1 | 0.75 | 1 |
| TASK 2.1D | 3 | 2.5 | 3 |
| TASK 2.2A | 2 | 1.5 | 2 |
| TASK 2.2B | 2 | 1.75 | 4 |
| TASK 2.2C | 1 | 0.25 | 0 |
| TASK 2.2D | 3 | 1.75 | 2.5 |
| TASK 2.3A | 0 | 1.25 | 0.5 |
| TASK 2.3B | 0 | 1.5 | 1 |
| TASK 2.3C | 0 | 0.5 | 0 |
| TASK 2.3D | 0 | 1.5 | 1 |
| TASK 2.4A | 3 | 2.75 | 2.5 |
| TASK 2.4B | 3 | 2.25 | 2.5 |
| TASK 2.4C | 1 | 1 | 0.5 |
| TASK 2.4D | 3 | 2.5 | 2.5 |
| TASK 2.5A | 1 | 1.75 | 2 |
| TASK 2.5B | 2 | 2.5 | 3 |
| TASK 2.5C | 1 | 0.5 | 1 |
| TASK 2.5D | 3 | 2.25 | 3 |
| TASK 2.6A | 1 | 2.5 | 3 |
| TASK 2.6B | 2 | 2.5 | 2.5 |
| TASK 2.6C | 1 | 0.75 | 1 |
| TASK 2.6D | 3 | 2.5 | 3 |
| TASK 2.7A | 2 | 1.75 | 2 |
| TASK 2.7B | 3 | 2.5 | 3.5 |
| TASK 2.7C | 1 | 0.5 | 0.5 |
| TASK 2.7D | 3 | 2.25 | 2.5 |
| TASK 2.8A | 1 | 2 | 2 |
| TASK 2.8B | 2 | 2.25 | 2 |
| TASK 2.8C | 1 | 0.5 | 0.5 |
| TASK 2.8D | 3 | 2.25 | 2.5 |
| TASK 2.9A | 1 | 2 | 2.5 |
| TASK 2.9B | 2 | 3 | 3.5 |
| TASK 2.9C | 1 | 1 | 1 |
| TASK 2.9D | 3 | 3 | 3 |
| TASK 2.10A | 1 | 2 | 2.5 |
| TASK 2.10B | 2 | 3 | 3.5 |
| TASK 2.10C | 1 | 1 | 1 |
| TASK 2.10D | 3 | 3 | 3 |
| TASK 3.1A | 0 | 0 | 1 |
| TASK 3.1B | 0 | 0 | 2 |
| TASK 3.1C | 0 | 0 | 0.5 |
| TASK 3.1D | 0 | 0 | 1 |
| TASK 3.2A | 0 | 0 | 1 |
| TASK 3.2B | 0 | 0 | 2 |
| TASK 3.2C | 0 | 0 | 0.5 |
| TASK 3.2D | 0 | 0 | 1 |
| TASK 3.3A | 0 | 0 | 1 |
| TASK 3.3B | 0 | 0 | 2 |
| TASK 3.3C | 0 | 0 | 0.5 |

50344.XLS

| | | | |
|---|---|---|---|
| **S.2** TASK 5.2B | 3 | 1.25 | 2 |
| TASK 5.2C | 0 | 0.25 | 0.5 |
| TASK 5.2D | 2 | 1 | 1.5 |
| **5.3** TASK 5.3A | 3 | 2 | 3 |
| TASK 5.3B | 4 | 2.75 | 3 |
| TASK 5.3C | 0 | 0.25 | 1 |
| TASK 5.3D | 2 | 2.25 | 2.5 |
| TASK 5.4A | 3 | 2.5 | 3.5 |
| TASK 5.4B | 3 | 2.5 | 3 |
| TASK 5.4C | 0 | 0.5 | 1 |
| TASK 5.4D | 2 | 2.25 | 2.5 |
| TASK 5.5A | 3 | 2.5 | 3.5 |
| TASK 5.5B | 3 | 2.5 | 3 |
| TASK 5.5C | 0 | 0.5 | 1 |
| TASK 5.5D | 2 | 2.25 | 2.5 |
| TASK 5.6A | 2 | 0 | 0 |
| **5.6** TASK 5.6B | 2 | 0 | 0 |
| TASK 5.6C | 1 | 0 | 0 |
| TASK 5.6D | 2 | 0 | 0 |
| TASK 5.7A | 3 | 2.5 | 2.5 |
| TASK 5.7B | 3 | 2.75 | 2.5 |
| TASK 5.7C | 0 | 0.5 | 1 |
| TASK 5.7D | 2 | 2.25 | 2 |
| **5.8** TASK 5.8A | 5 | 5 | 6 |
| TASK 5.8B | 2 | 3.25 | 3.5 |
| TASK 5.8C | 1 | 0.25 | 0.5 |
| TASK 5.8D | 2 | 1.75 | 2.5 |
| **5.9** TASK 5.9A | 1 | 0.75 | 1 |
| TASK 5.9B | 3 | 3 | 3.5 |
| TASK 5.9C | 0 | 0.25 | 0.5 |
| TASK 5.9D | 3 | 2.25 | 2.5 |
| TASK 5.10A | 1 | 1 | 1 |
| TASK 5.10B | 3 | 3.75 | 3.5 |
| TASK 5.10C | 0 | 0.5 | 0.5 |
| TASK 5.10D | 3 | 2.75 | 2.5 |
| TASK 5.11A | 1 | 4.75 | 5.5 |
| TASK 5.11B | 3 | 3.75 | 4 |
| TASK 5.11C | 0 | 0.75 | 1 |
| TASK 5.11D | 3 | 2.75 | 3 |
| TASK 5.12A | 1 | 1.75 | 1.5 |
| **5.12** TASK 5.12B | 4 | 3.5 | 3.5 |
| TASK 5.12C | 0 | 0.25 | 0.5 |
| TASK 5.12D | 3 | 2.75 | 2.5 |
| TASK 5.13A | 4 | 5.25 | 5.5 |
| TASK 5.13B | 2 | 3 | 3 |
| TASK 5.13C | 1 | 0.5 | 1 |
| TASK 5.13D | 2 | 2.5 | 2 |
| TASK 5.14A | 1 | 2 | 3 |
| TASK 5.14B | 4 | 3.75 | 3 |
| TASK 5.14C | 1 | 0.75 | 1 |

48

50344.XLS

| | | | |
|---|---|---|---|
| TASK 5.14D | 3 | 2.75 | 2.5 |
| TASK 5.15A | 3 | 2.75 | 2 |
| TASK 5.15B | 4 | 2.75 | 1.5 |
| TASK 5.15C | 1 | 0.5 | 0 |
| TASK 5.15D | 3 | 2 | 1 |
| TASK 5.16A | 3 | 4 | 4 |
| TASK 5.16B | 4 | 3.75 | 3 |
| TASK 5.16C | 1 | 0.75 | 1 |
| TASK 5.16D | 3 | 2.75 | 2.5 |
| TASK 5.17A | 2 | 1.75 | 3 |
| TASK 5.17B | 2 | 2 | 3 |
| TASK 5.17C | 1 | 0 | 0 |
| TASK 5.17D | 2 | 1.75 | 2.5 |
| TASK 5.18A | 2 | 1.75 | 4 |
| TASK 5.18B | 2 | 1.75 | 4 |
| TASK 5.18C | 1 | 0.25 | 1 |
| TASK 5.18D | 3 | 1.25 | 3 |
| TASK 5.19A | 2 | 4 | 5 |
| TASK 5.19B | 2 | 3 | 4 |
| TASK 5.19C | 1 | 0.75 | 1 |
| TASK 5.19D | 3 | 2.75 | 3 |
| TASK 5.20A | 0 | 0.5 | 2.5 |
| TASK 5.20B | 0 | 1.25 | 2 |
| TASK 5.20C | 0 | 0 | 0 |
| TASK 5.20D | 0 | 1.5 | 2 |
| TASK 5.21A | 0 | 1 | 2 |
| TASK 5.21B | 0 | 1.25 | 3 |
| TASK 5.21C | 0 | 0 | 0.5 |
| TASK 5.21D | 0 | 1.25 | 3 |
| TASK 5.22A | 2 | 3.25 | 5 |
| TASJ 5.22B | 2 | 2.5 | 4 |
| TASK 5.22C | 1 | 0.75 | 1 |
| TASK 5.22D | 3 | 2 | 3 |
| TASK 5.23A | 0 | 1.5 | 2 |
| TASK 5.23B | 0 | 2.75 | 4 |
| TASK 5.23C | 0 | 0.5 | 1 |
| TASK 5.23D | 0 | 2 | 3 |
| TASK 5.24A | 1 | 2.25 | 3 |
| TASK 5.24B | 2 | 3.25 | 4 |
| TASK 5.24C | 1 | 0.75 | 1 |
| TASK 5.24D | 3 | 3 | 3 |
| TASK 5.25A | 0 | 1.25 | 2 |
| TASK 5.25B | 0 | 2.25 | 3 |
| TASK 5.25C | 0 | 0 | 0.5 |
| TASK 5.25D | 0 | 2.5 | 2 |
| TASK 5.26A | 1 | 1.25 | 3 |
| TASK 5.26B | 3 | 2.5 | 3.5 |
| TASK 5.26C | 1 | 1.25 | 1 |
| TASK 5.26D | 3 | 2 | 3 |
| TASK 5.27A | 1 | 1 | 1.5 |

Handwritten left margin notes: 5.17, 5.19, 5.20, 5.21, 5.25

49

50344.XLS

| | | | |
|---|---|---|---|
| TASK 5.27B | 3 | 2 | 3 |
| TASK 5.27C | 1 | 0.5 | 0.5 |
| TASK 5.27D | 3 | 2 | 2.5 |
| TASK 5.28A | 1 | 1.25 | 2.5 |
| TASK 5.28B | 2.5 | 2.5 | 3 |
| TASK 5.28C | 1 | 0.5 | 0.5 |
| TASK 5.28D | 3 | 2 | 3 |
| TASK 5.29A | 0.5 | 1.25 | 2 |
| TASK 5.29B | 1.5 | 2.75 | 2.5 |
| TASK 5.29C | 0.5 | 0.5 | 0.5 |
| TASK 5.29D | 1.5 | 2.75 | 2 |
| TASK 5.30A | 3 | 2 | 2 |
| TASK 5.30B | 3.5 | 3.25 | 3.5 |
| TASK 5.30C | 1 | 0.75 | 1 |
| TASK 5.30D | 3 | 2.75 | 3 |
| TASK 5.31A | 3 | 3 | 4 |
| TASK 5.31B | 3.5 | 3.5 | 4 |
| TASK 5.31C | 1 | 0.75 | 1 |
| TASK 5.31D | 3 | 2.5 | 3 |
| TASK 5.32A | 0 | 2 | 2.5 |
| TASK 5.32B | 0 | 2.75 | 3.5 |
| TASK 5.32C | 0 | 0.5 | 0.5 |
| TASK 5.32D | 0 | 2 | 2.5 |
| TASK 5.33A | 3.5 | 1.75 | 1 |
| TASK 5.33B | 3.5 | 2.75 | 3.5 |
| TASK 5.33C | 0.5 | 0.25 | 0 |
| TASK 5.33D | 3 | 1.75 | 2 |
| TASK 5.34A | 3 | 1.25 | 0.5 |
| TASK 5.34B | 3.5 | 1.75 | 1 |
| TASK 5.34C | 0.5 | 0.25 | 0 |
| TASK 5.34D | 3 | 1.25 | 1.5 |
| TASK 5.35A | 0 | 0.5 | 1 |
| TASK 5.35B | 0 | 1 | 2 |
| TASK 5.35C | 0 | 0.25 | 0.5 |
| TASK 5.35D | 0 | 0.5 | 1 |
| TASK 5.36A | 2.5 | 2 | 1 |
| TASK 5.36B | 2.5 | 2 | 1.5 |
| TASK 5.36C | 0.5 | 0 | 0.5 |
| TASK 5.36D | 3 | 1.75 | 1 |
| TASK 5.37A | 0.5 | 0.5 | 1.5 |
| TASK 5.37B | 1.5 | 1.5 | 3.5 |
| TASK 5.37C | 0.5 | 0 | 0.5 |
| TASK 5.37D | 1.5 | 1.25 | 2 |
| TASK 5.38A | 4 | 1.25 | 0 |
| TASK 5.38B | 3 | 1.5 | 0 |
| TASK 5.38C | 0.5 | 0 | 0 |
| TASK 5.38D | 3 | 1.5 | 0 |
| TASK 5.39A | 1.5 | 1.25 | 2 |
| TASK 5.39B | 3.5 | 2.75 | 4 |
| TASK 5.39C | 0.5 | 0 | 0.5 |

Handwritten annotations in left margin: 5.33, 5.34, 5.35, 5.36, 5.37, 9.38, 5.39

50

50344.XLS

| | | | |
|---|---|---|---|
| TASK 5.39D | 3 | 1.75 | 2.5 |
| WB1 E | 45 | 29.25 | 25 |
| WB1 F | 4 | 2.75 | 4 |
| WB1 G | 1 | 0.75 | 1 |
| WB2 E | 11 | 22 | 14.5 |
| WB2 F | 3 | 3.25 | 3 |
| WB2 G | 1 | 0.5 | 0.5 |
| WB3 E | 1 | 0 | 3 |
| WB3 F | 2 | 0 | 3.5 |
| WB3 G | 1 | 0 | 1 |
| WB4 E | 7 | 10 | 17.5 |
| WB4 F | 3 | 3 | 3.5 |
| WB4 G | 1 | 0 | 0.5 |
| WB5 E | 36 | 38.75 | 40 |
| WB5 F | 4 | 3.75 | 4 |
| WB5 G | 1 | 1 | 1 |
| A1 E | 4 | 3.5 | 4 |
| A1 F | 1 | 0.75 | 1 |
| A1 G | 3 | 2.75 | 3 |
| A2 E | 4 | 3.75 | 4 |
| A2 F | 1 | 1 | 1 |
| A2 G | 3 | 3 | 3 |
| A3 E | 4 | 3.75 | 4 |
| A3 F | 1 | 1 | 1 |
| A3 G | 3 | 3 | 3 |
| A4 E | 4 | 3.75 | 4 |
| A4 F | 1 | 1 | 1 |
| A4 G | 3 | 3 | 3 |
| A5 E | 4 | 3.5 | 3.5 |
| A5 F | 1 | 1 | 1 |
| A5 G | 3 | 3 | 3 |
| A6 E | 3 | 2.5 | 3.5 |
| A6 F | 1 | 0.5 | 1 |
| A6 G | 2 | 2.25 | 3 |
| A7 E | 3 | 3 | 3.5 |
| A7 F | 1 | 0.75 | 1 |
| A7 G | 2 | 2.5 | 2.5 |
| K1 E | 4 | 3.25 | 4 |
| K1 F | 1 | 0.5 | 1 |
| K1 G | 3 | 2.75 | 3 |
| K1 H | 3 | 2 | 2.5 |
| K2 E | 3 | 2 | 3 |
| K2 F | 1 | 0.75 | 1 |
| K2 G | 3 | 2 | 2.5 |
| K2 H | 2 | 2 | 2 |
| K3 E | 4 | 3.5 | 4 |
| K3 F | 1 | 1 | 1 |
| K3 G | 3 | 3 | 3 |
| K3 H | 3 | 2.75 | 2.5 |
| K4 E | 4 | 3 | 3 |

51

50344.XLS

| | | | |
|---|---|---|---|
| K4 F | 1 | 0 | 0.5 |
| K4 G | 3 | 2.5 | 2 |
| K4 H | 3 | 2 | 2 |
| K5 E | 2 | 0.25 | 2 |
| K5 F | 1 | 0 | 0.5 |
| K5 G | 2 | 0.25 | 2 |
| K5 H | 1 | 0.25 | 2 |
| K6 E | 2 | 0.75 | 1.5 |
| K6 F | 1 | 0.25 | 0.5 |
| K6 G | 2 | 0.75 | 1.5 |
| K6 H | 1 | 0.5 | 1.5 |
| K7 E | 2 | 1.25 | 3 |
| K7 F | 1 | 0 | 1 |
| K7 G | 2 | 1.5 | 2 |
| K7 H | 1 | 1.25 | 2 |
| K8 E | 4 | 2.5 | 2.5 |
| K8 F | 1 | 0.25 | 0 |
| K8 G | 3 | 2 | 2 |
| K8 H | 2 | 1.5 | 2 |
| K1 WB1 | 3 | 2.75 | 3 |
| K1 WB2 | 3 | 2.25 | 3 |
| K1 WB3 | 3 | 0.5 | 3 |
| K1 WB4 | 3 | 2 | 2.5 |
| K1 WB5 | 3 | 2.75 | 3 |
| x̄ | 3 | 2.05 | 2.9 |
| K2 WB1 | 3 | 2 | 2.5 |
| K2 WB2 | 3 | 2 | 2.5 |
| K2 WB3 | 3 | 0.25 | 2.5 |
| K2 WB4 | 3 | 2 | 3 |
| K2 WB5 | 2 | 2 | 2.5 |
| x̄ | 2.8 | 1.65 | 2.6 |
| K3 WB1 | 3 | 3 | 3 |
| K3 WB2 | 3 | 2.75 | 3 |
| K3 WB3 | 3 | 0.25 | 3 |
| K3 WB4 | 3 | 2.5 | 3 |
| K3 WB5 | 3 | 2.75 | 3 |
| x̄ | 3 | 2.25 | 3 |
| K4 WB1 | 3 | 2.25 | 2.5 |
| K4 WB2 | 3 | 2.25 | 2.5 |
| K4 WB3 | 3 | 0.75 | 2.5 |
| K4 WB4 | 3 | 2.5 | 3 |
| K4 WB5 | 3 | 2.75 | 3 |
| x̄ | 3 | 2.1 | 2.7 |
| K5 WB1 | 2 | 1.25 | 2 |
| K5 WB2 | 2 | 1.5 | 2 |
| K5 WB3 | 2 | 0.25 | 2 |
| K5 WB4 | 2 | 1 | 2 |
| K5 WB5 | 2 | 1.25 | 2 |
| x̄ | 2 | 1.05 | 2 |
| K6 WB1 | 2 | 1 | 2 |

Handwritten margin notes: K4, K5, K6, K7, K8

50344.XLS

| | | | |
|---|---|---|---|
| K6  WB2 | 2 | 1 | 2 |
| K6  WB3 | 2 | 0.25 | 2 |
| K6  WB4 | 2 | 1 | 2 |
| K6  WB5 | 2 | 1 | 2 |
| $\bar{x}$ | 2 | 0.85 | 2 |
| K7  WB1 | 2 | 2.5 | 3 |
| K7  WB2 | 2 | 2 | 3 |
| K7  WB3 | 2 | 0.5 | 2 |
| K7  WB4 | 2 | 2 | 3 |
| K7  WB5 | 2 | 2.25 | 3 |
| $\bar{x}$ | 2 | 1.85 | 2.8 |
| K8  WB1 | 1 | 2.75 | 2.5 |
| K8  WB2 | 1 | 1.75 | 2 |
| K8  WB3 | 0 | 0.25 | 1.5 |
| K8  WB4 | 2 | 1.75 | 2.5 |
| K8  WB5 | 2 | 2.75 | 2.5 |
| $\bar{x}$ | 1.2 | 1.85 | 2.2 |
| A1  WB1 | 3 | 2.5 | 3 |
| A1  WB2 | 3 | 2.75 | 3 |
| A1  WB3 | 3 | 0.5 | 3 |
| A1  WB4 | 3 | 2.25 | 3 |
| A1  WB5 | 2 | 2.5 | 3 |
| $\bar{x}$ | 2.8 | 2.1 | 3 |
| A2  WB1 | 3 | 3 | 3 |
| A2  WB2 | 3 | 3 | 3 |
| A2  WB3 | 2 | 0.75 | 2 |
| A2  WB4 | 3 | 2.75 | 3 |
| A2  WB5 | 3 | 3 | 3 |
| $\bar{x}$ | 2.8 | 2.5 | 2.8 |
| A3  WB1 | 3 | 2.75 | 3 |
| A3  WB2 | 3 | 3 | 3 |
| A3  WB3 | 3 | 0.5 | 2 |
| A3  WB4 | 3 | 2.25 | 3 |
| A3  WB5 | 3 | 2.75 | 3 |
| $\bar{x}$ | 3 | 2.25 | 2.8 |
| A4  WB1 | 3 | 3 | 3 |
| A4  WB2 | 3 | 3 | 3 |
| A4  WB3 | 3 | 0.75 | 3 |
| A4  WB4 | 3 | 2.75 | 3 |
| A4  WB5 | 3 | 3 | 3 |
| $\bar{x}$ | 3 | 2.5 | 3 |
| A5  WB1 | 3 | 2.75 | 3 |
| A5  WB2 | 3 | 2.75 | 2.5 |
| A5  WB3 | 3 | 0.5 | 3 |
| A5  WB4 | 3 | 2.5 | 3 |
| A5  WB5 | 3 | 3 | 3 |
| $\bar{x}$ | 3 | 2.3 | 2.9 |
| A6  WB1 | 3 | 3 | 3 |
| A6  WB2 | 3 | 2.5 | 3 |
| A6  WB3 | 3 | 0.75 | 3 |

53

50344.XLS

| | | | |
|---|---|---|---|
| A6 WB4 | 2.5 | 2.75 | 3 |
| A6 WB5 | 3 | 2.75 | 3 |
| X | 2.9 | 2.35 | 3 |
| A7 WB1 | 3 | 2.75 | 3 |
| A7 WB2 | 3 | 2.25 | 3 |
| A7 WB3 | 3 | 0.75 | 3 |
| A7 WB4 | 2.5 | 2.75 | 3 |
| A7 WB5 | 3 | 2.5 | 3 |
| X | 2.9 | 2.2 | 3 |
| MQ 1 | 1 | 1 | 1 |
| MQ 2 | 1 | 1 | 1 |
| MQ 3 | 1 | 1 | 1 |
| MQ 4 | 1 | 1 | 1 |
| MQ 5 | 1 | 1 | 1 |
| MQ 6 | 2 | 1 | 1 |
| MQ 7 | 2 | 2 | 1 |
| MQ 8 | 2.5 | 3 | 2 |
| MQ 9 | 2.5 | 3 | 3 |
| MQ 10 | 2.5 | 3 | 3 |
| MQ1 K1 | 0 | 0 | 0 |
| MQ1 K2 | 0.5 | 0.25 | 0.5 |
| MQ1 K3 | 0 | 0 | 0 |
| MQ1 K4 | 0 | 0 | 0 |
| MQ1 K5 | 0.5 | 0.25 | 1 |
| MQ1 K6 | 0.5 | 0 | 0.5 |
| MQ1 K7 | 0.5 | 0.25 | 1 |
| MQ1 K8 | 0 | 0 | 0 |
| MQ1 A1 | 0.5 | 0.5 | 1 |
| MQ1 A2 | 0.5 | 0.25 | 1 |
| MQ1 A3 | 0.5 | 0.25 | 1 |
| MQ1 A4 | 0.5 | 0 | 0.5 |
| MQ1 A5 | 0 | 0 | 0.5 |
| MQ1 A6 | 0 | 0 | 0.5 |
| MQ1 A7 | 0 | 0.25 | 0.5 |
| MQ2 K1 | 0 | 0 | 0.5 |
| MQ2 K2 | 0.5 | 0.25 | 1 |
| MQ2 K3 | 0 | 0 | 0 |
| MQ2 K4 | 0 | 0 | 0.5 |
| MQ2 K5 | 0.5 | 0.25 | 1 |
| MQ2 K6 | 0.5 | 0 | 0.5 |
| MQ2 K7 | 0.5 | 0.25 | 1 |
| MQ2 K8 | 0 | 0 | 0 |
| MQ2 A1 | 0.5 | 0.5 | 1 |
| MQ2 A2 | 0.5 | 0.25 | 1 |
| MQ2 A3 | 0.5 | 0.25 | 1 |
| MQ2 A4 | 0.5 | 0 | 0.5 |
| MQ2 A5 | 0 | 0 | 0.5 |
| MQ2 A6 | 0 | 0 | 0.5 |
| MQ2 A7 | 0 | 0.25 | 0.5 |
| MQ3 K1 | 0 | 0.25 | 0.5 |

54

50344.XLS

| | | | |
|---|---|---|---|
| MQ3_K2 | 1 | 2 | 2 |
| MQ3_K3 | 0 | 0 | 0 |
| MQ3_K4 | 0 | 0 | 1 |
| MQ3_K5 | 1 | 1 | 2 |
| MQ3_K6 | 1 | 0 | 1 |
| MQ3_K7 | 1 | 1 | 2 |
| MQ3_K8 | 0 | 0 | 1 |
| MQ3_A1 | 1 | 2 | 2 |
| MQ3_A2 | 1 | 1 | 2 |
| MQ3_A3 | 1 | 1 | 2 |
| MQ3_A4 | 1 | 0 | 1 |
| MQ3_A5 | 0 | 0 | 2 |
| MQ3_A6 | 0 | 0 | 1 |
| MQ3_A7 | 0 | 1 | 1 |
| MQ4_K1 | 0 | 1 | 1 |
| MQ4_K2 | 1 | 2 | 2 |
| MQ4_K3 | 0 | 0 | 1 |
| MQ4_K4 | 0 | 0 | 1 |
| MQ4_K5 | 1 | 1 | 2 |
| MQ4_K6 | 1 | 0 | 1 |
| MQ4_K7 | 1 | 2 | 2 |
| MQ4_K8 | 0 | 0 | 1 |
| MQ4_A1 | 1 | 2 | 2 |
| MQ4_A2 | 1 | 1 | 2 |
| MQ4_A3 | 1 | 1 | 2 |
| MQ4_A4 | 1 | 1 | 1 |
| MQ4_A5 | 0 | 0 | 2 |
| MQ4_A6 | 0 | 0 | 2 |
| MQ4_A7 | 0 | 1 | 2 |
| MQ5_K1 | 0 | 1 | 1 |
| MQ5_K2 | 1 | 2 | 2 |
| MQ5_K3 | 0 | 0 | 1 |
| MQ5_K4 | 0 | 0 | 2 |
| MQ5_K5 | 1 | 1 | 2 |
| MQ5_K6 | 1 | 0 | 1 |
| MQ5_K7 | 1 | 2 | 2 |
| MQ5_K8 | 0 | 0 | 1 |
| MQ5_A1 | 1 | 2 | 2 |
| MQ5_A2 | 1 | 1 | 2 |
| MQ5_A3 | 1 | 1 | 2 |
| MQ5_A4 | 1 | 1 | 1 |
| MQ5_A5 | 0 | 0 | 2 |
| MQ5_A6 | 0 | 0 | 2 |
| MQ5_A7 | 0 | 1 | 2 |
| MQ6_K1 | 0 | 4 | 2 |
| MQ6_K2 | 1 | 4 | 2 |
| MQ6_K3 | 0 | 4 | 2 |
| MQ6_K4 | 0 | 3 | 2 |
| MQ6_K5 | 1 | 3 | 2 |
| MQ6_K6 | 1 | 3 | 2 |

55

50344.XLS

| | | | |
|---|---|---|---|
| MQ6_K7 | 1 | 4 | 2 |
| MQ6_K8 | 0 | 3 | 2 |
| MQ6_A1 | 1 | 4 | 2 |
| MQ6_A2 | 1 | 3 | 2 |
| MQ6_A3 | 1 | 4 | 2 |
| MQ6_A4 | 1 | 2 | 2 |
| MQ6_A5 | 0 | 3 | 2 |
| MQ6_A6 | 0 | 4 | 2 |
| MQ6_A7 | 0 | 4 | 2 |
| MQ7_K1 | 1 | 4 | 2 |
| MQ7_K2 | 1 | 4 | 2 |
| MQ7_K3 | 1 | 4 | 2 |
| MQ7_K4 | 1 | 3 | 2 |
| MQ7_K5 | 1 | 3 | 2 |
| MQ7_K6 | 1 | 3 | 2 |
| MQ7_K7 | 1 | 4 | 2 |
| MQ7_K8 | 1 | 3 | 2 |
| MQ7_A1 | 1 | 4 | 2 |
| MQ7_A2 | 1 | 4 | 2 |
| MQ7_A3 | 1 | 4 | 2 |
| MQ7_A4 | 1 | 3 | 2 |
| MQ7_A5 | 1 | 3 | 2 |
| MQ7_A6 | 1 | 4 | 2 |
| MQ7_A7 | 1 | 4 | 2 |
| MQ8_K1 | 1 | 4 | 2 |
| MQ8_K2 | 1 | 4 | 2 |
| MQ8_K3 | 1 | 4 | 2 |
| MQ8_K4 | 1 | 3 | 2 |
| MQ8_K5 | 1 | 3 | 2 |
| MQ8_K6 | 1 | 3 | 2 |
| MQ8_K7 | 1 | 4 | 2 |
| MQ8_K8 | 1 | 3 | 2 |
| MQ8_A1 | 1 | 4 | 2 |
| MQ8_A2 | 1 | 4 | 2 |
| MQ8_A3 | 1 | 4 | 2 |
| MQ8_A4 | 1 | 3 | 2 |
| MQ8_A5 | 1 | 3 | 2 |
| MQ8_A6 | 1 | 4 | 2 |
| MQ8_A7 | 1 | 4 | 2 |
| MQ9_K1 | 1 | 4 | 2 |
| MQ9_K2 | 1 | 4 | 2 |
| MQ9_K3 | 1 | 4 | 2 |
| MQ9_K4 | 1 | 3 | 2 |
| MQ9_K5 | 1 | 3 | 2 |
| MQ9_K6 | 1 | 3 | 2 |
| MQ9_K7 | 1 | 4 | 2 |
| MQ9_K8 | 1 | 3 | 2 |
| MQ9_A1 | 1 | 4 | 2 |
| MQ9_A2 | 1 | 4 | 2 |
| MQ9_A3 | 1 | 4 | 2 |

50344.XLS

| | | | |
|---|---|---|---|
| MQ9_A4 | 1 | 3 | 2 |
| MQ9_A5 | 1 | 3 | 2 |
| MQ9_A6 | 1 | 4 | 2 |
| MQ9_A7 | 1 | 4 | 2 |
| MQ10_K1 | 1 | 4 | 2 |
| MQ10_K2 | 1 | 4 | 2 |
| MQ10_K3 | 1 | 4 | 2 |
| MQ10_K4 | 1 | 3 | 2 |
| MQ10_K5 | 1 | 3 | 2 |
| MQ10_K6 | 1 | 3 | 2 |
| MQ10_K7 | 1 | 4 | 2 |
| MQ10_K8 | 1 | 3 | 2 |
| MQ10_A1 | 1 | 4 | 2 |
| MQ10_A2 | 1 | 4 | 2 |
| MQ10_A3 | 1 | 4 | 2 |
| MQ10_A4 | 1 | 3 | 2 |
| MQ10_A5 | 1 | 3 | 2 |
| MQ10_A6 | 1 | 4 | 2 |
| MQ10_A7 | 1 | 4 | 2 |

57

# MINIMUM QUALIFICATION RATING FORM

## MQ RATING SCALE

To what extent is this minimum qualification statement useful for identifying the barely acceptable applicant?

0 = Not at all

1 = This minimum qualification statement is not enough to expect from a **barely acceptable applicant.**

2 = This minimum qualification statement appropriately defines what is required of the **barely acceptable applicant**; persons below this level are unacceptable.

3 = This minimum qualification statement is more than should be expected from a **barely acceptable applicant.**

**RATING**

| | |
|---|---|
| _1_ | **MQ STATEMENT 1** — Bachelor's degree in rehabilitation, psychology, counseling, human development, social work, nursing, or allied health occupations plus <u>three</u> years of professional level experience providing independent living skills, special education, vocational rehabilitation, or medical rehabilitation services to individuals with disabilities. |
| _0_ | **MQ STATEMENT 2** — Bachelor's degree in rehabilitation, psychology, counseling, human development, social work, nursing, or allied health occupations plus <u>four</u> years of professional level experience providing independent living skills, special education, vocational rehabilitation, or medical rehabilitation services to individuals with disabilities. |
| _2_ | **MQ STATEMENT 3** — Bachelor's degree in rehabilitation, psychology, counseling, human development, social work, nursing, or allied health occupations plus <u>five</u> years of professional level experience providing independent living skills, special education, vocational rehabilitation, or medical rehabilitation services to individuals with disabilities. |
| _1_ | **MQ STATEMENT 4** — Bachelor's degree in rehabilitation, psychology, counseling, human development, social work, nursing, or allied health occupations plus <u>six</u> years of professional level experience providing independent living skills, special education, vocational rehabilitation, or medical rehabilitation services to individuals with disabilities. |
| _1_ | **MQ STATEMENT 5** — Bachelor's degree in rehabilitation, psychology, counseling, human development, social work, nursing, or allied health occupations plus seven or more years of professional level experience providing independent living skills, special education, vocational rehabilitation, or medical rehabilitation services to individuals with disabilities. |

Supervisors rating of MQS

85

# MINIMUM QUALIFICATION RATING FORM

## MQ RATING SCALE

To what extent is this minimum qualification statement useful for identifying the barely acceptable applicant?

0 = Not at all

1 = This minimum qualification statement is not enough to expect from a **barely acceptable applicant.**

2 = This minimum qualification statement appropriately defines what is required of the **barely acceptable applicant;** persons below this level are unacceptable.

3 = This minimum qualification statement is more than should be expected from a **barely acceptable applicant.**

**2**    **MQ STATEMENT 6**    Master's degree in rehabilitation, psychology, counseling, human development, social work, nursing, or allied health occupations plus three years of professional level experience providing independent living skills, special education, vocational rehabilitation, or medical rehabilitation services to individuals with disabilities.

**2**    **MQ STATEMENT 7**    Master's degree in rehabilitation, psychology, counseling, human development, social work, nursing, or allied health occupations plus four years of professional level experience providing independent living skills, special education, vocational rehabilitation, or medical rehabilitation services to individuals with disabilities.

**2**    **MQ STATEMENT 8**    Master's degree in rehabilitation, psychology, counseling, human development, social work, nursing, or allied health occupations plus five years of professional level experience providing independent living skills, special education, vocational rehabilitation, or medical rehabilitation services to individuals with disabilities.

**3**    **MQ STATEMENT 9**    Master's degree in rehabilitation, psychology, counseling, human development, social work, nursing, or allied health occupations plus six years of professional level experience providing independent living skills, special education, vocational rehabilitation, or medical rehabilitation services to individuals with disabilities.

**3**    **MQ STATEMENT 10**    Master's degree in rehabilitation, psychology, counseling, human development, social work, nursing, or allied health occupations plus seven years or more of professional level experience providing independent living skills, special education, vocational rehabilitation, or medical rehabilitation services to individuals with disabilities.

59

Tentative WB/Task/KSA list for Rehabilitation Specialist series, based on two meetings (6-22-95 and 6-27-95) with Dean Akin, Assistant Director of the Department of Rehabilitation Services, and James Harris III, a Rehabilitation Supervisor III for the Department of Rehabilitation Services, and a focus group with Julia Brock, a Rehabilitation Specialist II* for 2 years and Kim Hill, a Rehabilitation Specialist II* for 4 years.

**WORK BEHAVIORS AND TASKS**

**Work Behavior 1.** **Provide technical assistance in a specialty area such as vocational rehabilitation, audiology, nutrition, physical therapy, learning disabilities, etc. to provide timely, high-quality rehabilitation services.**

Review/Resolve problem cases in your specialty area (such as TBI or early intervention).

Answer calls from departmental staff needing assistance.

Advise departmental staff about where to find existing community resources.

Advise departmental staff about how to use existing community resources.

Send correspondence to departmental staff concerning the resolution of cases, answering of questions, etc.

Travel to field offices to resolve particularly difficult cases/problems.

Advise departmental staff about the appropriate type of adaptive technology to be used for a client.

Advise departmental staff about the Social Security benefits available to the client.

Maintain a file of current information concerning your specialty area.

Seek out new resources to address needs in your specialty area.

Develop strategies to improve services in your specialty area.

Advise departmental staff about strategies for using client service funds wisely.

**Work Behavior 2.** **Develop and conduct training programs in a specialty area such as vocational rehabilitation, audiology, nutrition, physical therapy, learning disabilities, etc. to keep departmental staff aware of current developments in the specialty area.**

Train departmental staff regarding the Federal and State laws that govern the rehabilitation process.

Train departmental staff regarding the departmental policies and procedures.

60

Train departmental staff in the use of adaptive technology.

Train departmental staff how to find existing community resources.

Train departmental staff how to utilize existing community resources.

Train departmental staff concerning the rules and regulations regarding Social Security benefits.

Prepare materials to be used in training.

Attend outside training programs to stay updated on new developments in rehabilitation.

Attend outside training programs to stay updated on new developments in your specialty area.

Plan for future training needs that will arise to keep pace with technological changes.

Use audio-visual equipment during training presentations.

Develop training programs in your specialty area.

Train departmental staff in your specialty area.

Develop in-service training programs.

Conduct in-service training programs.

Make presentations at outside training programs in your specialty area and in rehabilitation.

**Work Behavior 3. Counsel clients in a specialty area such as vocational rehabilitation, audiology, nutrition, physical therapy, learning disabilities, etc. in order to ease adjustment to their disability and ease adjustment to returning to work.**

Discuss the extent of their disability with the client.

Discuss with the client what they will have to do during rehabilitation.

Discuss with the client the probability of being successfully rehabilitated.

Determine the client's willingness to work.

Change the existing rehabilitation plan to incorporate your recommendations.

Instruct clients in the use of adaptive technology.

61

**Work Behavior 4. Conduct departmental research in a specialty area such as vocational rehabilitation, audiology, nutrition, physical therapy, learning disabilities, etc. in order to determine such things as departmental strengths and weaknesses, current training needs, and counseling effectiveness.**

Plan and conduct research to determine overall departmental training needs.

Determine the extent of training the department needs for your specialty area.

Plan and conduct research to determine the level of client satisfaction.

Plan and conduct research to determine the staff's level of perceived effectiveness.

Plan and conduct research to determine if the department, certain units, or certain employees are meeting their goals.

Monitor the department's success in fulfilling agreements made with outside agencies.

Plan and conduct research to determine the effectiveness of training programs.

Plan and conduct research to determine the effectiveness of policies and procedures.

Collect data for a variety of different measures, such as the number of assistance calls handled, the number of assistance calls successfully resolved, etc.

**Work Behavior 5. Perform administrative duties as needed to secure program funding, to maintain proper communication with co-workers, to maintain proper documentation of services provided, etc.**

Prepare weekly schedules.

Prepare monthly schedules.

Prepare reports for the main office, such as budget reports, facility reviews, production reports and training reports.

Attend staff meetings to update staff on your current progress.

Attend staff meetings to update staff about your future plans.

Enter client information into the computer.

Provide progress reports to your supervisor on your activity.

Use general office equipment such as a photocopier.

Develop continuation grants to maintain program funding.

Develop grant proposals to increase program funding.

Coordinate grant activities to ensure that the grant objectives are met.

Report data to Federal and State agencies that are responsible for ensuring the grant's objectives are met.

Submit Federal Reporting Tables.

Plan budget.

Approve and process requisitions for client service expenditures.

Monitor the expenditure of funds.

Review financial reports from the accounting division.

Develop inter-agency networks of service providers in the district and the state.

Work collaboratively with division in the department and other agencies when providing rehabilitation services.

Compile a registry of trained peer supporters.

Promote the development of consumer-based support groups in the state.

Maintain good relationships with other service providers.

Maintain good relationships with advocacy groups and support groups involved in your specialty area.

Develop and maintain some type of statewide advisory group, comprised of representatives from the department, service providers, consumers, advocacy groups, etc., for your specialty area.

Inform the public about the availability of services in your specialty area by presenting at conferences, speaking to groups, etc.

Develop promotional media, such as pamphlets and brochures, for your specialty area.

Help to create new departmental policies and procedures governing your specialty area.

Review departmental policies and procedures.

63

Review other agencies' policies and their possible effect in rehabilitation or your specialty area.

Create documents and forms to be used by the department.

Develop special plans for providing services related to your specialty area in rural areas.

Interpret existing laws that affect the rehabilitation process or your specialty area.

Interpret new legal decisions that affect the rehabilitation process or your specialty area.

Complete monitoring reports.

Review monitoring reports written by departmental staff members.

Attend ICC meetings.

Attend board meetings.

Conduct public hearings.

Perform duties of your supervisor when s/he is not present.

Write contracts for service providers outside the department, such as other state agencies, universities, and hospitals.

Develop RFP's.

Route contracts and RFP's for approval.

Delegate appropriate tasks to the clerical staff.

## KSA'S

Knowledge of local, state, and federal laws governing rehabilitation sufficient to insure that these laws are not broken by anyone during the rehabilitation process.

Knowledge of disabilities sufficient to provide for the special needs of the disabled during the rehabilitation process.

Knowledge of your specialty area sufficient to train and advise staff about the unique needs of your specialty area, in the use of adaptive technology for this area, and to ensure that laws pertaining to this specialty area are not broken (see italics below for a list of specialty areas).

*Knowledge of vocational rehabilitation*
*Knowledge of independent living/homebound*
*Knowledge of nursing*
*Knowledge of social work*
*Knowledge of occupational therapy*

CK

*Knowledge of audiology*
*Knowledge of nutrition*
*Knowledge of physical therapy*
*Knowledge of early intervention*
*Knowledge of speech pathology*
*Knowledge of blindness/visual impairment*
*Knowledge of deafness/poor hearing*
*Knowledge of traumatic brain injury*
*Knowledge of learning disabilities*

Knowledge of departmental policies and procedures sufficient to insure that they are being followed by all staff members.

Knowledge of the employment process sufficient to provide clients with realistic employment opportunities after rehabilitation.

Knowledge of counseling sufficient to make rehabilitation and subsequent employment as easy as possible.

Knowledge of community resources sufficient to maximize their use in the rehabilitation of clients.

Knowledge of laws governing grants and grant writing sufficient to secure new grants and maintain existing ones.

Ability to work with people with disabilities.

Ability to communicate in writing to include grammar, spelling, punctuation, etc. so that memoranda and reports are clear and concise.

Ability to communicate orally as needed to make clients and co-workers understand your recommendations

Interpersonal ability as needed to maintain your relationship with clients, co-workers, outside agencies, and community resources.

Ability to coordinate services and resources from a variety of different sources to maximize the effectiveness of the rehabilitation process.

Ability to apply knowledge in novel and/or problem situations.

**MQ'S**

Bachelor's degree in rehabilitation, psychology, counseling, human development, social work, nursing, or allied health occupations plus three years of professional level experience providing independent living skills, vocational rehabilitation, or educational rehabilitation services to individuals with disabilities.

Bachelor's degree in rehabilitation, psychology, counseling, human development, social work, nursing, or allied health occupations plus four years of professional level experience providing independent living skills, vocational rehabilitation, or educational rehabilitation services to individuals with disabilities.

**CS**

Bachelor's degree in rehabilitation, psychology, counseling, human development, social work, nursing, or allied health occupations plus five years of professional level experience providing independent living skills, vocational rehabilitation, or educational rehabilitation services to individuals with disabilities.

Bachelor's degree in rehabilitation, psychology, counseling, human development, social work, nursing, or allied health occupations plus six years of professional level experience providing independent living skills, vocational rehabilitation, or educational rehabilitation services to individuals with disabilities.

Bachelor's degree in rehabilitation, psychology, counseling, human development, social work, nursing, or allied health occupations plus seven or more years of professional level experience providing independent living skills, vocational rehabilitation, or educational rehabilitation services to individuals with disabilities.

Master's degree in rehabilitation, psychology, counseling, human development, social work, nursing, or allied health occupations plus three years of professional level experience providing independent living skills, vocational rehabilitation, or educational rehabilitation services to individuals with disabilities.

Master's degree in rehabilitation, psychology, counseling, human development, social work, nursing, or allied health occupations plus four years of professional level experience providing independent living skills, vocational rehabilitation, or educational rehabilitation services to individuals with disabilities.

Master's degree in rehabilitation, psychology, counseling, human development, social work, nursing, or allied health occupations plus five years of professional level experience providing independent living skills, vocational rehabilitation, or educational rehabilitation services to individuals with disabilities.

Master's degree in rehabilitation, psychology, counseling, human development, social work, nursing, or allied health occupations plus six years of professional level experience providing independent living skills, vocational rehabilitation, or educational rehabilitation services to individuals with disabilities.

Master's degree in rehabilitation, psychology, counseling, human development, social work, nursing, or allied health occupations plus seven or more years of professional level experience providing independent living skills, vocational rehabilitation, or educational rehabilitation services to individuals with disabilities.

**EXTRA CREDIT** - *not used, would not benefit all specialty areas.*

Experience:
Does volunteer work for people with disabilities.

Works with people with disabilities, not in a rehabilitation facility.

Completed an internship with the Department of Rehabilitation Services.

Background:

*CG*

Individual has some type of disability.

One or both of the individual's parents has a disability.

One of the individual's siblings has a disability.

Name: _Dean Akin,_ Tim Harris III Date/Time: _6·22·95 / 6-27-95_

SSN: ███████ ore ints Supr III Department: _VRS_

Title: _Asst. Dir.,_    Specialty option: _____

1. What are the main responsibilities of the position?
  → ① Soc. sec. (if individual draws SSI & they get $ back) trains & tech. assistance
  in ? rules ? keep us w/ laws for S.S.I. (diff meetings, out of state).
  ③ facility = # of facilities they manage & provide tech-asst ④ expertise in
  order in area & consult statewide ⑤ mentally ill program - current
  treatments, staff updates ⑥ TSI = train & tech assistance ⑦ QA

  spec I, II, III: differences = I learning steps when need no supv
  qualified for a II: III expanded duties - take in prisons - give more clients/ diff
  populations etc. SSA training programs or TPA

2. What do you do in a typical day? week? month? year.
  → training, consulting (ind. & group). take calls from field needing assistance
  ② review cases; ☒ do correspondence, to field ③ review financial (budgets
  iron out from sources, expenditures). ④ planning ⑤ reporting back to supt. (what
  dost. provided etc.) ( wk mo yr ⑥ staff mtgs (bimonthly & mgt's p as prog
  further clearance). ⑦ training mtgs.
  I II III = diff. amount of resp.

3. What reference materials, if any, do you use (policy/proc. manuals, textbc
  fed/state laws/regs, etc.). ① policy & proc. manual (DVRS) ② agreements
  w/ agencies (no $, specify responsibilities). ③ ADA, Rehab act
  (amend 1982), SSA rules & reg,

68

4. What tools do you use, if any? ① state cars ⑦ computer
   ✓③ A·V equipment ④ adaptive technology (sensory, & motor,
   dictaphone ⑥ general office - )

   III & II more an

5. What types of ~~training experience~~ education are necessary to perform
   this job? Master's degree in rehab. coun. general
   ㅡspecific
        w/ coursework or exp. in ⌐ area.

   U of Mem = deafness : would be helpful.

6. What types of work experience is necessary or helpful to perform this job?
   rehab counselor
   work in rehab. facility = w/ clients =

        ⓐ I = 5 yrs.
        II = ↑
        III =

69

7. What amount of super. do you reciev & who do you reciev it from?

from Asst. Div. - I's extensive - daily v's usually
II's - biweekly to ~~weekly~~ monthly reports
III's minimal, stand in for Asst. Div.

8. Do you super. ~~anyone~~ one? If so, to what extent?

9. ~~[struck out]~~ Who are your customers? ① counselors, unit engrs, outside agencies, universities, facilities, clients (rarely asst. dir.

70

10. How do you interact w/ customers & how often?
① counselors = dialy, by phone & inperson (if nece)
② supv, unit dir, comm. facility
③ outside agencies. = more than wkly, less than daily; phone & periodic visits -
④ schools/universites = varierbly specialty, some rarely, some regular meetings, phone & inperson.
⑤ clients = varies by specialty - not frequent - couple/week, some else never.

11. What are the physical working conditions? Does it require travel in office, rehab centers.

extensive [strike] in state, some out of state = business & site home visits, other facilities.

13. Give a couple examples of particularly good work performance?
w/ counselor about epileptic client (brain damage) got TSU to provide accomodations for him to be band director, worked it out w/ difficult profs.

visit school sys, client in school - had no idea how to use adaptive tech., conseled school on how to use & student did well (even though at rehab. only a short time).

71

Rests aren't
if not helped, fault
no matter what
~ competts

13. Give a couple examples of particularly poor work performance?
industry said we want disabled, VRS did accessibility & job study, wrote
up report. never resulted in employment outcome.

fast food co. jet corporate level, wanted to hire, got people on
job who didn't last long, but mgrs in field did
not share in rational & people weren't given
accom. needed.

14. Why was this position established? What need does it serve?
each one needs an area of knowledge, counselors
need specialty consulting.

Also, doesn't fil supervisory / but is higher than
counselor.

15. What outside agencies do you interact with? (govt. agencies, businesses, schools,
comm. groups, etc.) & how?
business & industry, schools + using state agencies
(MH, VA, DFR, DHR, school sys (everyone in state), AIDB), field
offices, community/charitable groups, doctors, H's
hospitals, store - buying equip. or clothes, OT's, PT's,
prosthodontists

they have a policy of non-disc, & willing to provide → 71
accom.

16. Do you have lateral positions that you work with? How are the positions different?
   supv. ; other specialists; rehab counselor ; empl. dev. coordinator

17. Are you responsible for any reports, forms, reviews, etc. if so what are they & who gets them?
   facility = facility review, into main office ; budget reports: facility utilization ; training reports ; prod. reports.

18. What are similar responsibilities & different responsibilities/duties as compared to your supervisor?
   sim: training ; doing reports & lectures ↑ ; supv. provides tech asst also.

73

19. if q was yes, what are similar & different ~~responsibilities/duties?~~

20. What knowledges must a person have for this position?
general knowledge of rehab; disabilities, & aspects, avail. resources; hired employment; focus they operate under; blind & deaf issues; Technology; option & creed knowledge; ~~contacts to~~; public relations; comm. resources (not just rehab); counseling;

21. What skills & abilities must a person have for this position?
Comm. skills (oral & written); Human relations; counseling skills; computer skills; apply knowledge to a problem; lot of problem-solving on job.

74

22. What physical (sensory) abilities must you have?

any can be accomodated

23. What kind of training will somebody hired into this position recieve when they start the job? on-going training after that?
in-service for that job - what patents, how many, based on their training; recent laws or regs; recent tech. improvement

on-going: leadership; state personel; casework training; ADA
MBPE program; Efficiency training;

24. What regular meetings must this position attend? What are they responsible for presenting at meetings? info sharing mtgs; leadership team (some twice a week once a month) they report on status of job/ cases + new stuff; new ee orientation; outside mtgs at conferences etc. where they present their model

75

7-19-95                          WF

Julia Brock
R Rhab. Spec. I (½·)
(changed title 2 wc ago)

Kim Hill    Early Int.        WF
Ed Spec II - Rehab - 4½ yrs
              Spec II

See Lists

- dene. grant prep.
- process req.
- coordinate grant
- develop networks
- PR Media
- in svc. trn.
- prog. report
- miss svc in rural
- train rehab staff
- present conferences

- provide tech asst.
- develop registry
- train prog
- contact advosery grps
- Int w/ commu. on aging
- gather/date on train eff.
- do contract w/ many
- Oasis adv. council
- 2 field visits/years/ teacher.
- consult w/ other svc providers

---

Kim

See Lists

- answer phone
- do RFP's
- quartedly commission dept mtg
- monitor grant.
- contact fed. offices
- s.l. intrp.
- natl mtg.
- update info on e.i.
- advise re Resources
- maintain group rels.
- answer e.i. calls
- fed. reports
- get dept supp for e.i

- review financial claims
- interagency council mtg
- do fed. grant.
- advise dist-staff.
- create policies
- review e.i. stuff
- coor. staff conf.
- e.i. laws (current & in process)
- instr. e.i. providers.
- work w/ legal
- collect data
- strat. to improve e.i.

76

KSA's

don't gear statements toward (voc) rehab,
just say rehab.

Julie    rehab team
law    ↑↑↑↑ to program

kim
c.i.
→ develop inter cognes

comm. resources
writing
orally
dev. work rels w/ all people
time mgmt
org skills
coordinate resources.

E.I.    Nurse
Mod S.W.
Master's    } degrees of people
            who kim wants to
Sp. Ed.     } promote to R. Spec.

↑  Mast. = r. teach, counseling, ed, Ψ, s.w., HD, nursing
   S↑ in rehab, min 2 in specialty field.

   II =
   III =                    min 5 in specialty ~

   mast in rehab or sp. ed or rel in Ψ, HF
   nursing  2 yrs working w/ dis.

                                              77

II = 4 yrs. exp.

III = 6 yrs. exp.

higher levels
& says that get more admin. duties;
do more state wide duties.

Kim says her specialists do supr.
people.

78

✓ Develop grant proposal to secure program funding

✓ Plan budget and oversee expenditure of funds

✓ Process and approve requisitions for client service expenditures

✓ Plan and coordinate activities of grant proposal to the achievement of objectives in serving persons who are 55 and older and blindness or visually impaired - in all 67 counties of Alabama

✓ Develop interagency networks of service providers in each Rehabilitation Teaching district throughout the state

✓ Provide technical information to network of 16 rehabilitation teachers and 4 orientation & mobility specialists who provide direct services to clients - provided daily or on "as needed" basis

✓ Develop statewide registry of trained peer supporters

✓ Devise training program for peer supporters

79

2

✓ Promote and support the development of consumer based support groups throughout the state

✓ Maintain ~~contact~~ working relationship with advocacy groups involved in blindness issues

✓ Conduct project awareness activities such as speaking to various groups, exhibiting at conferences, interviews with media, etc.

✓ Plan and develop promotional media such as brochures, etc.

✓ — Maintain working relationship with Commission on Aging (COA) in implementing interagency agreement with COA

✓ — Write training curriculum to provide in-service training to senior center staff of Area Agencies on Aging (AAA) and conduct training at 13 AAAs throughout state

✓ — Gather data on pre and post training level of knowledge to assess effectiveness of training

✓ — Gather program data on clients served and use to formulate OMB reporting

80

✓ Write progress report of program activities to submit to RSA and program evaluator conducting outside program evaluation

✓ Work with project director to devise contracts with AIDB for fiscal management of client service funds, contracts with UAB School of Optometry for provision of low vision service

✓ Devise plan for provision of low vision services in rural areas by locating private low vision providers and coordinating system of service provision through Rehabilitation Teachers and private optometrist

✓ Develop and maintain an OASIS Advisory Council with statewide representation of service providers, consumers, advocacy groups, staff in order to offer advice on matters related to program activities — meets quarterly

✓ Develop and submit continuation grant yearly in order to maintain program funding

81

4

✓ Plan and conduct training for 16 Rehabilitation Teachers and 4 Orientation Mobility Specialists

✓ Communicate monthly with each of 16 Rehabilitation Teachers and 4 Orientation Mobility Specialists regarding their expenditure of client service funds

✓ Conduct a minimum of two field visits per teacher in order to provide technical assistance

✓ Supervise program secretary on a daily basis

✓ Attend professional conferences in order to stay apprised of new information within the fields of blindness and gerontology

✓ Present at professional conferences on topics related to blindness or to the OASIS Program

✓ Participate in planning and implementing client satisfaction survey

82

5

✓ Maintain contact with other service providers

✓ Weekly consultation with project direct

83

KSA's

✓ Knowledge of Rehabilitation Teaching

✓ Knowledge of ~~its~~ blindness/visual impairment

✓ Knowledge of laws pertinent to administration of program

✓ Knowledge of policies and procedures of department

✓ Knowledge of community resources

✓ Ability to write clearly and concisely

✓ Ability to communicate effectively orally with clients, staff, and the public

✓ Ability to develop and maintain effective working relationship with a variety of individuals within.

✓ ~~Good~~ Excellent organizational skills and time management skills

✓ Ability to coordinate resources in the implementation of program activities

84

Master's degree in Rehabilitation Teaching, Education, or Rehabilitation Counseling or in ↓ Psychology, Social Work, Human Development, Nursing, Spec. Ed.

- Five years or more of experience working in the field of rehabilitation with a minimum of two years work in the specialty field

Five years or more of experience working in the field of rehabilitation with at a least minimum of ___ years work in the specialty field

95

All responsibilities are statewide : EIS include 9 state agencies & public-private providers

✓ - Answer phone —

✓ - Address technical assistance requests

✓ - Review financial claims & do follow up so that claims can be processed

✓ - Develop RFPs & contracts

✓ - Coordinate monitoring schedule

✓ - Attend ICC subcommittee meetings

✓ - " weekly staff meeting

✓ - " monthly division meeting

✓ - " quarterly ICC meeting

✓ - Develop Budget / spending plan & do revisions

✓ - Work Federal Grant

✓ - Monitor (includes TA visits & PAR )

✓ - Write reports

✓ - Advise district staff & state EI staff

✓ - Prepare materials for dissemination at trainings, etc.

✓ - Review PA and other information that concerns EI

✓ - Contact w/ Federal Project Officer

✓ - Revised w/ legal assistance Adm Code

✓ - Create policies

✓ - Prepare financial reports or others to meet special requests

✓ - Interpret at any public meetings where it is necessary

✓ - Review legal reports that impact EI

✓ - Interact collaboratively w/ other agencies

✓ - Interpret the federal regulations

✓ - Responsible for due process procedures

✓ - Discuss EI w/ potential service providers

86

- ✓ Seek Sources to ~~address~~ ~~needs~~ address EI System needs
- ✓ Develop strategies to further strengthen the EI System
- ✓ ~~Review~~ Review draft of Departmental policies
- ✓ Review monitoring reports written by other ✪ staff members
- ✓ Assist in preparing for ICC meeting
- ✓ Evaluate policies that have been developed for effectiveness
- ✓ Obtain various Dept's support of EI issues through meetings + ✪ correspondence
- ✓ Work collaboratively w/ other divisions w/in Dept
- ✓ Review + interpret financial reports from Accounting Division
- ✓ Route contracts + RFPs for approval

87

KSAs

✓ Knowledge of local, state and federal laws governing early intervention sufficient to insure that these laws are not broken during the early intervention process.

✓ Ability to work effectively w/ various agencies to develop an interagency focus.

MQ -

Rehab Spec I   Masters degree in rehabilitation, ~~or~~ special education, or related field (knowledge of
a minimum to
w/ two years experience working w/ individual w/ disabilities or in the area of disabilities.

II   same as above   except   four years

III   same as above   except   six years

88

## EXAMINATION CONTROL SHEET

**CLASS TITLE/** Rehabilitation Specialist  II          **CLASS CODE/**    50345

**OPTION**    Vocational Rehabilitation          **OPTION**    241

**ASSIGNED TO (Name)** David McCarroll          **ON (date)**  11/2/94

**NOTES:** The job analysis is a combined study which includes all of the option specialties for Rehabilitation Specialist

------------------------------------------------------------------------

### Check categories below indicating type of examination

| CURRENT | CONTINUOUS | | * Please describe OTHER below |
|---|---|---|---|
| O.C. | O.C. | X | Task-based checklist |
| PROM. | PROM. | | |
| WRITTEN | WRITTEN | | |
| T & E | T & E | | |
| OTHER * | OTHER * | X | |

------------------------------------------------------------------------

| | #Applied | | # Accepted | | #Taking Test | | # On Register | | #Provisional/ Reallocation |
|---|---|---|---|---|---|---|---|---|---|
| | O.C. | PROM | O.C. | PROM | O.C. | PROM | O.C. | PROM | |
| WM | 5 | | 4 | | 4 | | 4 | | |
| BM | 2 | | 2 | | 2 | | 2 | | |
| OM | 0 | | 0 | | 0 | | 0 | | |
| WF | 2 | | 1 | | 1 | | 1 | | |
| BF | 4 | | 0 | | 0 | | 0 | | |
| OF | 0 | | 0 | | 0 | | 0 | | |
| TOTALS | 13 | | 7 | | 7 | | 7 | | |

------------------------------------------------------------------------

Job Analysis Completed:          Register Established:   2/16/96

**NEW JOB STUDY/VALIDATION? Yes** __X__ **No** _____

------------------------------------------------------------------------

### Complete This Section For Written Tests

Form of Test:

Written Test Date:

Adverse Impact:  Yes          No

Items deleted:

Range          to          ; Mean          Median          ; Standard Deviation          ; Reliability

Pass/Fail Point:          Ranking Point:

Ranking Conversion Factor:

Failing Conversion Factor:

*A person whose name appears on more than one option will have only one application form. T applications are coded for each option area.

79

## EXAMINATION CONTROL SHEET

**CLASS TITLE/**  Rehabilitation Specialist  II      **CLASS CODE/**  50345

   **OPTION** ____     Social Work        **OPTION**  087

**ASSIGNED TO** (Name) David McCarroll      **ON** (date)  11/2/94

**NOTES:** The job analysis is a combined study which includes all of the option specialities for Rehabilitation Specialist

---

### Check categories below indicating type of examination

| CURRENT | CONTINUOUS | | * Please describe **OTHER** below |
|---|---|---|---|
| O.C. | O.C. | X | Task-based checklist |
| PROM. | PROM. | | |
| WRITTEN | WRITTEN | | |
| T & E | T & E | | |
| OTHER * | OTHER * | X | |

---

| | #Applied O.C. | PROM | # Accepted O.C. | PROM | #Taking Test O.C. | PROM | # On Register O.C. | PROM | #Provisional/ Reallocation |
|---|---|---|---|---|---|---|---|---|---|
| WM | 0 | | 0 | | 0 | | 0 | | |
| BM | 0 | | 0 | | 0 | | 0 | | |
| OM | 0 | | 0 | | 0 | | 0 | | |
| WF | 2 | | 1 | | 1 | | 1 | | |
| BF | 2 | | 2 | | 2 | | 2 | | |
| OF | 0 | | 0 | | 0 | | 0 | | |
| TOTALS | 4 | | 3 | | 3 | | 3 | | |

---

Job Analysis Completed:       Register Established:  2/16/96

**NEW JOB STUDY/VALIDATION?** Yes __X__ No _____

---

### Complete This Section For Written Tests

Written Test Date:       Form of Test:

Adverse Impact:  Yes      No

Items deleted:

Range    to    ; Mean    Median    ; Standard Deviation    ; Reliability

Pass/Fail Point:       Ranking Point:

Failing Conversion Factor:       Ranking Conversion Factor:

*A person whose name appears on more than one option will have only one application form. applications are coded for each option area.

## EXAMINATION CONTROL SHEET

**CLASS TITLE/**  Rehabilitation Specialist  II    **CLASS CODE/**  50345

**OPTION**  Early Intervention    **OPTION**  240

**ASSIGNED TO** (Name)  David McCarroll    **ON** (date)  11/2/94

**NOTES:** The job analysis is a combined study which includes all of the option specialities for Rehabilitation Specialist

---

### Check categories below indicating type of examination

| CURRENT | CONTINUOUS | | * Please describe **OTHER** below |
|---|---|---|---|
| O.C. | O.C. | X | Task-based checklist |
| PROM. | PROM. | | |
| WRITTEN | WRITTEN | | |
| T & E | T & E | | |
| OTHER * | OTHER * | X | |

---

| | #Applied | | # Accepted | | #Taking Test | | # On Register | | #Provisional/ Reallocation |
|---|---|---|---|---|---|---|---|---|---|
| | O.C. | PROM | O.C. | PROM | O.C. | PROM | O.C. | PROM | |
| WM | 0 | | 0 | | 0 | | 0 | | |
| BM | 0 | | 0 | | 0 | | 0 | | |
| OM | 0 | | 0 | | 0 | | 0 | | |
| WF | 3 | | 3 | | 3 | | 3 | | |
| BF | 1 | | 1 | | 1 | | 1 | | |
| OF | 0 | | 0 | | 0 | | 0 | — | |
| TOTALS | 4 | | 4 | | 4 | | 4 | | |

---

Job Analysis Completed:    Register Established:  2/16/96

**NEW JOB STUDY/VALIDATION?** Yes  X   No _____

---

### Complete This Section For Written Tests

Written Test Date:    Form of Test:

Adverse Impact:  Yes    No

Items deleted:

Range    to    ; Mean    Median    ; Standard Deviation    ; Reliability

Pass/Fail Point:    Ranking Point:

Failing Conversion Factor:    Ranking Conversion Factor:

*A person whose name appears on more than one option will have only one application form. T applications are coded for each option area.

91

## EXAMINATION CONTROL SHEET

**CLASS TITLE/**   Rehabilitation Specialist II        **CLASS CODE/**   50345

**OPTION**            Blindness/Visually Impaired       **OPTION**   242

**ASSIGNED TO (Name)** David McCarroll              **ON (date)**   11/2/94

**NOTES:** The job analysis is a combined study which includes all of the option specialties for Rehabilitation Specialist

---

### Check categories below indicating type of examination

| CURRENT | CONTINUOUS | | * Please describe OTHER below |
|---|---|---|---|
| O.C. | O.C. | X | Task-based checklist |
| PROM. | PROM. | | |
| WRITTEN | WRITTEN | | |
| T & E | T & E | | |
| OTHER * | OTHER * | X | |

---

| | #Applied | | # Accepted | | #Taking Test | | # On Register | | #Provisional/ Reallocation |
|---|---|---|---|---|---|---|---|---|---|
| | O.C. | PROM | O.C. | PROM | O.C. | PROM | O.C. | PROM | |
| WM | 1 | | 1 | | 1 | | 1 | | |
| BM | 0 | | 0 | | 0 | | 0 | | |
| OM | 0 | | 0 | | 0 | | 0 | | |
| WF | 1 | | 1 | | 1 | | 1 | | |
| BF | 0 | | 0 | | 0 | | 0 | | |
| OF | 0 | | 0 | | 0 | | 0 | | |
| TOTALS | 2 | | 2 | | 2 | | 2 | | |

---

Job Analysis Completed:                    Register Established:   2/16/96

**NEW JOB STUDY/VALIDATION?  Yes** X **No** _____

---

### Complete This Section For Written Tests

Written Test Date:                          Form of Test:

Adverse Impact:  Yes              No

Items deleted:

Range          to          ; Mean          Median          ; Standard Deviation          ; Reliability

Pass/Fail Point:                            Ranking Point:

Failing Conversion Factor:                  Ranking Conversion Factor:

*A person whose name appears on more than one option will have only one application form. T applications are coded for each option area.

92

## EXAMINATION CONTROL SHEET

**CLASS TITLE/**  Rehabilitation Specialist II    **CLASS CODE/**  50345

**OPTION**    Independent Living    **OPTION**  246

**ASSIGNED TO** (Name) David McCarroll    **ON** (date)  11/2/94

**NOTES:** The job analysis is a combined study which includes all of the option specialities for Rehabilitation Specialist

---

### Check categories below indicating type of examination

| CURRENT | CONTINUOUS | | * Please describe OTHER below |
|---|---|---|---|
| O.C. | O.C. | X | Task-based checklist |
| PROM. | PROM. | | |
| WRITTEN | WRITTEN | | |
| T & E | T & E | | |
| OTHER * | OTHER * | X | |

---

| | #Applied | | # Accepted | | #Taking Test | | # On Register | | #Provisional/ Reallocation |
|---|---|---|---|---|---|---|---|---|---|
| | O.C. | PROM | O.C. | PROM | O.C. | PROM | O.C. | PROM | |
| WM | 0 | | 0 | | 0 | | 0 | | |
| BM | 0 | | 0 | | 0 | | 0 | | |
| OM | 0 | | 0 | | 0 | | 0 | | |
| WF | 2 | | 2 | | 2 | | 2 | | |
| BF | 0 | | 0 | | 0 | | 0 | | |
| OF | 0 | | 0 | | 0 | | 0 | | |
| TOTALS | 2 | | 2 | | 2 | | 2 | | |

---

Job Analysis Completed:    Register Established:  2/16/96

**NEW JOB STUDY/VALIDATION?  Yes** X **No** ____

---

### Complete This Section For Written Tests

Written Test Date:    Form of Test:

Adverse Impact:  Yes    No

Items deleted:

Range    to    ; Mean    Median    ; Standard Deviation    ; Reliability

Pass/Fail Point:    Ranking Point:

Failing Conversion Factor:    Ranking Conversion Factor:

*A person whose name appears on more than one option will have only one application form. T applications are coded for each option area.

**93**

## EXAMINATION CONTROL SHEET

| CLASS TITLE/ | Rehabilitation Specialist II | CLASS CODE/ | 50345 |
|---|---|---|---|
| OPTION | Deafness/Hard of Hearing | OPTION | 243 |

ASSIGNED TO (Name)  David McCarroll          ON (date)   11/2/96

NOTES:
    This job analysis is a combined study which includes all of the option specialties for Rehabilitation Specialist.

### Check categories below indicating type of examination

| CURRENT | CONTINUOUS | | * Please describe OTHER below |
|---|---|---|---|
| O.C. | O.C. | X | Task-based checklist |
| PROM. | PROM. | | |
| WRITTEN | WRITTEN | | |
| T & E | T & E | | |
| OTHER * | OTHER * | X | |

| | #Applied | | # Accepted | | #Taking Test | | # On Register | | #Provisional/ Reallocation |
|---|---|---|---|---|---|---|---|---|---|
| | O.C. | PROM | O.C. | PROM | O.C. | PROM | O.C. | PROM | |
| WM | 0 | | 0 | | 0 | | 0 | | |
| BM | 0 | | 0 | | 0 | | 0 | | |
| OM | 0 | | 0 | | 0 | | 0 | | |
| WF | 1 | | 1 | | 1 | | 1 | | |
| BF | 0 | | 0 | | 0 | | 0 | | |
| OF | 0 | | 0 | | 0 | | 0 | | |
| TOTALS | 1 | | 1 | | 1 | | 1 | | |

Job Analysis Completed:                    Register Established:   3/25/96 ✓

NEW JOB STUDY/VALIDATION?  Yes __X__  No _____

### Complete This Section For Written Tests

Written Test Date:                    Form of Test:

Adverse Impact:  Yes          No

Items deleted:

Range        to        ; Mean        Median        ; Standard Deviation        ; Reliability

Pass/Fail Point:                    Ranking Point:

Failing Conversion Factor:                    Ranking Conversion Factor:

Revised: 2/95

    *A person whose name appears on more than one option will ahve only one application form. The application are coded for each option area.

✓ Job dja 3/27/96
✓ Job Pack: 3/1/96
✓ ORL

94

# EXAMINATION CONTROL SHEET

**CLASS TITLE/**   Rehabilitation Specialist II    **CLASS CODE/**   50345

    **OPTION**    Traumatic Brain Injury    **OPTION**   244

**ASSIGNED TO** (Name)   David McCarroll    **ON** (date)   11/2/96

**NOTES:**
    This job analysis is a combined study which includes all of the option specialties for Rehabilitation Specialist.

## Check categories below indicating type of examination

| CURRENT | CONTINUOUS | | * Please describe **OTHER** below |
|---|---|---|---|
| O.C. | O.C. | X | Task-based checklist |
| PROM. | PROM. | | |
| WRITTEN | WRITTEN | | |
| T & E | T & E | | |
| OTHER * | OTHER * | X | |

| | #Applied O.C. | PROM | # Accepted O.C. | PROM | #Taking Test O.C. | PROM | # On Register O.C. | PROM | #Provisional/ Reallocation |
|---|---|---|---|---|---|---|---|---|---|
| WM | 0 | | 0 | | 0 | | 0 | | |
| BM | 0 | | 0 | | 0 | | 0 | | |
| OM | 0 | | 0 | | 0 | | 0 | | |
| WF | 0 | | 0 | | 0 | | 0 | | |
| BF | 1 | | 1 | | 1 | | 1 | | |
| OF | 0 | | 0 | | 0 | | 0 | | |
| TOTALS | 1 | | 1 | | 1 | | 1 | | |

Job Analysis Completed:         **Register Established:**   *3/25/96*

**NEW JOB STUDY/VALIDATION?** Yes  _X_  No  _____

## Complete This Section For Written Tests

Written Test Date:         Form of Test:

Adverse Impact:  Yes       **No**

Items deleted:

Range      to       ; Mean     Median     ; Standard Deviation     ; Reliability

Pass/Fail Point:         **Ranking Point:**

Failing Conversion Factor:      **Ranking Conversion Factor:**

Revised: 2/95

    *A person whose name appears on more than one option will have only one application form. The applications are coded for each option area.

*Dist. dist 3/27/96*
*file Rec'd: 3/1/96*
*Orc.*

**95**

## EXAMINATION CONTROL SHEET

| | | | |
|---|---|---|---|
| **CLASS TITLE/** | Rehabilitation Specialist II | **CLASS CODE/** | 50345 |
| **OPTION** | Learning Disablities | **OPTION** | 245 |
| **ASSIGNED TO** (Name) | David McCarroll | **ON** (date) | 11/2/96 |

**NOTES:**
This job analysis is a combined study which includes all of the option specialities for Rehabilitation Specialist.

---

### Check categories below indicating type of examination

| **CURRENT** | | **CONTINUOUS** | | *Please describe **OTHER** below |
|---|---|---|---|---|
| O.C. | | O.C. | X | Task-based checklist |
| PROM. | | PROM. | | |
| WRITTEN | | WRITTEN | | |
| T & E | | T & E | | |
| OTHER * | | OTHER * | X | |

---

| | #Applied O.C. | PROM | # Accepted O.C. | PROM | #Taking Test O.C. | PROM | # On Register O.C. | PROM | #Provisional/ Reallocation |
|---|---|---|---|---|---|---|---|---|---|
| WM | 0 | | 0 | | 0 | | 0 | | |
| BM | 0 | | 0 | | 0 | | 0 | | |
| OM | 0 | | 0 | | 0 | | 0 | | |
| WF | 0 | | 0 | | 0 | | 0 | | |
| BF | 2 | | 2 | | 2 | | 2 | | |
| OF | 0 | | 0 | | 0 | | 0 | | |
| TOTALS | 2 | | 2 | | 2 | | 2 | | |

---

Job Analysis Completed:                    Register Established: 3/25/96 ✓

**NEW JOB STUDY/VALIDATION? Yes __X__ No ____**

---

### Complete This Section For Written Tests

Written Test Date:                    Form of Test:

Adverse Impact:  Yes          No

Items deleted:

Range        to        ; Mean        Median        ; Standard Deviation        ; Reliability

Pass/Fail Point:                    Ranking Point:

Failing Conversion Factor:                    Ranking Conversion Factor:

Revised: 2/95

*A person whose name appears on more than one option will have only one application form. The applications are coded for each option area.

✓ Mat. dfg. 3/27/96
✓ lib. ncrd: 3/1/96
✓ Ann

**96**

## EXAMINATION CONTROL SHEET

| | | | |
|---|---|---|---|
| **CLASS TITLE/** | Rehabilitation Specialist II | **CLASS CODE/** | 50345 |
| **OPTION** | CR Audiologist | **OPTION** | 237 |
| **ASSIGNED TO** (Name) | David McCarroll | **ON** (date) | 11/2/94 |

**NOTES:**

---

### Check categories below indicating type of examination

| CURRENT | CONTINUOUS | | * Please describe **OTHER** below |
|---|---|---|---|
| O.C. | O.C. | X | Task-based checklist |
| PROM. | PROM. | | |
| WRITTEN | WRITTEN | | |
| T & E | T & E | | |
| OTHER * | OTHER * | X | |

---

| | #Applied | | # Accepted | | #Taking Test | | # On Register | | #Provisional/ Reallocation |
|---|---|---|---|---|---|---|---|---|---|
| | O.C. | PROM | O.C. | PROM | O.C. | PROM | O.C. | PROM | |
| WM | 0 | | 0 | | 0 | | 0 | | |
| BM | 0 | | 0 | | 0 | | 0 | | |
| OM | 0 | | 0 | | 0 | | 0 | | |
| WF | 1 | | 1 | | 1 | | 1 | | |
| BF | 1 | | 1 | | 0 | | 0 | | |
| OF | 0 | | 0 | | 0 | | 0 | | |
| TOTALS | 2 | | 2 | | 1 | | 1 | | |

---

Job Analysis Completed:      Register Established:   21 5-20-96 ✓

**NEW JOB STUDY/VALIDATION? Yes** __X__ **No** _____

---

### Complete This Section For Written Tests

Written Test Date:                Form of Test:

Adverse Impact:  Yes        No

Items deleted:

Range     to     ; Mean     Median     ; Standard Deviation     ; Reliability

Pass/Fail Point:           Ranking Point:

Failing Conversion Factor:          Ranking Conversion Factor:

✓ mut-dja - 5/22/96
✓ file NCUa: 3/1/96

**97**

4, What tools do you use, if any? ① state cars ② computers
   ③ A.V equipment ④ adaptive technology (sensory, & motor,
   dictaphone ⑤ general office - )

   III & II more on

5. What types of education are necessary to perform
   this job? Master's degree in rehab. couns. general
                                              - specific
      w/ coursework or exp. in ↓ area.

   U of Mem = deafness : would be helpful.

6. What types of work experience is necessary or helpful to perform this job?
   rehab counselor
   work in rehab. facility = w/ clients =

        ① I = 5 yrs.
           II =  ↑
           III =

        69

7. What amount of supv. do you recieve & who do you recieve it from?

from Asst. Div. = I's extensive — daily, v's usually

I's - biweekly to ~~weekly~~ monthly — yearly

III's minimal, stand in for Asst. Div.

8. Do you supv. anyone? If so, to what extent?

9. Who are your customers? counselors, unit-sups, outside agencies, universities, facilities, clients (rarely) asst. dir.

70

10. How do you interact w/ customers & how often?
○ counselors = daily, by phone & inperson (if necess.)
○ supvr, unit dir, comm. facility
○ outside agencies - more than weekly, less than daily; phone & periodic visits -
○ schools/universities = varies by specialty, some rarely, some regular meetings, phone & inperson.
○ clients = varies by specialty - not frequent - couple/week, some else never.

11. What are the physical working conditions? Does it req'uire travel in office, rehab centers.

extensive in state, some out of state = business & inds. home visits, other facilities.

12. Give a couple examples of particularly good work performance?
w/ counselor about epileptic client (brain damage) got TSU to provide accommodations for him to be band director, worked it out w/ difficult profs.

w/ school sys, client in school - had no idea how to use adaptive tech., counseled school on how to use & student did well (even though at rehab. only a short time).

71

Resits aren't ✓
↓ if not helped, fault ✓
no matter what ← corrects

13. Give a couple examples of particularly poor work performance?
industry said we want disabled. VRS did accessability & job study, wrote
eg report. never resulted in employment outcome.

fast food co/at corporate level, wanted to hire, got people on
job who didn't last long, but mgrs in field did
not share in rational & people weren't given
accom. needed.

14. Why was this position established? What need does it serve?
each one needs an area of knowledge, counselors
need specialty consulting.

Also, doesn't fil supervisory / but is higher than
counselor.

15. What agencies do you interact with? (govt. agencies, businesses, schools,
comm. groups, etc.) & how?
businesses & industry, schools & univ, state agencies
(MH, VA, DIR, DHR, schol sys (everyone in state), AIDB), field
offices, community/ charitable groups, doctors, PT's
hospitals, store - buying equip. or clothes, OT's, PT's,
prosthodontists

they have a policy of non-disc. & willing to provide ⟶ 72
accom.

16. Do you have lateral positions that you work with? How are the positions different?
    supr.; other specialists; rehab counselor; empl. dev. coordinator

17. Are you responsible for any reports, forms, reviews, etc. If so what are they & who goes to them?
    facility = facility review, into main office; budget reports: facility utilization; training reports; prod. reports.

18. What are similar responsibilities & different responsibilities/duties as compared to your supervisor?
    sim: training; doing reports & pictures ↑; supr. provide tech asst. also.

73

19. If q was yes, what are similar & different responsibilities/duties?

20. What knowledges must a person have for this position?
general knowledge of rehab; disabilities, & aspects, avail resources;
finance employment; laws they operate under; blind & deaf
issues; Technology; option & real knowledge;
~~computers~~ to; public relations; comm. resources (not
just rehab); counseling;

21. What skills & abilities must a person have for this position?
Comm. skills (oral & written); Human relations; counseling
skills; computer skills; apply knowledge to a problem
; lot of problem-solving on job.

74

22. What physical (sensory) abilities must you have?

any can be accomodated

23. What kind of training will somebody hired into this position recieve when they start the job? on-going traing after that?
in-service for skd job - what patents, how many, based on their traing; recent laws or regs; recent tech. improvents

on-going: leadership; state personel; casework training; ADA
MBPE program; Technology training;

24. What regular meetings must this position attend? What are they responsel for presenting at meetings? info sharing mtgs; leadership team (some twice, some once a month) they report on studs of job/cases & new stuff; new ee orientation; outside mtgs at conferences etc. where they present their model.

75

WF

7-19-95 WF

Julia Brock
Rehab. Spec. I 1½-2
(changed title 2 mo. ago)

Kim Hill Early Int.
Ed Spec II - Rehab Spec II - 4½ yrs

*

See lists

deve. grant prop.
process req.
coordinate grant
develop networks
PR Media
in-svc. trn.
prog. report
mission svc in rural
train rehab staff
present conferences

provide tech asst.
develop reports
train prog
contact advocacy grps
[illegible] w/ comm. on aging
get/update on train eff.
do contract w/ many
Oasis adv. council
2 field [illegible] years teacher
contact w/ other svc providers

Kim

See lists

answer phone
do RFP's
quarterly commission board mtg
monitor grant.
contact fed. offices
s.l. interp.
nat'l mtg.
update info on e.i.
advise re resources
maintain group rels.
answer e i calls
fed. reports
get dept supp for e i

review financial claims
interagency council mtgs
do fed. grant,
advise dist staff.
create policies
review e. i. stuff
coor. state conf.
e.i. laws (current & in process)
meet e i providers.
work w/ legal
collect data
strat. to improve e.i.

KSA's    don't gear statements toward (voc) rehab,
just say rehab.

July → rehab teach
laws  putting ___ to program    Kim    e.i.
      comm. resources          goals → develop interaction faces
      writing                  one
      orally
      dev. work rls w/ all people
      time mgmt
      org skills
      coordinate resources.

E.I.  Nurse
      Med S.W.   } degrees of people
      Master's  4  who Kim wants to
      Sp. Ed.      promote to r. spec.

J    Mast. = rc teach, counseling, ed, Y, s.w., HD, nursing
     S↑ in rehab, min 2 in specialty field.

     II =
     III =              min 5 in specialty ∩

$    mast in rehab or sp. ed or rel in Y, HP
     nursing  2 yrs working w/ drs.      77

II = 4 yrs. exp.

III = 6 yrs. exp.

higher levels
& says that get more admin. duties;
do more state wide duties.

Kim says her specialists do supv.
people.

78

✓ Develop grant proposal to secure program funding

✓ Plan budget and oversee expenditure of funds

✓ Process and approve requisitions for client service expenditures

✓ Plan and coordinate activities of grant proposal to the achievement of objectives in serving persons who are 55 and older and blindness or visually impaired - in all 67 counties of Alabama

✓ Develop interagency networks of service providers in each Rehabilitation Teaching district throughout the state

✓ Provide technical information to network of 16 rehabilitation teachers and 4 orientation & mobility specialists who provide direct services to clients - provided daily or on "as needed" basis

✓ Develop statewide registry of trained peer supporters

✓ Devise training program for peer supporters

79

2.

✓ Promote and support the development of consumer based support groups throughout the state

✓ Maintain working relationship contact with advocacy groups involved in blindness issues

✓ Conduct project awareness activities such as speaking to various groups, exhibiting at conferences, interviews with media, etc.

✓ Plan and develop promotional media such as brochures, etc.

✓ — Maintain working relationship with Commission on Aging (COA) in implementing interagency agreement with COA

✓ — Write training curriculum to provide in-service training to senior center staff at Area Agencies on Aging (AAA) and conduct training at 13 AAAs throughout state

✓ — Gather data on pre and post training level of knowledge to assess effectiveness of training

✓ — Gather program data on clients served and use to formulate OMB reporting

80

✓ Write progress report of program activities to submit to RSA and program evaluator conducting outside program evaluation

✓ Work with project director to devise contracts with AIDB for fiscal management of client service funds, contracts with UAB School of Optometry for provision of low vision services

✓ Devise plan for provision of low vision services in rural areas by locating private low vision providers and coordinating system of service provision through Rehabilitation Teachers and private optometrists

✓ Develop and maintain an OASIS Advisory Council with statewide representation of service providers, consumers, advocacy groups, staff in order to offer advice on matters related to program activities — meets quarterly

✓ Develop and submit continuation grant yearly in order to maintain program funding

§1

4

✓ Plan and conduct training for 16 Rehabilitation Teachers and 4 Orientation Mobility Specialist

✓ Communicate monthly with each of 16 Rehabilitation Teachers and 4 Orientation Mobility Specialists regarding their expenditure of client service funds

✓ Conduct a minimum of two field visits per teacher in order to provide technical assistance

✓ Supervise program secretary on a daily basis

✓ Attend professional conferences in order to stay apprised of new information within the fields of blindness and gerontology

✓ Present at professional conferences on topics related to blindness or to the OASIS Program

✓ Participate in planning and implementing client satisfaction survey

82

5

✓ Maintain contact with other service providers

✓ Weekly consultation with project direct

83

KSA's

✓ Knowledge of Rehabilitation Teaching

✓ Knowledge of blindness/visual impairment

✓ Knowledge of laws pertinent to administration of program

✓ Knowledge of policies and procedures of department

✓ Knowledge of community resources

✓ Ability to write clearly and concisely

✓ Ability to communicate effectively orally with clients, staff, and the public

✓ Ability to develop and maintain effective working relationship with a variety of individuals within.

✓ Excellent organizational skills and time management skills

✓ Ability to coordinate resources in the implementation of program activities

84

Master's degree in Rehabilitation Teaching, Education, or Rehabilitation Counseling or in Psychology, Social Work, Human Development, Nursing, Spec. Ed.

- Five years or more of experience working in the field of rehabilitation with a minimum of two years work in the specialty field

Five years or more of experience working in the field of rehabilitation with at a least minimum of ____ years work in the specialty field

95

All responsibilities are statutory:  EIS include 9 state agencies + public + private providers

✓ - Answer phone —

✓ - Address technical assistance requests

✓ - Review financial claims + do follow up so that claims can be processed

✓ - Develop RFPs + contracts

✓ - Coordinate monitoring schedule

✓ - Attend ICC subcommittee meetings

✓ - "      weekly staff meeting

✓ - "      monthly division meeting

✓ - "      quarterly ICC meeting

✓ - Develop Budget / spending plan + do revisions

✓ - Write Federal Grant

✓ - Monitor (includes TA visits + PAR )

✓ - Write reports

✓ - Advise district staff + state EI staff

✓ - Prepare materials for dissemination at trainings, etc.

✓ - Review PA and other information that concerns EI

✓ - Contact w/ Federal Project Officer

✓ - Revise w/ legal assistance Adm Code

✓ - Create policies

✓ - Prepare financial reports or others to meet special requests

✓ - Interpret at any public meetings where it is necessary

✓ - Review legal reports that impact EI

✓ - Interact collaboratively w/ other agencies

✓ - Interpret the federal regulations

N - Responsible for due process procedures

✓ - Discuss EI w/ potential service providers

86

✓ - Seek ~~sources~~ ~~to~~ ~~engage~~ address EI System needs

✓ - Develop strategies to further strengthen the EI System

✓ - ~~Coordinate~~ ~~with~~ Review draft of Departmental policies

✓ - Review monitoring reports written by other ⊗ staff members

✓ - Assist in preparing for ICC meeting

✓ - Evaluate policies that have been developed for effectiveness

✓ - Obtain various Dept's support of EI issues through meetings & correspondence

✓ - Work collaboratively w/ other divisions w/in Dept

✓ - Review & interpret financial reports from Accounting Division

✓ - Route contracts & RFPs for approval

87

KSAs

✓ Knowledge of local, state and federal laws governing early intervention sufficient to ensure that these laws are not broken during the early intervention process.

✓ Ability to work effectively w/ the various agencies to develop an interagency focus.

MQ -

Rehab Spec I    Masters degree in rehabilitation, spec special education, or related field (knowledge from the "specialized min.") a minimum of w/ two years experience working w/ individuals w/ disabilities or in the arena of disabilities.

II    same as above except four years

III    same as above except six years

88

# EXAMINATION CONTROL SHEET

**CLASS TITLE/**   Rehabilitation Specialist  II          **CLASS CODE/**   50345

**OPTION**   Vocational Rehabilitation                   **OPTION**   241

**ASSIGNED TO (Name)** David McCarroll                   **ON (date)** 11/2/94

**NOTES:** The job analysis is a combined study which includes all of the option specialities for
Rehabilitation Specialist

---

### Check categories below indicating type of examination

| CURRENT | CONTINUOUS | | * Please describe **OTHER** below |
|---------|-----------|---|------------------------------|
| O.C. | O.C. | X | Task-based checklist |
| PROM. | PROM. | | |
| WRITTEN | WRITTEN | | |
| T & E | T & E | | |
| OTHER * | OTHER * | X | |

---

| | #Applied | | # Accepted | | #Taking Test | | # On Register | | #Provisional/ Reallocation |
|------|------|------|------|------|------|------|------|------|------|
| | O.C. | PROM | O.C. | PROM | O.C. | PROM | O.C. | PROM | |
| WM | 5 | | 4 | | 4 | | 4 | | |
| BM | 2 | | 2 | | 2 | | 2 | | |
| OM | 0 | | 0 | | 0 | | 0 | | |
| WF | 2 | | 1 | | 1 | | 1 | | |
| BF | 4 | | 0 | | 0 | | 0 | | |
| OF | 0 | | 0 | | 0 | | 0 | | |
| TOTALS | 13 | | 7 | | 7 | | 7 | | |

---

Job Analysis Completed:                              Register Established:   2/16/96

**NEW JOB STUDY/VALIDATION?** Yes  X    No _____

---

## Complete This Section For Written Tests

Form of Test:

Written Test Date:

Adverse Impact:  Yes                No

Items deleted:

Range            to         ; Mean         Median         ; Standard Deviation         ; Reliability

Pass/Fail Point:                                    Ranking Point:

Failing Conversion Factor:                          Ranking Conversion Factor:

*A person whose name appears on more than one option will have only one application form. T
applications are coded for each option area.   ✓ Nut -Aja - 3/20
                                                ✓ file sent - @ 3/1/96          89

# EXAMINATION CONTROL SHEET

**CLASS TITLE/** Rehabilitation Specialist II

**OPTION** _____    Social Work

**CLASS CODE/** 50345

**OPTION** 087

**ON (date)** 11/2/94

**ASSIGNED TO (Name)** David McCarroll

**NOTES:** The job analysis is a combined study which includes all of the option specialities for Rehabilitation Specialist
-------------------------------------------------------------------------------

-------------------------------------------------------------------------------

## Check categories below indicating type of examination

|  | | |
|---|---|---|
| **CURRENT** | **CONTINUOUS** | * Please describe **OTHER** below |
| O.C. | O.C.          X | Task-based checklist |
| PROM. | PROM. | |
| WRITTEN | WRITTEN | |
| T & E | T & E | |
| OTHER * | OTHER *       X | |

-------------------------------------------------------------------------------

| | #Applied O.C. | PROM | # Accepted O.C. | PROM | #Taking Test O.C. | PROM | # On Register O.C. | PROM | #Provisional/ Reallocation |
|---|---|---|---|---|---|---|---|---|---|
| WM | 0 | | 0 | | 0 | | 0 | | |
| BM | 0 | | 0 | | 0 | | 0 | | |
| OM | 0 | | 0 | | 0 | | 0 | | |
| WF | 2 | | 1 | | 1 | | 2 | | |
| BF | 2 | | 2 | | 2 | | 0 | | |
| OF | 0 | | 0 | | 0 | | | | |
| TOTALS | 4 | | 3 | | 3 | | 3 | | |

-------------------------------------------------------------------------------

**Register Established:** 2/16/96

**Job Analysis Completed:**

**NEW JOB STUDY/VALIDATION?** Yes __X__ No _____

-------------------------------------------------------------------------------

## Complete This Section For Written Tests

Form of Test:

Written Test Date:

Adverse Impact: Yes          No

Items deleted:

Range          to          ; Mean          Median          ; Standard Deviation          ; Reliability

Pass/Fail Point:          Ranking Point:

Failing Conversion Factor:          Ranking Conversion Factor:

*A person whose name appears on more than one option will have only one application form. applications are coded for each option area.

# Exhibit 11

**_Finch v. MHMR, et al_**
**USDC 2:07 cv 24**
**SPD Motion for Summary Judgment**

AUG-03-'93 TUE 15:39 ID:GLENN IRELAND CENTER TEL NO:A.= 841-9609 EX109   #193 P02

| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION** | PERSON FILING CHARGE |
|---|---|

**PERSON FILING CHARGE**
Finch, Audrey D

THIS PERSON (check one)
[X] CLAIMS TO BE AGGRIEVED
[ ] IS FILING ON BEHALF OF ANOTHER

DATE OF ALLEGED VIOLATION
Earliest: 02/06/93    Most Recent: 02/06/93

PLACE OF ALLEGED VIOLATION
TARRANT, AL

CHARGE NUMBER
130932561

CHIEF EXECUTIVE OFFICER
GLENN IRELAND II DEVELOPMENTAL CTR
91 BLACK CREEK ROAD
TARRANT, AL 35217

## NOTICE OF CHARGE OF DISCRIMINATION
*(See EEOC "Rules and Regulations" before completing this Form)*

You are hereby notified that a charge of employment discrimination has been filed against your organization under:

[X] TITLE VII OF THE CIVIL RIGHTS ACT OF 1964

[ ] THE AGE DISCRIMINATION IN EMPLOYMENT ACT OF 1967

[ ] THE AMERICANS WITH DISABILITIES ACT

[ ] THE EQUAL PAY ACT (29 U.S.C, SECT. 206(d)) investigation will be conducted concurrently with our investigation of this charge.

The boxes checked below apply to your organization:

1.[ ] No action is required on your part at this time.

2.[X] Please submit by 08/16/93 a statement of your position with respect to the allegation(s) contained in this charge, with copies of any supporting documentation. This material will be made a part of the file and will be considered at the time that we investigate this charge. Your prompt response to this request will make it easier to conduct and conclude our investigation of this charge.

3.[X] Please respond fully by 08/16/93 to the attached request for information which pertains to the allegations contained in this charge. Such information will be made a part of the file and will be considered by the Commission during the course of its investigation of the charge.

For further inquiry on this matter, please use the charge number shown above. Your position statement, your response to our request for information, or any inquiry you may have should be directed to:

Birmingham District Office
1900 Third Avenue, North
Birmingham, AL  35203-2397

Arthur Sanders, Investigator
*(Commission Representative)*

(205) 731-1170
*(Telephone Number)*

[X] Enclosure:  Copy of Charge

BASIS OF DISCRIMINATION
[X] RACE [ ] COLOR [ ] SEX [ ] RELIGION [ ] NAT. ORIGIN [ ] AGE [ ] DISABILITY [ ] RETALIATION [ ] OTHER

CIRCUMSTANCES OF ALLEGED VIOLATION
See enclosed Form 5, Charge of Discrimination.

**Exhibit 11**
*Finch, 2:07 cv 24*
*SPD Mtn for Summary Judgment*

| DATE | TYPED NAME/TITLE OF AUTHORIZED EEOC OFFICIAL | SIGNATURE |
|---|---|---|
| 07/26/93 | Warren A. Bullock, Director | *Warren A. Bullock* |

EEOC FORM 131 (Rev. 06/88)

AUG-03-'93 TUE 15:40 ID:GLENN IRELAND CENTER TEL NO:A. = 841-9609 EX109    #193 P03

## CHARGE OF DISCRIMINATION

| | AGENCY | CHARGE NUMBER |
|---|---|---|
| This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form. | ☐ FEPA ☒ EEOC | 130932561 |

_____ and EEOC

*State or local Agency, if any*

| NAME (Indicate Mr., Ms., Mrs.) | HOME TELEPHONE (Include Area Code) |
|---|---|
| Ms. Audrey D. Finch | (205) 252-1604 |

| STREET ADDRESS          CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|
| 1309 21ST STREET NORTH APT 101, BIRMINGHAM, AL 35234 | 02/06/57 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE (Include Area Code) |
|---|---|---|
| GLENN IRELAND II DEVELOPMENTAL CTR | Cat A (15-100) | (205) 849-0654 |

| STREET ADDRESS          CITY, STATE AND ZIP CODE | COUNTY |
|---|---|
| 91 BLACK CREEK ROAD, TARRANT, AL 35217 | 073 |

| NAME | TELEPHONE NUMBER (Include Area Code) |
|---|---|

| STREET ADDRESS          CITY, STATE AND ZIP CODE | COUNTY |
|---|---|

| CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es)) | DATE DISCRIMINATION TOOK PLACE |
|---|---|

☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ OTHER (Specify)

| EARLIEST | LATEST |
|---|---|
| 02/06/93 | 02/06/93 |

☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional space is needed, attach extra sheet(s)):

On about February 6, 1993, the above named employer failed to promote me to the position of Habilitation Coordinator for which I applied. Despite my qualifications the positions were filled with less qualified White employees. My position is Habilitation Treatment Specialist, and I have been employed since January 21, 1986.

I was not given a reason as to why I was not promoted.

I believe I have been discriminated against because of my race, Black, in violation of Title VII of the Civil Rights Act of 1964, as amended.

a. Of approximately 6 Habilitation Coordinators only one is Black.

b. It is my belief that the White applicants selected to fill the positions of Habilitation coordinator are less qualified than I, with less education and experience with Glenn Ireland.

JUL 19 1993.

| ☐ I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY - (When necessary for State and Local Requirements) |
|---|---|
| | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
| I declare under penalty of perjury that the foregoing is true and correct. | SIGNATURE OF COMPLAINANT |
| | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (Day, month, and year) |
| Date 7/19/93    Audrey D. Finch    Charging Party (Signature) | |

EEOC FORM 5 (TEST) (06/92)

AUG-05-03 TUE 15:46  ID:GLENN IRELAND CENTER  TEL NO:R.  = 841-3609 EX:09    #193 P04

Enclosed are (1) a Notice of Charge of Discrimination and (2) a copy of the actual charge filed against your organization.  The Commission is required by law to investigate charges filed with it.  For purposes of determining the scope of our investigation, your organization is requested to submit the following information and records:

1.    Give the correct name and address of the facility named in the charge.

2.    State the total number of persons who were employed by your organization during the relevant period.  Include both full and part-time employees.  How many employees are employed by your organization at the present time?

3.    Submit a written position statement on each of the allegations of the charge, accompanied by documentary evidence and/or written statements, where appropriate. Also include any additional information and explanation you deem relevant to the charge.

4.    Submit copies of all written rules, policies and procedures relating to the issue (s) raised in the charge. If such does not exist in written form, explain the rules, policies and procedures.

The completeness of your response and supporting documentation, will enable the Commission to more expeditiously and objectively investigate the allegation(s).  Upon receipt of your response, we will be in a better position to assess the merits of the allegation(s) and determine the extent of the need for further investigation.  You may be assured that any information or explanation supplied by your organization will not be made public.

Your response should be sent to the attention of the Commission Representative shown on the enclosed Notice of Charge of Discrimination.  This individual should also be contacted concerning any matters relating to this charge.