# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **AUDREY D. FINCH,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **CIVIL ACTION NO.:** |
| v. ) | **2:07-CV-024-MHT** |
| ) | |
| **DEPARTMENT OF MENTAL** ) | |
| **HEALTH AND MENTAL** ) | |
| **RETARDATION, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## DEFENDANTS DEPARTMENT OF MENTAL HEALTH AND JOHN HOUSTON'S MOTION FOR SUMMARY JUDGMENT

The State Department of Mental Health and Mental Retardation, and John Houston, Commissioner, (hereinafter "Defendants"), hereby move this Court to enter summary judgment as a matter of law as to each claim against them pursuant to Rule 56 of the Federal Rules of Civil Procedure. As grounds for this motion, Defendants state as follows:

1.  Plaintiff alleges that she was subjected to discrimination by Defendants on the basis of race with respect to promotions, in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000(e) *et seq.* ("Title VII") and 42 U.S.C. § 1981, by and through 42 U.S.C. § 1983. (Compl., Section IV A. and B.) Specifically, Plaintiff's Amended Complaint alleges that Defendants denied her promotions to the Habilitation Treatment Specialist, Habilitation Treatment Coordinator/Habilitation Treatment Leader, and Administrator II positions.

2.  Plaintiff's claims are barred by absolute immunity.

3. All of Plaintiff's claims under 42 U.S.C. § 1981 against these Defendants are untimely.

4. All of Plaintiff's claims under Title VII are procedurally barred and untimely.

5. Plaintiff has not established and cannot establish by substantial evidence a *prima facie* case regarding the HTS positions.

6. Even assuming arguendo that Plaintiff can state a *prima facie* case for discrimination, Defendants' actions with regards to all of the positions at issue were for legitimate, non-discriminatory reasons and Plaintiff has failed to demonstrate sufficient evidence of pretext.

7. As to all of Plaintiff's claims, there is no genuine issue of material fact and Defendant is entitled to judgment as a matter of law.

8. In support of its Motion for Summary Judgment, Defendants rely on their brief in support of their motion for summary judgment and their evidentiary submission, which are being filed simultaneously herewith and are incorporated herein.

WHEREFORE, the State Department of Mental Health and Mental Retardation, and John Houston, Commissioner, respectfully request that this Honorable Court enter an order granting summary judgment as a matter of law in their favor and dismiss all of Plaintiff's claims against them in this action with prejudice.

Respectfully submitted,

/s/ Theodore P. Bell
Warren B. Lightfoot, Jr.
John B. Holmes, III
Theodore P. Bell
Attorneys for the Defendants
Department of Mental Health

                                  and Mental Retardation, and
                                  John Houston, Commissioner

OF COUNSEL:

MAYNARD, COOPER & GALE, P.C.
2400 Regions/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-4604
Telephone:     (205) 254-1000
Facsimile:      (205) 254-1999
Email:            wlightfoot@maynardcooper.com
                    jholmes@maynardcooper.com
                    tbell@maynardcooper.com
                    aavery@maynardcooper.com

Courtney W. Tarver
Tamara R. Pharrams
DEPARTMENT OF MENTAL HEALTH AND MENTAL RETARDATION
P.O. Box 301410
Montgomery, Alabama 36130-1410
Telephone:  (334) 242-3038

## CERTIFICATE OF SERVICE

      I hereby certify that on the 21st day of December, 2007, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

For the Plaintiff:

      Joseph H. Calvin, III, Esq.
      Russell W. Adams, Esq.
      Rocco Calamusa, Jr., Esq.
      WIGGINS CHILDS QUINN & PANTAZIS, P.C.
      The Kress Building
      301 19th Street North
      Birmingham, Alabama 35203-3204

                                                    /s/ Theodore P. Bell
                                                    Of Counsel