IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| AUDREY D. FINCH,                ) | |
|     Plaintiff,                    ) | |
|     v.                                 ) | CIVIL ACTION NO. |
|                                            ) | 2:07cv24-MHT |
| ALABAMA DEPARTMENT OF     ) | |
| MENTAL HEALTH AND MENTAL ) | |
| RETARDATION, et al.,          ) | |
|     Defendants.                  ) | |

ORDER

It is ORDERED that the motions for summary judgment (Doc. No. 47 & 49) are set for submission, without oral argument, on January 22, 2008, with any opposing brief and evidentiary materials due by said date.

DONE, this the 3rd day of January, 2008.

                                          /s/ Myron H. Thompson
                                  UNITED STATES DISTRICT JUDGE