FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| AUDREY D. FINCH,  )<br>  )<br>  Plaintiff,  )<br>  )     CIVIL ACTION NO.:<br>v.  )     2:07-CV-024-MHT<br>  )<br>DEPARTMENT OF MENTAL  )<br>HEALTH AND MENTAL  )<br>RETARDATION, et al.,  )<br>  )<br>  Defendants.  ) | |

## NOTICE OF WITHDRAWAL OF COUNSEL

COMES NOW the undersigned and files this Notice of Withdrawal of Counsel on behalf of Abigail H. Avery as counsel for Defendants Department of Mental Health and Mental Retardation, and John Houston, Commissioner. Abigail H. Avery is no longer employed with the law firm of Maynard, Cooper & Gale, P.C. Defendants will continue to be represented by the undersigned and the law firm of Maynard, Cooper & Gale, P.C. Counsel's withdrawal will not prejudice any of the parties involved.

Respectfully submitted,

/s/ Theodore P. Bell
Warren B. Lightfoot, Jr.
John B. Holmes, III
Theodore P. Bell
Attorneys for the Defendants
Department of Mental Health
 and Mental Retardation, and
John Houston, Commissioner

**OF COUNSEL:**

MAYNARD, COOPER & GALE, P.C.
2400 Regions/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-4604
Telephone:  (205) 254-1000
Facsimile:   (205) 254-1999
Email:         wlightfoot@maynardcooper.com
                    jholmes@maynardcooper.com
                    tbell@maynardcooper.com
                    aavery@maynardcooper.com

Courtney W. Tarver
Tamara R. Pharrams
DEPARTMENT OF MENTAL HEALTH AND MENTAL RETARDATION
P.O. Box 301410
Montgomery, Alabama 36130-1410
Telephone:  (334) 242-3038

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of January, 2008, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Joseph H. Calvin, III, Esq.
Russell W. Adams, Esq.
Rocco Calamusa, Jr., Esq.
WIGGINS CHILDS QUINN & PANTAZIS, P.C.
The Kress Building
301 19th Street North
Birmingham, Alabama 35203-3204

/s/ Theodore P. Bell
Of Counsel