IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| AUDREY D. FINCH,           ) | |
| )  | |
|   Plaintiff,           ) | |
| )  | CIVIL ACTION NO. |
| v.                         ) | 2:07cv24-MHT |
| )  | |
| ALABAMA DEPARTMENT OF      ) | |
| MENTAL HEALTH AND MENTAL   ) | |
| RETARDATION, et al.,       ) | |
| )  | |
|   Defendants.          ) | |

                              ORDER

It is ORDERED that the notice of withdrawal (Doc. No. 53) is treated as a motion to withdraw and said motion is granted.

DONE, this the 8th day of January, 2008.

                    /s/ Myron H. Thompson
                UNITED STATES DISTRICT JUDGE