IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **AUDREY D. FINCH,** )<br>)<br>   **Plaintiff,** )<br>)<br>v. )<br>)<br>**STATE OF ALABAMA PERSONNEL** )<br>**DEPARTMENT and its Director,** )<br>**Jackie Graham; STATE OF ALABAMA** )<br>**DEPARTMENT OF MENTAL HEALTH** )<br>**and MENTAL RETARDATION and its** )<br>**Commissioner, JOHN HOUSTON,** )<br>)<br>   **Defendants.** ) | **CIVIL ACTION No:2:07cv24-MHT** |

## PLAINTIFF'S UNOPPOSED MOTION TO EXTEND THE DEADLINE
## FOR RESPONSE TO DISPOSITIVE MOTIONS

The Plaintiff moves this Court for an extension of seen (7) days until January 29, 2008 within which to file its response to the Defendants' motions for summary judgment filed December 21, 2007. In support of this motion, Plaintiff states as follows:

1. Defendants filed their motions for summary judgment on December 21, 2007 [Docs. 47 & 49].

2. Defendants had previously requested a 29 day extension [Doc. 45] from the Court's earlier assigned dispositive motion deadline which the Plaintiff did not oppose and which this Court granted [Doc 46].

44961.wpd

3. The requested extension is needed to allow Plaintiff and Defendants time within which to explore settlement potential and/or Plaintiff to file a response to the pending dispositive motions.

4. The requested 7 day extension will not prejudice the disposition of this case and is unopposed by the Plaintiffs.

Respectfully submitted,

/s/ Joseph H. Calvin III
_____
Joseph H. Calvin III
**Attorney for the Plaintiff**

**OF COUNSEL**
Wiggins, Childs, Quinn & Pantazis, LLC
The Kress Building
301 19th Street North
Birmingham, AL 35203
(205) 314-0563  direct dial
(205) 314-0763  direct fax
jcalvin@wcqp.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 21, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties, and I hereby certify that, to the best of my knowledge and belief, there are no non-CM/ECF participants to whom the foregoing is due to be mailed by way of the United States Postal Service.

/s/ Joseph H. Calvin III
_____
Of Counsel