IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| AUDREY D. FINCH, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:07cv24-MHT |
| ) | |
| ALABAMA DEPARTMENT OF ) | |
| MENTAL HEALTH AND MENTAL ) | |
| RETARDATION, et al., ) | |
| ) | |
|    Defendants. ) | |

### ORDER

It is ORDERED that the motion to extend deadline (Doc. No. 56) is granted.

DONE, this the 23rd day of January, 2008.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**