IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| AUDREY D. FINCH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:07cv24-MHT |
| ) | |
| ALABAMA DEPARTMENT OF ) | |
| MENTAL HEALTH AND MENTAL ) | |
| RETARDATION, et al., ) | |
| ) | |
| Defendants. ) | |

ORDER

It is ORDERED that the uniform scheduling order (Doc. No. 14) is amended to reflect that this case is set for the trial term beginning on April 14, 2008, with all deadlines expressly tied to this date adjusted accordingly.

DONE, this the 29th day of January, 2008.

　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE