IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **AUDREY D. FINCH,** ) | |
| ) | |
|    **Plaintiff,** ) | |
| ) | |
| v. ) | **CIVIL ACTION No:2:07cv24-MHT** |
| ) | |
| **STATE OF ALABAMA PERSONNEL** ) | |
| **DEPARTMENT and its Director,** ) | |
| **Jackie Graham; STATE OF ALABAMA** ) | |
| **DEPARTMENT OF MENTAL HEALTH** ) | |
| **and MENTAL RETARDATION and its** ) | |
| **Commissioner, JOHN HOUSTON,** ) | |
| ) | |
|    **Defendants.** ) | |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(ii), the parties stipulate to the dismissal, with prejudice, of the above-styled action, each party to bear his, her or its own costs.

Dated this the 29th day of January, 2008.

                                        Respectfully submitted,

                                        /s/ Joseph H. Calvin III
                                        _____
                                        Joseph H. Calvin III

                                        **Attorney for the Plaintiff**

**OF COUNSEL**
Wiggins, Childs, Quinn & Pantazis, LLC
The Kress Building
301 19th Street North
Birmingham, AL 35203
(205) 314-0563  direct dial
(205) 314-0763  direct fax
jcalvin@wcqp.com

/s/ Warren B. Lightfoot, Jr.
_____

Warren B. Lightfoot, Jr.

**Attorney for the Defendants,**

**State of Alabama Department of Mental Health and Mental Retardation and Its Commissioner, John Houston**

**OF COUNSEL**
Maynard, Cooper & Gale, P.C.
2400 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, AL 35203-2602
(205) 254-1085  direct dial
wlightfoot@mcglaw.com

/s/ Alice Ann Byrne
_____

Alice Ann Byrne
**Attorney for the Defendants,**

**State of Alabama Personnel Department and its Director, Jackie Graham**

**OF COUNSEL**
State Personnel Department
Legal Division
Folsom Administrative Building, Suite 316
64 North Union Street
Montgomery, AL 36130-4100
(334) 242-3450 direct dial
aliceann.byrne@personnel.alabama.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on January 29, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties, and I hereby certify that, to the best of my knowledge and belief, there are no non-CM/ECF participants to whom the foregoing is due to be mailed by way of the United States Postal Service.

/s/ Joseph H. Calvin III
_____
Of Counsel